**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Arthur Barry Sotloff, *et al.*, Plaintiffs, | ) | CIVIL ACTION NO.: 16-cv-725 (RC) |
| v. | ) | |
| SYRIAN ARAB REPUBLIC, Defendant | ) | |

# STATUS REPORT

On May 25, 2017 this Court ordered Plaintiffs to submit a second status report on or before June 8, 2017. Plaintiffs now submit this Status Report.

On February 28, 2017, in accordance with this Court's February 23, 2017 order, Plaintiffs submitted a status report explaining that they had initiated diplomatic service under 28 U.S.C. § 1608(a)(4) and that on July 25, 2016, the Clerk certified that she had transmitted the service packet to the U.S. Department of State Office of Overseas Citizen Services ("OCS"). Dkt. No. 12. That report described a series of communications between counsel for Plaintiffs and OCS, the last of which occurred on February 24, 2016. In that final email, an OCS representative stated:

> Our Embassy reported that they received the certified copies of the notes from the Czech Embassy in Damascus to the Government of Syria, dated February 6, 2017. These were returned to the Czech MFA with the signed statement of the Head of the Foreign Interests Section dated February 7, 2017. Those were in turn authenticated by the Consular Department of the Czech MFA on February 15, 2017. The packet was mailed from the MFA to U.S. Embassy in Prague on February 21, 2017, and arrived on February 22, 2017 at this office. The Embassy in turn sent those documents to my attention yesterday. I will send them along to the court as soon as I receive them.

Dkt. No. 12-1. Thus, as of February, the State Department was in possession of the completed service packet, but had not transmitted it to this Court. *Id*. That information concluded the last status report.

On May 9, 2017, counsel for Plaintiffs—noting that two delayed diplomatic service packets in two other state-sponsored terrorism cases had emerged from the State Department[1]—asked OCS whether the *Sotloff* service packet was forthcoming. Exhibit 1. As of the date of this filing counsel for Plaintiffs have received no update. *Id*.

Unable to cause the release of the service packet from the State Department, or even discern its current location, Plaintiffs contacted the office of their Congressional Representative, Ileana Ros-Lehtinen. On May 25, 2017, Representative Ros-Lehtinen sent a letter to Acting Assistant Secretary for Consular Affairs David T. Donahue, requesting the release of the service packet:

> The Sotloffs are unable to proceed with their suit until these documents are properly forwarded to the court. In accordance with all applicable rules and regulations, the Sotloff family would like to request that you ensure the timely transmittal of these documents so that they can continue their pursuit of justice.

Exhibit 2. Plaintiffs have exhausted all available means of inducing the State Department to complete its ministerial duty. Therefore, if the State Department does not submit the service packet to this Court within one week of the filing of this report, Plaintiffs respectfully request that this Court schedule a status call and direct the State Department to participate. Plaintiffs submit upon information and belief that the office of the Acting Assistant Secretary for Consular Affairs, the recipient of Representative Ros-Lehtinen's letter, is the appropriate point of contact for such a call.

---

[1] The service packet in *Fritz v. Islamic Republic of Iran*, Case No. 15-456 (RDM) (D.D.C.) was received by this Court on March 24, 2017, over a year and one month after the Clerk transmitted it to the State Department. The service packet in *Burks v. Islamic Republic of Iran*, Case No. 16-1102 (CRC) (D.D.C.) was received by this Court on March 24, 2017, three months after the Clerk transmitted it to the State Department.

DATED: Respectfully Submitted,

May 26, 2017

/s/ Steven R. Perles
Steven R. Perles (No. 326975)
Edward MacAllister (No. 494558)
Joshua K. Perles (No. 1031069)
PERLES LAW FIRM, PC
2100 11th Street, NW,
Suite 500
Washington, DC 20036
Telephone: 202-955-9055