UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Arthur Barry Sotloff, <br><br> et al., <br><br>       Plaintiffs, <br><br> v. <br><br> Syrian Arab Republic <br><br><br>       Defendant | Civil Action No.: 16-725 (TJK) |

**PLAINTIFFS' STATUS REPORT ON SERVICE OF PROCESS**

On October 4, 2018 this Court issued a Minute Order instructing Plaintiffs to file a status report on November 5, 2018, "and every thirty (30) days thereafter" to update the Court on the "status of service of process on the Defendant in *Foley v. Syrian Arab Republic*, No. 18-1625 (TJK), which has been consolidated with this matter [*Sotloff v. Syrian Arab Republic*]."

Service on a foreign sovereign is governed by 28 U.S.C. § 1608(a),[1] which provides that service may be accomplished through any of four methods. The methods described in §§ 1608(a)(1)-(2) do not apply to this case, as no special arrangement for service exists between the United States and the Syrian Arab Republic ("Syria"), and Syria is not party to an international convention on service documents.

---

[1] The Federal Rules of Civil Procedure specify that service upon a foreign sovereign is governed by the FSIA. Fed. R. Civ. P. 4(j)(1) ("A foreign state or its political subdivision, agency, or instrumentality must be served in accordance with 28 U.S.C. § 1608.")

Accordingly, on July 26, 2018, Plaintiffs filed an Affidavit requesting the Clerk initiate service via DHL, pursuant to 28 U.S.C. § 1608(a)(3). *Foley* Dkt. No. 7. On July 31, 2018, the Clerk of Court certified mailing one copy of the summons and complaint with related papers, and their translations (the "service package") by DHL pursuant to 28 U.S.C. § 1608(a)(3). *Foley* Dkt. No. 9. On August 9, 2018 Plaintiffs filed an affidavit of failed service under 28 U.S.C. § 1608(a)(3), and an affidavit requesting foreign mailing on Defendant pursuant to 28 U.S.C. § 1608(a)(4). *Foley* Dkt. No. 11. On August 14, 2018 the Clerk of the Court certified mailing two copies of the service package to the U.S. Department of State, Director, Office of Policy Review and Interagency Liaison Overseas Citizens Services (OCS) pursuant to 28 U.S.C. § 1608(a)(4). *Foley* Dkt. No. 13.

On October 2, 2018 Plaintiffs e-mailed OCS requesting an update on the status of the service package. October 3, 2018 OCS responded, "We mailed the documents to our Embassy on September 25th, we haven't received confirmation that the documents have been received as of yet." On October 29, 2018 Plaintiffs again e-mailed OCS requesting an update. On October 29, 2018 OCS responded, "Our embassy received the documents on October 11, and was transmitting them to the MFA [Ministry of Foreign Affairs of the Czech Republic] on October 12th. We're now waiting on a response." Plaintiffs expect that the Czech MFA will now serve the required documents on the Syrian Arab Republic and provide OCS with a diplomatic note certifying that service has been completed, which OCS will provide to this Court. After 60 days have passed from the date of service provided in the diplomatic note, Plaintiffs will immediately move this Court to enter a default against Defendant Syrian Arab Republic. *See* 22 CFR 93.2 Annex.

Pursuant to this Court's Minute Order of October 4, 2018, Plaintiffs will again update this Court on service of process no later than December 5, 2018.

Dated: November 5, 2018                                    Respectfully Submitted,

/s/ Steven R. Perles
Steven R. Perles (No. 326975)
Edward MacAllister (No. 494558)
Joshua K. Perles (No. 1031069)
Emily Amick (No. 242018)
PERLES LAW FIRM, PC
1050 Connecticut Avenue, N.W.
Suite 500
Washington, DC 20036
Telephone: 202-955-9055


*Attorneys for Plaintiffs*
