Exhibit 1

# Expert Witness Report
## *Sotloff v. Syrian Arab Republic*

**Dr. Daveed Gartenstein-Ross**
Chief Executive Officer, Valens Global
July 12, 2019

# Table of Contents

| | | |
|---|---|---|
| **I.** | **Scope of Engagement and Opinion** | **1** |
| **II.** | **Qualifications** | **1** |
| | Professional Background | 1 |
| | Books and Monographs | 6 |
| | Book Chapters | 6 |
| | Academic and Technical Publications | 7 |
| | Selected Commentary, Op-Eds, and Policy Analysis | 8 |
| | Methodology | 11 |
| **III.** | **The Evolution of ISIS** | **12** |
| | A short biography of Abu Musab al-Zarqawi | 12 |
| | Bayat al-Imam/Jund al-Sham | 14 |
| | Alliance with Ansar al-Islam | 16 |
| | Jamaat al-Tawhid wa-l-Jihad | 16 |
| | Al-Qaeda in Iraq | 16 |
| | The Mujahedin Shura Council | 17 |
| | Islamic State of Iraq (ISI) | 17 |
| | The Rise of Abu Bakr al-Baghdadi and ISIS | 19 |
| | ISI's Expansion into Syria and the Creation of Jabhat al-Nusra | 21 |
| | Islamic State of Iraq and al-Sham (ISIS) | 22 |
| **IV.** | **ISIS's Responsibility for the Death of James Foley** | **23** |
| | Authentication of the execution video | 24 |
| | Content of the Foley execution video | 25 |
| **V.** | **ISIS's Responsibility for the Death of Steven Sotloff** | **30** |
| | Authentication of the Sotloff execution video | 30 |
| | Content of the Sotloff execution video | 31 |
| **VI.** | **The Torture of Foley and Sotloff During Their Captivity** | **36** |
| | Torture as a Standard Operating Procedure for ISIS | 36 |
| | ISIS's Treatment of American Hostages | 40 |
| | Foley and Sotloff's Captivity Under ISIS | 41 |
| **VII.** | **Syrian Support for the Zarqawi Organization Pre-Arab Spring** | **43** |
| | Syria's Role as a Transit Point and Safe Haven for Militants | 43 |
| | Syria's Role Providing Active Support to AQI and the Insurgency Pre-Arab Spring | 49 |

**VIII.  The Syrian Regime's Post-Arab Spring Support for ISIS**                              **53**

    Jihadist Prisoner Releases                                                                                         54

    Ali al-Shawaq (aka Abu Luqman)                                                                          56

    Fiwaz Muhammad al-Kurdi al-Hiju                                                                         58

    Amr al-Absi (Abu al-Atheer)                                                                                   59

    Oil Sales                                                                                                                    63

    Abu Sayyaf                                                                                                                  69

    Hussam al-Katerji                                                                                                        70

    Designations and Sanctions                                                                                       72

**Conclusion**                                                                                                                           **73**

# Expert Witness Report
## *Sotloff v. Syrian Arab Republic*

### Dr. Daveed Gartenstein-Ross
Chief Executive Officer, Valens Global
July 12, 2019

## I.      Scope of Engagement and Opinion

I have been retained by the Plaintiffs to provide an expert opinion on the evolution of the Islamic State (popularly known as ISIS) from 2012–16; on ISIS's responsibility for the deaths of Steven Sotloff and James Foley; on the conditions that Sotloff and Foley faced while held captive by the militant group; and on the Syrian Arab Republic's relationship with ISIS both before and during this period.

Relying on substantial evidence commonly used by experts in the relevant fields, it is my expert opinion that:

- ISIS was responsible for the murder of James Foley and Steven Sotloff, both of whom endured physical and psychological torture throughout the time that the group held them captive.

- Following the onset of the "Arab Spring" revolutions that destabilized the region in 2011, the Syrian Arab Republic engaged in both explicit and also tacit support for ISIS, exemplified by prisoner releases that the regime undertook in 2011 and also the regime's oil trading relationship with ISIS. These activities should be understood in the context of the regime's support for ISIS's predecessor, al-Qaeda in Iraq (AQI), in the early 2000s. It is unlikely that ISIS would have been able to amass as much power as it did, and hence kill Foley and Sotloff in the manner at issue in this case, but for these actions undertaken by the Syrian Arab Republic.

## II.      Qualifications

This section describes my professional background, then turns to a discussion of the methods I employ in analyzing jihadist groups and other violent non-state actors (VNSAs).

*Professional Background*
My professional life has been dedicated to understanding VNSAs' role in the world, and to helping policymakers, government agencies, private companies and other clients fashion innovative solutions to the challenges that VNSAs pose. I am the Chief Executive Officer of Valens Global, a private commercial firm focused on understanding and fashioning responses to VNSAs. In this capacity, I

have led a number of major client projects that will be detailed throughout this section. I also hold appointments at think tanks in the United States and Europe. I am a Senior Advisor on Asymmetric Warfare at the Foundation for Defense of Democracies (FDD), a nonpartisan policy institute in Washington, D.C., with which I have been affiliated for over a decade.[1] I am also an Associate Fellow at the International Centre for Counter-Terrorism – The Hague (ICCT). I have authored several studies for ICCT, some of which required international field research.[2] I also served as a Fellow at Google's think tank Jigsaw, for which I worked on several major projects responding to violent extremists' use of online platforms.[3] I have also worked on these issues for the U.S. government, including serving as a Senor Advisor to the Director of the U.S. Department for Homeland Security's Office for Community Partnerships (2016-17).

I have experience teaching and lecturing at the university level. From 2013-17, I held an appointment as an Adjunct Assistant Professor in Georgetown University's Security Studies Program, where I taught a graduate course on Violent Non-State Actors. I also held an appointment as a Lecturer at the Catholic University of America, where I taught a graduate course on Violent Non-State Actors and an undergraduate course on Al-Qaeda and Its Affiliates. I have also taught classes for, or held faculty appointments at, the University of Southern California (teaching from 2013-present for the school's Executive Program in Counter-Terrorism), and the University of Maryland (Faculty Research Assistant in the Institute for Advanced Computer Studies, 2013-14). I have also delivered presentations at or for a number of major colleges, universities, and academic conferences, including the American Political Science Association Annual Meeting, the Association for the Study of the Middle East and Africa Annual Conference, Campbell University (Buies Creek, N.C.), Campbellsville

---

[1] I previously served as FDD's Vice President of Research (2007-10), then as a Senior Fellow (2010-18), and a Non-Resident Fellow (2018-19). For a sense of the work I have done for FDD, see the following books and studies that I authored for the institute, or that I served as a volume editor: Daveed Gartenstein-Ross et al., *Evolving Terror: The Development of Jihadist Operations Targeting Western Interests in Africa* (Washington, D.C.: FDD Press, 2018); Daveed Gartenstein-Ross et al., *Islamic State 2021: Possible Futures in North and West Africa* (Washington, D.C.: FDD Press, 2017); Daveed Gartenstein-Ross et al., *China's Post-2014 Role in Afghanistan* (Washington, D.C.: FDD Press, 2014); Daveed Gartenstein-Ross & Jonathan Schanzer eds., *Allies, Adversaries and Enemies: America's Increasingly Complex Alliances* (Washington, D.C.: FDD Press, 2014); Daveed Gartenstein-Ross & Daniel Trombly, *The Tactical and Strategic Use of Small Arms by Terrorists and Terrorist Groups* (Washington, D.C.: FDD Press, 2012); Daveed Gartenstein-Ross & Linda Frum eds., *Terror in the Peaceable Kingdom: Understanding and Addressing Violent Extremism in Canada* (Washington, D.C.: FDD Press, 2012).
[2] See Daveed Gartenstein-Ross et al., *The Islamic State's Global Propaganda Strategy* (The Hague: ICCT – The Hague, 2016); Daveed Gartenstein-Ross & Nathaniel Barr, *Dignity and Dawn: Libya's Escalating Civil War* (The Hague: ICCT – The Hague, 2015); Daveed Gartenstein-Ross et al., *Raising the Stakes: Ansar al-Sharia in Tunisia's Shift to Jihad* (The Hague: ICCT – The Hague, 2014); and Daveed Gartenstein-Ross, *Ansar al-Sharia Tunisia's Long Game: Dawa, Hisba, and Jihad* (The Hague: ICCT – The Hague, 2013).
[3] Much of the work I undertook for Jigsaw/Google remains confidential, but one project, known as the Redirect Method, has been made public. See Andy Greenberg, "Google's Clever Plan to Stop Aspiring ISIS Recruits," *Wired*, September 7, 2016, at https://www.wired.com/2016/09/googles-clever-plan-stop-aspiring-isis-recruits/. Greenberg explains that the program

> places advertising alongside results for any keywords and phrases that Jigsaw has determined people attracted to ISIS commonly search for. Those ads link to Arabic- and English-language YouTube channels that pull together preexisting videos Jigsaw believes can effectively undo ISIS's brainwashing—clips like testimonials from former extremists, imams denouncing ISIS's corruption of Islam, and surreptitiously filmed clips inside the group's dysfunctional caliphate in Northern Syria and Iraq.

The website that Jigsaw set up to explain the Redirect Method can be found at https://redirectmethod.org/. I led Valens Global's efforts to map the counter-extremist narrative space on YouTube for this project.

University (Campbellsville, Ky.), the College of DuPage (Glen Ellyn, Ill.), Columbus State University (Columbus, Ga.), Duke University (Durham, N.C.), the George C. Marshall European Center for Security Studies (Garmisch, Germany), Georgia State University (Atlanta, Ga.), High Point University (High Point, N.C.), the Institute of World Politics (Washington, D.C.), Johns Hopkins University, the National Defence College (Abu Dhabi), the New York University School of Law, O.P. Jindal Global University (Sonipat, India), the U.S. Marine Corps Command and Staff College (Quantico, Va.), the United States Naval Academy (Annapolis, Md.), Universität Tübingen (Tübingen, Germany), Uppsala University (Uppsala, Sweden), and Wake Forest University (Winston-Salem, N.C.).

I hold a Ph.D. and M.A. in World Politics from the Catholic University of America, a J.D., *magna cum laude*, from the New York University School of Law, and a B.A. with Honors, *magna cum laude*, from Wake Forest University. I also hold a *10,000 Small Businesses* Certificate of Entrepreneurship, which I received from a program sponsored by the Goldman Sachs Foundation (classes held at Babson College, in Wellesley, Mass.).

As part of my research beginning in approximately 1995, I have traveled overseas to conduct field research or do professional work in numerous countries that are relevant to understanding transnational jihadism, including Germany, Iraq, Israel, Jordan, Morocco, the Netherlands, Nigeria, Qatar, Turkey, Tunisia, and the United Arab Emirates. I have reviewed thousands of open-source documents about the jihadist movement in English, French, Spanish, and Arabic. I have served as a consultant and expert on terrorism and national security issues for the U.S., Canadian, and Dutch governments, the European Union, NATO, the Global Counterterrorism Forum, and private organizations. In the course of this work, I have been certified by governmental bodies as an expert on terrorism and jihadist groups on numerous occasions, including for the following projects:

- serving as a Subject-Matter Expert (SME) for U.S. Customs and Border Protection. My work in this capacity has included delivering numerous written open-source strategic reports about sub-state violence, including on the topic of ISIS; and delivering training and high-level briefings for officials and analysts, which has also included ISIS as a topic.

- serving as a Principal Investigator for a three-year, $1.5 million project for the Office of Naval Research using machine learning and big data to analyze relationships among jihadist militants to anticipate where fractures are likely to occur within militant organizations. ISIS is one of the key organizations examined in this project, which was in large part inspired by the split between ISIS and al-Qaeda.

- designing and delivering lectures on global terrorism, with a special emphasis on ISIS's attacks and regional posture, for the U.S. Army Corps of Engineers' Individual Terrorism Awareness Course (INTAC), for which I have been one of the lead instructors since June 2016.

- lecturing for U.S. Army units about to deploy to countries such as Afghanistan, Djibouti, Egypt and Iraq through the Naval Postgraduate School's Center for Civil-Military Relations (CCMR), for which I have taught on over 70 occasions from 2009 to the present. A number of my lectures for this program have focused on ISIS's regional growth.

- serving as a Subject Matter Expert providing analysis to the Joint Improvised-Threat Defeat Organization (JIDO) on four different occasions, including projecting the aftermath of ISIS's

advances in Iraq.[4]

- serving as a Subject Matter Expert for the Global Counterterrorism Forum (GCTF), producing a Good Practices report on how to counter terrorist uses of unmanned aerial systems (UASs) based on conferences featuring key stakeholders convened in Berlin, Amman, Seoul and Abuja.[5]

- serving as the lead investigator in 2016-17 for two VNSA-related projects for NATO. In the first, I was the principal author of a study proposing a new methodology for monitoring and evaluation (M&E) of counterterrorism capacity-building efforts. In the second, I played a lead role in designing a software platform for monitoring and evaluation of future counterterrorism capacity-building missions.

- organizing and facilitating a conference in Nigeria, as a European Union-appointed Strategic Communication Expert, helping civil society activists to understand militant groups' use of social media (particularly that of the ISIS affiliate Boko Haram), and to forge a strategic action plan for countering it.

- serving as a Subject Matter Expert for the U.S. Department of State's Office of Anti-Terrorism Assistance, designing curriculum and leading instruction for the organization.

- leading training for the U.S. Department of Justice's Anti-Terrorism Advisory Council (ATAC) on four separate occasions.

I have also been court-certified to serve as a litigation consultant or testify as an expert witness on terrorism and jihadist groups in the following federal cases:

- On two occasions, I have been court certified as an expert witness on ISIS and its predecessors, which I sometimes refer to as the "Zarqawi organization." In *United States v. Young* (E.D. Va., 2017), which was the first criminal prosecution of a U.S. law enforcement officer for material support for ISIS, I served as an expert witness for the prosecution. The defense raised a *Daubert* challenge, and my expertise was affirmed by the court. In *Foley v. Syrian Arab Republic* (D.D.C., 2017), I served as an expert witness on the Zarqawi organization.[6]

---

[4] Founded to tackle the challenge of improvised explosive devices (IEDs), JIDO has adopted a three-pronged approach to its counter-IED work:

1. *Quickly develop and field a wide variety of tools to defeat IEDs*
2. *Train service members on how to use the right tools and techniques to defeat IEDs*
3. *Attack the network of IEDs by collecting, analyzing and sharing operational data*

Defense Threat Reduction Agency, U.S. Department of Defense, "JIDO: Joint Improvised-Threat Defeat Organization," n.d., https://www.dtra.mil/Mission/JIDO/.

[5] GCTF is an international forum consisting of 29 countries and the European Union that describes its mission as "reducing the vulnerability of people worldwide to terrorism by preventing, combating, and prosecuting terrorist acts and countering incitement and recruitment to terrorism."

[6] *Foley v. Syrian Arab Republic*, 249 F. Supp.3d 186 (D.D.C. 2017).

- In *Fritz v. Islamic Republic of Iran* (D.D.C. 2018), I served as an expert witness on the Shia militant group Asaib Ahl al-Haq.[7]

- In *United States v. Abdul Kareem* (District of Arizona, 2016), I served as a litigation consultant for the defense. The defendant was accused of conspiring to support a domestic ISIS attack in 2015.

- I served as an expert witness on the Taliban in Afghanistan in *In the Matter of Abdul Qadir* (Arlington, Va. Immigration Court, 2015).

- I served as an expert witness on al-Qaeda's activities and capabilities in Kenya in *In the Matter of B.O. in Removal Proceedings* (Boston Immigration Court, 2012).

- I served as an expert witness on al-Shabaab and country conditions in Somalia in the following cases: *In the Matter of A.D.* (Memphis, Tenn. Immigration Court, 2012), *In the Matter of A.A.W.* (Bloomington, Minnesota Immigration Court, 2012), *In the Matter of A.A.I.* (Colorado Immigration Court, 2011), *In the Matter of the Application for Withholding of A.A.M.* (Boston Immigration Court, 2011), and *In the Matter of the Application for Asylum of M.A.A.* (N.J. Immigration Court, 2009).

In addition to the aforementioned work that required certification as an expert, I have undertaken other professional work related to VNSAs and jihadism for a variety of clients:

- I served as a Subject Matter Consultant to the private security firm Corporate Risk International for a live hostage negotiation with the Iraq-based militant group Asaib Ahl al-Haq.

- I have produced country-specific and actor-specific analytic reports for three major firms in the oil and gas industry that needed to make investment decisions related to VNSAs, or to protect their facilities and personnel in various locations, including in Iraq.

- I have designed and led strategic simulations exploring the competition between VNSAs and state actors for major academic institutions like Johns Hopkins University.

- I have served as a consultant for the Anti-Defamation League, playing a lead role in producing reports on extremist groups, and leading training for domestic law enforcement for the organization.

I have testified about my areas of core competency before the U.S. House and Senate more than a dozen times, as well as before the Canadian House of Commons. Legislative testimony I have given that relates to ISIS and Syria includes: "ISIS Post Caliphate: Threat Implications for America and the West" (U.S. House Committee on Homeland Security, May 23, 2018); "The Paris Attacks: A Strategic Shift by ISIS?" (U.S. House Committee on Foreign Affairs Subcommittee on Terrorism, Nonproliferation, and Trade, December 2, 2015); "The Impact of ISIS on the Homeland and Refugee

---

[7] *Fritz v. Islamic Republic of Iran*, No. 15-456 (D.D.C., Aug. 2, 2018), available at https://scholar.google.com/scholar_case?case=9251933904651904258.

Resettlement" (U.S. Senate Committee on Homeland Security and Governmental Affairs, November 19, 2015); "Admitting Syrian Refugees: The Intelligence Void and the Escalating Homeland Security Threat" (U.S. House Committee on Homeland Security, Subcommittee on Counterterrorism and Intelligence, June 24, 2015); "The Islamic State's Strengths and Vulnerabilities" (Canadian House of Commons Standing Committee on Foreign Affairs and International Development, February 5, 2015); "Syria Spillover: The Growing Threat of Terrorism and Sectarianism in the Middle East" (U.S. Senate Foreign Relations Committee, March 6, 2014); "State of al-Qaeda, Its Affiliates, and Associated Groups" (House Armed Services Committee, February 4, 2014).

Additionally, I am an author with specialized knowledge about ISIS and its predecessor organizations, VNSAs, jihadism, and militancy in Iraq. I am the author or volume editor of twenty-three books and monographs, and I have written extensively on these topics in peer-reviewed academic publications and the mainstream press. This work is outlined in my Curriculum Vitae, but some relevant selections that pertain to the key issues in this case include:

Books and Monographs
- My book *Enemies, Near and Far: How Jihadist Groups Strategize, Plot and Learn*, has been approved for publication by Columbia University Press (acceptance required peer review).

- *Islamic State 2021: Possible Futures in North and West Africa* (with J. Zenn and N. Barr), Foundation for Defense of Democracies, 2017.

- *The Islamic State's Global Propaganda Strategy* (with N. Barr and B. Moreng), ICCT—The Hague, 2016.

- *The War between the Islamic State and al-Qaeda: Strategic Dimensions of a Patricidal Conflict* (with J. Fritz, B. Moreng and N. Barr), Valens Global, report produced for SOCCENT, 2015.

- *The Crisis in North Africa: Implications for Europe and Options for EU Policymakers* (with N. Barr, G. Willcoxon and N. Basuni), Netherlands Institute of International Relations Clingendael, 2015.

- *Ansar Bayt al-Maqdis's Oath of Allegiance to the Islamic State*, Wikistrat, 2015.

- *Dignity and Dawn: Libya's Escalating Civil War* (with N. Barr), ICCT—The Hague, 2015.

- *Ansar al-Sharia Tunisia's Long Game: Dawa, Hisba, and Jihad*, ICCT—The Hague, 2013.

- *Bin Laden's Legacy* (New York: John Wiley & Sons, 2011).

Book Chapters
- "MENA Countries' Responses to the Foreign Fighter Phenomenon" (with B. Moreng), in A. de Guttry et al. eds., *Foreign Fighters Under International Law and Beyond* (The Hague: T.M.C. Asser Press, 2016).

- "The Evolution of Post-Ben Ali Tunisian Jihadism," in A. Celso & R. Nalbandov eds., *The Crisis of the African State* (Quantico, Va.: Marine Corps University Press, 2016).

- "The Genesis, Rise, and Uncertain Future of al-Qaeda," in R. Law ed., *The Routledge History of Terrorism* (Routledge, 2015).

- "Violent Non-State Actors in the Afghanistan-Pakistan Relationship," in C. Fair & S. Watson eds., *Pakistan's Challenges* (Philadelphia: University of Pennsylvania Press, 2015).

- "The Legacy of Osama bin Laden's Strategy," in David Kamien ed., *The McGraw-Hill Homeland Security Handbook* (New York: McGraw-Hill, 2012).

Academic and Technical Publications
- "Fluidity of the Fringes: Prior Extremist Involvement as a Radicalization Pathway" (with M. Blackman), *Studies in Conflict & Terrorism*, 2019.

- "How al-Qaeda Works: The Jihadist Group's Evolving Organizational Design" (with N. Barr), *Current Trends in Islamist Ideology*, May 30, 2018.

- "We Squeezed the Balloon: As ISIL Collapses, Jihadism Remains in a Growth Phase," symposium contribution, *Texas National Security Review*, March 20, 2018.

- "Violent Non-State Actors in the Age of Social Media: A Twenty-First Century Problem Requires a Twenty-First Century Toolkit," *Georgetown Security Studies Review*, February 2017.

- "How al-Qaeda Survived the Islamic State Challenge," *Current Trends in Islamist Ideology*, August 30, 2016.

- "Recent Attacks Illuminate the Islamic State's Europe Attack Network" (with N. Barr), Jamestown Foundation, April 27, 2016.

- "Tunisian Jihadism After the Sousse Massacre" (with B. Moreng), *CTC Sentinel*, October 2015.

- "The Role of Iraqi Tribes after the Islamic State's Ascendance" (with S. Jensen), *Military Review*, July-August 2015.

- "A Critical Link between Jabhat al-Nusra and al-Qaeda: Abu Humam al-Suri," *Militant Leadership Monitor* 6:5 (May 2015).

- "Al-Shabaab's Insurgency in Somalia: A Data-Based Snapshot" (with H. Appel), *Georgetown Journal of International Affairs*, April 3, 2014.

- "Lone Wolf Islamic Terrorism: Abdulhakim Mujahid Muhammad (Carlos Bledsoe) Case Study," *Terrorism and Political Violence* 26:110-28 (2014).

- "Perceptions of the 'Arab Spring' Within the Salafi Jihadi Movement" (with T. Vassefi), *Studies in Conflict & Terrorism* 35:12, November 2012.

- "Is al-Qaeda's Central Leadership Still Relevant?" (with K. Dabruzzi), *Middle East Quarterly*, Spring 2008.

<u>Selected Commentary, Op-Eds, and Policy Analysis</u>
- "The Growing Challenge of Aviation Insider Threats" (with S. Sheafer), *Aviation Security International*, December 19, 2018.

- "The Demographics of Southeast Asian Jihadism" (with V. Hagerty & M. Dement), *War on the Rocks*, September 5, 2018.

- "Terrorists Are Going to Use Artificial Intelligence," *Defense One*, May 3, 2018.

- "The Emigrant Sisters Return: The Growing Role of the Islamic State's Women" (with V. Hagerty and L. Macnair), *War on the Rocks*, April 2, 2018.

- "Terrorists Are Using Drones Now. And That's Not the Worst of It," *Fortune*, September 9, 2017.

- "The Manchester Attack Shows How Terrorists Learn," *The Atlantic*, May 23, 2017.

- "Lone Wolves No More," *Foreign Affairs*, March 27, 2017.

- "U.S. Policy in Afghanistan: What to Expect from Trump," Centre on Religion & Geopolitics, Tony Blair Faith Foundation, February 6, 2017.

- "Terrorists, Insurgents, Something Else? Clarifying and Classifying the 'Generational Challenge'" (with J. Zenn), *Lawfare*, January 15, 2017.

- "ISIL's Virtual Planners: A Critical Terrorist Innovation," *War on the Rocks*, January 4, 2017.

- "Rebranding Terror" (with T. Joscelyn), *Foreign Affairs*, August 28, 2016.

- "The Myth of Lone-Wolf Terrorism" (with N. Barr), *Foreign Affairs*, July 27, 2016.

- "Bloody Ramadan: How the Islamic State Coordinated a Global Terrorist Campaign," *War on the Rocks*, July 20, 2016.

- "Boko Haram's Buyer's Remorse" (with J. Zenn), *Foreign Policy*, June 20, 2016.

- "Sunni Tribes Need Arms and Support to Fight ISIS," *New York Times*, June 1, 2015.

- "From Westgate to Garissa, Shabaab's Murderous Wave," *Foreign Policy*, April 10, 2015.

- "Zawahiri's Revenge," *Foreign Policy*, July 31, 2014.

- "The Jihadist Governance Dilemma" (with A. Magen), *Washington Post* (Monkey Cage blog), July 18, 2014.

I have also spoken at events and conferences throughout the globe, including delivering keynote speeches about VNSAs at U.S. Special Operations Command's Sovereign Challenge Program Annual Conference (Pittsburgh, Pa., May 2019), the Airport IT & Security 2018 conference in Amsterdam (December 2018), the Counter Terrorism Symposium at the Miami International Airport (January 2018, the "After ISIL" conference sponsored by U.S. Army Special Operations Command and Duke University's Laboratory for Unconventional Conflict & Simulation (December 2016),[8] the Social Media Narratives and Extremism Workshop (sponsored by the Near East South Asia Center, National Defense University, in Casablanca, August 2016), U.S. Army Special Operations Command Commander's Conference (May 2016), the University of Southern California's National Center for Risk and Economic Analysis of Terrorism Events (September 2011), and the Global Futures Forum (April 2011). Presentations and conference papers I have delivered dealing with ISIS and the Zarqawi organization include:

- "CT Challenges: What's Going Well, What's Not Going Well," Beyond Christchurch and the Caliphate: Terrorism's Futures, conference hosted by the Australian Government & Australian National University, Canberra, Australia, June 5, 2019.

- "The Violent Non-State Actor Technology Adoption Curve," T2 Conference on Technology and the Future of Terror, sponsored by Georgia State University and Sam Nunn School at Georgia Tech, Atlanta, Ga., April 11, 2019.

- "Islamic State's Virtual Planners Model," The Jamestown Foundation, Washington, D.C., June 6, 2018.

- "Evolving Terror: The Development of Jihadist Operations Targeting Western Interests in Africa," Defence Engagement Program, Canadian Department of National Defence, Ottawa, January 29, 2018.

- "Islamic Extremist Propaganda," Institute of World Politics, Washington, D.C., November 28, 2017.

- "Countering Radicalization: What Can Be Done?," Enriching the Middle East's Economic Future conference, sponsored by UCLA Center for Middle East Development, Doha, November 13, 2017.

- "Assessing the Next Steps of Foreign Fighters in Iraq/Syria," workshop presentation, hosted by CENTRA Technologies, Arlington, Va., September 28, 2017.

- "Sixteen Years After 9/11: Assessing the Terrorist Threat" (panel), New America Foundation, Washington, D.C., September 11, 2017.

---

[8] *ISIL*, which stands for the Islamic State of Iraq and the Levant, is the acronym that the U.S. government employed to refer to ISIS at the time.

- "The Jihadist Landscape in South Asia," Near East South Asia Center, National Defense University, Washington, D.C., August 14, 2017.

- "Change or Continuity Since 2014: ISIS in Global Context," The Evolving Terrorist Threat conference, The RAND Corporation, Arlington, Va., June 27, 2017.

- "Terrorism in 2020" (panel), Department of Defense Combating Terrorism Intelligence Conference, Reston, Va., May 9, 2017.

- "After the Islamic State: Consequences and Beneficiaries," panelist, Foundation for Defense of Democracies, Washington, D.C., March 7, 2017.

- "What Next? Regional Trends and Threats," Conference on What the New Administration Needs to Know About Terrorism & Counterterrorism, Georgetown University Center for Security Studies and St Andrews University Handa Centre for the Study of Terrorism and Political Violence, Washington, D.C., January 26, 2017.

- "The Jihadi Threat: ISIS, al-Qaeda and Beyond," panel, U.S. Institute of Peace, Washington, D.C., December 12, 2016.

- "The Islamic State's Virtual Planners: A New Method of Terrorist Attack for the Social Media Age," Anti-Defamation League Advanced Training School, Washington, D.C., Dec. 6, 2016.

- Keynote speech, After ISIL: Stability and Spillover, sponsored by U.S. Army Special Operations Command and the Laboratory for Unconventional Conflict & Simulation (LUCAS), Duke University, Durham, N.C., Dec. 2, 2016.

- "The Competition between the Islamic State and al-Qaeda," Kazakhstan Institute for Strategic Studies, Astana, Kazakhstan, March 2, 2016.

- "The Three I's: Iran, Iraq, ISIS," Near East South Asia Center, National Defense University, Arlington, Va., February 22, 2016.

- "The Competition between the Islamic State and al-Qaeda: Implications for Regional States and the Future of the Jihadist Movement," NATO Advanced Research Workshop, Brussels, October 6, 2015.

- "The 'Islamic State': The Future of Global Jihad?," International Institute for Counter-Terrorism, World Summit on Counter-Terrorism, Herzliya, Israel, September 8, 2015.

- "Al-Qaeda and Its Affiliates," National Center for Risk and Economic Analysis of Terrorism Events (CREATE), Executive Program in Counterterrorism, University of Southern California, Los Angeles, August 19, 2015.

- "The Competition between the Islamic State and al-Qaeda," Center for American Progress, Washington, D.C., May 6, 2015.

- "The ISIS Campaign in Anbar," National Defense University, Washington, D.C., October 20, 2014.

- "The Arab Awakening and the Future of al-Qaeda," Woodrow Wilson International Center for Scholars, Washington, D.C., May 10, 2012.

- "Al-Qaeda After bin Laden," School of Advanced International Studies, Johns Hopkins University, Washington, D.C., February 21, 2012.

*Methodology*

I employ a comparative analysis method for understanding VNSAs. The comparative analysis method has been validated multiple times in written opinions by various U.S. courts.[9] The methodology that I employ is designed to apply across a range of VNSAs. Some of my writings and professional projects have classified various kinds of VNSAs, and how they can be compared and contrasted with one another.[10] As I outline in my chapter "Violent Non-State Actors: Paradigmatic Lessons Learned" in the 2014 volume *National Security Management in Federal Structures*, several common factors should be analyzed across the range of VNSAs.[11] These factors include leadership, ideology, group goals, strategy, organizational structure, recruiting, and financial support. My academic and professional work has further explored and defined the best practices for analyzing and understanding each of these aspects of VNSAs.

One best practice I employ is relying mainly on primary-source information, including statements and social media postings by violent extremist groups and their supporters, and the intercepted internal documents of these organizations. These are documents commonly relied upon by experts in the field. I cross-check all primary sources I read against other primary-source information, against information about events on the ground in relevant theaters, and against relevant secondary-source literature that allows me to determine whether my conclusions are consistent with those of other scholars and practitioners.

Though I generally rely on primary sources, secondary sources also serve useful purposes. First, secondary sources can provide useful historical information, adding rich context to a topic. Second, some secondary sources do a strong job of synthesizing large amounts of information. A third important purpose is that some secondary sources contain the intrepid work of journalists who doggedly pursue leads and uncover new, original information. All secondary sources deserve scrutiny, but for this report, I was able to cross-check all the secondary sources I utilized against primary

---

[9] See, e.g., *United States v. Farhane*, 634 F.3d 127, 159 (2d Cir. 2011) (upholding the permissibility of Evan Kohlmann's testimony in a case where he employed the comparative analysis method, and noting that this methodology was "similar to that employed by experts that have been permitted to testify in other cases involving terrorist organizations"); Order, *United States v. Hausa*, 12 Cr. 0134, E.D.N.Y., February 10, 2017, p. 4.

[10] See, for example, Daveed Gartenstein-Ross & Jacob Zenn, "Terrorists, Insurgents, Something Else? Clarifying and Classifying the 'Generational Challenge,'" *Lawfare*, January 15, 2017, https://www.lawfareblog.com/terrorists-insurgents-something-else-clarifying-and-classifying-generational-challenge.

[11] Daveed Gartenstein-Ross, "Violent Non-State Actors: Paradigmatic Lessons Learned," in *National Security Management in Federal Structures: Perspectives from India and the United States* (Kochi, India: Centre for Public Policy Research, 2014).

sources, other secondary sources, and on-the-ground events before deciding to rely on any single secondary source, in addition to assessing the reputation and reliability of the author.

Another best practice I have adopted to complement the comparative analysis method is employing a system of evaluating my own analytic conclusions adapted from *Superforecasting*, a book by Philip Tetlock, who is Annenberg University Professor at the University of Pennsylvania.[12] In this manner, I can identify early if my anticipatory analysis does not match unfolding events, and adjust it as needed.

Based on my knowledge, experience, training, and education, and based on a comprehensive review of relevant primary and secondary source materials, my expert opinion on the issues laid out above follows. Section III of this report provides background on the evolution of ISIS within the context of its predecessor organization, al-Qaeda in Iraq (AQI). Sections IV and V detail ISIS's culpability in the deaths of James Foley and Steven Sotloff. Section VI details how both men were tortured during their time in captivity. Section VII provides background on the history of Syrian support for AQI, as a means of contextualizing subsequent Syrian support for ISIS. Finally, Section VIII describes the relationship between the Syrian government and ISIS from 2012 – 2016.

## III.   The Evolution of ISIS

The Islamic State (ISIS) is the most recent iteration of "the Zarqawi organization," a militant group that has undergone several name changes since its emergence in the early 1990s.[13] Since its founding in 1993, the Zarqawi organization has undergone the following name changes:

| Name employed | Years used |
|---|---|
| Bayat al-Imam | c. 1993-1999 |
| Jund al-Sham | c. 1999-2004 |
| Jamaat al-Tawhid wal-Jihad | 2004 |
| Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn (al-Qaeda in Iraq) | 2004-2006 |
| Majlis Shura al-Mujahedin fi-l-Iraq (Mujahedin Shura Council) | 2006 |
| Islamic State of Iraq (ISI) | 2006 – April 2013 |
| Islamic State of Iraq and al-Sham (ISIS) | April 2013 – June 2014 |
| Islamic State | June 2014 – present |

This section describes Abu Musab al-Zarqawi, ISIS's founding father, then details the group's evolution through its current incarnation.

*A short biography of Abu Musab al-Zarqawi*
Ahmed Fadil al-Nazal al-Khalayleh, better known as Abu Musab al-Zarqawi, attained international notoriety for both his brutality and also his success as a militant leader. Zarqawi and his network were

[12] Philip E. Tetlock and Dan Gardner, *Superforecasting: The Art and Science of Prediction* (New York: Random House, 2015).

[13] Although one may argue that *IS* is a better acronym for the current name employed by this militant group, I refer to it as ISIS throughout this report. Not only is the acronym I employ consistent with how the group is popularly known, but it also aligns with the acronym currently employed by the U.S. government. Even after the group's name change to *Islamic State*, the group was called *ISIL* (the Islamic State in Iraq and the Levant) by the Obama administration, and is now called *ISIS* (the Islamic State in Iraq and Syria, or, alternatively, the Islamic State in Iraq and al-Sham) by the Trump administration.

responsible for some of the worst atrocities committed in Iraq during the height of the country's civil war. This made Zarqawi one of the world's most wanted men, with the U.S. government offering the same reward amount for Zarqawi as it did for Osama bin Laden.[14] He was directly responsible for a wave of assassinations, hostage takings and beheadings that lasted until a U.S. airstrike killed him in 2006.

Zarqawi was born in 1966 in the Jabal Alabiad area of Zarqa, Jordan, to a poor, conservative family belonging to the Bani Hassan tribe.[15] Known as a thug in his early life, he spent time in the streets rather than in school, and as a youth generally did not attend religious services. In a well-regarded biographical account of Zarqawi, Mary Anne Weaver describes the interviews she conducted in Jordan with people who knew him during this period:

> Everyone I spoke with readily acknowledged that as a teenager al-Zarqawi had been a bully and a thug, a bootlegger and a heavy drinker, and even, allegedly, a pimp in Zarqa's underworld. He was disruptive, constantly involved in brawls. When he was fifteen (according to his police record, about which I had been briefed in Amman), he participated in a robbery of a relative's home, during which the relative was killed. Two years later, a year shy of graduation, he had dropped out of school. Then, in 1989, at the age of twenty-three, he traveled to Afghanistan.[16]

Prior to traveling to Afghanistan, Zarqawi underwent a religious awakening at the al-Falah mosque in Zarqa. Brian Fishman notes that it was his mother who first enrolled Zarqawi in religious classes, "no doubt hoping to keep him out of a life of crime."[17] Following his turn toward piety, Zarqawi went to Afghanistan hoping to fight the Soviet Union, which invaded in December 1979. The Soviet occupation provided a major magnet for "foreign fighters" from throughout the Arab and Islamic world. Though Zarqawi arrived too late to fight in the anti-Soviet jihad, during his time in Afghanistan he joined the transnational jihadist movement.

Al-Qaeda leader Osama bin Laden was in Afghanistan during Zarqawi's time there, and Zarqawi trained for combat in the Sada camp, which bin Laden ran.[18] Zarqawi also met fellow Jordanian Abu Muhammad al-Maqdisi (born Isam Muhammad Tahir al-Barqawi) in Afghanistan. Maqdisi was, and remains, a renowned Salafist cleric who became Zarqawi's ideological mentor.[19] Zarqawi also built relationships with other jihadists in Afghanistan that allowed him to form the "Zarqawi organization," the militant outfit that would undergo several name changes, and that would ultimately become known as ISIS years after Zarqawi's death.

[14] Federal Bureau of Investigation, press release, "FBI Updates Most Wanted Terrorists and Seeking Information—War on Terrorism Lists," February 4, 2006; "U.S. Raises Zarqawi Reward to $25m," CNN, July 1, 2004, http://www.cnn.com/2004/WORLD/meast/07/01/iraq.zarqawi.reward/.

[15] Fouad Hussein, *Al-Zarqawi: The Second Generation of al-Qaeda* (London, 2005, translated from Arabic), p. 7.

[16] Mary Anne Weaver, "The Short, Violent Life of Abu Musab Al-Zarqawi," *The Atlantic*, July/August 2006.

[17] Brian Fishman, *The Master Plan: ISIS, al-Qaeda, and the Jihadi Strategy for Final Victory* Kindle ed. (New Haven, CT: Yale University Press, 2016), loc. 207 of 8220.

[18] Weaver, "The Short, Violent Life of Abu Musab Al-Zarqawi."

[19] Ibid; see also Didier Francois, "Top Billing," *Libération* (Paris; original in French), June 13, 2005.

While in Afghanistan, Zarqawi and Maqdisi established their own militant Islamist group.[20] Composed of around a dozen men, it was known by police and reporters as Bayat al-Imam (Allegiance to the Imam). But members of the group reportedly rejected that name, referring to their organization instead as Tawhid wa-l-Jihad (Monotheism and Jihad).[21] The group's primary goal was to overthrow Jordan's monarchy and replace it with an Islamic government.

This group naturally attracted Jordanian authorities' attention. Zarqawi and Maqdisi returned to Jordan in 1993, and authorities arrested them the following year. Fishman notes that, prior to their arrest, their group "tried several ill-fated attacks," and they were finally apprehended "after members attacked a Jordanian border crossing with Israel, likely in an effort to torpedo the ongoing peace negotiations."[22] Both men were convicted on terrorism charged, and were sentenced to 15 years in prison.[23]

Zarqawi's years in Jordanian prison were pivotal to his career as a militant. Journalist Abdallah Abu Rumman, who met Zarqawi in prison in September 1996 (Abu Rumman was also incarcerated), recalled that Zarqawi's organization was "amongst the strongest and most influential" associations in the prison.[24] Zarqawi had a strong leadership style. He "was able to control everyone and organize all the details of relations within the group."[25] Eventually Zarqawi eclipsed the more accommodation-minded Maqdisi, and became the emir of the prison group.[26]

Bayat al-Imam maintained links to militants beyond the prison walls, in places like Zarqa, Irbid, and Salt.[27] Prisoners' family members routinely smuggled out religious tracts written by Maqdisi. Prominent London-based Salafi jihadist cleric Abu Qatada al-Filistini in turn published writings by Bayat al-Imam members in his magazine *Al-Minhaj*, thus allowing internationally prominent jihadists like Saif al-Adl to stay abreast of the activities of their "brothers" in Jordan's prisons. Adl recalled:

> Our brother [Abu Qatada] would publish these brothers' writings in his London based magazine *Al-Minhaj*. We read the brother Abu Muhammad al-Maqdisi's letters as well as Abu Musab's. We also read the transcripts of what they said in court. Our brother Abu Qatada al-Filistini would always tell us that we have good brothers operating in Jordan and that they have a promising future ahead of them on the path of the blessed *Dawa* [referring to calling others to the militant Salafist interpretation of Islam].[28]

In 1999, King Abdullah II declared a general amnesty for Jordanian prisoners, and both Zarqawi and Maqdisi were released. Zarqawi promptly returned to South Asia. He was briefly arrested in Hayatabad, Pakistan for overstaying a residence permit, after which he left Pakistan for Afghanistan.[29]

---

[20] Weaver, "The Short, Violent Life" (quoting the account of Abu Muntassir Bilah Muhammad, who was also one of Bayat al-Imam's co-founders).

[21] Didier Francois, "Top Billing."

[22] Fishman, *The Master Plan*, loc. 257 of 8220.

[23] George Michael, "The Legend and Legacy of Abu Musab Al-Zarqawi," *Defence Studies* 7:3 (2007), p. 340.

[24] *Al-Sharq al-Awsat*, March 8, 2004.

[25] Ibid.

[26] Ibid.; Weaver, "The Short, Violent Life"; Hazim al-Amin, "Al-Zarqawi's Followers in Jordan Visit Their Shaykhs in Jail and Wait for the Chance to Join Abu Musab in Iraq," *Al-Hayah* (London; original in Arabic), December 14, 2004.

[27] Weaver, "The Short, Violent Life."

[28] Hussein, *Al-Zarqawi*; see also Weaver, "The Short, Violent Life" (noting that Maqdisi's tracts "were smuggled out" of prison by the wives and mothers of inmates).

[29] Jean-Charles Brisard and Damien Martinez, *Zarqawi: The New Face of Al-Qaeda* (New York: Other, 2005), p. 66; Hussein,

Two weeks after his arrival in Kandahar, Zarqawi met with Saif al-Adl, who was then al-Qaeda's security chief.[30] Adl played an important role in facilitating al-Qaeda's partnership with Zarqawi, though there is some dispute among jihadist leaders about how central he was.[31] According to Adl, bin Laden and Ayman al-Zawahiri were initially reluctant to associate with Zarqawi. Bin Laden found Zarqawi's boisterous and brazen nature off-putting, and there were stark strategic differences between Zarqawi and al-Qaeda's top leaders.[32] But Adl said that he counseled al-Qaeda's leadership to work with Zarqawi, arguing that collaborating with the Zarqawi network would enable al-Qaeda to gain a foothold in Palestine and Jordan.[33]

With bin Laden's consent, Adl met with Zarqawi and discussed plans to establish a military camp in the city of Herat, in western Afghanistan.[34] Bin Laden indirectly provided all the funding and equipment that the camp required.[35]

But al-Qaeda did not develop a formal, public alliance with Zarqawi at the time. As Adl later explained, al-Qaeda did not "want Abu Musab or the other brothers in Herat to be completely subjected to us, but rather want them to operate in coordination and cooperation with us so that we could all pursue our common objectives."[36]

During his time in Herat, Zarqawi developed outreach and recruitment operations in Jordan and Syria, and grew the number of militants in his camp.[37] He focused in particular on recruiting fighters from "Bilad al-Sham," a region that includes Jordan, Syria, Lebanon, and historic Palestine.[38] Consistent with what would become a consistent pattern of adopting new monikers, the Zarqawi organization's network in Herat became known as Jund al-Sham (Soldiers of the Levant), though the banner above the entrance to the Herat camp continued to read *Tawhid wa-l-Jihad*—which, as previously mentioned, is the name that insiders called the group during this period.[39] Graduates of the Herat camp later took part in notable terrorist plots, including the 2002 assassination of U.S. diplomat Laurence Foley in Amman.[40]

*Al-Zarqawi.*

[30] Hussein, *Al-Zarqawi.*

[31] As this section notes, and as has been widely recounted, Adl has framed himself as central to overcoming the initially heavy skepticism that bin Laden and Zawahiri had toward Zarqawi. But bin Laden disputed this account, and pointed to at least one factual error in Adl's recounting. See discussion in Fishman, *The Master Plan*, locs. 459-63 of 8220. This intra-jihadist factual dispute is not material to my conclusions in this section.

[32] Hussein, *Al-Zarqawi.*

[33] Ibid.

[34] Ibid.; see also Hazim al-Amin, "Al-Zarqa Produces al-Khalayleh and al-Maqdisi, and the Returnees from Kuwait Rallied Around Them," *Al-Hayah* (London; original in Arabic), December 15, 2004.

[35] Hussein, *Al-Zarqawi.*

[36] Ibid.

[37] Ibid.

[38] Weaver, "The Short, Violent Life"; Fawaz Gerges, *ISIS: A History* (Princeton: Princeton University Press, 2016), p. 66.

[39] Hussein, *Al-Zarqawi*; Michael Weiss & Hassan Hassan, *ISIS: Inside the Army of Terror* (New York: Regan Arts, 2015), p. 13.

[40] Weiss & Hassan, *ISIS*, p. 13.

Shortly after the establishment of the Herat camp, Zarqawi tasked Abu Abdel Rahman al-Shami, a fellow Jordanian militant, with expanding his network into northern Iraq.[41] On September 1, 2001, Shami helped form the group Jund al-Islam with Kurdish jihadist leader Abu Abdullah al-Shafi'i and Iraqi militant Abu Wa'il. Following the 9/11 attacks, Jund al-Islam merged with a Kurdish jihadist organization operating in northern Iraq known as Ansar al-Islam.[42]

The U.S. invasion of Afghanistan in late 2001 forced Zarqawi and around 300 Jund al-Sham members to relocate from Herat.[43] Zarqawi and a number of followers moved through Iran before settling in northern Iraq, and finding refuge with Ansar al-Islam.[44] Thereafter, though Zarqawi expanded his organization into other countries in the region, his main focus was on building his organization in Iraq.

Eventually the Zarqawi network underwent another rechristening, emerging as Jamaat al-Tawhid wal-l-Jihad (JTJ).

*Jamaat al-Tawhid wa-l-Jihad*
The origins of the JTJ moniker can be traced back to Zarqawi's days as the leader of Bayat al-Imam in Suwaqah prison. It was another of the many names that the jihadists in Suwaqah prison used to refer to themselves.[45]

There is no consensus among observers as to when the Zarqawi organization adopted the JTJ name publicly. According to journalist Fouad Hussein, whose interviews with Saif al-Adl and other Zarqawi associates gave him impressive access to the network's inner workings, Zarqawi's group formally announced itself as JTJ at the beginning of 2004.[46]

*Al-Qaeda in Iraq*
In October 2004, Zarqawi pledged *bayat* (an oath of allegiance) to bin Laden, and JTJ became al-Qaeda's first official affiliate organization. At this point, the group adopted the moniker *Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn* (al-Qaeda of Jihad Organization in the Land of Two Rivers). The group was better known as al-Qaeda in Iraq (AQI). By joining al-Qaeda, Zarqawi gained access to an international fundraising, facilitation and recruitment network, while retaining much of his autonomy.

Even as it became an al-Qaeda affiliate, the Zarqawi network's leadership structure and membership ranks remained intact. Those who had worked with Zarqawi in the early days of JTJ either maintained their positions in the organization or grew in stature—part of a natural process of promotion—once Zarqawi formally aligned with al-Qaeda.[47]

---

[41] Ibid., p. 14.

[42] Hussein, *Al-Zarqawi*.

[43] Mary Anne Weaver, "The Short, Violent Life"; Hussein, *Al-Zarqawi*.

[44] Isma'il Zayir, "Dozens of Arab Afghans 'Slip' Into Northern Iraq," *Al-Hayah* (London; original in Arabic), February 1, 2002; Husni Mahalli, "Another 'al-Qaeda' and New Mullahs in Iraqi Kurdistan; Will Kurdistan Become Tora Bora?," *Al-Majallah* (original in Arabic), February 10, 2002.

[45] Hussein, *Al-Zarqawi* (quoting Maqdisi on this point).

[46] Ibid. Indeed, the first communiqué issued in JTJ's name was posted online in April 2004.

[47] Leaders within the organization demonstrating this continuity include Abu al-Ghadiyah (born Sulayman Khalid Darwish) and Abu Azzam al-Iraqi (also known as both Abdallah Najm Abdallah Muhammad al-Jawari, and also Abdallah Abu Azzam). See Muhammad Abu Rumman, "Sulayman Khalid Darwish, also known as Abu al-Ghadiyah, One of the Most

*The Mujahedin Shura Council*
On January 15, 2006, AQI's deputy emir, Abu Maysarah al-Iraqi, announced the establishment of the Majlis Shura al-Mujahidin fi-l-Iraq (better known as the Mujahedin Shura Council, or MSC), an umbrella group composed of six Iraqi Sunni militant factions. These factions were AQI, the Victorious Sect Army, the Monotheism Supporters Brigades (Saraya Ansar al-Tawhid), the Islamic Jihad Brigades (Saraya al-Jihad al-Islami), the Al-Ghuraba (Foreigners) Brigades, and the Al-Ahwal (Fear) Brigades.[48] As scholar Brian Fishman notes in his book *Master Plan*, ISIS's eventual "caliph" Abu Bakr al-Baghdadi came into AQI's orbit weeks later, when the group Jaysh Ahl al-Sunnah wa-l-Jama'a, in which Abu Bakr served as the emir of the Sharia Committee, officially joined MSC on January 29.[49]

Though MSC purported to function as a coalition, the group was AQI's brainchild, born of strategic necessity. At the time, AQI faced growing criticism from local Iraqis for representing a foreign agenda and conducting indiscriminate attacks against civilians. AQI envisioned MSC as a way to rebrand, highlighting its local origins and connections in an effort to regain the support of other Iraqi factions and the population at large. The person chosen to lead this group was a previously unknown figure called Abdallah bin Rashid al-Baghdadi, who provided an Iraqi face to MSC's leadership.[50] Attacks in Iraq claimed by MSC during its relatively brief existence did not invoke AQI's name, seemingly in order to downplay AQI's involvement in the Iraqi insurgency, and to draw attention instead to Iraqi militants. Yet AQI quietly remained the dominant player in the Iraqi Salafi jihadist landscape.

The main thing MSC accomplished, in addition to providing a cover for AQI, was formalizing longstanding alliances between AQI and lesser-known insurgent groups. The establishment of the Islamic State of Iraq, described in the following section, can be understood as a continuation of this strategy of rebranding and expansion in an effort to gain greater support and legitimacy not only within the Iraqi insurgent landscape but also the global Muslim community.

*Islamic State of Iraq (ISI)*
On October 15, 2006, the Majlis Shura al-Mujahidin fi-l-Iraq (better known as the Mujahedin Shura Council, or MSC) announced its establishment of the Islamic State of Iraq (ISI).[51] Zarqawi died before ISI's creation, but its establishment advanced AQI's longstanding strategic objectives in key ways, while also moving beyond what AQI had been. According to Saif al-Adl, establishing an Islamic state

---

Prominent Leaders of the al-Qaeda Organization in Iraq Killed," *Al-Ghadd* (Amman; original in Arabic), June 25, 2005; U.S. Department of the Treasury, "Syrian National Designated by U.S. as Terrorist Financier," January 25, 2005 (designating al-Ghadiyah); Media Division of the Mujahedin Shura Council in Iraq, "Biographies of Eminent Martyrs, Part XLV: Abu Zahra al-Issawi," July 18, 2010 (providing early background on Abu Azzam); Al-Sharqiyah television, September 28, 2005 (reporting Abu Azzam's elevation to AQI's emir in Baghdad); Al-Furqan Media Production Establishment, "From History's Secrets: Al-Zarqawi As I Knew Him, Part 1," September 7, 2007 (describing Abu Azzam's elevation to AQI's *shura* council).
[48] See, e.g., Muhammad al-'Ubaydi, Nelly Lahoud, Daniel Milton & Bryan Price, *The Group That Calls Itself a State: Understanding the Evolution and Challengers of the Islamic State* (West Point: Combating Terrorism Center, 2014), https://www.ctc.usma.edu/v2/wp-content/uploads/2014/12/CTC-The-Group-That-Calls-Itself-A-State-December20141.pdf.
[49] Brian Fishman, *The Master Plan: ISIS, al-Qaeda, and the Jihadi Strategy for Final Victory* (New Haven, CT: Yale University Press, 2016), p. 151.
[50] Ibid., p. 79.
[51] Majlis Shura al-Mujahidin fi-l-Iraq, statement on the establishment of the Islamic State of Iraq, October 15, 2006.

was one of Zarqawi's core goals when he relocated to Iraq.[52] Indeed, in 2005, al-Qaeda's deputy emir Ayman al-Zawahiri had articulated the establishment of an Islamic emirate as one of the jihadists' earliest priorities for Iraq in a letter he wrote to Zarqawi.[53]

Following Zarqawi's death in June 2006, Zawahiri used his eulogy for the slain militant to re-emphasize the strategic priority of establishing an Islamic emirate. He stated: "My mujahid brothers in Iraq, know that the Islamic Ummah has put its hope in you, and that you must establish an Islamic state in Iraq, then make your way towards captive Jerusalem and restore the Caliphate which was toppled through the cooperation of the Crusaders and the traitorous slaves of the English."[54] According to a 2008 interview with ISI's war minister Abu Hamzah al-Muhajir, Zarqawi organization members began consulting various insurgent leaders to lay the groundwork and build support for the establishment of the Islamic State of Iraq around the time that Zawahiri's eulogy was released.[55]

As Fishman notes, while ISI was largely viewed in the West as "just another rebranded AQI," the group in fact "immediately set out to build a scalable bureaucratic framework that would eventually define the Islamic State during the Syrian civil war."[56] Fishman outlined a number of steps that ISI took during this period that later defined ISIS's bureaucracy. Among other things, the group:

- Named a cabinet, including Ministries of Agriculture and Marine Wealth, Oil, and Health;

- Executed small-scale public works projects, like irrigation canals;

- Managed health and safety regulations, including setting speed limits on roads;

- Created an internal bureaucracy for political and military administration;

- Called on "Muslim brothers around the world, especially those neighboring our dear state" to emigrate, and promised to "provide them with benefits and expertise";

- Enforced strict financial accounting procedures;

- Completely rebranded all of its propaganda;

- Enforced rigorous pay scales and cared for the family of deceased fighters;

---

[52] Quoted in Cole Bunzel, *From Paper State to Caliphate: The Ideology of the Islamic State* (Washington, D.C.: Center for Middle East Policy at the Brookings Institution, 2015), p. 15, https://www.brookings.edu/wp-content/uploads/2016/06/The-ideology-of-the-Islamic-State.pdf.

[53] Zawahiri's letter to Zarqawi can be found at https://ctc.usma.edu/app/uploads/2013/10/Zawahiris-Letter-to-Zarqawi-Translation.pdf.

[54] Ayman al-Zawahiri, eulogy of Abu Muhammad al-Zarqawi, posted on the Islamic Renewal Organization's website, June 24, 2006.

[55] Abu Hamzah al-Muhajir, audio interview, posted by Al-Furqan Media Production Establishment, October 24, 2008.

[56] Fishman, *The Master Plan*, loc. 1794 of 8220.

- And recruited members with a range of administrative and scientific backgrounds, not just military experience.[57]

But ISI encountered a significant challenge that produced the group's defeat—albeit a temporary one, as it powerfully reemerged in the post-Arab Spring environment as ISIS. Though the Zarqawi organization had tried to mask its activities in Iraq under the pretense of an Iraqi-led insurgent coalition, many Sunni tribal leaders saw the jihadist organization as brutal, foreign in its conception, and forcibly imposing an oppressive form of the Islamic faith that was alien to Iraq. In September 2006, around 30 of these leaders held a meeting to formally voice their opposition to the Zarqawi organization, and formed a coalition called *Majlis Inqadh al-Anbar*, or the Anbar Salvation Council, to combat the al-Qaeda elements in their midst.[58] This was the genesis of what would popularly become known as the Awakening movement, which was instrumental in the Zarqawi organization's defeat during this period.

The establishment of the Awakening prompted the Zarqawi organization's leadership to try to rally tribal support to counter this growing opposition. On October 12, 2006, just days before the announcement that ISI had been established, MSC formed its own tribal coalition, the Hilf al-Mutaiyabin ("Alliance of the Perfumed Ones").[59] The MSC rebranded as ISI three days later.

ISI's emir was Abu Umar al-Baghdadi, and another key ISI leader was its minister of war, Abu Ayyub al-Masri. In April 2010, U.S. and Iraqi forces raided a safe house north of Baghdad and killed both ISI leaders. The blow was seen as the biggest inflicted upon the organization since Zarqawi's death in 2006. About a month later, on May 16, 2010, ISI announced the selection of a new emir, Abu Bakr al-Baghdadi al-Husayni al-Qurashi, the man who would lead the group's resurgence.[60]

*The Rise of Abu Bakr al-Baghdadi and ISIS*

As is often the case for towering figures in clandestine organizations, there are conflicting accounts of Abu Bakr al-Baghdadi's background and rise. Thus, though I sketch the contours of what is known about Abu Bakr as capably as possible from the existing corpus of material, it is possible that more information will be discovered or released in the future that disproves some of our current conceptions about Abu Bakr and the rise of ISIS. I shuld emphasize, though, that none of the aspects of Abu Bakr's background that are controverted in the relevant literature would have a material impact on my conclusions in this report.

Born Ibrahim bin Awad bin Ibrahim al-Badri al-Radawi al-Husseini al-Samarra in 1971, Abu Bakr al-Baghdadi hailed from Samarra, Iraq. Described as studious, quiet, and devout, Abu Bakr had years of education. After completing high school, he studied at the University of Baghdad, then enrolled in a

---

[57] Ibid., locs. 1801-08 of 8220.

[58] *Al-Bayyinah al-Jadidah* (Arabic), September 20, 2006.

[59] Mujahedin Shura Council, announcement of new alliances, October 12, 2006. The coalition's name was meant to invoke the original *Hilf al-Mutayyabin*, which was an "oath of solidarity and allegiance" sworn by members of the Quraysh tribe during the time of the Prophet Muhammad. The oath promised to put unity before tribal alliances when faced with oppression or injustice. See discussion in Muhammad Mohar Ali, *Sirat al-Nabi and the Orientalists* (Medinah: King Fahd Complex for the Printing of the Holy Quran & Centre for the Service of Sunnah and Sirah, 1997).

[60] See "God Is Great, A Statement of the Islamic State of Iraq's Shura Council [trans. from Arabic]," posted to Al-Fallujah Islamic Forums, May 16, 2010.

doctorate program at Saddam University for Islamic Studies. While in graduate school, Abu Bakr became a member of the Muslim Brotherhood.[61]

In 2004, U.S. forces arrested Abu Bakr in Fallujah, and sent him to the notorious Camp Bucca prison. By the time of his release at the end of that year, Abu Bakr had built a network of jihadists from among his fellow prisoners that he would rely upon for years to come. Abu Bakr subsequently worked with several militant groups, including AQI. He assumed the *kunya* of Abu Dua, which is the name that the U.S. intelligence community used to identify him for several years.[62]

Though there are conflicting accounts of Abu Bakr's activity after his release from prison and before he joined MSC, according to the testimony of militant leader Mohammed Hardan, Abu Bakr was briefly a member of Jaysh al-Mujahideen in Iraq in 2005 before becoming the emir of the Sharia Committee of the aforementioned Jaysh Ahl al-Sunnah wa-l-Jama'a. Jaysh Ahl al-Sunnah wa-l-Jama'a is a jihadist outfit that aligned ideologically with Zarqawi and bin Laden, and joined the MSC on January 26, 2006. While Abu Bakr's subsequent role in MSC/ISI is not entirely clear, he clearly played an important role in that organization, as evidenced by his selection as its new emir less than a month after U.S. forces killed Abu Umar al-Baghdadi and Abu Ayyub al-Masri.

In many ways, Abu Bakr's selection seemed to mirror that of his predecessor. Abu Bakr was an Iraqi member of ISI who was relatively unknown to the outside world. (Often, being relatively unknown is not a sign that a jihadist lacks importance, but the opposite: The identities of key leaders are frequently given a lower profile by the organization to keep them off the counterterrorism radar.) By virtue of his privileged education, Abu Bakr exhibited apparently impressive Qur'anic literacy. But Abu Bakr's rise to power took place against a backdrop of organizational chaos and disarray, largely due to the damage inflicted on the organization by U.S. forces and the Sunni tribal uprising.

According to ISIS defector Abu Ahmad, Abu Bakr's ascension is largely attributable to ISI operations chief Haji Bakr, who played an important role in ISIS's resurgence.[63] Abu Ahmad contended that Haji

---

[61] Fishman, *The Master Plan*, pp. 149-50.

[62] Ibid. p. 151; designation of Abu Bakr al-Baghdadi, U.S. Federal Register, public notice, 76 FR 7638 (October 7, 2011), pp. 62494-62495, https://www.federalregister.gov/documents/2011/10/07/2011-26022/designation-of-ibrahim-awwad-ibrahim-ali-al-badri-also-known-as-dr-ibrahim-awwad-ibrahim-ali.

[63] Given his importance in the growth of ISIS, this footnote provides some background on Haji Bakr. Born Samir Abd Muhammad al-Khlifawi, he was a former colonel in the intelligence service of Saddam Hussein's air defense force. Christoph Reuter, "Secret Files Reveal The Structure of Islamic State," *Spiegel*, April 18, 2015. Paul Bremer, who headed the U.S.'s occupational authority after the American invasion, issued a decree dissolving the Iraqi army in May 2003. This left Haji Bakr "bitter and unemployed." Ibid. Thereafter, Haji Bakr met Zarqawi, and joined JTJ in Anbar Province. A jihadist eulogy of Haji Bakr posted to Twitter describes him as "among the early entrants who joined the mujahedin's caravan after the Crusader invasion of Iraq." See document posted by Mu'assasat al-I'tisam, February 3, 2014. According to Iraqi officials, Haji Bakr was imprisoned from 2006 to 2008 in both Camp Bucca and Abu Ghraib, at which point he reportedly met long-time Zarqawi associate Abu Muhammad al-Lubnani, as well as Abu Bakr al-Baghdadi. "Death Industry," Al-Arabiyah television, February 14, 2014 (Arabic); Ali Hashem, "We Just Missed the Isis Leader. Next Time We'll Get Him," *Times* (London), March 8, 2015. Upon his release, Haji Bakr became part of ISI's leadership. According to the account of ISIS defector Abu Ahmad, Haji Bakr served as second-in-command to al-Ra'i (born Muhammad al-Nada al-Juburi), ISI's chief of staff, and took over al-Ra'i's position following al-Ra'i's death in the fall of 2009. *Al-Durar al-Shamiyah* (Arabic), April 5, 2014. Haji Bakr reportedly played a key role in Abu Bakr al-Baghdadi's rise to power.

    Later, in 2012, Haji Bakr traveled to Syria as part of a small contingent tasked with assessing the conditions on the ground for ISI's potential expansion, and "healing the rift" between AQI and Jabhat al-Nusra. Reuter, "Secret Files Reveal The Structure of Islamic State"; Ahmed Hashim, *Caliphate at War: Operational Realities and Innovations of the Islamic State* (Oxford: Oxford University Press, 2018), p. 171. According to handwritten files accessed by the German newspaper

Bakr capitalized on the attrition of ISI's leadership, and rigged the selection process.[64] As ISI's operations chief, Haji Bakr was the *de facto* head of the organization following the death of Abu Umar al-Baghdadi and Abu Ayyub al-Masri. But he lacked the lengthy jihadist pedigree characteristic of the group's former leaders, as well as the religious credentials required of an emir. Haji Bakr may have seen Abu Bakr al-Baghdadi's selection as an opportunity to grow his own power and influence in the organization.

### *ISI's Expansion into Syria and the Creation of Jabhat al-Nusra*

As unrest in Syria mounted in 2011, ISI turned its attention to its western neighbor. In a video titled "The Islamic State in Five Years," released by ISI's propaganda arm Al-Furqan in August 2011, one militant praised the uprisings against Assad, and said they should continue until the "Islamic state is established in Syria."[65] According to an extensive account of ISI's growth in Syria by seasoned Middle East correspondent Rania Abouzeid, at this time that Abu Bakr al-Baghdadi began laying the groundwork for ISI's western expansion. In August 2011, Abu Bakr dispatched Abu Muhammad al-Julani, who would become the emir of the al-Qaeda affiliate Jabhat al-Nusra, and a small group of ISI members into neighboring Syria to establish a new branch of ISI.[66]

In January 2012, Julani's group formally announced the establishment of Jabhat al-Nusra. Seeking to woo more more moderate Syrian rebels, Jabhat al-Nusra obfuscated its ties to both ISI and al-Qaeda. But in December 2012 the U.S. Treasury designated the group as a foreign terror organization (FTO) connected to AQI (the name the U.S. government still employed for the militant group at the time). According to Brian Fishman, "When the United States declared that JaN was a pseudonym for 'al Qaeda in Iraq,' the group's functional and terminological independence became less valuable to the ISI."[67]

In addition to the declining value of Nusra's purported independence from ISI, there was also the issue of Julani's insubordination. The dynamics between Abu Bakr and Julani were troubled from the start, as Julani was not an obedient and deferential deputy. The two leaders had divergent strategic and tactical outlooks, and Julani disobeyed some of Abu Bakr's orders.[68] For these and other reasons, Abu Bakr increasingly saw Julani's insubordination and Jabhat al-Nusra's popularity as a threat. In late 2012, Haji Bakr traveled to Syria as part of a small contingent tasked with restoring the relationship between Jabhat al-Nusra and ISI.[69] But as scholar Ahmed Hashim explains: "Haji Bakr's approach to

---

*Der Spiegel* after Haji Bakr's death in January 2014, it was during this time that Haji Bakr created a "blueprint" for the Islamic State in Syria. From his residence in a small town north of Aleppo, Haji Bakr outlined his plans for ISI's takeover and governance. According to *Spiegel*, the militant "sketched out the structure of the Islamic State, all the way down to the local level, compiled lists relating to the gradual infiltration of villages and determined who would oversee whom. Using a ballpoint pen, he drew the chains of command in the security apparatus on stationery." Reuter, "Secret Files Reveal The Structure of Islamic State." Referred to by some as "Lord of the Shadows" and Baghdadi's right-hand man, Haji Bakr died before his grand plan came to fruition. He was killed by Syrian rebels in January 2014.

[64] "The Concealed Truths About al-Baghdadi's State [trans. from Arabic]," *Al-Durar al-Shamiyah*, April 5, 2014.

[65] Ministry of Information of the Islamic State of Iraq, "The Islamic State in Five Years [trans. from Arabic]," video produced by the Al-Furqan Establishment for Media Production, August 21, 2011.

[66] Rania Abouzeid, "The Jihad Next Door," *Politico,* June 23, 2014, https://www.politico.com/magazine/story/2014/06/al-qaeda-iraq-syria-108214?o=0.

[67] Fishman, *The Master Plan*, p. 175.

[68] Aron Lund, "As Rifts Open Up in Syria's al-Qaeda Franchise, Secrets Spill Out," Carnegie Middle East Center*,* August 10, 2015, http://carnegie-mec.org/diwan/60973.

[69] Christoph Reuter, "Secret Files Reveal The Structure of Islamic State," *Spiegel*, April 18, 2015, http://www.spiegel.de/international/world/islamic-state-files-show-structure-of-islamist-terror-group-a-1029274.html.

conflict resolution included an unusual way to heal a rift: killing opponents of [ISI's] stance on the internecine conflict."[70]

Abu Bakr began publicizing the link between ISI and Jabhat al-Nusra, emphasizing ISI's control over the Syria-based group. For example, in March 2013 one of ISI's media outlets released a video highlighting the link between the two groups. The video featured footage of the Nusra banner, and identified ISI and Nusra as "the best groups that uphold Islam in theory and practice."[71] A month later, Abu Bakr announced that he was formally merging the two groups.

*Islamic State of Iraq and al-Sham (ISIS)[72]*
On April 9, 2013, Abu Bakr al-Baghdadi announced the dissolution of Jabhat al-Nusra. In its place, he said that the Islamic State of Iraq and al-Sham (ISIS) would be the name of the new entity that would unify under his leadership. Abu Bakr emphasized that Julani and his associates were directed and supported by ISI each step of the way, and were tasked with working in service of ISI to extend the group's power into Syria. He declared that Jabhat al-Nusra was always "nothing but an extension and part of the Islamic State of Iraq," and that this merger would formalize Nusra's connection, and subservience, to Abu Bakr's organization.[73]

Abu Bakr's move to unite the two groups ultimately ruined his group's relationship with both Jabhat al-Nusra and also al-Qaeda's senior leadership. When Julani rejected Abu Bakr's announced merger, Zawahiri tried to resolve their dispute through mediation. But ultimately al-Qaeda decided to disown ISIS. On February 3, 2014, al-Qaeda released a statement announcing that it "has no connection" with ISIS, and that it "is not responsible" for ISIS's actions.[74]

By the time of this dissociation, ISIS had already begun its expansion throughout Iraq and Syria. On January 4, 2014, ISIS seized control of the Iraqi city of Fallujah. Less than two weeks later, ISIS also gained control of the Syrian city of Raqqa, wresting it from other rebel groups.[75] After al-Qaeda disavowed ISIS, the latter group managed to become even stronger. ISIS opened June 2014 with a shocking offensive from Syria into Iraq, seizing control of the major cities of Mosul and Tikrit in the span of two days. By the end of June 2014, the group's spokesman, Abu Muhammad al-Adnani, claimed that ISIS had re-established the caliphate, thus becoming—in the group's eyes—the legitimate political and spiritual leader of the world's Muslims.[76]

ISIS's reach and influence quickly extended far beyond Iraq and Syria. ISIS had achieved global notoriety by the summer of 2014 for its battlefield victories and wanton brutality, which managed to shock people even in the midst of the world's bloodiest civil war. Following its declaration of a

---

[70] Hashim, *Caliphate at War*, p. 171.
[71] Islamic State of Iraq, "Pounding the Fortresses," video posted to the Hanin Network Forums, March 7, 2013.
[72] This group has also been referred to as the *Islamic State of Iraq and the Levant* (ISIL) and the *Islamic State of Iraq and Syria*. Others refer to the group as *Daesh* – an acronym derived from the group's Arabic name, *al-Dawlah al-Islamiyah fi-l-'Iraq wa-l-Sham*, which may be abbreviated to *Daesh* (داعش). In mid-2014, the group shortened its name to the Islamic State (IS), but many observers reasonably continue to refer to the group by its previous appellations, using ISIS, ISIL and Daesh somewhat interchangeably.
[73] Abu Bakr al-Baghdadi, "Declaration of Establishing Islamic State of Iraq and al-Sham," audio statement produced by the Al-Furqan Establishment for Media Production, April 9, 2013.
[74] Al-Qaeda General Command, statement in Arabic, February 3, 2014.
[75] "ISIL Recaptures Raqqa From Syria's Rebels," *Al Jazeera*, January 14, 2014.
[76] Abu Muhammad al-Adnani, "This is the Promise of Allah," June 29, 2014.

caliphate, ISIS managed to establish branches, or persuade other militant groups to declare their allegiance to it, in Afghanistan, Algeria, Bangladesh, Egypt, Libya, Nigeria, the Philippines, Somalia, and Yemen, to name just a few.

One factor that helped propel ISIS's growth was its powerful propaganda machine, which can arguably be described as unprecedented for a violent non-state actor.[77] Harnessing the power of social media and significant advances in DIY video production, ISIS spread horrific imagery throughout the globe. ISIS was particularly sadistic in its treatment of people unlucky enough to be captured by the militant group, including enemy soldiers, tribesmen, politicians, and—of tragic relevance to the present case—journalists. For anyone who has watched ISIS's bloodiest propaganda, imagery will be seared into their mind of beheadings, captives being immolated, people being thrown off of building, and ISIS hostages being drowned in cages. The plaintiffs in this case are two of ISIS's victims. This report now turns to the militant group's culpability for both of their deaths.

## IV.      ISIS's Responsibility for the Death of James Foley

On November 22, 2012, James Foley, an American freelance journalist covering the war in Syria, and his British colleague John Cantlie rode back toward the Turkish border in a taxi. Their car was blocked by a group of militants who handcuffed them and forced them into the back of a van. Their translator Mustafa Ali was left by the side of the road.[78] Over the next eighteen months that they were held in captivity, Foley and Cantlie were moved three times, ultimately ending up in an ISIS prison beneath the Aleppo Children's Hospital.[79]

In ISIS's hands, Foley and Cantlie were routinely tortured, threatened, starved, and deprived of light for weeks on end.[80] According to other prisoners, ISIS's treatment of Foley was particularly brutal, as he underwent mock executions, and repeated and prolonged waterboarding.[81] On August 19, 2014, after he had been held for over a year and a half, James Foley was taken to Raqqa, where he was forced to kneel in front of a camera and recite a statement denouncing the United States before being executed by ISIS militants.

As this section details, ISIS was unambiguously responsible for Foley's execution. Indeed, ISIS publicly claimed responsibility at the time of the execution, posting a four minute and forty second video of Foley's last moments and beheading, which it titled "A Message to America." In addition to producing and uploading the video to YouTube, the group publicized it on a variety of social

---

[77] For a snapshot of the group's exploitation of social media at its height, see J.M. Berger and Jonathon Morgan, *The ISIS Twitter Census: Defining and Describing the Population of ISIS Supporters on Twitter* (Washington, D.C.: The Brookings Institution, 2015).

[78] Their capture by militants is described in Rukmini Callimachi, "The Horror Before the Beheadings," *New York Times*, October 25, 2014. At the time of Foley's abduction, many militant groups in Syria were actively taking hostages. Many hostages were not told what group had abducted them. Jejoen Bontinck, a then-18-year-old Belgian held captive by ISIS who shared a cell with Foley for three weeks during the summer of 2013, claimed that Jabhat al-Nusra had held Foley and Cantlie initially before transferring them to ISIS's custody. Ibid.

[79] Ibid.

[80] Section VI provides an in-depth discussion of the torture that James Foley was forced to endure while held by ISIS.

[81] Callimachi, "The Horror Before the Beheadings."

networking platforms through two of its main propaganda wings, Al-Furqan Media Foundations and Al-Hayat Media Center.[82]

*Authentication of the execution video*

I watched the video of Foley's beheading when it was first posted online. Though the video is no longer available on YouTube due to the platform's policy of taking down violent pro-ISIS content, it was preserved and remains available due to the efforts of a number of researchers. One research group that accessed, transcribed, and archived the video on the day of its release is the SITE Intelligence Group, a non-government organization focused on tracking and analyzing violent extremist activity online.[83] While SITE is a reputable source for archived jihadist content, I have independently determined that the video archived by SITE is the same video released by ISIS on August 19, 2014. My conclusion is based on 1) contemporaneous open-source reporting confirming that SITE obtained and archived the Foley beheading video at the time of its release, 2) open-source reporting on the video's contents, which corroborates the authenticity of the video posted by SITE, 3) the SITE-hosted video's consistency with other publicly available copies of the video online, and 4) the SITE-hosted video's consistency with my own memory of the original video.

Open source reporting from August 19, 2014—the video's release date—specifically confirms that SITE Intelligence Group accessed, transcribed, and archived the original video uploaded by Al-Furqan Media Foundation on the day of its release. In an article titled "Militant Group Says It Killed American Journalist in Syria," *New York Times* journalist Rukmini Callimachi cited to SITE's transcription of the video in her reporting.[84] Bill Roggio, the editor of the well-regarded *Long War Journal*, which provides detailed and original content related to all aspects of the "global war on terror," also reported on SITE's acquisition of the Foley execution video.[85]

A second indicator of the authenticity of the video available from SITE is that open-source reporting describing the content of the original video matches the content of the video archived by SITE (which is described below). As one example, Callimachi states that the original video was four minutes and forty seconds in length, and provides quotes from the video that precisely match the language transcribed below. Countless other outlets have also reported on the video in a manner that confirms the authenticity of SITE's archived video. A very small sample of the voluminous reporting corroborating the SITE video's authenticity can be found in ABC, *Daily Beast*, *The Guardian*, *The New Yorker*, and *Vice*.[86] Many reports from these credible news sites not only quote from the video but also include screenshots that clearly match the imagery of the SITE-hosted video.

[82] I witnessed these distribution efforts at the time they were made, and my recollection is borne out by independent open-source analysis. See BBC Monitoring, "Islamic State Beheading Video Applauded by Online Supporters," August 20, 2014.

[83] The video is available from SITE at http://sitemultimedia.org/video/SITE_IS_Message_America.mp4.

[84] Rukmini Callimachi, "Militant Group Says It Killed American Journalist in Syria," *New York Times*, August 19, 2014, https://www.nytimes.com/2014/08/20/world/middleeast/isis-james-foley-syria-execution.html.

[85] Bill Roggio, "Islamic State Beheads American Reporter," *Long War Journal*, August 19, 2014, https://www.longwarjournal.org/archives/2014/08/islamic_state_behead.php.

[86] Lee Ferran & Rym Momtaz, "Video Appears to Show Beheading of Journalist James Foley, Who Went Missing in Syria," *ABC News*, August 19, 2014, https://abcnews.go.com/Blotter/james-foley-video-appears-show-beheading-journalist-missing/story?id=25043593; Christopher Dickey, "Medieval Cruelty in Modern Times: ISIS Thugs Behead American Journalist," *Daily Beast*, August 19, 2014, https://www.thedailybeast.com/medieval-cruelty-in-modern-times-isis-thugs-behead-american-journalist; Spencer Ackerman, "Islamic State Militants Claim to Have Killed U.S. Journalist James Foley," *The Guardian* (London), August 20, 2014, https://www.theguardian.com/world/2014/aug/19/james-wright-foley-beheaded-isis-video; Jon Lee Anderson, "The Men Who Killed James Foley," *The New Yorker*, August 20, 2014, https://www.newyorker.com/news/news-desk/men-killed-james-foley; Girard Dorney, "Why You Should

A third indicator of the authenticity of the video available via SITE is that it exactly matches other copies of the video that are publicly available elsewhere online, with the exception of the first 13 seconds, which credits SITE with archiving the video. Indeed, other copies of this video that can be found online feature exactly the same content, and are exactly four minutes and forty seconds in length.[87]

The fourth relevant indicator of authenticity is that I watched the original video when it was released, and the video available through SITE matches the video that I viewed on YouTube on August 19, 2014.

*Content of the Foley execution video*

Given that the video available via SITE is a valid copy of the original, I have analyzed the video to determine its authenticity as an ISIS production, and thus evidence of ISIS's culpability in the death of James Foley. I conclude that the video released on August 19, 2014 depicting Foley's death is an authentic production created and released by ISIS based on 1) distinct self-identifying features of the video that tie it to ISIS, and 2) other official statements from ISIS confirming the authenticity of the video, as well as the group's culpability.

The video begins with a statement in Arabic that reads: "In the Name of Allah, the Most Gracious, the Most Merciful." The script fades, replaced by a second statement in Arabic. Directly below this second Arabic-language statement, the video includes the English translation: "Obama authorizes military operations against the Islamic State effectively placing America upon a slippery slope towards a new war front against Muslims."

The video then turns to a clip of Obama's televised address to the American people on August 7, 2014, in which he discusses his authorization of targeted airstrikes against ISIS. The screen then shifts to an aerial shot of an airstrike, with the caption: "American Aggression Against the Islamic State." The repeated references to America's war against ISIS at the beginning of the video are the first marker that it is an ISIS production. The words "A Message to America" then appear on the screen.

James Foley then appears onscreen alongside his ISIS executioner. His full name, James Wright Foley, appears in the lower left side of the screen in both English and Arabic. Foley is dressed in an orange jumpsuit that deliberately mirrors those worn by U.S. detainees, most prominently at the Guantánamo Bay detention facility. The orange jumpsuit represents a second marker of the video as an ISIS production. The group's use of orange jumpsuits in execution videos dates back to the days of AQI and Abu Musab al-Zarqawi. In 2004, AQI publicized its executions of Americans Nicholas Berg, Eugene "Jack" Armstrong, and Jack Hensley, all of whom appeared in orange jumpsuits in their execution videos. Further, following Foley's execution, the orange jumpsuit again became a hallmark

Consider Watching the James Foley Execution Video," *Vice*, August 22, 2014, https://www.vice.com/en_us/article/nnqqkz/why-you-should-consider-watching-the-james-foley-execution-video.

[87] See for example, the copies of the video that can be found at https://archive.org/details/AMessageToAmerikaSubINDO; https://leaksource.wordpress.com/2014/08/19/graphic-video-islamic-state-beheads-american-journalist-james-foley/. After I began drafting this report, Leaksource (the second of these sources) has been suspended for violating WordPress's terms of service. However, an archived version of the site and video may be accessed here: http://web.archive.org/web/20140919165809/http://leaksource.info/2014/08/19/graphic-video-islamic-state-beheads-american-journalist-james-foley/. Further, I have downloaded backup copies from all sites referenced here.

of the militant group's execution videos in its new incarnation as ISIS. In their last moments, other ISIS victims were also forced to wear orange jumpsuits, including American journalist Steven Sotloff (described in the subsequent section), British aid worker David Haines, Jordanian pilot Lt. Muath al-Kasasbeh, and Japanese journalist Kenji Goto.

The appearance of the ISIS logo and the logo of one of ISIS's main media outlets, Al-Furqan Media Foundation, also identifies the video as an ISIS production. The ISIS logo—a black flag with *there is no god but Allah* (*la ilaha il Allah*) written in white along the top—appears in the top left corner of the screen. Beneath is a white circle in which *Muhammad is the messenger of Allah* (*Allah rasul Muhammad*) appears in black writing. ISIS's flag is animated, made to appear as though it is waving in the wind.



*ISIS's flag is depicted in the upper left-hand corner of the screen.*

Then ISIS's logo is replaced by the logo of ISIS media outlet Al-Furqan Media Foundation. Established in October 2006, Al-Furqan Media Foundation was created by ISIS's predecessor organization, ISI, and has since been confirmed by the U.S. government to be an official wing of ISIS, in addition to being universally recognized as such by experts in the field.[88]



*After ISIS's logo disappears, the logo of Al-Furqan Media Foundation is featured in its place.*

The appearance of these logos is a signature characteristic of ISIS's video productions. For example, when Abu Bakr al-Baghdadi made his famous speech from the Grand al-Nuri mosque, the branding was exactly the same. As in the Foley execution video, a black ISIS flag appeared in the top left corner of the screen, animated to appear as though waving in the wind, before the Al-Furqan logo appeared in its place. Having reviewed hundreds of jihadist videos, I know of no other organization, save for ISIS affiliates, that similarly employ the imagery of ISIS's logo and the logo of the Al-Furqan Media Foundation.

---

[88] U.S. Department of State, Bureau of Counterterrorism and Countering Violent Extremism, press release, "Terrorist Designations of Groups Operating in Syria," May 14, 2014, https://www.state.gov/j/ct/rls/other/des/266556.htm; Islamic State of Iraq, statement establishing the announcement of Al-Furqan, October 31, 2006 (Arabic).

In the video, Foley delivers the following message, for which Arabic subtitles appear at the bottom of the screen:

> I call on my friends, family, and loved to rise up against my real killers, the U.S. government, for what will happen to me is only a result of their complacency and criminality.

> My message to my beloved parents: Save me some dignity and don't accept any meager compensation for my death from the same people who effectively hit the last nail in my coffin with the recent aerial campaign in Iraq.

> I call on my brother John who is a member of the U.S. Air Force: Think about what you are doing. Think about the lives you destroy, including those of your own family.

> I call on you, John, think about who made the decision to bomb Iraq recently and kill those people, whoever they may have been. Think John, who did they really kill? Did they think about me, your and our family when they made that decision? I died that day, John. When your colleagues dropped that bomb on those people they signed my death certificate.

> I wish I had more time. I wish I could have the hope for freedom to see my family once again, but that ship has sailed. I guess all in all, I wish I wasn't an American.

Speaking in English, Foley's ISIS executioner then addresses the camera:

> This is James Wright Foley, an American citizen of your country. As a government, you have been at the forefront of aggression towards the Islamic State. You have plotted against us and gone far out of your way to find reasons to interfere in our affairs. Today, your military airforce is attacking us daily in Iraq. Your strikes have caused casualties amongst Muslims. You're no longer fighting an insurgency, we are an Islamic army and a State that has been accepted by a large number of Muslims worldwide, so effectively, any aggression towards the Islamic State is an aggression towards Muslims from all walks of life who have accepted the Islamic Caliphate as their leadership. So any attempt by you, Obama, to deny the Muslims their rights of living in safety under the Islamic Caliphate will result in the bloodshed of your people.

When he concludes, the executioner begins beheading Foley. While the video does not show the full beheading, what it does depict leaves no doubt that Foley is mortally wounded. The video concludes with an image of Foley's dismembered corpse. The executioner then reappears holding Steven Sotloff, positioned the same way as Foley was before him, and similarly dressed in an orange jumpsuit. The executioner warns, "The life of this American citizen, Obama, depends on your next decision."

Since the video's release, the executioner has been identified by the U.S. government, counterterrorism experts, and media outlets as ISIS member Mohammad Emwazi (known in some popular press outlets as "Jihadi John").[89] A 2017 press release from the U.S. Department of State specifically identifies

---

[89] See Souad Mekhennet & Adam Goldman, "'Jihadi John': Islamic State Killer is Identified as Londoner Mohammed Emwazi," *Washington Post*, February 26, 2015; U.S. Department of State, Media Note, "State Department Terrorist

Emwazi as Foley and Sotloff's executioner. Detailing his role in ISIS's "execution cell" that is known as "The Beatles," the press release states:

> The notorious cell, dubbed "The Beatles" and once headed by now-deceased SDGT Mohamed Emwazi (also known as Jihadi John), is responsible for holding captive and beheading approximately two dozen hostages, including several Westerners. Among them: American journalists James Foley and Steven Sotloff, and American aid worker Peter Kassig.[90]

This determinative identification of the executioner is further evidence of the video's authenticity as an ISIS production, and underscores the group's culpability in Foley's death.

ISIS distributed the execution video online through the Al-Furqan Media Foundation and other ISIS-affiliated propaganda arms like Al Hayat Media Center. As SITE has explained in its reporting, the video was "produced by the IS' al-Furqan Media Foundation, and was posted on the group's Diaspora accounts on August 19, 2014."[91] This account of the video's origins is consistent with another report by BBC Monitoring, which described Diaspora as a "marginal social media platform." The BBC Monitoring report explains:

> The 04:40-min video entitled "A message to America" was produced by ISIS's central media arm—Al-Furqan—and reportedly issued via the account of ISIS's multilingual media outfit Al-Hayat Media Center (HMC) on the Diaspora platform. The video was issued in the evening of 19 August. One of ISIS's many support groups on Twitter—Al-Nashir (@dawla_support)—tweeted the video at 2119 on 19 August, providing the source as the HMC account on Diaspora (joindiaspora.com/u/alhayaten). The video was then promoted on Twitter by ISIS supporters who posted several links to it on YouTube.

Virtually all the ISIS accounts on Diaspora were suspended following the video's release.

As mentioned previously in this report, Al-Furqan Media Foundation was established in October 2006 by ISIS's predecessor organization, ISI, and has been confirmed by the U.S. government to be an official wing of ISIS. Al Hayat Media Center has been similarly recognized by the U.S. government as an official ISIS media outlet.[92] The production and subsequent propogation of the Foley beheading video by these ISIS-affiliated entities further strengthens the conclusion that this video is an authentic ISIS production, and that ISIS was responsible for Foley's death.

Designations of Siddhartha Dhar and Abdelatif Gaini," January 23, 2018, https://www.state.gov/r/pa/prs/ps/2018/01/277594.htm (mentioning that one of the designees "is considered to have replaced ISIS executioner Mohammad Emwazi, also known as 'Jihadi John'").

[90] U.S. Department of State, Bureau of Counterterrorism and Countering Violent Extremism, press release, "State Department Terrorist Designation of Alexanda Amon Kotey," January 10, 2017, https://www.state.gov/j/ct/rls/other/des/266771.htm.

[91] "IS Beheads Captured American James Wright Foley, Threatens to Execute Steven Joel Sotloff," SITE Intelligence Group, August 19, 2014, https://news.siteintelgroup.com/Jihadist-News/is-beheads-captured-american-james-foley-threatens-to-execute-another.html.

[92] See U.S. Deparment of Homeland Security, Office of Intelligence and Analysis, "Foreign Terrorist Organizations' Official Media Arms and Violent Extremist Web Forums," April 13, 2016, https://www.dhs.gov/sites/default/files/publications/15-271-IA%20-%20Media%20Arms%20-%20Maniglia_update_v11_accessible.pdf.

Finally, ISIS has continued to publicly take responsibility for the execution of James Foley since the release of the video. For example, on August 29, 2014, the ISIS propaganda outlet Al-Hayat Media Center released the third issue of *Dabiq*, ISIS's English language magazine, which made repeated references to Foley's execution, and featured two sections taking credit for Foley's execution entitled "Foley's Blood is on Obama's Hands" and "The Complete Message From Foley." The magazine also features a photo of Steven Sotloff, seemingly taken from the final frame of Foley's execution video.[93]

My findings with respect to ISIS's responsibility for Foley's death are consistent with those of the U.S. government. The National Security Council publicly confirmed the authenticity of the execution video.[94] In a statement on Foley's murder, President Obama further reiterated ISIS's culpability, declaring that "the entire world is appalled by the brutal murder of Jim Foley by the terrorist group, ISIL."[95] The U.S. government has also blamed ISIS for Foley's death in other official documents. For example, chapter 18 of the *Digest of United States Practice in International Law 2015*—an annual report published by the U.S. Department of State that memorializes and publicizes the "views and practice of the Government of the United States in public and private international law"—states that ISIS "threatens American personnel and facilities located in the region and is responsible for the deaths of U.S. citizens James Foley, Steven Sotloff, Abdul-Rahman Peter Kassig, and Kayla Mueller."[96]

In sum, I conclude that ISIS was responsible for the death of James Foley based on the following:

- ISIS produced and released a video of the execution of James Foley at the hands of one of its militants.

- The video is indisputable evidence of ISIS's responsibility for James Foley's execution based on the fact that: 1) the video is branded with the ISIS logo as well as the logo of ISIS's propaganda outlet Al-Furqan Media Foundation; 2) ISIS propagated the video online through the Al-Furqan Media Foundation and other ISIS-affiliated propaganda arms like Al Hayat Media Center; 3) Foley's executioner, depicted in the video, has been identified by the U.S. and other governments as an ISIS-affiliated militant, Mohammed Emwazi.

- ISIS further confirmed its responsibility in a special feature on James Foley in the third issue of its English language magazine, *Dabiq*, and well as in other propaganda releases subsequent

[93] "Foley's Blood is on Obama's Hands," *Dabiq* 3, Shawwal 1435/July-August 2014, p. 37, https://azelin.files.wordpress.com/2016/07/the-islamic-state-e2809cdacc84biq-magazine-322.pdf.

[94] See Polly Mosendz, "White House Says ISIL Video of James Foley is Authentic," *The Atlantic*, August 20, 2014, https://www.theatlantic.com/national/archive/2014/08/white-house-authenticates-foley-video/378846/; Andrew Soergel, "U.S. Officials Confirm Authenticity of Beheading Video," *U.S. News & World Report*, August 20, 2014, https://www.usnews.com/news/newsgram/articles/2014/08/20/us-officials-confirm-islamic-state-video-of-journalist-james-foleys-beheading; Michael D. Shear & Julie Hirschfeld Davis, "Obama, 'Appalled' by Beheading, Will Continue Airstrikes," *New York Times*, August 20, 2014, https://www.nytimes.com/2014/08/21/us/politics/james-foley-beheading-isis-video-authentic-obama.html; Brett LoGiurato "Obama: ISIS is a 'Cancer,' has 'No Place in the 21st Century,' – 'The Entire World is Appalled," *Business Insider*, August 20, 2014, https://www.businessinsider.com/obama-statement-on-james-foley-death-isis-2014-8.

[95] White House Press Release, "Statement by the President," August 20, 2014, https://obamawhitehouse.archives.gov/photos-and-video/video/2014/08/20/president-obama-delivers-statement-murder-james-foley#transcript.

[96] U.S. Department of State, *Digest of United States Practice in International Law 2015*, chapter 18, p. 744, https://www.state.gov/s/l/2015/index.htm.

to Foley's death.

- The U.S. government has officially confirmed both the authenticity of the video of James Foley's execution released on August 19, 2014, and also ISIS's responsibility for Foley's death.

## V.     ISIS's Responsibility for the Death of Steven Sotloff

On August 4, 2013, Steven Sotloff, an American journalist covering the civil war in Syria, and his fixer, Yosef Abobaker, were kidnapped by ISIS militants shortly after they crossed the border from Turkey into Syria.[97] According Abobaker's account of the kidnapping, which he provided to CNN, around fifteen ISIS militants took them captive shortly after they crossed into Syria, and drove them to a textile factory outside Aleppo, where they were held in separate rooms.[98] The militants spoke Arabic with North African accents.[99] Abobaker was released 15 days later, and did not see Sotloff again.

On August 19, 2014, about a year after the kidnapping, ISIS posted a video on YouTube depicting the beheading of James Foley. At the end of the video, Sotloff could be seen in an orange jumpsuit with his hands in handcuffs. Foley's executioner threatened to kill Sotloff as well.

On September 2, 2014, ISIS executed Sotloff in a publicly released video. ISIS was unambiguously responsible for his execution. The group publicly claimed responsibility for the execution by producing and distributing a two-minute and forty-six second video of Sotloff's final moments and beheading, entitled "A Second Message to America." In addition to uploading the video to YouTube, the group also publicized the video on a variety of social networking platforms.[100]

*Authentication of the Sotloff execution video*
While the original video is no longer available on YouTube, the video was uploaded to a public WordPress blog called "LeakSource" on the same day it was released (September 2, 2014), and it is still available on an archived version of the LeakSource page today.[101] Prior to the site's suspension, it served as a clearinghouse for videos and other material likely to be taken off of other platforms, such as YouTube. I have independently determined the LeakSource video to be the same one that ISIS released on September 2, 2014, based on: 1) open-source reporting on the video and its contents, 2) the video's consistency with other publicly available copies of the Sotloff beheading video online, and 3) the video's consistency with my memory of the original video, which I viewed on the day it was released.

---

[97] Michael Martinez, Gul Tuysuz & Karl Penhaul, "Fixer Recounts How ISIS Abducted Him and Steven Sotloff," CNN, September, 16, 2014, https://www.cnn.com/2014/09/16/world/steven-sotloff-fixer-isis-interview/index.html.
[98] Ibid.
[99] Ibid.
[100] See description of ISIS's distribution of this video in BBC Monitoring, "ISIL Supporters Praise Beheading of Second U.S. Hostage," September 3, 2014.
[101] This site has since been suspended. However, I was able to download and archive the video. The site was also preserved through Internet archiving, and can be accessed with the following link: http://web.archive.org/web/20140907203950/http://leaksource.info/2014/09/02/graphic-video-islamic-state-beheads-american-journalist-steven-sotloff/. The original link, prior to LeakSource being suspended, was: https://leaksource.wordpress.com/2014/09/02/graphic-video-islamic-state-beheads-american-journalist-steven-sotloff/.

Open-source reporting describing the content of the original video exactly matches the contents of the video archived by LeakSource. Several outlets that had access to the original video, including the *Washington Post* and the aforementioned SITE Intelligence Group, published transcripts of the execution video shortly after its release that are identical to the content in the video available at LeakSource.[102] The video available on LeakSource is also consistent with the detailed descriptions provided in reports published by outlets like ABC, CNN, and *The Long War Journal,* which reported on the video at the time of its release. The descriptions provided by these outlets quote verbatim from the video, and often include screenshots that match the imagery in the LeakSource video.[103]

The video available on LeakSource is exactly the same as other copies of the video that were archived and are publicly available elsewhere online, featuring the same content and spanning the same length of two minutes and forty-six seconds.[104]

Finally, it is worth noting that I watched the original Sotloff execution video when it was released, and the video available through LeakSource matches the video that I viewed on September 2, 2014.

*Content of the Sotloff execution video*
Since the video available via LeakSource is a valid copy of the original that was posted on September 2, 2014, I have analyzed the video to determine its authenticity as an ISIS production, and thus evidence of ISIS's culpability in the death of Steven Sotloff. I conclude that the execution video released on September 2, 2014 is an authentic publication produced and released by ISIS, based on 1) distinct self-identifying features of the video that tie it to ISIS, 2) ISIS's subsequent repeated acknowledgement of the video and the group's execution of Sotloff, and 3) official governmental statements confirming the authenticity of the video, as well as ISIS's culpability.

The video, two minutes and forty-six seconds in length, begins with a clip of President Obama addressing the American public on August 20, 2014, following James Foley's death. President Obama condemns ISIS's actions. The fact that it opens with a reference to ISIS is an initial indicator of ISIS's authorship of the video. The screen then fades to black, and the words "A Second Message to America" appear in Arabic. The video's title is a second indicator of ISIS's authorship, as it is an unambiguous reference to the Foley execution video, which was called "A Message to America."

Steven Sotloff then appears on screen. His full name, Steven Joel Sotloff, appears in the lower left side of the screen, in English and Arabic. Sotloff is dressed in an orange jumpsuit. As discussed earlier in my dissection of the Foley execution video, the orange jumpsuit is a hallmark of ISIS's execution videos. It is a third self-identifier of the video as an ISIS production.

[102] See, for example, Dan Lamothe, "Here's the Transcript of the Video Showing Steven Sotloff's Reported Execution," *Washington Post*, September 2, 2014, https://www.washingtonpost.com/news/checkpoint/wp/2014/09/02/heres-the-transcript-of-the-video-showing-steven-sotloffs-reported-execution/?utm_term=.3c1a23c03274; "IS Behead Steven Joel Sotloff, Threatens to Execute Briton David Cawthorne Haines," SITE Intelligence Group, September 2, 2014, https://news.siteintelgroup.com/Jihadist-News/is-behead-steven-joel-sotloff-threatens-to-execute-briton-david-cawthorne-haines.html.
[103] See, for example, Bill Roggio, "Islamic State Executes American Reporter, Threatens Brit," *Long War Journal*, September 2, 2014, https://www.longwarjournal.org/archives/2014/09/islamic_state_execut.php; Lee Ferran, "Video Appears to Show ISIS Execution of Second American Steven Sotloff," *ABC News*, September 2, 2014; Chelsea J. Carter & Ashley Fantz, "ISIS Video Shows Beheading of American Journalist Steven Sotloff," CNN, September 9, 2014, https://www.cnn.com/2014/09/02/world/meast/isis-american-journalist-sotloff/index.html.
[104] See, for example, http://www.dumpert.nl/embed/6615338/fa3276b6/.

Consistent with other ISIS productions, the video is branded with the ISIS logo, as well as the logo of the group's main media outlet, Al-Furqan Media Foundation. The logo of Al-Furqan Media Foundation first appears in the upper left corner of the screen. After around ten seconds, the logo switches to the ISIS flag. (Depictions of both logos can be found in the preceding section.) ISIS's flag is animated, given the appearance that it is waving in the wind, before the screen switches back to the Al-Furqan logo. This cycling between the ISIS and Al-Furqan logos continues throughout the video. The appearance of these logos in the top left corner of the screen is typical of ISIS video productions, and is a further indicator of the authenticity of this video as an ISIS production.

 

*The Sotloff beheading video featured both the ISIS and also Al-Furqan logos.*

Sotloff delivers the following message (for which Arabic subtitles appear at the bottom of the screen):

> I am Steven Joel Sotloff. I'm sure you know exactly who I am by now and why I am appearing before you. And now this time for my message:
>
> Obama, your foreign policy of intervention in Iraq was supposed to be for the preservation of American lives and interests, so why is it that I am paying the price of your interference with my life? Am I not an American citizen? You've spent billions of U.S. taxpayers' dollars and we've lost thousands of our troops in our previous fighting against the Islamic State, so where is the people's interest in reigniting this war?
>
> From what little I know about foreign policy, I remember a time you could not win an election without promising to bring our troops back home from Iraq and Afghanistan and to close down Guantánamo. Here you are now, Obama, nearing the end of your term, and having achieving none of the above, and deceivingly marching us the American people in the blazing fire.

Speaking in English, Sotloff's executioner also addresses the camera:

> I'm back, Obama, and I'm back because of your arrogant foreign policy towards the Islamic State, because of your insistence on continuing your bombings and [unclear] on Mosul Dam, despite our serious warnings. You, Obama, have but to gain from your actions but another American citizen. So just as your missiles continue to strike our people, our knife will continue to strike the necks of your people…

We take this opportunity to warn those governments that enter this evil alliance of America against the Islamic State to back off and leave our people alone.

When he concludes, the executioner begins beheading Sotloff. Similar to the Foley video, this video shows the executioner cutting Sotloff's throat. While it does not show the full beheading, the portion depicting the execution leaves no doubt that Sotloff is mortally wounded. The video concludes with an image of Sotloff's dismembered corpse. The executioner then reappears holding British captive David Cawthorne Haines, who is positioned the same way as Sotloff before him, and dressed in an orange jumpsuit. The executioner warns: "We take this opportunity to warn those governments who have entered this evil alliance of America against the Islamic State to back off and leave our people alone." (Haines was subsequently executed by ISIS as well.)

Like Foley, Sotloff's executioner was notorious ISIS member Mohammad Emwazi. Emwazi's role is attested to in numerous sources, including journalistic accounts,[105] and also official governmental statements. One example of the latter is a 2017 press release from the U.S. Department of State that specifically identifies Emwazi as Sotloff's executioner. Detailing his role in ISIS's execution cell known as "The Beatles," the press release states:

> The notorious cell, dubbed "The Beatles" and once headed by now-deceased SDGT Mohamed Emwazi (also known as Jihadi John), is responsible for holding captive and beheading approximately two dozen hostages, including several Westerners. Among them: American journalists James Foley and Steven Sotloff, and American aid worker Peter Kassig.[106]

The identification of Sotloff's executioner as one of ISIS's most famous murderers is further evidence of the video's authenticity as an ISIS production, and the group's culpability for Sotloff's death.

The release of the Sotloff execution video was less organized than the release of the Foley video. Though the video was posted on YouTube and other social media platforms, according to a report from BBC Monitoring, it is not entirely clear how the video was initially released. The report explains:

> It was not clear how the latest beheading video was released. The account of IS's central media outfit—Al-I'tisam—on the Russian social media platform Vkontakte (vk.com/ale3tisam) does not appear to have issued the video. Instead it posted on 2 September at 1815 BST saying that the group would soon issue a video titled "A second message to America". It said that the video was 02:46 minutes long. It also provided a long series of numbers and letters, presumably allowing the opening of the encrypted files containing the video. However, no download links were provided.[107]

However, the fact that where the video first appeared remains ambiguous does not cast doubt on its authenticity. Indeed, the announcements of the video, including the announcement from Al-I'tisam that is detailed by BBC Monitoring, further support the conclusion that it was an ISIS production.

[105] See Souad Mekhennet & Adam Goldman, "'Jihadi John': Islamic State Killer is Identified as Londoner Mohammed Emwazi," *Washington Post*, February 26, 2015.

[106] U.S. Department of State, Bureau of Counterterrorism and Countering Violent Extremism, press release, "State Department Terrorist Designation of Alexanda Amon Kotey," January 10, 2017, https://www.state.gov/j/ct/rls/other/des/266771.htm.

[107] "ISIL Supporters Praise Beheading of Second US Hostage," BBC Monitoring, September 3, 2014.

Like Al-Furqan Media Foundation and Al-Hayat Media Center, Al-I'tisam has been identified as an official ISIS media outlet by the U.S. government.[108]

ISIS continued to publicly take responsibility for its execution of Sotloff following the release of the video. For example, on October 12, 2014, ISIS's propaganda outlet, Al-Hayat Media Center, released the fourth issue of *Dabiq*, ISIS's English language magazine, which contained a special feature entitled "A Message from Sotloff."[109]  Much like the third issue of *Dabiq*, which included features on Foley, the fourth issue of *Dabiq* claimed responsibility for Sotloff's death, but also explained that "his killing was the consequence of US arrogance and transgression which all US citizens are responsible for as they are represented by the government they have elected, approved of, and supported, through votes, polls, and taxes."[110]

*Dabiq* was a propaganda magazine published between July 5, 2014 and July 31, 2016 through Al-Hayat Media Center, one of several media centers that ISIS employed to reach its global followers. The Al-Hayat Media Center is recognized as an alias for ISIS in the organization's designations as a Foreign Terrorist Organization (FTO) under Section 219 of the Immigration and Nationality Act, and as a Specially Designated Global Terrorist (SDGT) under Executive Order 13224. The connection between *Dabiq* and Al-Hayat is undisputed. Unlike many statements and videos from terrorist organizations, which are circulated via links on anonymous accounts and attributed to the publisher only by the media center's logo, *Dabiq*'s publication was originally announced via Al-Hayat's official Twitter account.[111]

*Dabiq* served as a replacement for two earlier, English-language magazines published by ISIS, *Islamic State News* and *Islamic State Report*. Both were also published by Al-Hayat Media Center, and covered similar military and political topics to those that would become a staple of *Dabiq*. Neither magazine published any issues after July 5, 2014, when the first issue of *Dabiq* appeared.[112] This indicated Al-Hayat's intention to consolidate its publications under a single banner.  As Al-Hayat explained in the opening pages of *Dabiq*'s first issue:

> After a review of some of the comments received on the first issues of Islamic State News and Islamic State Report, AlHayat Media Center decided to carry on the effort—in sha'allah [Allah willing]—into a periodical magazine focusing on issues of tawhid, manhaj, hijrah, jihad, and jama'ah.

---

[108] U.S. Deparment of Homeland Security, Office of Intelligence and Analysis, "Foreign Terrorist Organizations' Official Media Arms and Violent Extremist Web Forums," April 13, 2016, https://www.dhs.gov/sites/default/files/publications/15-271-IA%20-%20Media%20Arms%20-%20Maniglia_update_v11_accessible.pdf.

[109] "A Message from Sotloff," *Dabiq* issue 4, October 2014, https://azelin.files.wordpress.com/2015/02/the-islamic-state-e2809cdc481biq-magazine-422.pdf.

[110] Ibid., pp. 47-48.

[111] While that account has now been suspended, here is a screen shot of the original tweet:

[112] *Islamic State News* published three issues, ceasing publication on June 10, 2014. *Islamic State Reports* published four issues, ceasing publication on June 21, 2014.

It will also contain photo reports, current events, and informative articles on matters related to the Islamic State.[113]

Throughout its run, *Dabiq* actively promoted its affiliation with ISIS. *Dabiq's* chief editor was Ahmad Abousamra, an American-Syrian dual citizen and ISIS fighter who was included on the FBI's Most Wanted Terrorist list.[114] Abousamara edited and wrote for the magazine under the kunyas Abu Sulayman ash-Shami and Abu Maysarah ash-Shami.[115] One regular features in *Dabiq* was interviews with prominent ISIS fighters. *Dabiq* also featured stories written by other ISIS hostages while they were held by the group, including British photographer John Cantlie, who was kidnapped alongside James Foley.[116] The persistent popularity of *Dabiq* and its successors among ISIS members and supporters is attributable in part to the prominent working relationship between its writing staff and the core ISIS organization.

My findings with respect to ISIS's responsibility for Sotloff's death are consistent with those of the U.S. government. Caitlin Hayden, spokeswoman for the National Security Council, publicly confirmed the video's authenticity.[117] Additionally, the U.S. government publicly declared ISIS responsible for Sotloff's death on multiple occasions. As mentioned previously, chapter 18 of the *Digest of United States Practice in International Law 2015*—an annual report published by the U.S. Department of State which memorializes and publicizes the "views and practice of the Government of the United States in public and private international law"—cites ISIS's responsibility for killing Sotloff, declaring ISIS "responsible for the deaths of U.S. citizens James Foley, Steven Sotloff, Abdul-Rahman Peter Kassig, and Kayla Mueller."[118] More recently, the January 2017 Presidential Memorandum Plan to Defeat the Islamic State of Iraq and Syria mentions Sotloff's execution, along with the killings of several other Americans, and attributes his death to ISIS. It states: "ISIS is responsible for the violent murder of American citizens in the Middle East, including the beheadings of James Foley, Steven Sotloff, and Peter Abdul-Rahman Kassig, as well as the death of Kayla Mueller."[119]

In summary, I conclude that ISIS was responsible for the death of Steven Sotloff based on the following:

---

[113] "Until it Burns the Crusader Armies in Dabiq," *Dabiq* issue 1, July 2014, p. 3.

[114] Federal Bureau of Investigation, "Most Wanted Terrorist: Ahmad Abousamra," https://www.fbi.gov/wanted/wanted_terrorists/ahmad-abousamra.

[115] Although he worked under a pseudonym, Abousamra can be identified based on the biographical details provided posthumously in *Dabiq's* successor magazine *Rumiyah*, which Abousamra also ran. "Among the Believers Are Men: Shaykh Abu Sulayman Ash-Shami," *Rumiyah* issue 8, April 2017, pp. 40-45. See also Paul Cruickshank, "ISIS Lifts Veil on American at Heart of its Propaganda Machine," CNN, April 7, 2017, https://edition.cnn.com/2017/04/06/middleeast/isis-american-propaganda-editor/.

[116] John Cantlie, "If I Were the US President Today…" *Dabiq* issue 5, November 2014, pp. 36-39; John Cantlie, "Paradigm Shift," *Dabiq* issue 8, March 2015, pp. 64-67. Given the torture that ISIS inflicted on its hostages, which this report details subsequently, it is highly likely that these articles were written under heavy duress.

[117] Greg Millier, "U.S. Confirms Authenticity of Second Journalist Beheading Video," *Washington Post*, September 3, 2014; Larisa Epatko, "Second American Journalist, Steven Sotloff, Killed by Islamic Extremists," *PBS News Hour*, September 2, 2014, https://www.pbs.org/newshour/world/journalist-steven-sotloff-purportedly-killed-internet-video; Polly Mosendz, "White House Confirms Authenticity of Sotloff Video," *The Atlantic*, September 3, 2014, https://www.theatlantic.com/national/archive/2014/09/white-house-confirms-authenticity-of-sotloff-video/379517/.

[118] U.S. Department of State, *Digest of United States Practice in International Law 2015*, Chapter 18, p. 744, https://www.state.gov/s/l/2015/index.htm

[119] Presidential Memorandum Plan to Defeat the Islamic State of Iraq and Syria, January 28, 2017, https://www.whitehouse.gov/presidential-actions/presidential-memorandum-plan-defeat-islamic-state-iraq-syria/.

- ISIS produced and released a video of the execution of Steven Sotloff at the hands of one of its militants.

- The video is indisputable evidence of ISIS's responsibility for Steven Sotloff's execution because: 1) the video is branded with the ISIS's logo as well as the logo of ISIS's propaganda outlet, Al-Furqan Media Foundation, 2) ISIS foreshadowed Sotloff's execution by featuring him in captivity in the Foley execution video, 3) ISIS also foreshadowed the release of the video online through its propaganda outlet, Al-I'tisam, and 4) Sotloff's executioner was one of ISIS's most notorious militants, Mohammed Emwazi.

- ISIS further confirmed its responsibility in a special feature on Steven Sotloff in the fourth issue of its English language magazine, *Dabiq*.

- The U.S. government has officially confirmed both the authenticity of the video of Steven Sotloff's execution, as well as ISIS's responsibility for Sotloff's death.

## VI.  The Torture of Foley and Sotloff During Their Captivity

Publicly available information about James Foley and Steven Sotloff's time held by ISIS, as well as the firsthand accounts of others who were held by the group, show that it is overwhelmingly likely that they were subjected to severe torture during their time in captivity. Literally all of ISIS's surviving captives have spoken of being tortured. None has reported being spared in this regard.

This section of the report first details how torture was an intimate part of ISIS's standard operating procedures for its hostages. It then provides evidence that Foley and Sotloff were specifically subjected to torture.

*Torture as a Standard Operating Procedure for ISIS*
According to the firsthand accounts of former ISIS detainees, torture—both psychological and physical—typically begins immediately upon the start of captivity, and lasts until execution. Former detainee Pierre Torres—a French blogger who was captured by a group of gun-wielding men in ski masks in June 2013, and released by ISIS in April 2014—recalled that he was physically assaulted from the moment he was taken, as his captors struck him "with the guns and the barrels of the guns," until his head was bloody.[120] For others, the torture began during their initial interrogations—and it is clear that Foley and Sotloff were subjected to multiple interrogations by the militant group. Regardless of precisely when ISIS began torturing Foley and Sotloff, it is overwhelmingly likely that their torture spanned most of the duration of their captivity.

I now examine the use of torture during specific phases of ISIS hostages' captivity.

*The Interrogations.* Former hostages' testimonies illuminate what likely occurred to Foley and Sotloff when ISIS began to interrogate them. Polish photojournalist Marcin Suder recalled that after jihadists kidnapped him in July 2013, they interrogated him, scrutinized his belongings, and tried to find connections between him and American or Russian intelligence agencies:

---

[120] Lyse Doucet, "How Four Men Survived as Hostages of IS," BBC, April 20, 2016, https://www.bbc.com/news/magazine-36080991.

"They took me to a building that was specifically for the interrogation," said Marcin Suder…. "They checked my camera," Mr. Suder said. "They checked my tablet. Then they undressed me completely. I was naked. They looked to see if there was a GPS chip under my skin or in my clothes. Then they started beating me. They Googled 'Marcin Suder and C.I.A.,' 'Marcin Suder and K.G.B.' They accused me of being a spy."[121]

This interrogation method was consistently used, including on Foley and Sotloff. The captors would frequently demand to be given their captives' social media passwords. David Haines "was forced to acknowledge his military background: It was listed on his LinkedIn profile."[122] In interrogations and through their access to his online accounts, Peter Kassig's captors unearthed his history as an Army Ranger and Iraq war veteran. Sotloff was also interrogated in this fashion, according to his Syrian translator, Yosef Abobaker. Abobaker told the *New York Times* that he "heard their captors take Mr. Sotloff into an adjoining room. Then he heard the Arabic-speaking interrogator say in English: 'Password.'"[123]

Foley's captors also inspected his personal belongings and scoured through his laptop. ISIS itself made this point clear: An article in *Dabiq* notes that Foley had his personal archive of photographs that he had taken as a journalist "with him at the time of his arrest." Among the images, according to *Dabiq*, "were images glorifying the American crusaders in Afghanistan and Iraq as well as the Iraqi Sahwah. There were also photos showing the capture of many poor Afghani and Iraqi Muslims at the hands of the crusaders."[124] Indeed, a former hostage held with Foley explained that he received extra abuse because his captors discovered "pictures on his computer of his brother, who serves in the U.S. Air Force."[125]

In addition to the interrogations, ISIS had numerous standard psychological and physical methods of torturing its captives. In August 2017, the International Center for the Study of Violent Extremism (ICSVE) released a valuable report entitled *The ISIS Prison System: Its Structure, Departmental Affiliations, Processes, Conditions, and Practices of Psychological and Physical Torture.*[126] The report's conclusions about ISIS's prison system were based on original primary source research, including interviews with 55 defectors from the militant organization and 17 civilians who had been captured by ISIS, and subjected to its methods of torture. This report in particular helped to inform my conclusions in this section.

*Psychological Torture.* ISIS operatives engaged in constant psychological torture of their captives. Common forms of psychological torture included death threats, solitary confinement, being forced to watch the physical torture and execution of others, threats that the captives would face a similar fate,

[121] Rukmini Callimachi, "The Horror Before the Beheadings," *New York Times*, October 25, 2014.

[122] Ibid.

[123] Ibid.

[124] "Foley's Blood is on Obama's Hands," *Dabiq* issue 3, Shawwal 1435/July-August 2014, p. 37, https://azelin.files.wordpress.com/2016/07/the-islamic-state-c2809cdacc84biq-magazine-322.pdf.

[125] Adam Goldman & Julie Tate, "Captives Held by Islamic State Were Waterboarded," *Washington Post*, August 28, 2014. Foley's brother John Elliot Foley is a lieutenant colonel in the U.S. Air Force. Foley's brother Mark is also in the military, but was not the person pictured in the photo found during James Foley's interrogation.

[126] Asaad Almohammad, Anne Speckhard & Ahmet S. Yayla, *The ISIS Prison System: Its Structure, Departmental Affiliations, Processes, Conditions, and Practices of Psychological and Physical Torture* (International Center for the Study of Violent Extremism Research Report, August 2017).

and mock executions. ICSVE found that death threats were one of the group's most commonly employed methods. Here are details about some of its other methods:

- *Solitary confinement.* ISIS employed solitary confinement throughout the duration of captivity. According to ICSVE's interviews, "most male interviewees spend from 1 to 14 days in solitary confinement."[127] The prisoners interviewed by ICSVE were local Syrians, but the evidence demonstrates that foreign hostages were subjected to solitary confinement as well. Federico Motka, an Italian aid worker captured with David Haines and held captive with Foley and Sotloff, confirmed ISIS's application of solitary confinement to foreign hostages when he recalled his experience to the BBC in 2016. Motka recalled: "They took me out and drove me off to another place, just a completely black cell with a toilet, and for about three weeks—nothing. Days and days of solitude." [128]

- *Forced to witness torture and execution.* ISIS also forced many of its prisoners to watch as the group physically tortured and executed fellow captives. One former prisoner told ICSVE: "In the prison, in two and a half months, ISIS killed 13 prisoners during interrogations to have us scared, to spread the fear among us. They were killed in front of everyone."[129]

- *Threat of a similar fate.* ISIS used its physical torture of its captives as a tool to threaten and psychologically torture other prisoners. This form of psychological torture can be called *threat of a similar fate.* Following its extensive interviews of people with first-hand experience of the ISIS prison system, ICSVE explained that "after spending some time in solitary confinement, detainees would be taken to torture chambers to meet their interrogator. In those chambers, the detainees were exposed to other victims of torture and promised to receive a similar fate from their interrogators."[130] One former prisoner recalled: "Sometimes they [ISIS operatives] come carrying a severed head; sometimes they tell us about an executed fellow detainee... They would always say that is the fate of infidels; that is your fate."[131]

- *Mock executions.* ISIS also routinely employed mock executions as another form of psychological torture, a brutal practice that multiple former ISIS prisoners have described.[132]

*Physical Torture.* ISIS also used numerous tools and mechanisms to physically torture its prisoners. ICSVE's extensive report on ISIS's prison system outlines seven major torture methods employed by the group. I excerpt them at length from its report:

> **Lashing** is ISIS' primary method of torture. It is also a form of public punishment. In the case of physical abuse, captors use canes, hoses and industrial cables to beat victims. Moreover, lashing is often used as an element of other methods of torture (e.g. Shabeh, German Chair, etc.). Victims are often abused with this tool in early stages of their detention….

---

[127] Ibid., p. 39.
[128] Lyse Doucet, "How Four Men Survived as Hostages of IS," BBC, April 20, 2016, https://www.bbc.com/news/magazine-36080991.
[129] Almohammad et al., *The ISIS Prison System*, p. 37.
[130] Ibid., pp. 39-40.
[131] Ibid.
[132] See, for example, ibid., pp. 36-37.

**The Fuel** might be the least common method. The English word Fuel is used to describe the method. ISIS operatives pour crude oil on seated and cuffed victims and demand that they confess or they will light them on fire….

**Bisat al-Rih (Flying Carpet)** is a torture method made of two hinged metal or wooden boards; a rectangular bar is installed on the upper board. The flying carpet is mobile and can be placed on a stage or table. It can also be folded. Victims' legs and arms are tied with their back against the boards, making them unable to move as their captors inflict pain upon them. The captors often fold the board, bending victims of torture in a variety of L-shape positions. Another position that captors use to maximize pain is carried out by bending the two boards inward and close to each other. In this V-shape position, the victim's feet and head are brought close to each other, causing serious, often permanent, injuries to the spine. In that position victims are beaten (often on the soles of their feet) with water hoses, canes, thick industrial cables, and/or are tormented with electric shocks (mainly applied on sensitive areas [e.g. genitals])….

**Shabeh (Ghost)** is one of the most commonly used methods of torture by ISIS. Captors handcuff victims with their hands behind their backs to employ this method. Then the captors use the handcuffs by hanging them to handles, doorframes, or hooks to suspend the victim's body so that the victim's feet are above the ground. Victims are then beaten using industrial cables, canes, water hoses, and/or electric prods. They are often left in this position for days. This method causes severe pressure on a victim's shoulder sockets, dislocating the victim's joints and may result in damage to the brachial plexus leading to permanent disability….

**The German Chair** is employed using a metal seat. The seat's back is designed in a way allowing the captor to move it backward. Using this method, captors tie the victim's arms and legs to the seat and abruptly jerk it backward, leading to severe pressure on the victim's limbs and neck and resulting in acute stress to the victim's spine. This method often leaves survivors with permanent injuries. When victims are placed in that torturous position their captors often beat them with industrial cables, canes, and/or electric prods. Victims' accounts indicated that ISIS combined this method with another (Shabeh)….

**The Tire**, as the name suggests, employs a tire with a large center hole. Using this method, the victim's head and legs are forced through the rim of a large tire, bending him and immobilizing the victim's movement. Once forced into that position, victims are beaten using industrial cables, canes, and/or electric prods. Torturers use this position to amplify the inflicted pain. ISIS operatives who use water hoses to beat victims on the soles of their feet use a play on words calling the method, Lakhdar Brahimi, after the former United Nations and Arab League Special Envoy to Syria who was deeply hated and disrespected by ISIS.[133]

ICSVE also found evidence of ISIS using acid as a tool of torture.

---

[133] Ibid., p. 40.

In addition to ISIS's standard methods of torturing its hostages that I have just detailed, it is worth noting the group's particularly horrendous treatment of Americans. ISIS's treatment of its foreign hostages was partially contingent on whether a hostage's government would be willing to pay ransom for his or her release. Speaking to the *New York Times,* individuals detained by ISIS at the same time as James Foley said that their captors created two distinct groups among the foreign hostages: one for hostages whose countries would likely negotiate their ransom, and another for hostages whose countries would not negotiate their release, and whose presence thus did not advance ISIS financially.[134] Evidence of the two countries' policies against negotiation with terrorists can be seen in the fact that the U.S. and U.K. have the lowest and second lowest hostage release rates, respectively, among the six Western countries most often targeted for kidnappings by jihadist groups.[135]

The U.S. and the U.K.'s policies against negotiating with terrorists, coupled with ISIS's grievances toward the two countries, meant that American and British hostages were among the worst treated of all their captives.[136] But extreme mistreatment was routine among all of ISIS's foreign hostages, not just the Americans and British. Other foreign hostages from various Western countries who were detained around the same time as Foley and Sotloff describe being subjected to abysmal living conditions and psychological and physical torture. In January 2013, 19 foreign hostages were moved into a dark 215-square-foot cell, and handcuffed to one another.[137] Of the 19, only one hostage was from neither North America nor Europe.[138] An Italian aid worker detained at the same time as Sotloff and Foley described the unsanitary conditions in which they were forbidden to wash themselves, explaining: "On some occasions when they told us that we smelt too bad, the handcuffs would be taken off so we could take our T-shirts off and wash our armpits with a little bit of water. That was for me the way to maintain dignity."[139] That hostage was forced to wear the same clothing for months following his capture. By the end of 2013, food rations given to foreign hostages dwindled, until each hostage was given roughly a teacup of food per day.[140]

Foreign hostages were subjected to numerous mock executions. During at least some of these mock executions, the hostages were repeatedly told that they were not going to be killed, and assured that they were only being filmed. They were then forced to recite a prepared message. According to an ISIS defector known as Saleh, as a result of being subjected to numerous mock executions, hostages were "compliant when it came to their deaths," because they did not know if or when they were actually going to die.[141] This practice was thus used to ensure that ISIS's foreign hostages recited their

---

[134] Rukmini Callimachi, "The Horror Before the Beheadings," *New York Times,* October 15, 2014, https://www.nytimes.com/2014/10/26/world/middleeast/horror-before-the-beheadings-what-isis-hostages-endured-in-syria.html.

[135] A study published by the Combating Terrorism Center at West Point in December 2015 found that the U.K. had a 24% hostage release rate by these groups, while only 16% of American hostages were released. Of the six countries studied, Turkey enjoyed the highest release rate, at 85 percent. Seth Loerthscher and Daniel Milton, *Held Hostage: Analyses of Kidnapping Across Time and Among Jihadist Organizations* (West Point, N.Y.: Combating Terrorism Center at West Point, December 2015), p. vii, https://ctc.usma.edu/app/uploads/2015/12/Held-Hostagereportc2.pdf.

[136] Callimachi, "The Horror Before the Beheadings."

[137] Ibid.

[138] Ibid.

[139] Lyse Doucet, "How Four Men Survived as Hostages of IS," BBC, April 20, 2016, https://www.bbc.com/news/magazine-36080991.

[140] Callimachi, "The Horror Before the Beheadings."

[141] "What We Have Learned From IS Defector 'Saleh,'" *Sky News,* March 10, 2015, https://news.sky.com/story/what-we-have-learned-from-is-defector-saleh-10368427.

prepared message correctly and as directed prior to their actual deaths. Indeed, even if they did not, ISIS already possessed footage in which the messages were delivered as instructed from the previous mock executions, and could potentially splice that footage into video of the actual executions.

Executing foreigners was considered a privilege among some ISIS operatives, including Mohammed Emwazi, who became known as "Jihadi John" in the English-language media. Emwazi proudly called himself the "chief killer of foreigners for Islamic State's media arm."[142]

Now that I have outlined ISIS's general torture methods, I turn to the specifics that are known about Foley and Sotloff's time in captivity.

*Foley and Sotloff's Captivity Under ISIS*[143]
By the summer of 2013, Foley was held in a prison underneath the Children's Hospital of Aleppo.[144] Captured in August 2013, Sotloff was reportedly first held in a defunct textile factory in Aleppo until he was transferred to the industrial city of Sheikh Najjar, where he was held in an old factory. This transfer apparently occurred by mid-September 2013. According to some reports, Foley joined Sotloff in Sheikh Najjar by early October 2013. In late December 2013, all of ISIS's English-speaking foreign hostages, including Foley and Sotloff, were transferred from Sheikh Najjar to a prison near an old oil refinery in Raqqa, where they were held by the "Beatles."

The *New York Times* reported that Foley experienced "the cruelest treatment" of the bunch. The newspaper explains that "in addition to receiving prolonged beatings, he underwent mock executions and was repeatedly waterboarded."[145] Indeed, several former hostages have spoken openly about how Foley's treatment was noticeably worse than that of the other hostages. According to Didier François, a French journalist captured by ISIS in June 2013, "captors gave Foley rougher treatment from the rest of them because they discovered a picture of John Foley—the hostage's 35-year-old officer brother—on his computer."[146]

Indeed, the evidence suggests that Foley was forced to endure several of the physical torture methods described in the previous section. When the Belgian teen Jejoen Bontinck met Foley in the summer of 2013, the American journalist bore scars reflecting the torture that he had endured. "You could see the scars on his ankles," Bontinck told the *New York Times* in 2014. "He told me how they had chained

---

[142] Stuart Ramsay, "IS Hostages Subjected To Execution Rehearsals," *Sky News*, March 10, 2015, https://news.sky.com/story/is-hostages-subjected-to-execution-rehearsals-10368464.

[143] Much of what we know about the specific experiences of Foley and Sotloff while in captivity comes from an extremely detailed October 2014 report by *New York Times* journalist Rukmini Callimachi. Rukmini Callimachi, "The Horror Before the Beheadings," *New York Times*, October 15, 2014.

[144] Ibid.

[145] Ibid.

[146] Martin Gould & Martin Robinson, "Revealed, James Foley Was an ISIS 'Whipping Boy': Jihadists Discovered Pictures of His U.S. Air Force Officer Brother on His Laptop and Tortured Him with Mock Executions and 'Crucified Him to a Wall,'" *Daily Mail* (London), August 21, 2014, https://www.dailymail.co.uk/news/article-2730361/Revealed-James-Foley-ISIS-whipping-boy-Terrorist-captors-discovered-pictures-U-S-Air-Force-officer-brother-laptop-suffer-mock-executions-including-crucified-against-wall.html. Though the *Daily Mail* is not a bastion of good journalism, it is relevant here because that is the outlet with which François discussed Foley's comparatively harsh treatment. See also Adam Goldman & Julie Tate, "Captives Held by Islamic State Were Waterboarded," *Washington Post*, August 28, 2014.

his feet to a bar and then hung the bar so that he was upside down from the ceiling. Then they left him there."[147]

Though open sources do not contain similarly specific information about Sotloff's treatment while he was held in captivity, it is much more likely than not that he was tortured as well. After all, ISIS was notorious for applying a variety of brutal and merciless torture methods to its captives.

In addition to physical torture, the "Beatles" psychologically tortured Foley, Sotloff, and the other foreign hostages held with them. Death threats were particularly prevalent. One form of threat the Beatles used to psychologically terrorize their hostages was what the aforementioned ICSVE report termed *threat of a similar fate*. The *New York Times* reports a striking example of such a threat. In the spring of 2014, the Beatles used the execution of Russian captive Sergey Gorbunov to frighten the other hostages. Rukmini Callimachi explains that the Beatles "dragged the terrified prisoner outside and shot him. They filmed his body. Then they returned to show the footage to the surviving hostages. 'This,' they said, 'is what will happen to you if your government doesn't pay.'"[148]

In addition to verbal death threats and threats of a similar fate, ISIS also frequently subjected this group of hostages to mock executions. Didier François reported that Foley was a victim of these mock executions. Indeed, one of the last times that François saw Foley, ISIS was subjecting the latter man to a mock execution.[149]

An ISIS defector, known by the pseudonym Saleh, spoke about these mock executions in greater detail to Sky News correspondent Stuart Ramsey. Saleh's view was that Emwazi staged all the mock executions so that when he actually did execute a hostage, the hostage would not see it coming.[150] Putting further psychological pressure on their captives, Saleh explained that ISIS tried to convince the captives that they would be spared from death if they converted to Islam.[151] Unfortunately for the hostages, ISIS's brutal execution of multiple "converts" shows this claim to be false.

In addition to the active torture, both physical and psychological, of Foley and Sotloff, the conditions under which both men were imprisoned were extremely harsh, and grew worse over time. By January 2014, their captors had crammed "at least 19 men in one 20-square-meter cell (about 215 square feet)."[152] All the men were handcuffed to one another.[153] In these cramped quarters, the hostages often did not see the sun for weeks at a time. From late 2013 onward, the hostages' access to food also dwindled. At one point they were left with only "the equivalent of a teacup of food per day."[154]

---

[147] Callimachi, "The Horror Before the Beheadings." This description is reminiscent of what a former prisoner interviewed by ICSVE had endured in the ISIS prison system. ISIS had tortured this former prisoner with a combination of the German Chair and Shabeh techniques. Like Foley, this prisoner was hung upside down for an extended period, "a few hours" in his estimation. Almohammad et al., *The ISIS Prison System*, pp. 40, 42.

[148] Callimachi, "The Horror Before the Beheadings."

[149] "Didier François Pays Tribute to James Foley's 'Courage,'" *Europe 1*, August 20, 2014, http://www.europe1.fr/international/le-journaliste-james-foley-2206701; see also Adam Goldman & Julie Tate, "Captives Held by Islamic State Were Waterboarded," *Washington Post*, August 28, 2014.

[150] Stuart Ramsay, "IS Hostages Subjected To Execution Rehearsals," *Sky News*, March 10, 2015, https://news.sky.com/story/is-hostages-subjected-to-execution-rehearsals-10368464.

[151] Ibid.

[152] Callimachi, "The Horror Before the Beheadings."

[153] Ibid.

[154] Ibid.

At some point Foley and Sotloff were transferred from the ISIS prison in Aleppo to ISIS's custody in Raqqa, though sources differ regarding exactly when the transfer occurred. The *New York Times* claims that the move from Aleppo to Raqqa occurred in spring 2014, and that thereafter the hostages "were incarcerated in a building outside an oil installation."[155] Other sources also confirm that they were held in proximity to an oil installation in Raqqa.[156]

Foley and Sotloff were ultimately executed in Raqqa.

## VII.    Syrian Support for the Zarqawi Organization Pre-Arab Spring

Syria's relationship with ISIS during the time period most relevant to this case—the post-Arab Spring period—is best understood in the context of support that Bashar al-Assad's regime provided to previous iterations of the Zarqawi organization before the Arab Spring instability broke out. Syria's considerable support for AQI was intended to undermine coalition efforts in Iraq. This desire to see the United States defeated in Iraq was articulated explicitly by Syrian officials, from the very earliest days of the U.S. invasion. Addressing the country's parliament in March 2003—the month of the U.S. invasion—Syria's then-foreign minister Farouq al-Sharra said that "Syria has a national interest in the expulsion of the invaders from Iraq."[157] Though Syria's involvement with the Zarqawi network oscillated between tacit approval (which allowed for some plausible deniability) and blatant support, evidence of such support from around 2002 to around 2010 is well documented, and has been established by credible analysts and also numerous court opinions.[158]

### *Syria's Role as a Transit Point and Safe Haven for Militants*
Syria's role as the primary transit point for militants heading to Iraq, as well as a permissive operating environment for Zarqawi network operatives stationed there, has been outlined and verified by insider accounts, official U.S. government statements, captured documents and data, and contemporaneous open-source reporting. For example, a June 2005 *Washington Post* article provides the account of 32-year-old trafficker, Abu Ibrahim, who had been smuggling foreign fighters from Syria into Iraq since as early as 2003. Describing the operating environment in Syria before the U.S. invasion, Abu Ibrahim detailed his work for Abu Qaqaa, a Syrian cleric who is best known for his role in recruiting AQI fighters.[159] (Abu Qaqaa is described in further detail below.) Describing himself as Abu Qaqaa's "right-hand man," Abu Ibrahim explained the latitude that Abu Qaqaa's operation enjoyed in Syria. According to Abu Ibrahim, mere weeks after the 9/11 attacks, "the group felt bold enough to celebrate in public in Aleppo with a 'festival,' as it was called, featuring video of hand-to-hand combat and training montages of guerrillas leaping from high walls."[160]

[155] Ibid.

[156] See, for example, Nicholas Schmidle, "Inside the Failed Raid to Save Foley and Sotloff," *New Yorker*, September 5, 2014, https://www.newyorker.com/news/news-desk/inside-failed-raid-free-foley-sotloff.

[157] Neil MacFarquhar, "Syria Wants U.S. To Lose War, Its Foreign Minister Declares," *New York Times*, March 31, 2003.

[158] While I have reached my own conclusions with respect to Syria's support to the Zarqawi organization/AQI, I am indebted in particular to the research of David Schenker. Some of the evidence discussed herein has been outlined in his prior testimonies in *Thuneibat v. Syrian Arab Republic* and *Gates v. Syrian Arab Republic*. In both cases, the district court found his analysis and evidence to be legitimate and compelling (as shown by the Findings of Fact in both judgments).

[159] Ghaith Abdul-Ahad, "Outside of Iraq But Deep in the Fight," *Washington Post*, June 8, 2005, http://www.washingtonpost.com/wp-dyn/content/article/2005/06/07/AR2005060702026_pf.html?noredirect=on.

[160] Ibid.

Abu Qaqaa was arrested as a result of his sponsorship of this festival, as it came at a very sensitive time, less than a month after the 9/11 attacks, when the U.S. enjoyed its maximum ability to exert pressure internationally. But even at that charged time, Abu Qaqaa was released within mere hours of his arrest. Abu Ibrahim recalled that by 2002 these festivals were featured biweekly, and were even attended by "Syrian security officials and presidential advisors." Abu Qaqaa and his supporters found themselves with a level of authority that "rivaled that of the Amn Dawla, or state security."[161] This included the authority to engage in *hisba*-oriented violence and intimidation designed to uphold a strict version of *sharia* (Islamic law). Flexing these muscles, Abu Qaqaa's men even broke into "houses in the middle of the night to confront people accused of bad behavior."[162] Significantly, the *Washington Post* article observes:

> In a dictatorship infamous for its intolerance of political Islam, such freedom made some of the cleric's lieutenants suspicious. "We asked the sheik why we weren't being arrested," said Abu Ibrahim. "He would tell us it was because we weren't saying anything against the government, that we were focusing on the common enemy, America and Israel, that beards and epaulets were in one trench together."[163]

Syria's support for insurgents quickly became apparent to U.S. officials. America invaded Iraq in March 2003, and before the end of that month, U.S. Secretary of Defense Donald Rumsfeld had already "accused Syria of allowing military supplies to be transported across its border to Iraq."[164] Thus, the U.S. tried to pressure the Syrian regime. Yet Abu Ibrahim's account illustrates how the regime's response was designed to maintain its support for the insurgency, as it shifted its posture from a policy of blatant facilitation of insurgents to one of tacit acceptance masked by disingenuous crackdowns. The *Washington Post* explains:

> In the first days of the war, fighters swarmed into Iraq aboard buses that Syrian border guards waved through open gates, witnesses recalled. But late in 2004, after intense pressure on Damascus from the Bush administration, Syrian domestic intelligence services swept up scores of insurgent facilitators. Many, including Abu Ibrahim, were quietly released a few days later. In the months since, the smugglers have worked in the shadows. In a series of interviews carried out in alleyways, a courtyard, a public square and a mosque, Abu Ibrahim was being visibly followed by plainclothes agents of the security service, Amn Dawla. In December, the service confiscated his passport and national identity card. His new ID was a bit of cardboard he presented each month to his minders; the entries for April and May were checked.[165]

---

[161] Ibid.
[162] Ibid.
[163] Ibid.
[164] Neil MacFarquhar, "Syria Wants U.S. To Lose War, Its Foreign Minister Declares," *New York Times*, March 31, 2003.
[165] Abdul-Ahad, "Outside of Iraq But Deep in the Fight." The *Washington Post* report acknowledged:

> Few other details of Abu Ibrahim's account could be verified independently. But the structure of the human smuggling organization he described was consistent with the assessments of U.S. and Iraqi officials who closely study Syria's role in the insurgency. Other specifics jibed with personal histories provided by foreign fighters interviewed in the Iraqi city of Fallujah on the eve of a U.S. offensive in November. Those interviews also echoed earlier accounts of Iraqi insurgents, including descriptions of the role of a Syrian cleric known as Abu Qaqaa in promoting a holy war, or jihad, against the West.

Ibid.

Contemporaneous public statements from U.S. officials further underscore the importance of Syrian support for the insurgency by highlighting America's frustration with the volume of fighters and military supplies entering Iraq from Syria at the time. As alluded to previously, in a news conference in March 2003, Secretary Rumsfeld stated that "we have information that shipments of military supplies have been crossing the border from Syria into Iraq, including night-vision goggles.… These deliveries pose a direct threat to the lives of coalition forces. We consider such trafficking as hostile acts, and will hold the Syrian government accountable for such shipments."[166] A month later, on *Face the Nation*, Secretary Rumsfeld further described "busloads of people coming out of Syria into [Iraq]." Rumsfeld analogized Syria's support for foreign fighters moving into Iraq to Saddam Hussein's state support for suicide bombers striking Israeli targets, the latter of which was unambiguous.[167]

The Under Secretary of State for Arms Control and International Security, John Bolton, was even more blunt in his assessment. While testifying before the House International Relations Committee (now known as the House Foreign Affairs Committee) in September 2003, Bolton declared: "We have seen Syria take a series of hostile actions toward Coalition forces in Iraq. Syria allowed military equipment to flow into Iraq on the eve of and during the war. Syria permitted volunteers to pass into Iraq to attack and kill our service members during the war, and is still doing so."[168] The same month, the Administrator of the Coalition Provisional Authority in Iraq, Ambassador L. Paul Bremer, testified to the same committee that "out of the 278 third-country nationals who were captured by coalition forces in Iraq, the 'single largest group are Syrians.'"[169]

Despite pressure from the U.S., Syria's efforts to slow the flow of foreign fighters were meager. Any progress that Syria made during this period appeared deceptive to most informed observers, with the Syrian regime doing just enough to temporarily ameliorate American concerns, without trying in any real way to address the problem. Unsurprisingly, jihadists eager to fight coalition forces in Iraq were not deterred by Syria's efforts. In August 2005, a jihadist calling himself al-Muhajir al-Islami posted a guide for those who wished to join the jihad in Iraq. His guide provided concise instructions:

> Arrange [their] trip to take place over two stages. The first stage is to learn the area, the people and the roads, and then head toward the city of Dayr Al-Zawr [Syria] near the Iraqi border. It is recommended to enter the city using a car and do not carry large sums of money. If anyone asks, say you are here on a vacation and have come to go fishing in the Euphrates—therefore, bring some fishing equipment and another person with you so you won't look suspicious. It is an inexpensive region and usually you will end up paying $300 for 15 days in a four star hotel. A tank of gas will cost you around $10.[170]

---

[166] "Syria Backs 'Iraqi People' in War," CNN, March 31, 2003, http://www.cnn.com/2003/WORLD/meast/03/31/sprj.irq.us.syria/.

[167] *Face the Nation*, April 13, 2003, https://www.cbsnews.com/news/ftn-4-13-03/.

[168] John R. Bolton, "Syria's Weapons of Mass Destruction and Missile Development Programs," testimony before the House International Relations Committee, Subcommittee on the Middle East and Central Asia, September 16, 2003, https://2001-2009.state.gov/t/us/rm/24135.htm.

[169] Quoted in *Public Law 108-175*, "Syria Accountability and Lebanese Sovereignty Restoration Act of 2003," December 12, 2003, https://www.congress.gov/108/plaws/publ175/PLAW-108publ175.pdf.

[170] Al-Muhajir al-Islami, "The New Road to Mesopotamia," posted online in 2005.

The fact that he openly suggested travel through Syria for those who wanted to fight in Iraq is indicative of Syria's permissive environment.

Syria's sporadic and superficial efforts did not stop a March 2007 Department of Defense (DoD) report from finding that Syria's tacit support for the Iraqi insurgency had continued well into that year. This is significant, as al-Qaeda in Iraq was by then the leading force in the Sunni insurgency. Indeed, a report written by Col. Peter Devlin in August 2006 described al-Qaeda in Iraq as the "dominant organization of influence" in Iraq's Sunni-majority Anbar province, which abuts Syria's southeastern border.[171] The aforementioned DoD report on Syrian support for the insurgency states:

> Syria continues to provide safe haven, border transit, and limited logistical support to some Iraqi insurgents, especially former Saddam-era Iraqi Ba'ath Party elements. Syria also permits former regime elements to engage in organizational activities, such that Syria has emerged as an important organizational and coordination hub for elements of the former Iraqi regime. Although Syrian security and intelligence services continue to detain and deport Iraq-bound fighters, Syria remains the primary foreign fighter gateway into Iraq. Despite its heightened scrutiny of extremists and suspected insurgents, Damascus appears to want to appease Islamist extremist groups. Damascus also recognizes that Islamist extremists and elements of the former Iraqi regime share Syria's desire to undermine Coalition efforts in Iraq.[172]

In October 2007, U.S. forces killed AQI's emir of the Iraq and Syrian border area—an individual known as Muthanna—and subsequently obtained a tranche of documents that further elucidated AQI's robust cross-border operations. These documents corroborated the accounts of individuals like the aforementioned Abu Ibrahim, as well as the claims of U.S. officials. According to Major General Kevin Bergner—who then served as the spokesman for Multi-National Force – Iraq, and whose statements represented the coalition's conclusions, drawn from the best available intelligence—Muthanna was "a key facilitator of the movement of foreign terrorists once they crossed into Iraq from Syria."[173]

The documents obtained in the raid, which became known as the "Sinjar records," were closely studied in a 2008 report by the Combating Terrorism Center at West Point (CTC).[174] These records unambiguously demonstrate the extent to which AQI capitalized on Syria's deliberately lackadaisical approach. Indeed, CTC's report concluded that "all of the fighters listed in the Sinjar Records crossed into Iraq from Syria."[175] Indeed, according to a follow-up report published by CTC in 2008, local sources interviewed by the authors described how "hundreds of fighters passed through Abu Kamel and Hasake just before the US invasion." The follow-up report further concluded that "the Syrian

---

[171] Col. Peter Devlin, "State of the Insurgency in al-Anbar," Defense Intelligence Agency intelligence assessment, August 17, 2006.

[172] Department of Defense, *Measuring Stability and Security in Iraq* (March 2007), p. 17, https://archive.defense.gov/home/pdf/9010_March_2007_Final_Signed.pdf.

[173] Multi-National Force – Iraq, Press Release, "Maj. Gen. Kevin Bergner and Brig. Gen. Michael Walsh," October 3, 2007, https://www.globalsecurity.org/military/library/news/2007/10/mil-071003-mnfi-b01.htm.

[174] Though I cite to CTC's conclusions several times in this section, I examined the relevant documents independently, and I only cite CTC's report where my analysis of the available evidence aligns with that of the CTC.

[175] Combating Terrorism Center at West Point, *Al-Qaeda's Foreign Fighters in Iraq: A First Look at the Sinjar Fighters* (2007), https://ctc.usma.edu/app/uploads/2010/06/aqs-foreign-fighters-in-iraq.pdf.

authorities monitored the flow, but made no move to stop it."[176] The authors thus determined that "the Syrian government has willingly ignored, and possibly abetted, foreign fighters headed to Iraq. Concerned about possible military action against the Syrian regime, it opted to support insurgents and terrorists wreaking havoc in Iraq."[177] Significantly, as will be described in the next section of this expert report, the logistics and facilitation networks established during this time would have later consequence for ISIS. Indeed, a major 2014 report from the U.S. Department of State, its annual *Country Reports on Terrorism*, in discussing how Syria had served as a "key hub" for foreign fighters traveling to Iraq, noted that "those very networks were the seedbed for the violent extremist elements that terrorized the Syrian population in 2013."[178]

Over the years, the U.S. State Department consistently pointed to Syria's culpability in the movement of foreign fighters into Iraq. The State Department's annual *Country Reports on Terrorism* in 2008, 2009, and 2010 all identified Syria as the main conduit for foreign fighters entering Iraq.[179] According to the 2008 *Country Reports on Terrorism*, while the number of fighters flowing into Iraq from Syria appeared to have declined from the previous year, and Syria had made some efforts to curb these flows, Syria nonetheless "remained a key hub for foreign fighters en route to Iraq."[180] The 2009 and 2010 reports reached similar conclusions, highlighting a decline in foreign fighters heading to Iraq, but acknowledging that those who did traveled "predominantly through Syria."[181]

The decline in foreign fighters that these reports note should not be attributed primarily to Syrian efforts. In 2007, the U.S. undertook a "surge" of forces, implemented a population-centric counterinsurgency campaign, and aligned itself with the aforementioned *Sahwa* movement, an uprising of Sunni tribal leaders opposed to al-Qaeda's brutal approach to the Iraq conflict. From 2007 through the onset of the Arab Spring, there was an observable, and marked, decline in insurgent attacks; and AQI was significantly weakened during this period. The fact that AQI and the broader Sunni insurgency had been drastically weakened would naturally deter many foreign fighters from entering Iraq, and thus diminish the foreign fighter flows independent of Syrian efforts.

The 2009 *Country Reports on Terrorism* report explained that, despite the reduced foreign fighter flows, the continued operation of foreign fighter facilitation networks in Syria "remains troubling. Bombings in Iraq in 2009 underscore the threat these networks continue to pose."[182] The 2010 report reiterated that "Syria remained a key hub for foreign fighters en route to Iraq and a safe haven for Iraqi Baathists

[176] Peter Bergen, Joseph Felter, Vahid Brown & Jacob Shapiro, *Bombers, Bank Accounts, & Bleedout: Al-Qa'ida's Road In and Out of Iraq* (West Point, NY: Combating Terrorism Center at West Point, 2008), https://ctc.usma.edu/app/uploads/2011/12/Sinjar_2_FINAL.pdf, p. 90.

[177] Ibid., p. 62.

[178] U.S. Department of State, *Country Reports on Terrorism 2013* (2014), https://www.state.gov/documents/organization/225886.pdf.

[179] The State Department's *Country Reports on Terrorism* are compiled annually after a rigorous research and verification process that uses a number of different inputs and analytic assessments to comment on the state of terrorism in geographically diverse places.

[180] U.S. Department of State, *Country Reports on Terrorism 2008* (2009), https://www.state.gov/j/ct/rls/crt/2008/122436.htm.

[181] U.S. Department of State, *Country Reports on Terrorism 2009* (2010), https://www.state.gov/documents/organization/141114.pdf; U.S. Department of State, *Country Reports on Terrorism 2010* (2011), https://www.state.gov/documents/organization/170479.pdf.

[182] U.S. Department of State, *Country Reports on Terrorism 2009* (2010), https://www.state.gov/documents/organization/141114.pdf.

expressing support for terrorist attacks against Iraqi government interests and coalition forces."[183] The State Department's analysis was validated years later by a former senior ISIS official, Abu Ahmed—interviewed by *The Guardian* in 2014—who confirmed that "the mujahideen all came through Syria."[184] Although "a very small number had made it from Turkey, or Iran," according to Abu Ahmed, "most came to Iraq with the help of the Syrians," and those whom he met while incarcerated at the infamous Camp Bucca had "flown to Damascus" before heading to Iraq.[185]

In addition to serving as a hub for foreign fighters traveling to Iraq, Syria also served as a safe haven for key AQI operatives and ex-Baathist insurgents. For example, one of AQI's leaders, Abu al-Ghadiyah (born Sulayman Khalid Darwish) was based in Syria. The U.S. Treasury Department designated Abu al-Ghadiyah in 2005 for his role in the Zarqawi network, which included fundraising and recruiting. Detailing his activities, the designation illustrates the essential role that Abu al-Ghadiyah was able to play in AQI while stationed in Syria, and how the flow of fighters from Syria into Iraq enabled him to finance and recruit for AQI:

> Darwish handles mostly financial issues for Zarqawi, collecting, and distributing funds for him. Specifically, Darwish sent donations of $10,000-$12,000 to Zarqawi in Iraq every 20-25 days. Darwish sent the money into Iraq through suicide attack volunteers who were entering the country. Darwish also was essential to recruiting and dispatching terrorist operatives, both for the planned attacks in Jordan and for operations elsewhere, particularly Iraq. For example, Darwish contacted jihadists who had been in Afghanistan and who were, by 2004, scattered in different countries; he recruited among these jihadists for fighters to join Zarqawi in Iraq.[186]

Following his death in 2005,[187] the Abu al-Ghadiya *kunya* reappeared with Badran Turki Hishan al-Mazidih, leading some observers to conflate these two individuals.[188] Despite some minor confusion about the *kunya*, Mazidih had his own distinguished jihadist career until his death in 2008, reportedly serving as AQI's Syrian commander for logistics as early as 2004. His U.S. Treasury designation describes in greater detail what this position entailed, explaining that he

> obtained false passports for foreign terrorists, provided passports, weapons, guides, safe houses, and allowances to foreign terrorists in Syria and those preparing to cross the border into Iraq. [Mazidih] received several hundred thousand dollars from his

[183] U.S. Department of State, *Country Reports on Terrorism 2010* (2011), https://www.state.gov/documents/organization/170479.pdf.

[184] Martin Chulov, "Isis: The Inside Story," *Guardian*, December 11, 2014, https://www.theguardian.com/world/2014/dec/11/-sp-isis-the-inside-story. Abu Ahmed engaged in two years' worth of discussions with *The Guardian* before agreeing to speak on the record. Over the course of the discussions, *The Guardian* learned of Abu Ahmed's long history of involvement with Baghdadi and the Zarqawi network. Abu Ahmed was reportedly incarcerated with Abu Bakr al-Baghdadi at Camp Bucca, and became an "essential member" of the Zarqawi network after his release. Indeed, described by *The Guardian* as "one of Iraq's most formidable and connected militants," Abu Ahmed's account is widely considered to be a credible insider report by experts in the field.

[185] Ibid.

[186] U.S. Department of the Treasury, press release, "Syrian National Designated by U.S. as Terrorist Financier," January 25, 2005.

[187] See article in *Al-Ghadd* (Arabic), June 25, 2005.

[188] Despite a shared pseudonym, it is clear that Darwish and Mazidih were separate incarnations of Abu al-Ghadiya. Not only did Mazidih work for AQI *after* Darwish's death, but he was also the ringleader of a familial network, composed of men with the shared Mazidih name.

cousin Saddah—also designated today—and used these funds to support anti-U.S. military elements and the travel of AQI foreign fighters… As of the spring of 2007, [Mazidih] facilitated the movement of AQI operatives into Iraq via the Syrian border.[189]

To assist his prolific recruitment and fundraising, Mazidih cultivated a small familial network of AQI operatives in Syria. One of his cousins, known by the *kunya* Abu Faysal (born Ghazy Fezza Hishan al-Mazidih), was Mazidih's deputy and "right-hand man." Abu Faysal "acted as the commander for [Mazidih's] AQI network when [Mazidih] traveled," and planned to contribute to an attack against "Coalition forces and Iraqi police in Western Iraq."[190] Another of Mazidih's cousins, Saddah Jaylut al-Marsumi, was integral to the transfer of funds, fighters, and suicide bombers from Syria into Iraq. Indeed, Marsumi "transferred several hundred thousand dollars to a hawala in Iraq, where [Mazidih] received the funds and used them to support anti-U.S. military elements and the travel of AQI foreign fighters."[191] Finally, Mazidih's brother, Akram Turki Hishan al-Mazidih, collaborated with Mazidih to direct "AQI operations near Al Qa'im in Iraq" and smuggle "weapons from Syria for use in Iraq." Akram al-Mazidih also reportedly "ordered the execution of all persons found to be working with the Iraqi Government or U.S. Forces."[192] Much like the case of Sulayman Khalid Darwish, the case of Badran Turki Hishan al-Mazidih and his familial network of operatives demonstrates the significant freedom of movement and operation afforded to key AQI members in Syria. Even after the elimination of the first Abu al-Ghadiya, another capable AQI member filled his position, and ensured that fighters, money, and weapons continued to flow across the border.

### Syria's Role Providing Active Support to AQI and the Insurgency Pre-Arab Spring

Thus, the Syrian regime had a demonstrably permissive attitude toward AQI and other insurgents making use of its territory as a transit point and safe haven. This permissive attitude is noteworthy in itself. But in addition, Syria at times provided far more active support to the insurgency in Iraq, including to jihadist factions like AQI.

Regime defector Nawaf Fares has claimed that during his time working for the Syrian government, he was part of "an operation to smuggle jihadist volunteers into Iraq from Syria after the 2003 invasion."[193] In an interview with London's *Daily Telegraph* immediately following his 2012 defection, Fares explained:

> After the invasion of Iraq in 2003, the regime in Syria began to feel danger, and began planning to disrupt the U.S. forces inside Iraq, so it formed an alliance with al-Qaeda.… All Arabs and other foreigners were encouraged to go to Iraq via Syria, and their movements were facilitated by the Syrian government. As a governor at the time, I was given verbal commandments that any civil servant that wanted to go would have his trip facilitated, and that his absence would not be noted.[194]

---

[189] U.S. Department of the Treasury, press release, "Treasury Designates Members of Abu Ghadiyah's Network Facilitates Flow of Terrorists, Weapons, and Money from Syria to al Qaida in Iraq," February 28, 2008, https://www.treasury.gov/press-center/press-releases/Pages/hp845.aspx.
[190] Ibid.
[191] Ibid.
[192] Ibid.
[193] Ruth Sherlock, "Syria's Assad Accused of Boosting al-Qaeda With Secret Oil Deals," *Telegraph* (U.K.), January 20, 2014.
[194] Ruth Sherlock, "Exclusive Interview: Why I Defected From Bashar al-Assad's Regime, by Former Diplomat Nawaf Fares," *Telegraph* (U.K.), July 14, 2012.

Fares further contextualized his experience in an interview with CNN in July 2012. The news network reported:

> "The Syrian regime felt threatened and felt that it, too, might fall," Fares recalled. "So they had an agreement with al Qaeda to keep the road open to Iraq. The militants started coming from all over the world through Syria, under the eyes of the Syrian secret police, which are directly responsible for the killing of thousands of Iraqis in Iraq as well as Americans and coalition forces. The secret police were encouraging enthusiastic young people in Syria to go for jihad in Iraq and join al Qaeda," Fares continued. "Bashar al-Assad and his security forces are directly responsible for the killing of thousands and thousands of Iraqis and coalition forces, because he gave al Qaeda everything it needed. He trained and provided shelter and he built safe havens for them to hide in." One of these "safe havens," Fares said, was the Syrian border village of al Sukariya, near the border city of Abu Kamal.[195]

Why would the Assad regime adopt such policies? As Fares's statements make clear, one fundamental driver is that the regime felt threatened, and believed that its policies of supporting insurgent groups could help prevent a military intervention to topple it. The Syrian government's apparent hopes in pursuing these policies included: 1) to tie down the U.S. in Iraq; 2) to allow the Iraq conflict to serve as an outlet for domestic jihadists, thus preventing them from causing trouble at home; and 3) to gain "street cred" by being one of the few Arab governments to sanction armed opposition to the American presence in Iraq.

As with many defector claims, it is not possible to verify all the specifics of Fares's account, and the regime's relationship with al-Qaeda was deliberately kept *sub rosa* at the time. However, Fares's claim that the Assad regime decided to actively support al-Qaeda should be judged highly likely because 1) it is consistent with U.S. government officials' determination about the Syria/al-Qaeda relationship, 2) it is consistent with the regime's demonstrable relationships with several key Zarqawi organization figures, and 3) it is consistent with the Iraqi government's findings about the Syria/al-Qaeda relationship.

Turning to U.S. officials' determinations, former Levant country director for the Office of the Secretary of Defense David Schenker testified in the 2008 civil lawsuit *Gates v. Syrian Arab Republic* that "in the months prior to the [U.S.] invasion, the Assad regime allowed the establishment of an office across the street from the U.S. Embassy in Damascus where would-be insurgents could sign up and board a bus to travel to Baghdad."[196] Schenker testified:

> The line of military-aged males routinely stretched down the block in this closely-regulated neighbourhood of Damascus. So brazen was the GOS [Government of Syria] support for terrorism, that then U.S. Ambassador to Syria Ted Kattouf complained to the Syrian Government about these activities. After months of unsuccessful US diplomatic demarches, Damascus finally responded to U.S. requests

---

[195] Ivan Watson and Samya Ayish, "Ex-Syrian Ambassador Calls For Foreign Military Intervention," CNN, July 15, 2012, https://www.cnn.com/2012/07/15/world/meast/syria-defector-interview/index.html.

[196] David Schenker testimony, *Gates v. Syrian Arab Republic*, trial transcript (D.D.C., September 26, 2008), pp. 87-88.

and moved the sign-up to Damascus Fairgrounds—a government-owned property—where it continued its work for several more months.[197]

Further, a senior official in the Obama administration said that Fares's account of Syrian policy toward militant groups, including AQI, was "broadly consistent with [the Obama administration's] understanding." The official said that, "since 2003, al-Assad allowed al Qaeda and associates to facilitate weapons, money and fighters to al Qaeda's Iraq-based affiliate."[198] Not only did U.S. officials later speak about this relationship when President Obama was in office, but also contemporaneously fingered active Syrian support for AQI during the Bush years, as this support was at its height. Looking at contemporaneous claims made during the period in question, the U.S.'s ambassador to Iraq, Zalmay Khalilzad, said publicly that state-run Syrian newspapers were "glorify[ing] the terrorists as resistance fighters," and that Syrian authorities were "'allow[ing] youngsters misguided by Al Qaeda—from Saudi Arabia, from Yemen, from North Africa—to fly into Damascus International Airport,' attend training camps and then cross into Iraq."[199]

Moving on from U.S. government officials' conclusions, this report now highlights the Syrian government's relationships with key Zarqawi organization members. Syria's support of the aforementioned AQI recruiter Abu Qaqaa is particularly noteworthy. By the time of his assassination in Aleppo in September 2007, Abu Qaqaa was largely considered to be an agent of the Syrian state. Indeed, Abu Qaqaa gave "regular sermons at Aleppo's al-Tawabbin mosque, something normally done only with the permission of Syria's Al-Awqaf Ministry."[200] Further, BBC reported that Abu Qaqaa had been "appointed head of a religious school by the Syrian government" in the year prior to his death.[201] Scholar Charles Lister weighed in on Abu Qaqaa's regime affiliation in his book *The Syrian Jihad*, describing the cleric's "relationship with Syrian intelligence" as "almost certain." Citing the aforementioned reports, Lister also noted that Syrian officials attended Abu Qaqaa's funeral—which Lister notes was described as having "all the trappings of a state occasion"—as indicative of this relationship.[202]

Abu Qaqaa's ties to the Syrian regime were further validated in 2009, when Iraq aired the confession of Mohammed Hassan al-Shemari, the head of AQI in Diyala province. Shemari said that he had received training from "a Syrian intelligence agent called Abu al-Qaqaa." According to his confession, Shemari travelled from Saudi Arabia to "an al Qaeda training camp in Syria." Shemari said that Abu al-Qaqaa ran the training camp, which was "well known to Syrian intelligence."[203] In an interview with the *Daily Beast* in 2016, regime defector and former intelligence official Mahmud al-Naser confirmed that Abu Qaqaa was "one of dozens" of imams "commissioned" by Syrian intelligence.[204]

---

[197] Schenker testimony, p. 4.

[198] Watson and Ayish, "Ex-Syrian Ambassador Calls For Foreign Military Intervention."

[199] Joel Brinkley, "American Envoy Says Syria Assists Training of Terrorists," *New York Times*, September 13, 2005.

[200] Andrew McGregor, "Controversial Syrian Preacher Abu al-Qaqa Gunned Down in Aleppo," *Terrorism Focus* 4:33 (2007), https://jamestown.org/program/controversial-syrian-preacher-abu-al-qaqa-gunned-down-in-aleppo/.

[201] "Radical Syrian cleric 'Shot Dead,'" BBC (U.K.), September 29, 2007.

[202] Charles Lister, *The Syrian Jihad* (Oxford: Oxford University Press, 2015), pp. 42-43.

[203] Muhanad Mohammed, "Iraq al Qaeda Militant Says Syria Trained Him," Reuters, August 30, 2009; Al-Iraqiyah television (Arabic), August 30, 2009.

[204] Roy Gutman, "Assad Henchman: Here's How We Built ISIS," *Daily Beast*, December 1, 2016, https://www.thedailybeast.com/assad-henchman-heres-how-we-built-isis.

Abu Qaqaa was not the only figure tying the Syrian regime to the Zarqawi organization. Fawzi Mutlaq al-Rawi, appointed by President Assad as "leader of the Iraqi wing of the Syrian Ba'ath party" in 2003, was designated by the U.S. Department of the Treasury in 2007 "for providing financial and material support to AQI."[205] Fawzi appears to have supported whatever group the regime wanted him to. His activities, coupled with his relationship to the Syrian state, should be taken as proof positive that Assad had chosen a side in the Iraqi insurgency, and basically paid no price for it until the outbreak of the 2011 civil war.

According to aforementioned regime defector Nawaf Fares, Assad's brother-in-law even ran an al-Qaeda training camp struck by U.S. forces in October 2008. CNN reported his claim:

> "This was a hiding place for al-Qaeda on the border with Iraq, and it was under the control of Assif Shawkat, the brother-in-law of the president," Fares said. "One hour after the raid, Assif Shawkat was there at the location. A conversation took place between me and him … and he was angry about the attack made against al Sukariya and he was kind of scared," Fares recalled.[206]

Indeed, proof of Assif Shawkat's role as Assad's main point man in the regime's dealings with jihadists is compelling, well supported by numerous sources. Nabeel Dendal, former director of political intelligence in Latakia who defected from the Syrian regime in June 2012, was interviewed by the *Daily Beast* in 2016. He explained that he had direct experience with the ties between jihadists and the regime—specifically those of Shawkat. According to *Daily Beast*:

> [Dendal] twice led security forces in raids on al Qaeda cells, only to learn that the cell leader he was working for was supported by the Syrian intelligence. "They were preparing them to be leaders," the defected colonel said, referring to the Assad regime. An example is Nadim Baloush, an al Qaeda cell leader he arrested in Latakia in 2006, and told him "don't do anything. I am working for Assef Shawkat," Assad's brother-in-law who served as the deputy defense minister. Baloush was arrested after he traveled to Turkey about a year ago and is reported to have committed suicide in prison.[207]

These journalistic findings about Shawkat's role are consistent with the U.S. government's conclusions about his support for terrorism. In 2006, the U.S. Treasury named Shawkat a Specially Designated National "for directly furthering the Government of Syria's support for terrorism and interference in the sovereignty of Lebanon." The designation further outlined how Shawkat's career in government progressed even as he collaborated with numerous designated foreign terrorist organizations, including Palestinian Islamic Jihad, Hizballah, and Hamas, from 1997 onward. By the time of his designation, Shawkat was the director of Syrian military intelligence, which was "the strongest and most influential security service in Syria."[208]

---

[205] U.S. Department of the Treasury, press release, "Treasury Designates Individuals with Ties to Al Qaida, Former Regime," December 7, 2007, https://www.treasury.gov/press-center/press-releases/Pages/hp720.aspx.

[206] Ivan Watson and Samya Ayish, "Ex-Syrian Ambassador Calls for Foreign Military Intervention," CNN, July 15, 2012, https://www.cnn.com/2012/07/15/world/meast/syria-defector-interview/index.html.

[207] Roy Gutman, "Assad Henchman: Here's How We Built ISIS," *The Daily Beast,* December 1, 2016, https://www.thedailybeast.com/assad-henchman-heres-how-we-built-isis.

[208] U.S. Department of the Treasury, press release, "Treasury Designates Director of Syrian Military Intelligence," January 18, 2006, https://www.treasury.gov/press-center/press-releases/Pages/js3080.aspx.

The third factor I noted that makes Fares's claim of purposeful Syrian support for al-Qaeda highly likely is that it aligns with the Iraqi government's conclusions. Following catastrophic August 2009 bombings in Baghdad,[209] Iraqi officials publicly aired their own conclusions about the Syrian regime's ties to the Zarqawi organization. Iraqi Prime Minister Nouri al-Maliki detailed Syria's reluctance to respond to Iraqi intelligence reports about jihadists operating in Syria. Maliki lamented that despite receiving "good words about cooperation" from Syria, "the activities of these [jihadist] organizations did not stop and rather increased." Maliki proceeded to describe a July 30, 2009 meeting in Zabadani, Syria, which he said brought together jihadists "in the presence of Syrian intelligence officials."[210] A former director of intelligence in Iraq's interior ministry, Major General Hussein Ali Kamal, further elaborated on the Zabadani meetings in an account published in *The Guardian* in 2014. Gen. Kamal said that there were "two secret meetings in Zabadani" in the spring of 2009, and the Iraqi government "had a source in the room wearing a wire." Kamal described the case against Syria for its involvement in the August 2009 Baghdad bombings as "solid."[211]

Further underscoring the Iraqi government's conclusions about Syria's support for jihadists, in December 2009 Iraqi minister of defense Abd al-Qadir al-Ubaydi stated that "most of the weapons seized by his ministry's forces" were arriving from Syria, and the regime was "financing armed groups in Iraq."[212]

In sum, in addition to its willful negligence toward the Zarqawi organization and other insurgents, Syria actively supported the Zarqawi organization's efforts in the early 2000s. The regime's efforts created a fertile environment in which Sunni extremist groups could operate. The following section shows how somewhat similar strategic decisions by the Assad regime have supported ISIS—albeit with less vigor than those that benefited the ISIS's predecessor, the Zarqawi organization, prior to the Arab Spring.

## VIII.    The Syrian Regime's Post-Arab Spring Support for ISIS

Following the onset of the Arab Spring, Bashar al-Assad's government at times provided both tacit and explicit support for ISIS, even though ISIS was actively fighting the regime. The reasons that the regime pursued this course are complex, but a core factor was the regime's desire to make anti-Assad elements appear as extreme, and hence unpalatable, as possible to the outside world. Assad seemingly feared foreign military intervention—a fear that drove his support for AQI during the Iraq war, and one that intensified after the NATO intervention that brought down Muammar al-Qaddafi's regime in Libya. Faced with this perceived existential threat, Assad could justify his support for Sunni extremists as shifting the composition of the insurgency he faced in a jihadist direction, which in turn made foreign intervention far more unattractive. A second major factor is that mechanisms for

---

[209] On August 19, 2009, Iraqi government targets in Baghdad were hit by coordinated bombings. These were the first major attacks in the city after American forces had given control of Baghdad's security back to the Iraqis in June. The Iraqi government's finance and foreign ministries were targeted, along with dense urban areas, resulting in around 100 civilian deaths and large infrastructural damage. In response to these attacks, Iraq's government recalled its Syrian ambassador, and publicly criticized Syria for harboring insurgent forces.

[210] *Aswat al-Iraq* (Iraq), September 5, 2009.

[211] Martin Chulov, "Isis: The Inside Story," *The Guardian* (London), December 11, 2014, https://www.theguardian.com/world/2014/dec/11/-sp-isis-the-inside-story.

[212] Al-Sharqiyah television (Arabic), December 12, 2009.

maintaining a relationship with ISIS were well established due to the Assad regime's previous support for the Zarqawi organization, which this report has already detailed at length.

These points have been validated by the U.S. government as recently as September 2018. The most recent *Country Reports on Terrorism*, released at that time by the U.S. Department of State, outlines how the relationship between Assad and ISIS's predecessor organizations continues to have consequences today:

> Over the past decade, the Assad regime's permissive attitude towards al-Qa'ida and other terrorist groups' foreign terrorist fighter facilitation efforts during the Iraq conflict in turn fed the growth of al-Qa'ida, ISIS, and affiliated terrorist networks inside Syria. The Syrian government's awareness and encouragement for many years of terrorists' transit through Syria to enter Iraq for the purpose of fighting Coalition Forces is well documented. Those very networks were among the terrorist elements that brutalized the Syrian and Iraqi populations in 2017.... Additionally, the Syrian regime has purchased oil from ISIS through various intermediaries, adding to the terrorist group's revenue.[213]

This last observation about the Syrian government's purchase of oil from ISIS (which will be discussed at greater length later in this section) relates to the fact that even though ISIS fought Assad, the regime at times continued to provide it with forms of material support. In examining the two major varieties of support for ISIS following the onset of the Arab Spring, I first discuss the Syrian government's jihadist prisoner releases, then turn to the government's oil purchases from ISIS.

*Jihadist Prisoner Releases*

As noted earlier, the Assad regime had an existential fear of foreign military intervention in Syria. This concern fundamentally relates to the regime's release of extremist prisoners, particularly early in the rebellion.

In 2011, Assad began releasing inmates en masse from Sednaya prison, one of Syria's most notorious and brutal jails. Located just outside Damascus, Sednaya Prison is one of Syria's "largest and most secure prison complexes."[214] Deemed one of the "most lethal detention facilities" in Syria by Amnesty International in 2016,[215] and described by one former guard as "the end of humanity,"[216] Sednaya is known for gross human right violations and mass executions. This prison has been home to many of the "battle-hardened Syrian jihadis" who returned to Syria from the war in Iraq in the early 2000s, and was thus widely regarded an "incubator for jihadism."[217] This assessment was shared by members of

[213] U.S. Department of State, *Country Reports on Terrorism 2017, Chapter 2: State Sponsors of Terrorism* (2018), https://www.state.gov/j/ct/rls/crt/2017/282847.htm#SYRIA.

[214] Briefing by Acting Assistant Secretary for Near Eastern Affairs Stuart Jones on Syria, U.S. Department of State, May 15, 2017, https://www.state.gov/r/pa/prs/ps/2017/05/270865.htm.

[215] *It Breaks the Human: Torture, Disease and Death in Syria's Prisons* (London: Amnesty International, 2016), p. 49, https://www.amnesty.org/download/Documents/MDE2445082016ENGLISH.PDF.

[216] *Human Slaughterhouse: Mass Hangings and Extermination at Saydnaya Prison, Syria* (London: Amnesty International, 2016), p. 5, https://www.amnestyusa.org/files/human_slaughterhouse.pdf.

[217] Rania Abouzeid, "The Jihad Next Door: The Syrian Roots of Iraq's Newest Civil War," *Politico*, June 23, 2014, https://www.politico.com/magazine/story/2014/06/al-qaeda-iraq-syria-108214; Roy Gutman, "Assad Henchman: Here's How We Built ISIS," *The Daily Beast*, December 1, 2016, https://www.thedailybeast.com/assad-henchman-heres-how-we-built-isis.

the Syrian government. Mohammed Habash, a former member of Syria's parliament, described the prison as "a mine for jihadist movements."[218]

Thus, it is noteworthy that Assad allowed large numbers of extremists to go free from this prison as protests against his regime were mounting. Following Assad's May 2011 general pardon, hundreds of Sednaya's extremist prisoners were released unconditionally despite exhibiting no credible signs of rehabilitation. They were thus free to join the fight against the regime, an outcome that Habash is "certain" the regime knew would happen.[219]

Other figures who were associated with Assad's regime share this assessment that part of the reason for the releases was to strengthen violent extremists. Speaking anonymously to the U.A.E.-based newspaper *The National*, one former regime official described the releases as part of "a policy on the part of Mr Al Assad's forces to create violence and terrorism to legitimize a crackdown on the opposition." The former official claimed that "weapons were made available to radical elements of the opposition in key hotspots, including Deraa and Idlib." He further told *The National*: "These orders came down from [Military Intelligence] headquarters Damascus.… This is not something I heard rumours about, I actually heard the orders, I have seen it happening."[220]

American officials, speaking both on and off the record, also share this about the purpose of the releases. In 2015, Secretary of State John Kerry described ISIS as, at least in part, "created by Assad releasing 1,500 prisoners from jail." Kerry attributed the move to a calculation on Assad's part that he could create an eventual binary choice between Assad and the terrorists.[221] Speaking on the condition of anonymity to *Time*, a senior Western diplomat who specializes in the Syrian civil war described the lengths to which the Assad regime was willing to go to undermine the opposition: "They will do whatever it takes to devalue the opposition, even if it means strengthening ISIS. They know that if it comes to choosing between the black flag [of ISIS] and Damascus, the international community will choose Damascus."[222]

The releases from Sednaya prison took place over around a four-month period, through October 2011. One regime defector told *The National* that "the project was overseen by the General Security Directorate."[223] Many of the prisoners released were known jihadists and extremists, who have since become leaders in militant groups, including ISIS.[224] I now profile some of the notable ISIS leaders whom the Syrian government released from Sednaya prison during this period. They include Ali al-Shawaq (aka Abu Luqman), Fiwaz Muhammad al-Kurdi al-Hiju, and Amr al Absi.

---

[218] Mohammed Habash, "Radicals Are Assad's Best Friends," *The National* (UAE), January 1, 2014, https://www.thenational.ae/radicals-are-assad-s-best-friends-1.308145.

[219] Ibid.

[220] Phil Sand et al., "Assad Regime Abetted Extremists to Subvert Peaceful Uprising, Says Former Intelligence Official," *The National* (UAE), January 21, 2014, https://www.thenational.ae/world/assad-regime-abetted-extremists-to-subvert-peaceful-uprising-says-former-intelligence-official-1.319620.

[221] U.S. Department of State, Interview, "John Kerry Interview With Gregory Palkot of Fox News," November 17, 2015, https://2009-2017.state.gov/secretary/remarks/2015/11/249588.htm.

[222] Aryn Baker, "Why Bashar Assad Won't Fight ISIS," *Time*, February 26, 2015, http://time.com/3719129/assad-isis-asset/.

[223] Sand et al., "Assad Regime Abetted Extremists."

[224] This fact is widely documented. For one source, see Ruth Sherlock and Richard Spencer, "Syria's Assad Accused of Boosting al-Qaeda with Secret Oil Deals," *The Telegraph* (U.K.), January 20, 2014.

Abu Luqman is considered one of the most notorious members of ISIS's leadership. Open source reporting and research drawing on accounts of ISIS's prisoners and defectors demonstrates the pivotal role he has played in the organization.

Abu Luqman was born in Sahl Village of Raqqa Province in 1973.[225] Sources conflict with respect to Abu Luqman's career prior to becoming a jihadist. According to terrorism researchers Anne Speckhard and Asaad Almohammad, prior to his arrest Abu Luqman earned his bachelor's degree in Arabic literature, served as a first lieutenant in the Syrian Army, and became an Arabic teacher.[226] Other reports make no reference to his military service—something that Abu Luqman was unlikely to advertise—and his time in the Syrian military was likely a part of the regime's compulsory military service. And some reports claim that Abu Luqman actually earned a law degree, and became a lawyer in Raqqa.[227] Regardless of some discrepancies in the accounts of Abu Luqman's background, it is clear that he was arrested, charged with sedition, and sent to Sednaya in 2010. According to local sources whom Speckhard and Almohammad interviewed, by the time of his arrest, Abu Luqman likely was "at least an al-Qaeda sympathiser and perhaps already much more."[228]

Abu Luqman was among those released as part of Assad's general pardon in June 2011.[229] Less than a year later, Abu Luqman joined Jabhat al-Nusra, al-Qaeda's Syrian affiliate.[230] Though Abu Luqmn quickly rose to being a key member of Nusra in Raqqa, he soon started looking to leverage the connections he had made in Sednaya to contact ISIS. According to Speckhard and Almohammad:

> During his rise in the ranks, [Abu Luqman] was in contact with Fiwaz Muhammad al-Kurdi al-Hiju (a.k.a. Abu Ali al-Shari), his friend from the Sednaya prison.… al-Hiju was one of the detainees trained by the Syrian regime to fight against the American forces in Iraq who was then rearrested and detained in the same prison after returning to Syria and who later rose to a leadership role in ISIS. At the time Abu Luqman recontacted his friend, al-Hiju had become a key player in ISIS. A number of trusted sources reported that the two men held five meetings in al-Sahel, Raqqa. Through al-Hiju, Abu Luqman clandestinely met the leadership of ISIS in Raqqa during his time in al-Nusra.[231]

From his position in Nusra's leadership, Abu Luqman wreaked havoc on the internal functioning of group. Among other things, he encouraged hundreds of Nusra fighters to join ISIS. Known for his ruthless executions and public massacres, Abu Luqman earned a reputation for brutality and violence, and by the time he defected to ISIS in the spring of 2013, he was considered "the most feared jihadist in Raqqa."[232] It is worth noting that Abu Luqman was also reportedly directly connected to the oil

---

[225] UN Security Council, Press Release, "Security Council ISIL (Da'esh) and Al-Qaida Sanctions Committee Adds 12 Names to Its Sanctions List," February 29, 2016, https://www.un.org/press/en/2016/sc12266.doc.htm.

[226] Asaad Almohammad & Anne Speckhard, "Abu Luqman, Father of ISIS Emni: Organizational Structure, Current Leadership and Clues to Inner Workings in Syria and Iraq," *Eurasia Review*, April 14, 2017.

[227] Richard Spencer, "Islamic State Adopts Assad's Methods of Torture," *Telegraph* (U.K.), December 13, 2014; Feras Hanoush, "Who Will Succeed Al-Adnani?" *SyriaSource*, September 20, 2016.

[228] Almohammad & Anne Speckhard, "Abu Luqman, Father of ISIS Emni."

[229] Richard Spencer, "Islamic State Adopts Assad's Methods of Torture," *Telegraph* (U.K.), December 13, 2014.

[230] Almohammad & Anne Speckhard, "Abu Luqman, Father of ISIS Emni."

[231] Ibid.

[232] Ibid.

trade between Nusra and the regime in early 2013.[233] He may have brought his regime smuggling contacts with him when he shifted from Nusra to ISIS in 2013.

After his defection to ISIS, Abu Luqman became an integral part of the group's leadership in Raqqa.[234] According to Speckhard and Almohammad:

> During the first few months of ISIS' takeover of Raqqa, (after April 2013) Abu Luqman became an increasingly prominent member and key operative for ISIS. He was reported to oversee and conduct the public executions and following display of the corpses of foreign nationals (fighters and civilians), journalists (local only), and fighters from rival groups (e.g., Ahrar al-Sham, al-Nusra Front, FSA's affiliates). Within a year of joining the ranks of ISIS, Abu Luqman became Raqqa's Wali or governor.[235]

The testimonies of Syrians who were detained by ISIS track with Speckhard and Almohammad's account. In an interview with Cairo's *Al-Tahrir* in 2015, Syrian activist Ahmad Haydar identified Abu Luqman as "the Governor of Al-Raqqa" and the individual "responsible for the executions carried out in Al-Raqqah." He recalled that Abu Luqman was one of the names mentioned repeatedly by his captors while he was imprisoned.[236] Similarly, Hazm al-Hussein, a Syrian activist who was interviewed by London's *Telegraph* in 2014, after he was incarcerated by ISIS, said that Abu Luqman was the "head of security in Raqqa," and oversaw al-Hussein's incarceration and torture.[237]

Abu Luqman's significance in ISIS cannot be overstated. In addition to bringing hundreds of battle-hardened Nusra fighters with him to ISIS upon his defection, he was able to leverage tribal ties to recruit a "significant" number of additional fighters into ISIS's ranks.[238] Thus, Speckhard and Almohammad write: "Under his leadership, [the] group managed to defeat a number of groups that were affiliated with the Free Syrian Army (FSA)—one of ISIS's most hated enemies."[239]

Beyond his recruiting capabilities and military victories, Abu Luqman became an instrumental part of the institutionalization of ISIS's security state, the *amniyat*, and its ability to conduct terrorist attacks abroad. Abu Luqman has been a designated a terrorist by the U.S., UN, and EU.[240] The U.S. Treasury's designation, published in September 2015, summarizes, validates, and, in some cases, expands upon the above profile:

---

[233] Feras Hanoush, "Who Will Succeed al-Adnani?" *SyriaSource*, September 20, 2016, http://www.atlanticcouncil.org/blogs/syriasource/who-will-succeed-al-adnani.

[234] Ibid.

[235] Almohammad & Anne Speckhard, "Abu Luqman, Father of ISIS Emni."

[236] "Syrian Survivor of ISIL Captivity Recounts Ordeal," *Al-Tahrir Online* (Egypt), June 29, 2015.

[237] Richard Spencer, "Islamic State Adopts Assad's Methods of Torture," *Telegraph* (U.K.), December 13, 2014.

[238] Almohammad & Speckhard, "Abu Luqman, Father of ISIS Emni."

[239] Ibid.

[240] U.S. Department of Treasury, Press Release, "Treasury Sanctions Major Islamic State of Iraq and the Levant Leaders, Financial Figures, Facilitators, and Supporters," September 29, 2015, https://www.treasury.gov/press-center/press-releases/Pages/jl0188.aspx; UN Security Council, Press Release, "Security Council ISIL (Da'esh) and Al-Qaida Sanctions Committee Adds 12 Names to Its Sanctions List," February 29, 2016; Official Journal of the European Union, *Commission Implementing Regulation (Eu) 2016/307* (2016), https://eur-lex.europa.eu/legal-content/EN/TXT/?uri=CELEX%3A32016R0307.

As of mid-2015, Syrian national al-Shawakh [Abu Luqman] served as ISIL's governor for Raqqah, Syria, after previously serving as ISIL's senior security official for Syria and as governor in Aleppo, roles in which he directed combat assignments for foreign fighters. Al-Shawakh was in charge of ISIL's detention of foreign hostages, and oversaw the appointment of other ISIL leaders. Al-Shawakh supervised security matters, including executions, interrogations, and transfers of ISIL prisoners, at an al-Raqqah detention facility used to hold foreign hostages and ISIL foreign recruits who had refused to fight. In mid-2014, al-Shawakh ordered the beheadings of two ISIL hostages. Al-Shawakh also served on a governance council chaired by ISIL leader and U.S. and UN-designated SDGT Abu Bakr al-Baghdadi (AKA Dr. Ibrahim al-Badri).[241]

As I have explained, Abu Luqman played an important role in the institutionalization of ISIS's security state, the *amniyat*. ISIS spokesman Abu Muhammad al-Adnani served as the overall head of the *amniyat* until his death in 2016. Thereafter, Abu Luqman assumed the leadership of the *amniyat*.[242] Though he was erroneously reported dead on multiple occasions, it appears that Abu Luqman was finally killed in an airstrike in April 2018.[243] At the time of his death, he was considered Abu Bakr al-Baghdadi's second in command.[244]

### *Fiwaz Muhammad al-Kurdi al-Hiju*

One of Luqman's key contacts in ISIS as he rose through the ranks in the Syrian jihadist scene was another former Sednaya detainee, Fiwaz Muhammad al-Kurdi al-Hiju. Speckhard and Almohammad provide background on Hiju:

> Sources reported that al-Hiju had fought against the American forces in Iraq sometime before 2008. He was born in 1956 and spent some time in Saudi Arabia before 2002. Al-Hiju was also a Salafist whose knowledge of sharia rules and justifications was highly respected among Islamists in the prison.[245]

Though there is a dearth of open-source information about Hiju, reporting following his April 2016 death highlights his notoriety within ISIS, and clarifies his importance to the organization. According to the Syrian opposition news outlet *Zaman al-Wasl*, Hiju was appointed to be ISIS's first judge in mid-2013.[246] One ISIS spokesman described Hiju as "one of the most important security agents in al-Raqqa."[247] He was reportedly responsible for the death of at least 100 people (with some estimates being much higher) due to his role as a mufti for ISIS's Raqqa death squades. These activities led one activist formerly detained by ISIS to describe Hiju as the "bloodiest murderer."[248]

[241] U.S. Department of Treasury, Press Release, "Treasury Sanctions Major Islamic State of Iraq and the Levant Leaders, Financial Figures, Facilitators, and Supporters," September 29, 2015, https://www.treasury.gov/press-center/press-releases/Pages/jl0188.aspx.

[242] *Al-Arabi al-Jadid* (Arabic), September 19, 2016.

[243] *Ilaf* (Arabic), April 23, 2018.

[244] Ibid.; Mohammed Ebraheem, "Iraqi Warplanes Kill Islamic State's Second-in-Command in Syria," *Iraqi News* (Iraq), April 23, 2018, https://www.iraqinews.com/iraq-war/iraqi-warplanes-kill-islamic-states-second-in-command-in-syria/.

[245] Almohammad & Speckhard, "Abu Luqman, Father of ISIS Emni."

[246] Fares al-Rifai, "Abu Ali … From the Shepherd Sheep to the First Legal Judge of the Organization in Raqqa," *Zaman al Wasl* (Syria), April 11, 2016, http://www.zamanalwsl.net/news/article/70149.

[247] Ibid.

[248] Ibid.

According to a report published by the activist group Raqqa is Being Slaughtered Silently, Hiju had the "largest record of the death sentences for dissidents and civilians." At one point Hiju was even considered too extreme for ISIS, and was dismissed from his position.[249] Hiju was, however, reinstated at some point.[250] A Fars News Agency report published after Hiju's death noted that, as "senior religious judge of the ISIL in Raqqa" and leader of the religious court of al-Mansoureh, he was "notorious" for issuing "harsh verdicts against the Syrian civilians and those members of the ISIL who tried to escape the battlefields."[251] His position as leader of the court of al-Mansoureh is particularly noteworthy: It was the highest ISIS *sharia* court in the caliphate, with final appeal going only to the group's overall mufti, and from there to the caliph, Abu Bakr al-Baghdadi.

### Amr al-Absi (Abu al-Atheer)

Amr al-Absi was among the earliest and most influential members of ISIS. He held a number of leadership positions in the group, and has been described as "Syria's Baghdadi."[252]

According to leaked ISIS documents, the Syrian Amr al-Absi was born in 1985.[253] Though it is not material to Absi's significance to this case, other sources, including documents from the U.S. Treasury Department, suggest that Absi was born in 1979 in Saudi Arabia.[254] Either way, Absi appears to have become a jihadist at a relatively young age. He was arrested in 2007 for his membership in the Islamic State of Iraq (ISI), and incarcerated in Syria's Sednaya prison.[255] Absi's incarceration concluded after Assad released Absi and many fellow extremists in 2011.[256]

Upon release, Absi promptly became a member of the Mujahedin Shura Council (MSC), a Syrian jihadist group led by Amr's brother Firas.[257] Under Firas's leadership, the group was among the first jihadist organizations to kidnap Westerners in Syria, capturing journalists Jeroen Oerlemans and John Cantlie.[258] Following Firas's death in the fall of 2012, Amr assumed control of the MSC, and would eventually steer it to become a part of ISIS. According to Abu Ahmad, an ISIS defector who initially pledged *bayat* directly to Amr al-Absi, Abu Bakr al-Baghdadi convened a meeting with Absi and other important Syrian jihadists in April 2013, in order to win their support for ISIS and implore them to

---

[249] Raqqa is Being Slaughtered Silently, "Abu Ali al-Shar'i 'Daash' Back Again," April 2016, https://www.raqqa-sl.com/?p=1156. His dismissal was due to the fact that Hiju was an advocate for an even more extreme movement within ISIS known as the Hazimi trend.

[250] "Clashes Across Northern Syria Strain Cease-Fire," *The Daily Star*, April 10, 2016.

[251] "Syria: ISIL Religious Judge in Raqqa Province Killed in Airstrike," Fars News Agency (Iran), April 11, 2016.

[252] Ethar Abdulhaq, "ISIS Leaks: More About Al-Absi, Former ISIS Mastermind, Archive and Biography," *Zaman al Wasl* (Syria), April 18, 2016, https://en.zamanalwsl.net/news/article/15295.

[253] Ibid.

[254] See, for example, U.S. Department of the Treasury, Office of Foreign Assets Control, https://www.treasury.gov/ofac/downloads/prgrmlst.txt.

[255] Ben Taub, "Journey to Jihad: Why are Teen-Agers joining ISIS?" *The New Yorker*, June 1, 2015, https://www.newyorker.com/magazine/2015/06/01/journey-to-jihad.

[256] Richard Spencer, "Four Jihadists, One Prison: All Released by Assad and All Now Dead," *Telegraph* (London), May 11, 2016, http://s.telegraph.co.uk/graphics/projects/isis-jihad-syria-assad-islamic/.

[257] Ethar Abdulhaq, "ISIS Leaks: More About Al-Absi, Former ISIS Mastermind, Archive and Biography," *Zaman al Wasl* (Syria), April 18, 2016, https://en.zamanalwsl.net/news/article/15295. Known as Mujahedin Shura Council or Majlis Shura Dawlat al-Islam, this group became active in Syria in July 2012, and was led by Firas al-Absi. The group was initially linked to Jabhat al-Nusra and al-Qaeda before becoming a part of ISIS, as this section details. It is a separate entity from identically named Mujahedin Shura Council, the umbrella organization that emerged out of AQI in Iraq in 2006.

[258] Richard Spencer, "Four Jihadists, One Prison: All Released by Assad and All Now Dead," *Telegraph* (London), May 11, 2016, http://s.telegraph.co.uk/graphics/projects/isis-jihad-syria-assad-islamic/.

reject any affiliation with ISIS's rival Jabhat al-Nusra.[259] This entreaty was successful, and following Amr al-Absi's pledge of *bayat* to the ISIS leader in 2013, MSC was folded into ISIS.[260] Absi became a member of ISIS's Mujahideen Shura Council in Aleppo around this time.[261]

In accordance with Abu Bakr al-Baghdadi's desire to siphon support from Nusra, one of Absi's earliest contributions to ISIS was his role as a recruiter for the group.[262] In particular, Absi seems to have been a key contributor of foreign fighters. Shortly after ISIS's creation, Absi forbade European fighters under his command from communicating with members of Jabhat al-Nusra.[263]

Absi was also among the first to advocate for declaring the territory held by ISIS to be a caliphate after he was elevated to *wali* (governor) of Aleppo. This is detailed by the Twitter user @wikibaghdady, an ISIS insider whose accounts have held up over time, thus providing credibility to his claims. According to @wikibaghdady, when ISIS leader Haji Bakr (profiled in a previous section) learned of an impending merger between the militant group Ahrar al-Sham and several other groups, ISIS convened an "urgent meeting" in which Absi played a key role. According to @wikibaghdady's account

> a two-part plan was agreed: first, a media campaign to thwart the planned merger by casting it as something akin to the Iraqi anti-al-Qaeda tribal Awakening; and then aggrandizing the project for an Islamic state into an Islamic caliphate. The latter was the idea of the ISIS-appointed *wali*—Islamic governor—of Aleppo Amr al-Absi, also known as Abu al-Athir al-Shami.[264]

As Aleppo's *wali*, Absi became notorious for his zealous use of torture and imprisonment. According to Abu Safiya al-Yamani, a relief worker from Yemen who was imprisoned under Absi's command in Aleppo, "everyone was tortured. Some were tortured with electric shocks… that cause holes in the body."[265] Absi also relied on extrajudicial violence to eliminate those he viewed as threats to both his and ISIS's control. *Al-Akhbar*, relying on leaks from @wikibaghdady, reports:

> Baghdadi appointed Amr al-Absi as governor of Aleppo, but he was extremely wary of Liwaa al-Tawhid, a formidable force comprising 20,000 fighters, roughly five times the size of ISIS. Absi felt that Liwaa al-Tawhid constituted a major obstacle to his expansion, especially since its leader Abdul-Qader Saleh was very popular. This is how Absi decided to eliminate Saleh, whom he deemed an "Awakening" collaborator and an apostate, and informed Baghdadi of his intentions. He did not provide details about how he would do it, but he soon declared that Saleh had been killed. Absi also proposed to Baghdadi a list of people to be assassinated from the Islamic Front and

[259] Harold Doornbos & Jenan Moussa, "Present at the Creation," *Foreign Policy*, August 16, 2016, https://foreignpolicy.com/2016/08/16/present-at-the-creation/.
[260] Ibid.
[261] *Al-Akhbar* (Beirut), July 10, 2014.
[262] Richard Barrett, *The Islamic State* (United Kingdom: The Soufan Group, November 2014), http://soufangroup.com/wp-content/uploads/2014/10/TSG-The-Islamic-State-Nov14.pdf.
[263] Harold Doornbos & Jenan Moussa, "The Greatest Divorce in the Jihadi World," *Foreign Policy*, August 18, 2016, https://foreignpolicy.com/2016/08/18/the-greatest-divorce-in-the-jihadi-world/.
[264] "Al-Qaeda Leaks II: Baghdadi Loses His Shadow," *Al-Akhbar* (Beirut), January 14, 2014.
[265] Al-Jazeera Satellite Channel (Arabic), January 20, 2014.

the Free Syrian Army (FSA), justifying this by citing the need to dismantle the "Awakening-like" groups.[266]

Absi directly played a role in Foley's imprisonment. As the *wali* of Aleppo, Absi ran "at least two prisons in or near the city, for both Syrians and foreigners," one of which was a children's hospital.[267] As noted earlier in this report, Foley was held in an ISIS prison beneath the Aleppo Children's Hospital. In mid-2014, Absi abandoned the prisons in Aleppo, moving several Western hostages, including Foley, with him to Raqqa. The 300 Syrian prisoners who remained on site were executed.[268] According to @wikibaghdady, an anonymous Twitter account run by an ISIS insider, Absi ordered his men to "leave no one alive."[269] Based on the testimony of hostages held contemporaneously, such as Ahmed Primo[270] and Jejoen Bontinck, it is likely that Absi was directly involved in supervising Foley's detention and interrogation in both Aleppo and Raqqa.[271] Bontinck described how Absi personally pointed a gun loaded with blanks at his head and pulled the trigger. Afterward, Absi ordered his men to torture Bontinck for four days, keeping him gagged and whipping him with electrical cables. Bontick's description demonstrates Absi's direct involvement in both the psychological and physical torture of ISIS prisoners, including Western hostages.[272]

Concurrent with his position as *wali* of Aleppo, Absi was also a leader of ISIS's media wing and sat on the group's *shura* council.[273] In his media role, Absi was responsible for disseminating propaganda, including ISIS's infamous beheading videos. Given this role, Absi likely directed the distribution of Foley's beheading video, in addition to overseeing Foley's imprisonment and perhaps his interrogation as well.[274] The media wing was one of ISIS's core strengths that was instrumental to drawing foreign fighters to the Syria-Iraq theater to join the group.

Absi later transitioned from *wali* of Aleppo to *wali* of Homs. According to the UN's listing of Absi in its Al-Qaida Sanctions List, this transition occurred in mid-2014. Similar to his time in Aleppo, Absi oversaw "all ISIL operations within the province." The UN's listing goes on to note that Absi "was

[266] "Al-Qaeda Leaks II: Baghdadi Loses His Shadow," *Al-Akhbar* (Beirut), January 14, 2014.

[267] Richard Spencer, "Four Jihadists, One Prison: All Released by Assad and All Now Dead," *Telegraph* (London), May 11, 2016, http://s.telegraph.co.uk/graphics/projects/isis-jihad-syria-assad-islamic/.

[268] Emma Beals, "Masterminds of Terror," *Raconteur*, April 28, 2016, https://www.raconteur.net/current-affairs/masterminds-of-terror.

[269] See, *e.g.*, Radwan Mortada, "Al-Qaeda Leaks II: Baghdadi Loses His Shadow," *Al-Akhbar English*, January 14, 2014.

[270] Ahmed Primo is a Syrian journalist and activist who was kidnapped and held captive by ISIS forces in a children's hospital in Aleppo from November 16, 2013 through January 8, 2014. Primo and several other prisoners escaped their cells several days after their ISIS captors abandoned the site on January 4, 2014, following a confrontation with the Free Syrian Army. Vocativ, "Freed Syrian Journalists Tell of Torture Under ISIS," *Youtube*, August 12, 2015, https://www.youtube.com/watch?v=_cat0lcPB_o; Richard Spencer, "Four Jihadists, One Prison"; Alice Fordham, "Syrian Activists Say Al-Qaida Stole Their Revolution," *NPR Morning Edition,* February 7, 2014, https://www.npr.org/2014/02/07/272932734/syrian-activists-say-al-qaida-stole-their-revolution.

[271] Primo and Bontinck both attest to the personal role that Absi played in their questioning and imprisonment. Based on the importance to ISIS of Western hostages like Foley, it is likely that Absi took a similar interest in him as well. Spencer, "Four Jihadists, One Prison"; Ben Taub, "Journey to Jihad: Why are Teen-Agers Joining ISIS?" *The New Yorker*, June 1, 2015, https://www.newyorker.com/magazine/2015/06/01/journey-to-jihad.

[272] Taub, "Journey to Jihad."

[273] Ethar Abdulhaq, "ISIS Leaks: More About Al-Absi, Former ISIS Mastermind, Archive and Biography," *Zaman al Wasl* (Syria), April 18, 2016, https://en.zamanalwsl.net/news/article/15295.

[274] See Spencer, "Four Jihadists, One Prison."

in charge of kidnappings and was dubbed the ISIL 'kidnapper-in-chief.'"[275] Absi's penchant brutality was notorious. For example, at one point, rather than transporting prisoners in Aleppo to new sites, he simply ordered their execution. Absi was killed in an airstrike on March 3, 2016.[276]

These profiles, and all other available evidence, demonstrate that ISIS was able to significantly capitalize on Assad's prisoner releases. Further, the ability of jihadist groups to immediately capitalize on these releases was fundamentally rooted in Syria's historical relationship with AQI. As scholar Charles Lister explained in an interview with *The Atlantic* in 2016:

> Taking into account the first amnesty in March, and then the second big one in June—both of those combined placed dozens and dozens of convicted or accused al-Qaeda-affiliated jihadists out into various areas of Syria. As soon as they were released, they basically went to pre-existing al-Qaeda safe houses in places like Homs and Aleppo [and] outside Damascus. That jihadist infrastructure was already there before the uprising began, but it was that network that was activated by Abu Mohammad al-Jolani, who would go on to create Jabhat al-Nusra. The decision that was made in Iraq in the summer of 2011 to try and establish a Syrian wing of [what was then the] Islamic State in Iraq was very easy to activate, precisely because that network already existed across Syria. From Jolani's arrival [from Iraq, where he was the Islamic State of Iraq's chief in Ninevah province] in August, it took roughly four to six weeks for Jabhat al-Nusra to be established as an organization with a presence in multiple provinces.[277]

The U.S. Department of State's 2014 *Country Reports on Terrorism* draws this connection as well, highlighting how Syria's actions with respect to the insurgency in Iraq years prior aided ISIS's rise in Syria from 2013-14:

> The Syrian government had an important role in the growth of terrorist networks in Syria through the permissive attitude the Asad regime took towards al-Qa'ida's foreign fighter facilitation efforts during the Iraq conflict.… Those very networks were the seedbed for the violent extremist elements, including ISIL, which terrorized the Syrian and Iraqi population in 2014 and—in addition to other terrorist organizations within Syria—continued to attract thousands of foreign terrorist fighters to Syria in 2014.[278]

Indeed, as early as 2012, regime defector Nawaf Fares indicated to *Telegraph* reporter Ruth Sherlock that he was "personally" familiar with "several Syrian government 'liaison officers' who still dealt with al-Qaeda."[279] (This account occurred prior to ISIS's expulsion from al-Qaeda.) Fares's account should be understood in the context of historic Syrian intelligence ties to al-Qaeda's foreign fighter networks, which were likely maintained for as long as possible.

---

[275] United Nations Security Council Committee pursuant to resolutions 1267 (1999) 1989 (2011) and 2253 (2015) concerning ISIL (Da'esh) Al-Qaida and associated individuals groups undertakings and entities, *Narrative Summaries of Reasons for Listing* (September 29, 2015).

[276] Bill Roggio, "Islamic State's Governor for Aleppo Reportedly Killed in Airstrike," *Long War Journal,* March 4, 2016.

[277] Kathy Gilsinan, "How Syria's Uprising Spawned a Jihad," *The Atlantic,* March 16, 2016, https://www.theatlantic.com/international/archive/2016/03/syria-civil-war-five-years/474006/.

[278] U.S. Department of State, *Country Reports on Terrorism 2013* (2014), https://www.state.gov/documents/organization/225886.pdf.

[279] Ruth Sherlock, "Exclusive Interview: Why I Defected From Bashar Al-Assad's Regime, by Former Diplomat Nawaf Fares," *Telegraph* (U.K.), July 14, 2012.

According to regime defector and former intelligence officer Mahmud Naser, who was interviewed by the *Daily Beast* in 2016, after the outbreak of civil war in Syria, the regime circulated two sets of instructions for dealing with insurgents. The first instructed officials in writing to "arrest and kill" jihadists listed on the communique. However, according to Naser, such instructions were followed by a second message, ordering officials to do the opposite: "They came from command headquarters and held meetings of the intelligence offices… They told us: 'stay away from them. Don't touch them.'"[280] If Naser's account is accurate, it is consistent with the regime's early policy of using jihadists to sow division within the opposition.

U.S. and foreign officials have publicly acknowledged Syria's strategy of negligence and complicity toward ISIS on numerous occasions. In August 2014, French President Francois Hollande declared Assad to be an unacceptable partner in the fight against ISIS, describing him as a "de facto ally of jihadists."[281] U.S. Secretary of State John Kerry soon made his own public statements about the regime's negligible efforts to combat ISIS. While testifying before the House Foreign Affairs Committee in September 2014, Kerry described the Assad regime as having "played footsie" with ISIS, saying that Assad "has used them as a tool of weakening the opposition. He never took on their headquarters, which were there and obvious, and other assets that they have. So we have no confidence that Assad is either capable of or willing to take on ISIL."[282] Kerry made similar claims in November 2014 while speaking at *Foreign Policy*'s Transformational Trends conference, describing the relationship between Assad and ISIS as "symbiotic." Stressing how the regime had "relentlessly bombed areas held by the moderate opposition while doing little to hinder ISIL," Kerry described the two as "dependent on one another."[283] While the regime "purports to be the last line of defense against ISIL," Kerry stated, "both are stronger as a result."[284]

*Oil Sales*
Oil sales were a particularly important source of revenue for ISIS. The practice of deriving revenue from the sale of oil was well established by previous iterations of the group, and ISIS itself had returned to making money through the sale of oil prior to the execution of Foley and Sotloff.

Al-Qaeda in Iraq and the Islamic State in Iraq used the sale of stolen oil to finance themselves as early as 2005, though these previous iterations of the group obviously did not draw as much revenue as ISIS later would, as they did not control as much oil production.[285] Here is a brief timeline of earlier oil sales by ISIS's predecessors:

---

[280] Roy Gutman, "How ISIS Returned to Syria," *The Daily Beast*, December 5, 2016, https://www.thedailybeast.com/how-isis-returned-to-syria.

[281] "Hollande: Assad Cannot Be A Partner In War Against Terror," *Middle East Monitor* (UK), August 28, 2014, https://www.middleeastmonitor.com/20140828-hollande-assad-cannot-be-a-partner-in-war-against-terror/.

[282] "Kerry: There Is Evidence That Assad Has Played 'Footsie' With ISIL," *RealClearPolitics*, September 18, 2014, https://www.realclearpolitics.com/video/2014/09/18/kerry_there_is_evidence_that_assad_has_played_footsie_with_isil.html.

[283] Gopal Ratnam and John Hudson, "Kerry: Assad and ISIS Have 'Symbiotic' Relationship," *Foreign Policy*, November 17, 2014, https://foreignpolicy.com/2014/11/17/kerry-assad-and-isis-have-symbiotic-relationship/.

[284] Ibid.

[285] Patrick B. Johnson et al. *Foundations of the Islamic State: Management, Money and Terror in Iraq, 2005-2010* (Washington, D.C.: RAND Corporation, 2016), p. 256, https://www.rand.org/content/dam/rand/pubs/research_reports/RR1100/RR1192/RAND_RR1192.pdf.

- 2005 – Al Qaeda in Iraq's revenue data shows that the group was profiting from stolen oil and refined oil products. However, the group was primarily funded by the sale of other stolen goods, and oil accounted for only a small percentage of its total revenues.[286]

- 2006 – A U.S. government assessment estimated that Iraqi militant groups raise from $70 million to $200 million a year. Of this annual revenue, the assessment estimated that oil smuggling and other "criminal activity involving the state-owned oil industry" accounted for $25 million to $100 million.[287] These oil revenues were at the time derived from corruption rather than from direct control of oil production, as ISIS would later accomplish.

- 2006 – The militant group became involved in oil smuggling from the Baiji oil refinery in Tikrit. This quickly became a significant source of revenue.[288] Smuggling and stealing oil from the Baiji refinery produced around $2 million a month.[289] A 2006 map, shown beside this bullet point, provides an aspirational depiction of the territory that ISIS's predecessor aimed to acquire, as well as associated oil production.[290] The image illustrates the group's ambitions to target oil-rich regions not only in Iraq, but also across the border in Syria.



- February 2007 – The director general of the Baiji refinery, Ali al-Obaidi, estimated that $1 billion of the refinery's oil was being siphoned and sold by smugglers. Both U.S. and Iraqi officials concluded that "much of that" money went to insurgents, including ISIS's predecessor.[291]

- 2008 – American military officials concluded in 2008 that "at least one-third, and possibly much more, of the fuel from" Iraq's Baiji refinery was being diverted to the black market,

[286] Ibid., p. 190.

[287] John F. Burns and Kirk Semple, "Iraq Insurgency Has Funds to Sustain Itself, U.S. Finds," *New York Times,* November 26, 2006, https://www.nytimes.com/2006/11/26/world/middleeast/26insurgency.html.

[288] Howard J. Shatz & Erin-Elizabeth Johnson, *The Islamic State We Knew: Insights Before the Resurgence and Their Implications* (Washington, D.C.: RAND Corporation, 2015), p. 8, https://www.rand.org/content/dam/rand/pubs/research_reports/RR1200/RR1267/RAND_RR1267.pdf.

[289] Lennox Samuels, "Al Qaeda in Iraq Ramps Up its Racketeering," *Newsweek,* May 20, 2008, https://www.newsweek.com/al-qaeda-iraq-ramps-its-racketeering-89733.

[290] While the orange territory on the map largely corresponds with that later taken by ISIS, the map is less accurate in its depiction of where Iraq and Syria's oil production is geographically concentrated. See Zack Beauchamp et al., "27 Maps That Explain the Crisis in Iraq," *Vox*, August 8, 2014, https://www.vox.com/a/maps-explain-crisis-iraq#list-24.

[291] Ayman Oghanna, "Corruption Stemmed at Beiji Refinery – But for How Long?" *Iraq Oil Report*, February 16, 2010, https://www.iraqoilreport.com/news/corruption-stemmed-at-beiji-refinery-but-for-how-long-3864/. Se also Shatz & Johnson, *The Islamic State We Knew*, p. 8; Mapping Militant Organizations, Stanford University, "The Islamic State," last modified June 2018, https://cisac.fsi.stanford.edu/mappingmilitants/profiles/islamic-state#_edn1.

some portion of which benefited ISIS's predecessor.[292] Such large-scale fuel diversion was made possible through the practices of hijacking tanker trucks, bribing drivers, forging papers, and manipulating meters. Iraqi Deputy Prime Minisiter Barham Salih estimated that as a result of its oil smuggling operations, ISIS's predecessor "received $50,000 to $100,000 per day from swindles related to the Baiji refinery."[293]

- Late 2008 – Financial records from the Ninewa administration of ISIS's predecessor show that 39 percent of its revenue, or roughly $1.87 million, was derived from oil-related activities, including both fuel trucking operations and fronts that facilitated the sale of stolen oil and fuel. Here is the month-by-month breakdown of the group's oil revenues:
  - In September 2008, ISI's monthly oil revenue in Ninewa was a little less than $450,000.
  - In October 2008, revenue was around $460,000.
  - In November, revenue was a little less than $250,000.
  - In December, revenue was a little more than $200,000.
  - In January 2009, revenue was a little more than $250,000.[294]

After this, ISIS's predecessor experienced significant battlefield losses that this report has already discussed. As a result of these losses, the group's oil sales significantly declined. The group's involvement in oil sales returned with the rise of ISIS. In 2014, the year that the group killed Foley and Sotloff, ISIS made between $150 million to $450 million from oil, with its "peak earnings estimates ranging from $1-3m a day."[295] The group's seizure of oil fields during its battlefield advances clarifies its growing ability to make oil sales during the couse of that year:

- June 2014 to September 2014 – ISIS captured strategic oilfields and refineries in northeastern Syria and northern Iraq, including the Omar, Tanak, Jafra and Ward oil fields in Syria's Deir Ezzor province.[296]

- June 11, 2014 – ISIS seizes control of Ajeel oil field, which is capable of producing 28,000 barrels a day. Around the same time, ISIS made advances toward the Akkas gas development and the Mansouriya gas project.[297]

[292] Richard A. Oppel, Jr. "Iraq's Insurgency Runs on Stolen Oil Profits," *New York Times*, March 16, 2008, https://www.nytimes.com/2008/03/16/world/middleeast/16insurgent.html?auth=login-email.
[293] Ibid.
[294] The internal ISI document can be found at https://ctc.usma.edu/harmony-program/a-list-of-isi-revenue-items-for-a-specific-period-of-time-in-the-year-2008-original-language/.
[295] Stefan Heißner, et al., "Caliphate in Decline: An Estimate of Islamic State's Financial Fortunes," International Centre for the Study of Radicalisation and Ernst & Young, February 2017, https://icsr.info/wp-content/uploads/2017/02/ICSR-Report-Caliphate-in-Decline-An-Estimate-of-Islamic-States-Financial-Fortunes.pdf, p. 11.
[296] Colin P. Clarke et al., *Financial Futures of the Islamic State of Iraq and the Levant* (Washington, D.C.: RAND Corporation, 2017), p. 8, https://www.rand.org/pubs/conf_proceedings/CF361.html; Nabih Bulos, "How Does Islamic State Make Money Off Oil Fields in Syria and Iraq?," *The Los Angeles Times*, December 26, 2015, https://www.latimes.com/world/middleeast/la-fg-islamic-state-oil-qa-20151206-story.html.
[297] Rafiq Latta, "Fierce Fighting in Iraq Around Some Oil and Gas Fields," *International Oil Daily,* June 27, 2014, http://www.energyintel.com/pages/about_iod.aspx.

- June/July 2014 – ISIS declares itself a caliphate. At this time, the group has control of large swaths of eastern Syria and the region's oilfields, notably in Deir Ezzor. Oil industry sources estimate that ISIS produces 4,000 barrels a day from its operations in eastern Syria.[298]

- July 17, 2014 – ISIS now controls "most" of northern Iraq's federal oil transportation infrastructure, in addition to the 28,000 bpd Ajeel field, the 6,000 bpd Hamrin field, the drill site for the 400 million cubic ft/day Akkas gas field development, the 270,000 bpd Baiji refinery, and various smaller refineries.[299]

- July to December 2014 – The World Bank estimates that ISIS's oil production peaked at this time, reaching 56,000 bpd before declining in 2015 and 2016.[300]

- September 2014 to February 2015 – Documents recovered from a raid that coalition forces conducted in Syria showed that over this six-month period, ISIS made $289.5 million from natural resource revenues alone.[301]

Summarizing ISIS's oil sales during this period, and the way that the Syrian government fundamentally enabled them, in October 2014 the U.S. Treasury Department's Under Secretary for Terrorism and Financial Intelligence David S. Cohen publicly stated:

> Our best understanding is that ISIL has tapped into a long-standing and deeply rooted black market connecting traders in and around the area…. So who, ultimately, is buying this oil? According to our information, as of last month, ISIL was selling oil at substantially discounted prices to a variety of middlemen, including some from Turkey, who then transported the oil to be resold. It also appears that some of the oil emanating from territory where ISIL operates has been sold to Kurds in Iraq, and then resold into Turkey. And in a further indication of the Assad regime's depravity, it seems the Syrian government has made an arrangement to purchase oil from ISIL.[302]

The U.S. government further highlighted the regime's oil trading relationship with ISIS in the State Department's 2017 *Country Reports on Terrorism*, which explicitly states that "the Syrian regime has purchased oil from ISIS through various intermediaries, adding to the terrorist group's revenue."[303] Open source reporting, defector interviews, and U.S. official statements and designations reveal the workings of the Assad-ISIS oil trading relationship, including key figures working as intermediaries for the regime, and the extent to which the revenue from trading with the regime has supported the

[298] Alex Schindelar, "'Islamic State' Formed on Edge of Oil-Rich Mideast," *International Oil Daily*, July 1, 2014, http://www.energyintel.com/pages/about_iod.aspx.

[299] Rafiq Latta, "Kurds Pledge Action Against Islamic State Oil Smuggling," *International Oil Daily*, July 17, 2014, http://www.energyintel.com/pages/about_iod.aspx.

[300] Quy Toan-Do et al., "How Much Oil is the Islamic State Group Producing?: Evidence from Remote Sensing," Policy Research Working Paper 8231, World Bank Group, October 2017, p. 1, http://documents.worldbank.org/curated/en/239611509455488520/pdf/WPS8231.pdf.

[301] Benoit Faucon and Margaret Coker, "The Rise and Deadly Fall of Islamic State's Oil Tycoon," *The Wall Street Journal*, April 24, 2016, https://www.wsj.com/articles/the-rise-and-deadly-fall-of-islamic-states-oil-tycoon-1461522313.

[302] David S. Cohen, "Attacking ISIL's Financial Foundation," Public Remarks, Carnegie Endowment for International Peace, Washington, D.C., October 23, 2014, https://www.treasury.gov/press-center/press-releases/Pages/jl2672.aspx.

[303] United States Department of State, Bureau of Counterterrorism and Countering Violent Extremism, *Country Reports on Terrorism 2017* (2018), https://www.state.gov/j/ct/rls/crt/2017/282847.htm#SYRIA.

militant group. These sources illustrate how the regime has used middlemen to broker significant trade agreements with ISIS, and has thus provided substantial financial and material support to the terrorist group.

In January 2014, London's *Telegraph* published an investigative report revealing that Jabhat al-Nusra and ISIS had "both been financed by selling oil and gas from wells under their control to and through the regime."[304] Intelligence officials who spoke to the *Telegraph* anonymously said: "The regime is paying al-Nusra to protect oil and gas pipelines under al-Nusra's control in the north and east of the country, and is also allowing the transport of oil to regime-held areas… We are also now starting to see evidence of oil and gas facilities under ISIS control."[305] While the regime's oil trading relationship with Nusra had been publicly known for at least a year prior to the report's publication,[306] the fact that the regime was expanding its purchases to ISIS-controlled oil and gas appeared to be a new development. But by June 2014, ISIS's oil ministry, Diwan of Natural Resources, was well established.

According to a Syrian businessman who spoke on condition of anonymity to *Time* in 2015: "Even from the early days the regime purchased fuel from ISIS-controlled oil facilities, and it has maintained that relationship throughout the conflict."[307] The source, who had close ties to the Syrian government, described the regime's oil trade and provision of other goods and services—such as food and the preservation of mobile phone service providers—as consistent with the Syrian government's "pragmatic approach" to dealing with ISIS. *Time* reports that the businessman

> trades goods all over the country so his drivers have regular interactions with ISIS supporters and members in Raqqa, the ISIS stronghold in Syria, and in ISIS-controlled areas like Dier-ezzor. The businessman cites Raqqa's mobile phone service as an example of how there is commerce between the regime, Syrian businesses, and ISIS. The country's two main mobile phone operators still work in Raqqa. "Both operators send engineers to ISIS-controlled areas to repair damages at the towers," he says. In addition, there are regular shipments of food to Raqqa. "ISIS charges a small tax for all trucks bringing food into Raqqa [including the businessman's trucks], and they give receipts stamped with the ISIS logo. It is all very well organized."[308]

Thus, Syria had a general black market on which oil and other commodities were smuggled, and some of the trade between Damascus and ISIS-held territory employed this black market. But the Assad regime's purchase of ISIS's oil was distinct from that of other purchasers. In an on-the-record interview, Gen. (ret.) Terry Wolff, who served as the Deputy Special Presidential Envoy for the Global Coalition to Defeat ISIS, explained this unique dynamic to me. He explained that while there was a free flow of commerce via the black market in Syria, he assessed that ISIS's oil pipelines continued to facilitate the flow of oil to Damascus during this period:

---

[304] Ruth Sherlock, "Syria's Assad Accused of Boosting al-Qaeda with Secret Oil Deals," *Telegraph* (London), January 20, 2014, https://www.telegraph.co.uk/news/worldnews/middleeast/syria/10585391/Syrias-Assad-accused-of-boosting-al-Qaeda-with-secret-oil-deals.html.

[305] Ibid.

[306] See Julian Borger & Mona Mahmood, "EU Decision to Lift Syrian Oil Sanctions Boosts Jihadist Groups," *The Guardian* (London), May 19, 2013, https://www.theguardian.com/world/2013/may/19/eu-syria-oil-jihadist-al-qaida.

[307] Aryn Baker, "Why Assad Won't Fight ISIS," *Time*, February 26, 2015, http://time.com/3719129/assad-isis-asset/.

[308] Ibid.

**Wolff**: When you look at how the oil and gas pipelines flow, based on the old CIA World Factbook, or some of the others, you began to say, "Hey wait a minute, the regime probably has to rely on its own oil and natural gas." And so, it made sense to us, and the more we explored the more we realized that gas and oil were flowing to the regime.

**Gartenstein-Ross**: Right. And so this gas and oil that was being smuggled to the regime wasn't going through those smuggling routes that you referred to, the free flow of goods north, but rather the regime had to be buying them directly from Daesh as opposed to using the black market.

**Wolff**: Yeah, it was our belief that … it wasn't black market stuff. There was certainly black market smuggling, but that was going in tanker trucks. And, you know, as I've said, you can't run an oil pipeline on tanker trucks for what was required.

**Gartenstein-Ross**: For this other commerce though, the non-oil commerce, it's not necessarily Daesh selling? Instead, it's people selling and paying taxes to Daesh or the Syrian government along the way?

**Wolf**: Right. Wherever it originated from it had to go through a series of checkpoints. But everyone took a cut, everyone taxed it along the way.

**Gartenstein-Ross**: But for the oil, it is Daesh selling it directly to Syria.

**Wolff**: That was always my belief, and … I'm confident. I've actually seen Treasury Department talking points from Marshall Billingslea, the Assistant Secretary [for Terrorist Financing in the U.S. Department of the Treasury], or his team that talked about this. We talked about this extensively in the counterterrorism finance working groups, which were unclassified forums with about 40 nations that came in and participated.

**Gartenstein-Ross**: Okay. And, … this would be a direct financial relationship, not an indirect financial relationship, given that Daesh controlled the pipelines? It's not like the black market sale of oil?

**Wolff**: No…. I came to the opinion that the regime needed this, and that Daesh was the provider. So, there was an informal agreement that oil and some natural gas would flow, and that the regime wanted to buy it because they needed it…. The preponderance of the oil that came out of Daesh controlled areas was going to the Syrian government. And I believe based on my assessment and watching this over three years that that … they were the main provider of oil and natural gas for the Syrian regime.[309]

As Gen. Wolff assesses, the fact that Damascus purchased oil from ISIS through its pipelines rather than the black market means that—unlike some other buyers—the Assad regime had a *direct* financial relationship with ISIS, rather than an indirect one. The use of the oil pipelines also cemented the

---

[309] Terry Wolff, interview with Daveed Gartenstein-Ross, Casablanca, Morocco, June 20, 2019.

Assad regime as ISIS's key oil customer, given the far larger volumes of oil that can be moved more efficiently and at lower cost through pipelines as opposed to black-market tankers.

Consistent with other ISIS ministries, the group's oil ministry had an elaborate bureaucratic structure. According to an October 2015 *Financial Times* report, at the ISIS-controlled Tuweinan gas plant, the group specifically appointed emirs to "monitor operations and negotiate with the regime through mediators."[310] For example, ISIS carved out a deal wherein the group would reap 70 mw of electricity from Tuweinan each day, while providing 50 mw to the regime.[311] That ISIS organized these deals while employing regime and private employees further speaks to the group's cordial (if not favorable) relationship with the regime. Since the jihadists lacked the technical expertise to operate the machinery, they typically served as managers, while employees—still paid by the regime, or by their former companies—merely continued their jobs under new management.[312]

The accounts of ISIS defectors interviewed by the aforementioned scholars Anne Speckhard and Ahmet Yayla provide additional information on the institutionalization of ISIS's oil trade with the regime. According to Speckhard and Yayla, oil sales and agreements with the regime came up "repeatedly" in their interviews with defectors. In their April 2016 report for the International Center for the Study of Violent Extremism, they explain:

> ISIS defectors have repeatedly told us that ISIS emirs made agreements with the Assad regime for the sale of oil and some of the defectors recalled being called to act as guards for and personally witnessing regime engineers and oil specialists arriving from Damascus to the Deir ez-Zor oil fields, having come to repair the pipelines and pumping devices so that oil could be delivered and sold to the regime. When our defectors complained to and questioned their emirs about these sales they were rudely rebuffed by their leaders and told that ISIS is a "state" and able to negotiate any deal it wishes with other states, and reminded that they should not question the wisdom of their leaders.[313]

According to these defectors, ISIS used the funds from oil sales, including those to the regime, to "pay their cadres regular monthly salaries and obtain weapons," suggesting that such trade was essential to the group's ability to function.[314] This section now details some of the figures who were important to the ISIS-Assad regime trading relationship.

### *Abu Sayyaf*

One of the most revelatory reports on the oil trade between the Assad regime and ISIS came in 2016, when U.S. Special Forces gave the *Wall Street Journal* exclusive access to a portion of documents recovered during their May 2015 raid on ISIS "oil tycoon" Abu Sayyaf. Abu Sayyaf had direct connections to another American victim of ISIS, Kayla Mueller, who was put in his custody in

---

[310] Erika Solomon & Ahmed Mhidi, "ISIS Inc: Syria's 'Mafia-Style Gas Deals with Jihadis," *Financial Times*, October 15, 2015.

[311] Ibid.

[312] Ibid.

[313] Anne Speckhard & Ahmet S. Yayla, *ISIS's Revenues Include Sales of Oil to the al-Assad Regime* (International Center for the Study of Violent Extremism, 2016), http://www.icsve.org/brief-reports/isiss-revenues-include-sales-of-oil-to-the-al-assad-regime/#_ednref4.

[314] Ibid.

September 2014.[315] According to the *Wall Street Journal*, the documents revealed the magnitude of ISIS's "multinational oil operation," and described how ISIS "deals with the Syrian regime."[316] In addition to reviewing the documents, the *Wall Street Journal* reporters interviewed five people familiar with Abu Sayyaf's operations in running ISIS's oil business.

The *Wall Street Journal* found that Abu Sayyaf's oil division experienced significant financial success from 2014 to 2015. It explains: "For the Islamic State monthly budget running from Oct. 25 to Nov. 23, 2014, [Abu Sayyaf's] division reported $40.7 million in revenue, a 59% increase over the previous month. Monthly totals topped $40 million for each of the next two reporting months."[317] From August 2014 to late February 2015, "Abu Sayyaf's division contributed 72% of the $289.5 million in total Islamic State natural-resource revenues."[318] But during the final month of the aforementioned 2015 period, the revenues from Abu Sayyaf's division "fell 24% from the previous month to $33 million," forcing the ISIS leader to look to the Syrian regime's associates for "investment capital." According to the report:

> Memo No. 156 dated Feb. 11, 2015, from Islamic State's treasury to Abu Sayyaf's boss requested guidance on establishing investment relationships with businessmen linked to the regime of Syrian President Bashar al-Assad. The document said the terror group already had agreements allowing trucks and pipeline transit from regime-controlled fields through Islamic State-controlled territory.[319]

In addition to further verifying the existence of ongoing oil trade relations between the regime and ISIS's oil ministry, this memo suggests that the regime was considered a *significant*, and perhaps vital, trading partner. According to two former ISIS oil managers interviewed by *The Wall Street Journal*, Abu Sayyaf ultimately succeeded in establishing an enduring investment relationship with the regime. Indeed, even after the ISIS leader died in May 2015, "the corporate structures created by Abu Sayyaf remained intact, including deals with businessmen linked to the Syrian regime."[320]

### *Hussam al-Katerji*

A close look at the Assad-ISIS intermediary Hussam al-Katerji provides further detail into the kind of agreements that existed between ISIS and the Assad regime, as well as the operational tempo of their trade. In addition to serving as a parliamentarian for Aleppo, al-Katerji was described by Syria's Watan FM as "a powerful figure in Assad's regime and one of the partners of famous Syrian businessman Rami Makhlouf, the nephew of Bashar al-Assad."[321] Though Watan FM is a radio station associated with the Syrian opposition, its reporting on Katerji has been corroborated by other sources, including the Reuters news service.

---

[315] This point is well established. One source substantiating the point is Benoit Faucon & Margaret Coker, "The Rise and Deadly Fall of Islamic State's Oil Tycoon," *Wall Street Journal,* April 24, 2016, https://www.wsj.com/articles/the-rise-and-deadly-fall-of-islamic-states-oil-tycoon-1461522313.

[316] Ibid.

[317] Ibid.

[318] Ibid.

[319] Ibid.

[320] Ibid.

[321] Mehab Nasr, "400 sahreej nafat yomian hasa el-Assad min nafat Daesh fi Surya," Watan FM, March 17, 2017.

From these prominent positions, Katerji became one of the main brokers facilitating the Assad-ISIS trade relationship.[322] According to Abu Imad, an oil tanker driver from Raqqa interviewed by Watan FM in March 2017, ISIS "made a contract to deliver [access to] the Omar oil field in the province of Deir Ezzor and several high-quality oil wells in the province of Raqqa to an investor named Hussam al-Katerji for one year. In turn, al-Katerji was obliged to provide 400 oil tankers to transport the oil." These oil deliveries, according to Imad, occurred almost daily.[323] Imad also revealed that Katerji brokered other key aspects of the trade relationship, including an agreement that the Assad regime would not "arrest or harass" tankers. "Among the tank drivers are people wanted by the regime, including dissident soldiers," Imad explained, "But the regime cannot arrest them under the agreement with ISIS."[324]

Watan FM further reported on documentary evidence of other deals brokered by Katerji between the regime and ISIS that involved "the sale of wheat and foodstuffs, and the provision of logistical support."[325] The opposition news source interviewed one Raqqa-based trader, Abu Ahmed, who stated that "Hussam al-Katerji bought large quantities of wheat from the so-called Zakat Bureau of [ISIS] in the province of Raqqa, and transported wheat in trucks to regime-controlled areas in the city of Hama." The report states that "Hussam al-Katerji also sent foodstuffs, supplies, and vegetables from the regime areas to the ISIS areas to sell them in the local markets."[326] Abu Ahmed claimed that at one point Katerji and ISIS capitalized on a food crisis in Raqqa to turn a profit:

> Raqqa province went through a crisis of food and vegetable supplies, especially sugar.
> This lasted for about two months until al-Katerji brought large amounts of sugar and
> vegetables from the regime-held areas via the (Salamiya-Raqqa) Road, which is under
> ISIS's control. These goods were sold at high prices in coordination and partnership
> with ISIS, which approved the introduction of these materials after receiving a
> percentage of sales.[327]

As previously noted, much of Watan FM's reporting was corroborated by an investigative report from Reuters that was published in October 2017. According to Reuters, five farmers and two administrators in Raqqa province verified Katerji's role in facilitating wheat trade between the regime and ISIS, in addition to verifying that the militant group was allowed to "take a cut" from Katerji's trade.[328] According to local officials interviewed by Reuters, Katerji's men specifically "bought up wheat from Raqqa and Deir al-Zor and gave Islamic State 20 percent."[329]

Considered a "household name around Raqqa," Katerji's trucks were easily identifiable, and his drivers received special treatment from ISIS.[330] Most notably, the Reuters report supports Watan FM's claims that the flow of goods went both ways. According to Abdullah al-Aryan, a lawyer from Raqqa who

[322] Michael Georgy & Maha El Dahan, "How a Businessman Struck a Deal with Islamic State to Help Assad Feed Syrians," Reuters, October 11, 2017.
[323] Mehab Nasr, "400 sahreej nafat yomian hasa el-Assad min nafat Daesh fi Surya," Watan FM, March 17, 2017.
[324] Ibid.
[325] Ibid.
[326] Ibid.
[327] Ibid.
[328] Michael Georgy & Maha El Dahan, "How a Businessman Struck a Deal with Islamic State to Help Assad Feed Syrians," Reuters, October 11, 2017.
[329] Ibid.
[330] Ibid.

had consulted for Katerji Group traders, "Katerji's trucks brought goods into Islamic State territory as well as wheat out." He told Reuters, "Food used to come from areas controlled by the government. Medicine and food."[331]

*Designations and Sanctions*

Further substantiating my conclusions in this section are the sanctions and designations imposed by the U.S. Department of the Treasury and other U.S. government agencies against entities and individuals involved in, or facilitating trade between, the regime and ISIS. Since 2015, the U.S. has designated several individuals and entities for trading with ISIS on behalf of the regime. For example, in November 2015, the U.S. Treasury designated Russian-Syrian businessman George Haswani and his company HESCO for "materially assisting and acting for or on behalf of the Government of Syria."[332] According to the designation, Haswani and HESCO served "as a middleman for oil purchases by the Syrian regime from ISIL."[333] These activities reportedly included HESCO sending ISIS "15m Syrian lira (about $50,000) every month to protect its equipment" at the Tuweinan plant, "which is worth several million dollars."[334] Another of Haswani's companies, International Pipeline Construction, was designated in September 2018.[335]

In September 2018, the U.S. Treasury designated Muhammad al-Qatirji and Qatirji Company. According to the designation:

> Qatirji maintains strong ties to the Syrian regime and facilitates fuel trade between the regime and ISIS, including providing oil products to ISIS-controlled territory. Qatirji is the CEO of Qatirji Company, and he has conducted business with ISIS in the petroleum sector, working directly with ISIS representatives to provide oil products for ISIS. Qatirji has a strong working relationship with multiple officials within the Government of Syria, to include several contracts with the Syrian Ministry of Oil and Syrian Ministry of Trade. Qatirji is responsible for import and export activities in Syria and assists with transporting weapons and ammunition under the pretext of importing and exporting food items. These shipments were overseen by the U.S. designated Syrian General Intelligence Directorate. The Syria-based Qatirji Company is a trucking company that has also shipped weapons from Iraq to Syria. Additionally, in a 2016 trade deal between the Government of Syria and ISIS, the Qatirji Company was identified as the exclusive agent for providing supplies to ISIS-controlled areas, including oil and other commodities.[336]

Such designations demonstrate how, despite international condemnation and sanctions, this trade relationship between Assad and ISIS endured. In June 2016, CNN described the Assad regime as one

---

[331] Ibid.

[332] U.S. Department of the Treasury, press release, "Treasury Sanctions Networks Providing Support to the Government of Syria, Including For Facilitating Syrian Government Oil Purchases from ISIL," November 25, 2015, https://www.treasury.gov/press-center/press-releases/Pages/jl0287.aspx.

[333] Ibid.

[334] Erika Solomon & Ahmed Mhidi, "ISIS Inc: Syria's 'Mafia-Style Gas Deals with Jihadis," *Financial Times*, October 15, 2015.

[335] U.S. Department of the Treasury, press release, "U.S. Treasury Imposes Sanctions on Assad Regime's Key ISIS Intermediary and a Petroleum Procurement Network," September 6, 2018, https://home.treasury.gov/news/press-releases/sm474.

[336] Ibid.

of ISIS's "major customers" in its oil sales, and cited one analyst who estimated that Assad's regime was "buying up to 20,000 barrels per day from ISIS."[337]

## Conclusion

Thus, relying upon substantial evidence commonly used by experts in the relevant fields, it is my expert opinion that:

- ISIS was responsible for the murder of James Foley and Steven Sotloff, both of whom endured physical and psychological torture throughout the time that the group held them captive.

- Following the onset of the "Arab Spring" revolutions that destabilized the region in 2011, the Syrian Arab Republic engaged in both explicit and also tacit support for ISIS, exemplified by prisoner releases that the regime undertook in 2011 and also the regime's oil trading relationship with ISIS. These activities should be understood in the context of the regime's support for ISIS's predecessor, al-Qaeda in Iraq (AQI), in the early 2000s. It is unlikely that ISIS would have been able to amass as much power as it did, and hence kill Foley and Sotloff in the manner at issue in this case, but for these actions undertaken by the Syrian Arab Republic.

---

[337] Tim Lister, "Is ISIS Going Broke?," CNN, June 29, 2016, https://www.cnn.com/2016/03/04/middleeast/isis-finance-broke-lister/index.html.