# Exhibit 11

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ARTHUR BARRY SOTLOFF, *et al.*,

Plaintiffs,
v.

SYRIAN ARAB REPUBLIC, et al.,

Defendants

Civil Action No.: 16-cv-725 (RC:

---

**DECLARATION OF NICOLAS HENIN**

---

COMES NOW Nicolas Henin, who declares and states under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. My name is Nicolas Henin, I am 43 years old (born on Nov 7, 1975), I live at ▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉ Paris France, and I am of sound mind.

2. I am peronsally and directly familiar with the facts presented in this affidavit, unless explicitly stated otherwise, and they are both true and accurate.

3. I am a national of France. My passport is attached as Exhibit 1 to this Declaration.

4. I am currently employed as a consultant.

5. I was born in Le Mans, Sarthe, France.

6. On June 22, 2013 ISIS forces kidnapped me in Raqqa, Syria. I was kidnapped on my fifth trip to Syria to report on the civil war as a journalist.

7. ISIS terrorists held me for 10 months and released me on April 18, 2014.

8. I know that the forces that kidnapped and held me were members of ISIS because they introduced themselves to me as such.

9. I first met James Foley in July 2013 in an ISIS prison in Aleppo when we briefly crossed paths in a bathroom.

10. In early August 2013 our ISIS captors placed Steven Sotloff into my cell (two days after he was abducted) and we were held together in the same series of cells until my release in April 2014.

11. In mid-October 2013 our ISIS captors placed James in our prison cell and the three of us were held together in the same series of cells until my release in April 2014.

12. James Foley, Steven Sotloff, and I were held together as prisoners of ISIS in a series of different cells for approximately 6 months. The three of us, and other ISIS prisoners, were moved as a group from prison to prison.

13. During my time as an ISIS prisoner, hostages were separated by gender. The male prisoners, including James, Steven, and myself, were kept in extremely narrow rooms with bottles and buckets to use as a bathroom. We spent months at a time in darkness, without being able to see any daylight. For two and a half months, James, Steven, and I were chained together.

14. During my captivity, I and my co-captives, including James and Steven, were subject to beatings, starvation and torture.

15. The physical violence was not the worst part. The worst part was the uncertainty of not knowing what was going to happen next. For example, the guards showed us video of Sergey Gorbunov's corpse after his execution by ISIS, told us the same fate awaited us, and threatened our lives regularly.

16. The ISIS captors beat James more frequently than the other hostages because he was American and because his brother was in the US Air Force. He told me that in the spring of 2013, before he was held with me, he endured intense beatings well beyond what we experienced as a group. It was clear when you looked at James's naked chest that he had been beaten very badly. His ribs had been broken and were not allowed to heal properly. I saw that his ribs had been pushed inside his chest.

17. James told me that the ISIS captors waterboarded him several times prior to his imprisonment with me.

18. James told me that they deprived him of food and water and intentionally starved him.

19. I witnessed the three ISIS guards, who the prisoners had named John, George, and Ringo (and who were collectively referred to as the Beatles), beat both James and Steven. After my release, and after the Beatles were identified in the media by several governments, I learned that their names were Mohammed Emwazi, El Shafee Elsheikh, and Alexanda Kotey, respectively.

20. I vividly recall an incident in the fall of 2013 when Steven received two beatings from Alexanda Kotey and El Shafee Elsheikh. They had entered the room in order to gather proof of life for other hostages and punched and kicked Steven dozens of times.

21. Steven Sotloff, James Foley and I endured many beatings. These beatings were not regularized, which added to our fears. From September 2013 to February 2014 there were no beatings. However, beginning in March 2014, the beatings intensified as part of the negotiations for our release. I suspect that they wanted anyone they released the following month to tell the public that we were beaten to increase the pressure on the Western powers to negotiate.

22. James, Steven, and I had months to get to know one another.

23. Steven was very clever. He was conscious of what was at stake when one is held by ISIS and the likelihood of torture and a painful death. During his captivity he suffered from bouts of crippling depression. He was depressed about his fate, and depressed that he would never see his parents again. That said, he was especially proud of his coverage of the war in Syria. We discussed our shared profession frequently and he had broken some stories for *Time* that he was quite proud of.

24. The James Foley I met had already endured intense torture. Though he went through a very harsh time in the first few weeks of his captivity, my impression was that it helped him contextualize the later boredom and pain. For example, he didn't panic when beaten like the rest of us which brought some measure of comfort to other hostages.

25. I also shared a prison with Kayla Mueller on at least two occasions, though we were kept in different cells.

26. In two different prisons I heard the voice of a woman who I would later learn was Kayla. The first time was in August 2013 in the basement of Aleppo Eye hospital. Steven also heard her voice at the at that time. In late November 2013 James, Steven and I heard her again. Kayla spoke to her captors in both French and English, and begged, "please don't hurt me."

27. In January 2014 we were moved to a few different ISIS prisons and then in February 2014 we were moved to an ISIS prison in Raqqa.

28. Before I was released, the ISIS guards brought Kayla to my prison cell to speak with the male prisoners, including James and Steven. The guard who brought her to our cell was Mohammed Emwazi. Kayla was completely covered in a veil but she parted it that so we

could see her face. The first thing she said was "I am Kayla Jean Mueller." It was at this point that James, Steven, and I realized that the voice we had heard in the prior instances described above was Kayla's.

29. I understood that we were meeting her because the guards clearly wanted us to deliver a proof of life once we were released. We talked for less than five minutes. We were concerned the guards were listening so no one said anything of significance. Kayla told us that she had been a hostage for nine months. Kayla wanted us to tell her family that she was doing okay; she said she did not want them to worry about her.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is a true and correct.

Executed this the 10 day of July, 2018.

By: *Nicolas Henin* (signature)
Nicolas Henin

▮ Paris
France

