UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Exhibit 12**

| | |
|---|---|
| ARTHUR BARRY SOTLOFF, *et al.*, | ) |
| | ) |
| Plaintiffs | ) CA NO.: 16-cv-725 (TJK) |
| | ) consolidated with CA 18-1625 (TJK) |
| v. | ) |
| | ) |
| SYRIAN ARAB REPUBLIC, *et al.* | ) |
| | ) |
| Defendant | ) |

## AFFIDAVIT OF ARTHUR BARRY SOTLOFF

I, Arthur Barry Sotloff, upon personal knowledge, hereby submit this affidavit pursuant to 28 U.S.C. § 1746, and declare as follows:

1. I am the father of Steven Joel Sotloff and Lauren Sotloff, and the husband of Shirley Goldie Pulwer. I am a United States citizen. I was a United States citizen during the abduction and killing of my son, Steven Sotloff.

2. Shirley Goldie Pulwer is the mother of Steven Sotloff. She is a United States citizen and was a United States citizen during the abduction and killing of our son Steven Sotloff.

3. Lauren Sotloff is my daughter and the sister of Steven Sotloff. She is a United States citizen and was a United States citizen during the abduction and killing of her brother Steven Sotloff.

4. Steven Sotloff was a United States citizen at the time of his abduction and killing.

I declare under penalty of perjury that the foregoing is true and correct. Executed on

7/11/2019.

Arthur Barry Sotloff