Exhibit 13

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |   |
|---|---|---|
| DIANE MARIA FOLEY, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CA NO.: 18-cv-01625 (TJK) consolidated with CA 16-cv-725 (TJK) |
| v. | ) ) | |
| SYRIAN ARAB REPUBLIC | ) ) ) | |
| Defendant | ) ) | |

## AFFIDAVIT OF DIANE MARIA FOLEY

I, Diane Maria Foley, upon personal knowledge, hereby submit this affidavit pursuant to 28 U.S.C. § 1746, and declare as follows:

1. I am the mother of James Wright Foley (Jim Foley), Lt. Col. John Elliot Foley, Mark Vincent Foley and Kathryn Foley Simpson, and the wife of John William Foley. I am a United States citizen. I was a United States citizen during the abduction and killing of my son Jim Foley.

2. John William Foley is the father of Jim Foley. He is a United States citizen and was a United States citizen during the abduction and killing of our son Jim Foley.

3. Lt. Col. John Elliot Foley is my son and the brother of Jim Foley. He is a United States citizen and was a United States citizen during the abduction and killing of his brother Jim Foley.

4. Mark Foley is my son and the brother of Jim Foley. He is a United States citizen and was a United States citizen during the abduction and killing of his brother Jim Foley.

5. Kathryn Foley Simpson is my daughter and the sister of Jim Foley. She is a United States citizen and was a United States citizen during the abduction and killing of her brother Jim Foley.

6. Jim Foley was a United States citizen at the time of his abduction and killing.

I declare under penalty of perjury that the foregoing is true and correct. Executed on Jul 10, 2019.

*Diane M. Foley*
Diane Maria Foley