# Exhibit 14

### AFFIDAVIT OF EMILY AMICK

COMES NOW, Emily Amick, who testifies and avers as follows:

1. I am *sui juris* and competent to attest to the matters contained in this Affidavit; and I have personal knowledge of the facts contained in this Affidavit.

2. I am employed by the Perles Law Firm P.C. as an attorney. This declaration is based up my personal memory, notes that were made contemporaneously with the time of the occurrence of the matters described, and e-mail correspondence.

3. On February 8, 2019 I prepared the contents of, packaged, sealed and mailed two packages via DHL Express.

4. The first package is Waybill No. 8414034985. The outside of the package contained a waybill addressing the package to Walid al-Mu'allim, Ministry of Foreign Affairs, Al-Rachid Street, Damascus, Syria, as well as a completed and signed indemnity letter. Inside the package was a letter with an offer of arbitration in the case of *Sotloff v. Syria* 16-725 and *Foley v. Syria* 18-1625, as well as a translation of that letter into Arabic; a copy of the complaint in *Sotloff*, as well as a translation of that complaint; and a copy of the complaint in *Foley*, as well as a translation of that complaint.

5. The second package is Waybill No. 4493350094. The outside of the package contained a waybill addressing the package to Walid al-Mu'allim, Ministry of Foreign Affairs, Al-Rachid Street, Damascus, Syria, as well as a completed and signed indemnity letter. Inside the package was a letter with an offer of arbitration in the case of *Mueller v. Syria*

18-1229, as well as a translation of that letter into Arabic; a copy of the complaint in *Mueller*, as well as a translation of that complaint.

6. I personally placed these items into the envelopes, sealed the envelopes, and provided them to an agent of DHL Express for delivery.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNED AND SWORN

_____
Emily Amick

Washington, DC