IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - x
ARTHUR BARRY SOTLOFF, et al.,
                                    CV No. 1:16-cv-00725-TJK
            Plaintiffs,
                                    Washington, DC
v.                                  Wednesday, June 10, 2020
                                    9:30 a.m.


SYRIAN ARAB REPUBLIC,

            Defendant.
- - - - - - - - - - - - - - - - x
_____

        TRANSCRIPT OF EVIDENTIARY HEARING (REMOTE VTC), DAY 1
            HELD BEFORE THE HONORABLE TIMOTHY J. KELLY
                UNITED STATES DISTRICT JUDGE
_____

APPEARANCES VIA VIDEOCONFERENCE:



For the Plaintiffs:      Joshua K. Perles, Esq.
                         Edward B. MacAllister, Esq.
                         Emily Amick, Esq.
                         Steven R. Perles, Esq.
                         PERLES LAW FIRM, PC
                         1050 Connecticut Avenue, NW
                         Suite 500
                         Washington, DC 20036
                         (202) 955-9055



Court Reporter:          Timothy R. Miller, RPR, CRR, NJ-CCR
                         Official Court Reporter
                         U.S. Courthouse, Room 6722
                         333 Constitution Avenue, NW
                         Washington, DC 20001
                         (202) 354-3111



Proceedings recorded by machine shorthand; transcript
produced by computer-aided transcription.

# C O N T E N T S

**WITNESS:**                                                    **PAGE:**

DAVEED GARTENSTEIN-ROSS:

Direct Examination by Mr. Joshua Perles................12


MATTHEW LEVITT:

Direct Examination by Mr. MacAllister.................110

# P R O C E E D I N G S

1

2    THE DEPUTY CLERK:  All right.  We are on the

3    record in civil matter 16-725, Arthur Barry Sotloff, et al.,

4    v. Syrian Arab Republic.

5    Present for the plaintiff are Joshua Perles,

6    Steven Perles, Emily Amick and Edward MacAllister.

7    THE COURT:  All right.  Good morning to everyone

8    and, in particular, good morning to the families of

9    Mr. Foley and Mr. Sotloff, who I understand are joining us

10    via audio here today.

11    I want to first thank -- obviously, everyone -- as

12    everyone knows, we are here at the -- with a pandemic.  The

13    judiciary's doing its best to try to, you know, keep our

14    normal work functioning and keep the system of justice

15    moving forward as much as it possibly can, and one of the

16    things we've been able to do is move many things to audio or

17    video.  And I want to thank the folks here, my courtroom

18    deputy, Katrina, and other folks who -- and John Cramer and

19    other folks from our court who have worked very hard to make

20    today's -- to work on the technology so we're able to

21    proceed here today.

22    I also want to say -- thank counsel for their

23    flexibility and, again, despite all the barriers we have,

24    we've -- I think the materials -- the exhibits and other

25    paperwork that counsel provided from our end came across --

 1   came through very well, and we appreciate all the hyperlinks

 2   and other things you've done to try to -- well, I did order

 3   it.  So I appreciate you complying with the order, but a lot

 4   of time folks don't even know how to.  So I appreciate your

 5   help along those technology lines.  That's going to make

 6   resolving the case much quicker and more efficient.

 7          We are here on a hearing for a motion for default

 8   judgment on behalf of the plaintiffs and, as counsel has

 9   mentioned in the past, many of these things are conducted on

10   the papers, but this case would -- presents an interesting

11   question about the potential liability of Syria for acts

12   that were allegedly committed by ISIS and related groups,

13   and so I thought it would be helpful for me to hear directly

14   from some witnesses who can speak to that and in particular

15   the expert witnesses in this case.  So I appreciate counsel

16   making that possible.

17          Obviously, I will hear -- as I've mentioned in the

18   past, I'm happy to hear any kind of opening argument the

19   parties would like to make -- or opening statement, I should

20   say, and then we'll go from there in hearing your witnesses.

21          So without further ado, I guess -- I don't know

22   whether it will be Mr. Perles, but let me turn it over to

23   Mr. Perles.  You're on my screen now.  So I'm turning it

24   over to you.

25          MR. STEVEN PERLES:  Thank you, Your Honor.

1          May I please start by joining with you in thanking

2     all of the court employees.  Particularly, the

3     technologists, John Cramer, for the -- at least from the

4     perspective of a guy who was born when people didn't know

5     what microchips were, they went through a herculean effort

6     to make this happen.  I think the court system nationwide

7     and this court in particular deserves real credit for

8     figuring out how to move the wheels of justice forward

9     during the pandemic.

10          Before we start, there are some housekeeping

11    matters I'd like to run through with Your Honor's

12    permission.

13          THE COURT:  Please.

14          MR. STEVEN PERLES:  Okay.  First, this is -- this

15    has nothing to do with your technology, but the bandwidth

16    here in Miami Beach is not very good.  So my audio is fine,

17    but my video tends to freeze up a little, and I apologize

18    for that in advance.  There's nothing we can do about that.

19    So let's proceed.

20          The first issue is -- the witnesses.  When we last

21    had a status conference, we did not discuss whether or not

22    Your Honor preferred to invoke the rule on witnesses.  In

23    the absence of a rule -- I happen to think it's a good

24    rule -- we have instructed our witnesses not to listen to

25    each other's testimony.  So we are in compliance if Your

1    Honor would care to invoke the rule.

2            THE COURT:  And by that, just to clarify, you mean

3    Witness -- Expert-A will not listen to the testimony of

4    Witness-B; is that correct?

5            MR. STEVEN PERLES:  That is correct, Your Honor.

6            THE COURT:  I mean, obviously, theoretically,

7    family members could be witnesses, some that won't be

8    witnesses here today, but they could be witnesses in the

9    case.  I don't think it's -- that that's a reason to exclude

10   them from listening to our proceeding here today, but very

11   well.  I think that's probably the best course as far as the

12   experts go.

13           MR. STEVEN PERLES:  Second, if Your Honor concurs,

14   it's our preference, then, when lawyers are not

15   participating on -- with direct examination of a witness

16   that we not only mute but we turn off our video.  That way

17   -- how should I put it -- that that causes less distractions

18   for the Court and lets everybody focus on participating

19   counsel, witness and Your Honor.

20           THE COURT:  I think that makes perfect sense, yes.

21           MR. STEVEN PERLES:  All right.  Third housekeeping

22   issue.  From time to time, Your Honor may suggest we have a

23   sidebar or participating counsel may ask for a sidebar.  And

24   when Your Honor grants permission for that, it's our

25   intention to do that by cell phone and we have a little

1    system set up to do that.  That would require that our cell

2    phones stay on during the proceeding with the ringers turned

3    off.  That is not the normal protocol.  So we would ask Your

4    Honor's permission to do that.  We would also like to use

5    that for the -- Your Honor, on many occasions, has seen

6    counsel pass notes back and forth.  We don't, obviously,

7    have the capacity to do that.  So we would prefer to do that

8    via messaging system with our cell phones, if that is

9    acceptable to Your Honor.

10           THE COURT:  I think that would make for a -- thank

11   you for raising that.  We're all going to -- we're all

12   hearing for the first time these kinds of, you know --

13   dealing with these things for the first time in a remote

14   proceeding like this.  And I think that would -- as long as

15   it's not abused, it probably makes sense in terms of just

16   trying to make the proceedings flow smoothly.

17           MR. STEVEN PERLES:  Thank you.

18           Two quick items.  I am -- I'm going to make some

19   brief comments at the beginning, but by no imagination is

20   this an opening argument.  I'm going to waive opening

21   arguments.  This is a bench proceeding.  I know Your Honor

22   by reputation well.  You are very -- you come to these

23   things very well prepared.  It is superfluous and Your

24   Honor's time is extremely valuable.  Again, at the

25   conclusion of this proceeding which will probably be mid-day

1    tomorrow, I do not intend to make a closing argument for the

2    same reasons.  I suspect housekeeping matters will arise.

3    So I anticipate concluding tomorrow with a brief

4    housekeeping session in which we discuss how Your Honor

5    would like to proceed going forward from wherever we end up

6    tomorrow at the conclusion of our second witness.

7              THE COURT:  That seems reasonable.  And while

8    we're on the issue of, sort of, our schedule, you know, we

9    did start a little bit later today than I had originally

10   thought we would.  My thought for today -- I can't remember

11   if we had talked about this in the past, you know?  I have

12   to give the court reporter a little break, too, from time to

13   time.  My thought was we could at least go -- my thought on

14   a break today which is my usual break which is, let's say,

15   about 12:30 to 1:30.  Usually, I have a little bit more

16   time, but I think given our late start, maybe, an hour from

17   12:30 to 1:30 is what I would propose, and then once we

18   start again at 1:30 we may have to take a quick break again

19   to give the court reporter a chance to catch his breath, but

20   we can go, you know, as late as, say, I think, 4:30 or, you

21   know -- if that makes sense to the parties, and then -- but,

22   again, it may be somewhat dictated on how close you are to

23   finishing with a witness and, you know, if we can stay a

24   bit -- little bit later to accomplish that, we'll do that.

25             MR. STEVEN PERLES:  That sounds like a perfect

1      plan, Your Honor.  Thank you.

2                  (Brief pause.)

3                  I'm sorry, Your Honor.  Can you hear me?

4                  THE COURT:  I can.  I can hear you.

5                  MR. STEVEN PERLES:  Thank you.  You are currently

6      frozen on my screen.  As I say, that is a bandwidth problem

7      where I am, not a software issue where you are.

8                  If I might begin, and I hope to hold this

9      statement under three minutes.  The younger Perles never

10     ceases to remind me that I can't say anything in less than

11     three minutes, but I am going to try and do that anyway.

12                 This kind of litigation is frequently referred to

13     in the root word of victim compensation.  And I must say, I

14     think that's a terrible misnomer and I have never thought

15     about it as victim compensation.  There is absolutely

16     nothing that I can do; there is nothing that the Court can

17     do that's going to ever ease the pain of these two families.

18     We lack the ability to bring these two young men -- these

19     two journalists back.  Nothing can change that, but these

20     proceedings contribute to a body of law which builds a wall

21     of deterrence that protects Americans when they travel

22     abroad, you know?

23                 Many years ago, I litigated a case in this

24     courthouse which settled with the Libyan Arab Republic, and

25     that case involved Libyan bombing of the La Belle

1    discotheque in Germany and it was settled contemporaneous

2    with the Lockerbie bombing case.  And during the five years

3    of negotiations, I came to know the career diplomat that was

4    supervising that negotiation for the Libyan side who

5    ultimately became foreign minister of Libya, and when it was

6    over we had dinner together and he said, You know, if the

7    leader -- and that's how he referred to Mr. Qaddafi -- had

8    known how expensive this bombing program was going to be --

9    not that he was admitting that they ran a bombing program,

10   but we understood -- he said, The leader would have gone

11   through other ways to be provocative other than blowing up

12   airplanes and discotheques full of Americans.  And, you

13   know, that's what we like to hear from foreign government

14   officials.

15          And you are correct.  The families are here.

16   Members of both families are here listening to the

17   proceedings today.  So I offer them a promise and I offer

18   the Court a promise today.  Deterrence comes from taking

19   money away from bad actors.  Deterrence comes from running

20   an enforcement program against the material supporters of

21   terrorist attack.  And one of the things that makes our

22   practice different than virtually all other practices in the

23   country is we have a vigorous enforcement program.

24   Particularly, a vigorous -- enforcement program.  There are

25   no Syrian assets left in the United States that anyone knows

 1    of to be seized in aid of execution of these judgments.  To

 2    enforce these judgments, we're going to have to go out all

 3    over the world, domesticate this judgment and enforce it.

 4        My promise to the families and to the Court is we

 5    will do just that.  The -- assuming that we are fortunate

 6    enough that Your Honor agrees we've met our evidentiary

 7    burden and that ultimately judgment is entered in favor of

 8    these plaintiffs, we will go out and enforce this judgment

 9    wherever it is required, wherever we can find Syrian assets.

10    We have done this against the Syrian Arab Republic in London

11    where we have domesticated a proceeding; we have an Iran

12    proceeding that's been domesticated in France; and we have

13    an Iranian enforcement program running in Luxembourg based

14    on the French domestication.  I will tell you, we've also

15    tried and failed in Italy after two trips to the Italian

16    Supreme Court to domesticate these cases there, but that's

17    what it takes to contribute to the body of law that serves

18    as a deterrence.

19        And if we are able to take -- that's the wrong way

20    to put it -- when we take funds away from the Syrian Arab

21    Republic in aid of execution of this future judgment, at

22    least the families will have the satisfaction of knowing

23    that some young man, some young woman who they will never

24    come to meet and will never know is in some way protected

25    when they walk around.  Future Americans traveling abroad

```
 1   will be safer if we are able to go out and enforce these

 2   judgments against bad actors because all the bad actors in

 3   the world study these judgments.  The Iranians, the Syrians,

 4   the Sudanese, the Libyans, they all talk to each other; they

 5   all study these judgments; and it has a real and a very

 6   positive deterrence effect.

 7             With that, I hope I've stayed under my three

 8   minutes.  I'd like to turn us over to the first -- to our --

 9   to the younger Mr. Perles who's going first.  He'll be

10   calling our first witness.

11             THE COURT:  All right.  Very well.

12             Mr. -- younger Mr. Perles?

13             MR. JOSHUA PERLES:  Good morning, Your Honor.  I

14   see our first witness, Dr. Daveed Gartenstein-Ross, has

15   turned on his video.  So if it pleases the Court, I'd like

16   to call our first witness.  I've just named him.

17             THE COURT:  Yes.  Very well.
```

**18   DAVEED GARTENSTEIN-ROSS, WITNESS FOR THE PLAINTIFFS, SWORN**

```
19                        DIRECT EXAMINATION

20   BY MR. JOSHUA PERLES:

21   Q.  Good morning, Dr. Gartenstein-Ross.  Thank you for being

22   here.

23   A.  Good morning.

24   Q.  Could you please state your name and occupation for the

25   Court.
```

1    A.  My name is Daveed Gartenstein-Ross and I'm a scholar,

2    author and practitioner who's worked on issues related to

3    violent non-state actors and other 21st century challenges

4    for over a decade-and-a-half.  I'm currently the chief

5    executive officer of Valens Global, a private firm that I

6    founded in 2014, and I also hold appointments at a couple of

7    think tanks.  I'm a senior advisor on asymmetric warfare at

8    the Foundation for Defense of Democracies, a D.C.-based

9    think tank, and I also am an associate fellow at the

10   International Centre for Counter-Terrorism at the Hague

11   which is acronymized ICCT, an institution based in the

12   Netherlands.

13   Q.  Did plaintiffs ask you to study the responsibility of

14   the Syrian Government for the murders of Steven Sotloff and

15   James Foley?

16   A.  Yes, they did.

17   Q.  And did you complete this study?

18   A.  I did.

19   Q.  Are you prepared to discuss those findings today?

20   A.  Yes, sir, I am.

21   Q.  Thank you.

22          So before we discuss those findings, let's please

23   turn to your qualifications.  Please describe your education

24   to the Court.

25   A.  I received a Ph.D. and master's degree in world politics

1    from the Catholic University of America, completing my Ph.D.

2    in 2014.  I hold a juris doctor degree from the New York

3    University School of Law which I received in 2002.  And I

4    received a bachelor's degree in communication from Wake

5    Forest University in 1999.  I also recently completed a

6    certificate in entrepreneurship from the 10,000 Small

7    Businesses program run by the Goldman Sachs Foundation with

8    classes being held at Babson College in Massachusetts.

9    Q.  Thank you.

10        In regards to your Ph.D., what was the subject of

11   your dissertation?

12   A.  It looked at jihadist organizations which claimed to be

13   theologically motivated.  At the time, there was deep

14   skepticism -- and there still is -- among scholars as to

15   whether the theological motivations are as relevant as these

16   organizations claim.  What I wanted to do was to put in

17   place a framework by which one could make an assessment as

18   to whether religious ideas are actually important to these

19   organizations.  That's what my dissertation focused on.

20   Q.  Thank you.

21        As CEO of Valens Global, what are your

22   responsibilities?

23   A.  Some of my responsibilities are unique to being a chief

24   executive officer.  For example, helping to make sure that

25   Valens Global's organizational design is solid; working with

1   my chief operating officer to make sure that our cultural

2   values are ingrained throughout the organization; making

3   sure that our hiring and promotion and professional

4   development processes are strong and the like.  I also work

5   on business development.

6          But pertinent to this case, I also have a great

7   deal of responsibilities as a subject matter expert and

8   leading some of our major lines of substantive effort.  One

9   line of effort is crafting and supporting the creations of

10  topical strategic plans.  For example, I led Valens Global's

11  efforts to help craft the threat assessment for, work on the

12  drafting of and work on the policy prescriptions for a

13  strategy released by the U.S. Department of Homeland

14  Security in September of 2019 called the Strategic Framework

15  for Countering Terrorism and Targeted Violence.  That

16  framework has helped to guide DHS's efforts related to these

17  issues in the time since then.

18         Secondly, I lead a number of our analytic

19  projects.  For example, we have ongoing analytic projects

20  looking at violent non-state actors, including jihadist

21  organizations, white supremacist extremist groups, drug

22  trafficking organizations that we've been undertaking for

23  U.S. Customs and Border Protection since 2017.  I've also

24  done -- led analytic efforts on the private side for oil and

25  gas companies; for tech companies like Google.

```
1              A third line of effort is training and lectures

2     which we do both for governmental clients, and also, for

3     private clients.  This includes, for example, strategic

4     simulations and war games that some of our customers look

5     to.

6              And then a fourth line of effort I'll mention is

7     physical security efforts.  I developed a methodology for

8     architecture which helps to increase survivability in the

9     case of a mass --

10              (Brief interruption.)

11     Q.  As senior advisor on asymmetric warfare --

12              THE COURT REPORTER:  I'm sorry.  Excuse me.  I'm

13     sorry.  The last thing I was able to hear was, In the case

14     of a mass --

15              THE WITNESS:  -- mass shooter or terrorist attack.

16     It's called crisis architecture.  In addition to that, we do

17     specific work for clients, including site surveys of their

18     physical layout to help them determine what security

19     upgrades would make sense for their organization as well as

20     pattern-of-life surveys for executive officers of

21     organizations who want to understand where they might be

22     vulnerable to attacks, kidnappings, or other acts of

23     physical violence.

24     BY MR. JOSHUA PERLES:

25     Q.  Thank you.
```

1    As senior advisor on asymmetric warfare at the

2    Foundation for Defense of Democracies, or FDD, what are your

3    responsibilities?

4    A.  As a senior advisor, I sometimes appear on panels hosted

5    by the organization, write reports for the organization,

6    conduct peer review of written work that they're interested

7    in publishing and advise -- leadership on strategic issues,

8    including physical security issues, but prior to serving as

9    a senior advisor on asymmetric warfare I was a senior fellow

10   at FDD for almost a decade.  In that capacity, I undertook

11   several lines of effort which is -- which are similar to the

12   work that I now do for Valens Global, including researching,

13   writing about and editing books or other volumes related to

14   violent non-state actors, particularly a group that can be

15   defined as a part of the jihadist movement as we're defining

16   it for this hearing.  I've commented publicly about these

17   issues, including in media outlets, and also, briefed U.S.

18   Government officials and other stakeholders on these topics.

19   Prior to that, from 2007 to 2010, I served as the vice

20   president of research for FDD.

21   Q.  Thank you.

22       What is the International Centre for

23   Counter-Terrorism at the Hague, or ICCT, and what are your

24   responsibilities there?

25   A.  ICCT can be regarded as a think tank in Europe focusing

1    on similar issues.  It was financed in part by the Dutch

2    Government.  I'm not sure if it still gets money from the

3    Dutch Government, but one of the reasons the Dutch

4    Government set it up was because it thought that having a

5    better understanding of these issues forged by rigorous

6    scholarship was important.

7         I've been associated with ICCT since 2013.  In

8    2013, I lived in the Hague for a couple of months as a

9    visiting fellow and since then have maintained my

10   affiliation as the associate fellow.  In 2013, my research

11   project focused on a group called Ansar al-Sharia in

12   Tunisia, a Tunisian militant organization.  As part of the

13   work that I did, I went to Tunisia and undertook field

14   research there that ultimately resulted in the publication

15   of a monograph called Ansar al-Sharia Tunisia's Long Game:

16   Dawa, Hisba and Jihad, as well as shorter publications that

17   I produced for ICCT's website as well as the respected

18   journal Foreign Policy.

19        Since then, in my affiliation with ICCT, I've

20   published a number of longer reports, and also, publish

21   occasional and write occasional shorter pieces for their

22   website.  The most -- the three most recent ones which I've

23   published between February and May of this year look at such

24   issues as foreign fighter returnees to Southeast Asia, a

25   group called the Russian Imperial Movement which was

1    recently designated by the State Department and its links to

2    the transnational white supremacist extremist movement, and

3    the threat of jihadist terrorism in Germany.

4    Q.  Thank you.

5         Have you ever held a teaching position at an

6    institution of higher learning -- or excuse me, of higher

7    education?  And, if so, could you list those positions,

8    please.

9    A.  Yes, I have.

10        From 2013 to 2017, I held an appointment as an

11   adjunct assistant professor in Georgetown University's

12   security studies program which is the top-rated program of

13   its kind in the country.  I taught a course for Georgetown

14   called Violent Non-State Actors.  I also held an appointment

15   as a lecturer at the Catholic University of America.  I

16   taught a graduate course on violent non-state actors for

17   them in 2015, and prior to that in 2012 I taught an

18   undergraduate class called al-Qaeda and Its Affiliates.  At

19   the time, ISIS was still a part of al-Qaeda.  I taught

20   courses for the University of Southern California's

21   Executive Program in Counter-Terrorism from 2013 to 2017,

22   and I also served as a faculty research assistant for the

23   University of Maryland's Institute for Advanced Computer

24   Studies from 2013 to 2014 during which time I undertook

25   research that would form the basis of a later three-year

1  project for the Office of Naval Research during which I was

2  one of the two co-principal investigators.

3  Q.  Thank you.

4       Beside those teaching positions, have you also

5  ever delivered formal presentations at colleges and

6  universities?

7  A.  I have.

8  Q.  Could you provide the Court with a few examples you

9  think pertinent to your testimony today.

10 A.  Absolutely.

11      Overall, I've delivered more than 30 formal

12 presentations at institutes of higher learning.  To give a

13 few examples that were recent talks I delivered, in June of

14 2019 for National Defense University, I gave a keynote

15 speech at a conference in Casablanca, Morocco, entitled

16 Future Global Trends and Asymmetric Warfare.

17      In April of 2019, I gave a presentation at an

18 academic conference sponsored by Georgia State University

19 and Georgia Tech about what I call the violent non-state

20 actor technology adoption curve which shows how violent

21 non-state actors -- which I acronymized as VNSAs -- adopt

22 new and emerging technologies.

23      In September of 2018, I delivered a formal

24 presentation at Campbell University in Buies Creek, North

25 Carolina, on the past, present and future of al-Qaeda.

1            Other places that I've delivered lectures include

2       the Institute of World Politics in D.C.; Duke University;

3       the UCLA Center for Middle East Development at a conference

4       in Doha, Qatar; Harvard Law School; National Defense College

5       in Abu Dhabi; Brandeis University; Uppsala University in

6       Sweden and the like.

7       Q.   Thank you.

8            How many books and monographs have you authored or

9       have you served as volume editor on?

10      A.   Twenty-three.

11      Q.   Could you provide for the Court a few examples you think

12      particularly relevant to your report in this case.

13      A.   Absolutely.

14           I list nine examples on Page 6 of my expert

15      report, but to highlight a few of those I have a forthcoming

16      book: Enemies, Near and Far, from Columbia University Press

17      which examines jihadist organizations through an

18      organizational learning lens.  The two groups that I focus

19      in most heavily are ISIS and al-Qaeda, and so to produce

20      that book I had to take a very deep, granular look at ISIS's

21      internal processes.  I published a monograph, Islamic State

22      2021, with FDD Press back in 2017 which looks at ISIS's

23      possible futures in North and West Africa based on the

24      activities that it was undertaking in those areas and where

25      those activities might lead.  Another monograph I published

 1    is entitled The War between the Islamic State and al-Qaeda

 2    which I published in 2015.  Originally, I produced it for

 3    U.S. Special Operations Command Central which is a

 4    Department of Defense component.  It was published, though,

 5    by the New America Foundation, a D.C.-based think tank, late

 6    in 2015.  And one final report I'll mention is titled the

 7    Crisis of North Africa which was published by what's called

 8    the Netherlands Institute of International Relations

 9    Clingendael.  That was a study that was originally produced

10    for policymakers in Europe interested in the North African

11    situation, including jihadist affiliates, and ultimately the

12    think tank that commissioned that study ended up publishing

13    an adaptation of it.

14    Q.  Could you provide additionally a few examples of

15    academic articles that you've published on the subject of

16    ISIS and its predecessor organizations.

17    A.  Absolutely.

18         Again, this is outlined in my expert report.  On

19    Pages 6 through 8, I have a fairly lengthy list of articles

20    that relate to this.  To highlight a few, one that doesn't

21    appear in the expert report because it was published

22    subsequently is called When Jihadist Factions Split.  It was

23    published by Studies in Conflict & Terrorism which is a

24    leading peer-reviewed journal.  It contained part of the

25    readings that we got from the project I mentioned which I

1    undertook for the Office of Naval Research which looks at

2    how factional splits and other schisms occur within militant

3    organizations such as ISIS and al-Qaeda.

4         A report that I entitled Fluidity of the Fringes

5    was published in Studies in Conflict & Terrorism early in

6    2019 which looks at individuals who transition between state

7    militant movements and what that means for our understanding

8    of a concept which is often referred to as radicalization.

9         In 2016, I published an article, How al-Qaeda

10   Survived the Islamic State Challenge, which, again, looks at

11   the competition between ISIS and al-Qaeda and the kind of

12   organizational adaptations that forced upon al-Qaeda.

13        One final piece I'll mention which the Jamestown

14   Foundation published is entitled Recent Attacks Illuminate

15   the Islamic State's Europe Attack Network.  It was published

16   after ISIS's March 2016 bombing attacks in Brussels and

17   after its November 2015 urban warfare attack in Paris and

18   looked through a social network analysis lens at the shape

19   of the militant networks that ISIS had on the continent.

20   Q.  Thank you.

21        Have you ever testified before either house of

22   Congress on the subject of ISIS and its predecessor

23   organizations?

24   A.  I have.

25   Q.  Approximately how many times?

1    A.   On related topics, I've testified over a dozen times

2    before both houses of Congress, and also, the Canadian

3    Parliament.   On ISIS specifically, there are eight

4    legislative testimonies that have focused on that group or

5    its affiliate or predecessor organizations.   Some of the

6    recent ones include a hearing called ISIS Post-Caliphate

7    before the U.S. House Committee on Homeland Security in May

8    2018; a testimony on Boko Haram which is ISIS's Nigerian

9    affiliate which was before the U.S. House Committee on

10   Foreign Affairs in February 2016; and a hearing called the

11   Paris Attacks: A Strategic Shift by ISIS, which was before

12   the U.S. House Committee on Foreign Affairs in December of

13   2015.

14   Q.   Thank you.

15        Have you ever served as a subject matter expert

16   for U.S. Government agencies?

17   A.   I have.

18   Q.   Could you provide the Court with a few examples, please.

19   A.   Sure.

20        I have served as a subject matter expert for U.S.

21   Customs and Border Protection from 2017 through the present,

22   leading the analytic effort that I mentioned before when

23   described this lines of effort that I have at Valens Global.

24        Secondly, I served as a senior advisor to the

25   Director of the U.S. Department of Homeland Security's

1    Office for Community Partnerships which led U.S.

2    Governmental efforts to do countering violent extremism, or

3    CVE work, from 2016 to 2017.

4         I was a principal investigator for a three-year,

5    $1.5 million project for the Office of Naval Research -- I

6    mentioned that project before -- looking at how

7    fractures occur within militant organizations like ISIS and

8    al-Qaeda.

9         A fourth area where I served as a subject matter

10    expert is for the U.S. Army Corps of Engineers Individual

11    Terrorism Awareness Course where I served as the lead

12    instructor beginning in 2016, serving in that capacity for a

13    few years.  While I don't teach for that course as much

14    anymore, I still am involved in it in that I help to -- in

15    that Valens continues to be the federal private contractor,

16    and I'm responsible for ensuring the quality of instruction

17    and that it reflects what will be most useful to people who

18    are going to be going downrange where they may be targeted.

19         Another area is lectures for U.S. Army units about

20    to deploy to countries like Afghanistan, Djibouti, Egypt and

21    Iraq through the U.S. -- the Naval Postgraduate School's

22    Center for Civil-Military Relations or CCMR.

23         Those are a few examples.

24    Q.  Thank you.

25         Is it correct that you have also served as a

1    subject matter expert -- excuse me -- subject matter expert

2    for the Global Counterterrorism Forum, NATO, the European

3    Union, the U.S. Department of State, and that you have led

4    training for DOG -- DOJ's Anti-Terrorism Advisory Council

5    four times?

6    A.  Yes, sir, that's true.

7    Q.  Could you provide the Court with a few examples of times

8    you've served as a subject matter expert in the private

9    sector.

10   A.  Yeah.

11        I served as a subject matter expert for Google's

12   think tank, Jigsaw, helping it to understand how violent

13   extremist groups use platforms associated with Google such

14   as YouTube so that they could fashion appropriate responses

15   as well as helping them to understand some of the contours

16   of online harassment.

17        I served as a subject matter consultant to the

18   private security firm Corporate Risk International for a

19   live hostage negotiation with an Iraq-based militant group

20   called Asaib Ahl al-Haq.  I've produced country and

21   after-specific reports for major firms in the oil and gas

22   industry as they've made investment decisions that could be

23   impacted by militant organizations and have also had to make

24   decisions about moving personnel in and out of countries,

25   including Iraq.

1          I've also designed and led strategic simulations

2     or war games for a variety of stakeholders, including Johns

3     Hopkins University and Georgetown University.

4     Q.  Thank you.

5          Have you ever previously testified as an expert

6     witness on ISIS or its predecessor organizations in other

7     federal trials?

8     A.  Yes, sir, I have.

9     Q.  Could you list those occasions, please.

10    A.  Yes, I can.

11         Not counting the asylum hearings that I've

12    undertaken, many of which focused on ISIS affiliates -- or

13    affiliates of the global jihadist movement, I was an expert

14    witness in the United States v. Young case.  That was

15    Eastern District of Virginia in 2017, the first criminal

16    prosecution of a U.S. law enforcement officer per material

17    support of ISIS.  There, the defense raised a Daubert

18    challenge to me testifying as an expert witness and the

19    Court upheld my testimony in the face of the Daubert

20    challenge.  I also testified in a case, Foley v. Syrian Arab

21    Republic, which was here in the D.D.C. in 2017.

22    Q.  To the best of your knowledge, in both of those cases,

23    did the courts rely on your expert testimony on the ISIS

24    predecessor the Zarqawi network in crafting their opinion?

25    A.  Yes, in the Foley case.  In the previous case -- the

1    Young case -- it wasn't a bench trial but rather was a jury

2    trial.  So there was no written opinion.

3    Q.  Thank you.

4         Have you testified as an expert witness on other

5    violent non-state actors in other federal trials?

6    A.  I have.

7    Q.  Could you list those trials, please.

8    A.  Yes.

9         In Fritz v. Islamic Republic of Iran which was

10   here in D.D.C. in 2018, I served as an expert witness on the

11   Shia militant group Asaib Ahl al-Haq.  I mentioned that

12   group earlier.  I also have served as an expert witness in

13   seven different cases --

14        THE COURT REPORTER:  I'm sorry.  I'm having a lot

15   of trouble --

16        THE WITNESS:  -- that relate to --

17        THE COURT REPORTER:  I'm sorry.  I'm having a lot

18   of trouble hearing you.

19        THE WITNESS:  Yes, I can hear the feedback, as

20   well.  I'm using a microphone.  So I know it's not from me.

21   I think probably someone else has a microphone unmuted.

22        THE COURT REPORTER:  If anyone's not speaking,

23   could you please be sure that your microphone is muted,

24   please.

25        (Brief pause.)

```
 1              THE WITNESS:  It sounds like that's gone now.

 2    Whoever it was muted their microphone.

 3              Where would you like me to take it from, sir?

 4              THE COURT REPORTER:  You were saying about Asaib

 5    Ahl al-Haq.  You said you had mentioned that group.

 6              THE WITNESS:  Yep.

 7              And in addition to the Fritz case, I've served as

 8    an expert witness in seven different cases related to asylum

 9    claims where I've testified about violent non-state actors

10    that include the Taliban in Afghanistan, al-Qaeda's presence

11    in Kenya and the Somali militant group al-Shabaab which is

12    an affiliate of al-Qaeda.

13    BY MR. JOSHUA PERLES:

14    Q.  And were you qualified by those courts as an expert

15    witness in those cases?

16    A.  Yes, I was.

17    Q.  In all of them?

18    A.  In all of them.

19    Q.  To summarize briefly, in the aforementioned positions,

20    whether as author, educator, government consultant, private

21    sector consultant, congressional witness and expert witness,

22    why were you retained, invited to speak or publish?

23    A.  I was retained or invited to speak or publish based on

24    my subject matter expertise in violent non-state actors or

25    in the specific groups that the topic focused on such as
```

1    ISIS, al-Qaeda or the like.

2    Q.  Thank you.

3          Could you briefly describe your methodology that

4    you used in generating this report and in conducting your

5    research generally.

6    A.  Yes, sir.

7          I employ what's called the comparative analysis

8    method.  This is a method that has been validated multiple

9    times by U.S. courts.  The methodology that I employ is

10   designed to apply across a broad range of VNSAs.

11         Before I get into the comparative analysis method,

12   I want to mention that some of my writings clarify how to

13   understand, in my view, violent non-state actors.  One piece

14   which best outlines my methodology is entitled Violent

15   Non-State Actors: Paradigmatic Lessons Learned.  It was

16   published in the 2014 volume National Security Management in

17   Federal Structures.  That -- in it, I describe how, to

18   understand a militant group, the factors you need to look at

19   include leadership, ideology, group goals, strategy,

20   organizational structure, recruitment and financial support.

21         What the comparative analysis method is designed

22   to do, among other things, is to grapple with the

23   clandestine nature of these organizations.  In order to do

24   so, one relies primarily on primary sources, those that

25   include statements by these groups, internal documents that

 1    were intercepted, intelligence reports and the like.  The

 2    scholar compares one set of primary sources with other

 3    primary sources in order to determine whether there's

 4    consistency among them; then after that, you move to

 5    consistency between primary and secondary sources to

 6    determine, for example, whether my conclusions align with

 7    those of other scholars and analysts or conflict with other

 8    scholars' and analysts' conclusions.

 9          A third thing I compare my conclusions to are

10    events on the ground.  Even if there's a scholarly consensus

11    on a certain point, if events on the ground are

12    contradicting that scholarly consensus, then it probably

13    needs to be reconsidered.

14          Then one final thing which I do which I think is a

15    best practice is I employ a system of evaluating my own

16    anticipatory analytic conclusions; that is, conclusions

17    about what is likely to come to see whether these

18    conclusions mesh with what actually happens.  If externally

19    verifiable events conflict with your anticipation of them,

20    then it shows that perhaps some of your analysis about the

21    internal dynamics of these clandestine organizations may be

22    wrong.

23          Putting all of those together, that comprises the

24    way that I understand the comparative analysis methodology

25    and the way that I employ it in my own work.

1   Q.  Thank you.

2          You mentioned primary sources.  Could you provide

3   a few examples of the kinds of primary sources you rely on.

4   A.  Absolutely.

5          One would be statements and social media posts by

6   violent -- groups and their supporters.

7          A second would be internal intercepted documents

8   of these organizations, some of which, for example, have

9   been made public by the U.S. Department of Defense; others

10  of which have been made available by researchers.

11         A third is eyewitness accounts.  In the case of

12  ISIS, for example, and this particular case, you have some

13  primary source accounts by individuals who are held hostage

14  by ISIS and who were able to witness Mr. Foley and

15  Mr. Sotloff in captivity.

16         And then a fourth, kind of, primary source I would

17  finger as important is intelligence reporting.  Obviously,

18  all of these various primary sources, as is the case with

19  any sources, may have their own limitations or their own

20  biases, and so I take that into account when evaluating

21  their credibility, and that's one reason that I cross-check

22  these sources against other relevant sources.

23  Q.  Thank you.

24         Can you read or listen to primary sources in

25  languages other than English?

1    A.   Yes, sir.

2    Q.   What languages?

3    A.   I can conduct research in Arabic, in French, in Spanish

4    and in Italian, and I also dabble in German.

5    Q.   Thank you.

6         Moving on to secondary sources, what kind of

7    secondary sources do you tend to rely on?

8    A.   There's three primary secondary sources that I consider

9    to be of particular value.  One is the scholarly literature;

10   that is, academics and other professionals who seek to

11   explain a topic in a scholarly way.  Secondly is newspaper

12   and journalistic accounts.  Those are secondary sources, but

13   often there are intrepid journalists who undertake a great

14   deal of work and uncover new things in the course of their

15   reporting.  A third variety of secondary sources that I

16   consider particularly valuable are books, including books by

17   scholars or journalists which are designed to take a more

18   in-depth look at these topics and which often provide very

19   rich historical and contextual background.

20   Q.   Thank you.

21        Referring back to your previous testimony starting

22   with your discussion of your methodology, is this the kind

23   of information that serves as the basis for the conclusions

24   you're about to give the Court?

25   A.   Yes, sir, it is.

```
 1    Q.  Is this the kind of information that experts in your
 2    field routinely rely upon?
 3    A.  Yes, it is.
 4    Q.  Is this the kind of information that you relied upon
 5    when acting as subject matter expert for the Department of
 6    Homeland Security, Customs and Border Protection, the Office
 7    of Naval Research, the U.S. Army, the U.S. Army Corps of
 8    Engineers, JIDO, the State Department, NATO and the EU?
 9    A.  Yes, sir, it is.
10    Q.  Is this the kind of information that you relied upon
11    when giving congressional testimony?
12    A.  Yes, it is.
13    Q.  And is this the kind of information that you relied upon
14    in the other trials in which you were qualified as an expert
15    witness?
16    A.  Yes, sir, it is.
17    Q.  So these events occurred roughly a decade ago.  How does
18    the passage of time affect your ability to vet your sources?
19    A.  I would say that it significantly increases my ability
20    to vet my sources.  Often, there's a "fog of war" effect
21    while something is going on.  We've all seen that when
22    there's breaking news about a topic and a lot of confusion.
23    Some of the initial reports about any topic will prove to be
24    inaccurate either quickly or else over time.  In this case,
25    I followed the relevant events in great detail as they were
```

```
 1    occurring, and as more time has passed since the occurrence

 2    of the tragic events that form the basis of this case more

 3    information has come to light about them through

 4    documentations that have been revealed publicly; through

 5    witnesses who have spoken to the media; through court cases

 6    that have unearthed information; and that's given me the

 7    ability to carefully assess every source I refer to, every

 8    claim that I make to ensure that there isn't some fact out

 9    there which is contradicting or otherwise undermining my

10    analytic conclusions.

11              MR. JOSHUA PERLES:  Thank you.

12              Your Honor, it looks like you've briefly dropped

13    off.  I don't know if you can hear me.

14              (Brief pause.)

15              THE COURT:  I can hear you.  Sorry, I'm here.

16    Please, continue.

17              MR. JOSHUA PERLES:  Thank you.  I only raise that

18    because plaintiffs would now move the Court to qualify

19    Dr. Gartenstein-Ross as an expert witness on, one, violent

20    non-state actors generally; and, two, ISIS, its evolution

21    from its predecessor organizations and its material

22    supporters.

23              THE COURT:  All right.  He shall be so qualified.

24              MR. JOSHUA PERLES:  Thank you, Your Honor.

25    BY MR. JOSHUA PERLES:
```

1    Q.  Dr. Gartenstein-Ross --

2            THE COURT:  And welcome, Dr. Gartenstein-Ross.

3    Thank you for being here.

4            THE WITNESS:  Thank you, Your Honor.

5    BY MR. JOSHUA PERLES:

6    Q.  What issues did plaintiffs ask you to examine for the

7    purposes of this trial?

8    A.  Four issues.  The first is the evolution of ISIS from

9    2012 to 2016; second is ISIS's culpability in the deaths of

10   Steven Sotloff and James Foley; third is the conditions that

11   Mr. Sotloff and Mr. Foley faced while held captive by the

12   militant group; and fourth is the Syrian Arab Republic's

13   relationship with ISIS both before, during and after this

14   period.

15   Q.  Thank you.

16           Did you review the necessary material to write a

17   report and come to a conclusion?

18   A.  Yes, I did.

19   Q.  What conclusions did you reach with a reasonable degree

20   of certainty regarding links between the Syrian regime and

21   the two murders?

22   A.  I concluded first that ISIS was responsible for the

23   murder of James Foley and Steven Sotloff, both of whom

24   endured physical and psychological torture throughout the

25   time that the group held them.

1          Second, I concluded that following the onset of

2     the Arab Spring revolutions that destabilized the region in

3     2011, the Syrian Arab Republic engaged in both explicit, and

4     also, tacit support for ISIS exemplified by the prisoner

5     releases, and also, the trading relationship of oil and

6     other commodities with ISIS.  These activities, I concluded,

7     need to be understood in the context of the Syrian Arab

8     Republic's preexisting relationship of support for al-Qaeda

9     in Iraq.

10          I also concluded that it is unlikely that ISIS

11    would have been able to amass as much power as it did and

12    thus kill Mr. Foley and Mr. Sotloff in the manner that it

13    did in this case but for these actions that were undertaken

14    by the Syrian Arab Republic.

15    Q.  Thank you.

16          Could you now take a few moments to review the

17    document marked as Exhibit-1.

18    A.  Yes, sir.

19    Q.  And when you are prepared, could you identify that

20    document.

21    A.  Yes.  This is the expert report that I filed in this

22    case.

23    Q.  And to the best of your knowledge, is this a true and

24    accurate copy of that report that you transmitted to

25    plaintiffs?

```
 1    A.  Yes, sir, it is.

 2              MR. JOSHUA PERLES:  Thank you.

 3              Your Honor, plaintiffs would enter Exhibit-1, the

 4    expert witness report of Dr. Daveed Gartenstein-Ross, into

 5    evidence.

 6              THE COURT:  All right.  It shall be so admitted.

 7    And what I will do on the admission front is, I'm simply

 8    going to conditionally admit everything that you use here

 9    today, I'll just let plaintiffs know.  I will conditionally

10    admit it.  As I go back, obviously -- the question or

11    hearing as something that's truly admitted into evidence or

12    something that simply Dr. -- something your expert uses and

13    relies on wouldn't be formally admitted, we can, kind of,

14    clean up on the back end, but, yes.  So the expert report is

15    admitted.

16              MR. JOSHUA PERLES:  Thank you, Your Honor.  And

17    just to clarify, would you -- as a protocol, would you like

18    me to, as I just have, individually move each exhibit as we

19    move through into evidence or presumably have Dr. Ross refer

20    to it naturally?

21              THE COURT:  I think we can just have him refer to

22    them naturally.  If you want to -- if he's going to refer to

23    an exhibit, I think it would be helpful to simply have you

24    identify it for the record as -- and we can just say it's

25    been marked -- we'll, for purposes of this hearing, say it's
```

1    being marked for identification as Exhibit -- it's been

2    marked for identification as Exhibit-X, and then as far as

3    admissibility and things like that go we can -- in --

4    perhaps tomorrow in our session -- you don't have fact

5    witnesses here that are going to be laying the groundwork

6    for any of these things.  So we can go back and clean up

7    what's formally admitted and what isn't perhaps tomorrow

8    when we clean up when we do our various other housekeeping

9    matters.

10              MR. JOSHUA PERLES:  That seems like an excellent

11    approach.  Thank you.

12    BY MR. JOSHUA PERLES:

13    Q.  So Dr. Gartenstein-Ross, let's start with the evolution

14    of ISIS.  In your report, you state that, "ISIS" -- and I'm

15    quoting now -- "is the most recent iteration of 'the Zarqawi

16    organization,' a militant group that has undergone several

17    name changes since its emergence in the early 1990s"?

18    A.  Yes, sir.

19    Q.  Thank you.

20              Before we get into who Zarqawi was, a shared

21    reference for everyone involved, could you please name and

22    date all the iterations of the Zarqawi organization.

23    A.  Absolutely.  And for reference, this appears on Page 12

24    of my expert report.

25              The group was known as Bayat al-Imam from around

1    1993 to 1999.  It was then known as Jund al-Sham from around

2    1999 to 2004.  In 2004, it briefly adopted the name Jamaat

3    al-Tawhid wal-Jihad.  From 2004 to 2006, it was known as

4    al-Qaeda in Iraq.  In 2006, it briefly adopted the name --

5    and at least a nominal change in organizational structure,

6    though it remained dominant within this supposed coalition

7    group -- during that period, it was called the Mujahedin

8    Shura Council.  From 2006 to April of 2013, it was known as

9    the Islamic State of Iraq.  From April 2013 until June 2014,

10   it was -- it referred to itself as the Islamic State of Iraq

11   and al-Sham, al-Sham being the Levantine region.  In 2014 --

12   June of 2014, the group rebranded itself solely as the

13   Islamic State.  So it continues to be popularly referred to

14   as ISIS, and I also adopt that terminology in my expert

15   report which is consistent with the terminology now used by

16   the U.S. Government.

17   Q.  Thank you.

18              THE COURT REPORTER:  Excuse me.

19              MR. JOSHUA PERLES:  Who was the namesake --

20              THE COURT REPORTER:  Excuse me, Mr. Perles.

21              MR. JOSHUA PERLES:  -- of the Zarqawi

22   organization?

23              THE COURT REPORTER:  Excuse me.  Judge Kelly --

24              THE COURT:  Yes?

25              THE COURT REPORTER:  -- could you mute your mic,

```
1    please.  I'm getting a lot of feedback.
2              THE COURT:  From me?
3              THE COURT REPORTER:  Yeah.
4              THE COURT:  Okay.
5              THE COURT REPORTER:  Thank you.  I'm sorry.
6    BY MR. JOSHUA PERLES:
7    Q.  Who was the namesake of the Zarqawi organization?
8    A.  The namesake of the Zarqawi organization is Abu Musab
9    al-Zarqawi.  That's not his birth name.  It's the nom de
10   guerre that he adopted, but Zarqawi was a longtime
11   transnational jihadist militant.  He first traveled to
12   Afghanistan towards the very end of the Afghan-Soviet War.
13   He was hoping to fight against the Soviets, but he got there
14   too late.  Even though he got there too late, he was able to
15   forge important connections during his time in Afghanistan.
16   Osama bin Laden, the founder and longtime leader of
17   al-Qaeda, was there at the time.  Zarqawi trained in the
18   Sada camp which is one of the camps run by bin Laden.  And
19   during his time in Afghanistan, he made contact with an
20   individual who would, at least for a time, come to be known
21   as his mentor.  This man is Abu Muhammad al-Maqdisi who is
22   still a very well-reputed figure within jihadist circles.
23   The two of them, Zarqawi and Maqdisi, traveled back to
24   Jordan and the very first iteration of the Zarqawi network
25   fought against the Jordanian regime.
```

1          Skipping through a few things that happened,

2     including Zarqawi's period of imprisonment, shortly before

3     the U.S. invasion of Iraq in 2003 Zarqawi traveled to

4     Northern Iraq in the hope that the U.S. would invade and

5     that he could fight the Americans in the country.  During

6     the course of the Iraqi Civil War, Zarqawi made his loyalty

7     to al-Qaeda public.  That was the time at which the

8     organization began calling itself al-Qaeda in Iraq.  He was

9     known for his brutality.  A lot of the methods that he

10    employed during the course of the Iraq Civil War are methods

11    that later would be quite familiar to the ISIS organization.

12    For example, he engaged in very explicitly sectarian attacks

13    with the hope that they would help to inflame sectarian

14    conflict and civil war.  A second thing that was associated

15    with him was extremely brutal treatment of hostages or

16    captives who were taken by the organization.  His

17    organization would torture them and it would behead them on

18    camera, a method which, you know, unfortunately is all too

19    relevant to today's hearing.

20          Ultimately, his role in the Iraq War made him one

21    of the most wanted men in the world with the FBI offering a

22    reward that was in the same amount as the reward that it had

23    offered for Osama bin Laden.  He was killed in a U.S. air

24    strike in 2006.

25    Q.  So the same individual, Zarqawi, led his eponymous

1    network from its start as Bayat al-Imam until his death just

2    a few months before it became the Islamic State of Iraq in

3    2006; correct?

4    A.  Correct.

5    Q.  Was there continuity of purpose, membership and

6    leadership in these organizations all the way through ISIS?

7    A.  Yes, there was.

8            In terms of purpose, the group remained a

9    committed Salafi-jihadist organization throughout with a

10   dedication to militarily controlling territory and then

11   setting up an austere or draconian version of religious

12   law -- the territories that it controlled.  There was a

13   noteworthy evolution during this period when it came to be

14   known as the Islamic State of Iraq and started to put in

15   place a much more intricate bureaucratic structure that

16   would help to pave the way for ISIS's extraordinarily

17   intricate bureaucracy.

18           Secondly, in terms of membership and leadership,

19   there was very explicit continuity.  I've undertaken several

20   studies, including for court -- in -- for court cases,

21   looking at leaders and looking at even rank and file within

22   the organization and it's clear that, number one, there was

23   never a purge of leadership upon any of the rebrandings that

24   the organization adopted; and, number two, people who were

25   on a trajectory to have their careers advance within the

1    organization saw their careers continue to advance, as one

2    would expect, even after there were changes in name or

3    nominal changes to the organization.

4    Q.   Thank you.

5           In your report, you mention that during the Bayat

6    al-Imam or Jund al-Sham period, the Zarqawi organization

7    conducted recruitment operations in Syria, and also, carried

8    out the 2002 assassination of Laurence Foley, a U.S.

9    diplomat.  Did you provide expert testimony in a civil suit

10   brought by the family of Laurence Foley against Syria for

11   its material support of the Zarqawi network?

12   A.   Yes, sir, I did.

13   Q.   And was your expert testimony relied upon by the court

14   in reaching its judgment?

15   A.   Yes, it was.

16   Q.   Have you reviewed the court's judgment in that matter?

17   A.   I have.

18   Q.   Did the court conclude that Syria provided material

19   support of the Zarqawi organization in furtherance of that

20   assassination?

21   A.   Yes, it did.  It found that it provided material support

22   in three specific ways.

23          The first was allowing the Zarqawi organization's

24   members to move freely through Syria and into neighboring

25   countries.

1          The second way that I -- it identified was

2    allowing key Zarqawi organization officials to reside and

3    operate in Syria during this period with what their court

4    described as, and I quote, Apparent immunity -- impunity.

5          And then the third area in which it found material

6    support was in direct Syrian Government ties to the Zarqawi

7    organization, including officials who provided funding,

8    weapons and suicide bombers to the Zarqawi organization.

9    Q.  So then as early as 2002, Syria was enabling the Zarqawi

10   network to carry out acts of international terrorism?

11   A.  Yes, that is correct.

12   Q.  Thank you.

13          Let's move on to a household name, al-Qaeda in

14   Iraq or AQI.  How was AQI formed and how did the Zarqawi

15   organization's resources and operations change during that

16   transition?

17   A.  In October 2004, Zarqawi took a public oath of bayat, or

18   loyalty, to al-Qaeda.  At that time, they took on the name

19   al-Qaeda in Iraq.  I should note that the Arabic word

20   translates slightly differently than al-Qaeda in Iraq, but

21   this is the name that it was universally described as by

22   experts at the time.  By joining al-Qaeda, Zarqawi gained

23   access to international fundraising, facilitation and

24   recruitment networks, but he also was able to retain much of

25   his autonomy to operate.

1    Q.  Thank you.

2         Did the families of Staff Sergeant Matt Maupin and

3    Private First Class Kristian Menchaca, who were abducted,

4    tortured and killed by AQI in 2004 and 2006, respectively,

5    retain you to provide expert testimony in their civil suit

6    brought against Syria for its material support of the

7    Zarqawi network?

8    A.  Yes, they did.

9    Q.  And was your expert testimony relied upon by the court

10   in reaching its judgment?

11   A.  Yes, it was.  This, I should note, was the Foley case

12   which we mentioned before.  Both Mr. Maupin and Mr. Menchaca

13   were a part of that case.

14   Q.  Thank you.

15        And did the court conclude that Syria provided

16   material support to the Zarqawi organization in furtherance

17   of those specific crimes as distinct from the Foley

18   assassination?

19   A.  Yes, it did.

20   Q.  Thank you.

21        Moving on to the Islamic State of Iraq, or ISI,

22   you state in your report that MSC -- that is, the Mujahedin

23   Shura Council -- announced the formation of the Islamic

24   State of Iraq in October 2006 a few months after Zarqawi was

25   killed in a U.S. air strike, as you mentioned in your

1    testimony earlier.  How did this group continue Zarqawi's

2    legacy and how did it differ from al-Qaeda in Iraq and MSC?

3    A.  The formation of an Islamic emirate was long a key goal

4    that had been held by Zarqawi.  The Zarqawi organization at

5    one point militarily dominated the Anbar province and the

6    Islamic State of Iraq took measures that were designed to

7    further its governance project.  Specifically, ISI adopted a

8    more intricate, and also, scalable bureaucratic structure

9    than the Zarqawi organization had had before.  I draw in my

10   expert report from the scholarship of Brian Fishman who

11   produced a well-regarded book about ISIS for Yale University

12   Press.  On Page 18 of my expert report, I have a very long

13   quote by Fishman which outlines the bureaucratic advances

14   that ISI made under this new name.

15   Q.  Thank you.

16        Who is Abu Bakr al-Baghdadi al-Husayni al-Qurashi?

17   A.  Baghdadi, who was born in 1971 -- and I should note

18   that, again, this isn't his birth name; this is the nom de

19   guerre that he took on -- but he was born in 1971.  He was

20   an Islamic scholar who studied for his doctorate at Saddam

21   University for Islamic Studies.  He was long involved in the

22   militant scene in Iraq.  In 2004, U.S. forces arrested him

23   and sent him to a well-known prison known as Camp Bucca.

24        Upon his release later in 2004, he had already

25   built a network of other jihadists whom he would rely upon

1    for years to come.  Baghdadi subsequently worked with

2    several militant groups, including with al-Qaeda in Iraq,

3    and in January of 2006 when the Mujahedin Shura Council was

4    announced, Baghdadi's militant group merged into the

5    Mujahedin Shura Council.  His subsequent work for MSC and

6    the Islamic State of Iraq, or ISI, isn't very well known,

7    but it can be discerned that he played an important role in

8    that organization.  The reason we can tell that that is true

9    is because he was selected as the organization's new emir

10   less than a month after U.S. forces killed the old emir of

11   that organization and one of that emir's top deputies.

12          Baghdadi had to basically rebuild the Zarqawi

13   organization which had suffered tremendous losses in the

14   Iraq theater from 2007 through 2010.  He also helped it to

15   gain greater prominence of -- as ISIS than it ever enjoyed

16   before.  He also instituted a very grizzly system of

17   brutality that was characteristic of Abu Musab al-Zarqawi

18   but that also eclipsed Zarqawi in its inventiveness and

19   sheer grotesqueness.

20   Q.  In a transition you just alluded to, how did the Islamic

21   State of Iraq become the Islamic State of Iraq and Syria or

22   the Islamic State of Iraq and the Levant?

23   A.  This was related to the Syrian Civil War.  As unrest was

24   mounting in Syria during 2011, Abu Bakr al-Baghdadi

25   dispatched one of his deputies named Abu Muhammad al-Julani

1    as well as a small group of ISI members to the Syria theater

2    with the idea that they would expand westward.  In January

3    of 2012, Julani and his men announced the formation of a new

4    militant group known as Jabhat al-Nusra.  Nusra, in the hope

5    of being able to work with more moderately minded rebels,

6    deliberately obfuscated its ties both to ISI, and also, to

7    the broader al-Qaeda network; however, Julani and Baghdadi

8    had very sour dynamics between them.  Julani was anything

9    but an obedient deputy, and Baghdadi at first tried to

10   undertake some reconciliation efforts with Julani.  After

11   these failed, you had Baghdadi take other efforts.

12           I should mention that before Baghdadi undertook

13   these efforts, one other thing occurred which is the

14   December of 2012 designation of Nusra by the U.S. Department

15   of the Treasury which described Nusra as being an arm of

16   ISI.  To some extent, this made their attempts at

17   obfuscation of the ties to al-Qaeda, you know, somewhat

18   irrelevant because the U.S. Government was making it public.

19           At any rate, in 2013, Baghdadi started to make the

20   ties between ISI and Nusra more explicit in an effort to

21   gain greater control over Nusra; then in April of 2013, he

22   issued a statement in which he announced that he was

23   formally merging the two groups.  In other words, he said

24   that he was disbanding Nusra, and in the place of Nusra and

25   ISI there now would be only one single organization known as

1    the Islamic State of Iraq and al-Sham, or ISIS.  Nusra

2    rejected this merger and it set out -- set off a period of

3    intense internecine conflict between these two

4    organizations, but despite that Baghdadi's organization

5    continued to employ the ISIS moniker up until it, then,

6    rebranded itself as just the Islamic State when it claimed

7    to have recreated the caliphate.

8    Q.  Thank you.

9         I'd like now to turn to the portion of your

10   findings related to Syrian material support for ISIS.

11   A.  Yes, sir.

12   Q.  To a reasonable degree of certainty, did you reach a

13   conclusion as to whether Syria provided material support to

14   ISIS before, during and after ISIS abducted, tortured and

15   executed Steven Sotloff and James Foley?

16   A.  Yes, I concluded that it did both before, during and

17   after.

18   Q.  Why did Syria provide material support to the Zarqawi

19   network prior to the Arab Spring?

20   A.  Three major reasons.  The first one is to tie down U.S.

21   forces in Iraq.  The second one was what you might call the

22   safety valve rationale.  Syria wanted to allow the Iraq

23   conflict to serve as an outlet for its domestic jihadists in

24   the hope that if they were fighting in the war in Iraq, they

25   might not cause trouble at home.  And the third reason seems

1    to be to gain street credibility, as you might call it, by

2    being one of the few Arab governments to explicitly sanction

3    and support militants who are fighting against U.S. troops

4    in Iraq.

5    Q.  Thank you.

6           What form did that material support take?  That

7    is, material support before 2011.

8    A.  My independent analytic conclusions on that point align

9    heavily with those of the court in the Laurence Foley case.

10   So I'll go back over the Foley findings briefly and show

11   where my findings align with them.

12          The first finding in the Foley case was that Syria

13   allowed Zarqawi organization members to move freely through

14   Syria and into neighboring countries.  I discussed this in

15   my expert report on Pages 49 to 51 where I detailed at some

16   length how the Syrian Government encouraged and facilitated

17   foreign recruits to move into the Iraq theater where it knew

18   that they were joining the al-Qaeda in Iraq organization.

19          Secondly, the Foley court said that Syria allowed

20   key Zarqawi organization officials to reside and operate in

21   Syria during this period with impunity.  And I outline on

22   Page 52 of my report how, for example, Assad's

23   brother-in-law Assef Shawkat actively shielded jihadist

24   militants in Syria from arrest by the state security forces.

25          And then the third type of support is direct

```
 1    Syrian governmental ties to the Zarqawi organization.

 2    Q.  Thank you.

 3              What do you mean by --

 4              MR. JOSHUA PERLES:  Your Honor, you're still

 5    muted.

 6              THE COURT:  Can I just -- thank you.  Can I just

 7    interrupt just to clarify one point.

 8              Doctor, so during this period you're talking

 9    about, we don't see armed conflict between the Zarqawi group

10    and the Syrian regime; is that fair to say?

11              THE WITNESS:  During the pre-Arab Spring period,

12    that's correct.  There is no armed conflict between the

13    Zarqawi organization and the Syrian Government.

14              THE COURT:  Okay.  I'm just trying to orient

15    myself.  Thank you.

16              THE WITNESS:  Absolutely.

17    BY MR. JOSHUA PERLES:

18    Q.  So near the end of your response to my previous

19    question, you mentioned direct ties between the Assad regime

20    and the Zarqawi network.  Can you elaborate on what form

21    those ties took.

22    A.  Yes.  That includes funding, weapons and other forms of

23    support, including providing recruits who would become

24    suicide bombers.

25    Q.  Thank you.
```

1          Why, after and during the Arab Spring, did the

2    Assad regime provide material support to the Zarqawi

3    network?

4    A.   Two reasons.

5          The two kinds of material support that I describe,

6    as I mentioned briefly earlier, are its prisoner releases

7    and its trading relationship with ISIS.  Now, the -- one

8    thing that -- one overarching factor that influenced these

9    was the Syrian Government's desire to discredit the

10   opposition.  The Syrian Government was, I think it's very

11   fair to say, concerned that outside powers might intervene

12   in the Syria theater in an attempt to overthrow the Assad

13   regime.  The Syrian Government had watched as NATO

14   intervened in the Libya conflict in March of 2011 and

15   ultimately as Libyan dictator Muammar al-Qaddafi met with

16   street justice in October of 2011 which was a -- not only a

17   grotesque sight to behold but particularly chilling for an

18   Arab dictator.  So one aspect of their support for ISIS was

19   that it was good for the Syrian Government if groups like

20   ISIS and al-Qaeda formed a bigger part for the opposition.

21   It discredited the opposition and it would make the

22   opposition extremely unappealing for any outside power to

23   intervene on behalf of or to support during this period.

24          A second reason seems to relate specifically to

25   some of the regime's needs.  In its oil-trading relationship

1   with ISIS, probably its desire for oil formed the biggest

2   basis for its material support relationship with the ISIS

3   organization.

4   Q.  Thank you.

5           And, again, just for the sake of clarity, what

6   form did this material support take?  That is, of the

7   post-2011 Zarqawi organization.

8   A.  Yeah, the two form -- the two major forms of material

9   support were, number one, prisoner releases, including

10  releases from the notorious Sednaya Prison; and the second

11  form of material support was an oil-trading relationship.

12  Much of this was Syria purchasing oil from ISIS.  According

13  to numerous accounts, including documents intercepted from

14  ISIS's oil minister, Syria was the biggest customer of

15  ISIS's oil, but this was more than just a relationship of

16  purchasing oil.  It's also clear from Treasury designations

17  that there were oil products flowing back from Syria into

18  ISIS's territory probably because Syria was undertaking some

19  refining that ISIS couldn't do, and so it was buying oil

20  from them and then taking petroleum products and returning

21  them back to ISIS-held territory.

22  Q.  Thank you.

23          To a reasonable degree of certainty, did you reach

24  a conclusion as to whether these forms of material support

25  from Syria to ISIS and to ISIS's predecessor organizations

1    caused the abduction, torture and execution of Steven

2    Sotloff and James Foley?

3    A.  Yes, they did.  In order to understand that, I think

4    it's important to understand what specifically happened in

5    this case and why it's unique for a militant organization.

6    Mr. Sotloff and Mr. Foley were the victims of ISIS's

7    bureaucracy of violence, and the way that ISIS dealt with

8    them and executed them has everything to do with its control

9    over a large swath of territory.  Mr. Sotloff and Mr. Foley

10    were held in a single location for extended periods which is

11    almost impossible for a militant group to do absent that

12    militant group being extremely powerful.  Both Mr. Sotloff

13    and Mr. Foley were moved freely throughout the country while

14    they were under ISIS's control.  They were tortured for

15    extended periods and both men were executed outdoors.  It's

16    unlikely that ISIS would have been able to amass as much

17    power as it did and thus kill Mr. Foley and Mr. Sotloff in

18    the manner that is at issue in this case absent the prisoner

19    releases that significantly bolstered ISIS's ranks and this

20    oil-trading relationship from which they were deriving,

21    according to ISIS's own documents, a majority of their oil

22    wealth at their height as an oil-trading regime.

23    Q.  Thank you.

24         Let's focus in a bit on these prisoner releases.

25    What is Sednaya Prison and who is held there?

1    A.   Sednaya Prison was one of Syria's most notorious and

2    brutal jails.   It was located just outside of Damascus and

3    was deemed, and I quote, One of the most lethal detention

4    facilities in Syria by Amnesty International.   One former

5    guard there described -- describes Sednaya as being, and I

6    quote, The end of humanity.   Sednaya was known for gross

7    human rights violations, and also, mass executions.   The

8    prison was known for being home to many battle-hardened

9    Syrian jihadists who had returned home from the Iraq

10   conflict in the early to mid 2000s and thus was widely

11   regarded as what the Daily Beast calls an incubator for

12   jihadism.   In using that phrase, the Daily Beast relied on

13   the account of former prisoners as well as defectors from

14   Syrian intelligence.   A former member of Syria's Parliament,

15   Mohammed Habash who defected, described the prison as being,

16   and I quote, A mine for jihadist movements.

17        So following Assad's general pardon which began in

18   May 2011 and extended into October of that year, many of

19   Sednaya's prisoners ended up being released unconditionally

20   even though they exhibited no credible signs of

21   rehabilitation.   Habash, who I mentioned before, said that

22   in his estimation the Syrian Government was certain what

23   would happen which is that they joined some of the worst of

24   the worst on the battlefield and ultimately ended up

25   bolstering the ranks of ISIS.

1    Q.  Thank you.

2          To be clear, did Syria imprison in Sednaya prior

3    to 2011 members of the Zarqawi network?

4    A.  Yes, it did.

5    Q.  Why would they imprison jihadists who they had

6    previously sponsored?

7    A.  I mentioned previously the rationales that Syria had for

8    supporting al-Qaeda in Iraq during the Iraqi Civil War.  One

9    of those rationales was the safety valve rationale, the

10   safety valve rationale being that if they're fighting in

11   Iraq they probably wouldn't fight the Syrian regime.  What

12   that rationale implies is that they understood how dangerous

13   these men were, and we know that they understood this

14   because previously Syria had won battles against Islamist

15   uprisings within its territory; and, number two, it had a

16   policy of vigorously cracking down not only on jihadists,

17   but also on political Islamists, and so when the Iraq War

18   was waning and certainly when the involvement of foreign

19   fighters was declining, Syria understood that with these

20   former fighters of al-Qaeda in Iraq, it had a potential

21   danger on its hands and so ended up throwing them into

22   prison.

23   Q.  Thank you.

24          And you mentioned in your previous response a lack

25   of rehabilitation?

1    A.   Yeah --

2    Q.   In your view --

3    A.   -- that's correct.

4    Q.   In your view, this -- the reason for which they were

5    imprisoned -- that is, their danger to Syria -- had not been

6    mitigated during their time in Sednaya prior to their

7    release?

8    A.   There's a very well-known phenomenon in which the danger

9    posed by militant organizations can be magnified by their

10   imprisonment rather than declining, particularly when

11   they're held under horrid conditions.  The conditions in

12   Sednaya were absolutely horrid.  And when people are

13   tortured and see mass executions, if they initially harbor

14   extremist views, that's only going to harden and validate

15   their extremism.  It's not going to cause them to emerge as

16   rehabilitated.

17   Q.   Thank you.

18        When did these releases from Sednaya occur?

19   A.   They occurred between May and October of 2011.  So

20   depending on when they occurred within those months -- and

21   open sources are a little bit unclear -- it was a period of

22   between four to six months.

23   Q.   And what was happening in Syria during that period?

24   A.   You had the Syrian uprising going on.  The protests

25   began early in 2011 along with other Arab Spring protests

1    and they were growing more and more pronounced during the

2    course of 2011.  The country had become markedly more

3    violent in 2012.  In 2011, the opposition looked very

4    moderate, and I think that that is not an exaggeration.

5    It's a little bit beyond the scope of our discussion, but,

6    you know, if Mr. Assad was attempting to radicalize the

7    opposition -- which everyone -- every observer believes he

8    was -- it certainly seems to have succeeded over time.

9    Q.  Thank you.

10           What did the releasees -- these jihadists -- do

11   when they were given their freedom?

12   A.  They began to fight the regime, and generally speaking

13   they joined some of the more extreme groups on the

14   battlefield and a large number of them eventually ended up

15   going over to ISIS.  To be clear -- yeah.

16   Q.  Thank you.

17           How did this release of prisoners benefit ISIS --

18   or should I say, did this release of prisoners benefit ISIS

19   and, if so, how?

20   A.  Ultimately, yes, it did.  When they were released in

21   2011, you had a small presence that was affiliated with ISIS

22   in the country.  ISIS at the time was known as ISI.  As I

23   described before, in the second half of that year, Abu Bakr

24   al-Baghdadi dispatched Abu Muhammad al-Julani and other ISI

25   members over to Syria to allow for the westward expansion of

1   ISI.  So a number of the releasees originally went to that

2   ISI faction affiliated with Julani; then when the split

3   occurred between ISIS and Jabhat al-Nusra, as Julani's ISI

4   faction came to be known as, a number of Sednaya releasees

5   and other releasees from Syrian prisons ended up, A, causing

6   a large number of other militants to defect from Nusra to

7   the ISIS organization and then ended up playing critical

8   roles within ISIS, including helping ISIS to solidify its

9   ties with tribal networks; serving as judges and jurists

10   within the ISIS organization; serving as governors or Walis

11   within the ISIS organization.  All of this is very clear

12   ended up bolstering ISIS's ranks.

13   Q.  Thank you.

14       So I think you've already alluded to my next two

15   questions, but I'd like to ask them anyway for the sake of

16   clarity.  Was this result -- that is, what the Sednaya and

17   other prison releasees actually did -- one that Syria could

18   have foreseen when it made the decision to release them?

19   A.  There's no doubt that it's a decision that Syria could

20   have foreseen.  There's no doubt that releasing militants,

21   you know -- jihadist militants into a battlefield makes it

22   much more likely that jihadist militant organizations will

23   sprout up and become powerful.  All the observers who looked

24   at this, including such men as Secretary of State John Kerry

25   and French President François Hollande as well as experts

1    looking at this, understand that the impact of the releases

2    was predictable.

3    Q.  Thank you.

4         Going a step further, in your expert opinion, is

5    this a result that Syria intended?

6    A.  Yes, I believe that it was both from external evidence,

7    and also, from insider accounts of individuals who ended up

8    defecting from the Syrian Government.  I have mentioned

9    before Mr. Habash, the former legislator, but the fact that

10   it was intended is entirely consistent with both the reason

11   one might release a large number of jihadists into an

12   already unstable situation and it's consistent with what

13   every former Assad regime insider has said was the intention

14   behind these releases.

15   Q.  Thank you.

16        In your evaluation or your view, was Assad's

17   strategy successful?  That is, did he manage to prevent

18   intervention in Syria by western powers?

19   A.  I think it was.  We can see this because even though

20   there was a limited program of support for rebels on the

21   part of the United States, that never became a robust effort

22   and ended up, in fact, being disbanded entirely early in the

23   Trump administration when it became clear that it was almost

24   impossible to support rebel groups that weren't either

25   infected by extremism or else groups that had serious human

1    rights violations on their hand.  We can see this even in

2    the fact that when Assad crossed what the U.S. Government

3    had described as a red line using chemical weapons against

4    the opposition, you never had a significant U.S. response.

5    Under the Obama administration, there was some discussion of

6    striking the Assad regime when it first used chemical

7    weapons, and ultimately the Obama administration didn't do

8    that.  They instead brokered a deal with the Assad regime

9    where Assad said that he would get rid of his chemical

10   weapons.  He then subsequently used chemical weapons during

11   the Trump administration and there were extremely limited

12   air strikes, but not the sort of, you know, robust effort

13   that one would think of as being a deterrent.  All of this

14   suggests that Assad was highly successful in making this an

15   extraordinarily unattractive battlefield for any outside

16   power to want to get involved in.

17   Q.  Thank you.

18        I'd like to expand a bit the context of Assad's

19   decision-making here.  What was the U.S.'s -- that is, the

20   United States -- reaction to the Arab Spring in Libya and

21   what was the fate of Libya's leader at the time?

22   A.  In March of 2011, the U.S. and NATO launched an

23   intervention in Libya.  This was prompted in part by the

24   Arab League issuing a very strong resolution encouraging

25   outside intervention.  Initially, the U.S. and NATO mission

1    was supposed to be a mission of defense when Muammar

2    al-Qaddafi stood on the verge of moving his forces into the

3    City of Benghazi and he promised that a slaughter would

4    occur.  Initially, the U.S. and NATO mission was to enact a

5    no-fly zone in order to prevent Qaddafi from slaughtering

6    the opposition.  This mission expanded over time and

7    ultimately resulted in the toppling of the Qaddafi regime.

8             Qaddafi, then -- I mentioned his fate briefly

9    before, but I'll talk about it at a little bit more length

10   here.  Mr. Qaddafi ended up meeting with what you might call

11   street justice.  He was surrounded by rebels who were

12   fighting against his government.  Upon recognizing him as

13   Qaddafi, they mocked him; they beat him repeatedly; and then

14   ultimately killed him on camera, you know?  It was a vile

15   and humiliating death and one that surely would resonate

16   through the halls of every other Arab dictatorship in the

17   region.

18   Q.  Thank you.

19            Could you open and examine briefly Exhibit-19.

20   A.  Yes, sir.

21   Q.  Are you familiar with this document?

22   A.  Yes.  These are remarks by the President on the death of

23   Muammar al-Qaddafi.

24   Q.  And to the best of your knowledge, is the copy that

25   plaintiffs have provided you with an authentic communication

1    from the United States Government?

2    A.  Yes, it is.

3    Q.  Could you read on the second page the fifth and sixth

4    full paragraphs beginning with, Faced with.

5    A.  If I'm to do so, I'll have to refresh my browser because

6    --

7    Q.  Oh.

8    A.  -- it's been frozen for a while.

9    Q.  I think it's unnecessary.

10            Given the -- and, again, I believe you've alluded

11   to this question already.  But given the Libyan experience

12   up until the Arab Spring up until 2011, was it unreasonable

13   for someone in Assad's position to fear that the United

14   States would support regime change in Syria after that

15   nation began its Arab Spring?

16   A.  No, this was a reasonable fear.

17   Q.  And do you think that the Assad regime and Assad in

18   particular actually had that fear and it was part of their

19   motivation to support the Zarqawi network?

20   A.  Yes, I do.

21   Q.  How do you know about the Assad regime's decision-making

22   process at the time and before?

23   A.  The Assad regime's decision-making process is

24   extraordinarily opaque.  That's the case for all

25   dictatorships.  In this case, there are a few ways we can

1    get at what its decision-making was based upon.

2          One is the testimony of defectors from the regime,

3    including members of Parliament, military officials and

4    others who ended up leaving the Assad regime.  While one

5    might argue that these individuals have an axe to grind and

6    discount some of their testimony accordingly, there's not

7    only a consistency among them in terms of macro-level

8    details, but when you look also at micro-level details.  For

9    example, their discussion of the role being played by

10   certain figures who are rather obscure to most western

11   observers.  There's this consistency also in micro-level

12   details.

13         A second way we can get at their decision-making

14   is looking at the assessments provided by western

15   intelligence agencies.  We have, for example, Secretary

16   Kerry speaking at some length about his assessment of

17   Assad's decision-making.  Knowing how Secretary Kerry

18   related to the State Department's Bureau of Intelligence and

19   the intelligence community writ large, it's unlikely that he

20   was simply free-styling his conclusions, but instead they

21   almost certainly represent intelligence judgments based on

22   all available information, including -- intercepts and the

23   like.

24         A third way that we can evaluate their

25   decision-making consistent with the comparative analysis

1    methodology that I outlined is to compare our assessments of

2    the decision-making to externally observable events.

3            I think all of this together helps to form a

4    decent picture of why the Assad regime was doing what it

5    did.

6    Q.  Thank you.

7            Let's look now at some of the individual releasees

8    from Sednaya.  Who was Ali al-Shawaq, AKA, Abu Luqman?

9    A.  Abu Luqman was a releasee from Sednaya Prison.  After

10   his release -- oh, and incidentally he was held in Sednaya

11   in 2010.  He may have already been a member of al-Qaeda in

12   Iraq at the time that he was put into Sednaya, though he was

13   at least a sympathizer at the time.  Upon his release, he

14   ended up joining one of the groups that I mentioned before,

15   Jabhat al-Nusra.  He would then leave Nusra for ISIS.  When

16   he left Nusra for ISIS, he wreaked havoc on the Nusra

17   organization bringing hundreds of fighters with him from

18   Nusra to ISIS.  He continued to serve as what we can call a

19   social networker during his time in ISIS.  For example, he

20   leaned on his tribal ties in order to help ISIS expand its

21   reach into Syria's tribal territories and to further swell

22   its ranks.

23   Q.  How did Abu Luqman's release contribute to ISIS's

24   capacity to abduct, torture and murder Steven Sotloff and

25   James Foley?

1    A.  His significance to ISIS on the battlefield cannot be

2    overstated as well as the significance of men like Abu

3    Luqman.  In addition to bringing hundreds of battle-hardened

4    Nusra fighters with him to ISIS, he leveraged his tribal

5    ties to further bolster its ranks.  In essence, men like Abu

6    Luqman were able to shore up ISIS's military regime.  You'll

7    recall that I talked about how to kill Mr. Foley and

8    Mr. Sotloff in the manner that it did, ISIS was reliant upon

9    a bureaucracy of violence and was reliant upon its ability

10   to control territory.  It's having this stream of

11   battle-hardened, competent fighters and an ability to

12   continue to swell its ranks that was significantly important

13   to ISIS in making sure that it enjoyed the monopoly of

14   violence that made all of this possible in its territory.

15   Q.  Thank you.

16          Did plaintiffs transmit to you a copy of

17   Exhibit-20?

18   A.  Yes.

19   Q.  And have you reviewed this document?

20   A.  Yes, I have.

21   Q.  And to the best of your knowledge, is it an authentic

22   communication report by the United States Treasury?

23   A.  Yes, it is.

24   Q.  And does its statements regarding Abu Luqman conform to

25   your own conclusions in regards to that individual?

1    A.  They do.

2    Q.  Thank you.

3           Turning to another releasee, who is Fiwaz Muhammad

4    al-Kurdi al-Hiju?

5    A.  Mr. al-Hiju was a recruit into ISIS who served as one of

6    its first jurists.  As a jurist or judge within the

7    organization, he was known for sanctioning its violence and

8    authorizing it to kill a large number of his victims.  By

9    one count, he had 100 deaths on his hands, but I should say

10   that that's one of the more conservative estimates.  At

11   least a few estimates are 10 times that number.

12   Essentially, as a jurist within ISIS, he helped to solidify

13   and harden its culture of brutality; its culture of

14   slaughtering people who fell afoul in any way of ISIS's very

15   dark view of the world.

16   Q.  Thank you.

17          Who is Amr al-Absi, AKA, Abu al-Atheer?

18   A.  Amr al-Absi was another releasee from Syria's Sednaya

19   Prison who was among the earliest and most influential

20   members of ISIS.  He held a number of leadership positions

21   within ISIS, including being the Wali, or Governor, of

22   Aleppo; later, the Wali, or Governor, of Homs; as well as a

23   leader in ISIS's media wing and a member of the group's

24   Shura, or governing, Council.  Absi was arrested in 2007 for

25   his membership in the Islamic State of Iraq and then

1    incarcerated in Sednaya.  One of his earliest contributions

2    to ISIS was as -- it was his role as a recruiter for the

3    group.  He seems to have been a key contributor of foreign

4    fighters.

5         Then as Aleppo's Wali, he became notorious for his

6    zealous use of torture and imprisonment, something that is

7    referenced by everyone who was unfortunate enough to spend

8    time in his prisons.  He ran at least two prisons in or near

9    Aleppo for Syrians and foreigners, one of which was a

10   children's hospital.  That prison is significant because it

11   was the prison in which Mr. Foley was held during his time

12   in Aleppo.  Mr. Absi played a direct role in Mr. Foley's

13   imprisonment.  Based on the testimony of hostages who were

14   held at the same time as Mr. Foley -- and I quote them by

15   name on Page 61 of my report and provide the source in which

16   they're quoted -- they concluded that Mr. Absi was likely

17   directly involved in supervising Mr. Foley's detention and

18   interrogation.

19        Mr. Foley and Mr. Sotloff were later moved to

20   Raqqa and Mr. Absi seemingly -- I apologize.  It seems that

21   my video's disabled, but you can still -- you can all still

22   hear me.

23   Q.  I've received a similar message.

24   A.  Okay.  It says no one is sending video, but we can be

25   heard.  So I will continue.

```
 1                    So Mr. Absi moved Mr. Foley to Raqqa, and the same

 2        hostages who spoke to the media who I referenced before

 3        likewise believed that Mr. Absi likewise -- likewise likely

 4        supervised Mr. Foley's detention and interrogation in Raqqa.

 5        Mr. Absi's penchant for brutality was notorious.  For

 6        example, at one point, rather than transporting prisoners in

 7        Aleppo to new sites, he simply ordered their execution.

 8        Mr. Absi relied on extrajudicial violence to eliminate those

 9        who -- threats to his ISIS control --

10                    THE COURT REPORTER:  I'm sorry --

11                    THE WITNESS:  -- and --

12                    THE COURT REPORTER:  Excuse me.

13                    THE WITNESS:  -- he was among the first members of

14        ISIS --

15                    Yes, sir?

16                    THE COURT REPORTER:  Whoever isn't speaking who

17        has their microphone unmuted, could you please mute it?  I'm

18        getting a lot of feedback.

19                    THE WITNESS:  Yeah.

20                    THE COURT REPORTER:  Thank you.

21                    THE WITNESS:  Obviously, I could hear that, as

22        well.  Do you need me to repeat anything for the transcript?

23                    THE COURT REPORTER:  You were saying,

24        Extrajudicial violence to eliminate those --

25                    THE WITNESS:  I'll take that as a no.
```

```
 1                    THE COURT REPORTER:  Please continue.  Sorry.
 2   Thank you.
 3                    THE WITNESS:  Sure.
 4                    The last thing is I would note that he was among
 5   the first ISIS members to advocate for declaring the
 6   territory held by ISIS to be a caliphate.
 7   BY MR. JOSHUA PERLES:
 8   Q.  Thank you.
 9                    Paraphrasing your previous response slightly, is
10   it correct that you are confident that Absi directly
11   supervised the detention of Foley and it was more likely
12   than not that he supervised the detention of Sotloff, as
13   well?
14   A.  Yes, during Mr. Sotloff's time at Aleppo.  I think that
15   my degree of confidence is very high.  The reason why was he
16   was the Wali of Aleppo and one of the things that fell under
17   his purview was detention of prisoners in Aleppo.  Even if
18   he didn't personally supervise their interrogation -- so as
19   I mentioned, there are former prisoners who believe that he
20   did personally supervise Mr. Foley's interrogation.  Even if
21   he didn't do that, he was responsible for setting up and
22   administering the prison system in which these men were
23   held.
24   Q.  Did Absi play a role in ISIS's media wing?
25   A.  He did, sir.  And in this media role, he was responsible
```

1    for disseminating propaganda, including ISIS's infamous

2    beheading videos, and given that role there is a strong

3    chance that Mr. Absi was involved in the distribution of

4    Mr. Foley and Mr. Sotloff's beheading videos.

5    Q.  Thank you.

6         Does the U.S. Government concur in your conclusion

7    that Syria deliberately created the conditions that gave

8    rise to ISIS as a regional power to create a foil to deter

9    western support for the Arab Spring?

10   A.  Yes, sir.  U.S. Government statements have said exactly

11   that.  Secretary Kerry stated this on multiple times in a

12   variety of ways, some of them more colorful than others, but

13   for example Mr. Kerry said in testimony before the House

14   Foreign Affairs Committee that Assad, and I quote, Has used

15   them -- or ISIS -- as a tool of weakening the opposition.

16   He never took on their headquarters, which were there and

17   obvious, and other assets they have.  So we have no

18   confidence that Mr. Assad is either capable of or willing to

19   take on ISIL.  ISIL was the acronym by which ISIS was then

20   referred.  He also described the Assad regime as, and I

21   quote, Playing footsie with ISIS.  In addition to Secretary

22   Kerry, you have major foreign partners of the United States

23   making similar claims such as French President François

24   Hollande who, in August of 2014, declared Assad to be,

25   quote, A de facto ally of jihadists.  All of this indicates

1    that this is a belief that we shared among informed

2    observers who are in a position to assess information

3    available to them.

4    Q.  Thank you.

5            MR. JOSHUA PERLES:  Your Honor, I believe you

6    mentioned that at about this time you would like to break.

7    This is a natural transition point for the purposes of my

8    examination, as well.  So if it pleases the Court, I will

9    briefly --

10           THE COURT:  I was about to see if there was a good

11   time coming up that -- a good time to break.  So as it

12   turned out, we are exactly at 12:30.  So all right.  We will

13   adjourn [sic], then, now at 1:30.

14           MR. JOSHUA PERLES:  Thank you.

15           (Luncheon recess taken at 12:31 p.m.)

16           THE DEPUTY CLERK:  All right.  All set, Judge

17   Kelly?

18           THE COURT:  We are set.  I am set.

19           THE DEPUTY CLERK:  All right.  We're back on the

20   record in civil matter 16-725, Arthur Barry Sotloff, et al.,

21   v. Syrian Arab Republic.

22           MR. JOSHUA PERLES:  Judge Kelly, with your

23   permission, I'd like to pass the baton briefly to my

24   colleague Ed MacAllister who needs to discuss an

25   administrative matter that's come up.

```
 1              THE COURT:  All right.  Very well.

 2              Mr. MacAllister?

 3              MR. MACALLISTER:  Your Honor, thank you.

 4              I'd like to ask how long the Court can go tonight.

 5    We hadn't discussed the end time yet as far as I remember.

 6    And the reason I'm asking is because our expert witness who

 7    would follow Dr. Gartenstein-Ross has some scheduling

 8    limitations tomorrow and we're trying to juggle the

 9    schedules and see how much we can get done today and when he

10    would be available tomorrow to finish whatever is left from

11    his testimony.

12              THE COURT:  All right.  Well, let me ask

13    Mr. Perles.  How much longer do you think you have with our

14    current witness?

15              MR. JOSHUA PERLES:  So the remaining portion of

16    the examination has to do with the economic exchange between

17    Syria and ISIS, and then I'm going to move on to the proof

18    of ISIS's culpability for the attacks.  I think the latter

19    can be truncated substantially given the, frankly,

20    overwhelming amount of evidence.

21              THE COURT:  I agree wholeheartedly.  The

22    connection between these attacks and ISIS is not really what

23    prompted, you know, us to have a hearing today.  So I agree,

24    greatly truncated.

25              MR. JOSHUA PERLES:  Okay.  So in that case, I
```

 1    think, maybe, an hour, hour-and-a-half of testimony

 2    remaining.

 3         THE COURT:  All right.  So if we were to start --

 4    Mr. MacAllister, if we were to start the next witness,

 5    Mr. Levitt, at, you know -- if we were to get to him at 3:00

 6    today, how long do you think he will -- do you think there's

 7    any chance we could finish him today, if we were -- if we're

 8    able to accomplish that?

 9         MR. MACALLISTER:  It depends on what time the

10    Court finishes today, Your Honor.

11         THE COURT:  Well, I mean, how long would -- how

12    long do you have with him?  Let me ask that.

13         MR. MACALLISTER:  I'm estimating between two and

14    three hours.

15         THE COURT:  Oh, all right.  That long.

16         MR. MACALLISTER:  Probably on the shorter side.

17         THE COURT:  All right.  So given that, I think we

18    will have to roll over to tomorrow.  I don't think there's

19    any way around that.  That having --

20         THE WITNESS:  (Indicating.)

21         THE COURT:  Yes, I saw you raising your hand.  Did

22    you have something --

23         THE WITNESS:  Yes.  Just listening to this, I

24    wanted to volunteer that I, you know -- you -- whatever --

25    obviously, Your Honor, whatever the Court wants to do, but I

1   will volunteer that I'm available tomorrow morning.  So if

2   you wanted to, you know -- if there was a process of

3   adjourning this testimony to let the other expert speak,

4   because it seems as though you're not going to be able to

5   fit both of them in based on the schedule that

6   Mr. MacAllister described.

7            THE COURT:  Thank you very much.

8            Mr. MacAllister, let me just ask, do you know,

9   what is the witness's -- what are his limitations for

10  tomorrow?

11           MR. MACALLISTER:  Tomorrow, he is available until

12  10:00 a.m., and then he is available roughly from 12:00,

13  12:30 until 2:00, and then he's free from 3:00 to 4:00 with

14  a possibility of moving the latter afternoon meeting to

15  accommodate us.

16           THE COURT:  All right.  Well, let me ask Katrina

17  and Tim, is there any reason why we can't go as late as 5:00

18  or 5:30 today?

19           THE DEPUTY CLERK:  No reason for me.

20           THE COURT REPORTER:  That works --

21           THE COURT:  All right.

22           THE COURT REPORTER:  -- for me, Judge.  Thank you.

23           THE COURT:  Tim?

24           THE COURT REPORTER:  That's fine.

25           THE COURT:  All right.  So I'd rather not take the

1    witnesses out of order.  I just -- I mean, I appreciate the

2    offer, obviously, Doctor, but it -- I just think it's easier

3    for everyone if we try not to do that.

4            And I think we'll just try to get in as much --

5    Mr. MacAllister, we'll just try to -- as soon as we can,

6    we'll try to get in as much as we can today.  I don't

7    necessarily want to go -- I think we'll be straining

8    everyone's, you know, stamina if we go much past, say, 6:00,

9    but between 5:30 and 6:00, let's just -- let's -- we'll plow

10   ahead and get in as much as we can so that tomorrow,

11   whatever we have left over will be manageable and we'll try

12   to shoehorn it in at some point.

13           MR. MACALLISTER:  Thank you, Your Honor.  And I'd

14   like to also thank the Court's staff for agreeing to stay

15   later today.  I think, at the end of today, we'll have a

16   very good idea of how much longer we would need for

17   Dr. Levitt.

18           THE COURT:  Yep, and then we'll just -- we'll

19   figure out where we'll shoehorn him in based on how much we

20   have left.

21           MR. MACALLISTER:  Thank you.

22           THE COURT:  All right.  You're welcome.

23           All right.  Mr. Perles?

24           MR. JOSHUA PERLES:  Thank you.  If it pleases the

25   Court, plaintiffs will call back Dr. Daveed

1    Gartenstein-Ross.

2              THE COURT:  All right.  Welcome back to the stand,

3    Doctor.

4              THE WITNESS:  Thank you, Your Honor.

5    BY MR. JOSHUA PERLES:

6    Q.  So you mentioned in your earlier testimony that ISIS

7    sold oil to the Assad regime.  How did that work?

8    A.  I give a history of ISIS's involvement in oil stills in

9    my expert report starting on Page 64.  What it shows is that

10   even prior to conquering territory when it was known as

11   al-Qaeda in Iraq, ISIS -- and we'll call it ISIS because

12   this was a predecessor organization -- involved -- was

13   involved in the sale of oil.  Back in 2005, AQI's revenue

14   data showed that the group was profiting from stolen oil and

15   refined oil products.  Later on, the militant group -- well,

16   they're still known as AQI -- was able to conquer territory

17   and became more involved in the sale of oil.  So the

18   precedent had already been set by the time it became known

19   as ISIS.

20              As it's well known, in 2014 in the summer, ISIS

21   underwent -- undertook a very explosive gain of territory

22   through an offensive that it launched.  It captured, for

23   example, strategic oil fields and refineries in Northeastern

24   Syria and Northern Iraq.  It conquered the Ajeel oil field

25   and other oil fields.  I list its advances in this regard at

1    Pages 65 to 66 of my expert report.  As it conquered this

2    territory, it immediately began selling oil.  During 2014 --

3    the year that Mr. Foley and Mr. Sotloff were killed -- ISIS

4    was at the height of its oil sales.  Its oil sales netted

5    that organization between $150 million and $450 million that

6    year, and at its height the organization was selling between

7    $1 and $3 million in oil per day.

8        Now, most of the oil that it sold went out to the

9    black market, you know?  There would be convoys and the like

10   and people who were buying oil off the black market wouldn't

11   necessarily know that it was ISIS oil.  Its relationship

12   with the Syrian regime was a little bit different because

13   there were already pipelines that stretched from

14   ISIS-controlled territory to regime-held territory, and both

15   reading some Treasury designations, but also, moreover,

16   interviewing a key figure in the fight against ISIS, retired

17   General Terry Wolff who served as the Deputy Special

18   Presidential Envoy for the Global Coalition to Defeat ISIS,

19   made the unique nature of the sale of oil on ISIS's part

20   with the Syrian regime very clear.

21       What ISIS would do -- and there's -- my interview

22   with General Wolff appears on Page 68 of my report.  What

23   ISIS would do is simply turn on the pipeline and let the oil

24   flow to the regime and deals were brokered between them and

25   the regime would pay ISIS, but unlike much of ISIS's other

1   oil sales, the regime had absolutely no question who it was

2   purchasing this oil from.  There was no way that it could be

3   anybody else except for the ISIS militant organization.

4   Q.  Thank you.

5        And do you consider General Wolff's statement

6   regarding the direct commerce in oil between ISIS and Syria

7   to be a reliable one?

8   A.  I consider it to be a highly reliable statement.  For

9   one thing, you know, it's not inconsistent in any way with

10  anything else written and, in fact, after I interviewed

11  General Wolff, it made me understand certain statements

12  being made, for example, by Treasury officials in a deeper

13  manner.  At one point in my expert report, I quote a

14  Treasury official, David Cohen, who refers to the fact that

15  the Assad regime's sale of oil -- or purchase of oil from

16  ISIS is a further reflection of the regime's depravity.

17  That statement wouldn't make sense if it were just buying

18  oil off of the black market.  What makes sense of

19  Mr. Cohen's statement is the fact that it was purchasing

20  that oil directly from ISIS.

21        So there -- so number one, it helps to clarify

22  other statements that were made; number two, when I spoke to

23  General Wolff -- and this is reflected in the transcript of

24  my interview with him -- he gave the way that he knows this

25  information, and there are multiple layers of what he dug

1    into.  One layer was simply looking at the maps of oil

2    pipelines in Syria and realizing from those maps that there

3    was a much more direct way to sell oil; then he speak --

4    spoke about the, kind of, intelligence information that he

5    received, including both open source briefings and other

6    briefings which helped to inform his conclusion.

7            So yes, I regard General Wolff's statement on this

8    matter as being credible and as being entirely consistent

9    and, in fact, shedding light on other information about

10    Syria's purchase of oil from ISIS.

11    Q.  Thank you.

12            In your previous responses, you've gotten into

13    some fairly granular data regarding the ISIS-Syria oil

14    trade.  How do you know this?

15    A.  Through multiple avenues of information.

16            One avenue of information is open source reporting

17    at the time.  There was a great deal of open source

18    information about the fact that ISIS was conquering

19    territory that controlled oil and was selling oil.

20            Number two, we know this from Treasury

21    designations and other conclusions of the U.S. intelligence

22    community.  I quote from a number of different designations

23    that outline the nature of ISIS's oil sales.

24            Third, we know this from internal ISIS documents

25    which outline its oil ministry and there are documents that

1    were captured -- I refer to these in my expert report -- in

2    a raid on its oil minister, a man named Abu Sayyaf.

3              And, fourth, this also meshed with the consensus

4    of expert conclusions on the -- at the time.

5              And I'll give, also, one fifth and final way that

6    we know this.  I mentioned, in talking about comparative

7    analysis methodology, how you'd compare all these sources to

8    events on the ground, and events on the ground revealed that

9    ISIS was making a specific effort to conquer territory where

10   oil was produced and where oil was refined.  If it didn't

11   have a way to profit from that, it wouldn't make any sense

12   for ISIS specifically to go after those areas.

13   Q.  Thank you.

14             So in summary, you have concluded with a

15   reasonable degree of certainty that the Assad regime had a

16   direct financial relationship with ISIS rather than just an

17   indirect one?

18   A.  Yes, sir, a direct relationship in the sense that it

19   knew precisely where the oil was coming from.  It's

20   possible, and the Treasury designations do suggest, that the

21   money that it paid to ISIS still went through

22   intermediaries, but the reason why I would emphasize the

23   directness is because unlike some black market purchasers,

24   the Assad regime knew exactly where that oil was coming

25   from, and we also have -- we have that through two different

1   ways.  One is the pipelines; but number two, there are a

2   number of witnesses, including people who were involved in

3   the oil trade who were quoted in my report who talk about

4   how, when it wasn't through the pipelines but rather was

5   through tankers bringing oil to or from the regime, there

6   were individuals who often would drive those tankers who

7   would be designated as people who the regime wanted to

8   capture or kill and they would get to pass through even

9   though they were on the regime's enemies list which further

10  indicated the directness of this relationship.

11       One final way that we know the directness of the

12  relationship also is that the contracts between ISIS and the

13  Syrian regime have been referred to in multiple places,

14  including open source reporting, but also in Treasury

15  designations which are based on the best intelligence

16  information that the United States has about the contours of

17  this financial relationship.

18  Q.  So directly or indirectly, do you have any doubt that

19  Syria knowingly purchased oil from ISIS?

20  A.  No doubt, sir.

21  Q.  Thank you.

22       What did ISIS use this massive oil revenue for?

23  A.  It used this oil revenue to undertake all the functions

24  of its state.  It used this oil revenue to pay its fighters;

25  it used this oil revenue to make military advances; it used

1    this oil revenue to keep its jails operating and to pay its

2    jailors; it used this oil revenue to transport prisoners

3    around the country; it used this oil revenue to finance

4    terrorist operations abroad; and it used this oil revenue to

5    fund its media operations, including those that recorded the

6    deaths of Mr. Sotloff and Mr. Foley.

7    Q.  So is it your view that this oil revenue caused ISIS to

8    be able to abduct, torture and kill Mr. Sotloff and

9    Mr. Foley in the manner in which it did?

10   A.  Yes, sir.  That is my conclusion.

11   Q.  And for the organization generally, how important --

12   sorry; that is, the organization of ISIS -- how important

13   was the oil trade with Syria to ISIS's ability to function?

14   A.  It was very important.  Syria, according to multiple

15   accounts, including documents that were uncovered in a raid

16   that killed ISIS's oil minister, a man known as Abu Sayyaf,

17   indicate that Syria was the most consequential buyer of

18   ISIS's oil.

19   Q.  Thank you.

20        Let's talk about Abu Sayyaf.  Who was he and what

21   role did he play in the Syria-ISIS oil trade?

22   A.  Abu Sayyaf was known as ISIS's oil minister, sometimes

23   referred to as an oil tycoon.  He's significant in that he

24   was the target of a raid that came in 2016 conducted -- or

25   sorry, I apologize, it was May of 2015 when U.S. Special

1    Forces went after him.  During that raid, they were able to

2    uncover a large number of documents which, in granular

3    detail, outline the contours of ISIS's oil trade.  This was

4    reported on subsequently by the Wall Street Journal which

5    was given exclusive access to these documents.  There's one

6    specific memorandum, Memo No. 156 dated February 11th of

7    2015 which was from ISIS's treasury to Abu Sayyaf's

8    supervisor, and it requested guidance on establishing

9    investment relationships with businessmen who were linked to

10   the regime of Bashar al-Assad.  The document also said that

11   ISIS already had agreements allowing trucks and pipeline

12   transit from regime-controlled fields through

13   ISIS-controlled territory.

14   Q.  Thank you.

15       Could you open and briefly review Exhibit-24.

16   A.  Yes, sir.

17   Q.  Are you familiar with this document?

18   A.  Yes, I am.

19   Q.  Could you describe it briefly.

20   A.  This is the criminal complaint in the Umm Sayyaf case.

21   Umm Sayyaf was the wife of Abu Sayyaf and she is charged in

22   U.S. court for a variety of things, including keeping slaves

23   for Mr. Abu Sayyaf.

24   Q.  And do you view the contents of her confession -- the

25   references to documentary materials recovered in the raid

1    you referred to earlier -- in this complaint as reliable?

2    A.  Yes, sir, I do.

3    Q.  And do the conclusions reached in this complaint conform

4    to your own expert opinion?

5    A.  Yes, sir, they do.

6    Q.  Thank you.

7             Who is Hussam al-Katerji?

8    A.  Hussam al-Katerji was a prominent businessman and

9    politician in Syria.  He served as a parliamentarian for

10   Aleppo.  He also was described by Syria's Watan FM -- which

11   is an opposition outlet -- as being both a powerful figure

12   in the Assad regime and a partner of a very well-known

13   Syrian businessman, Rami Makhlouf, who is the nephew of

14   Bashar al-Assad.  From these positions, Katerji became one

15   of the main brokers who facilitated the Assad-ISIS trading

16   relationship.

17   Q.  Did Katerji facilitate trade in goods other than oil?

18   A.  Yes, he did.  He facilitated trade not only in oil, but

19   also in wheat and other foodstuffs.

20   Q.  How do you know what you've just stated regarding the

21   role of Katerji in the ISIS-Syria trade relationship?

22   A.  From a few different sources.

23             One is testimony on his role that was provided by

24   people who were involved in the transport of oil between the

25   Syrian Government and ISIS.  One such individual who's known

1    as Abu Imad was an oil tanker driver from Raqqa.  He spoke

2    to an opposition news source about ISIS's contract to

3    provide oil field access to Katerji who, in return, provided

4    400 oil tankers to transport the oil.  Abu Imad also spoke

5    about other key aspects of the trade relationship, including

6    an agreement that the Assad regime would not arrest or

7    harass tankers, some of whom, as I mentioned before, were

8    people wanted by the regime.

9         A second way we know about this is through traders

10   who also spoke of the trade Katerji was involved in,

11   including the wheat trade with Raqqa.  One such trader is

12   referred to as Abu Ahmed in reporting.

13        A third way we know about this is that Watan FM

14   reported on documentary evidence of deals brokered by

15   Katerji between the regime and ISIS, including the sale of

16   wheat, food and the provision of logistical support.

17        One final thing I'll mention here is that I've

18   spoke about Watan FM which is an opposition news source, and

19   one can object that opposition news sources may have some

20   sort of axe to grind or that their credibility can be

21   questioned.  So I should specify that Katerji's role was not

22   only reported there, but also by the Reuters news service

23   which I quote in my expert report.  Reuters quotes five

24   farmers, and also, two administrators in Raqqa province who

25   verified Katerji's role in facilitating wheat trade between

1    the regime and ISIS in addition to verifying that the

2    militant group was allowed to take a cut from Katerji's

3    trade.

4    Q.  Thank you.

5            Moving on to another individual, who is George

6    Haswani?

7    A.  George Haswani is a Russian-Syrian businessman who, in

8    November of 2015, was designated by the U.S. Treasury for,

9    and I quote, Materially assisting and acting for or on

10   behalf of the Government of Syria.  In particular, the

11   designation outlines how Mr. Haswani and his company served

12   as a middleman for oil purchases by the Syrian regime from

13   ISIL which, again, was the acronym used to describe ISIS at

14   the time.  It spoke, among other things, of his company

15   sending ISIS 15 million Syrian lira -- which is about

16   $50,000 -- every month to protect its equipment at one of

17   its plants.  Another of his companies was also designated

18   later in September of 2018.

19   Q.  Thank you.

20           Finally, who is Muhammad al-Qatirji?

21   A.  Muhammad al-Qatirji is the CEO of the Qatirji Company.

22   He was designated in September 2018 by the U.S. Treasury for

23   conducting business with ISIS in the petroleum sector.  The

24   designation of Mr. Qatirji states that he maintains strong

25   ties to the Syrian regime and that he facilitated fuel trade

1    between the regime and ISIS.  The designation explains that

2    in a 2016 trade deal between the Government and [sic] Syria

3    of [sic] ISIS, the Qatirji Company was identified as the

4    exclusive agent for providing supplies to ISIS-controlled

5    areas, including oil and other commodities.

6         And let me say one thing about that; that we've

7    emphasized the sale of oil by ISIS to the Syrian regime, but

8    the Qatirji designation shows that this was a relationship

9    which worked in two directions; that oil would flow to the

10   Syrian regime, but also oil and other products in some form

11   would flow back to ISIS as well which suggests that perhaps

12   in areas where ISIS didn't have sufficient refining

13   capability that it was relying on the Syrian Government to

14   refine and then push petroleum products back to it.  That's

15   the only way I can read the designation of Mr. Qatirji in

16   which it's not just a one-way relationship of ISIS selling

17   to Syria but actually Syria selling some petroleum back to

18   ISIS.

19   Q.  Thank you.

20        So to summarize, to a reasonable degree of

21   certainty, would ISIS have been able to carry out the

22   abduction, torture and murder of Steven Sotloff and James

23   Foley in the manner it did without the economic support from

24   Syria which you have just described?

25   A.  I believe that it would not have been able to do so.

1    No.

2    Q.  Why do you say that?

3    A.  Because, as I've outlined, in this case ISIS was

4    fundamentally dependent on a bureaucracy of violence.  It

5    was fundamentally dependent upon the ability to control

6    territory.  It was fundamentally dependent upon its ability

7    to function as a state in which it could imprison people in

8    a single location for extended periods; in which it could

9    transport them throughout the country without fear that

10   opposing forces would rescue these people; and where it

11   could execute them outside.  I've looked at multiple other

12   cases of, you know -- sadly, of abductions by militant

13   organizations, and the ability to do these things in the

14   manner that they were done to Mr. Sotloff and Mr. Foley is

15   very rare for a militant organization.  Often, captives are

16   hurriedly spirited between different safe houses and there's

17   a constant fear of security forces swooping in and making a

18   rescue.  That did not exist in this case.  They had

19   impunity, impunity in the way that they dealt with

20   Mr. Sotloff and Mr. Foley in holding them captive; in

21   torturing them; in executing them; and in using their

22   execution for grizzly propaganda.

23   Q.  Thank you.

24          I'd like to ask you a related question.  To a

25   reasonable degree of certainty, would ISIS have been able to

1    carry out the abduction, torture and murder of Steven

2    Sotloff and James Foley in the manner it did without the

3    regime's release of jihadist prisoners from Sednaya?

4    A.  I believe that it would not have.  No.

5    Q.  And why do you say that?

6    A.  Because the releases from Sednaya provided a critical

7    bolster to ISIS's ranks.  We talked about three of those

8    individuals, and that's three out of what Secretary Kerry

9    estimated it being 1,500 total, but just in those three we

10   can see the impact that they had.  One of those individuals,

11   Abu Luqman, was able to bring hundreds of fighters from

12   Nusra over to ISIS, then brokered tribal ties that helped

13   ISIS to further swell its ranks.  One of those individuals

14   was ISIS's first judge.  Another of those individuals was an

15   official who oversaw the captivity of hostages, including

16   directly overseeing Mr. Foley's captivity.

17          Looking at these releases and what they added to

18   ISIS's ranks, I believe that the Sednaya releases were an

19   important part of ISIS's growth.  Obviously, counterfactuals

20   are always very difficult, but it's very clear when you look

21   at the statements of U.S. officials like Secretary Kerry

22   that this alliance with where the U.S. intelligence

23   community was and ultimately this swelling of ranks that was

24   caused by these releases from Sednaya and other prisons of

25   Mr. Assad's were extremely important for ISIS's explosive

1    organizational growth that resulted in its control of

2    critical and very large swaths of territory.

3    Q.  Thank you.

4         THE COURT:  Mr. Perles, can I just jump in and ask

5    one question before you --

6         MR. JOSHUA PERLES:  Please.

7         THE COURT:  -- leave this thread.

8         Doctor, you've mentioned this phrase a couple of

9    times, "bureaucracy of violence."  I have an inkling of what

10   you mean by it, but would you just take a moment and you've

11   -- and explain what you mean by that phrase.

12        THE WITNESS:  Absolutely, Your Honor.  Thank you

13   for asking.

14        I use it in a few different ways.  One is the most

15   basic way which refers to what one calls a monopoly of

16   violence over an area that it controlled.  In order to be

17   able to exercise the functions of a state -- and ISIS was,

18   in many ways, functioning as a state during this period --

19   you need a monopoly of violence.  In other words, that

20   security forces can't swoop in and rescue people or disrupt

21   the captives that you're holding.

22        That's the most basic way that I use it, but

23   there's a second way as well which is that ISIS, its entire

24   rise and rule was based on its ability to wield violence and

25   to wield violence in exceptionally brutal ways that were

1    able to send its message and to give it complete control

2    over populations and prisoners who fell under its control.

3    So for example, if you look at what happened to Mr. Foley or

4    Mr. Sotloff, they were basically ensnared in its bureaucracy

5    of violence from the very outset.  Both men were in their

6    cars; they were taken from their cars by armed militants;

7    they were immediately made hostage; they were, then, brought

8    to prisons where they were detained, and detained with the

9    threat of being killed if they were to try to escape; both

10   men were tortured which is an execution of violence upon the

11   person; and there were, you know -- there are numerous

12   people who were tortured by ISIS.  Nobody who escaped from

13   ISIS's imprisonment has ever reported not being tortured.

14   The torture methods are outlined in my report.  They're very

15   grotesque and almost ingenious in the brutal ways that they

16   were able to enforce ISIS's degree of control.  This

17   bureaucracy of violence was necessary both to get people to

18   do things that they might not at all be inclined to do.

19          We talked briefly about John Cantlie, but I'll

20   speak to him as an example of this bureaucracy of violence,

21   Your Honor.  John Cantlie was the British journalist who was

22   traveling with Mr. Foley who also was captured by ISIS.

23   ISIS, in an extraordinarily grizzly show, made Mr. Cantlie,

24   while he was waiting to be executed, serve as a propagandist

25   for ISIS giving video after video depicting, you know --

1    that were essentially giving ISIS's view of the world

2    through Mr. Cantlie, a British journalist, serving as their

3    mouthpiece.

4         The bureaucracy of violence in that regard was

5    also very important for the ultimate fate of Mr. Foley and

6    Mr. Sotloff.  Numerous people who were held by ISIS talk

7    about the fact that ISIS would engage in one mock execution

8    after another.  Those mock executions were designed to do

9    several things.  They were obviously designed to torture,

10   but I think a more important thing the mock execution was

11   designed to do was to ensure that the individual about to be

12   executed when it was really going to go down would seem

13   subdued and wouldn't try to stop their execution in any way.

14   That's because if a person like Mr. Foley or Mr. Sotloff

15   experiences mock execution after mock execution and is

16   tortured every time they resist, that will train them not to

17   resist.  That means when they're on camera and actually

18   about to die, they won't know that that's the time, and they

19   will know that if it's not the time and they resist, then

20   the fate they'll get will be a fate of immense pain.

21        All of this was a bureaucracy of violence which

22   was very important to the case at issue and a bureaucracy of

23   violence, Your Honor, that was empowered by the degree of

24   territorial control and the degree of power that ISIS was

25   able to achieve which was very unique among all militant

1    organizations that we've seen throughout the history of

2    substate militant organizations.

3              MR. JOSHUA PERLES:  Thank you.

4              Do you have any further questions in that regard,

5    Your Honor?

6              THE COURT:  I'm sorry.  Thank you, Doctor.  I was

7    muted there, but thank you.

8              Mr. Perles, you may continue.

9              MR. JOSHUA PERLES:  Thank you.

10   BY MR. JOSHUA PERLES:

11   Q.  Does the fact that ISIS jihadists killed Syrian soldiers

12   and vice versa cast any doubt on your conclusion that Syria

13   provided material support to ISIS?

14   A.  No, it does not, sir.  The reason why is material

15   support can exist within a complex relationship.

16              One example of this which has been found in some

17   other cases is the relationship between Iran and al-Qaeda --

18   one that I've studied in great detail -- in which Iran will

19   sometimes jail and significantly mistreat members of

20   al-Qaeda, and other times it will support the organization

21   when it serves the ends of the Iranian state.

22              Likewise, with respect to Syria and ISIS,

23   obviously, the Syrian Government doesn't want to see ISIS --

24   but at the same time, it can choose to provide material

25   support selectively because it has an interest in ISIS being

1    stronger than other opposition groups.  Other opposition

2    groups can attract outside support.  Other opposition groups

3    look much more attractive from the perspective of the United

4    States and other countries.

5            So at the end of the day, the relationship between

6    the Assad regime and ISIS is, of course, a complex

7    relationship, but that -- the complexity of that

8    relationship does not preclude a relationship of material

9    support among other facets.

10   Q.  Thank you.

11           And I'd like to rephrase that question a little

12   bit more specifically.  Do those mutual casualties cast any

13   doubt on your conclusion that Syria was buying oil from ISIS

14   and engaged in other forms of economic exchange with ISIS?

15   A.  No, sir, they do not.

16           MR. JOSHUA PERLES:  Thank you.

17           Your Honor, here, I'd like to offer you an

18   opportunity to ask any questions regarding Dr. Daveed

19   Gartenstein-Ross's previous testimony, because after this I

20   am going to briefly touch on ISIS's culpability for the

21   murders at issue in this case.

22           (Brief pause.)

23           Your Honor, apologies for interrupting.  It's

24   still on mute.

25           THE COURT:  I'm being very disciplined about

1    having -- muting myself and I'm not used to that.

2            Why don't -- I have a very few questions, but,

3    Mr. Perles, I'll just wait until you've finished up your

4    connecting ISIS.

5            MR. JOSHUA PERLES:  Thank you, Your Honor.

6    BY MR. JOSHUA PERLES:

7    Q.  What conclusions did you reach to a reasonable degree of

8    certainty regarding ISIS's role in the death of James Foley

9    and Steven Sotloff?

10   A.  I reached the conclusion that ISIS was responsible for

11   the deaths of both men.  There are a few parts to this

12   conclusion, you know?  ISIS broadcasted, through its

13   propaganda, showing videos of both men alive and about to be

14   beheaded and then dead with their heads having been cut off

15   by an executioner, and I conclude that those videos -- that

16   the videos that I gave to you are authentic reproductions of

17   what ISIS put out; that they are indeed ISIS videos based on

18   a number of indicia; and that ISIS was clearly responsible

19   for the deaths of both men.

20   Q.  In regards to those two videos, can you confirm that

21   Exhibits 25 and 26 are authentic reproductions of the videos

22   you transmitted to plaintiffs and that you authenticated?

23   A.  Yes, sir, I can.

24           MR. JOSHUA PERLES:  Thank you.

25           Your Honor, with your permission, I think we'll

1    forego actually replaying these videos at this moment.  You

2    have access to them in the hyperlinked brief.  Thank you.

3            THE COURT:  Just for the record -- yes.  For the

4    record, I was nodding, but -- I tell witnesses this all the

5    time.  Very well, Mr. Perles.  Yeah, there's no need to play

6    the -- those videos.  I -- as you note, I have access to

7    them and we'll view them as needed in ruling on this case.

8            MR. JOSHUA PERLES:  Thank you.

9    BY MR. JOSHUA PERLES:

10   Q.  Dr. Gartenstein-Ross, for reference for when chambers

11   reviews those two videos, could you discuss briefly a couple

12   of the indicators of ISIS origin that you mentioned in your

13   report.

14   A.  Yes.

15           One indication is the iconography.  The video has

16   an ISIS logo.  It has, also, a logo of the Al-Furqan Media

17   Foundation which was an ISIS media production unit.

18           Secondly, there are other indicators of symbols

19   that ISIS liked to have in its videos.  Both men are in the

20   trademark orange jumpsuits that ISIS would put its hostages

21   in.

22           A third indication is that their executioner has

23   been publicly identified as Mohammed Emwazi.  Mohammed

24   Emwazi was a member of ISIS.  The fact that the executioner

25   is known and has been identified as such by intelligence

1    agencies is a strong indication that this was ISIS.

2            A fourth reason that we know that this was ISIS

3    was these videos were distributed through ISIS's standard

4    means of distribution.  It had -- consistent with its

5    bureaucratic structure, it had different means of pushing

6    videos and other material out to its audience and these

7    followed standard ISIS channels of distribution.

8            A fifth and final indicator that makes it clear

9    that these were ISIS videos is that ISIS subsequently

10   referred to them in its own publications.  In my expert

11   report, I referred to the publication Dabiq which had

12   stories about both men's death in it boasting about how the

13   organization had killed them, but that's just one example

14   among many.  They referred to the deaths of Mr. Foley and

15   Mr. Sotloff so many times that it leaves literally no doubt

16   that these were authentic ISIS productions associated with

17   that organization.

18   Q.  Thank you.

19           And for the record, you've reviewed Exhibits 23, 9

20   and 10?

21   A.  Yes, sir.

22   Q.  And in your view, are those authentic U.S. Government

23   reports and are their contents reliable?

24   A.  Yes, sir.

25   Q.  Thank you.

```
 1            And just to clarify, does the U.S. Government
 2     concur in your conclusion that the video is authentic and
 3     that ISIS was culpable for these murders?
 4     A.  Yes, sir.  The U.S. Government, on several occasions,
 5     authenticated and referred to both of these.  One example
 6     with respect to the Foley video is that the National
 7     Security Council publicly confirmed its authenticity and
 8     President Obama further reiterated it declaring, and I
 9     quote, That the entire world is appalled by the brutal
10     murder of Jim Foley by the terrorist group ISIL.  They made
11     similar representations after Mr. Sotloff's death.  So it's
12     very clear that there is no daylight between my conclusions
13     and those of the U.S. intelligence community in this case.
14     Q.  Sure.
15            And out of respect for the Court's time, without
16     getting into too much detail, is it correct that in your
17     expert report you conclude -- or you provide direct evidence
18     that Sotloff and Foley were tortured in captivity, and also,
19     show that standard operating procedure for ISIS involved
20     torture?
21     A.  Yes, sir, I do.
22     Q.  Thank you.
23            So in summary, to a reasonable degree of
24     certainty, did ISIS abduct James Foley and Steven Sotloff?
25     A.  To a reasonable degree of certainty, it abducted Steven
```

1   Sotloff.  It's not clear that ISIS was responsible for the

2   abduction of James Foley, but it's clear that shortly after

3   he was abducted by militants, he was put in ISIS's -- under

4   ISIS's control.  So he was held by ISIS for an extended

5   period and killed by ISIS, though there's some question

6   about Mr. Foley's abduction.

7   Q.  Thank you for that clarification.

8        Do you have any doubt that ISIS tortured Steven

9   Sotloff and James Foley while holding them captive using the

10  methods you've described in your report?

11  A.  No, sir.  None.

12  Q.  Do you have any doubt that ISIS executed Steven Sotloff

13  and James Foley and then distributed propaganda videos

14  depicting those murders?

15  A.  No, sir.  None.

16       MR. JOSHUA PERLES:  Your Honor, I believe I will

17  stop here and this is the extent of the questions I had for

18  the witness.  And if you have any, I turn the witness over

19  to the Court.  Thank you.

20       THE COURT:  All right.  Very well.

21       Doctor, I just have a few questions.

22       As we have -- as has been alluded to and as you

23  just testified to, the connection between ISIS and what,

24  unfortunately, happened to Mr. Foley and Mr. Sotloff is --

25  the evidence is relatively strong on that point, to say the

1    least.  The -- but, of course, on -- in terms of holding

2    Syria responsible for what happened, I have to find that

3    Syria caused -- played a role in causing what happened.  And

4    counsel asked you a number of questions and, kind of, you

5    know, targeted toward this causal relationship.  One part of

6    the causation analysis is I have to look to whether Syria's

7    actions were a substantial factor in the series of events

8    that led to what happened -- specifically, what happened to

9    Mr. Foley and Mr. Sotloff.  And I think -- I don't -- I

10   think you've covered this to some degree, but I just want to

11   hear you walk through it again.  My understanding is, you

12   know, your testimony is that you have found that Syria's

13   actions were a substantial factor.  In fact, more than a

14   substantial factor, but that it's -- and you focused on,

15   again, the two -- the material support that you have -- that

16   you're -- that you -- your testimony reflects Syria provide

17   ISIS, that being the oil transfers and the prisoner

18   releases.  Can you just, once again -- and, again, I think

19   you've covered this -- but bring that all together for me.

20   What about the oil transfers and the prisoner releases go

21   directly to the conditions and the -- and -- the conditions

22   that allowed for what happened specifically to these victims

23   to happen?

24            THE WITNESS:  Absolutely, Your Honor.

25            First, I'll get to the specific; then I'll zoom

1    out to the broad.

2        Getting down to the specific, we know that one of

3    the people released from the Sednaya Prison, Mr. Absi,

4    actually was responsible for holding Mr. Foley and

5    Mr. Sotloff during their time in Aleppo, as he was the Wali

6    of Aleppo.  That's a specific connection, but I think it's

7    more compelling when we zoom out to the broad.

8        Zooming to the broad, as I discussed, being able

9    to control territory, to function as a state, and to wield

10   its bureaucracy of violence was extraordinarily important

11   for ISIS, important for them to be able to do what they did

12   which is maintain complete control of these individuals from

13   the time that they came under ISIS's control in the first

14   place.  In the case of Mr. Sotloff, taking him out of the

15   car that he was in; in the case of Mr. Foley, obtaining him

16   at some point perhaps after he was captured by other

17   militants.  They were able to keep them in captivity in a

18   single place; move them around; torture them; and have

19   complete control of them until the time that they were

20   executed.  In order to be able to accomplish something like

21   that, functioning as a state and terrorizing people like

22   Mr. Foley and Mr. Sotloff, a lot went into building that

23   state -- into building that bureaucracy.

24       So to turn to the two types of material support,

25   on the one hand the prisoners released from Sednaya and

1    other Assad prisons were extraordinarily important for ISIS

2    becoming the force that it did on the battlefield even

3    vis-à-vis other militant groups.  So we outline -- I outline

4    in my report, for example, how Abu Luqman brought a large

5    number of people from Nusra over to ISIS.  Now, this is

6    relevant to both men's death.  If they had been held by

7    Nusra rather than ISIS, both men may be alive -- may well be

8    alive today.  There are people who were -- there are

9    Americans who were held by Nusra and survived.  There are

10   not Americans who ISIS ever released.  So that is one

11   significant difference and one reason why the unique

12   bolstering of ISIS was such a problem and so relevant to

13   this case.

14          The other part, in drawing the oil sales in, is

15   that to maintain such state control and such a bureaucracy

16   of violence, it was necessary for ISIS to have the financial

17   lifeblood of their proto-state, and oil was their biggest

18   source of revenue.  It wasn't their only source, but it was

19   their biggest source of revenue; it was significant to ISIS;

20   and it's very clear looking at subsequent developments in

21   Syria that, as ISIS lost its oil revenue, ISIS's so-called

22   caliphate collapsed.  Now, I'm not going to draw too sharp a

23   causal connection there.  There are other reasons that the

24   ISIS caliphate collapsed as well beside oil, but in order to

25   get this mass control over such a significant swath of

1    territory, ISIS was dependent upon money.  Oil was a

2    significant resource, and the Syrian regime was a

3    significant oil trading partner; a significant purchaser --

4    direct purchaser of ISIS's oil.

5          THE COURT:  Is it fair to say another way of

6    saying what you're saying is, without the prisoner releases;

7    without the oil and other trading relationships, you really

8    don't have ISIS as we know it?  You might have some other

9    organization, and who knows what that organization might or

10   might not have been able to accomplish.  But you just don't

11   have the thing that we know at that time to be ISIS?

12         THE WITNESS:  Yes, sir.  That's correct.  To

13   caveat slightly, I would say you might not have had the

14   thing that we knew as ISIS in that form, you know?  It still

15   may have been strong.  It certainly wouldn't have been as

16   strong.  It's possible that Nusra would have completely

17   outstripped ISIS but for those prisoner releases and but for

18   the oil-trading relationship.  Counterfactuals are always

19   difficult, as you certainly know.  So I agree with the

20   statement, just building in a slight degree of uncertainty

21   to allow for the ambiguities of counterfactuals.

22         THE COURT:  But your point is they wouldn't have

23   had the degree of territorial control to be able to do what

24   they did?

25         THE WITNESS:  Yes, sir.  That is my point.

1           THE COURT:  All right.

2           The second part of the causal -- as a legal

3    matter, the causal test talks about the -- what happened to

4    these -- Mr. Sotloff and Mr. Foley has to have been

5    reasonably foreseeable or anticipated as the natural

6    consequence of Syria's actions, and so let me just ask about

7    that.  Maybe it's -- maybe, this is, sort of -- I -- let's

8    put it this way.  It has to be more than just that they --

9    that Syria provided these resources that ended up being a

10   substantial factor in what happened, but it has to be

11   foreseeable that -- not obviously and specifically what

12   happened here to Mr. Foley and Mr. Sotloff, but that in

13   general things like a kidnapping, an execution, things like

14   this were reasonably foreseeable.

15          I don't think you've -- unlike the prior question

16   I had, I don't think you've addressed -- I'm not sure, but I

17   don't think you've addressed this directly.  As you were

18   testifying, it struck me that it's possible that part of

19   your answer on this might be about just simply looking to

20   some of the predecessor groups and activities they conducted

21   either in Iraq or elsewhere.  Take the -- for example, the

22   other Foley case that you mentioned which, I believe,

23   happened in Jordan, but, though, I, you know -- I don't want

24   to -- this is the kind of thing that, maybe, is obvious, but

25   I don't -- I want to have a record on it and have your view

1     of why -- if your view is this, why it would have been

2     reasonably foreseeable for these types of things -- the

3     types of things that happened to these men -- or for them --

4     for these types of things to have been either, you know,

5     reasonably foreseeable or anticipated as the natural

6     consequence of the material support that Syria provided by

7     Syria.  So if you'd address that.

8               THE WITNESS:  Yes, Your Honor.  Thank you for that

9     question.

10              The answer, Your Honor, does lie precisely with

11    where you think it does which is with the predecessor

12    organizations.  So you mentioned Laurence Foley, but going

13    beyond Laurence Foley, this exact kind of killing of

14    Americans in this exact kind of manner absent the state

15    control had been carried out before by this exact

16    organization.  Individuals released from the Sednaya Prison

17    were, as I've documented, a part of al-Qaeda in Iraq/the

18    Zarqawi organization under whatever name it was using at

19    that time.  One individual was -- the Islamic State of Iraq,

20    but regardless this organization had previously, in Iraq,

21    captured Americans; put them in orange jumpsuits of the kind

22    that Mr. Sotloff and Mr. Foley were forced to wear; it

23    tortured them; and then it beheaded them on camera.  So this

24    exact kind of killing of this exact target had occurred

25    before.  That makes it very foreseeable that it might happen

1    again.

2              THE COURT:  All right.  And can you direct me to

3    -- you go into this exact point in your report?  And if you

4    do, could you just direct me to the page.

5              THE WITNESS:  Oh, I --

6              THE COURT:  This --

7              THE WITNESS:  I did not go into this in my report.

8    I didn't go over it --

9              THE COURT:  All right.

10              THE WITNESS:  -- them using this specific method.

11   There are -- this is fairly well known, and I'm sure that if

12   it would be helpful I could submit an addendum to my expert

13   report that provides some cases in which this exact kind of

14   killing was carried out by the Zarqawi organization prior to

15   these prisoner releases.

16              THE COURT:  All right.  Well, we'll let counsel

17   know if that's necessary.  It may well not be, but thank you

18   for the offer.

19              I have no further questions.  So Mr. Perles, I'll

20   turn it back to you.  I don't know if you have any

21   follow-ups.

22              MR. JOSHUA PERLES:  I do not.  I have no further

23   questions, Your Honor.

24              THE COURT:  All right.  Very well, then.  If --

25              Doctor, thank you for being here, again,

1    participating in our attempts to have the wheels of justice

2    move forward even while we are facing our pandemic.  So I

3    appreciate your testimony, and if there's no further

4    questions you're excused.

5                    THE WITNESS:  Thank you, Your Honor.

6                    (Witness steps down.)

7                    THE COURT:  All right.  Mr. MacAllister, do you

8    want to take -- or do you want to give the court reporter

9    just a short break here?  I mean, just five minutes and then

10   we'll come back and we'll take the next witness.

11                   MR. MACALLISTER:  Well, Your Honor, we could even

12   take a 10-minute break just to make sure that the witness is

13   ready to go at -- ready to go for us.

14                   THE COURT:  Very well.

15                   MR. MACALLISTER:  Okay.

16                   THE COURT:  That's quite fine.  All right.  So

17   let's take a 10-minute recess.  We'll come back at, you

18   know, 2:38, 2:40, and hopefully we'll have our next witness

19   ready to go.

20                   MR. MACALLISTER:  Thank you.

21                   (Brief recess taken.)

22                   THE COURT:  All right.  Katrina, you can call the

23   case when you would like.  We're back.

24                   THE DEPUTY CLERK:  We are back on the record in

25   civil matter 16-725, Arthur Barry Sotloff, et al., v. Syrian

1      Arab Republic.

2              THE COURT:  All right.  Mr. MacAllister, let me

3      turn things over to you.

4              MR. MACALLISTER:  Thank you, Your Honor.

5      Plaintiffs call to the stand Dr. Matthew Levitt.

6              **MATTHEW LEVITT, WITNESS FOR THE PLAINTIFFS, SWORN**

7                         DIRECT EXAMINATION

8      BY MR. MACALLISTER:

9      Q.  Please state your name and occupation for the Court.

10     A.  Dr. Matthew Levitt, L-E-V-I-T-T.  I am the director of

11     the Reinhard -- R-E-I-N-D-A-R-D [sic] -- counterterrorism

12     and intelligence program at the Washington Institute for

13     Near East Policy where I am also the Fromer --

14     F-R-O-M-E-R -- -Wexler Fellow, and I'm also an adjunct

15     professor at Georgetown University's School of Foreign

16     Service in the security studies program.

17     Q.  Dr. Levitt, did I ask you to study the responsibility of

18     the Syrian Government for the murders of Steven Sotloff and

19     James Foley?

20     A.  You did.

21     Q.  Did you complete the study?

22     A.  I did.

23     Q.  Are you prepared to discuss those findings today?

24     A.  I am.

25              MR. MACALLISTER:  Your Honor, at this time, I'm

1    going to proffer Dr. Levitt as an expert witness on two

2    different topics, then I'll lay out the bases and then I'll

3    move the Court to admit him on those topics.  The topics in

4    which we're proffering Dr. Levitt are the Syrian

5    Government's relationship with terrorist groups generally

6    and ISIS predecessor terrorist groups specifically, and then

7    the Syrian Government's relationship with ISIS specific to

8    the 2010, 2015 time frame.

9                (Brief pause.)

10               Dr. Levitt --

11               THE COURT:  Very well.  You may proceed.

12               MR. MACALLISTER:  Oh, I'm sorry, Your Honor.

13               THE COURT:  You may proceed.

14               MR. MACALLISTER:  Thank you.

15   BY MR. MACALLISTER:

16   Q.  Dr. Levitt, before we discuss your findings, let's

17   describe your qualification to the Court.  Could you

18   describe your education to the Court.

19   A.  I have a BA in political science with honors from

20   Yeshiva University in New York, Y-E-S-H-I-V-A.  I have a

21   master's of law and diplomacy, or a MALD, M-A-L-D, in

22   international relations with a concentration in --

23   concentrations in security studies, the Middle East and

24   international negotiation theory from the Fletcher School of

25   Law and Diplomacy at Tufts University, and I have a Ph.D. in

1    international relations with a focus on terrorism and

2    negotiation theory also from the Fletcher School at Tufts.

3    In pursuit of that, I was also a Ph.D. research fellow at

4    Harvard Law School in the program on negotiation.

5    Q.  Dr. Levitt, in chronological order, please describe --

6    or please list the different places that you've worked that

7    are relevant to these proceedings.

8    A.  In 1998, I moved down to Washington, D.C., and I had a

9    tentative letter of hire to -- for a counterterrorism

10   position at the FBI.  While waiting for those clearances to

11   go through, I took a job as a Soref -- S-O-R-E-F -- Fellow

12   at the Washington Institute for Near East Policy where I am

13   again now.  That is their, kind of, junior fellowship on

14   senior staff.  I was supposed to be there for a year, but

15   the clearances went through faster than I anticipated and I

16   was only there for about 10 or 12 weeks before I got the

17   call to come to the Bureau.

18          So in the fall of 1998, I started at the FBI at

19   headquarters as a counterterrorism analyst.  The official

20   title at the time was intelligence research specialist.  And

21   I stayed there through and including 9/11 where I served as

22   the head of the analytical team for Flight 175 in PENTTBOM,

23   P-E-N-T-T-B-O-M, the 9/11 case.  I had not yet finished my

24   Ph.D., however, and I decided it was time.  So after my

25   group's service in 9/11 was done, I left the Bureau.  I went

1    back to the Washington Institute for Near East Policy where

2    they brought me on as a senior fellow and the inaugural

3    director of the terrorism program.  The Institute had

4    covered terrorism issues before but didn't have a dedicated

5    program to it.  So that was in 2001.  And while there, I was

6    also teaching at Johns Hopkins University and finishing my

7    Ph.D.

8              I then got recruited to go to the Treasury

9    Department as part of the Intelligence Reform and Terrorism

10   Prevention Act.  Almost all of the 1811 -- the law

11   enforcement -- gun-carrying law enforcement elements were

12   pulled out of Treasury, and in that space something new was

13   created called Terrorism and Financial Intelligence which

14   included both some pre-existing components like the Office

15   of Foreign Assets Control and FinCEN and some new ones such

16   as the policy shop, terror finance and financial crime; and

17   the intelligence shop, the Office of Intelligence and

18   Analysis, and I was recruited to become the Deputy Assistant

19   Secretary for Intelligence and Analysis.  That was a senior

20   executive's service position within the Department and it

21   was also, kind of, double -- dual-hatted, also reporting up

22   to then -- the then-new Office of the Director of National

23   Intelligence.  It made me the deputy chief of one of our

24   smaller but one of our -- one of the U.S. intelligence

25   agencies.

1          I stayed there for about a year-and-a-half, during

2     which time my wife, who's a mathematician, calculates I did

3     much more than a year-and-a-half's worth of work and ended

4     up coming back to the Washington Institute.  That was in

5     2007.  And I've been back at the Washington Institute since

6     then with one temporary government employment period.  That

7     means while working at the Washington Institute, had

8     temporary assignment working as a counterterrorism advisor

9     to General Jones at the State Department who was then, at

10    the -- towards the end of the Bush administration, one of

11    three envoys trying to secure a peace agreement between the

12    Israelis and the Palestinians.

13         The only other thing to add is, as I mentioned, I

14    taught at John Hopkins University's School of Advanced

15    International Studies for about, I guess, eight years, and

16    now for the past few years I teach at Georgetown University.

17    Q.  Dr. Levitt, let's flesh these out one by one.  Could you

18    repeat the job that you had -- the job title that you had at

19    the FBI.

20    A.  The official title was intelligence research specialist.

21    In regular English, counterterrorism analyst.

22    Q.  What does a counterterrorism analyst do?

23    A.  Well, the FBI's focused on activities that are either in

24    the United States or affect U.S. persons or interests

25    abroad.  I was in the analytical unit that was partnered

1    with the Middle East unit -- operational unit within the

2    International Terrorism Operations Section.  So I was

3    supporting agents who were either investigating terrorist

4    activity in the United States, either plots or logistics or

5    finance, or investigating plots targeting U.S. interests

6    abroad either preventively or the after-the-fact

7    investigation.

8    Q.  Did this work include the analysis of terrorist groups

9    in the Middle East and their state sponsors?

10   A.  Yes.  I was specifically working on Middle Eastern

11   terrorist groups, including Middle Eastern terrorist groups

12   sponsored by countries that are on the State Department's

13   State Sponsors of Terrorism list and this was, I should have

14   added, a position on the intelligence side of the house

15   within the FBI.

16   Q.  Did you participate in any crisis situations?

17   A.  I did.

18   Q.  Which ones?

19   A.  I served effectively as, kind of, the, sort of, chief of

20   staff, the right hand to the person in charge of analysis

21   for the millennium plot.  This was December 2000.  The two

22   main components were plots targeting U.S. and other

23   interests in Jordan -- hotels, Baptismal Site -- and then an

24   individual who attempted to cross the border from Canada

25   into the U.S. at the northwest intending to carry out a

1    bombing attack at Los Angeles International Airport.  At the

2    time, we thought there were many other components to it.  So

3    it was much larger.

4         And then, again, as I mentioned, at 9/11, I led

5    the analytical unit for the flight team related to United

6    Flight 175, the second flight that hit the Trade Center.

7    Q.  Turning now to the Washington Institute, could you

8    explain to the Court what the Washington Institute is and

9    does.

10    A.  Sure.

11         The Washington Institute is a non-partisan

12    charitable educational institution, a 501(c)(3).  We're not

13    related to any political party.  We take no government

14    funds; we take no foreign funds at all; and we are focused

15    on trying to provide informed analysis and policy

16    prescription advice for U.S. policy towards the Middle

17    East -- maybe, better put, the broader Middle East.  Our

18    remit is, kind of, Morocco to Iran and Turkey to Yemen.  And

19    within that, I direct our counterterrorism program, but we

20    also have programs on the Middle East peace process; on

21    Iran; on Iraq; on Turkey; on the Gulf and energy; we have a

22    military studies program; we typically have visiting fellows

23    from different parts of the U.S. Government; from other

24    governments; we have a visiting military program, people

25    from the U.S. military or other militaries.  Right now, we

1    have a visiting fellow assigned to us from the French

2    foreign ministry, for example.  We have people who have

3    served in administrations, both Republican and Democrat.  We

4    have many people like myself who have served in both

5    Democratic and Republican administrations.  We do research;

6    we write; we lecture; many of us teach; and we liaise with

7    people in governments to be able to come up with -- identify

8    the key problems that need answers and try and come up with

9    methodologically sound non-partisan or, at a minimum,

10   bipartisan prescriptions for strong policy ideas for U.S.

11   policy towards this region.

12   Q.  And what has been the primary focus of your research,

13   analysis, writing and lectures at the Washington Institute?

14   A.  So I focus on terrorism in and from the Middle East.  I

15   direct a program of two other senior fellows and a few

16   research assistants and interns.  My own research has

17   focused on state sponsorship of terrorism, especially in the

18   case of Iran and Syria, and also, to a lesser extent, but

19   also Sudan.  It's focused on terrorist groups in the Middle

20   East, the Islamic State and al-Qaeda, Hezbollah, Hamas,

21   etcetera.  I've had a particular focus on the

22   Israeli-Palestinian peace process which was the subject of

23   my Ph.D. dissertation and the intersection of terrorism

24   intent on undermining that process coming from both Jewish

25   terrorists' perspectives and Islamic terrorists'

1    perspectives.  And I've developed specialized expertise as

2    well on terror financing, illicit finance sanctions, threat

3    finance more generally which is the subject of a course I

4    teach at Georgetown right now, and also, on countering

5    violent extremism.

6    Q.  Has your work included the study of the Syrian

7    Government's whole history of support of terrorist groups?

8    A.  I've studied Syrian state sponsorship of terrorism over

9    a great many years now.  Yes.

10   Q.  And has that study and the focus included Syrian

11   sponsorship of terrorist groups in Iraq after the U.S.

12   invasion in 2003?

13   A.  Yes.

14   Q.  Has that study included serious connection to the group

15   known as ISIS?

16   A.  Yes, and its predecessors -- or predecessor names, I

17   should say.

18   Q.  Has your work included a study of the relationship

19   between the state support for a terrorist group and a

20   specific terrorist attack?

21   A.  Yes.  It's rare to be able to draw a line between

22   support and a terrorist attack in general, whether you're

23   talking about states or individual donors, but there's also

24   the larger context in which support to a terrorist group

25   enables a group to thrive; to learn tactics; to raise funds;

1    train and have the space -- physical space; and also, kind

2    of, the presence of mind, not being able to -- not having to

3    look over their shoulder all the time to be able to carry

4    out such an attack.  So kind of, both between the tactical

5    and the strategic support, both of which are critical, you

6    might also think of it as, kind of, active and passive

7    support, the ways a state sponsor -- the things that a state

8    sponsor actively does, whether that's providing funds or

9    doing other things for the group, but also passive, the

10   things that a state chooses not to do.  If you allow a

11   terrorist group to function freely in your territory; if you

12   choose not to target them, there are types of passive state

13   sponsorship -- there's a colleague of mine at Georgetown,

14   Professor Dan Byman, who'd written a whole -- wrote a whole

15   book on this -- but that can be no less important.

16   Q.  Dr. Levitt, you mentioned that there was a tour at

17   Treasury Department -- at the Treasury Department in between

18   job postings at the Washington Institute.  How long did you

19   work at Treasury?

20   A.  I worked at Treasury for about a year-and-a-half over a

21   --

22   Q.  And could you --

23   A.  -- from -- pardon?

24   Q.  Sorry.  Go ahead.  Please go ahead, sir.

25   A.  From 2005 -- I forget the month I started; I'm sure it's

1    in the CV we've provided -- to -- it was early 2007.  Either

2    late January, early February, I believe.

3    Q.  And could you repeat your job title at the Treasury

4    Department for the Court.

5    A.  I was the Deputy Assistant Secretary for Intelligence

6    and Analysis within the Office of Intelligence and Analysis

7    within Treasury's Terrorism and Financial Intelligence

8    branch.  It's a mouthful.

9    Q.  And what were your job responsibilities?

10   A.  I'm sorry.  Could you say it again?  You -- I lost you.

11   Q.  Oh.  What were your job responsibilities there?

12   A.  Oh, yes.

13         So I -- this was a management-level position.

14   This was a senior executive service position.  So I was

15   overseeing the various units within our intelligence shop

16   and overseeing the full array of activities in which they

17   were engaged.  So that included designations, whether it's

18   terrorist designations; kind of, proliferation designations;

19   counter-narcotics designations; the full range; rogue regime

20   designations.  Everything from, kind of, Zimbabwe to Iran,

21   al-Qaeda, Hamas, nuclear issues.

22         We also -- because we were part of the

23   intelligence community, we were doing things that were not

24   immediately supporting policy like a designation package.

25   We were writing finished intelligence products, as our

1    counterparts at the CIA or else others might do, including

2    sometimes writing for the President's daily brief, and we

3    would also be supporting the officials in the policy shop as

4    they would go out and engage both government and the private

5    financial sector on issues related to sanctions in

6    particular related to Iran and North Korea, but not only,

7    and so we would be, kind of, collecting information that

8    would help guide where they should go; with whom they should

9    speak; what they need to talk about.  We would be

10   declassifying information where possible in support of this,

11   kind of, more tangible policy -- which was one of the ways

12   that made us different than other elements of the

13   intelligence community that are not resident in a policy

14   department.

15          My boss was the Assistant Secretary for

16   Intelligence and Analysis.  Up through myself and her, we

17   were part of the U.S. intelligence community.  Above her,

18   the Under Secretary, it was Stuart Levey at the time who's

19   the one who hired me.  He was our boss within Treasury, but

20   he was not part of the intelligence community.

21   Q.  And while at Treasury, did your work include a focus on

22   the Syrian Government's support for terrorism?

23   A.  Yes.  So I, obviously, can't get into the details of --

24   too much detail of the work I did either at Treasury or FBI.

25   Both of them were within the intelligence community.  But,

1    yes, it definitely included state sponsorship of terrorism,

2    as you can imagine from the description I just gave.

3    Q.  Having worked both in the government in law enforcement

4    and the academic non-profit sector, is there a qualitative

5    difference in the source material for your conclusions today

6    versus the conclusions you reached while in government?

7    A.  Well, there's a big difference, and that is that

8    everything I do now is in the unclassified space.  I did not

9    have to, but actually both times I left the intelligence

10   community I proactively terminated all of my clearances, and

11   both times they were fairly high, the second time as the

12   deputy chief of one of our intelligence agencies.  They were

13   pretty extensive, but I did not want there to be any

14   confusion about where I knew things from, so I left.  I did

15   not go on television or radio for months.  I limited what I

16   did publicly.  It's amazing how quickly the brain forgets

17   the details.  I'm very careful about, you know, citing to

18   sources, obviously, open sources.  I remind people --

19   especially people who knew me when I was in government --

20   when I'm talking to them, I'm not in government; I do not

21   have clearances; do not tell me things that I shouldn't

22   know.

23          But I also will tell you that intelligence is just

24   information that comes from different places or through

25   different sources and methods.  It is not necessarily better

 1     information.  Now, there are certain types of things that
 2     you can only get if you are running a government-sized
 3     intelligence collection, you know, enterprise.  It's why
 4     things like Treasury designations, which includes some
 5     declassified information, are so useful for people in my
 6     field, but I go out.  I don't just sit at my desk and do
 7     research by Google.  I hit the pavement when it's not
 8     coronavirus here in Washington, D.C., and around the world.
 9     I travel a lot; I meet with people; I collect information; I
10     collect documents that are things I can have; and I
11     ultimately bounce those ideas off other people and write
12     reports.  And I've had many instances where, after I write a
13     report, I'll then go and I'll brief it to people at the
14     State Department or the National Security Council or
15     different parts of the U.S. intelligence community, and I've
16     had many experiences where I'll be briefing something that I
17     collected through my own interviews, and the intelligence
18     people, their eyes will start bugging out and it's clear
19     they're thinking, Oh, my God.  That's classified.  How do
20     you know it?  And I immediately stop what I'm saying and
21     from their -- the look on their face, tell them, Just so you
22     know, I -- look at the citation.  You'll see I got this from
23     this interview or this document.  You clearly know it also
24     in your case from classified sources, but that doesn't mean
25     that's the only way to know it.

1          So it's not the case that if you're not working in

2      the classified domain, you don't have much to contribute.

3      In fact, to the contrary, when I was the DAS for intel at

4      Treasury, I used to tell my managers and my analysts

5      themselves that there were certain types of things where the

6      best type of information was unclassified, and if they

7      didn't also refer to that information we were going to have

8      a problem.  It's not the case that always the best

9      information is the most highly classified.

10     Q.  And when you do these interviews that you discussed

11     earlier, who were you meeting with and who were you speaking

12     with when you conduct your field research?

13     A.  I meet with government officials very frequently here

14     and abroad; I meet with academics; I meet with other think

15     tank researchers; I meet with journalists; I meet with NGOs;

16     I meet with people who are, kind of, in the opposition to

17     governments; I meet as wide an array of people as possible

18     who have some type of insight into the issues I'm

19     investigating.  It's important not only to have a diversity

20     of opinion, but let's be honest; my focus area is trying to

21     understand the activities of groups that, by definition, are

22     trying to hide and obfuscate their activities.  This is

23     intended to be covert; right?  So take a group like

24     Hezbollah.  There's lots of things they do publicly,

25     politics and charity, but when it comes to the terrorism and

1    criminal activity and militia activity they don't put that

2    on their website and they're not so keen to make it public.

3    So you really do need to cast a wide net and talk to a lot

4    of people and then, of course, you don't just go back to

5    your desk and type it up like it's fact.  You then need to

6    bounce it off others and share ideas and get a sense of what

7    is true or at least what's in the realm of the possible.

8    Q.  And how do you vet information?

9    A.  With difficulty.  I spend a lot of time meeting with

10   people.  I drink a lot of coffee.  And I'm on the phone a

11   lot and I travel a lot.  And when you are trying to get

12   something confirmed, you don't go up to somebody and say,

13   Hey, I heard X, Y, Z; is that true?  You instead have a

14   conversation about X, Y, Z, and you see if they bring up

15   that issue, also.  It's not useful to lead someone to get

16   them to say what you want.  Now, you're not always going to

17   be able to get people to verify every tidbit of information.

18   That's, again, the nature of this business, and there are

19   different types of sources.  When the U.S. Government

20   produces an official government document or an official

21   speech or a Treasury designation, that should be given some

22   considerable weight given the extraordinary checks and

23   balances and processes and procedures that are in place to

24   make sure that what goes out from the U.S. Government is

25   good information -- I've experienced that firsthand; it's

1    sometimes very painful, and that's for the better -- whereas

2    something that appears on some website, maybe, that's just

3    lead information that may or may not be true, and so it's a

4    process.

5    Q.  Can a newspaper article be a useful source?

6    A.  Certainly.  Of course.  There are newspapers that do

7    wonderful work.  There are newspapers and there are

8    newspapers; there are journalists and there are journalists.

9    You also can use this information as lead information.  You

10   can talk to others.  Frequently, you can get people in

11   government, for example, to say, Look, that's true, or,

12   That's generally true, without saying anything more.  And

13   there are also, to be honest -- there, you know -- there are

14   journalists that when they write something, I have good

15   confidence in what they're going to say, and most of those

16   people I have relationships with and I can call them up and

17   say, Hey, I saw you saw the -- wrote the following; that's a

18   little bit more than what I've seen, and we can have a

19   conversation about.  Sometimes journalists will say, Okay.

20   If you'll share, I'll share, and we can compare notes.  We

21   can compare, you know -- I met with that same person and he

22   gave me six pages of documents.  He only gave me four.

23   Well, let's see what we're talking about.  And you don't do

24   that with everybody; you do that with trusted people.  And

25   you can also, you know, do what you can to, then, vet that

1    information further.  Yeah.

2    Q.  Will you cite to a newspaper article if you've found

3    that it is not -- it does not stand up to the vetting

4    process?

5    A.  No.  Otherwise, what's the point of the vetting process?

6    Q.  Have you conducted field research regarding a group

7    known as ISIS?

8    A.  I have.

9    Q.  And have you conducted field research regarding the

10    Syrian Government and its ties to ISIS?

11    A.  Yes, extensively.  In fact, my last international

12    trip -- which was, I guess, at the very end of February --

13    was to the Middle East and not all but part of the

14    conversation was very much on this topic, both ISIS

15    generally and ISIS and the Syrian Government specifically.

16    Q.  What, if anything, can you share about those meetings?

17    A.  Not much.  That particular trip was to two different

18    countries in the Middle East.  I had the opportunity to meet

19    with very senior officials in the foreign ministries; in the

20    military; in one case, the deputy chief of their

21    intelligence service; some journalists; some NGO people.

22    Actually, I don't think the NGO people related to these

23    issues, but I did meet with them.  And one of the issues we

24    discussed -- there was a long issue -- list of issues I was

25    there to discuss, but one of them was the Islamic State, and

1    particularly the Islamic State in Southern Syria and what

2    the Syrian regime was or was not doing to curtail the

3    ability of ISIS to function in that part of Syria in the

4    south.

5    Q.  And this is part of your job at the Washington

6    Institute?

7    A.  Correct.

8    Q.  Is it uncommon for you to meet with senior government

9    officials at the Washington Institute while you're doing

10   your job?

11   A.  No, to the contrary.  This is what we do on a regular

12   basis both when we travel abroad and there's a great

13   advantage to working on international relations being based

14   in Washington, D.C., because, again, when it's not corona,

15   people are coming to Washington all the time.  We are

16   holding private meetings; off-the-record round tables; going

17   out and meeting people for coffee all the time; and, of

18   course, we do this on a regular basis with government

19   officials here in the U.S. Government, as well.

20   Q.  Have you organized any seminars or conferences in

21   Washington, D.C., with U.S. Government officials regarding

22   the Islamic State?

23   A.  Yes, quite a few.  So to give you just, kind of -- I'll

24   bookend it for you, and also, probably the two most

25   significant from my perspective.

1         Back in the early days in February 2015 just as

2    the U.S. Government was coming up with its official five

3    lines of effort to counter ISIL, the Islamic State in Iraq

4    and the Levant -- ISIL/ISIS, it's all the same thing; it's

5    the Islamic State -- I was able to put together a mostly

6    off-the-record -- mostly because the people who kicked off

7    each panel allowed their introductory comments to be on the

8    record and we published them on our website, but everything

9    else of the 50 or 60 or so participants was off the

10   record -- on taking the fight, I think is what we called it,

11   to the Islamic State, and we focused on three particular

12   lines of effort: combating Islamic State financing;

13   combating Islamic State ideology; and combating the Islamic

14   State's ability to recruit foreign terrorist fighters, and I

15   was able to bring in the director of the National

16   Counterterrorism Center to give the opening remarks; I was

17   able to bring in General Jones who, at that point, was no

18   longer working on the peace process but was the Presidential

19   Envoy leading the Global Coalition to Counter the Islamic

20   State to give a keynote address; and then on each of the

21   panels on countering extremism, countering foreign fighters

22   and countering finance, we had a U.S. Government official

23   and then two non-officials on countering violent extremism;

24   we had someone from the Department of Homeland Security on

25   countering Islamic State finance; we had someone from the

1    Department of the Treasury; and on countering foreign

2    terrorist fighters, we had someone from -- the director for

3    counterterrorism at the National Security Council.  And it

4    wasn't just those people.  We had a great mix of experts in

5    and out of government sitting around a very large, kind of,

6    rectangular table for back-and-forth discussion.

7           Fast-forward to this past December when the U.S.

8    hosted the last in-person meeting in Washington, D.C., of

9    the coalition to counter the Islamic State, at a ministerial

10   level -- so a very high level -- about an hour after the

11   ministerial meeting ended at the State Department, I was

12   able to bring in the counterterrorism advisors to three of

13   those delegations -- three different very prominent

14   Europeans, counterterrorism officials -- for an

15   off-the-record roundtable with Washington Institute scholars

16   and a handful of scholars from other think tanks and

17   universities, again, across the political spectrum for an

18   off-the-record conversation of, kind of, what the critical

19   issues of the day were.

20          And so those are the types of relationships both

21   within the U.S. Government and transatlantically with our

22   European counterparts, and also, with others in the region

23   that I maintain on a regular basis.  It's part of my -- it's

24   part of what I do.  It's part of my job.

25   Q.  And just to repeat, the first conference was held when?

1    A.   February 2015.  Very early February, like, the 2nd or

2    the 3rd.

3    Q.   Earlier, you mentioned that you spoke at -- that you

4    teach courses at Johns Hopkins University and now at

5    Georgetown.  Without going into detail, could you tell the

6    Court whether or not any of those courses are relevant to

7    the proceedings today.

8    A.   Sure.

9         So I first taught -- after I left the FBI, I

10   taught a course at Johns Hopkins SAIS entitled Contemporary

11   Terrorism and the American Response, and that had a specific

12   section on state sponsorship of terrorism, including Syria,

13   and it also had sections on terrorist groups that are

14   recipients of Syrian state sponsorship of terrorism, though

15   the course included much more than that; then later, after I

16   returned from the Treasury Department, I resumed teaching at

17   SAIS at Johns Hopkins a course that we entitled Combating

18   the Financing of Transnational Threats, and that also

19   includes a section on state sponsorship of terrorism.  I

20   teach an updated version of that same course, Combating the

21   Financing of Transnational Threats, at Georgetown University

22   now with my colleague Katherine Bauer.

23   Q.   Have you been honored with any awards in connection with

24   your professional work?

25   A.   I have.  I've received multiple honors at the FBI,

1    exceptional service awards, etcetera.  I earned the

2    exceptional service award at the Treasury Department; I was

3    selected by CNN as a, you know -- a young -- I forget what

4    the title was -- young people to watch or something like

5    that; and I've received multiple, kind of, awards and

6    plaques and whatnot from various agencies and departments

7    for either helping them on some case or lecturing to them,

8    the FBI, Secret Service, Department of Justice,

9    International Institute of Justice in Malta, etcetera.

10   Q.  Have you written articles regarding the Syrian

11   Government's support of terrorism in Iraq after the U.S.

12   invasion in 2003?

13   A.  I have.

14   Q.  Have you written articles about the evolution of

15   Zarqawi's group into ISIS?

16   A.  I have.

17   Q.  Have you written articles about the group ISIS itself?

18   A.  I have.

19   Q.  Were any of these articles peer reviewed?

20   A.  Yes.

21            So I write a wide range of articles from, kind of,

22   op-eds that are not peer reviewed or, kind of, online

23   magazine pieces like Foreign Policy or Foreign Affairs.  I

24   write pieces for the Washington Institute.  Those have, kind

25   of, internal peer review.  And I write also for journals,

1    both, kind of, policy and academic journals that have

2    outside, what I would call, pure peer review where some

3    other academic whose identity is not known to you -- usually

4    two or three -- are reviewing your manuscript and providing

5    feedback to the publisher as to whether or not it should be

6    published, if it should be published with changes, etcetera.

7    So not every article is peer reviewed or peer reviewed in

8    the same way, but many of them have been.  Yes.

9    Q.  Have you written any monographs about ISIS?

10   A.  I have written monographs about ISIS and I have edited

11   monographs about ISIS in which I have contributed, and also,

12   edited the series.

13   Q.  If any are particularly relevant to our proceedings

14   today, could you mention them to the Court.

15   A.  So I think the last one was entitled something along the

16   lines of the Islamic State: Neither Remaining nor Expanding,

17   a play on the Islamic State's own mantra of remaining and

18   expanding, only at this point it was on its downturn.  The

19   one before that, I think, was entitled the Rise of the

20   Islamic State.  The one before that, I think, was something

21   like Countering Violent Extremism in the Age of the Boston

22   Marathon Bombing or something along those lines.  They

23   should all be listed in the CV, but those are just the last

24   three of those edited volumes.

25   Q.  Have you written any books that were published regarding

1   Syrian sponsorship of terrorist groups?

2   A.  I've not written a book on Syrian sponsorship of

3   terrorism, as such, but I've written several books published

4   by university presses that touch extensively on it.  So my

5   book on Hamas -- the Palestinian terrorist group Hamas --

6   was published by Yale University Press in 2006.  That was

7   very much peer reviewed at Yale.  And Hamas is a terrorist

8   group that receives state sponsorship then and still today

9   from Syria, and so there's a chapter there on that and it's

10   a theme that comes up in multiple other chapters.

11        And then more recently in 2013, I published a book

12   on Lebanese Hezbollah published by Georgetown University

13   Press which was also extensively peer reviewed and that,

14   too, has a significant section on Syrian state sponsorship

15   of terrorism.  Syrian state sponsorship of Hezbollah's even

16   more extensive and intimate than it is for Hamas.

17        Neither of those books are on Syrian state

18   sponsorship.  Both of them touch on this in great detail.

19   Q.  Dr. Levitt, have you testified in other federal trials?

20   A.  Yes, I've testified in quite a few, both criminal and

21   civil.

22   Q.  Have you been qualified as an expert in these trials?

23   A.  Every time.

24   Q.  Have you ever faced a challenge to your expert witness

25   credentials whether through a Daubert challenge or

1    otherwise?

2    A.  Unless it's a hearing like this one where the defendant

3    doesn't show, I have in just about, if not, every one.

4    Usually, quite contested.

5    Q.  Were you ever disqualified as an expert?

6    A.  No.

7    Q.  Has any federal appellate court mentioned or cited your

8    work?

9    A.  Yes.

10   Q.  Which ones?

11   A.  Sixth District [sic] Court of Appeals in the case of

12   Damrah which was a Palestinian Islamic jihad case out of

13   Cleveland appealed on multiple -- it was convicted --

14   appealed on multiple grounds, including practically my very

15   existence, and in that ruling the appellate court ruled that

16   -- ruled against them and ruled, and I quote, that my

17   methodology -- they had challenged -- my methodology they

18   described as, quote, The gold standard, end quote.

19   Q.  Has any other court cited your work -- any other federal

20   appellate court?

21   A.  Yes, the Supreme Court.

22   Q.  Could you describe that to the Court.

23   A.  So the case that challenged the material support

24   statute, Humanitarian Law Project, was a really -- a

25   critical case in counterterrorism legislation.  The material

1    support statute is the cornerstone of our counterterrorism

2    legal authorities, as you're, I'm sure, well aware, you

3    know?  As I've been asked on the stand many times,

4    Dr. Levitt, if I stood up here and said I'm a member of the

5    Islamic State, is that illegal?  And the answer is

6    technically no, unless -- if you're not doing anything to

7    support the Islamic State, because it's material support

8    that is the crime.  In that case upholding the material

9    support statute, the Supreme Court cited twice to my book on

10   Hamas to explain the fungibility of funds in particular.

11   Q.  Without going into great detail, can you tell the Court

12   whether you've testified to Congress regarding terrorism and

13   Syrian state sponsorship.

14   A.  Yes, I have, before both houses.  I've testified before

15   other parliaments.  As I said, the Washington Institute is

16   non-partisan.  My favorite week was the week I was asked to

17   testify before two different committees.  One committee, the

18   Democrats called me; the other committee, the Republicans

19   called me.  It was a great week.

20   Q.  And have you testified to Congress regarding the group

21   ISIS?

22   A.  I have.

23   Q.  Have you testified to foreign legislative bodies?

24   A.  I have.

25   Q.  Regarding the Islamic State?

1    A.  Not always, but in part, yes.  Testimonies to the

2    Canadian Parliament, for example, were on the Islamic State.

3    One of them, specifically Islamic State finance.  The other

4    one, I think, had some Islamic State components to it.  When

5    I testified before the European Parliament -- the EU

6    Parliament -- that was not on the Islamic State.  That was

7    on Hezbollah.

8    Q.  And to back up a bit, have you been qualified as an

9    expert witness in foreign judicial proceedings regarding

10   counterterrorism and terrorist entities?

11   A.  Yes.  I've testified both in, kind of, the equivalent of

12   federal court and immigration court in Canada; in Denmark;

13   in the U.K., in Scotland, twice; Denmark twice; and once in

14   France.

15   Q.  What are the bases --

16   A.  Oh, I'm sorry, and in Peru.  I'm sorry.

17   Q.  I'm sorry.  What are the bases for the conclusion you're

18   about to give in court today?

19   A.  My own research.  I've spent a lot of time focusing on

20   the Islamic State, as you can imagine, which almost, in a

21   sense, came out of nowhere and then occupied a swath of

22   territory the size of Great Britain through a variety of

23   incidents, some planned and intended; many, lucky and

24   fortunate.  It quickly became the wealthiest terrorist group

25   we've ever known in control of territory with tremendous

1    security ramifications not only for the countries in which

2    it set itself up, Iraq and Syria; not only for the countries

3    surrounding it; not only for the region in the Middle East

4    more broadly, but really for the world in terms of its

5    ability to export its ideology, recruit like-minded

6    followers to carry out inspired attacks abroad and to direct

7    foreign directed attacks of its own, as well.  So I spent a

8    lot of time and energy focusing on this, and because of the

9    fact that the group was located within the boundaries of

10    what we know as Syria and Iraq, I've spent a lot of time on

11    what Iraq has or hasn't done to combat the Islamic State and

12    what Syria has or hasn't done to combat the Islamic State.

13    Q.  Is this the kind of information that experts in your

14    field routinely rely upon?

15    A.  It is.  Yes.

16    Q.  Is this the kind of information that you relied upon

17    when you were qualified as an expert witness in terrorism in

18    other federal trials?

19    A.  Yes.

20    Q.  Dr. Levitt, could you explain to the Court how -- the

21    fact that the events of this case took place over 10 years

22    ago, how does that impact your ability to study these

23    events?

24    A.  Well, ironically, maybe, or at least, maybe, contrary to

25    conventional wisdom, it helps.  In some cases, when time

1    passes -- especially criminal cases -- and leads become cold

2    and evidence gets tainted, it gets more difficult to

3    understand what happened.  In a case like this, however, as

4    time passes, more information comes out; more information is

5    released from government, you know?  The military -- U.S.

6    military, for example, carries out raids and gets its hands

7    on more information and even if only a fraction of that

8    information is made public, if that information is relevant,

9    then you learn more.  Again, we're talking about the

10   activities of groups, whether it's the Islamic State or the

11   Syrian Government in this case, that are trying to hide what

12   they did and, therefore, as time passes and more information

13   comes out -- people defect, documents are uncovered -- you

14   can actually learn more about what happened.

15   Q.  Were there any U.S. military raids that resulted in

16   declassification of information relevant to this case?

17   A.  Sure.

18          So when we try and understand, for example, the

19   lead-up to the murders at hand and to understand the growth

20   and development of the terrorist group that ultimately

21   became known as the Islamic State, the documents that the

22   U.S. military seized and made public through the Combating

23   Terrorism Center at West Point regarding al-Qaeda in Iraq --

24   which ultimately became what we now know as the Islamic

25   State -- are really very, very insightful, especially as it

1    relates to understanding the Syrian Government's cooperation

2    -- tolerance and actual cooperation with these al-Qaeda in

3    Iraq facilitation networks that were openly functioning in

4    Syria helping people come, in particular, from Europe and go

5    into Iraq and, essentially, using a series of safe haven in

6    some cases to plan attacks sometimes elsewhere like Jordan,

7    but also in Iraq, and there are Treasury designations that

8    have declassified some of that information, as well.

9            More recently, specifically to the group when it

10   was known as the Islamic State, there was the U.S. federal

11   force -- this raid in Syria that targeted the ISIS finance

12   commander, if you will.  Some people refer to him as the

13   ISIS, kind of, finance minister.  These are not official

14   titles, but he was an emir for finance, as they would put

15   it -- E-M-I-R, a leader -- and Abu Sayyaf was his nom de

16   guerre.  The raid ended up killing Abu Sayyaf.  They

17   arrested his wife; were able to interrogate her.  He was

18   overseeing ISIS financing; was overseeing the oil industry

19   in Syria for the Islamic State and the Islamic State's

20   dealings with the Syrian Government in particular when it

21   came to oil.  They were also involved in hostages.  He was

22   holding onto -- reportedly holding onto Kayla Mueller in his

23   home.  So there's a lot that was learned from that; a lot,

24   I'm sure, that was not made public, but some of the memos,

25   some of which relate to oil in particular; others to leasing

1    out areas to people where they could loot for antiquities.

2    So it appears that ISIS wasn't making money off the stolen

3    antiquities; they were just, kind of, selling rights to

4    search there, and because the Syrian Government wasn't doing

5    anything to stop them from being there they de facto allowed

6    that to happen.  So we know that, for example, from, among

7    other places, the Abu Sayyaf raid which was in 20 -- which

8    was in, kind of -- I think, around March 2015.

9              MR. MACALLISTER:  Your Honor, at this time, I'll

10    qualify Dr. Levitt based on his testimony as an expert

11    witness on the Syrian Government's relationship with

12    terrorist groups generally and ISIS predecessor terrorist

13    groups specifically.  Also, too, the Syrian Government's

14    relationship with ISIS specific to the 2010, 2015 time

15    frame.

16              (Brief pause.)

17              THE COURT:  Sorry, I was muted.

18              Dr. Levitt shall be so qualified.

19              Welcome, Dr. Levitt.  Thank you for your

20    testimony.

21              THE WITNESS:  Thank you, Your Honor.

22    BY MR. MACALLISTER:

23    Q.  Dr. Levitt, what issue did we ask you to examine for the

24    purposes of this trial?

25    A.  You asked me to look into whether or not the Syrian

1    Government sponsored -- provided state sponsorship to the

2    Islamic State in its current iteration and in its earlier

3    iterations under previous names.  You asked me to look into

4    how and why we know that these are all the same one group

5    across these names.  You asked me to look into the various

6    ways in which -- if I found that Syria was supporting the

7    Islamic State, the ways in which it did so, and whether

8    those types of support, in my opinion, contributed to,

9    facilitated, enabled, ultimately led to the assassinations

10    of Mr. Foley and Mr. Sotloff.

11    Q.  And what conclusion did you reach regarding -- to a

12    reasonable degree of certainty regarding the links between

13    the Syrian regime and the two murders?

14    A.  So it's my conclusion with a very, very high degree of

15    certainty that the Syrian Government has provided over time

16    extensive support, both active and passive as I've described

17    earlier, to the Islamic State of a type that, without which,

18    the Islamic State could not have developed into the group it

19    became, and that because Syria enabled and allowed and

20    tolerated the Islamic State to not only conquer but hold

21    onto territory -- for example, territory where these men

22    were kidnapped and held and murdered -- because they created

23    an environment in which the group was sufficiently funded,

24    enabled it to grow, that this support ultimately did

25    contribute in a very material way to their murders.

1    Q.  Dr. Levitt, what is ISIS or ISIL?

2    A.  They are the same.  The acronyms are an anglicized

3    version of the Arabic.  The Arabic acronym is Daesh.

4    D-A-E-S-H would be the transliteration.  "ISIL" stands for

5    Islamic State in Iraq and the Levant, the Levant being this

6    region, kind of, Lebanon, Syria, Israel, Jordan into Iraq.

7    That region -- specifically, kind of, Syria and Lebanon to

8    Northern Iraq -- is known in Arabic as al-Sham, S-H-A-M, and

9    so the, kind of, partial translation into English is Islamic

10   State in Iraq and al-Sham.  And the reason that they built

11   their name that way is because the group had been known

12   previously just before that as the Islamic State in Iraq;

13   previously, the Mujahedin Shura Council, al-Qaeda in Iraq,

14   the Tawhid network, the Zarqawi network.  There is a very

15   thick, strong, direct line to be drawn through all these.

16   They are the same thing.  But because it was the Islamic

17   State in Iraq which is where it had been functioning but

18   then boomeranged into Syria as well -- as a result, by the

19   way, of the U.S.-led coalition in Iraq really beating the

20   stuffing out of the Islamic State in Iraq there in Iraq --

21   they had the benefit -- lucky for them -- that a civil war

22   had started in Syria and they were able to, kind of, jump

23   the border; bribe their way in; get into Syria; and decide,

24   No, now we're functioning on both sides of this border.  In

25   fact, as far as we're concerned, there is no border.  As,

1    kind of, violent Islamists, they don't subscribe to the idea

2    of secular nation states and, therefore, they were renaming

3    themselves to reflect the fact that they were now operating

4    on both sides of what we would describe as the Syrian-Iraqi

5    border.  ISIS and ISIL is the English, you know,

6    understanding of the Arabic.  It's the same thing.

7    Q.  For purposes of the record, we will refer to this group

8    as ISIS throughout your direct testimony.

9            Dr. Levitt, I'd like to direct your attention to

10   what's been marked as Exhibit-31.

11   A.  Okay.  Let me just grab that up.  I have these all right

12   here.  Exhibit-31.

13   Q.  On Page --

14   A.  I have Exhibit --

15   Q.  Sorry.  Go ahead.

16   A.  No, I have -- I'm just telling you I have it in front of

17   me.  Go ahead.

18   Q.  On Page 5 of Exhibit-31 --

19   A.  One second.

20   Q.  -- please read to the Court the December 17th

21   designation.

22   A.  On December 17th, 2004, the State Department has listed

23   on its Foreign Terrorist Organization lists -- which is what

24   this document is -- the Islamic State of Iraq and the

25   Levant, parentheses, formerly al-Qaeda in Iraq, closed

1    parentheses.

2    Q.  Dr. Levitt, let's move back a step and explain to the

3    Court what this document is.

4    A.  So if I scroll back up to the top, this is the list of

5    foreign terrorist organizations.  This is a list that is

6    maintained by the U.S. State Department.  As you can see

7    here, it's maintained specifically within the Bureau of

8    Counterterrorism.  And it is a list of all of the groups and

9    when they are originally designated.

10    Q.  What is an FTO designation?

11    A.  So the U.S. Government has multiple terrorism-related

12    designation lists maintained primarily by the State

13    Department or the Treasury Department.  The Foreign

14    Terrorist Organization list is the list maintained by the

15    State Department.  If you are a Foreign Terrorist

16    Organization, material support was applied, and it is

17    illegal to provide any type of material support to such

18    organizations.

19    Q.  Are you familiar with this list as a result of your

20    professional career and -- sorry, your career in government

21    and your career afterwards?

22    A.  Yes, this is something that I had experienced working on

23    and with in government and I have written extensively about

24    these types of lists and various entities on these lists

25    over the years.

1    Q.  How can you tell that Exhibit-31 is the actual FTO

2    designation list?

3    A.  Well, if you scroll down to -- at the bottom of any of

4    the pages -- I'm looking at the bottom of Page 1 of 15 --

5    you can see the State Department URL for

6    state.gov/foreign-terrorist-organizations, hyphenated

7    between those words.  And if you were to go to the terrorist

8    -- I'm sorry, to the State Department's website, you'd be

9    able to pull this up and find it there.

10   Q.  Dr. Levitt, switching back to Page 15 [sic] in the

11   December 17th designation, could you read that out for the

12   Court again.

13   A.  I'm sorry, Page --

14   Q.  Page 5, the December 17th designation which you read

15   earlier, could you repeat that for the Court.

16   A.  Yes.  On the left-hand column is the date, 12/17/2004 --

17   December 17th, 2004 -- and the next column which is the name

18   column, it lists, and I quote, Islamic State of Iraq and the

19   Levant, open parentheses, formerly al-Qaeda in Iraq, closed

20   parentheses.

21   Q.  Can you explain what that means.

22   A.  So it looks a little strange at first because the

23   Islamic State of Iraq and the Levant didn't exist in 2004.

24   So it's a confusing listing.  It's actually not how I would

25   prefer to do it if I were doing this.  Really, the Islamic

1    State of Iraq and the Levant only comes into existence in

2    2013, but because we know that Islamic State of Iraq and the

3    Levant -- and I'll add even more recently the Islamic State

4    group -- are just the latest renaming of the group that had

5    previously been known as al-Qaeda in Iraq -- and, by the

6    way, other names, as we said, Islamic State in Iraq;

7    Mujahedin Shura Council; al-Tawhid; the Zarqawi network --

8    when the group renamed itself, the U.S. Government added an

9    addendum to reflect that and went back to its original FTO

10   listing to include the current name of the group.  It left

11   in the original name, but when this was originally put onto

12   the website in December 2004, it only said al-Qaeda in Iraq.

13   Q.  And just to confirm, it now -- what reads today as

14   Islamic State of Iraq and the Levant, this is the same group

15   as ISIS?

16   A.  Yes.

17   Q.  How do we know that the U.S. Government -- pardon.  Skip

18   that.

19          Dr. Levitt, I'd now like to turn your attention to

20   Exhibit-29.

21   A.  Exhibit-29?  Okay.  I have 29 open.

22   Q.  Could you tell the Court what this is.

23   A.  This is a media note from the Office of the Spokesperson

24   at the U.S. Department of State entitled Terrorist

25   Designations of Groups Operating in Syria.  It is dated May

1    14th, 2014.

2    Q.  How do you know that this is an accurate copy of what it

3    purports to be?

4    A.  So if you look at the top of the first page, you'll see

5    it says, You're viewing archived content, and it provides

6    the current State Department link.  What happens is when a

7    new administration comes into the White House, not always,

8    but it's not atypical for them to take everything that was

9    done under the previous administration -- they can't delete

10   it; it's government records, but it has to be archived --

11   but they will put it in a -- under a URL that it makes it

12   very, very clear, and they'll often put a stamp on the front

13   like you see here, Archived Content, that, you know, This is

14   something that the State Department did, but this is not

15   something that our State Department has done.  This is under

16   the previous administration or a previous administration.

17   But I'm very familiar with this.  I've seen this.  I noticed

18   it when it came out.  I've commented on this before.  So I'm

19   familiar with this document.

20   Q.  You've described it as a media note.  What is a media

21   note?

22   A.  So there are spokespersons in U.S. agencies and

23   departments, and the State Department in particular very

24   frequently -- usually daily -- has things they want to

25   communicate to the public.  That's part of the official

1   government record.  And doing it this way, calling it an

2   official media note as opposed to just standing at the

3   podium and reading it, just gives it -- puts it into a

4   category.  There's a purpose to the statement in this note

5   in documenting a change in how the list is -- how the

6   terrorism list, or FTO, is listed and, for that matter, the

7   Treasury's 13224.  That's the terrorism executive order.

8   And this particular one reflects this change, the historical

9   fact that already back in April of 2013, Baghdadi, the

10   now-deceased but original head of this Islamic State or ISIS

11   or ISIL, announced unilaterally that his group, ISIS, and

12   al-Qaeda's Jabhat al-Nusra -- which was the name of

13   al-Qaeda's element in Syria; N-U-S-R-A, Nusra -- were

14   merging, and that was news to al-Qaeda.

15        By February 2014, the head of al-Qaeda, Ayman

16   al-Zawahiri -- Z-A-W-A-H-I-R-I -- disavowed ISIS.  Al-Qaeda

17   and ISIS, both radical Sunni Islamist organizations who

18   seemed to have more in common than not, are fighting each

19   other tooth and nail, and this is meant to reflect that.  It

20   comes out just a few weeks -- a couple of months after this

21   official disavowal to reflect the fact that what was known

22   as al-Qaeda in Iraq is now two different things and there

23   are two different groups that can trace themselves back to

24   al-Qaeda in Iraq, Jabhat al-Nusra -- which is now al-Qaeda's

25   element in Syria -- and ISIS.  The crux of what was al-Qaeda

1    in Iraq became ISIS, but this statement wants to make clear

2    that from here on out, these are going to be listed as two

3    separate entities.  In fact, it's not just going to be

4    al-Qaeda; it's going to be al-Nusra front.  ANF, as it's

5    referred to here, is going to be listed on its own as, as is

6    typically the case, the various, kind of, regional

7    components or branches or affiliates, provinces as ISIL

8    refers to them.  Subparts of these groups are often

9    designated independently.

10    Q.  And, Dr. Levitt, just can you explain to the Court the

11    difference between al-Qaeda and al-Qaeda in Iraq.  I'm not

12    sure that we've covered that yet.

13    A.  So al-Qaeda is the mother ship, and there are al-Qaeda

14    branches all over.  There's al-Qaeda in the Arabian

15    Peninsula headquartered out of Yemen with presence in Saudi;

16    there's al-Qaeda in Islamic Maghreb in Africa; there are

17    smaller elements that don't call themselves AQIM but are

18    al-Qaeda affiliated in places like Mali and in Algeria;

19    there are affiliated groups either to al-Qaeda and later to

20    ISIS in the Sinai; in Afghanistan; Central Asia.  You get

21    the point.  Al-Qaeda in Iraq was the al-Qaeda branch

22    operating in Iraq.

23    Q.  Dr. Levitt, I'd like to turn your attention now to the

24    relationship between the Syrian Government and al-Qaeda in

25    Iraq.  Was there a relationship between the Syrian

1    Government and AQI?

2    A.  Yes.

3    Q.  What was the time frame of this relationship?

4    A.  So the time frame for this relationship -- I mean, Syria

5    had a relationship sponsoring terrorism beforehand, but

6    specifically to this group starts around 2003 and the

7    critical event here is the war in Iraq.  So the United

8    States has invaded Afghanistan; it has now invaded Iraq;

9    President Bush has issued his Axis of Evil speech which

10    includes Syria; and Syria is legitimately concerned that it

11    could be next and wants to do what it can to make things

12    more complicated; to bloody the nose; to drag down U.S.-led

13    coalition forces in Iraq; and to that end, and because of

14    the shared Ba'ath Party history between the Ba'ath Party in

15    Iraq, Saddam Hussein, and the Ba'ath Party in Syria,

16    President Assad and formerly his father -- Bashar al-Assad

17    now; his father, Hafez al-Assad before him -- Syria takes

18    the decision to allow al-Qaeda in Iraq networks to function

19    quite openly in Syria in small places and in the two largest

20    cities, Damascus and Aleppo, alike.  The deal is they're not

21    allowed to do anything targeting Syria -- which they

22    wouldn't want to do because Syria's helping them a lot and

23    tolerating them -- but they are allowed to run foreign

24    fighter facilitation networks; they are allowed to run

25    financing networks; they are allowed to help plan and then

1    go and execute across-the-border attacks in Iraq; and this

2    becomes a very, very big problem the U.S. officials become

3    very vocal about.  General Petraeus, who was leading those

4    forces in Iraq at the time, is very public about it, and

5    others, as well.

6    Q.  Dr. Levitt, I'd like to turn your attention to what's

7    been marked as Plaintiffs' Exhibit-16.

8    A.  16?  1-6?

9    Q.  1-6.

10              THE WITNESS:  Before we start this, could I ask

11   the Court for a 30-second break to refill my water?

12              THE COURT:  Absolutely.  In fact, we may as well

13   take just a quick -- if we want to take our --

14              Tim, is this a good time for you to take a short

15   break?

16              THE COURT REPORTER:  Yes, sir.

17              THE WITNESS:  And if not, I can go a little

18   longer.

19              THE COURT REPORTER:  It's a good time for me,

20   yeah.  Thank you.

21              THE COURT:  All right.  So let's just go ahead and

22   take a, you know -- a 10-minute break now.  We can get our

23   court reporter to go ahead and get his break in.

24              Dr. Levitt, you can refill your water.

25              And we'll come back, then, at 5 after 4:00.

```
 1              THE WITNESS:  All right.  Thank you.  I'll turn
 2     off my video for now, but I'm staying online.  Is that okay?
 3              THE COURT:  That's very well.  That's fine.
 4              THE WITNESS:  All right.  Thank you, sir.
 5              MR. MACALLISTER:  Thank you, Your Honor.
 6              (Brief recess taken.)
 7              THE COURT:  All right.  Katrina?
 8              (Brief pause.)
 9              Oh, Katrina, you are muted.
10              THE DEPUTY CLERK:  Sorry.
11              THE COURT:  That's all right.
12              THE DEPUTY CLERK:  We are back on the record in
13     civil matter 16-725, Arthur Barry Sotloff, et al., v. Syrian
14     Arab Republic.
15     BY MR. MACALLISTER:
16     Q.  Dr. Levitt --
17              THE COURT:  Mr. MacAllister, before you get back
18     into your questioning, let me just advise the parties, for
19     some reason hunching over my laptop like this is causing my
20     back to act up.  So what I'm going to do is just take my
21     video off so that you won't see me walking around the room
22     and trying to stretch, but don't have any doubt that I'm
23     listening, Dr. Levitt, to every word you say.
24              THE WITNESS:  Yes, sir.
25              MR. MACALLISTER:  Thank you, Your Honor.
```

1    BY MR. MACALLISTER:

2    Q.  Dr. Levitt, when we left off, I was directing your

3    attention to Exhibit-16.  Have you pulled that up?

4    A.  I'm pulling it up right now.  Yes.

5    Q.  What is this document?

6    A.  Exhibit-16 is the U.S. Treasury Department designation

7    press release.  So every designation is a very large

8    evidentiary package that's classified, but it always is

9    accompanied by an unclassified press release with some

10   information about the action and who was targeted and why

11   and then some identifying information so that financial

12   institutions know specifically who they're talking about.

13   This one is dated January 25th, 2005, and is entitled

14   Treasury Designates Individual Financially Fueling Iraqi

15   Insurgency, al-Qaeda.

16   Q.  Were you -- when you were worked at the Treasury, did

17   you work with such designations?

18   A.  I did.

19   Q.  Are you familiar with how the designation process works?

20   A.  Intimately.

21   Q.  Could you describe the designation process to the Court.

22   A.  Sure.

23        So as the Deputy Assistant Secretary for

24   Intelligence and Analysis, I was on the TFI senior

25   management team, and we would identify issues that we wanted

 1   our team looking at within the intelligence branch.  We

 2   would identify potential targets by scouring intelligence

 3   and other information and the analysts, aside from the other

 4   work they were doing, would tee up potential targets for

 5   designation; we would discuss those internally; we would

 6   raise those -- I would raise those at -- for the -- in front

 7   of the inner agency at National Security Council meetings.

 8   They were, then -- and I'm not sure they still are -- but

 9   they were the Sub -- policy coordinating committee level

10   meetings, they were at the time called the Sub-CSG, the

11   Sub-Counterterrorism Security Group.  The inner agency would

12   discuss these and whether this was an appropriate target;

13   whether it was a viable target; and if the decision was to

14   go forward, the analysts would put together a draft

15   evidentiary, a full designation package.  That would go

16   through levels of approval and analysis within our branch

17   and it would ultimately come to me.  I would, then, review

18   the evidentiary in its entirety, including every single

19   piece of source information, and when I -- if and when I

20   thought it was ready, I would send it over with a cover memo

21   under my initials to the director of the Office of Foreign

22   Assets Control, our sister element within the TFI branch

23   because the designations were actually done by OFAC; OFAC

24   would review them; and they would, then, go through several

25   more rounds of review.

1          First of all, they would go through a more serious

2     round of policy concurrence when people would be able to

3     have not just the basic idea but the package in front of

4     them and they'd be able to say whether they agreed with the

5     information and the analysis; whether they thought the

6     information was timely, you know?  Maybe it's not

7     appropriate to designate someone today for really strong --

8     we have evidence -- very, very strong evidence about someone

9     doing something a decade ago but no information since then,

10    that would typically not fly.  That would typically not be

11    promoted in the first place, but just as an example.  There

12    would be intelligence consensus discussion.  There would be

13    discussion about intelligence equities.  Would doing this

14    somehow undermine intelligence equities?  There would be

15    discussion of diplomatic equities.  Would doing this

16    undermine some peace process effort someplace or otherwise

17    undermine diplomatic equities?  Military and law enforcement

18    would all weigh in.

19          And then it would also go through not one but two

20    different rounds of legal review.  It would go through legal

21    review by Treasury Department lawyers who would be

22    inspecting the package for sufficiency to determine whether

23    or not this package hit the threshold under the various

24    prongs of whatever executive order the action was being

25    taken under.  So here, we're primarily talking about

1    Executive Order 13224 which is the counterterrorism

2    executive order, but there are many others relating to

3    fomenting instability in Iraq or Syria or Lebanon or

4    procurement finance or narcotics activities, etcetera.  And

5    at the same time, the package would go through legal review

6    at the Department of Justice where their perspective was not

7    sufficiency but rather litigation risk.  In the event that

8    the U.S. Government were to be sued which is the means

9    through which someone would oppose their designation, would

10   we stand the likelihood of being able to successfully defend

11   the action?

12           If it successfully navigated both sets of legal

13   review, the diplomatic, intelligence, law enforcement

14   interagency consensus, then it could go forward by the

15   Secretary of the Treasury concurrent with the Secretary of

16   State and we would prepare an unclassified press release

17   which, in almost every case -- just to be safe from saying

18   almost, but probably every case -- includes some

19   declassified intelligence and it would typically, when I was

20   there, fall to me to be the one to negotiate the terms of

21   what information could be released; in what manner; did it

22   have to be sanitized so as to protect sources and methods

23   but not so sanitized that it would be meaningless to the

24   reader of the press release so that we could communicate to

25   the public what and why we were doing it and, as part of

1    that process, also collecting and then declassifying, if we

2    collected it through intelligence sources and methods, the

3    identifying information.

4            In the very early days in the 1990s when the first

5    people were designated for terrorism-related activity, it

6    was actually in the context of Hamas.  Some people in

7    Chicago -- in particular, a guy name Muhammad Salah,

8    S-A-L-A-H, they didn't say anything more about him; they

9    just put out his name, and the next morning anybody who had

10   the name Muhammad in their name found it hard to get a car

11   loan or open a bank account, and of course that's not what

12   we want.  So we can only go forward with the designation if

13   we can include their name; any other identifying name, AKAs;

14   their date of birth; place of birth; passport information;

15   license; address; as much information as possible so that

16   if, for example, the Department of Treasury decides to

17   designate Matthew Levitt -- I can tell you there are other

18   people out there named Matthew Levitt.  I've actually met

19   some of them.  Thankfully, so far, they've all been nice

20   people.  But this way, the banks would know which Matthew

21   Levitt to deny financial services to.

22   Q.  And how do you know that Exhibit-16 is a true and

23   accurate copy of a -- of this designation?

24   A.  Well, again, if you go to the bottom of any of the

25   pages, you'll be able to see the URL link for the Treasury's

1  website.  As it happens, I've also seen and worked with this

2  particular designation.  In fact, all the exhibits you're

3  going to show me, I've seen and was familiar with them prior

4  to this case, and so I can tell you this is a true

5  representation of the designation.

6  Q.  And why were you familiar with these documents prior to

7  this case?

8  A.  As we've discussed prior, this is something I've been

9  working on for a long time.  Treasury designations are an

10  opportunity for a scholar like myself who works within the

11  unclassified domain to get some reliable detail -- often,

12  really very specific detail -- related to, in this case, the

13  Iraqi insurgency and al-Qaeda and an individual who was

14  fueling both.  And one of the things that's important for me

15  to be able to do is to look at cases like this and line them

16  all up and see if you can see some trends; see if you can

17  come to an assessment of, for example, well, how did

18  al-Qaeda in Iraq finance itself?  What type of things did it

19  do to raise money; to move and launder money; to access

20  money?  Was it always money or was it in-kind goods?  Was it

21  provision of things?  And so these types of documents are

22  very important and this is the -- this is something I would

23  have already been familiar with.

24  Q.  Dr. Levitt, turning your attention to the first two

25  paragraphs of Exhibit-16, could you read those paragraphs

1    and then tell the Court what the import of those paragraphs

2    are.

3    A.  Sure.  And I'm quoting:

4         The U.S. Department of the Treasury today took

5    action against an individual to help stem cash flows to the

6    Iraqi insurgency and al-Qaeda.  Sulayman Khalid Darwish, who

7    is located in Syria, was designated under Executive Order

8    13224 for providing financial and material support to the

9    al-Zarqawi -- Z-A-R-Q-A-W-I -- network and al-Qaeda, period,

10   new paragraph.

11        Quote, This terrorist financier is helping support

12   Zarqawi, who has launched violence -- violent acts against

13   our troops, coalition partners and the Iraqi people, end

14   quote, said Treasury Secretary John W. Snow.  Quote,

15   Identifying financial operatives and choking off the flow of

16   blood money moves us closer to our ultimate goal of

17   fracturing the financial backbone of the Iraqi insurgency

18   and al-Qaeda, end quote.

19   Q.  And what is the import of those paragraphs?

20   A.  So this highlights two things I think are important for

21   this case today.

22        The first is that the U.S. Government -- and, as

23   we'll see, together with allies -- was extremely focused on

24   one particular line of effort in an effort to put down the

25   Iraqi insurgency, establish stability in Iraq, and also,

1    counter al-Qaeda in Iraq, and also, that in some cases --

2    some really important cases like this one targeting Sulayman

3    Khalid Darwish -- individuals were located and they were

4    based in Syria, and from Syria they were providing this

5    financial material support to the Zarqawi network and

6    al-Qaeda.

7    Q.  Was Darwish an important member of the Zarqawi network?

8    A.  Darwish was a critical member of the Zarqawi network

9    heading up what was referred to as the Abu Ghadiyah --

10    G-H-A-D-I-Y-A -- network.  If you were to scroll down to the

11    identifying information, you'll see them right under his

12    name.  The first AKA lists him as Abu -- meaning, father

13    of -- al-Ghadiyah.  It's his, in Arabic, kunya, K-U-N-Y-A.

14    It's a nom de guerre.  In fact, he'd have a successor who

15    would also, then, be named Abu Ghadiyah.  But as this

16    designation makes very, very clear, Darwish had been doing

17    this for some time even before the Zarqawi network was known

18    as such.  Again, this is an entity that has gone through

19    iterations in terms of its name.  Working with Zarqawi even

20    prior in Afghanistan and handling a significant amount of

21    money and collecting operatives, people who had been in

22    Afghanistan who had, then, gone on to other countries,

23    recruiting them to, then, go fight -- join Zarqawi and go

24    fight in Iraq.  So this was a very important person.

25    Q.  Could a person such as Darwish operate inside Syria

1    without the approval of the Syrian Government?

2    A.  Well, "approval" is a strong word.  I would say without

3    the knowledge and permission.  Syria --

4    Q.  Could you explain.

5    A.  Sorry.  Yes.

6            Syria was, and today still is in the areas it

7    controls, a police state.  It monitored; controlled its

8    borders.  It took -- I went to great lengths to make sure

9    that its various and overlapping intelligence services had

10   very granular information on anybody who might pose threat

11   to the regime, a society when -- where people were careful

12   to say things in front of others because you don't know

13   who's informing.  Those people may or may not want to

14   inform, but the costs of not is severe.  And this is a

15   country that had a history of putting down -- of being

16   threatened by and violently putting down Islamist or

17   jihadist opposition.  In the 1980s, Assad the father, Hafez

18   al-Assad, basically leveled Hama -- H-A-M-A -- in putting

19   down the Muslim Brotherhood, and so the Assad regime would

20   be very, very wary of allowing anybody like this to operate

21   in the country unless there was effectively an

22   understanding.  You can do things here not targeting us, but

23   you can do things here so long as we're aware of them and

24   you are only targeting our shared adversary next door.

25   Again, as we've already said, the Assad regime at this point

1    starting in 2003 -- and this designation is in January 2005

2    -- had a vested interest in trying to make things

3    complicated for the U.S.; raise the cost; bloody the nose so

4    that they might think twice before carrying out yet another

5    invasion, this time targeting Syria.

6    Q.   What happened to Darwish?

7    A.   Darwish is ultimately killed and his network is taken

8    over by others.

9    Q.   And, at this time, I'd like to direct your attention to

10   Exhibit-17 -- what has been marked as Exhibit-17.

11   A.   Okay.  Let me close out this one and pull up 17; doing

12   that now.  17 is up.

13   Q.   Could you read to yourself the first two paragraphs of

14   Exhibit-17, and then explain why they are relevant to this

15   case to the Court.

16           (Brief pause.)

17   A.   So I've read the first two paragraphs to myself.

18           The crux of this is this is the continuation of

19   the Abu Ghadiyah network.  If you were to look down under

20   the identifying information for the first person listed,

21   Badran al-Mazidih -- M-A-Z-I-D-I-H -- among his AKAs is Abu

22   Ghadiyah.  You could refer to him as Abu Ghadiyah, II.  But

23   the senior Treasury official quote here focuses on the fact

24   that Syria has become a transit station for al-Qaeda foreign

25   terrorists on their way to Iraq and that this network was

1   going to great lengths to facilitate the flow through Syria

2   specifically of money, of weapons, and terrorists intent on

3   killing U.S. coalition forces and innocent Iraqis in Iraq.

4                (Brief pause.)

5                THE COURT REPORTER:  Did we lose our lawyer?

6                MR. JOSHUA PERLES:  This is Josh Perles --

7                THE DEPUTY CLERK:  There he is.

8                MR. MACALLISTER:  My screen froze.  Sorry.

9   BY MR. MACALLISTER:

10  Q.  Dr. Levitt, how did you end your answer?

11  A.  Pardon?

12  Q.  How did you end your answer to the last question?

13  A.  I noted that the individual being designated here has an

14  AKA of Abu Ghadiyah.  You can refer to him as Abu Ghadiyah,

15  II.  And the fact that Treasury was specifically

16  highlighting that this Abu Ghadiyah network was going to

17  great lengths to facilitate support for al-Qaeda in Iraq,

18  specifically facilitating the flow through Syria of money,

19  of weapons, and terrorists intent on killing not only U.S.

20  and coalition forces, but also innocent Iraqis.  Al-Qaeda in

21  Iraq was carrying out incredibly indiscriminate bombings

22  that were killing many civilians, as well.

23  Q.  And what is this document?

24  A.  This document, Exhibit-17, is a Treasury designation,

25  much like the one we just saw a few moment ago.  It is dated

```
 1    February 28th, 2008.  And it is designating key members of

 2    the Abu Ghadiyah network: the new leader, Badran al-Mazidih,

 3    M-A-Z-I-D-I-H, and several of his relatives who are his

 4    close confidants, all of them resident in Syria.

 5    Q.  Is this a true and accurate copy of the designation?

 6    A.  It is.  And, again, if you look at the bottom of any of

 7    these pages, you'll see the Treasury URL and, again, this is

 8    a document that I am well familiar with long before this

 9    case.

10    Q.  Dr. Levitt, the three paragraphs underneath the personal

11    identifying information for Mazidih, could you read those

12    and explain to the Court the import of those three

13    paragraphs.

14    A.  The three paragraphs under Badran Mazidih?  They're all

15    Mazidih.

16    Q.  Yeah, that's right.

17    A.  And read these out loud or to myself?

18    Q.  To yourself and then distill the primary import of those

19    three paragraphs for the Court in terms of this case.

20    A.  So the crux of this is that Abu Ghadiyah is a very

21    important AQI -- al-Qaeda in Iraq -- facilitator.  He's

22    referred to as an AQI Syrian commander of the logistics and

23    he is overseeing this network which controls the flow of

24    money, weapons, terrorists and other resources specifically

25    through Syria into Iraq.  He obtained false passports for
```

1    foreign terrorists so they could travel; secured safe houses

2    and guides; found money to give them allowances so that they

3    could make the trip from wherever they were coming into

4    Syria, and then whatever time they spent in Syria, then

5    crossing the border into Iraq.  They raised funds of their

6    own through his relatives, significant amounts of money.

7    And the crux of this is that he and other Syria --

8    facilitators are doing this activity from Syria supporting

9    al-Qaeda in Iraq.

10   Q.  Your previous answer regarding Syria's knowledge of

11   Darwish's activities, is it any different from Syria's

12   knowledge of Mazidih's activities?

13   A.  No, it's the same but stronger.  At this point, his

14   predecessor, as the head of this network, has been killed.

15   If all -- if anything, that, kind of, you know, raises the

16   issue on someone's mind.  If you're President Assad of

17   Syria, that -- it's a high -- you recognize now the risk;

18   right?  They're -- the U.S. military and coalition is

19   willing to actually take kinetic military action.  They know

20   what you're doing, and yet you're willing to continue to

21   allow the successor to do the exact same things it appears

22   that they -- to the exact same extent based out of Syria.

23   To me, it only underscores the decision not only to allow

24   it, but despite the risk, to continue to allow it.

25   Q.  And what is the date of this document?

1    A.  The date of this action, if you scroll to the top, is

2    February 28th, 2008.

3    Q.  Dr. Levitt, did the Treasury ever designate any persons

4    directly associated with the President of Syria for support

5    of AQI?

6    A.  Yes.

7    Q.  At this time, I would refer your attention to what's

8    been marked as Exhibit-30.

9    A.  Exhibit-30, 3-0?

10            THE COURT REPORTER:  Could everybody make sure

11   their mics are muted who's not speaking, please.  I'm

12   getting some feedback.  Thank you.

13            THE WITNESS:  I have Exhibit-30 up.

14   BY MR. MACALLISTER:

15   Q.  Could you tell the Court what this document is.

16   A.  This is another U.S. Department of Treasury designation

17   entitled Treasury Designates Individuals with Ties to

18   al-Qaeda, Former Regime, and it is dated December 7th, 2007.

19   Q.  Is this a true and accurate copy of the document it

20   purports to be?

21   A.  It is.  Again, I'm very familiar with this document, and

22   I'm scrolling to the bottom of the first or any of the pages

23   and you can see the Treasury URL right there.

24   Q.  Dr. Levitt, could you read -- could you summarize the

25   first three paragraphs of this document to the Court.

1    A.  So this is, kind of, a combined designation.  They're

2    designating in here seven individuals, one of whom is being

3    designated under the counterterrorism authority for

4    providing financial material support to AQI.  The other six

5    are being designated as senior officials of the former Iraqi

6    regime, and that's being done under an executive order -- a

7    different one, 13315 -- which targets senior officials of

8    the former Iraqi regime or their immediate family members.

9    The person that we're focused on is Fawzi, F-A-W-Z-I,

10   al-Rawi, A-L-hyphen-R-A-W-I.  He's being designated under

11   the counterterrorism executive order 13224 for supporting

12   the Iraqi insurgency based out of Syria.

13   Q.  Is there anything important about the location of

14   al-Rawi as it's listed in this designation?

15   A.  Yes.  If you look -- scroll down past those first

16   paragraphs, you'll see identifying information.  First,

17   you'll see that his title is chairman of the Iraqi wing of

18   the Syrian Ba'ath Party.  So the Syrian Ba'ath Party is the

19   Assad regime, and so he is an official of the Syrian

20   Government.  You'll see that he has Iraqi citizenship, but

21   he's been made -- Iraqi nationality, but he has also Syrian

22   citizenship.  He's based in Damascus, and at least as of the

23   several years before this designation -- so at least for

24   some period of time -- he lived in a government-owned

25   apartment in the al-Mazza district and he worked in the

1    Syrian Ba'ath Party command building, also in Damascus.  You

2    don't get a government apartment; you don't get an office in

3    the Syrian Ba'ath Party command building unless you are

4    someone of import within the regime.

5    Q.  And, Dr. Levitt, could you summarize and explain the

6    next two paragraphs below that address -- that you just

7    commented on.

8    A.  So as I mentioned, this highlights that al-Rawi is the

9    leader of the Iraqi wing of the Syrian Ba'ath Party, but

10   more importantly it talks about the fact that, for example,

11   in November 2005, he facilitated the provision of

12   $300,000 -- the members of al-Qaeda in Iraq.  He's provided

13   al-Qaeda in Iraq with vehicle-borne improvised explosive

14   devices, bombs in cars, rifles, suicide bombers.  He's met

15   with AQI leaders to discuss things like financing; unifying

16   al-Qaeda in Iraq forces; conducting airborne improvised

17   explosive device attacks targeting the U.S. Embassy or other

18   attacks in the international zone.  So he's not just a

19   financier.  He's an active member of the Syrian Government

20   actively helping AQI plot attacks targeting U.S. Government,

21   U.S. forces and coalition forces in Iraq.

22   Q.  Dr. Levitt, if you turn the page to Page 2 of Exhibit-30

23   and if you see the second paragraph which begins with the

24   words, "al-Rawi was appointed leader," could you summarize

25   and explain that paragraph to the Court.

1    A.  Well, I feel the need to read you the first sentence.

2    There's no summarizing it better than the sentence itself.

3    So I quote, al-Rawi was appointed leader of the Iraqi wing

4    of the Syrian Ba'ath Party by Syrian President Bashar

5    al-Assad in 2003, end quote.

6         So this is an individual who was put into this

7    Syrian regime position by the President, Bashar al-Assad,

8    himself, and then his actions -- he himself is supported

9    financially by the Syrian Government.  This paragraph

10   explains his close ties to Syrian intelligence, including

11   people like Syrian intelligence director Assef Shawkat who

12   is also a relative, brother-in-law of President Bashar

13   al-Assad, among others, and so he's closely interacting with

14   these very senior regime -- including intelligence --

15   officials in this position supporting al-Qaeda in Iraq as

16   the leader of the Syrian -- the Iraqi wing of the Syrian

17   Ba'ath Party, a position he was put in personally by Syrian

18   President Bashar al-Assad.

19   Q.  And who is Assef Shawkat?  The person you just

20   mentioned.

21   A.  Assef Shawkat is a member of the inner circle of

22   President Bashar al-Assad.  He is a member of the family.

23   He is a member of the Assad family's minority group.  They

24   are Alawites, not Sunnis or Shia, and so on both of those

25   counts he is within the inner circle.  I believe he's

1    married to Assad's sister, and he has served multiple

2    positions as basically Syrian intelligence director, and one

3    of his primary portfolios has been coordinating between

4    Syrian intelligence and various terrorist groups that

5    received sponsorship from the Government of Syria over the

6    years.

7    Q.  This time, I would direct your attention to what's been

8    marked as Plaintiffs' Exhibit-18.

9    A.  18?  I have 18 open.

10   Q.  Could you tell the Court what this document is.

11   A.  This is another Treasury Department designation dated

12   January 18th, 2006, entitled Treasury Designates Director of

13   Syrian Military Intelligence.

14   Q.  Could you read the first sentence in this document.

15   A.  The U.S. Department of Treasury today named Assef

16   Shawkat a specially designated national (SDN) of Syria

17   pursuant to Executive Order 13338 for directly furthering

18   the Government of Syria's support for terrorism and

19   interference in the sovereignty of Lebanon.

20   Q.  Could you explain what that means to the Court.

21   A.  So as I mentioned, there are multiple executive orders

22   and multiple authorities under which the Treasury Department

23   can designate an individual or an entity.  This particular

24   one is meant to target people who are supporting terrorism

25   or interfering in the sovereignty of Lebanon, create

1    instability in Lebanon.  Recall that for many, many years

2    Syria was the military dominant power on the ground in Syria

3    [sic] until protests pushed them out later, and Assef

4    Shawkat is being named here as one of the key architects of

5    Syria's -- as the designation goes on to say, a key

6    architect of Syria's domination of Lebanon.

7    Q.  Is it unusual for the Treasury Department to designate

8    members of other governments?

9    A.  In general, yes, but it does happen in cases where the

10   members of those governments are directly involved in

11   illicit activity that falls under the rubric of various

12   designations.  There are entire designation regimes that

13   target rogue regimes, rogue governments, and there are other

14   ones like this one that target people, whether they're part

15   of a government or not, that are undermining the stability

16   in a country often next door.

17   Q.  Dr. Levitt, please read to yourself and then summarize

18   and explain to the Court the two paragraphs under the

19   address of Assef Shawkat on Page 1 of Exhibit-18 and quote

20   where you think appropriate.

21   A.  So what the designation goes on to explain is that

22   General Shawkat in his position as director of Syrian

23   military intelligence is, and here I quote, The strongest

24   and most influential security service in Syria, that he

25   directs, and the internal and external responsibilities of

1    this intelligence service broadly include, quote, Working

2    with terrorist organizations resident in Syria and

3    overseeing the Syrian security presence in Lebanon, end

4    quote, and that he has a particularly powerful position not

5    only because he holds the directorship of the strongest and

6    most influential of the Syrian security services, but also

7    because he's in with the highest levels of the Syrian

8    Government power structure by virtue of being married to

9    Bashar al-Assad's sister and, therefore, we put these

10   together and he is -- Shawkat -- a close confidante of

11   President Assad and an important member of his inner circle

12   of advisors.

13   Q.  Why does the marriage signify that he's, quote, in, end

14   quote?

15   A.  He's part of the family.  The family's survival is his

16   survival.  There's very little likelihood of him defecting

17   or breaking.  The President is the uncle of his children; he

18   is the uncle of the President's children.  He has put his

19   lot in with the family.  He is now part of the family.  If

20   Assad goes, he goes.

21   Q.  And, Dr. Levitt, if I could turn your attention to the

22   paragraph at the bottom of Page 1 of Exhibit-18, if you

23   could read that paragraph to yourself and then summarize to

24   the Court -- and in -- the paragraph actually goes on to the

25   next page -- summarize to the Court and explain how it's

1   relevant to these proceedings.

2   A.  So this paragraph discusses how, in June 2003 -- which

3   is important because this is right at the beginning of the

4   invasion of Iraq when Syria is very, very worried that they

5   could be next and they want -- they will decide to do some

6   things in Syria and allow what becomes ISIS to run networks

7   in Syria to support what was then AQI, but in general they

8   want to lower their profile.  They don't want to give

9   America a reason.  And so the information describes -- the

10  paragraph describes how, in June 2003, Shawkat, because of

11  his position, orders members of various terrorist groups

12  that are receiving state sponsorship from Syria and that are

13  headquartered in Syria -- groups like Palestinian Islamic

14  Jihad; like Hamas; like the Popular Front for the Liberation

15  of Palestine-General Command, PFLP-GC -- he goes and tells

16  them to lower their profiles.  He gives them a list of a

17  number of changes that need to be made.  He demands that

18  they seek approval from him or from his liaison to hold

19  meetings or gatherings even inside their respective offices

20  because those offices are in Damascus, and he demands of

21  them that they lower their presence and profile.  And in

22  return, kind of, as a little bit of a warning, You do what I

23  tell you, he says, And we won't expel any of you from Syria

24  or close your offices, assuming you do what we demand of

25  you.

1          So to me, this shows not only that they're

2    sponsoring terrorist groups.  They have some level of

3    command and control.  They're in a position to tell them

4    when to put on the brakes or take off the brakes.  At the

5    end of the paragraph, it notes that a few years earlier in

6    1997, Shawkat had told the head of the Palestinian Islamic

7    Jihad to carry out surveillance of strategic targets in a

8    neighboring country to prepare for possible terrorist

9    attacks.  He's in a position to task these proxy groups that

10   are receiving Syrian state sponsorship to carry out attacks.

11   He's also in a position to tell them to put the brakes on;

12   to lower their profile.  When the Government of Syria wants

13   to do that, they are not bashful about doing it, and when

14   they don't want to do it and they want groups to remain

15   active or to be more active on their territory, they can do

16   that, too.

17   Q.  Dr. Levitt, why is the Syrian link to the AQI fighters

18   from 2002 to 2009 relevant for this case?

19   A.  Several reasons.

20          First of all, the documented continuity between --

21   over time of the various names that this one group had.  The

22   official U.S. Government position is exactly this:  This is

23   the same group.  I could get off this call with you and

24   change my name to something else.  It would still be me.

25   It's important because it shows that the Syrian regime under

1    Bashar al-Assad and through key people like General Shawkat

2    has had a relationship with this group going back years.  So

3    then later, when they found themselves in a position to need

4    or to want to, again, partner with this group; facilitate

5    this group's activities; make sure that it has the oxygen to

6    survive and to thrive for similar reasons, again -- because

7    just like, then, in 2003, they were worried about the

8    regime's survival; then they were worried the U.S. might

9    come and invade -- later on, 2013, '14, '15, they're

10   concerned that because they are barrel bombing their own

11   population and using starvation as a tactic of war and

12   deploying chemical weapons against civilians, the world is

13   up in arms against them.  They're afraid that their regime

14   is on the ropes and they, again, see utility in leveraging

15   terrorist proxies to do things for them if it means securing

16   the longevity, the continued existence of the regime, and

17   they have those relationships going back years, so it was

18   very easy to do so.

19   Q.  At this time, I'd refer your attention to what's been

20   marked as Plaintiffs' Exhibit-15.

21   A.  1-5?

22   Q.  Yes.

23   A.  Okay.  I have Exhibit-15 open.

24   Q.  Can you tell the Court what this document is.

25   A.  So every year, the State Department produces a

1    congressionally-mandated report on terrorism around the

2    world.  It used to be called Patterns of Global Terrorism.

3    It is now called Country Reports on Terrorism.  This

4    document which we've marked Exhibit-15 is an archived copy

5    of one section of the 2000 Patterns of Global Terrorism

6    report.  When I say 2000, it's the report on terrorism in

7    the year 2000, but it comes out a few months later.  So the

8    publish date is April 30th, 2001, but it's actually the 2000

9    Patterns of Global Terrorism report.  It's not the whole

10   report.  The report's broken down into sections, and you can

11   download the entirety as a PDF or you can download sections

12   as a PDF.  This is a PDF of the section just on the overview

13   of state-sponsored terrorism which is one section of the

14   report.

15   Q.  Is this a true and accurate copy of the document that it

16   purports to be?

17   A.  It is.  Again, I'm familiar with this document.  You can

18   look at the bottom of any of these pages and you can see the

19   official URL.  Again, it's a -- it's archived.  So whereas

20   it used to be just, you know, HTTPS state gov, whatever, now

21   it has that HTTPS://2009-2017.  That indicates the archive

22   parallel website; still an official State Department website

23   of activities or documents from before the current

24   administration's State Department.

25   Q.  While you worked in the government and subsequent in

1    your career with the Washington Institute, have you worked

2    with the Country Reports published by the State Department

3    on a frequent basis?

4    A.  I have in government, and I've written about them as an

5    academic and referred to them frequently.

6    Q.  On Page 5 of what's been marked as Exhibit-15, there's a

7    section that's called Syria.  Please let me know when you've

8    reached that.

9    A.  Yep, I have it.

10   Q.  Please read to yourself the paragraph marked Syria and

11   explain to the Court what that means.

12   A.  So just the paragraph before the text box on WMD

13   terrorism; correct?

14   Q.  Yes, sir.

15              (Brief pause.)

16   A.  So this is the opening paragraph for the Syria entry in

17   the section of the report on state sponsors of terrorism.

18   So there will be a section for each of the officially listed

19   state sponsors of terrorism.  To be clear, the same way the

20   State Department maintains a list of Foreign Terrorist

21   Organizations, the State Department maintains a list of

22   state sponsors of terrorism.  To be considered such, you

23   have to be on the list.  To be blunt, not every country that

24   has supported terrorism is on the list for a variety of

25   reasons.

1          This first paragraph under the Syria entry

2     explains that Syria has continued to provide safe haven and

3     support to a variety of terrorist groups.  "Continued" here

4     is important.  This is the 2000 report -- year 2000 --

5     issued in 2001.  The state sponsors list was initiated in

6     1979 and Syria was an inaugural member of that list.  So

7     since that list existed, it's been on there.  So this is --

8     and it's been renewed ever since.  So since 1979, and now

9     continuing, Syria provides safe haven and support to several

10    terrorist groups, some who maintain training camps or other

11    facilities on Syrian territory, and it lists a bunch of

12    those; others that maintain headquarters in Damascus.

13          I'd note specifically that the Syrian Government

14    allowed Hamas, for example, to open a new main office in

15    Damascus that March and that it granted a variety of

16    terrorist groups privileges to have bases or refuge in areas

17    of Lebanon's Beqaa Valley that are under direct Syrian

18    military control.  Syria had an agreement with Turkey at the

19    time and -- not to -- under which Syria would not support

20    the PKK Kurdish terrorist group that opposed the government

21    in Ankara, and at the time -- though it's not been the case

22    always since then -- but at the time, it says that Damascus

23    generally upheld its agreement, again, demonstrating that

24    when it's in its interests not to support a terrorist group,

25    it would not, and when it would -- deemed it to be in its

1    interests to support a terrorist group, it would do so.

2    Q.  Dr. Levitt, we spoke about Sednaya Prison earlier today.

3    So I will ask you a few questions about that but limit the

4    inquiry a bit in light of the earlier questions today.

5         What role did the Sednaya Prison play in the

6    creation of ISIS?

7    A.  So the Sednaya Prison is an infamous prison in Syria

8    where the regime keeps opponents of the regime in horrible

9    conditions.  Sednaya was the prison where most of the

10   Islamists or jihadist militants who opposed the regime were

11   being held.  They had not necessarily faced a trial.  If

12   they had, it was certainly nothing like what we're going

13   through today.  Many of them are just jailed.  But when the

14   Assad regime determined that it was on the ropes; when the

15   Assad regime got afraid that the way it had viciously

16   cracked down on peaceful protests and then that peaceful

17   protest became armed and militant as people tried to defend

18   their families; their homes; their villages from regime

19   forces who were killing them indiscriminately, Assad decided

20   to tell the world that the people he was fighting, who were

21   primarily civilians or non-Islamist rebels, that everyone

22   was a terrorist.

23        In the words of one colleague who has studied this

24   a lot, Dr. Aaron Zelin, who I quoted in my report, in this

25   regard, President Assad was the godfather of ISIS because he

1    let these people out of prison for two reasons.  One, he

2    wanted them to leave and to create an Islamist armed

3    insurrection that, first of all, would target many of the

4    same people he's targeting who weren't sufficiently Islamic,

5    A; but, B, more importantly, that he could point to as a

6    boogeyman worse than him, someone so much worse than him --

7    a group so much worse than him that the international

8    community would have to say, Look, we don't like Assad; we

9    don't like the Assad regime, but only Assad can maintain

10    stability in the face of this even greater threat.

11    Second, it wanted the space in Sednaya Prison open

12    so that he could throw civilians and regular rebels into

13    those prisons in an effort to crush the rebellion and

14    effectively, therefore, he populated ISIS with some of its

15    most important leaders and foot soldiers in the early years

16    right as Baghdadi, the head of ISIS, announces his merger of

17    his group and Jabhat al-Nusra in April 2013 and then enables

18    that group to establish a terrorist fighting force that is

19    able, very quickly, in June 2014 to storm Mosul, the largest

20    city in Northern Iraq, and the rest is history.  This was

21    this huge shot in the arm to the Islamic State group; to

22    ISIS.  The Iraqi army fled; ISIS got hold of a tremendous

23    amount of arms; millions upon millions of dollars, including

24    raiding the -- a Central Bank of Iraq branch in Mosul; and

25    being able to leverage now the weapons and money and now new

```
1    foot soldiers because they released soldiers -- their

2    soldiers -- their fighters out of Iraqi prisons back into

3    Syria.

4              MR. MACALLISTER:  At this time, Your Honor, would

5    it make sense to take a quick five-minute break?  I'm not

6    sure if the court reporter would like a break or how that

7    would -- what do you think?

8              THE COURT:  Sure, we can do that.  Sure.  Let's

9    say -- let -- how much -- let me put it this way.  You know

10   best when you might come -- also, when you might come upon a

11   time -- a good time for you to break for the day.  What -- I

12   mean, as best you can tell, just so -- to give our staff

13   some sense of the timing, do you think it makes sense -- as

14   I said, I think we can -- we're prepared to go another hour

15   until 6:00.  If you think that makes sense, or if you think

16   you might have a brief -- you might have a breaking point a

17   little bit earlier than that.

18             MR. MACALLISTER:  Well, Your Honor, I think if we

19   take a short break now, by 6:00 we will have covered quite a

20   bit of territory.  I can't say for sure that we'll be -- we

21   will have finished, but we're going to be close.

22             THE COURT:  Okay.  All right.  Fair enough.

23             MR. MACALLISTER:  I'm -- pardon me.

24             THE COURT:  No, no, no, go ahead.  Go ahead.

25             MR. MACALLISTER:  Also, there's a minor
```

1    administrative matter that I wanted to raise before we

2    continue the direct testimony.

3            THE COURT:  All right.  Well, why don't -- do you

4    want to address it when we come back, or do you want to

5    address it now?

6            MR. MACALLISTER:  Well, I'll address it now.

7            There are two exhibits that I would use with this

8    witness.  The Court does not have them.  So I'd like to

9    email them to you right now so you can have them in front of

10   you when I discuss them with the witness and ask him to

11   identify them and explain them.

12           THE COURT:  All right.  Why don't you do that over

13   the break, and if you'll also -- well, yeah, that's fine.

14   You can send them to the chambers account.  Is that what you

15   all have?

16           MR. JOSHUA PERLES:  I have that, and I will

17   provide it to Mr. MacAllister.

18           THE COURT:  Who -- okay.  All right.  Very well.

19   Send them to our chambers account, and that way we can have

20   them when you use them with Dr. Levitt.

21           So let's take, then, a five-minute break; come

22   back around 5:11 or 5:12.  So --

23           MR. MACALLISTER:  Thank you, Your Honor.

24           THE COURT:  All right.

25           (Brief recess taken.)

```
 1              THE DEPUTY CLERK:  We are back on the record in

 2     civil matter 16-725, Arthur Barry Sotloff, et al., v. Syrian

 3     Arab Republic.

 4              THE COURT:  All right.  Welcome -- oh, let me just

 5     make sure -- no, I'm not muted.  Great.  Welcome back to the

 6     virtual stand, Dr. Levitt.

 7              And, Mr. MacAllister, you may proceed.

 8              MR. MACALLISTER:  Thank you, Your Honor.  Did the

 9     Court receive copies of Exhibits 32 and 33?

10              THE COURT:  I did.

11              MR. MACALLISTER:  Thank you.

12     BY MR. MACALLISTER:

13     Q.  Dr. Levitt, earlier today -- Dr. Levitt, we're now

14     turning our attention to specific details of the

15     relationship between the Syrian Government and ISIS.

16     Earlier today, Dr. Gartenstein-Ross testified to similar

17     issues.  So we will try to finalize our inquiry and not be

18     repetitive where possible.  The first thing I'd like to do

19     is direct your attention to what's been marked as

20     Plaintiffs' Exhibit-3.

21              THE COURT REPORTER:  Judge Kelly, could you mute

22     your mic, please?  I'm just getting a little bit of

23     feedback.

24              THE COURT:  Yes.  Sorry about that.

25              THE COURT REPORTER:  Thank you.
```

```
 1              THE WITNESS:  Exhibit-3 or Exhibit-3 abridged?

 2    BY MR. MACALLISTER:

 3    Q.  Exhibit-3.

 4    A.  Got it.  Okay.  I have --

 5    Q.  First of all --

 6    A.  -- Exhibit-3.

 7    Q.  -- can you tell the Court what -- I'm sorry?

 8    A.  I have it open.

 9    Q.  Okay.  Please tell the Court what Exhibit-3 is.

10    A.  This is a more recent version of the document that we

11    just had.  It is the state sponsors of terrorism overview

12    chapter -- in this case, Chapter 3 -- of the report.  The

13    earlier one we looked at, the 2001 report about the year

14    2000, was still called Patterns of Global Terrorism.  At

15    this point -- this is the Country Reports on Terrorism 2014,

16    and at this point the report is called Country Reports on

17    Terrorism.  And you can see that this is an archived

18    content.  Again, the same thing.  This came out under the

19    previous administration.

20    Q.  Are you familiar with this document prior to this case?

21    A.  I am.

22    Q.  Is this a true and accurate copy of this document?

23    A.  It is.

24    Q.  Please proceed to Page 287 of this document.

25    A.  All right.  My copy doesn't show clearly the page marks,
```

 1    but I assume you want the Syria section.

 2    Q.  Is this Exhibit-3?  Exhibit-3 has page numbers at the

 3    bottom.

 4    A.  Nope, they don't really come out in mine.  Let me see if

 5    I enlarge the -- nope.  I don't know why.  You can see

 6    there's a -- like, a -- almost looks like a hash tag where

 7    it's supposed to be.

 8    Q.  And this is the Country Report published in 2015 for

 9    2014?

10    A.  Yep.

11    Q.  Well, please proceed to Page -- I'll tell you what the

12    PDF page number is.

13    A.  That would be great.

14    Q.  It's Page 287 of the report; however, it's -- and it's

15    also 287 of the PDF.

16    A.  No, there's a problem with the -- what I have in the

17    file that I've been given marked Exhibit-3, Country Reports

18    on Terrorism 214 [sic], is only six pages long.

19           MR. MACALLISTER:  With the Court's permission, I

20    would email to the witness the correct exhibit.

21           THE COURT:  Very well.

22           THE WITNESS:  I'll close out of this one.  Just

23    give me a second.  I had closed out my email so as not to be

24    disturbed during the hearing.  I'm just going to open it for

25    this.

```
 1                    (Brief pause.)

 2              MR. MACALLISTER:  Please let me know when you've

 3     received it.

 4              THE WITNESS:  Yep, I will.

 5                    (Brief pause.)

 6              Okay.  Here's the email.  I'm opening the

 7     attachment, and I'm just going to close out the email again

 8     so we're not disturbed.

 9              All right.  I have this document in front of me

10     now, Exhibit-3.  It looks like it's 389 pages long.  What

11     page do you want me -- and it is page numbered.  So what

12     number page?

13                    (Brief pause.)

14              Are you there?

15              THE COURT:  It looks like we might have -- oh, no.

16     Here we go.  We're back.

17              MR. JOSHUA PERLES:  This is Josh Perles.  It looks

18     like we've briefly lost Ed.  He does not appear to be in the

19     listed participants, unfortunately.

20              THE WITNESS:  All right.  I'm sure he'll log back

21     on.

22              MR. JOSHUA PERLES:  I'm going to use this time to

23     send Dr. Levitt --

24                    (Brief pause.)

25              Sorry.  Dr. Levitt, do you have the hyperlinked
```

 1    brief that was provided to the Court, or have you been

 2    working with individualized exhibit documents?

 3              THE WITNESS:  Individualized exhibit documents.

 4    Mr. MacAllister created a folder of all of the exhibits, and

 5    because when we practiced this in an effort to try to make

 6    this as seamless for the Court and not to waste everyone's

 7    time, this was the quickest way for me to be able to

 8    navigate that and have the -- that folder open on the side

 9    of my screen and just be able to click on each of them --

10              MR. JOSHUA PERLES:  And just --

11              THE WITNESS:  -- and I --

12              MR. JOSHUA PERLES:  I'm going to send you a link

13    to a hyperlinked brief, and you can just click from the

14    table of contents through to what -- whichever exhibit Ed

15    refers you to and that should be pretty easy.  Give me one

16    moment.

17              THE WITNESS:  All right.  In the meantime, I have

18    it up.

19              Ed, are you back?

20              MR. MACALLISTER:  Yes.

21              THE WITNESS:  All right.  What page do you want me

22    to go to in this 389-page document?

23    BY MR. MACALLISTER:

24    Q.  First of all, please confirm that is Exhibit-3 and it is

25    -- and tell the Court what document it is.

1    A.  This is marked Exhibit-3, Country Reports on Terrorism

2    2014, published in June 2015.

3    Q.  And are you familiar with this document from your past

4    work?

5    A.  I am.

6    Q.  And is this a true and accurate copy of what it purports

7    to be?

8    A.  It is.

9    Q.  On Page 287, there's a section called Syria.  Do you see

10   that?

11   A.  I'm scrolling down to it now.

12            (Brief pause.)

13            Getting there.

14            (Brief pause.)

15            287.  Here we go.  The very bottom of the page.

16   Q.  Yes.  The paragraph that -- the first paragraph after

17   the word "Syria," the first paragraph in the section, could

18   you summarize and explain to the Court the relevance of that

19   paragraph.

20   A.  So like the last State Department annual report on

21   terrorism, it starts by saying that Syria's designated to

22   the state sponsor of terrorism list back in 1979 and

23   continues its political and other support to various

24   terrorist groups and that this affects the stability of not

25   only the region but beyond, because many of these groups are

1     active beyond the region itself.  It continues to provide

2     not just political support but weapons and other types of

3     material support to a variety of groups, sometimes on its

4     own and sometimes in cooperation with Iran with -- such

5     ally --

6     Q.  Dr. Levitt, could you summarize and explain to the Court

7     the relevance of the second paragraph on Page -- it's the

8     first full paragraph on Page 288.

9     A.  So the first full paragraph starting, "The Syrian

10    Government had"?

11    Q.  Yes, sir.

12    A.  Okay.

13               (Brief pause.)

14               Well, I'll try not to just read the paragraph to

15    you, but what it says is that the Syrian Government played,

16    quote, An important role, end quote, in the development or

17    the growth of terrorist networks in Syria because of, and I

18    quote, The permissive attitude the Assad regime took towards

19    al-Qaeda's foreign fighter facilitation efforts during the

20    Iraq conflict, end quote.  That permissive attitude is very

21    important, but it's not just the permissive attitude.  The

22    next sentence go on -- goes on to say the Syrian Government

23    had, quote, Awareness and encouragement for many years of

24    violent extremists' transit through Syria to enter Iraq for

25    the purpose of fighting coalition troops and that this is

1    well documented, as Syria was a key hub -- "key hub" is the

2    document's term -- for foreign fighters en route to Iraq.

3    These were, quote, The seedbed for violent extremist

4    elements, including ISIL, and which were terrorizing people

5    in Syria and Iraq.

6         So I think this is a very important paragraph, the

7    official document -- State Department documenting the fact

8    that Syria had a permissive attitude towards al-Qaeda

9    foreign fighter networks.  It had awareness and

10   encouragement for many years of these extremists' transit

11   through Syria to Iraq and not just for the purpose of, you

12   know, engaging in, you know, political or social purposes,

13   but -- purposes, but to fight coalition troops; that this is

14   well documented and that Syria was a key hub -- that's their

15   term -- for foreign fighters en route to Iraq.

16        Finally, these networks ended up being -- and I,

17   again, quote -- The seedbed for violent extremist elements,

18   including ISIL.

19   Q.  Dr. Levitt, could you turn to what plaintiffs have

20   identified as Exhibit-4.

21   A.  All right.  I'm going to -- 4, entire?

22   Q.  Yes, sir.

23   A.  All right.  This one seems to be right.  This is --

24   Q.  Can you tell the Court -- sorry.

25   A.  It's a 407-page document, Country Reports on Terrorism

1    2015, published in June 2016.  Again, this is the same

2    annual congressionally-mandated State Department report on

3    terrorism for the year, in this case, 2015.

4    Q.  Are you familiar with this document from your prior

5    work?

6    A.  I am.

7    Q.  Is this a true and accurate copy of the document that it

8    purports to be?

9    A.  Yes.

10   Q.  Could you turn to Page 301 of this document.

11              (Brief pause.)

12   A.  301?  Got it.

13   Q.  After reading the first paragraph, could you summarize

14   and explain anything of note to this Court regarding this

15   case.

16              (Brief pause.)

17   A.  So it's really much of the same.  Designated in 1979.

18   It's still sponsoring terrorism.  What's added here is the

19   statement that they're doing all these things; continued

20   political support for a variety of terrorist groups

21   affecting stability in the region, quote, Even amid

22   significant internal unrest, end quote.  So at this point,

23   it's more than just a civil war.  At this point, ISIS -- the

24   Islamic State, even, at this point -- exists, and yet Assad

25   and his regime are still sponsoring terrorism.

1    Q.  On Page 302 of Exhibit-4, please read and summarize the

2    first paragraph of Page 302.

3              (Brief pause.)

4    A.  So this paragraph is, in many ways, nearly identical to

5    the last paragraph we read in the last version of this.

6    Syria -- the Assad regime has a permissive attitude towards

7    al-Qaeda and other terrorist groups, foreign facilitator

8    networks during the conflict in Iraq.  It served for years

9    as a hub for foreign terrorist fighters.  The government has

10   awareness and encouragement for many years of violent

11   extremists' transit through Syria to Iraq.  This is well

12   documented.  Those very networks were among the violent

13   extremist elements, including ISIL, which terrorized Syrian

14   and Iraqi populations in 2015 and continued to attract

15   thousands of foreign fighters to Syria in 2015.  Those

16   thousands of foreign terrorist fighters, by the way,

17   included, but were not limited to, the Islamic State.

18   This -- and the final sentence is added, and I'll quote,

19   This environment has also allowed ISIL to plot or encourage

20   external attacks in Libya, France, Lebanon, Yemen, Saudi

21   Arabia, Egypt and the United States.  What the State

22   Department is saying here now is that by 2015, the --

23   government -- this is a paragraph that's talking about the

24   knowledge; the permissive attitude; the hub; the awareness

25   and encouragement.  All of this created an environment that

1    has allowed ISIL not only to do things in Syria to support

2    its activities in Iraq; not only to do things in Iraq, but

3    to plot and encourage attacks ultimately around the world.

4    It's got, I don't know -- one, two, three, four, five,

5    six -- seven different places, including the United States,

6    and I think it's a very clear reading that this is being

7    tied to Syrian state sponsorship of this group.  The

8    paragraph's all about Syrian state sponsorship of ISIL, the

9    environment that it created, and then it says that this

10   environment has allowed ISIL -- it's directly tying ISIL's

11   ability to do these things -- to plot or encourage external

12   attacks -- to that Syrian support.

13   Q.  Dr. Levitt, could you read the next sentence.

14   A.  Quote, As part of a broader strategy during the year,

15   the regime portrayed Syria itself as a victim of terrorism

16   characterizing all of the internal armed opponents as,

17   quote, Terrorists, end quote.

18   Q.  Dr. Levitt, if you could turn to what plaintiffs have

19   identified as Exhibit-5 and could you tell the Court what

20   that document is.

21   A.  Document-5 is a 444 -- 447-page document.  It is Country

22   Reports on Terrorism 2016, published in July 2017.  Again,

23   the same annual report now for documenting activities in the

24   year 2016.

25   Q.  Could you turn to Page -- well, it's Page -- they do not

1  have page numbers, but if you turn to the PDF, Page 305 of

2  Exhibit-5.

3  A.  Okay.  Hold on.

4          (Brief pause.)

5          Page 305.  I see Syria.

6  Q.  Is this a document that you're familiar with due to your

7  past work --

8  A.  Yes.  Yes, it is.

9  Q.  Is it a true and accurate copy of the document that it

10  purports to be?

11  A.  Yes, it is.

12  Q.  The section regarding Syria, could you please summarize

13  and explain the first paragraph to the Court.

14  A.  So much of the same material because it's the same

15  ongoing activity, designated '79; continuing political

16  military support.  It highlights a continued relationship

17  with Hezbollah and Iran.  This is because Hezbollah and

18  Iran -- ultimately Russia, too, but here we're talking about

19  Hezbollah and Iran -- come to the regime's aid in fighting

20  on its behalf against everyone, primarily the rebels.

21  Neither Iran nor Hezbollah took much of the fight to ISIL in

22  Syria.  It says that the regime's relationship -- the Assad

23  regime's relationship with Hezbollah and Iran grew stronger,

24  again, because of this alliance and how they fought together

25  playing a critical role in the regime's seizure of Eastern

1    Aleppo in December of that year.

2    Q.  Dr. Levitt, the second -- the paragraph -- the next

3    paragraph which runs on to the next page, could you

4    summarize and explain that paragraph to the Court.

5    A.  So this is the latest version of that same paragraph,

6    the Assad regime's permissive attitude towards al-Qaeda and

7    other terrorist groups; served as a hub; Syrian Government's

8    awareness and encouragement for many years; extremists'

9    transit through Syria, well documented; these were among the

10   elements that terrorized the Syrian and Iraqi populations;

11   and then it adds, While there was a general decline in the

12   flow of Sunni extremist linked foreign terrorist fighters

13   traveling to Syria in 2016, ISIS and other terrorist groups

14   continued to attract some new recruits to Syria.

15   Additionally, foreign terrorist fighters aligned with Iran

16   continued to travel to Syria to fight for, or with, the

17   regime.  It's important to note usually in my field when

18   people use the term "foreign terrorist fighters," they, by

19   default, are referring to Sunni foreign terrorist fighters,

20   but in this context there have been at least as many Shia

21   foreign terrorist fighters on the other side in defense of

22   the Assad regime.

23   Q.  And, Dr. Levitt, could you read and then summarize and

24   explain the next paragraph on that page.

25   A.  So this is mostly material we've seen in one form or

1   another already from previous reports -- already from a

2   previous year.  State Department had documented the regime

3   was portraying itself as a victim of terrorism but

4   specifically characterizing all of the internal armed

5   opposition as terrorists, you know?  The -- Assad's

6   supporters had a calling call that they used all the time

7   which is, Assad or we burn the country, whereas Assad

8   said -- I think it was Secretary of State Kerry who quoted

9   him as saying, It's me or the terrorists, and his version of

10  terrorists was anybody who opposed him at any level, whether

11  they raised arms or not, but while the Syrian regime is

12  saying it's the victim of terrorism, it's not actually

13  fighting the terrorists.  To the contrary, from Syria ISIS

14  was still plotting and inspiring external attacks, and now

15  the new piece to this at the end of this paragraph that is

16  additional to this year's report, and I quote, Additionally,

17  Syrian regime has purchased oil from ISIS through various

18  middlemen adding to the terrorist group's revenue, end

19  quote.

20  Q.  And this document is for what year of activity?

21  A.  So this is Country Reports on Terrorism 2016.  It came

22  out in July 2017, but it is reporting on activities in 2016.

23  Q.  When did the oil trade relationship between ISIS and the

24  Syrian Government begin?

25  A.  So it began really in 2014 when the regime conquered the

 1    area of Deir Ezzor with the al-Omar oil field in particular

 2    and clearly grew over the course of 2014.  There's lots of

 3    documentation about it and actions that were taken to

 4    control it in 2015.  Actually, truth be told, actions were

 5    already being taken in 2014.

 6    Q.  Earlier today, Dr. Levitt, we discussed the Treasury

 7    designation of George Haswani and a Mr. Qatirji.  I will ask

 8    you just to lay the authentication grounds for those

 9    documents now.  If you could look at what's Plaintiffs'

10    Exhibit-7.

11    A.  I have that up.

12    Q.  Could you tell the Court what this document is.

13    A.  This is a Treasury designation dated November 25th,

14    2015, entitled Treasury Sanctions Networks Providing Support

15    to the Government of Syria, Including For Facilitating

16    Syrian Government Oil Purchases from ISIL.

17    Q.  Dr. Levitt, if you could read and then summarize and

18    explain to the Court the third paragraph on the -- in this

19    document.

20    A.  So the third paragraph has a subtitle, Ongoing

21    Government of Syria Ties to ISIL, and under that subtitle it

22    talks about the designation of George Haswani --

23    H-A-S-W-A-N-I -- and the material assistance that he

24    provided acting for and on behalf of the Government of Syria

25    together with his company HESCO -- all caps, H-E-S-C-O --

1   Engineering and Construction Company.  It was then, as a

2   Syrian businessman, he was serving as a middleman for those

3   oil purchases we discussed by the Syrian regime from --

4   Q.  Is this a true and accurate copy of the press release?

5   A.  It is.  Again, as I mentioned, it's dated November 2015.

6   This was not the first action taken against Haswani.  In

7   fact, if you look at the end of that paragraph I'm seeing

8   here now, it mentions that the European Union had already

9   designated him in March 2015.

10  Q.  If you could turn to what's been marked as Plaintiffs'

11  Exhibit-27.

12  A.  I have 27.

13  Q.  Can you tell the Court what this document is.

14  A.  This is another Treasury Department designation dated

15  September 6th, 2018, entitled U.S. Treasury Proposes

16  Sanctions on Assad Regime's Key ISIS Intermediary and a

17  Petroleum Procurement Network.

18  Q.  If you could turn to -- is this a document that you're

19  familiar with because of your work?

20  A.  Yes.

21  Q.  Is it a true and accurate copy of what it purports to

22  be?

23  A.  It is.

24  Q.  If you could turn to Page 2 of this document.

25  A.  Okay.

1    Q.  If you could read the first two paragraphs of this

2    document -- of Page 2 and then summarize and explain to the

3    Court their relevance to this case.

4    A.  Starting at the top of Page 2 or under Assad-ISIS

5    Intermediary subheading?

6    Q.  Starting from the top of Page 2.  The first two full

7    paragraphs.

8    A.  Okay.

9         (Brief pause.)

10        Okay.  So the first paragraph is primarily a quote

11   from the Secretary of the Treasury.  And the important part

12   here is that at the same time that people, especially in the

13   Idlib province -- I-D-L-I-B province -- are under threat of

14   attack from the Assad regime targeting these innocent people

15   under the pretense of targeting ISIS, but they're not

16   actually targeting ISIS, they're at the same -- they, the

17   regime, at the same time, Has a -- and I quote -- Has a

18   history of trading with the terror group.  So on the one

19   hand, the regime is targeting innocent civilians who oppose

20   the regime but are civilians, saying that they're targeting

21   terrorists but are not.  At the same time, they're

22   trading -- they're doing business with ISIS.

23        The second paragraph gets into some detail on this

24   specific to the case of an individual named Muhammad

25   al-Qatirji, Q-A-T-I-R-J-I, and his company, Qatirji Company.

1    And I think what's important here is that this is not just

2    some individual and some company.  The Treasury Department

3    is laying out here that Qatirji has strong ties to the

4    Syrian regime.  He is facilitating this trade between the

5    regime and ISIS, including providing oil products to

6    ISIS-controlled territory which they -- in some cases, is to

7    run the refineries or to exact the oil from the wells, but

8    they're getting the -- some of the means to do so from

9    Syria, but no less important is that Qatirji has a strong

10   working relationship with multiple officials within the

11   Government of Syria to include contacts from the Syrian

12   ministry of oil and the Syrian ministry of trade and that

13   the shipments that he has sent, including weapons and

14   ammunition, under the pretexts of importing or exporting

15   food were overseen by the Syrian General Intelligence

16   Directorate which Treasury has -- for good measure, had

17   already been designated by the U.S. Treasurer.  The point

18   here is that Qatirji and his company are working hand in

19   glove with the Syrian regime; with Syrian Government

20   entities with whom he has close ties and can only do this

21   because he's working with and, I would add, for -- on behalf

22   of the Syrian ministry of oil and the Syrian ministry of

23   trade.

24   Q.  Dr. Levitt, can a private individual in Syria conduct

25   business on a large scale without the authorization of the

1      Syrian Government?

2      A.  No, and if you go to the end of this paragraph, it adds

3      something relevant to that question where the Treasury notes

4      that there was a 2016 trade deal between Government of Syria

5      and ISIS.  The Government of Syria and the ISIS terrorist

6      group had a trade deal and that the Qatirji Company was

7      identified as the exclusive agent providing supplies to

8      ISIS-controlled areas, including oil and other commodities.

9      So it's not just that he couldn't do this if they didn't

10     tolerate it.  He couldn't do this if he didn't get the

11     monopoly.  He's the government's man, and he's the

12     government's man for an explicit trade deal.  This is

13     something official between the Government of Syria and ISIS.

14             MR. MACALLISTER:  Your Honor, I see that it's 5:50

15     p.m. and it's my -- this is a good place for us to stop and

16     I'd also like to let people go.

17             THE COURT:  All right.  Very well.  Let's talk

18     about what -- when it makes sense -- based on Dr. Levitt's

19     schedule tomorrow, when do you think it makes sense to

20     reconvene?  You had mentioned that he -- well, can you

21     repeat -- why don't you just walk through his availability

22     tomorrow and then tell me what you would propose.

23             MR. MACALLISTER:  Dr. Levitt, what's your morning

24     availability?

25             THE WITNESS:  So it just -- between this last

1    break, it just freed up a little.  I have a hard something

2    at 10:00 o'clock who they just reached out saying, Is there

3    any way we could do this later in the afternoon?  And I

4    said, God bless you.  So I am free until 11:00, but then at

5    11:00 I'm running a conference.  That lasts for an hour,

6    then I have some other windows over the course of the day,

7    one less now that my 10:00 o'clock was moved to 3:00, but I

8    am free to start at whatever time the Court likes until two

9    minutes of 11:00.

10             THE COURT:  All right.  Mr. MacAllister, is there

11    any reason why, if we began at 9:00, we wouldn't be done by

12    11:00?

13             MR. MACALLISTER:  Two hours?  I'd like to give you

14    a guarantee we could finish in an hour, but I'm smarter than

15    that.  So I'll say that, for sure, we can finish in two

16    hours.

17             THE COURT:  All right.  So why don't we just do

18    that.  Why don't we just start at 9:00 which is a little

19    earlier than we thought, but that way Dr. Levitt doesn't

20    have to worry about coming back in the afternoon.  I have a

21    few things in the afternoon on my schedule as well and it

22    would be easier, I think, if we finish up with him.  We can

23    deal with the housekeeping matters.  And I don't see a

24    reason why, then, we wouldn't be able to conclude, you know,

25    by noon, just testimony and whatever we need to discuss.

1    Does that sound reasonable?

2              MR. MACALLISTER:  It does to me, Your Honor.  I

3    will, at this point, defer to Mr. Perles if he has something

4    to add on the -- tomorrow's schedule.

5              MR. STEVEN PERLES:  I do not.  Thank you,

6    Mr. MacAllister.

7              THE COURT:  All right.  Katrina and Tim, does that

8    -- you -- any problem for -- with either of you being

9    available at 9:00?

10             THE DEPUTY CLERK:  No problem for me.

11             THE COURT REPORTER:  No problem.  Thank you.

12             THE COURT:  All right.  And I see Tim shaking his

13   head.

14             All right.  Very well, then.  Let's adjourn for

15   the evening.  We'll reconvene at 9:00 o'clock.

16             Thank you for -- again, for your testimony,

17   Doctor.  And we'll endeavor to get you to -- you will get to

18   your conference, but I think you'll get to your conference

19   having concluded your obligations here.

20             THE WITNESS:  This is my worried face, Your Honor.

21             (Laughter.)

22             It is the same link tomorrow as it was for today?

23             THE COURT:  I believe so, but --

24             THE DEPUTY CLERK:  Yes, everything is the same for

25   tomorrow.

1          THE WITNESS:  Thank you very much.

2          THE COURT:  Very well, then.  Everyone have a good

3     night, and we'll see you all at 9:00 o'clock tomorrow.

4          MR. STEVEN PERLES:  Thank you, Your Honor.

5          MR. JOSHUA PERLES:  Thank you.

6          THE DEPUTY CLERK:  Good night.

7          MR. MACALLISTER:  Thank you.

8          (Proceedings concluded at 5:52 p.m.)

9                    * * * * * * * * * * * *

10              **CERTIFICATE OF OFFICIAL COURT REPORTER**

11    **I, TIMOTHY R. MILLER, RPR, CRR, NJ-CCR, do hereby certify**

12    **that the above and foregoing constitutes a true and accurate**

13    **transcript of my stenographic notes and is a full, true and**

14    **complete transcript of the proceedings to the best of my**

15    **ability, dated this 29th day of June 2020.**

16                           **/s/Timothy R. Miller, RPR, CRR, NJ-CCR**
                              **Official Court Reporter**
17                            **United States Courthouse**
                              **Room 6722**
18                            **333 Constitution Avenue, NW**
                              **Washington, DC 20001**

19

20

21

22

23

24

25

**$**

**$150** [1] - 79:5
**$300,000** [1] - 169:12
**$450** [1] - 79:5
**$50,000** [1] - 88:16

**'**

**'14** [1] - 176:9
**'15** [1] - 176:9
**'79** [1] - 195:15
**'the** [1] - 39:15

**/**

**/s/Timothy** [1] -
  205:16

**1**

**1** [5] - 1:10, 79:7,
  146:4, 172:19,
  173:22
**1,500** [1] - 91:9
**1-5** [1] - 176:21
**1-6** [2] - 152:8, 152:9
**1.5** [1] - 25:5
**10** [5] - 1:5, 68:11,
  99:20, 112:16,
  138:21
**10,000** [1] - 14:6
**10-minute** [3] -
  109:12, 109:17,
  152:22
**100** [1] - 68:9
**1050** [1] - 1:17
**10:00** [3] - 76:12,
  203:2, 203:7
**11:00** [4] - 203:4,
  203:5, 203:9, 203:12
**11th** [1] - 85:6
**12** [2] - 39:23, 112:16
**12/17/2004** [1] -
  146:16
**12:00** [1] - 76:12
**12:30** [4] - 8:15, 8:17,
  73:12, 76:13
**12:31** [1] - 73:15
**13224** [4] - 149:7,
  157:1, 160:8, 168:11
**13315** [1] - 168:7
**13338** [1] - 171:17
**14th** [1] - 148:1
**15** [3] - 88:15, 146:4,
  146:10
**156** [1] - 85:6
**16** [1] - 152:8
**16-725** [5] - 3:3, 73:20,
  109:25, 153:13,

184:2
**17** [2] - 163:11, 163:12
**175** [2] - 112:22, 116:6
**17th** [5] - 144:20,
  144:22, 146:11,
  146:14, 146:17
**18** [3] - 47:12, 171:9
**1811** [1] - 113:10
**18th** [1] - 171:12
**1971** [2] - 47:17, 47:19
**1979** [4] - 179:6,
  179:8, 189:22,
  192:17
**1980s** [1] - 162:17
**1990s** [2] - 39:17,
  158:4
**1993** [1] - 40:1
**1997** [1] - 175:6
**1998** [2] - 112:8,
  112:18
**1999** [3] - 14:5, 40:1,
  40:2
**1:16-cv-00725-TJK** [1]
  - 1:3
**1:30** [4] - 8:15, 8:17,
  8:18, 73:13

**2**

**2** [5] - 169:22, 199:24,
  200:2, 200:4, 200:6
**20** [1] - 141:7
**2000** [8] - 115:21,
  177:5, 177:6, 177:7,
  177:8, 179:4, 185:14
**20001** [2] - 1:22,
  205:18
**2000s** [1] - 56:10
**2001** [4] - 113:5,
  177:8, 179:5, 185:13
**2002** [4] - 14:3, 44:8,
  45:9, 175:18
**2003** [9] - 42:3,
  118:12, 132:12,
  151:6, 163:1, 170:5,
  174:2, 174:10, 176:7
**20036** [1] - 1:18
**2004** [11] - 40:2, 40:3,
  45:17, 46:4, 47:22,
  47:24, 144:22,
  146:17, 146:23,
  147:12
**2005** [5] - 78:13,
  119:25, 154:13,
  163:1, 169:11
**2006** [11] - 40:3, 40:4,
  40:8, 42:24, 43:3,
  46:4, 46:24, 48:3,
  134:6, 171:12
**2007** [6] - 17:19,

48:14, 68:24, 114:5,
  120:1, 167:18
**2008** [2] - 165:1, 167:2
**2009** [1] - 175:18
**2010** [5] - 17:19,
  48:14, 66:11, 111:8,
  141:14
**2011** [14] - 37:3, 48:24,
  51:7, 53:14, 53:16,
  56:18, 57:3, 58:19,
  58:25, 59:2, 59:3,
  59:21, 62:22, 64:12
**2012** [5] - 19:17, 36:9,
  49:3, 49:14, 59:3
**2013** [15] - 18:7, 18:8,
  18:10, 19:10, 19:21,
  19:24, 40:8, 40:9,
  49:19, 49:21,
  134:11, 147:2,
  149:9, 176:9, 181:17
**2014** [19] - 13:6, 14:2,
  19:24, 30:16, 40:9,
  40:11, 40:12, 72:24,
  78:20, 79:2, 148:1,
  149:15, 181:19,
  185:15, 186:9,
  189:2, 197:25,
  198:2, 198:5
**2015** [24] - 19:17, 22:2,
  22:6, 23:17, 24:13,
  84:25, 85:7, 88:8,
  111:8, 129:1, 131:1,
  141:8, 141:14,
  186:8, 189:2, 192:1,
  192:3, 193:14,
  193:15, 193:22,
  198:4, 198:14,
  199:5, 199:9
**2016** [15] - 23:9, 23:16,
  24:10, 25:3, 25:12,
  36:9, 84:24, 89:2,
  192:1, 194:22,
  194:24, 196:13,
  197:21, 197:22,
  202:4
**2017** [10] - 15:23,
  19:10, 19:21, 21:22,
  24:21, 25:3, 27:15,
  27:21, 194:22,
  197:22
**2018** [6] - 20:23, 24:8,
  28:10, 88:18, 88:22,
  199:15
**2019** [4] - 15:14,
  20:14, 20:17, 23:6
**202** [2] - 1:18, 1:23
**2020** [2] - 1:5, 205:15
**2021** [1] - 21:22
**214** [1] - 186:18
**21st** [1] - 13:3

**23** [1] - 99:19
**25** [1] - 97:21
**25th** [2] - 154:13,
  198:13
**26** [1] - 97:21
**27** [1] - 199:12
**287** [5] - 185:24,
  186:14, 186:15,
  189:9, 189:15
**288** [1] - 190:8
**28th** [2] - 165:1, 167:2
**29** [1] - 147:21
**29th** [1] - 205:15
**2:00** [1] - 76:13
**2:38** [1] - 109:18
**2:40** [1] - 109:18
**2nd** [1] - 131:1

**3**

**3** [2] - 79:7, 185:12
**3-0** [1] - 167:9
**30** [1] - 20:11
**30-second** [1] -
  152:11
**301** [2] - 192:10,
  192:12
**302** [2] - 193:1, 193:2
**305** [2] - 195:1, 195:5
**30th** [1] - 177:8
**32** [1] - 184:9
**33** [1] - 184:9
**333** [2] - 1:22, 205:18
**354-3111** [1] - 1:23
**389** [1] - 187:10
**389-page** [1] - 188:22
**3:00** [3] - 75:5, 76:13,
  203:7
**3rd** [1] - 131:2

**4**

**4** [1] - 191:21
**400** [1] - 87:4
**407-page** [1] - 191:25
**444** [1] - 194:21
**447-page** [1] - 194:21
**49** [1] - 51:15
**4:00** [2] - 76:13,
  152:25
**4:30** [1] - 8:20

**5**

**5** [4] - 144:18, 146:14,
  152:25, 178:6
**50** [1] - 129:9
**500** [1] - 1:17
**501(c)(3)** [1] - 116:12
**51** [1] - 51:15

**52** [1] - 51:22
**5:00** [1] - 76:17
**5:11** [1] - 183:22
**5:12** [1] - 183:22
**5:30** [2] - 76:18, 77:9
**5:50** [1] - 202:14
**5:52** [1] - 205:8

**6**

**6** [2] - 21:14, 22:19
**60** [1] - 129:9
**61** [1] - 69:15
**64** [1] - 78:9
**65** [1] - 79:1
**66** [1] - 79:1
**6722** [2] - 1:21, 205:17
**68** [1] - 79:22
**6:00** [4] - 77:8, 77:9,
  182:15, 182:19
**6th** [1] - 199:15

**7**

**7th** [1] - 167:18

**8**

**8** [1] - 22:19

**9**

**9** [1] - 99:19
**9/11** [4] - 112:21,
  112:23, 112:25,
  116:4
**955-9055** [1] - 1:18
**9:00** [5] - 203:11,
  203:18, 204:9,
  204:15, 205:3
**9:30** [1] - 1:5

**A**

**A-L-hyphen-R-A-W-I**
  [1] - 168:10
**a.m** [2] - 1:5, 76:12
**Aaron** [1] - 180:24
**abduct** [3] - 66:24,
  84:8, 100:24
**abducted** [4] - 46:3,
  50:14, 100:25, 101:3
**abduction** [5] - 55:1,
  89:22, 91:1, 101:2,
  101:6
**abductions** [1] - 90:12
**ability** [17] - 9:18,
  34:18, 34:19, 35:7,
  67:9, 67:11, 84:13,
  90:5, 90:6, 90:13,

92:24, 128:3, 129:14, 138:5, 138:22, 194:11, 205:15

**able** [53] - 3:16, 3:20, 11:19, 12:1, 16:13, 32:14, 37:11, 41:14, 45:24, 49:5, 55:16, 67:6, 75:8, 76:4, 78:16, 84:8, 85:1, 89:21, 89:25, 90:25, 91:11, 92:17, 93:1, 93:16, 94:25, 103:8, 103:11, 103:17, 103:20, 105:10, 105:23, 117:7, 118:21, 119:2, 119:3, 125:17, 129:5, 129:15, 129:17, 130:12, 140:17, 143:22, 146:9, 156:2, 156:4, 157:10, 158:25, 159:15, 181:19, 181:25, 188:7, 188:9, 203:24

**abridged** [1] - 185:1

**abroad** [8] - 9:22, 11:25, 84:4, 114:25, 115:6, 124:14, 128:12, 138:6

**absence** [1] - 5:23

**absent** [3] - 55:11, 55:18, 107:14

**Absi** [13] - 68:17, 68:18, 68:24, 69:12, 69:16, 69:20, 70:1, 70:3, 70:8, 71:10, 71:24, 72:3, 103:3

**Absi's** [1] - 70:5

**absolutely** [12] - 9:15, 20:10, 21:13, 22:17, 32:4, 39:23, 52:16, 58:12, 80:1, 92:12, 102:24, 152:12

**Abu** [42] - 21:5, 41:8, 41:21, 47:16, 48:17, 48:24, 48:25, 59:23, 59:24, 66:8, 66:9, 66:23, 67:2, 67:5, 67:24, 68:17, 82:2, 84:16, 84:20, 84:22, 85:7, 85:21, 85:23, 87:1, 87:4, 87:12, 91:11, 104:4, 140:15, 140:16, 141:7, 161:9, 161:12, 161:15, 163:19, 163:21, 163:22, 164:14,

164:16, 165:2, 165:20

**abused** [1] - 7:15

**academic** [6] - 20:18, 22:15, 122:4, 133:1, 133:3, 178:5

**academics** [2] - 33:10, 124:14

**acceptable** [1] - 7:9

**access** [6] - 45:23, 85:5, 87:3, 98:2, 98:6, 159:19

**accommodate** [1] - 76:15

**accompanied** [1] - 154:9

**accomplish** [4] - 8:24, 75:8, 103:20, 105:10

**according** [3] - 54:12, 55:21, 84:14

**accordingly** [1] - 65:6

**account** [5] - 32:20, 56:13, 158:11, 183:14, 183:19

**accounts** [6] - 32:11, 32:13, 33:12, 54:13, 61:7, 84:15

**accurate** [13] - 37:24, 148:2, 158:23, 165:5, 167:19, 177:15, 185:22, 189:6, 192:7, 195:9, 199:4, 199:21, 205:12

**achieve** [1] - 94:25

**acronym** [3] - 72:19, 88:13, 143:3

**acronymized** [2] - 13:11, 20:21

**acronyms** [1] - 143:2

**across-the-border** [1] - 152:1

**Act** [1] - 113:10

**act** [1] - 153:20

**acting** [3] - 34:5, 88:9, 198:24

**action** [7] - 154:10, 156:24, 157:11, 160:5, 166:19, 167:1, 199:6

**actions** [7] - 37:13, 102:7, 102:13, 106:6, 170:8, 198:3, 198:4

**active** [6] - 119:6, 142:16, 169:19, 175:15, 190:1

**actively** [3] - 51:23, 119:8, 169:20

**activities** [17] - 21:24,

21:25, 37:6, 106:20, 114:23, 120:16, 124:21, 124:22, 139:10, 157:4, 166:11, 166:12, 176:5, 177:23, 194:2, 194:23, 197:22

**activity** [8] - 115:4, 125:1, 158:5, 166:8, 172:11, 195:15, 197:20

**actor** [1] - 20:20

**actors** [13] - 10:19, 12:2, 13:3, 15:20, 17:14, 19:16, 20:21, 28:5, 29:9, 29:24, 30:13, 35:20

**Actors** [2] - 19:14, 30:15

**acts** [4] - 4:11, 16:22, 45:10, 160:12

**actual** [2] - 140:2, 146:1

**adaptation** [1] - 22:13

**adaptations** [1] - 23:12

**add** [4] - 114:13, 147:3, 201:21, 204:4

**added** [5] - 91:17, 115:14, 147:8, 192:18, 193:18

**addendum** [2] - 108:12, 147:9

**adding** [1] - 197:18

**addition** [5] - 16:16, 29:7, 67:3, 72:21, 88:1

**additional** [1] - 197:16

**additionally** [2] - 22:14, 196:15

**Additionally** [1] - 197:16

**address** [8] - 107:7, 129:20, 158:15, 169:6, 172:19, 183:4, 183:5, 183:6

**addressed** [2] - 106:16, 106:17

**adds** [2] - 196:11, 202:2

**adjourn** [2] - 73:13, 204:14

**adjourning** [1] - 76:3

**adjunct** [2] - 19:11, 110:14

**administering** [1] - 71:22

**administration** [10] - 61:23, 62:5, 62:7,

62:11, 114:10, 148:7, 148:9, 148:16, 185:19

**administration's** [1] - 177:24

**administrations** [2] - 117:3, 117:5

**administrative** [2] - 73:25, 183:1

**administrators** [1] - 87:24

**admissibility** [1] - 39:3

**admission** [1] - 38:7

**admit** [3] - 38:8, 38:10, 111:3

**admitted** [5] - 38:6, 38:11, 38:13, 38:15, 39:7

**admitting** [1] - 10:9

**ado** [1] - 4:21

**adopt** [2] - 20:21, 40:14

**adopted** [5] - 40:2, 40:4, 41:10, 43:24, 47:7

**adoption** [1] - 20:20

**advance** [3] - 5:18, 43:25, 44:1

**Advanced** [2] - 19:23, 114:14

**advances** [3] - 47:13, 78:25, 83:25

**advantage** [1] - 128:13

**adversary** [1] - 162:24

**advice** [1] - 116:16

**advise** [2] - 17:7, 153:18

**advisor** [7] - 13:7, 16:11, 17:1, 17:4, 17:9, 24:24, 114:8

**advisors** [2] - 130:12, 173:12

**Advisory** [1] - 26:4

**advocate** [1] - 71:5

**Affairs** [4] - 24:10, 24:12, 72:14, 132:23

**affect** [2] - 34:18, 114:24

**affecting** [1] - 192:21

**affects** [1] - 189:24

**affiliate** [3] - 24:5, 24:9, 29:12

**affiliated** [4] - 59:21, 60:2, 150:18, 150:19

**Affiliates** [1] - 19:18

**affiliates** [4] - 22:11, 27:12, 27:13, 150:7

**affiliation** [2] - 18:10,

18:19

**Afghan** [1] - 41:12

**Afghan-Soviet** [1] - 41:12

**Afghanistan** [9] - 25:20, 29:10, 41:12, 41:15, 41:19, 150:20, 151:8, 161:20, 161:22

**aforementioned** [1] - 29:19

**afoul** [1] - 68:14

**afraid** [2] - 176:13, 180:15

**Africa** [3] - 21:23, 22:7, 150:16

**African** [1] - 22:10

**after-specific** [1] - 26:21

**after-the-fact** [1] - 115:6

**afternoon** [4] - 76:14, 203:3, 203:20, 203:21

**afterwards** [1] - 145:21

**Age** [1] - 133:21

**agencies** [7] - 24:16, 65:15, 99:1, 113:25, 122:12, 132:6, 148:22

**agency** [2] - 155:7, 155:11

**agent** [2] - 89:4, 202:7

**agents** [1] - 115:3

**ago** [5] - 9:23, 34:17, 138:22, 156:9, 164:25

**agree** [3] - 74:21, 74:23, 105:19

**agreed** [1] - 156:4

**agreeing** [1] - 77:14

**agreement** [4] - 87:6, 114:11, 179:18, 179:23

**agreements** [1] - 85:11

**agrees** [1] - 11:6

**ahead** [9] - 77:10, 119:24, 144:15, 144:17, 152:21, 152:23, 182:24

**Ahl** [3] - 26:20, 28:11, 29:5

**Ahmed** [1] - 87:12

**aid** [3] - 11:1, 11:21, 195:19

**aided** [1] - 1:25

**air** [3] - 42:23, 46:25, 62:12

airborne [1] - 169:16
airplanes [1] - 10:12
Airport [1] - 116:1
Ajeel [1] - 78:24
AKA [4] - 66:8, 68:17, 161:12, 164:14
AKAs [2] - 158:13, 163:21
Al - 98:16
al [169] - 1:3, 3:3, 18:11, 18:15, 19:18, 19:19, 20:25, 21:19, 22:1, 23:3, 23:9, 23:11, 23:12, 25:8, 26:20, 28:11, 29:5, 29:10, 29:11, 29:12, 30:1, 37:8, 39:25, 40:1, 40:3, 40:4, 40:11, 41:9, 41:17, 41:21, 42:7, 42:8, 43:1, 44:6, 45:13, 45:18, 45:19, 45:20, 45:22, 47:2, 47:16, 48:2, 48:17, 48:24, 48:25, 49:4, 49:7, 49:17, 50:1, 51:18, 53:15, 53:20, 57:8, 57:20, 59:24, 60:3, 63:2, 63:23, 66:8, 66:11, 66:15, 68:4, 68:5, 68:17, 68:18, 73:20, 78:11, 85:10, 86:7, 86:8, 86:14, 88:20, 88:21, 95:17, 95:20, 107:17, 109:25, 117:20, 120:21, 139:23, 140:2, 143:8, 143:10, 143:13, 144:25, 146:19, 147:5, 147:7, 147:12, 149:12, 149:13, 149:14, 149:15, 149:16, 149:22, 149:24, 149:25, 150:4, 150:11, 150:13, 150:14, 150:16, 150:18, 150:19, 150:21, 150:24, 151:16, 151:17, 151:18, 153:13, 154:15, 159:13, 159:18, 160:6, 160:9, 160:18, 161:1, 161:6, 161:13, 162:18, 163:21, 163:24, 164:17, 164:20, 165:2, 165:21,

166:9, 167:18, 168:10, 168:14, 168:25, 169:8, 169:12, 169:13, 169:16, 169:24, 170:3, 170:5, 170:7, 170:13, 170:15, 170:18, 170:22, 173:9, 176:1, 181:17, 184:2, 190:19, 191:8, 193:7, 196:6, 198:1, 200:25
al-Absi [2] - 68:17, 68:18
al-Assad [11] - 85:10, 86:14, 151:16, 151:17, 162:18, 170:5, 170:7, 170:13, 170:18, 170:22, 176:1
al-Assad's [1] - 173:9
al-Atheer [1] - 68:17
al-Baghdadi [3] - 47:16, 48:24, 59:24
Al-Furqan [1] - 98:16
al-Ghadiyah [1] - 161:13
al-Haq [3] - 26:20, 28:11, 29:5
al-Hiju [2] - 68:4, 68:5
al-Husayni [1] - 47:16
al-Imam [3] - 39:25, 43:1, 44:6
al-Julani [2] - 48:25, 59:24
al-Katerji [2] - 86:7, 86:8
al-Kurdi [1] - 68:4
al-Maqdisi [1] - 41:21
al-Mazidih [2] - 163:21, 165:2
al-Mazza [1] - 168:25
al-Nusra [7] - 49:4, 60:3, 66:15, 149:12, 149:24, 150:4, 181:17
al-Omar [1] - 198:1
al-Qaddafi [3] - 53:15, 63:2, 63:23
al-Qaeda [84] - 19:18, 19:19, 20:25, 21:19, 22:1, 23:3, 23:9, 23:11, 23:12, 25:8, 29:12, 30:1, 37:8, 40:4, 41:17, 42:7, 42:8, 45:13, 45:18, 45:19, 45:20, 45:22, 47:2, 48:2, 49:7, 49:17, 51:18, 53:20,

57:8, 57:20, 66:11, 78:11, 95:17, 95:20, 107:17, 117:20, 120:21, 139:23, 140:2, 143:13, 144:25, 146:19, 147:5, 147:12, 149:14, 149:15, 149:16, 149:22, 149:24, 149:25, 150:4, 150:11, 150:13, 150:14, 150:16, 150:18, 150:19, 150:21, 150:24, 151:18, 154:15, 159:13, 159:18, 160:6, 160:9, 160:18, 161:1, 161:6, 163:24, 164:17, 164:20, 165:21, 166:9, 167:18, 169:12, 169:13, 169:16, 170:15, 191:8, 193:7, 196:6
al-Qaeda's [5] - 29:10, 149:12, 149:13, 149:24, 190:19
al-Qatirji [3] - 88:20, 88:21, 200:25
al-Qurashi [1] - 47:16
al-Rawi [5] - 168:10, 168:14, 169:8, 169:24, 170:3
al-Shabaab [1] - 29:11
al-Sham [7] - 40:1, 40:11, 44:6, 50:1, 143:8, 143:10
al-Sharia [2] - 18:11, 18:15
al-Shawaq [1] - 66:8
al-Tawhid [2] - 40:3, 147:7
al-Zarqawi [3] - 41:9, 48:17, 160:9
al-Zawahiri [1] - 149:16
Alawites [1] - 170:24
Aleppo [12] - 68:22, 69:9, 69:12, 70:7, 71:14, 71:16, 71:17, 86:10, 103:5, 103:6, 151:20, 196:1
Aleppo's [1] - 69:5
Algeria [1] - 150:18
Ali [1] - 66:8
align [3] - 31:6, 51:8, 51:11
aligned [1] - 196:15
alike [1] - 151:20

alive [3] - 97:13, 104:7, 104:8
allegedly [1] - 4:12
alliance [2] - 91:22, 195:24
allies [1] - 160:23
allow [9] - 50:22, 59:25, 105:21, 119:10, 151:18, 166:21, 166:23, 166:24, 174:6
allowances [1] - 166:2
allowed [15] - 51:13, 51:19, 88:2, 102:22, 129:7, 141:5, 142:19, 151:21, 151:23, 151:24, 151:25, 179:14, 193:19, 194:1, 194:10
allowing [4] - 44:23, 45:2, 85:11, 162:20
alluded [4] - 48:20, 60:14, 64:10, 101:22
ally [2] - 72:25, 190:5
almost [10] - 17:10, 55:11, 61:23, 65:21, 93:15, 113:10, 137:20, 157:17, 157:18, 186:6
amass [2] - 37:11, 55:16
amazing [1] - 122:16
ambiguities [1] - 105:21
America [4] - 14:1, 19:15, 22:5, 174:9
American [1] - 131:11
Americans [8] - 9:21, 10:12, 11:25, 42:5, 104:9, 104:10, 107:14, 107:21
Amick [2] - 1:15, 3:6
amid [1] - 192:21
ammunition [1] - 201:14
Amnesty [1] - 56:4
amount [4] - 42:22, 74:20, 161:20, 181:23
amounts [1] - 166:6
Amr [2] - 68:17, 68:18
Analysis [6] - 113:18, 113:19, 120:6, 121:16, 154:24
analysis [15] - 23:18, 30:7, 30:11, 30:21, 31:20, 31:24, 65:25, 82:7, 102:6, 115:8, 115:20, 116:15,

117:13, 155:16, 156:5
analyst [3] - 112:19, 114:21, 114:22
analysts [4] - 31:7, 124:4, 155:3, 155:14
analysts' [1] - 31:8
analytic [7] - 15:18, 15:19, 15:24, 24:22, 31:16, 35:10, 51:8
analytical [3] - 112:22, 114:25, 116:5
Anbar [1] - 47:5
ANF [1] - 150:4
Angeles [1] - 116:1
anglicized [1] - 143:2
Ankara [1] - 179:21
announced [5] - 46:23, 48:4, 49:3, 49:22, 149:11
announces [1] - 181:16
annual [3] - 189:20, 192:2, 194:23
Ansar [2] - 18:11, 18:15
answer [6] - 106:19, 107:10, 136:5, 164:10, 164:12, 166:10
answers [1] - 117:8
Anti [1] - 26:4
Anti-Terrorism [1] - 26:4
anticipate [1] - 8:3
anticipated [3] - 106:5, 107:5, 112:15
anticipation [1] - 31:19
anticipatory [1] - 31:16
antiquities [2] - 141:1, 141:3
anyway [2] - 9:11, 60:15
apartment [2] - 168:25, 169:2
apologies [1] - 96:23
apologize [3] - 5:17, 69:20, 84:25
appalled [1] - 100:9
Apparent [1] - 45:4
appealed [2] - 135:13, 135:14
Appeals [1] - 135:11
appear [3] - 17:4, 22:21, 187:18
APPEARANCES [1] - 1:12
appellate [3] - 135:7,

135:15, 135:20
**applied** [1] - 145:16
**apply** [1] - 30:10
**appointed** [2] -
169:24, 170:3
**appointment** [2] -
19:10, 19:14
**appointments** [1] -
13:6
**appreciate** [6] - 4:1,
4:3, 4:4, 4:15, 77:1,
109:3
**approach** [1] - 39:11
**appropriate** [4] -
26:14, 155:12,
156:7, 172:20
**approval** [4] - 155:16,
162:1, 162:2, 174:18
**April** [7] - 20:17, 40:8,
40:9, 49:21, 149:9,
177:8, 181:17
**AQI** [13] - 45:14, 46:4,
78:16, 151:1,
165:21, 165:22,
167:5, 168:4,
169:15, 169:20,
174:7, 175:17
**AQI's** [1] - 78:13
**AQIM** [1] - 150:17
**ARAB** [1] - 1:7
**Arab** [26] - 3:4, 9:24,
11:10, 11:20, 27:20,
36:12, 37:2, 37:3,
37:7, 37:14, 50:19,
51:2, 52:11, 53:1,
53:18, 58:25, 62:20,
62:24, 63:16, 64:12,
64:15, 72:9, 73:21,
110:1, 153:14, 184:3
**Arabia** [1] - 193:21
**Arabian** [1] - 150:14
**Arabic** [7] - 33:3,
45:19, 143:3, 143:8,
144:6, 161:13
**architect** [1] - 172:6
**architects** [1] - 172:4
**architecture** [2] - 16:8,
16:16
**archive** [1] - 177:21
**archived** [5] - 148:5,
148:10, 177:4,
177:19, 185:17
**Archived** [1] - 148:13
**area** [6] - 25:9, 25:19,
45:5, 92:16, 124:20,
198:1
**areas** [8] - 21:24,
82:12, 89:5, 89:12,
141:1, 162:6,
179:16, 202:8

**argue** [1] - 65:5
**argument** [3] - 4:18,
7:20, 8:1
**arguments** [1] - 7:21
**arise** [1] - 8:2
**arm** [2] - 49:15, 181:21
**armed** [7] - 52:9,
52:12, 93:6, 180:17,
181:2, 194:16, 197:4
**arms** [3] - 176:13,
181:23, 197:11
**army** [1] - 181:22
**Army** [4] - 25:10,
25:19, 34:7
**array** [2] - 120:16,
124:17
**arrest** [2] - 51:24, 87:6
**arrested** [3] - 47:22,
68:24, 140:17
**Arthur** [5] - 3:3, 73:20,
109:25, 153:13,
184:2
**ARTHUR** [1] - 1:3
**article** [4] - 23:9,
126:5, 127:2, 133:7
**articles** [7] - 22:15,
22:19, 132:10,
132:14, 132:17,
132:19, 132:21
**Asaib** [3] - 26:20,
28:11, 29:4
**Asia** [2] - 18:24,
150:20
**aside** [1] - 155:3
**aspect** [1] - 53:18
**aspects** [1] - 87:5
**Assad** [67] - 52:19,
53:2, 53:12, 59:6,
61:13, 62:2, 62:6,
62:8, 62:9, 62:14,
64:17, 64:21, 64:23,
65:4, 66:4, 72:14,
72:18, 72:20, 72:24,
78:7, 80:15, 82:15,
82:24, 85:10, 86:12,
86:14, 86:15, 87:6,
96:6, 104:1, 151:16,
151:17, 162:17,
162:18, 162:19,
162:25, 166:16,
168:19, 170:5,
170:7, 170:13,
170:18, 170:22,
170:23, 173:11,
173:20, 176:1,
180:14, 180:15,
180:19, 180:25,
181:8, 181:9,
190:18, 192:24,
193:6, 195:22,

196:6, 196:22,
197:7, 199:16,
200:4, 200:14
**Assad's** [10] - 51:22,
56:17, 61:16, 62:18,
64:13, 65:17, 91:25,
171:1, 173:9, 197:5
**Assad-ISIS** [1] -
86:15, 200:4
**assassination** [3] -
44:8, 44:20, 46:18
**assassinations** [1] -
142:9
**Assef** [7] - 51:23,
170:11, 170:19,
170:21, 171:15,
172:3, 172:19
**assess** [2] - 35:7, 73:2
**assessment** [4] -
14:17, 15:11, 65:16,
159:17
**assessments** [2] -
65:14, 66:1
**assets** [3] - 10:25,
11:9, 72:17
**Assets** [2] - 113:15,
155:22
**assigned** [1] - 117:1
**assignment** [1] -
114:8
**assistance** [1] -
198:23
**assistant** [2] - 19:11,
19:22
**Assistant** [4] - 113:18,
120:5, 121:15,
154:23
**assistants** [1] - 117:16
**assisting** [1] - 88:9
**associate** [2] - 13:9,
18:10
**associated** [5] - 18:7,
26:13, 42:14, 99:16,
167:4
**assume** [1] - 186:1
**assuming** [2] - 11:5,
174:24
**asylum** [2] - 27:11,
29:8
**asymmetric** [4] - 13:7,
16:11, 17:1, 17:9
**Asymmetric** [1] -
20:16
**Atheer** [1] - 68:17
**attachment** [1] - 187:7
**Attack** [1] - 23:15
**attack** [8] - 10:21,
16:15, 23:17, 116:1,
118:20, 118:22,
119:4, 200:14

**attacks** [18] - 16:22,
23:16, 42:12, 74:18,
74:22, 138:6, 138:7,
140:6, 152:1,
169:17, 169:18,
169:20, 175:9,
175:10, 193:20,
194:3, 194:12,
197:14
**Attacks** [2] - 23:14,
24:11
**attempt** [1] - 53:12
**attempted** [1] - 115:24
**attempting** [1] - 59:6
**attempts** [2] - 49:16,
109:1
**attention** [13] - 144:9,
147:19, 150:23,
152:6, 154:3,
159:24, 163:9,
167:7, 171:7,
173:21, 176:19,
184:14, 184:19
**attitude** [7] - 190:18,
190:20, 190:21,
191:8, 193:6,
193:24, 196:6
**attract** [3] - 96:2,
193:14, 196:14
**attractive** [1] - 96:3
**atypical** [1] - 148:8
**audience** [1] - 99:6
**audio** [3] - 3:10, 3:16,
5:16
**August** [1] - 72:24
**austere** [1] - 43:11
**authentic** [7] - 63:25,
67:21, 97:16, 97:21,
99:16, 99:22, 100:2
**authenticated** [2] -
97:22, 100:5
**authentication** [1] -
198:8
**authenticity** [1] -
100:7
**author** [2] - 13:2,
29:20
**authored** [1] - 21:8
**authorities** [2] - 136:2,
171:22
**authority** [1] - 168:3
**authorization** [1] -
201:25
**authorizing** [1] - 68:8
**autonomy** [1] - 45:25
**availability** [2] -
202:21, 202:24
**available** [6] - 32:10,
65:22, 73:3, 74:10,
76:1, 76:11, 76:12,

204:9
**Avenue** [3] - 1:17,
1:22, 205:18
**avenue** [1] - 81:16
**avenues** [1] - 81:15
**award** [1] - 132:2
**awards** [3] - 131:23,
132:1, 132:5
**aware** [2] - 136:2,
162:23
**Awareness** [2] -
25:11, 190:23
**awareness** [4] - 191:9,
193:10, 193:24,
196:8
**axe** [2] - 65:5, 87:20
**Axis** [1] - 151:9
**Ayman** [1] - 149:15

## B

**BA** [1] - 111:19
**Ba'ath** [10] - 151:14,
151:15, 168:18,
169:1, 169:3, 169:9,
170:4, 170:17
**Babson** [1] - 14:8
**bachelor's** [1] - 14:4
**back-and-forth** [1] -
130:6
**backbone** [1] - 160:17
**background** [1] -
33:19
**bad** [3] - 10:19, 12:2
**Badran** [3] - 163:21,
165:2, 165:14
**Baghdadi** [13] - 47:16,
47:17, 48:1, 48:12,
48:24, 49:7, 49:9,
49:11, 49:12, 49:19,
59:24, 149:9, 181:16
**Baghdadi's** [2] - 48:4,
50:4
**Bakr** [3] - 47:16,
48:24, 59:23
**balances** [1] - 125:23
**bandwidth** [2] - 5:15,
9:6
**bank** [1] - 158:11
**Bank** [1] - 181:24
**banks** [1] - 158:20
**Baptismal** [1] - 115:23
**barrel** [1] - 176:10
**barriers** [1] - 3:23
**BARRY** [1] - 1:3
**Barry** [5] - 3:3, 73:20,
109:25, 153:13,
184:2
**based** [20] - 11:13,
13:11, 21:23, 26:19,

29:23, 65:1, 65:21, 69:13, 76:5, 77:19, 83:15, 92:24, 97:17, 128:13, 141:10, 161:4, 166:22, 168:12, 168:22, 202:18

**bases** [4] - 111:2, 137:15, 137:17, 179:16

**Bashar** [10] - 85:10, 86:14, 151:16, 170:4, 170:7, 170:12, 170:18, 170:22, 173:9, 176:1

**bashful** [1] - 175:13

**basic** [3] - 92:15, 92:22, 156:3

**basis** [8] - 19:25, 33:23, 35:2, 54:2, 128:12, 128:18, 130:23, 178:3

**baton** [1] - 73:23

**battle** [3] - 56:8, 67:3, 67:11

**battle-hardened** [3] - 56:8, 67:3, 67:11

**battlefield** [6] - 56:24, 59:14, 60:21, 62:15, 67:1, 104:2

**battles** [1] - 57:14

**Bauer** [1] - 131:22

**bayat** [1] - 45:17

**Bayat** [3] - 39:25, 43:1, 44:5

**Beach** [1] - 5:16

**Beast** [2] - 56:11, 56:12

**beat** [1] - 63:13

**beating** [1] - 143:19

**became** [14] - 10:5, 43:2, 61:21, 61:23, 69:5, 78:17, 78:18, 86:14, 137:24, 139:21, 139:24, 142:19, 150:1, 180:17

**become** [8] - 48:21, 52:23, 59:2, 60:23, 113:18, 139:1, 152:2, 163:24

**becomes** [2] - 152:2, 174:6

**becoming** [1] - 104:2

**BEFORE** [1] - 1:10

**beforehand** [1] - 151:5

**began** [8] - 42:8, 56:17, 58:25, 59:12, 64:15, 79:2, 197:25,

203:11

**begin** [2] - 9:8, 197:24

**beginning** [4] - 7:19, 25:12, 64:4, 174:3

**begins** [1] - 169:23

**behalf** [6] - 4:8, 53:23, 88:10, 195:20, 198:24, 201:21

**behead** [1] - 42:17

**beheaded** [2] - 97:14, 107:23

**beheading** [2] - 72:2, 72:4

**behind** [1] - 61:14

**behold** [1] - 53:17

**belief** [1] - 73:1

**believes** [1] - 59:7

**Belle** [1] - 9:25

**below** [1] - 169:6

**bench** [2] - 7:21, 28:1

**benefit** [3] - 59:17, 59:18, 143:21

**Benghazi** [1] - 63:3

**Beqaa** [1] - 179:17

**beside** [2] - 20:4, 104:24

**best** [14] - 3:13, 6:11, 27:22, 30:14, 31:15, 37:23, 63:24, 67:21, 83:15, 124:6, 124:8, 182:10, 182:12, 205:14

**better** [5] - 18:5, 116:17, 122:25, 126:1, 170:2

**between** [53] - 18:23, 22:1, 23:6, 23:11, 31:5, 36:20, 49:8, 49:20, 50:3, 52:9, 52:12, 52:19, 58:19, 58:22, 60:3, 74:16, 74:22, 75:13, 77:9, 79:5, 79:6, 79:24, 80:6, 83:12, 86:24, 87:15, 87:25, 89:1, 89:2, 90:16, 95:17, 96:5, 100:12, 101:23, 114:11, 118:19, 118:21, 119:4, 119:17, 142:12, 146:7, 150:11, 150:24, 150:25, 151:14, 171:3, 175:20, 184:15, 197:23, 201:4, 202:4, 202:13, 202:25

**beyond** [4] - 59:5, 107:13, 189:25, 190:1

**biases** [1] - 32:20

**big** [2] - 122:7, 152:2

**bigger** [1] - 53:20

**biggest** [4] - 54:1, 54:14, 104:17, 104:19

**bin** [3] - 41:16, 41:18, 42:23

**bipartisan** [1] - 117:10

**birth** [4] - 41:9, 47:18, 58:14

**bit** [18] - 8:9, 8:15, 8:24, 55:24, 58:21, 59:5, 62:18, 63:9, 79:12, 96:12, 126:18, 137:8, 174:22, 180:4, 182:17, 182:20, 184:22

**black** [4] - 79:9, 79:10, 80:18, 82:23

**bless** [1] - 203:4

**blood** [1] - 160:16

**bloody** [2] - 151:12, 163:3

**blowing** [1] - 10:11

**blunt** [1] - 178:23

**boasting** [1] - 99:12

**bodies** [1] - 136:23

**body** [2] - 9:20, 11:17

**Boko** [1] - 24:8

**bolster** [2] - 67:5, 91:7

**bolstered** [1] - 55:19

**bolstering** [3] - 56:25, 60:12, 104:12

**bombers** [3] - 45:8, 52:24, 169:14

**Bombing** [1] - 133:22

**bombing** [7] - 9:25, 10:2, 10:8, 10:9, 23:16, 116:1, 176:10

**bombings** [1] - 164:21

**bombs** [1] - 169:14

**boogeyman** [1] - 181:6

**book** [8] - 21:16, 21:20, 47:11, 119:15, 134:2, 134:5, 134:11, 136:9

**bookend** [1] - 128:24

**books** [7] - 17:13, 21:8, 33:16, 133:25, 134:3, 134:17

**boomeranged** [1] - 143:18

**Border** [3] - 15:23, 24:21, 34:6

**border** [7] - 115:24, 143:23, 143:24, 143:25, 144:5,

152:1, 166:5

**borders** [1] - 162:8

**born** [3] - 5:4, 47:17, 47:19

**borne** [1] - 169:13

**boss** [2] - 121:15, 121:19

**Boston** [1] - 133:21

**bottom** [9] - 146:3, 146:4, 158:24, 165:6, 167:22, 173:22, 177:18, 186:3, 189:15

**bounce** [2] - 123:11, 125:6

**boundaries** [1] - 138:9

**box** [1] - 178:12

**brain** [1] - 122:16

**brakes** [3] - 175:4, 175:11

**branch** [6] - 120:8, 150:21, 155:1, 155:16, 155:22, 181:24

**branches** [2] - 150:7, 150:14

**Brandeis** [1] - 21:5

**break** [19] - 8:12, 8:14, 8:18, 73:6, 73:11, 109:9, 109:12, 152:11, 152:15, 152:22, 152:23, 182:5, 182:6, 182:11, 182:19, 183:13, 183:21, 203:1

**breaking** [3] - 34:22, 173:17, 182:16

**breath** [1] - 8:19

**Brian** [1] - 47:10

**bribe** [1] - 143:23

**Brief** [17] - 35:14, 109:21, 153:6, 163:16, 164:4, 178:15, 183:25, 187:5, 187:13, 189:12, 189:14, 190:13, 192:11, 192:16, 193:3, 195:4, 200:9

**brief** [17] - 7:19, 8:3, 9:2, 16:10, 28:25, 96:22, 98:2, 111:9, 121:2, 123:13, 141:16, 153:8, 182:16, 187:1, 187:24, 188:1, 188:13

**briefed** [1] - 17:17

**briefing** [1] - 123:16

**briefings** [2] - 81:5, 81:6

**briefly** [17] - 29:19, 30:3, 35:12, 40:2, 40:4, 51:10, 53:6, 63:8, 63:19, 73:9, 73:23, 85:15, 85:19, 93:19, 96:20, 98:11, 187:18

**bring** [7] - 9:18, 91:11, 102:19, 125:14, 129:15, 129:17, 130:12

**bringing** [3] - 66:17, 67:3, 83:5

**Britain** [1] - 137:22

**British** [2] - 93:21, 94:2

**broad** [4] - 30:10, 103:1, 103:7, 103:8

**broadcasted** [1] - 97:12

**broader** [3] - 49:7, 116:17, 194:14

**broadly** [2] - 138:4, 173:1

**broken** [1] - 177:10

**brokered** [4] - 62:8, 79:24, 87:14, 91:12

**brokers** [1] - 86:15

**brother** [2] - 51:23, 170:12

**brother-in-law** [2] - 51:23, 170:12

**Brotherhood** [1] - 162:19

**brought** [5] - 44:10, 46:6, 93:7, 104:4, 113:2

**browser** [1] - 64:5

**Brussels** [1] - 23:16

**brutal** [5] - 42:15, 56:2, 92:25, 93:15, 100:9

**brutality** [4] - 42:9, 48:17, 68:13, 70:5

**Bucca** [1] - 47:23

**bugging** [1] - 123:18

**Buies** [1] - 20:24

**building** [5] - 103:22, 103:23, 105:20, 169:1, 169:3

**builds** [1] - 9:20

**built** [2] - 47:25, 143:10

**bunch** [1] - 179:11

**burden** [1] - 11:7

**Bureau** [3] - 65:18, 112:25, 145:7

**bureau** [1] - 112:17

**bureaucracy** [14] - 43:17, 55:7, 67:9, 90:4, 92:9, 93:4, 93:17, 93:20, 94:4, 94:21, 94:22, 103:10, 103:23, 104:15

**bureaucratic** [4] - 43:15, 47:8, 47:13, 99:5

**burn** [1] - 197:7

**Bush** [2] - 114:10, 151:9

**business** [5] - 15:5, 88:23, 125:18, 200:22, 201:25

**Businesses** [1] - 14:7

**businessman** [4] - 86:8, 86:13, 88:7, 199:2

**businessmen** [1] - 85:9

**buyer** [1] - 84:17

**buying** [4] - 54:19, 79:10, 80:17, 96:13

**BY** [23] - 12:20, 16:24, 29:13, 35:25, 36:5, 39:12, 41:6, 52:17, 71:7, 78:5, 95:10, 97:6, 98:9, 110:8, 111:15, 141:22, 153:15, 154:1, 164:9, 167:14, 184:12, 185:2, 188:23

**Byman** [1] - 119:14

# C

**calculates** [1] - 114:2

**California's** [1] - 19:20

**Caliphate** [1] - 24:6

**caliphate** [4] - 50:7, 71:6, 104:22, 104:24

**camera** [4] - 42:18, 63:14, 94:17, 107:23

**Camp** [1] - 47:23

**camp** [1] - 41:18

**Campbell** [1] - 20:24

**camps** [2] - 41:18, 179:10

**Canada** [2] - 115:24, 137:12

**Canadian** [2] - 24:2, 137:2

**cannot** [1] - 67:1

**Cantlie** [4] - 93:19, 93:21, 93:23, 94:2

**capability** [1] - 89:13

**capable** [1] - 72:18

**capacity** [4] - 7:7, 17:10, 25:12, 66:24

**caps** [1] - 198:25

**captive** [3] - 36:11, 90:20, 101:9

**captives** [3] - 42:16, 90:15, 92:21

**captivity** [5] - 32:15, 91:15, 91:16, 100:18, 103:17

**capture** [1] - 83:8

**captured** [5] - 78:22, 82:1, 93:22, 103:16, 107:21

**car** [2] - 103:15, 158:10

**care** [1] - 6:1

**career** [5] - 10:3, 145:20, 145:21, 178:1

**careers** [2] - 43:25, 44:1

**careful** [2] - 122:17, 162:11

**carefully** [1] - 35:7

**Carolina** [1] - 20:25

**carried** [3] - 44:7, 107:15, 108:14

**carries** [1] - 139:6

**carry** [8] - 45:10, 89:21, 91:1, 115:25, 119:3, 138:6, 175:7, 175:10

**carrying** [3] - 113:11, 163:4, 164:21

**cars** [3] - 93:6, 169:14

**Casablanca** [1] - 20:15

**case** [79] - 4:6, 4:10, 4:15, 6:9, 9:23, 9:25, 10:2, 15:6, 16:9, 16:13, 21:12, 27:14, 27:20, 27:25, 28:1, 29:7, 32:11, 32:12, 32:18, 34:24, 35:2, 37:13, 37:22, 46:11, 46:13, 51:9, 51:12, 55:5, 55:18, 64:24, 64:25, 74:25, 85:20, 90:3, 90:18, 94:22, 96:21, 98:7, 100:13, 103:14, 103:15, 104:13, 106:22, 109:23, 112:23, 117:18, 123:24, 124:1, 124:8, 127:20, 132:7, 135:11, 135:12, 135:23, 135:25, 136:8, 138:21,

139:3, 139:11, 139:16, 150:6, 157:17, 157:18, 159:4, 159:7, 159:12, 160:21, 163:15, 165:9, 165:19, 175:18, 179:21, 185:12, 185:20, 192:3, 192:15, 200:3, 200:24

**cases** [18] - 11:16, 27:22, 28:13, 29:8, 29:15, 35:5, 43:20, 90:12, 95:17, 108:13, 138:25, 139:1, 140:6, 159:15, 161:1, 161:2, 172:9, 201:6

**cash** [1] - 160:5

**cast** [3] - 95:12, 96:12, 125:3

**casualties** [1] - 96:12

**catch** [1] - 8:19

**category** [1] - 149:4

**Catholic** [2] - 14:1, 19:15

**causal** [4] - 102:5, 104:23, 106:2, 106:3

**causation** [1] - 102:6

**caused** [4] - 55:1, 84:7, 91:24, 102:3

**causes** [1] - 6:17

**causing** [3] - 60:5, 102:3, 153:19

**caveat** [1] - 105:13

**CCMR** [1] - 25:22

**CCR** [3] - 1:20, 205:11, 205:16

**ceases** [1] - 9:10

**cell** [3] - 6:25, 7:1, 7:8

**Center** [5] - 21:3, 25:22, 116:6, 129:16, 139:23

**Central** [3] - 22:3, 150:20, 181:24

**Centre** [2] - 13:10, 17:22

**century** [1] - 13:3

**CEO** [2] - 14:21, 88:21

**certain** [6] - 31:11, 56:22, 65:10, 80:11, 123:1, 124:5

**certainly** [7] - 57:18, 59:8, 65:21, 105:15, 105:19, 126:6, 180:12

**certainty** [11] - 36:20, 50:12, 54:23, 82:15, 89:21, 90:25, 97:8,

100:24, 100:25, 142:12, 142:15

**certificate** [1] - 14:6

**CERTIFICATE** [1] - 205:10

**certify** [1] - 205:11

**chairman** [1] - 168:17

**challenge** [4] - 27:18, 27:20, 134:24, 134:25

**Challenge** [1] - 23:10

**challenged** [2] - 135:17, 135:23

**challenges** [1] - 13:3

**chambers** [3] - 98:10, 183:14, 183:19

**chance** [3] - 8:19, 72:3, 75:7

**change** [7] - 9:19, 40:5, 45:15, 64:14, 149:5, 149:8, 175:24

**changes** [5] - 39:17, 44:2, 44:3, 133:6, 174:17

**channels** [1] - 99:7

**chapter** [2] - 134:9, 185:12

**Chapter** [1] - 185:12

**chapters** [1] - 134:10

**characteristic** [1] - 48:17

**characterizing** [2] - 194:16, 197:4

**charge** [1] - 115:20

**charged** [1] - 85:21

**charitable** [1] - 116:12

**charity** [1] - 124:25

**check** [1] - 32:21

**checks** [1] - 125:22

**chemical** [5] - 62:3, 62:6, 62:9, 62:10, 176:12

**Chicago** [1] - 158:7

**chief** [7] - 13:4, 14:23, 15:1, 113:23, 115:19, 122:12, 127:20

**children** [2] - 173:17, 173:18

**children's** [1] - 69:10

**chilling** [1] - 53:17

**choking** [1] - 160:15

**choose** [2] - 95:24, 119:12

**chooses** [1] - 119:10

**chronological** [1] - 112:5

**CIA** [1] - 121:1

**circle** [3] - 170:21, 170:25, 173:11

**circles** [1] - 41:22

**citation** [1] - 123:22

**cite** [1] - 127:2

**cited** [3] - 135:7, 135:19, 136:9

**cities** [1] - 151:20

**citing** [1] - 122:17

**citizenship** [2] - 168:20, 168:22

**city** [1] - 181:20

**City** [1] - 63:3

**civil** [11] - 3:3, 42:14, 44:9, 46:5, 73:20, 109:25, 134:21, 143:21, 153:13, 184:2, 192:23

**Civil** [5] - 25:22, 42:6, 42:10, 48:23, 57:8

**Civil-Military** [1] - 25:22

**civilians** [6] - 164:22, 176:12, 180:21, 181:12, 200:19, 200:20

**claim** [2] - 14:16, 35:8

**claimed** [2] - 14:12, 50:6

**claims** [2] - 29:9, 72:23

**clandestine** [2] - 30:23, 31:21

**clarification** [1] - 101:7

**clarify** [6] - 6:2, 30:12, 38:17, 52:7, 80:21, 100:1

**clarity** [2] - 54:5, 60:16

**Class** [1] - 46:3

**class** [1] - 19:18

**classes** [1] - 14:8

**classified** [5] - 123:19, 123:24, 124:2, 124:9, 154:8

**clean** [3] - 38:14, 39:6, 39:8

**clear** [19] - 43:22, 54:16, 57:2, 59:15, 60:11, 61:23, 79:20, 91:20, 99:8, 100:12, 101:1, 101:2, 104:20, 123:18, 148:12, 150:1, 161:16, 178:19, 194:6

**clearances** [4] - 112:10, 112:15, 122:10, 122:21

**clearly** [4] - 97:18, 123:23, 185:25, 198:2

**CLERK** [12] - 3:2, 73:16, 73:19, 76:19, 109:24, 153:10, 153:12, 164:7, 184:1, 204:10, 204:24, 205:6

**Cleveland** [1] - 135:13

**click** [2] - 188:9, 188:13

**clients** [3] - 16:2, 16:3, 16:17

**Clingendael** [1] - 22:9

**close** [10] - 8:22, 163:11, 165:4, 170:10, 173:10, 174:24, 182:21, 186:22, 187:7, 201:20

**closed** [3] - 144:25, 146:19, 186:23

**closely** [1] - 170:13

**closer** [1] - 160:16

**closing** [1] - 8:1

**CNN** [1] - 132:3

**co** [1] - 20:2

**co-principal** [1] - 20:2

**Coalition** [2] - 79:18, 129:19

**coalition** [11] - 40:6, 130:9, 143:19, 151:13, 160:13, 164:3, 164:20, 166:18, 169:21, 190:25, 191:13

**coffee** [2] - 125:10, 128:17

**Cohen** [1] - 80:14

**Cohen's** [1] - 80:19

**cold** [1] - 139:1

**collapsed** [2] - 104:22, 104:24

**colleague** [4] - 73:24, 119:13, 131:22, 180:23

**collect** [2] - 123:9, 123:10

**collected** [2] - 123:17, 158:2

**collecting** [3] - 121:7, 158:1, 161:21

**collection** [1] - 123:3

**College** [2] - 14:8, 21:4

**colleges** [1] - 20:5

**colorful** [1] - 72:12

**Columbia** [1] - 21:16

**COLUMBIA** [1] - 1:2

**column** [3] - 146:16, 146:17, 146:18

**combat** [2] - 138:11,
138:12

**combating** [3] - 129:12, 129:13

**Combating** [3] - 131:17, 131:20, 139:22

**combined** [1] - 168:1

**coming** [9] - 73:11, 82:19, 82:24, 114:4, 117:24, 128:15, 129:2, 166:3, 203:20

**Command** [2] - 22:3, 174:15

**command** [3] - 169:1, 169:3, 175:3

**commander** [2] - 140:12, 165:22

**commented** [3] - 17:16, 148:18, 169:7

**comments** [2] - 7:19, 129:7

**commerce** [1] - 80:6

**commissioned** [1] - 22:12

**committed** [2] - 4:12, 43:9

**Committee** [4] - 24:7, 24:9, 24:12, 72:14

**committee** [3] - 136:17, 136:18, 155:9

**committees** [1] - 136:17

**commodities** [3] - 37:6, 89:5, 202:8

**common** [1] - 149:18

**communicate** [2] - 148:25, 157:24

**communication** [3] - 14:4, 63:25, 67:22

**community** [12] - 65:19, 81:22, 91:23, 100:13, 120:23, 121:13, 121:17, 121:20, 121:25, 122:10, 123:15, 181:8

**Community** [1] - 25:1

**companies** [3] - 15:25, 88:17

**company** [6] - 88:11, 88:14, 198:25, 200:25, 201:2, 201:18

**Company** [5] - 88:21, 89:3, 199:1, 200:25, 202:6

**comparative** [6] - 30:7, 30:11, 30:21, 31:24, 65:25, 82:6

**compare** [5] - 31:9, 66:1, 82:7, 126:20, 126:21

**compares** [1] - 31:2

**compelling** [1] - 103:7

**compensation** [2] - 9:13, 9:15

**competent** [1] - 67:11

**competition** [1] - 23:11

**complaint** [3] - 85:20, 86:1, 86:3

**complete** [6] - 13:17, 93:1, 103:12, 103:19, 110:21, 205:14

**completed** [1] - 14:5

**completely** [1] - 105:16

**completing** [1] - 14:1

**complex** [2] - 95:15, 96:6

**complexity** [1] - 96:7

**compliance** [1] - 5:25

**complicated** [2] - 151:12, 163:3

**complying** [1] - 4:3

**component** [1] - 22:4

**components** [5] - 113:14, 115:22, 116:2, 137:4, 150:7

**comprises** [1] - 31:23

**Computer** [1] - 19:23

**computer** [1] - 1:25

**computer-aided** [1] - 1:25

**concentration** [1] - 111:22

**concentrations** [1] - 111:23

**concept** [1] - 23:8

**concerned** [4] - 53:11, 143:25, 151:10, 176:10

**conclude** [5] - 44:18, 46:15, 97:15, 100:17, 203:24

**concluded** [9] - 36:22, 37:1, 37:6, 37:10, 50:16, 69:16, 82:14, 204:19, 205:8

**concluding** [1] - 8:3

**conclusion** [16] - 7:25, 8:6, 36:17, 50:13, 54:24, 72:6, 81:6, 84:10, 95:12, 96:13, 97:10, 97:12, 100:2, 137:17, 142:11, 142:14

**conclusions** [19] -

31:6, 31:8, 31:9, 31:16, 31:18, 33:23, 35:10, 36:19, 51:8, 65:20, 67:25, 81:21, 82:4, 86:3, 97:7, 100:12, 122:5, 122:6

**concur** [2] - 72:6, 100:2

**concurrence** [1] - 156:2

**concurrent** [1] - 157:15

**concurs** [1] - 6:13

**conditionally** [2] - 38:8, 38:9

**conditions** [7] - 36:10, 58:11, 72:7, 102:21, 180:9

**conduct** [4] - 17:6, 33:3, 124:12, 201:24

**conducted** [6] - 4:9, 44:7, 84:24, 106:20, 127:6, 127:9

**conducting** [3] - 30:4, 88:23, 169:16

**conference** [8] - 5:21, 20:15, 20:18, 21:3, 130:25, 203:5, 204:18

**conferences** [1] - 128:20

**confession** [1] - 85:24

**confidante** [1] - 173:10

**confidants** [1] - 165:4

**confidence** [3] - 71:15, 72:18, 126:15

**confident** [1] - 71:10

**confirm** [3] - 97:20, 147:13, 188:24

**confirmed** [2] - 100:7, 125:12

**Conflict** [2] - 22:23, 23:5

**conflict** [11] - 31:7, 31:19, 42:14, 50:3, 50:23, 52:9, 52:12, 53:14, 56:10, 190:20, 193:8

**conform** [2] - 67:24, 86:3

**confusing** [1] - 146:24

**confusion** [2] - 34:22, 122:14

**Congress** [4] - 23:22, 24:2, 136:12, 136:20

**congressional** [2] - 29:21, 34:11

**congressionally** [2] - 177:1, 192:2

**congressionally-mandated** [2] - 177:1, 192:2

**Connecticut** [1] - 1:17

**connecting** [1] - 97:4

**connection** [6] - 74:22, 101:23, 103:6, 104:23, 118:14, 131:23

**connections** [1] - 41:15

**conquer** [3] - 78:16, 82:9, 142:20

**conquered** [3] - 78:24, 79:1, 197:25

**conquering** [2] - 78:10, 81:18

**consensus** [5] - 31:10, 31:12, 82:3, 156:12, 157:14

**consequence** [2] - 106:6, 107:6

**consequential** [1] - 84:17

**conservative** [1] - 68:10

**consider** [4] - 33:8, 33:16, 80:5, 80:8

**considerable** [1] - 125:22

**considered** [1] - 178:22

**consistency** [4] - 31:4, 31:5, 65:7, 65:11

**consistent** [6] - 40:15, 61:10, 61:12, 65:25, 81:8, 99:4

**constant** [1] - 90:17

**constitutes** [1] - 205:12

**Constitution** [2] - 1:22, 205:18

**Construction** [1] - 199:1

**consultant** [3] - 26:17, 29:20, 29:21

**contact** [1] - 41:19

**contacts** [1] - 201:11

**contained** [1] - 22:24

**contemporaneous** [1] - 10:1

**Contemporary** [1] - 131:10

**content** [2] - 148:5, 185:18

**Content** [1] - 148:13

**contents** [3] - 85:24, 99:23, 188:14

**contested** [1] - 135:4

**context** [5] - 37:7, 62:18, 118:24, 158:6, 196:20
**contextual** [1] - 33:19
**continent** [1] - 23:19
**continuation** [1] - 163:18
**continue** [10] - 35:16, 44:1, 47:1, 67:12, 69:25, 71:1, 95:8, 166:20, 166:24, 183:2
**continued** [10] - 50:5, 66:18, 176:16, 179:2, 179:3, 192:19, 193:14, 195:16, 196:14, 196:16
**continues** [4] - 25:15, 40:13, 189:23, 190:1
**continuing** [2] - 179:9, 195:15
**continuity** [3] - 43:5, 43:19, 175:20
**contours** [3] - 26:15, 83:16, 85:3
**contract** [1] - 87:2
**contractor** [1] - 25:15
**contracts** [1] - 83:12
**contradicting** [2] - 31:12, 35:9
**contrary** [4] - 124:3, 128:11, 138:24, 197:13
**contribute** [5] - 9:20, 11:17, 66:23, 124:2, 142:25
**contributed** [2] - 133:11, 142:8
**contributions** [1] - 69:1
**contributor** [1] - 69:3
**control** [24] - 49:21, 55:8, 55:14, 67:10, 70:9, 90:5, 92:1, 93:1, 93:2, 93:16, 94:24, 101:4, 103:9, 103:12, 103:13, 103:19, 104:15, 104:25, 105:23, 107:15, 137:25, 175:3, 179:18, 198:4
**Control** [2] - 113:15, 155:22
**controlled** [10] - 43:12, 79:14, 81:19, 85:12, 85:13, 89:4, 92:16, 162:7, 201:6, 202:8
**controlling** [1] - 43:10

**controls** [2] - 162:7, 165:23
**conventional** [1] - 138:25
**conversation** [4] - 125:14, 126:19, 127:14, 130:18
**convicted** [1] - 135:13
**convoys** [1] - 79:9
**cooperation** [3] - 140:1, 140:2, 190:4
**coordinating** [2] - 155:9, 171:3
**copies** [1] - 184:9
**copy** [16] - 37:24, 63:24, 67:16, 148:2, 158:23, 165:5, 167:19, 177:4, 177:15, 185:22, 185:25, 189:6, 192:7, 195:9, 199:4, 199:21
**cornerstone** [1] - 136:1
**corona** [1] - 128:14
**coronavirus** [1] - 123:8
**Corporate** [1] - 26:18
**Corps** [2] - 25:10, 34:7
**correct** [15] - 6:4, 6:5, 10:15, 25:25, 43:3, 43:4, 45:11, 52:12, 58:3, 71:10, 100:16, 105:12, 128:7, 178:13, 186:20
**cost** [1] - 163:3
**costs** [1] - 162:14
**Council** [12] - 26:4, 40:8, 46:23, 48:3, 48:5, 68:24, 100:7, 123:14, 130:3, 143:13, 147:7, 155:7
**counsel** [9] - 3:22, 3:25, 4:8, 4:15, 6:19, 6:23, 7:6, 102:4, 108:16
**count** [1] - 68:9
**counter** [4] - 120:19, 129:3, 130:9, 161:1
**Counter** [4] - 13:10, 17:23, 19:21, 129:19
**counter-narcotics** [1] - 120:19
**Counter-Terrorism** [3] - 13:10, 17:23, 19:21
**counterfactuals** [3] - 91:19, 105:18, 105:21
**Countering** [2] - 15:15, 133:21

**countering** [8] - 25:2, 118:4, 129:21, 129:22, 129:23, 129:25, 130:1
**counterparts** [2] - 121:1, 130:22
**counterterrorism** [16] - 110:1, 112:9, 112:19, 114:8, 114:21, 114:22, 116:19, 130:3, 130:12, 130:14, 135:25, 136:1, 137:10, 157:1, 168:3, 168:11
**Counterterrorism** [4] - 26:2, 129:16, 145:8, 155:11
**counting** [1] - 27:11
**countries** [10] - 25:20, 26:24, 44:25, 51:14, 96:4, 115:12, 127:18, 138:1, 138:2, 161:22
**Country** [10] - 177:3, 178:2, 185:15, 185:16, 186:8, 186:17, 189:1, 191:25, 194:21, 197:21
**country** [15] - 10:23, 19:13, 26:20, 42:5, 55:13, 59:2, 59:22, 84:3, 90:9, 162:15, 162:21, 172:16, 175:8, 178:23, 197:7
**counts** [1] - 170:25
**couple** [5] - 13:6, 18:8, 92:8, 98:11, 149:20
**course** [21] - 6:11, 19:13, 19:16, 25:13, 33:14, 42:6, 42:10, 59:2, 96:6, 102:1, 118:3, 125:4, 126:6, 128:18, 131:10, 131:15, 131:17, 131:20, 158:11, 198:2, 203:6
**Course** [1] - 25:11
**courses** [3] - 19:20, 131:4, 131:6
**COURT** [114] - 1:1, 3:7, 5:13, 6:2, 6:6, 6:20, 7:10, 8:7, 9:4, 12:11, 12:17, 16:12, 28:14, 28:17, 28:22, 29:4, 35:15, 35:23, 36:2, 38:6, 38:21, 40:18, 40:20, 40:23,

40:24, 40:25, 41:2, 41:3, 41:4, 41:5, 52:6, 52:14, 70:10, 70:12, 70:16, 70:20, 70:23, 71:1, 73:10, 73:18, 74:1, 74:12, 74:21, 75:3, 75:11, 75:15, 75:17, 75:21, 76:7, 76:16, 76:20, 76:21, 76:22, 76:23, 76:24, 76:25, 77:18, 77:22, 78:2, 92:4, 92:7, 95:6, 96:25, 98:3, 101:20, 105:5, 105:22, 106:1, 108:2, 108:6, 108:9, 108:16, 108:24, 109:7, 109:14, 109:16, 109:22, 110:2, 111:11, 111:13, 141:17, 152:12, 152:16, 152:19, 152:21, 153:3, 153:7, 153:11, 153:17, 164:5, 167:10, 182:8, 182:22, 182:24, 183:3, 183:12, 183:18, 183:24, 184:4, 184:10, 184:21, 184:24, 184:25, 186:21, 187:15, 202:17, 203:10, 203:17, 204:7, 204:11, 204:12, 204:23, 205:2, 205:10
**court** [92] - 3:19, 5:2, 5:6, 5:7, 6:18, 8:12, 8:19, 9:16, 10:18, 11:4, 12:25, 13:24, 20:8, 24:18, 27:19, 33:24, 35:5, 35:18, 43:20, 44:13, 44:18, 45:3, 46:9, 46:15, 51:9, 51:19, 74:4, 75:10, 75:25, 77:25, 85:22, 101:19, 109:8, 111:3, 111:17, 111:18, 116:8, 120:4, 131:6, 133:14, 135:7, 135:15, 135:19, 135:20, 135:22, 137:12, 137:18, 138:20, 144:20, 145:3, 146:12, 146:15, 147:22, 150:10, 152:11, 152:23, 154:21,

160:1, 163:15, 165:12, 165:19, 167:15, 167:25, 169:25, 171:10, 171:20, 172:18, 173:24, 173:25, 176:24, 178:11, 182:6, 183:8, 184:9, 185:7, 185:9, 188:1, 188:6, 188:25, 189:18, 190:6, 191:24, 192:14, 194:19, 195:13, 196:4, 198:12, 198:18, 199:13, 200:3
**Court** [14] - 1:20, 1:21, 11:16, 12:15, 21:11, 26:7, 73:8, 110:9, 135:11, 135:21, 136:9, 136:11, 203:8, 205:16
**court's** [1] - 44:16
**Court's** [3] - 77:14, 100:15, 186:19
**courthouse** [1] - 9:24
**Courthouse** [2] - 1:21, 205:17
**courtroom** [1] - 3:17
**courts** [3] - 27:23, 29:14, 30:9
**cover** [1] - 155:20
**covered** [5] - 102:10, 102:19, 113:4, 150:12, 182:19
**covert** [1] - 124:23
**cracked** [1] - 180:16
**cracking** [1] - 57:16
**craft** [1] - 15:11
**crafting** [2] - 15:9, 27:24
**Cramer** [2] - 3:18, 5:3
**create** [3] - 72:8, 171:25, 181:2
**created** [6] - 72:7, 113:13, 142:22, 188:4, 193:25, 194:9
**creation** [1] - 180:6
**creations** [1] - 15:9
**credentials** [1] - 134:25
**credibility** [3] - 32:21, 51:1, 87:20
**credible** [2] - 56:20, 81:8
**credit** [1] - 5:7
**Creek** [1] - 20:24
**crime** [2] - 113:16, 136:8
**crimes** [1] - 46:17

**criminal** [5] - 27:15, 85:20, 125:1, 134:20, 139:1
**Crisis** [1] - 22:7
**crisis** [2] - 16:16, 115:16
**critical** [9] - 60:7, 91:6, 92:2, 119:5, 130:18, 135:25, 151:7, 161:8, 195:25
**cross** [2] - 32:21, 115:24
**cross-check** [1] - 32:21
**crossed** [1] - 62:2
**crossing** [1] - 166:5
**CRR** [3] - 1:20, 205:11, 205:16
**crush** [1] - 181:13
**crux** [4] - 149:25, 163:18, 165:20, 166:7
**CSG** [1] - 155:10
**culpability** [3] - 36:9, 74:18, 96:20
**culpable** [1] - 100:3
**cultural** [1] - 15:1
**culture** [2] - 68:13
**current** [5] - 74:14, 142:2, 147:10, 148:6, 177:23
**curtail** [1] - 128:2
**curve** [1] - 20:20
**customer** [1] - 54:14
**customers** [1] - 16:4
**Customs** [3] - 15:23, 24:21, 34:6
**cut** [2] - 88:2, 97:14
**CV** [3] - 1:3, 120:1, 133:23
**CVE** [1] - 25:3

# D

**D.C** [6] - 21:2, 112:8, 123:8, 128:14, 128:21, 130:8
**D.C.-based** [2] - 13:8, 22:5
**D.D.C** [2] - 27:21, 28:10
**dabble** [1] - 33:4
**Dabiq** [1] - 99:11
**Daesh** [1] - 143:3
**DAESH** [1] - 143:4
**daily** [2] - 121:2, 148:24
**Daily** [2] - 56:11, 56:12
**Damascus** [8] - 56:2, 151:20, 168:22,

169:1, 174:20, 179:12, 179:15, 179:22
**Damrah** [1] - 135:12
**Dan** [1] - 119:14
**danger** [3] - 57:21, 58:5, 58:8
**dangerous** [1] - 57:12
**dark** [1] - 68:15
**Darwish** [8] - 160:6, 161:3, 161:7, 161:8, 161:16, 161:25, 163:6, 163:7
**Darwish's** [1] - 166:11
**DAS** [1] - 124:3
**data** [2] - 78:14, 81:13
**date** [6] - 39:22, 146:16, 158:14, 166:25, 167:1, 177:8
**dated** [10] - 85:6, 147:25, 154:13, 164:25, 167:18, 171:11, 198:13, 199:5, 199:14, 205:15
**Daubert** [3] - 27:17, 27:19, 134:25
**DAVEED** [2] - 2:3, 12:18
**Daveed** [5] - 12:14, 13:1, 38:4, 77:25, 96:18
**David** [1] - 80:14
**Dawa** [1] - 18:16
**DAY** [1] - 1:10
**daylight** [1] - 100:12
**days** [2] - 129:1, 158:4
**DC** [4] - 1:4, 1:18, 1:22, 205:18
**de** [6] - 41:9, 47:18, 72:25, 140:15, 141:5, 161:14
**dead** [1] - 97:14
**deal** [10] - 15:7, 33:14, 62:8, 81:17, 89:2, 151:20, 202:4, 202:6, 202:12, 203:23
**dealing** [1] - 7:13
**dealings** [1] - 140:20
**deals** [2] - 79:24, 87:14
**dealt** [2] - 55:7, 90:19
**death** [7] - 43:1, 63:15, 63:22, 97:8, 99:12, 100:11, 104:6
**deaths** [2] - 36:9, 68:9, 84:6, 97:11, 97:19, 99:14
**decade** [4] - 13:4,

17:10, 34:17, 156:9
**decade-and-a-half** [1] - 13:4
**deceased** [1] - 149:10
**December** [12] - 24:12, 49:14, 115:21, 130:7, 144:20, 144:22, 146:11, 146:14, 146:17, 147:12, 167:18, 196:1
**decent** [1] - 66:4
**decide** [2] - 143:23, 174:5
**decided** [2] - 112:24, 180:19
**decides** [1] - 158:16
**decision** [13] - 60:18, 60:19, 62:19, 64:21, 64:23, 65:1, 65:13, 65:17, 65:25, 66:2, 151:18, 155:13, 166:23
**decision-making** [8] - 62:19, 64:21, 64:23, 65:1, 65:13, 65:17, 65:25, 66:2
**decisions** [2] - 26:22, 26:24
**declared** [1] - 72:24
**declaring** [2] - 71:5, 100:8
**declassification** [1] - 139:16
**declassified** [3] - 123:5, 140:8, 157:19
**declassifying** [2] - 121:10, 158:1
**decline** [1] - 196:11
**declining** [2] - 57:19, 58:10
**dedicated** [1] - 113:4
**dedication** [1] - 43:10
**deemed** [2] - 56:3, 179:25
**deep** [2] - 14:13, 21:20
**deeper** [1] - 80:12
**default** [2] - 4:7, 196:19
**Defeat** [1] - 79:18
**defect** [2] - 60:6, 139:13
**defected** [1] - 56:15
**defecting** [2] - 61:8, 173:16
**defectors** [2] - 56:13, 65:2
**defend** [2] - 157:10, 180:17
**Defendant** [1] - 1:8

**defendant** [1] - 135:2
**defense** [3] - 27:17, 63:1, 196:21
**Defense** [6] - 13:8, 17:2, 20:14, 21:4, 22:4, 32:9
**defer** [1] - 204:3
**defined** [1] - 17:15
**defining** [1] - 17:15
**definitely** [1] - 122:1
**definition** [1] - 124:21
**degree** [21] - 13:25, 14:2, 14:4, 36:19, 50:12, 54:23, 71:15, 82:15, 89:20, 90:25, 93:16, 94:23, 94:24, 97:7, 100:23, 100:25, 102:10, 105:20, 105:23, 142:12, 142:14
**Deir** [1] - 198:1
**delegations** [1] - 130:13
**delete** [1] - 148:9
**deliberately** [2] - 49:6, 72:7
**delivered** [5] - 20:5, 20:11, 20:13, 20:23, 21:1
**demand** [1] - 174:24
**demands** [2] - 174:17, 174:20
**Democracies** [2] - 13:8, 17:2
**Democrat** [1] - 117:3
**Democratic** [1] - 117:5
**Democrats** [1] - 136:18
**demonstrating** [1] - 179:23
**Denmark** [2] - 137:12, 137:13
**deny** [1] - 158:21
**Department** [56] - 15:13, 19:1, 22:4, 24:25, 26:3, 32:9, 34:5, 34:8, 49:14, 113:9, 113:20, 114:9, 119:17, 120:4, 123:14, 129:24, 130:1, 130:11, 131:16, 132:2, 132:8, 144:22, 145:6, 145:13, 145:15, 146:5, 147:24, 148:6, 148:14, 148:15, 148:23, 154:6, 156:21, 157:6, 158:16,

160:4, 167:16, 171:11, 171:15, 171:22, 172:7, 176:25, 177:22, 177:24, 178:2, 178:20, 178:21, 189:20, 191:7, 192:2, 193:22, 197:2, 199:14, 201:2
**department** [1] - 121:14
**Department's** [3] - 65:18, 115:12, 146:8
**departments** [2] - 132:6, 148:23
**dependent** [4] - 90:4, 90:5, 90:6, 105:1
**depicting** [2] - 93:25, 101:14
**deploy** [1] - 25:20
**deploying** [1] - 176:12
**depravity** [1] - 80:16
**depth** [1] - 33:18
**deputies** [2] - 48:11, 48:25
**deputy** [5] - 3:18, 49:9, 113:23, 122:12, 127:20
**Deputy** [4] - 79:17, 113:18, 120:5, 154:23
**DEPUTY** [12] - 3:2, 73:16, 73:19, 76:19, 109:24, 153:10, 153:12, 164:7, 184:1, 204:10, 204:24, 205:6
**deriving** [1] - 55:20
**describe** [12] - 13:23, 30:3, 30:17, 53:5, 85:19, 88:13, 111:17, 111:18, 112:5, 135:22, 144:4, 154:21
**described** [16] - 24:23, 45:4, 45:21, 49:15, 56:5, 56:15, 59:23, 62:3, 72:20, 76:6, 86:10, 89:24, 101:10, 135:18, 142:16, 148:20
**describes** [3] - 56:5, 174:9, 174:10
**description** [1] - 122:2
**deserves** [1] - 5:7
**design** [1] - 14:25
**designate** [5] - 156:7, 158:17, 167:3, 171:23, 172:7
**designated** [19] - 19:1,

**83**:7, **88**:8, **88**:17, **88**:22, **145**:9, **150**:9, **158**:5, **160**:7, **164**:13, **168**:3, **168**:5, **168**:10, **171**:16, **189**:21, **192**:17, **195**:15, **199**:9, **201**:17

**Designates** [3] - **154**:14, **167**:17, **171**:12

**designating** [2] - **165**:1, **168**:2

**designation** [41] - **49**:14, **88**:11, **88**:24, **89**:1, **89**:8, **89**:15, **120**:24, **125**:21, **144**:21, **145**:10, **145**:12, **146**:2, **146**:11, **146**:14, **154**:6, **154**:7, **154**:19, **154**:21, **155**:5, **155**:15, **157**:9, **158**:12, **158**:23, **159**:2, **159**:5, **161**:16, **163**:1, **164**:24, **165**:5, **167**:16, **168**:1, **168**:14, **168**:23, **171**:11, **172**:5, **172**:12, **172**:21, **198**:7, **198**:13, **198**:22, **199**:14

**Designations** [1] - **147**:25

**designations** [17] - **54**:16, **79**:15, **81**:21, **81**:22, **82**:20, **83**:15, **120**:17, **120**:18, **120**:19, **120**:20, **123**:4, **140**:7, **154**:17, **155**:23, **159**:9, **172**:12

**designed** [8] - **27**:1, **30**:10, **30**:21, **33**:17, **47**:6, **94**:8, **94**:9, **94**:11

**desire** [2] - **53**:9, **54**:1

**desk** [2] - **123**:6, **125**:5

**despite** [3] - **3**:23, **50**:4, **166**:24

**destabilized** [1] - **37**:2

**detail** [11] - **34**:25, **85**:3, **95**:18, **100**:16, **121**:24, **131**:5, **134**:18, **136**:11, **159**:11, **159**:12, **200**:23

**detailed** [1] - **51**:15

**details** [6] - **65**:8, **65**:12, **121**:23, **122**:17, **184**:14

**detained** [2] - **93**:8

**detention** [6] - **56**:3, **69**:17, **70**:4, **71**:11, **71**:12, **71**:17

**deter** [1] - **72**:8

**determine** [4] - **16**:18, **31**:3, **31**:6, **156**:22

**determined** [1] - **180**:14

**deterrence** [5] - **9**:21, **10**:18, **10**:19, **11**:18, **12**:6

**deterrent** [1] - **62**:13

**developed** [3] - **16**:7, **118**:1, **142**:18

**development** [4] - **15**:4, **15**:5, **139**:20, **190**:16

**Development** [1] - **21**:3

**developments** [1] - **104**:20

**device** [1] - **169**:17

**devices** [1] - **169**:14

**Dhabi** [1] - **21**:5

**DHS's** [1] - **15**:16

**dictated** [1] - **8**:22

**dictator** [2] - **53**:15, **53**:18

**dictatorship** [1] - **63**:16

**dictatorships** [1] - **64**:25

**die** [1] - **94**:18

**differ** [1] - **47**:2

**difference** [4] - **104**:11, **122**:5, **122**:7, **150**:11

**different** [27] - **10**:22, **28**:13, **29**:8, **79**:12, **81**:22, **82**:25, **86**:22, **90**:16, **92**:14, **99**:5, **111**:2, **112**:6, **116**:23, **121**:12, **122**:24, **122**:25, **123**:15, **125**:19, **127**:17, **130**:13, **136**:17, **149**:22, **149**:23, **156**:20, **166**:11, **168**:7, **194**:5

**differently** [1] - **45**:20

**difficult** [3] - **91**:20, **105**:19, **139**:2

**difficulty** [1] - **125**:9

**dinner** [1] - **10**:6

**diplomacy** [1] - **111**:21

**Diplomacy** [1] - **111**:25

**diplomat** [2] - **10**:3, **44**:9

**diplomatic** [3] - **156**:15, **156**:17, **157**:13

**DIRECT** [2] - **12**:19, **110**:7

**direct** [24] - **6**:15, **45**:6, **51**:25, **52**:19, **69**:12, **80**:6, **81**:3, **82**:16, **82**:18, **100**:17, **105**:4, **108**:2, **108**:4, **116**:19, **117**:15, **138**:6, **143**:15, **144**:8, **144**:9, **163**:9, **171**:7, **179**:17, **183**:2, **184**:19

**Direct** [2] - **2**:4, **2**:6

**directed** [1] - **138**:7

**directing** [1] - **154**:2

**directions** [1] - **89**:9

**directly** [12] - **4**:13, **69**:17, **71**:10, **80**:20, **83**:18, **91**:16, **102**:21, **106**:17, **167**:4, **171**:17, **172**:10, **194**:10

**directness** [3] - **82**:23, **83**:10, **83**:11

**Director** [3] - **24**:25, **113**:22, **171**:12

**director** [8] - **110**:10, **113**:3, **129**:15, **130**:2, **155**:21, **170**:11, **171**:2, **172**:22

**Directorate** [1] - **201**:16

**directorship** [1] - **173**:5

**directs** [1] - **172**:25

**disabled** [1] - **69**:21

**disavowal** [1] - **149**:21

**disavowed** [1] - **149**:16

**disbanded** [1] - **61**:22

**disbanding** [1] - **49**:24

**discerned** [1] - **48**:7

**disciplined** [1] - **96**:25

**discotheque** [1] - **10**:1

**discotheques** [1] - **10**:12

**discount** [1] - **65**:6

**discredit** [1] - **53**:9

**discredited** [1] - **53**:21

**discuss** [4] - **5**:21, **8**:4, **13**:19, **13**:22, **73**:24, **98**:11,

**110**:23, **111**:16, **127**:25, **155**:5, **155**:12, **169**:15, **183**:10, **203**:25

**discussed** [8] - **51**:14, **74**:5, **103**:8, **124**:10, **127**:24, **159**:8, **198**:6, **199**:3

**discusses** [1] - **174**:2

**discussion** [8] - **33**:22, **59**:5, **62**:5, **65**:9, **130**:6, **156**:12, **156**:13, **156**:15

**dispatched** [2] - **48**:25, **59**:24

**disqualified** [1] - **135**:5

**disrupt** [1] - **92**:20

**disseminating** [1] - **72**:1

**dissertation** [3] - **14**:11, **14**:19, **117**:23

**distill** [1] - **165**:18

**distinct** [1] - **46**:17

**distractions** [1] - **6**:17

**distributed** [2] - **99**:3, **101**:13

**distribution** [3] - **72**:3, **99**:4, **99**:7

**district** [1] - **168**:25

**District** [2] - **27**:15, **135**:11

**DISTRICT** [3] - **1**:1, **1**:2, **1**:11

**disturbed** [2] - **186**:24, **187**:8

**diversity** [1] - **124**:19

**Djibouti** [1] - **25**:20

**doctor** [3] - **14**:2, **52**:8, **101**:21

**Doctor** [6] - **77**:2, **78**:3, **92**:8, **95**:6, **108**:25, **204**:17

**doctorate** [1] - **47**:20

**document** [50] - **37**:17, **37**:20, **63**:21, **67**:19, **85**:10, **85**:17, **123**:23, **125**:20, **144**:24, **145**:3, **148**:19, **154**:5, **164**:23, **164**:24, **165**:8, **166**:25, **167**:15, **167**:19, **167**:21, **167**:25, **171**:10, **171**:14, **176**:24, **177**:4, **177**:15, **177**:17, **185**:10, **185**:20, **185**:22, **185**:24, **187**:9, **188**:22,

**188**:25, **189**:3, **191**:7, **191**:25, **192**:4, **192**:7, **192**:10, **194**:20, **194**:21, **195**:6, **195**:9, **197**:20, **198**:12, **198**:19, **199**:13, **199**:18, **199**:24, **200**:2

**document's** [1] - **191**:2

**document-5** [1] - **194**:21

**documentary** [2] - **85**:25, **87**:14

**documentation** [1] - **198**:3

**documentations** [1] - **35**:4

**documented** [7] - **107**:17, **175**:20, **191**:1, **191**:14, **193**:12, **196**:9, **197**:2

**documenting** [3] - **149**:5, **191**:7, **194**:23

**documents** [19] - **30**:25, **32**:7, **54**:13, **55**:21, **81**:24, **81**:25, **84**:15, **85**:2, **85**:5, **123**:10, **126**:22, **139**:13, **139**:21, **159**:6, **159**:21, **177**:23, **188**:2, **188**:3, **198**:9

**DOG** [1] - **26**:4

**Doha** [1] - **21**:4

**DOJ's** [1] - **26**:4

**dollars** [1] - **181**:23

**domain** [2] - **124**:2, **159**:11

**domestic** [1] - **50**:23

**domesticate** [2] - **11**:3, **11**:16

**domesticated** [2] - **11**:11, **11**:12

**domestication** [1] - **11**:14

**dominant** [2] - **40**:6, **172**:2

**dominated** [1] - **47**:5

**domination** [1] - **172**:6

**done** [13] - **4**:2, **11**:10, **15**:24, **74**:9, **90**:14, **112**:25, **138**:11, **138**:12, **148**:9, **148**:15, **155**:23, **168**:6, **203**:11

**donors** [1] - **118**:23

**door** [2] - **162**:24, **172**:16

**double** [1] - 113:21
**doubt** [10] - 60:19, 60:20, 83:18, 83:20, 95:12, 96:13, 99:15, 101:8, 101:12, 153:22
**down** [18] - 50:20, 57:16, 94:12, 103:2, 109:6, 112:8, 146:3, 151:12, 160:24, 161:10, 162:15, 162:16, 162:19, 163:19, 168:15, 177:10, 180:16, 189:11
**download** [2] - 177:11
**downrange** [1] - 25:18
**downturn** [1] - 133:18
**dozen** [1] - 24:1
**Dr** [74] - 12:14, 12:21, 35:19, 36:1, 36:2, 38:4, 38:12, 38:19, 39:13, 74:7, 77:17, 77:25, 96:18, 98:10, 110:5, 110:10, 110:17, 111:1, 111:4, 111:10, 111:16, 112:5, 114:17, 119:16, 134:19, 136:4, 138:20, 141:10, 141:18, 141:19, 141:23, 143:1, 144:9, 145:2, 146:10, 147:19, 150:10, 150:23, 152:6, 152:24, 153:16, 153:23, 154:2, 159:24, 164:10, 165:10, 167:3, 167:24, 169:5, 169:22, 172:17, 173:21, 175:17, 180:2, 180:24, 183:20, 184:6, 184:13, 184:16, 187:23, 187:25, 190:6, 191:19, 194:13, 194:18, 196:2, 196:23, 198:6, 198:17, 201:24, 202:18, 202:23, 203:19
**draconian** [1] - 43:11
**draft** [1] - 155:14
**drafting** [1] - 15:12
**drag** [1] - 151:12
**draw** [3] - 47:9, 104:22, 118:21

**drawing** [1] - 104:14
**drawn** [1] - 143:15
**drink** [1] - 125:10
**drive** [1] - 83:6
**driver** [1] - 87:1
**dropped** [1] - 35:12
**drug** [1] - 15:21
**dual** [1] - 113:21
**dual-hatted** [1] - 113:21
**due** [1] - 195:6
**dug** [1] - 80:25
**Duke** [1] - 21:2
**during** [40] - 5:9, 7:2, 10:2, 19:24, 20:1, 36:1, 40:7, 41:15, 41:19, 42:5, 42:10, 43:13, 44:5, 45:3, 45:15, 48:24, 50:14, 50:16, 51:21, 52:8, 52:11, 53:1, 53:23, 57:8, 58:6, 58:23, 59:1, 62:10, 66:19, 69:11, 71:14, 79:2, 85:1, 92:18, 103:5, 114:1, 186:24, 190:19, 193:8, 194:14
**Dutch** [3] - 18:1, 18:3
**dynamics** [2] - 31:21, 49:8

---

## E

**earliest** [2] - 68:19, 69:1
**early** [12] - 23:5, 39:17, 45:9, 56:10, 58:25, 61:22, 120:1, 120:2, 129:1, 131:1, 158:4, 181:15
**earned** [1] - 132:1
**ease** [1] - 9:17
**easier** [2] - 77:2, 203:22
**East** [15] - 21:3, 110:13, 111:23, 112:12, 113:1, 115:1, 115:9, 116:17, 116:20, 117:14, 117:20, 127:13, 127:18, 138:3
**Eastern** [4] - 27:15, 115:10, 115:11, 195:25
**easy** [2] - 176:18, 188:15
**eclipsed** [1] - 48:18
**economic** [3] - 74:16,

89:23, 96:14
**Ed** [4] - 73:24, 187:18, 188:14, 188:19
**edited** [3] - 133:10, 133:12, 133:24
**editing** [1] - 17:13
**editor** [1] - 21:9
**eds** [1] - 132:22
**education** [3] - 13:23, 19:7, 111:18
**educational** [1] - 116:12
**educator** [1] - 29:20
**Edward** [2] - 1:15, 3:6
**effect** [2] - 12:6, 34:20
**effectively** [3] - 115:19, 162:21, 181:14
**efficient** [1] - 4:6
**effort** [19] - 5:5, 15:8, 15:9, 16:1, 16:6, 17:11, 24:22, 24:23, 49:20, 61:21, 62:12, 82:9, 129:3, 129:12, 156:16, 160:24, 181:13, 188:5
**efforts** [9] - 15:11, 15:16, 15:24, 16:7, 25:2, 49:10, 49:11, 49:13, 190:19
**Egypt** [2] - 25:20, 193:21
**eight** [2] - 24:3, 114:15
**either** [15] - 23:21, 34:24, 61:24, 72:18, 106:21, 107:4, 114:23, 115:3, 115:4, 115:6, 120:1, 121:24, 132:7, 150:19, 204:8
**elaborate** [1] - 52:20
**element** [3] - 149:13, 149:25, 155:22
**elements** [7] - 113:11, 121:12, 150:17, 191:4, 191:17, 193:13, 196:10
**eliminate** [2] - 70:8, 70:24
**elsewhere** [2] - 106:21, 140:6
**email** [5] - 183:9, 186:20, 186:23, 187:6, 187:7
**Embassy** [1] - 169:17
**emerge** [1] - 58:15
**emergence** [1] - 39:17
**emerging** [1] - 20:22
**Emily** [2] - 1:15, 3:6

**EMIR** [1] - 140:15
**emir** [3] - 48:9, 48:10, 140:14
**emir's** [1] - 48:11
**emirate** [1] - 47:3
**emphasize** [1] - 82:22
**emphasized** [1] - 89:7
**employ** [5] - 30:7, 30:9, 31:15, 31:25, 50:5
**employed** [1] - 42:10
**employees** [1] - 5:2
**employment** [1] - 114:6
**empowered** [1] - 94:23
**Emwazi** [2] - 98:23, 98:24
**en** [2] - 191:2, 191:15
**enabled** [3] - 142:9, 142:19, 142:24
**enables** [2] - 118:25, 181:17
**enabling** [1] - 45:9
**enact** [1] - 63:4
**encourage** [3] - 193:19, 194:3, 194:11
**encouraged** [1] - 51:16
**encouragement** [5] - 190:23, 191:10, 193:10, 193:25, 196:8
**encouraging** [1] - 62:24
**end** [29] - 3:25, 8:5, 38:14, 41:12, 52:18, 56:6, 74:5, 77:15, 96:5, 114:10, 127:12, 135:18, 151:13, 160:13, 160:18, 164:10, 164:12, 170:5, 173:3, 173:13, 175:5, 190:16, 190:20, 192:22, 194:17, 197:15, 197:18, 199:7, 202:2
**endeavor** [1] - 204:17
**ended** [18] - 22:12, 56:19, 56:24, 57:21, 59:14, 60:5, 60:7, 60:12, 61:7, 61:22, 63:10, 65:4, 66:14, 106:9, 114:3, 130:11, 140:16, 191:16
**ends** [1] - 95:21
**endured** [1] - 36:24

**Enemies** [1] - 21:16
**enemies** [1] - 83:9
**energy** [2] - 116:21, 138:8
**enforce** [5] - 11:2, 11:3, 11:8, 12:1, 93:16
**enforcement** [10] - 10:20, 10:23, 10:24, 11:13, 27:16, 113:11, 122:3, 156:17, 157:13
**engage** [2] - 94:7, 121:4
**engaged** [4] - 37:3, 42:12, 96:14, 120:17
**engaging** [1] - 191:12
**Engineering** [1] - 199:1
**Engineers** [2] - 25:10, 34:8
**English** [4] - 32:25, 114:21, 143:9, 144:5
**enjoyed** [2] - 48:15, 67:13
**enlarge** [1] - 186:5
**ensnared** [1] - 93:4
**ensure** [2] - 35:8, 94:11
**ensuring** [1] - 25:16
**enter** [2] - 38:3, 190:24
**entered** [1] - 11:7
**enterprise** [1] - 123:3
**entire** [4] - 92:23, 100:9, 172:12, 191:21
**entirely** [3] - 61:10, 61:22, 81:8
**entirety** [2] - 155:18, 177:11
**entities** [3] - 137:10, 145:24, 150:3, 201:20
**entitled** [15] - 20:15, 22:1, 23:4, 23:14, 30:14, 131:10, 131:17, 133:15, 133:19, 147:24, 154:13, 167:17, 171:12, 198:14, 199:15
**entity** [2] - 161:18, 171:23
**entrepreneurship** [1] - 14:6
**entry** [2] - 178:16, 179:1
**environment** [5] - 142:23, 193:19,

193:25, 194:9, 194:10
**Envoy** [2] - 79:18, 129:19
**envoys** [1] - 114:11
**eponymous** [1] - 42:25
**equipment** [1] - 88:16
**equities** [4] - 156:13, 156:14, 156:15, 156:17
**equivalent** [1] - 137:11
**escape** [1] - 93:9
**escaped** [1] - 93:12
**especially** [5] - 117:17, 122:19, 139:1, 139:25, 200:12
**Esq** [4] - 1:14, 1:15, 1:15, 1:16
**essence** [1] - 67:5
**essentially** [3] - 68:12, 94:1, 140:5
**establish** [2] - 160:25, 181:18
**establishing** [1] - 85:8
**estimated** [1] - 91:9
**estimates** [2] - 68:10, 68:11
**estimating** [1] - 75:13
**estimation** [1] - 56:22
**et** [6] - 1:3, 3:3, 73:20, 109:25, 153:13, 184:2
**etcetera** [5] - 117:21, 132:1, 132:9, 133:6, 157:4
**EU** [2] - 34:8, 137:5
**Europe** [4] - 17:25, 22:10, 23:15, 140:4
**European** [4] - 26:2, 130:22, 137:5, 199:8
**Europeans** [1] - 130:14
**evaluate** [1] - 65:24
**evaluating** [2] - 31:15, 32:20
**evaluation** [1] - 61:16
**evening** [1] - 204:15
**event** [2] - 151:7, 157:7
**events** [12] - 31:10, 31:11, 31:19, 34:17, 34:25, 35:2, 66:2, 82:8, 102:7, 138:21, 138:23
**eventually** [1] - 59:14
**evidence** [11] - 38:5, 38:11, 38:19, 61:6,

74:20, 87:14, 100:17, 101:25, 139:2, 156:8
**EVIDENTIARY** [1] - 1:10
**evidentiary** [4] - 11:6, 154:8, 155:15, 155:18
**Evil** [1] - 151:9
**evolution** [5] - 35:20, 36:8, 39:13, 43:13, 132:14
**exact** [10] - 107:13, 107:14, 107:15, 107:24, 108:3, 108:13, 166:21, 166:22, 201:7
**exactly** [4] - 72:10, 73:12, 82:24, 175:22
**exaggeration** [1] - 59:4
**examination** [3] - 6:15, 73:8, 74:16
**EXAMINATION** [2] - 12:19, 110:7
**Examination** [2] - 2:4, 2:6
**examine** [3] - 36:6, 63:19, 141:23
**examines** [1] - 21:17
**example** [35] - 14:24, 15:10, 15:19, 16:3, 31:6, 32:8, 32:12, 42:12, 51:22, 65:9, 65:15, 66:19, 70:6, 72:13, 78:23, 80:12, 93:3, 93:20, 95:16, 99:13, 100:5, 104:4, 106:21, 117:2, 126:11, 137:2, 139:6, 139:18, 141:6, 142:21, 156:11, 158:16, 159:17, 169:10, 179:14
**examples** [9] - 20:8, 20:13, 21:11, 21:14, 22:14, 24:18, 25:23, 26:7, 32:3
**excellent** [1] - 39:10
**except** [1] - 80:3
**exceptional** [2] - 132:1, 132:2
**exceptionally** [1] - 92:25
**exchange** [2] - 74:16, 96:14
**exclude** [1] - 6:9
**exclusive** [3] - 85:5, 89:4, 202:7

**excuse** [6] - 19:6, 26:1, 40:18, 40:20, 40:23, 70:12
**Excuse** [1] - 16:12
**excused** [1] - 109:4
**execute** [2] - 90:11, 152:1
**executed** [7] - 50:15, 55:8, 55:15, 93:24, 94:12, 101:12, 103:20
**executing** [1] - 90:21
**execution** [12] - 11:1, 11:21, 55:1, 70:7, 90:22, 93:10, 94:7, 94:10, 94:13, 94:15, 106:13
**executioner** [3] - 97:15, 98:22, 98:24
**executions** [3] - 56:7, 58:13, 94:8
**executive** [10] - 13:5, 14:24, 16:20, 120:14, 149:7, 156:24, 157:2, 168:6, 168:11, 171:21
**Executive** [4] - 19:21, 157:1, 160:7, 171:17
**executive's** [1] - 113:20
**exemplified** [1] - 37:4
**exercise** [1] - 92:17
**exhibit** [6] - 38:18, 38:23, 186:20, 188:2, 188:3, 188:14
**Exhibit** [3] - 39:1, 39:2, 144:14
**Exhibit-1** [2] - 37:17, 38:3
**Exhibit-15** [4] - 176:20, 176:23, 177:4, 178:6
**Exhibit-16** [5] - 152:7, 154:3, 154:6, 158:22, 159:25
**Exhibit-17** [4] - 163:10, 163:14, 164:24
**Exhibit-18** [3] - 171:8, 172:19, 173:22
**Exhibit-19** [1] - 63:19
**Exhibit-20** [1] - 67:17
**Exhibit-24** [1] - 85:15
**Exhibit-27** [1] - 199:11
**Exhibit-29** [2] - 147:20, 147:21
**Exhibit-3** [12] - 184:20, 185:1, 185:3, 185:6, 185:9,

186:2, 186:17, 187:10, 188:24, 189:1
**Exhibit-30** [4] - 167:8, 167:9, 167:13, 169:22
**Exhibit-31** [4] - 144:10, 144:12, 144:18, 146:1
**Exhibit-4** [2] - 191:20, 193:1
**Exhibit-5** [2] - 194:19, 195:2
**Exhibit-7** [1] - 198:10
**Exhibit-X** [1] - 39:2
**exhibited** [1] - 56:20
**Exhibits** [3] - 97:21, 99:19, 184:9
**exhibits** [4] - 3:24, 159:2, 183:7, 188:4
**exist** [3] - 90:18, 95:15, 146:23
**existed** [1] - 179:7
**existence** [3] - 135:15, 147:1, 176:16
**existing** [1] - 113:14
**exists** [1] - 192:24
**expand** [3] - 49:2, 62:18, 66:20
**expanded** [1] - 63:6
**Expanding** [1] - 133:16
**expanding** [1] - 133:18
**expansion** [1] - 59:25
**expect** [1] - 44:2
**expel** [1] - 174:23
**expensive** [1] - 10:8
**experience** [1] - 64:11
**experienced** [2] - 125:25, 145:22
**experiences** [2] - 94:15, 123:16
**Expert** [1] - 6:3
**expert** [58] - 4:15, 15:7, 21:14, 22:18, 22:21, 24:15, 24:20, 25:10, 26:1, 26:8, 26:11, 27:5, 27:13, 27:18, 27:23, 28:4, 28:10, 28:12, 29:8, 29:14, 29:21, 34:5, 34:14, 35:19, 37:21, 38:4, 38:12, 38:14, 39:24, 40:14, 44:9, 44:13, 46:5, 46:9, 47:10, 47:12, 51:15, 61:4, 74:6, 76:3, 78:9, 79:1, 80:13, 82:1, 82:4, 86:4,

87:23, 99:10, 100:17, 108:12, 111:1, 134:22, 134:24, 135:5, 137:9, 138:17, 141:10
**Expert-A** [1] - 6:3
**expertise** [2] - 29:24, 118:1
**experts** [6] - 6:12, 34:1, 45:22, 60:25, 130:4, 138:13
**explain** [27] - 33:11, 92:11, 116:8, 136:10, 138:20, 145:2, 146:21, 150:10, 162:4, 163:14, 165:12, 169:5, 169:25, 171:20, 172:18, 172:21, 173:25, 178:11, 183:11, 189:18, 190:6, 192:14, 195:13, 196:4, 196:24, 198:18, 200:2
**explains** [3] - 89:1, 170:10, 179:2
**explicit** [4] - 37:3, 43:19, 49:20, 202:12
**explicitly** [2] - 42:12, 51:2
**explosive** [4] - 78:21, 91:25, 169:13, 169:17
**export** [1] - 138:5
**exporting** [1] - 201:14
**extended** [5] - 55:10, 55:15, 56:18, 90:8, 101:4
**extensive** [3] - 122:13, 134:16, 142:16
**extensively** [4] - 127:11, 134:4, 134:13, 145:23
**extent** [4] - 49:16, 101:17, 117:18, 166:22
**external** [5] - 61:6, 172:25, 193:20, 194:11, 197:14
**externally** [2] - 31:18, 66:2
**extrajudicial** [1] - 70:8
**Extrajudicial** [1] - 70:24
**extraordinarily** [6] - 43:16, 62:15, 64:24, 93:23, 103:10, 104:1
**extraordinary** [1] -

125:22
**extreme** [1] - 59:13
**extremely** [7] - 7:24, 42:15, 53:22, 55:12, 62:11, 91:25, 160:23
**Extremism** [1] - 133:21
**extremism** [6] - 25:2, 58:15, 61:25, 118:5, 129:21, 129:23
**extremist** [8] - 15:11, 19:2, 26:13, 58:14, 191:3, 191:17, 193:13, 196:12
**extremists'** [4] - 190:24, 191:10, 193:11, 196:8
**eyes** [1] - 123:18
**eyewitness** [1] - 32:11
**Ezzor** [1] - 198:1

**F**

**face** [4] - 27:19, 123:21, 181:10, 204:20
**Faced** [1] - 64:4
**faced** [3] - 36:11, 134:24, 180:11
**facets** [1] - 96:9
**facilitate** [4] - 86:17, 164:1, 164:17, 176:4
**facilitated** [6] - 51:16, 86:15, 86:18, 88:25, 142:9, 169:11
**Facilitating** [1] - 198:15
**facilitating** [3] - 87:25, 164:18, 201:4
**facilitation** [4] - 45:23, 140:3, 151:24, 190:19
**facilitator** [2] - 165:21, 193:7
**facilitators** [1] - 166:8
**facilities** [2] - 56:4, 179:11
**facing** [1] - 109:2
**fact** [33] - 35:8, 39:4, 61:9, 61:22, 62:2, 80:10, 80:14, 80:19, 81:9, 81:18, 94:7, 95:11, 98:24, 102:13, 115:6, 124:3, 125:5, 127:11, 138:9, 138:21, 143:25, 144:3, 149:9, 149:21, 150:3, 152:12, 159:2,

161:14, 163:23, 164:15, 169:10, 191:7, 199:7
**faction** [2] - 60:2, 60:4
**factional** [1] - 23:2
**Factions** [1] - 22:22
**facto** [2] - 72:25, 141:5
**factor** [5] - 53:8, 102:7, 102:13, 102:14, 106:10
**factors** [1] - 30:18
**faculty** [1] - 19:22
**failed** [2] - 11:15, 49:11
**fair** [4] - 52:10, 53:11, 105:5, 182:22
**fairly** [4] - 22:19, 81:13, 108:11, 122:11
**fall** [2] - 112:18, 157:20
**falls** [1] - 172:11
**false** [1] - 165:25
**familiar** [18] - 42:11, 63:21, 85:17, 145:19, 148:17, 148:19, 154:19, 159:3, 159:6, 159:23, 165:8, 167:21, 177:17, 185:20, 189:3, 192:4, 195:6, 199:19
**families** [3] - 3:8, 9:17, 10:15, 10:16, 11:4, 11:22, 46:2, 180:18
**family** [7] - 6:7, 44:10, 168:8, 170:22, 173:15, 173:19
**family's** [2] - 170:23, 173:15
**Far** [1] - 21:16
**far** [5] - 6:11, 39:2, 74:5, 143:25, 158:19
**farmers** [1] - 87:24
**fashion** [1] - 26:14
**fast** [1] - 130:7
**fast-forward** [1] - 130:7
**faster** [1] - 112:15
**fate** [5] - 62:21, 63:8, 94:5, 94:20
**father** [4] - 151:16, 151:17, 161:12, 162:17
**favor** [1] - 11:7
**favorite** [1] - 136:16
**Fawzi** [1] - 168:9
**FAWZI** [1] - 168:9
**FBI** [9] - 42:21,

112:10, 112:18, 114:19, 115:15, 121:24, 131:9, 131:25, 132:8
**FBI's** [1] - 114:23
**FDD** [4] - 17:2, 17:10, 17:20, 21:22
**fear** [5] - 64:13, 64:16, 64:18, 90:9, 90:17
**February** [11] - 18:23, 24:10, 85:6, 120:2, 127:12, 129:1, 131:1, 149:15, 165:1, 167:2
**Federal** [1] - 30:17
**federal** [9] - 25:15, 27:7, 28:5, 134:19, 135:7, 135:19, 137:12, 138:18, 140:10
**feedback** [6] - 28:19, 41:1, 70:18, 133:5, 167:12, 184:23
**fell** [3] - 68:14, 71:16, 93:2
**Fellow** [2] - 110:14, 112:11
**fellow** [7] - 13:9, 17:9, 18:9, 18:10, 112:3, 113:2, 117:1
**fellows** [2] - 116:22, 117:15
**fellowship** [1] - 112:13
**few** [33] - 20:8, 20:13, 21:11, 21:15, 22:14, 22:20, 24:18, 25:13, 25:23, 26:7, 32:3, 37:16, 42:1, 43:2, 46:24, 51:2, 64:25, 68:11, 86:22, 92:14, 97:2, 97:11, 101:21, 114:16, 117:15, 128:23, 134:20, 149:20, 164:25, 175:5, 177:7, 180:3, 203:21
**field** [11] - 18:13, 34:2, 78:24, 87:3, 123:6, 124:12, 127:6, 127:9, 138:14, 196:17, 198:1
**fields** [3] - 78:23, 78:25, 85:12
**fifth** [3] - 64:3, 82:5, 99:8
**fight** [11] - 41:13, 42:5, 57:11, 59:12, 79:16, 129:10, 161:23, 161:24, 191:13,

195:21, 196:16
**fighter** [4] - 18:24, 151:24, 190:19, 191:9
**fighters** [23] - 57:19, 57:20, 66:17, 67:4, 67:11, 69:4, 83:24, 91:11, 129:14, 129:21, 130:2, 175:17, 182:2, 191:2, 191:15, 193:9, 193:15, 193:16, 196:12, 196:15, 196:18, 196:19, 196:21
**fighting** [10] - 50:24, 51:3, 57:10, 63:12, 149:18, 180:20, 181:18, 190:25, 195:19, 197:13
**figure** [4] - 41:22, 77:19, 79:16, 86:11
**figures** [1] - 65:10
**figuring** [1] - 5:8
**file** [2] - 43:21, 186:17
**filed** [1] - 37:21
**final** [8] - 22:6, 23:13, 31:14, 82:5, 83:11, 87:17, 99:8, 193:18
**finalize** [1] - 184:17
**finally** [2] - 88:20, 191:16
**finance** [11] - 84:3, 113:16, 115:5, 118:2, 118:3, 129:22, 129:25, 137:3, 140:11, 140:13, 140:14, 157:4, 159:18
**financed** [1] - 18:1
**financial** [13] - 30:20, 82:16, 83:17, 104:16, 113:16, 121:5, 154:11, 158:21, 160:8, 160:15, 160:17, 161:5, 168:4
**Financial** [2] - 113:13, 120:7
**financially** [1] - 170:9
**Financially** [1] - 154:14
**financier** [2] - 160:11, 169:19
**financing** [5] - 118:2, 129:12, 140:18, 151:25, 169:15
**Financing** [2] - 131:18, 131:21
**FinCEN** [1] - 113:15

195:21, 196:16
**findings** [7] - 13:19, 13:22, 50:10, 51:10, 51:11, 110:23, 111:16
**fine** [5] - 5:16, 76:24, 109:16, 153:3, 183:13
**finger** [1] - 32:17
**finish** [5] - 74:10, 75:7, 203:14, 203:15, 203:22
**finished** [4] - 97:3, 112:23, 120:25, 182:21
**finishes** [1] - 75:10
**finishing** [2] - 8:23, 113:6
**firm** [2] - 13:5, 26:18
**FIRM** [1] - 1:16
**firms** [1] - 26:21
**first** [62] - 3:11, 5:14, 5:20, 7:12, 7:13, 12:8, 12:9, 12:10, 12:14, 12:16, 27:15, 36:8, 36:22, 41:11, 41:24, 44:23, 49:9, 50:20, 51:12, 62:6, 68:6, 70:13, 71:5, 91:14, 102:25, 103:13, 130:25, 131:9, 146:22, 148:4, 156:1, 156:11, 158:4, 159:24, 160:22, 161:12, 163:13, 163:17, 163:20, 167:22, 167:25, 168:15, 168:16, 170:1, 171:14, 175:20, 179:1, 181:3, 184:18, 185:5, 188:24, 189:16, 189:17, 190:8, 190:9, 192:13, 193:2, 195:13, 199:6, 200:1, 200:6, 200:10
**First** [1] - 46:3
**firsthand** [1] - 125:25
**Fishman** [2] - 47:10, 47:13
**fit** [1] - 76:5
**five** [7] - 10:2, 87:23, 109:9, 129:2, 182:5, 183:21, 194:4
**five-minute** [2] - 182:5, 183:21
**Fiwaz** [1] - 68:3
**fled** [1] - 181:22
**flesh** [1] - 114:17

**Fletcher** [2] - 111:24, 112:2
**flexibility** [1] - 3:23
**Flight** [2] - 112:22, 116:6
**flight** [2] - 116:5, 116:6
**flow** [9] - 7:16, 79:24, 89:9, 89:11, 160:15, 164:1, 164:18, 165:23, 196:12
**flowing** [1] - 54:17
**flows** [1] - 160:5
**Fluidity** [1] - 23:4
**fly** [2] - 63:5, 156:10
**FM** [3] - 86:10, 87:13, 87:18
**focus** [10] - 6:18, 21:18, 55:24, 112:1, 117:12, 117:14, 117:21, 118:10, 121:21, 124:20
**focused** [13] - 14:19, 18:11, 24:4, 27:12, 29:25, 102:14, 114:23, 116:14, 117:17, 117:19, 129:11, 160:23, 168:9
**focuses** [1] - 163:23
**focusing** [3] - 17:25, 137:19, 138:8
**fog** [1] - 34:20
**foil** [1] - 72:8
**folder** [2] - 188:4, 188:8
**Foley** [64] - 3:9, 13:15, 27:20, 27:25, 32:14, 36:10, 36:11, 36:23, 37:12, 44:8, 44:10, 46:11, 46:17, 50:15, 51:9, 51:10, 51:12, 51:19, 55:2, 55:6, 55:9, 55:13, 55:17, 66:25, 67:7, 69:11, 69:14, 69:19, 70:1, 71:11, 72:4, 79:3, 84:6, 84:9, 89:23, 90:14, 90:20, 91:2, 93:3, 93:22, 94:5, 94:14, 97:8, 99:14, 100:6, 100:10, 100:18, 100:24, 101:2, 101:9, 101:13, 101:24, 102:9, 103:4, 103:15, 103:22, 106:4, 106:12, 106:22, 107:12, 107:13, 107:22,

110:19, 142:10
**Foley's** [6] - 69:12, 69:17, 70:4, 71:20, 91:16, 101:6
**folks** [4] - 3:17, 3:18, 3:19, 4:4
**follow** [2] - 74:7, 108:21
**follow-ups** [1] - 108:21
**followed** [2] - 34:25, 99:7
**followers** [1] - 138:6
**following** [3] - 37:1, 56:17, 126:17
**fomenting** [1] - 157:3
**food** [2] - 87:16, 201:15
**foodstuffs** [1] - 86:19
**foot** [2] - 181:15, 182:1
**footsie** [1] - 72:21
**FOR** [3] - 1:2, 12:18, 110:6
**force** [3] - 104:2, 140:11, 181:18
**forced** [2] - 23:12, 107:22
**forces** [16] - 47:22, 48:10, 50:21, 51:24, 63:2, 90:10, 90:17, 92:20, 151:13, 152:4, 164:3, 164:20, 169:16, 169:21, 180:19
**Forces** [1] - 85:1
**forego** [1] - 98:1
**foregoing** [1] - 205:12
**Foreign** [13] - 18:18, 24:10, 24:12, 72:14, 110:15, 113:15, 132:23, 144:23, 145:13, 145:15, 155:21, 178:20
**foreign** [33] - 10:5, 10:13, 18:24, 51:17, 57:18, 69:3, 72:22, 116:14, 117:2, 127:19, 129:14, 129:21, 130:1, 136:23, 137:9, 138:7, 145:5, 151:23, 163:24, 166:1, 190:19, 191:2, 191:9, 191:15, 193:7, 193:9, 193:15, 193:16, 196:12, 196:15, 196:18, 196:19, 196:21

**foreigners** [1] - 69:9
**foreseeable** [6] - 106:5, 106:11, 106:14, 107:2, 107:5, 107:25
**foreseen** [2] - 60:18, 60:20
**Forest** [1] - 14:5
**forge** [1] - 41:15
**forged** [1] - 18:5
**forget** [2] - 119:25, 132:3
**forgets** [1] - 122:16
**form** [11] - 19:25, 35:2, 51:6, 52:20, 54:6, 54:8, 54:11, 66:3, 89:10, 105:14, 196:25
**formal** [3] - 20:5, 20:11, 20:23
**formally** [3] - 38:13, 39:7, 49:23
**formation** [3] - 46:23, 47:3, 49:3
**formed** [3] - 45:14, 53:20, 54:1
**Former** [1] - 167:18
**former** [9] - 56:4, 56:13, 56:14, 57:20, 61:9, 61:13, 71:19, 168:5, 168:8
**formerly** [3] - 144:25, 146:19, 151:16
**forms** [4] - 52:22, 54:8, 54:24, 96:14
**forth** [2] - 7:6, 130:6
**forthcoming** [1] - 21:15
**fortunate** [2] - 11:5, 137:24
**Forum** [1] - 26:2
**forward** [8] - 3:15, 5:8, 8:5, 109:2, 130:7, 155:14, 157:14, 158:12
**fought** [2] - 41:25, 195:24
**Foundation** [6] - 13:8, 14:7, 17:2, 22:5, 23:14, 98:17
**founded** [1] - 13:6
**founder** [1] - 41:16
**four** [5] - 26:5, 36:8, 58:22, 126:22, 194:4
**fourth** [6] - 16:6, 25:9, 32:16, 36:12, 82:3, 99:2
**fraction** [1] - 139:7
**fractures** [1] - 25:7
**fracturing** [1] - 160:17

**frame** [4] - 111:8, 141:15, 151:3, 151:4
**framework** [2] - 14:17, 15:16
**Framework** [1] - 15:14
**France** [3] - 11:12, 137:14, 193:20
**frankly** [1] - 74:19
**François** [2] - 60:25, 72:23
**free** [4] - 65:20, 76:13, 203:4, 203:8
**free-styling** [1] - 65:20
**freed** [1] - 203:1
**freedom** [1] - 59:11
**freely** [4] - 44:24, 51:13, 55:13, 119:11
**freeze** [1] - 5:17
**French** [5] - 11:14, 33:3, 60:25, 72:23, 117:1
**frequent** [1] - 178:3
**frequently** [5] - 9:12, 124:13, 126:10, 148:24, 178:5
**Fringes** [1] - 23:4
**Fritz** [2] - 28:9, 29:7
**Fromer** [1] - 110:13
**FROMER** [1] - 110:14
**Front** [1] - 174:14
**front** [9] - 38:7, 144:16, 148:12, 150:4, 155:6, 156:3, 162:12, 183:9, 187:9
**froze** [1] - 164:8
**frozen** [2] - 9:6, 64:8
**FTO** [4] - 145:10, 146:1, 147:9, 149:6
**fuel** [1] - 88:25
**fueling** [1] - 159:14
**Fueling** [1] - 154:14
**full** [9] - 10:12, 64:4, 120:16, 120:19, 155:15, 190:8, 190:9, 200:6, 205:13
**function** [6] - 84:13, 90:7, 103:9, 119:11, 128:3, 151:18
**functioning** [6] - 3:14, 92:18, 103:21, 140:3, 143:17, 143:24
**functions** [2] - 83:23, 92:17
**fund** [1] - 84:5
**fundamentally** [1] - 90:4, 90:5, 90:6
**funded** [1] - 142:23
**funding** [2] - 45:7, 52:22

**fundraising** [1] - 45:23
**funds** [7] - 11:20, 116:14, 118:25, 119:8, 136:10, 166:5
**fungibility** [1] - 136:10
**Furqan** [1] - 98:16
**furtherance** [2] - 44:19, 46:16
**furthering** [1] - 171:17
**Future** [1] - 20:16
**future** [3] - 11:21, 11:25, 20:25
**futures** [1] - 21:23

**G**

**gain** [4] - 48:15, 49:21, 51:1, 78:21
**gained** [1] - 45:22
**Game** [1] - 18:15
**games** [2] - 16:4, 27:2
**GARTENSTEIN** [2] - 2:3, 12:18
**Gartenstein** [13] - 12:14, 12:21, 13:1, 35:19, 36:1, 36:2, 38:4, 39:13, 74:7, 78:1, 96:19, 98:10, 184:16
**GARTENSTEIN-ROSS** [2] - 2:3, 12:18
**Gartenstein-Ross** [12] - 12:14, 12:21, 13:1, 35:19, 36:1, 36:2, 38:4, 39:13, 74:7, 78:1, 98:10, 184:16
**Gartenstein-Ross's** [1] - 96:19
**gas** [2] - 15:25, 26:21
**gatherings** [1] - 174:19
**GC** [1] - 174:15
**General** [12] - 79:17, 79:22, 80:5, 80:11, 80:23, 81:7, 114:9, 129:17, 172:22, 174:15, 176:1, 201:15
**general** [7] - 56:17, 106:13, 118:22, 152:3, 172:9, 174:7, 196:11
**generally** [10] - 30:5, 35:20, 59:12, 84:11, 111:5, 118:3, 126:12, 127:15, 141:12, 179:23
**generating** [1] - 30:4
**George** [4] - 88:5,

88:7, 198:7, 198:22
**Georgetown** [10] -
19:11, 19:13, 27:3,
110:15, 114:16,
118:4, 119:13,
131:5, 131:21,
134:12
**Georgia** [2] - 20:18,
20:19
**German** [1] - 33:4
**Germany** [2] - 10:1,
19:3
**GHADIYAH** [1] - 161:10
**Ghadiyah** [1] - 161:9,
161:13, 161:15,
163:19, 163:22,
164:14, 164:16,
165:2, 165:20
**given** [12] - 8:16, 35:6,
59:11, 64:10, 64:11,
72:2, 74:19, 75:17,
85:5, 125:21,
125:22, 186:17
**global** [1] - 27:13
**Global** [12] - 13:5,
14:21, 17:12, 20:16,
24:23, 26:2, 79:18,
129:19, 177:2,
177:5, 177:9, 185:14
**Global's** [2] - 14:25,
15:10
**glove** [1] - 201:19
**goal** [2] - 47:3, 160:16
**goals** [1] - 30:19
**God** [2] - 123:19,
203:4
**godfather** [1] - 180:25
**gold** [1] - 135:18
**Goldman** [1] - 14:7
**goods** [2] - 86:17,
159:20
**Google** [3] - 15:25,
26:13, 123:7
**Google's** [1] - 26:11
**gov** [1] - 177:20
**governance** [1] - 47:7
**governing** [1] - 68:24
**government** [30] -
10:13, 29:20, 63:12,
114:6, 116:13,
121:4, 122:3, 122:6,
122:19, 122:20,
123:2, 124:13,
125:20, 126:11,
128:8, 128:18,
130:5, 139:5,
145:20, 145:23,
148:10, 149:1,
168:24, 169:2,
172:15, 177:25,

178:4, 179:20,
193:9, 193:23
**Government** [77] -
13:14, 17:18, 18:2,
18:3, 18:4, 24:16,
40:16, 45:6, 49:18,
51:16, 52:13, 53:10,
53:13, 53:19, 56:22,
61:8, 62:2, 64:1,
72:6, 72:10, 86:25,
88:10, 89:2, 89:13,
95:23, 99:22, 100:1,
100:4, 110:18,
116:23, 125:19,
125:24, 127:10,
127:15, 128:19,
128:21, 129:2,
129:22, 130:21,
139:11, 140:20,
141:4, 142:1,
142:15, 145:11,
147:8, 147:17,
150:24, 151:1,
157:8, 160:22,
162:1, 168:20,
169:19, 169:20,
170:9, 171:5,
171:18, 173:8,
175:12, 175:22,
179:13, 184:15,
190:10, 190:15,
190:22, 197:24,
198:15, 198:16,
198:21, 198:24,
201:11, 201:19,
202:1, 202:4, 202:5,
202:13
**government's** [2] -
202:11, 202:12
**Government's** [10] -
53:9, 111:5, 111:7,
118:7, 121:22,
132:11, 140:1,
141:11, 141:13,
196:7
**government-owned**
[1] - 168:24
**government-sized** [1]
- 123:2
**Governmental** [1] -
25:2
**governmental** [2] -
16:2, 52:1
**governments** [7] -
51:2, 116:24, 117:7,
124:17, 172:8,
172:10, 172:13
**Governor** [2] - 68:21,
68:22
**governors** [1] - 60:10

**grab** [1] - 144:11
**graduate** [1] - 19:16
**granted** [1] - 179:15
**grants** [1] - 6:24
**granular** [4] - 21:20,
81:13, 85:2, 162:10
**grapple** [1] - 30:22
**Great** [1] - 137:22
**great** [16] - 15:6,
33:13, 34:25, 81:17,
95:18, 118:9,
128:12, 130:4,
134:18, 136:11,
136:19, 162:8,
164:1, 164:17,
184:5, 186:13
**greater** [3] - 48:15,
49:21, 181:10
**greatly** [1] - 74:24
**grew** [2] - 195:23,
198:2
**grind** [2] - 65:5, 87:20
**grizzly** [3] - 48:16,
90:22, 93:23
**gross** [1] - 56:6
**grotesque** [2] - 53:17,
93:15
**grotesqueness** [1] -
48:19
**ground** [5] - 31:10,
31:11, 82:8, 172:2
**grounds** [2] - 135:14,
198:8
**groundwork** [1] - 39:5
**group** [74] - 17:14,
18:11, 18:25, 24:4,
26:19, 28:11, 28:12,
29:5, 29:11, 30:18,
30:19, 36:12, 36:25,
39:16, 39:25, 40:7,
40:12, 43:8, 47:1,
48:4, 49:1, 49:4,
52:9, 55:11, 55:12,
69:3, 78:14, 78:15,
88:2, 100:10,
118:14, 118:19,
118:24, 118:25,
119:9, 119:11,
124:23, 127:6,
132:15, 132:17,
134:5, 134:8,
136:20, 137:24,
138:9, 139:20,
140:9, 142:4,
142:18, 142:23,
143:11, 144:7,
147:4, 147:8,
147:10, 147:14,
149:11, 151:6,
170:23, 175:21,

175:23, 176:2,
176:4, 179:20,
179:24, 180:1,
181:7, 181:17,
181:18, 181:21,
194:7, 200:18, 202:6
**Group** [1] - 155:11
**group's** [4] - 68:23,
112:25, 176:5,
197:18
**groups** [53] - 4:12,
15:21, 21:18, 26:13,
29:25, 30:25, 32:6,
48:2, 49:23, 53:19,
59:13, 61:24, 61:25,
66:14, 96:1, 96:2,
104:3, 106:20,
111:5, 111:6, 115:8,
115:11, 117:19,
118:7, 118:11,
124:21, 131:13,
134:1, 139:10,
141:12, 141:13,
145:8, 149:23,
150:8, 150:19,
171:4, 174:11,
174:13, 175:2,
175:9, 175:14,
179:3, 179:10,
179:16, 189:24,
189:25, 190:3,
192:20, 193:7,
196:7, 196:13
**Groups** [1] - 147:25
**grow** [1] - 142:24
**growing** [1] - 59:1
**growth** [4] - 91:19,
92:1, 139:19, 190:17
**guarantee** [1] - 203:14
**guard** [1] - 56:5
**guerre** [4] - 41:10,
47:19, 140:16,
161:14
**guess** [3] - 4:21,
114:15, 127:12
**guidance** [1] - 85:8
**guide** [2] - 15:16,
121:8
**guides** [1] - 166:2
**Gulf** [1] - 116:21
**gun** [1] - 113:11
**gun-carrying** [1] -
113:11
**guy** [2] - 5:4, 158:7

**H**

**Habash** [3] - 56:15,
56:21, 61:9
**Hafez** [2] - 151:17,

162:17
**Hague** [3] - 13:10,
17:23, 18:8
**half** [5] - 13:4, 59:23,
75:1, 114:1, 119:20
**half's** [1] - 114:3
**halls** [1] - 63:16
**Hama** [1] - 162:18
**HAMA** [1] - 162:18
**Hamas** [10] - 117:20,
120:21, 134:5,
134:7, 134:16,
136:10, 158:6,
174:14, 179:14
**hand** [8] - 62:1, 75:21,
103:25, 115:20,
139:19, 146:16,
200:19, 201:18
**handful** [1] - 130:16
**handling** [1] - 161:20
**hands** [3] - 57:21,
68:9, 139:6
**happy** [1] - 4:18
**Haq** [3] - 26:20, 28:11,
29:5
**Haram** [1] - 24:8
**harass** [1] - 87:7
**harassment** [1] -
26:16
**harbor** [1] - 58:13
**hard** [3] - 3:19,
158:10, 203:1
**harden** [2] - 58:14,
68:13
**hardened** [3] - 56:8,
67:3, 67:11
**Harvard** [2] - 21:4,
112:4
**hash** [1] - 186:6
**Haswani** [6] - 88:6,
88:7, 88:11, 198:7,
198:22, 199:6
**HASWANI** [1] - 198:23
**hatted** [1] - 113:21
**haven** [3] - 140:5,
179:2, 179:9
**havoc** [1] - 66:16
**head** [7] - 112:22,
149:10, 149:15,
166:14, 175:6,
181:16, 204:13
**heading** [1] - 161:9
**headquartered** [2] -
150:15, 174:13
**headquarters** [3] -
72:16, 172:19,
179:12
**heads** [1] - 97:14
**hear** [13] - 4:13, 4:17,
4:18, 9:3, 9:4, 10:13,

16:13, 28:19, 35:13, 35:15, 69:22, 70:21, 102:11

**heard** [2] - 69:25, 125:13

**HEARING** [1] - 1:10

**hearing** [13] - 4:7, 4:20, 7:12, 17:16, 24:6, 24:10, 28:18, 38:11, 38:25, 42:19, 74:23, 135:2, 186:24

**hearings** [1] - 27:11

**heavily** [2] - 21:19, 51:9

**height** [3] - 55:22, 79:4, 79:6

**held** [26] - 14:8, 19:5, 19:10, 19:14, 32:13, 36:11, 36:25, 47:4, 54:21, 55:10, 55:25, 58:11, 66:10, 68:20, 69:11, 69:14, 71:6, 71:23, 79:14, 94:6, 101:4, 104:6, 104:9, 130:25, 142:22, 180:11

**HELD** [1] - 1:10

**help** [10] - 4:5, 15:11, 16:18, 25:14, 42:13, 43:16, 66:20, 121:8, 151:25, 160:5

**helped** [5] - 15:16, 48:14, 68:12, 81:6, 91:12

**helpful** [3] - 4:13, 38:23, 108:12

**helping** [9] - 14:24, 26:12, 26:15, 60:8, 132:7, 140:4, 151:22, 160:11, 169:20

**helps** [4] - 16:8, 66:3, 80:21, 138:25

**herculean** [1] - 5:5

**hereby** [1] - 205:11

**HESCO** [2] - 198:25

**Hezbollah** [9] - 117:20, 124:24, 134:12, 137:7, 195:17, 195:19, 195:21, 195:23

**Hezbollah's** [1] - 134:15

**hide** [2] - 124:22, 139:11

**high** [5] - 71:15, 122:11, 130:10, 142:14, 166:17

**higher** [3] - 19:6, 20:12

**highest** [1] - 173:7

**highlight** [2] - 21:15, 22:20

**highlighting** [1] - 164:16

**highlights** [3] - 160:20, 169:8, 195:16

**highly** [3] - 62:14, 80:8, 124:9

**Hiju** [2] - 68:4, 68:5

**himself** [2] - 170:8

**hire** [1] - 112:9

**hired** [1] - 121:19

**hiring** [1] - 15:3

**Hisba** [1] - 18:16

**historical** [2] - 33:19, 149:8

**history** [7] - 78:8, 95:1, 118:7, 151:14, 162:15, 181:20, 200:18

**hit** [3] - 116:6, 123:7, 156:23

**hold** [7] - 9:8, 13:6, 14:2, 142:20, 174:18, 181:22, 195:3

**holding** [8] - 90:20, 92:21, 101:9, 102:1, 103:4, 128:16, 140:22

**holds** [1] - 173:5

**Hollande** [2] - 60:25, 72:24

**home** [4] - 50:25, 56:8, 56:9, 140:23

**Homeland** [5] - 15:13, 24:7, 24:25, 34:6, 129:24

**homes** [1] - 180:18

**Homs** [1] - 68:22

**honest** [2] - 124:20, 126:13

**Honor** [58] - 4:25, 5:22, 6:1, 6:5, 6:13, 6:19, 6:22, 6:24, 7:5, 7:9, 7:21, 8:4, 9:1, 9:3, 11:6, 12:13, 35:12, 35:24, 36:4, 38:3, 38:16, 52:4, 73:5, 74:3, 75:10, 75:25, 77:13, 78:4, 92:12, 93:21, 94:23, 95:5, 96:17, 96:23, 97:5, 97:25, 101:16, 102:24, 107:8, 107:10, 108:23, 109:5, 109:11, 110:4, 110:25,

111:12, 141:9, 141:21, 153:5, 153:25, 182:4, 182:18, 183:23, 184:8, 202:14, 204:2, 204:20, 205:4

**Honor's** [3] - 5:11, 7:4, 7:24

**HONORABLE** [1] - 1:10

**honored** [1] - 131:23

**honors** [2] - 111:19, 131:25

**hope** [6] - 9:8, 12:7, 42:4, 42:13, 49:4, 50:24

**hopefully** [1] - 109:18

**hoping** [1] - 41:13

**Hopkins** [6] - 27:3, 113:6, 114:14, 131:4, 131:10, 131:17

**horrible** [1] - 180:8

**horrid** [2] - 58:11, 58:12

**hospital** [1] - 69:10

**hostage** [3] - 26:19, 32:13, 93:7

**hostages** [6] - 42:15, 69:13, 70:2, 91:15, 98:20, 140:21

**hosted** [2] - 17:4, 130:8

**hotels** [1] - 115:23

**hour** [7] - 8:16, 75:1, 130:10, 182:14, 203:5, 203:14

**hour-and-a-half** [1] - 75:1

**hours** [3] - 75:14, 203:13, 203:16

**house** [2] - 23:21, 115:14

**House** [5] - 24:7, 24:9, 24:12, 72:13, 148:7

**household** [1] - 45:13

**housekeeping** [6] - 5:10, 6:21, 8:2, 8:4, 39:8, 203:23

**houses** [4] - 24:2, 90:16, 136:14, 166:1

**HTTPS** [1] - 177:20

**HTTPS://2009-2017** [1] - 177:21

**hub** [6] - 191:1, 191:14, 193:9, 193:24, 196:7

**huge** [1] - 181:21

**human** [2] - 56:7, 61:25

**Humanitarian** [1] - 135:24

**humanity** [1] - 56:6

**humiliating** [1] - 63:15

**hunching** [1] - 153:19

**hundreds** [2] - 66:17, 67:3, 91:11

**hurriedly** [1] - 90:16

**Husayni** [1] - 47:16

**Hussam** [2] - 86:7, 86:8

**Hussein** [1] - 151:15

**hyperlinked** [3] - 98:2, 187:25, 188:13

**hyperlinks** [1] - 4:1

**hyphen** [1] - 168:10

**hyphenated** [1] - 146:6

---

**I**

---

**ICCT** [5] - 13:11, 17:23, 17:25, 18:7, 18:19

**ICCT's** [1] - 18:17

**iconography** [1] - 98:15

**idea** [4] - 49:2, 77:16, 144:1, 156:3

**ideas** [4] - 14:18, 117:10, 123:11, 125:6

**identical** [1] - 193:4

**identification** [2] - 39:1, 39:2

**identified** [7] - 45:1, 89:3, 98:23, 98:25, 191:20, 194:19, 202:7

**identify** [6] - 37:19, 38:24, 117:7, 154:25, 155:2, 183:11

**Identifying** [1] - 160:15

**identifying** [7] - 154:11, 158:3, 158:13, 161:11, 163:20, 165:11, 168:16

**identity** [1] - 133:3

**ideology** [3] - 30:19, 129:13, 138:5

**Idlib** [1] - 200:13

**IDLIB** [1] - 200:13

**II** [2] - 163:22, 164:15

**illegal** [2] - 136:5, 145:17

**illicit** [2] - 118:2, 172:11

**Illuminate** [1] - 23:14

**Imad** [2] - 87:1, 87:4

**imagination** [1] - 7:19

**imagine** [2] - 122:2, 137:20

**Imam** [3] - 39:25, 43:1, 44:6

**immediate** [1] - 168:8

**immediately** [4] - 79:2, 93:7, 120:24, 123:20

**immense** [1] - 94:20

**immigration** [1] - 137:12

**immunity** [1] - 45:4

**impact** [3] - 61:1, 91:10, 138:22

**impacted** [1] - 26:23

**Imperial** [1] - 18:25

**implies** [1] - 57:12

**import** [5] - 160:1, 160:19, 165:12, 165:18, 169:4

**important** [40] - 14:18, 18:6, 32:17, 41:15, 48:7, 55:4, 67:12, 84:11, 84:12, 84:14, 91:19, 91:25, 94:5, 94:10, 94:22, 103:10, 103:11, 104:1, 119:15, 124:19, 159:14, 159:22, 160:20, 161:2, 161:7, 161:24, 165:21, 168:13, 173:11, 174:3, 175:25, 179:4, 181:15, 190:16, 190:21, 191:6, 196:17, 200:11, 201:1, 201:9

**importantly** [2] - 169:10, 181:5

**importing** [1] - 201:14

**impossible** [2] - 55:11, 61:24

**imprison** [1] - 57:2, 57:5, 90:7

**imprisoned** [1] - 58:5

**imprisonment** [5] - 42:2, 58:10, 69:6, 69:13, 93:13

**improvised** [2] - 169:13, 169:16

**impunity** [4] - 45:4, 51:21, 90:19

**IN** [1] - 1:1

**in-depth** [1] - 33:18

**in-kind** [1] - 159:20

**in-person** [1] - 130:8

**inaccurate** [1] - 34:24
**inaugural** [2] - 113:2, 179:6
**incarcerated** [1] - 69:1
**incidentally** [1] - 66:10
**incidents** [1] - 137:23
**inclined** [1] - 93:18
**include** [11] - 21:1, 24:6, 29:10, 30:19, 30:25, 115:8, 121:21, 147:10, 158:13, 173:1, 201:11
**included** [9] - 113:14, 118:6, 118:10, 118:14, 118:18, 120:17, 122:1, 131:15, 193:17
**includes** [6] - 16:3, 52:22, 123:4, 131:19, 151:10, 157:18
**Including** [1] - 198:15
**including** [49] - 15:20, 16:17, 17:8, 17:12, 17:17, 22:11, 26:25, 27:2, 33:16, 42:2, 43:20, 45:7, 48:2, 52:23, 54:9, 54:13, 60:8, 60:24, 65:3, 65:22, 68:21, 72:1, 81:5, 83:2, 83:14, 84:5, 84:15, 85:22, 87:5, 87:11, 87:15, 89:5, 91:15, 112:21, 115:11, 121:1, 131:12, 135:14, 155:18, 170:10, 170:14, 181:23, 191:4, 191:18, 193:13, 194:5, 201:5, 201:13, 202:8
**inconsistent** [1] - 80:9
**increase** [1] - 16:8
**increases** [1] - 34:19
**incredibly** [1] - 164:21
**incubator** [1] - 56:11
**indeed** [1] - 97:17
**independent** [1] - 51:8
**independently** [1] - 150:9
**indicate** [1] - 84:17
**indicated** [1] - 83:10
**indicates** [2] - 72:25, 177:21
**indicating** [1] - 75:20
**indication** [3] - 98:15, 98:22, 99:1
**indicator** [1] - 99:8

**indicators** [2] - 98:12, 98:18
**indicia** [1] - 97:18
**indirect** [1] - 82:17
**indirectly** [1] - 83:18
**indiscriminate** [1] - 164:21
**indiscriminately** [1] - 180:19
**individual** [18] - 41:20, 42:25, 66:7, 67:25, 86:25, 88:5, 94:11, 107:19, 115:24, 118:23, 159:13, 160:5, 164:13, 170:6, 171:23, 200:24, 201:2, 201:24
**Individual** [2] - 25:10, 154:14
**individualized** [2] - 188:2, 188:3
**individually** [1] - 38:18
**individuals** [13] - 23:6, 32:13, 61:7, 65:5, 83:6, 91:8, 91:10, 91:13, 91:14, 103:12, 107:16, 161:3, 168:2
**Individuals** [1] - 167:17
**industry** [2] - 26:22, 140:18
**infamous** [2] - 72:1, 180:7
**infected** [1] - 61:25
**inflame** [1] - 42:13
**influenced** [1] - 53:8
**influential** [3] - 68:19, 172:24, 173:6
**inform** [2] - 81:6, 162:14
**information** [59] - 33:23, 34:1, 34:4, 34:10, 34:13, 35:3, 35:6, 65:22, 73:2, 80:25, 81:4, 81:9, 81:15, 81:16, 81:18, 83:16, 121:7, 121:10, 122:24, 123:1, 123:5, 123:9, 124:6, 124:7, 124:9, 125:8, 125:17, 125:25, 126:3, 126:9, 127:1, 138:13, 138:16, 139:4, 139:7, 139:8, 139:12, 139:16, 140:8, 154:10,

154:11, 155:3, 155:19, 156:5, 156:6, 156:9, 157:21, 158:3, 158:14, 158:15, 161:11, 162:10, 163:20, 165:11, 168:16, 174:9
**informed** [2] - 73:1, 116:15
**informing** [1] - 162:13
**ingenious** [1] - 93:15
**ingrained** [1] - 15:2
**initial** [1] - 34:23
**initials** [1] - 155:21
**initiated** [1] - 179:5
**inkling** [1] - 92:9
**inner** [5] - 155:7, 155:11, 170:21, 170:25, 173:11
**innocent** [4] - 164:3, 164:20, 200:14, 200:19
**inquiry** [2] - 180:4, 184:17
**inside** [2] - 161:25, 174:19
**insider** [2] - 61:7, 61:13
**insight** [1] - 124:18
**insightful** [1] - 139:25
**inspecting** [1] - 156:22
**inspired** [1] - 138:6
**inspiring** [1] - 197:14
**instability** [1] - 157:3, 172:1
**instances** [1] - 123:12
**instead** [3] - 62:8, 65:20, 125:13
**Institute** [22] - 19:23, 21:2, 22:8, 110:12, 112:12, 113:1, 113:3, 114:4, 114:5, 114:7, 116:7, 116:8, 116:11, 117:13, 119:18, 128:6, 128:9, 130:15, 132:9, 132:24, 136:15, 178:1
**instituted** [1] - 48:16
**institutes** [1] - 20:12
**institution** [3] - 13:11, 19:6, 116:12
**institutions** [1] - 154:12
**instructed** [1] - 5:24
**instruction** [1] - 25:16
**instructor** [1] - 25:12
**insurgency** [5] -

159:13, 160:6, 160:17, 160:25, 168:12
**Insurgency** [1] - 154:15
**insurrection** [1] - 181:3
**intel** [1] - 124:3
**intelligence** [48] - 31:1, 32:17, 56:14, 65:15, 65:19, 65:21, 81:4, 81:21, 83:15, 91:22, 98:25, 100:13, 110:12, 112:20, 113:17, 113:24, 114:20, 115:14, 120:15, 120:23, 120:25, 121:13, 121:17, 121:20, 121:25, 122:9, 122:12, 122:23, 123:3, 123:15, 123:17, 127:21, 155:1, 155:2, 156:12, 156:13, 156:14, 157:13, 157:19, 158:2, 162:9, 170:10, 170:11, 170:14, 171:2, 171:4, 172:23, 173:1
**Intelligence** [13] - 65:18, 113:9, 113:13, 113:17, 113:19, 113:23, 120:5, 120:6, 120:7, 121:16, 154:24, 171:13, 201:15
**intend** [1] - 8:1
**intended** [4] - 61:5, 61:10, 124:23, 137:23
**intending** [1] - 115:25
**intense** [1] - 50:3
**intent** [3] - 117:24, 164:2, 164:19
**intention** [2] - 6:25, 61:13
**interacting** [1] - 170:13
**interagency** [1] - 157:14
**intercepted** [3] - 31:1, 32:7, 54:13
**intercepts** [1] - 65:22
**interest** [2] - 95:25, 163:2
**interested** [2] - 17:6, 22:10
**interesting** [1] - 4:10

**interests** [5] - 114:24, 115:5, 115:23, 179:24, 180:1
**interference** [1] - 171:19
**interfering** [1] - 171:25
**intermediaries** [1] - 82:22
**Intermediary** [2] - 199:16, 200:5
**internal** [10] - 21:21, 30:25, 31:21, 32:7, 81:24, 132:25, 172:25, 192:22, 194:16, 197:4
**internally** [1] - 155:5
**International** [9] - 13:10, 17:22, 22:8, 26:18, 56:4, 114:15, 115:2, 116:1, 132:9
**international** [9] - 45:10, 45:23, 111:22, 111:24, 112:1, 127:11, 128:13, 169:18, 181:7
**internecine** [1] - 50:3
**interns** [1] - 117:16
**interrogate** [1] - 140:17
**interrogation** [4] - 69:18, 70:4, 71:18, 71:20
**interrupt** [1] - 52:7
**interrupting** [1] - 96:23
**interruption** [1] - 16:10
**intersection** [1] - 117:23
**intervene** [2] - 53:11, 53:23
**intervened** [1] - 53:14
**intervention** [3] - 61:18, 62:23, 62:25
**interview** [3] - 79:21, 80:24, 123:23
**interviewed** [1] - 80:10
**interviewing** [1] - 79:16
**interviews** [2] - 123:17, 124:10
**intimate** [1] - 134:16
**intimately** [1] - 154:20
**intrepid** [1] - 33:13
**intricate** [3] - 43:15, 43:17, 47:8
**introductory** [1] -

129:7
**invade** [2] - 42:4,
176:9
**invaded** [2] - 151:8
**invasion** [5] - 42:3,
118:12, 132:12,
163:5, 174:4
**inventiveness** [1] -
48:18
**investigating** [3] -
115:3, 115:5, 124:19
**investigation** [1] -
115:7
**investigator** [1] - 25:4
**investigators** [1] -
20:2
**investment** [2] -
26:22, 85:9
**invited** [2] - 29:22,
29:23
**invoke** [2] - 5:22, 6:1
**involved** [16] - 9:25,
25:14, 39:21, 47:21,
62:16, 69:17, 72:3,
78:12, 78:13, 78:17,
83:2, 86:24, 87:10,
100:19, 140:21,
172:10
**involvement** [2] -
57:18, 78:8
**Iran** [16] - 11:11, 28:9,
95:17, 95:18,
116:18, 116:21,
117:18, 120:20,
121:6, 190:4,
195:17, 195:18,
195:19, 195:21,
195:23, 196:15
**Iranian** [2] - 11:13,
95:21
**Iranians** [1] - 12:3
**Iraq** [124] - 25:21,
26:19, 26:25, 37:9,
40:4, 40:9, 40:10,
42:3, 42:4, 42:8,
42:10, 42:20, 43:2,
43:14, 45:14, 45:19,
45:20, 46:21, 46:24,
47:2, 47:6, 47:22,
48:2, 48:6, 48:14,
48:21, 48:22, 50:1,
50:21, 50:22, 50:24,
51:4, 51:17, 51:18,
56:9, 57:8, 57:11,
57:17, 57:20, 66:12,
68:25, 78:11, 78:24,
106:21, 107:19,
107:20, 116:21,
118:11, 129:3,
132:11, 138:2,

138:10, 138:11,
139:23, 140:3,
140:5, 140:7, 143:5,
143:6, 143:8,
143:10, 143:12,
143:13, 143:17,
143:19, 143:20,
144:24, 144:25,
146:18, 146:19,
146:23, 147:1,
147:2, 147:5, 147:6,
147:12, 147:14,
149:22, 149:24,
150:1, 150:11,
150:21, 150:22,
150:25, 151:7,
151:8, 151:13,
151:15, 151:18,
152:1, 152:4, 157:3,
159:18, 160:25,
161:1, 161:24,
163:25, 164:3,
164:17, 164:21,
165:21, 165:25,
166:5, 166:9,
169:12, 169:13,
169:16, 169:21,
170:15, 174:4,
181:20, 181:24,
190:20, 190:24,
191:2, 191:5,
191:11, 191:15,
193:8, 193:11, 194:2
**Iraq-based** [1] - 26:19
**Iraq/the** [1] - 107:17
**Iraqi** [22] - 42:6, 57:8,
144:4, 154:14,
159:13, 160:6,
160:13, 160:17,
160:25, 168:5,
168:8, 168:12,
168:17, 168:20,
168:21, 169:9,
170:3, 170:16,
181:22, 182:2,
193:14, 196:10
**Iraqis** [2] - 164:3,
164:20
**ironically** [1] - 138:24
**irrelevant** [1] - 49:18
**ISI** [14] - 46:21, 47:7,
47:14, 48:6, 49:1,
49:6, 49:16, 49:20,
49:25, 59:22, 59:24,
60:1, 60:2, 60:3
**ISIL** [20] - 72:19,
88:13, 100:10,
129:3, 143:1, 143:4,
144:5, 149:11,
150:7, 191:4,

191:18, 193:13,
193:19, 194:1,
194:8, 194:10,
195:21, 198:16,
198:21
**ISIL's** [1] - 194:10
**ISIL/ISIS** [1] - 129:4
**ISIS** [254] - 4:12,
19:19, 21:19, 22:16,
23:3, 23:11, 23:19,
23:22, 24:3, 24:6,
24:11, 25:7, 27:6,
27:12, 27:17, 27:23,
30:1, 32:12, 32:14,
35:20, 36:8, 36:13,
36:22, 37:4, 37:6,
37:10, 39:14, 40:14,
42:11, 43:6, 47:11,
48:15, 50:1, 50:5,
50:10, 50:14, 53:7,
53:18, 53:20, 54:1,
54:2, 54:12, 54:19,
54:21, 54:25, 55:7,
55:16, 56:25, 59:15,
59:17, 59:18, 59:21,
59:22, 60:3, 60:7,
60:8, 60:10, 60:11,
66:15, 66:16, 66:18,
66:19, 66:20, 67:1,
67:4, 67:8, 67:13,
68:5, 68:12, 68:20,
68:21, 69:2, 70:9,
70:14, 71:5, 71:6,
72:8, 72:15, 72:19,
72:21, 74:17, 74:22,
78:6, 78:11, 78:19,
78:20, 79:3, 79:11,
79:14, 79:16, 79:18,
79:21, 79:23, 79:25,
80:3, 80:6, 80:16,
80:20, 81:10, 81:13,
81:18, 81:24, 82:9,
82:12, 82:16, 82:21,
83:12, 83:19, 83:22,
84:7, 84:12, 84:21,
85:11, 85:13, 86:15,
86:21, 86:25, 87:15,
88:1, 88:13, 88:15,
88:23, 89:1, 89:3,
89:4, 89:7, 89:11,
89:12, 89:16, 89:18,
89:21, 90:3, 90:25,
91:12, 91:13, 92:17,
92:23, 93:12, 93:22,
93:23, 93:25, 94:6,
94:7, 94:24, 95:11,
95:13, 95:22, 95:23,
95:25, 96:6, 96:13,
96:14, 97:4, 97:10,
97:12, 97:17, 97:18,
98:12, 98:16, 98:17,

98:19, 98:20, 98:24,
99:1, 99:2, 99:7,
99:9, 99:16, 100:3,
100:19, 100:24,
101:1, 101:4, 101:5,
101:8, 101:12,
101:23, 102:17,
103:11, 104:1,
104:5, 104:7,
104:10, 104:12,
104:16, 104:19,
104:21, 104:24,
105:1, 105:8,
105:11, 105:14,
105:17, 111:6,
111:7, 118:15,
127:7, 127:10,
127:14, 127:15,
128:3, 132:15,
132:17, 133:9,
133:10, 133:11,
136:21, 140:11,
140:13, 140:18,
141:2, 141:12,
141:14, 143:1,
144:5, 144:8,
147:15, 149:10,
149:11, 149:16,
149:17, 149:25,
150:1, 150:20,
174:6, 180:6,
180:25, 181:14,
181:16, 181:22,
184:15, 192:23,
196:13, 197:13,
197:17, 197:23,
199:16, 200:4,
200:15, 200:16,
200:22, 201:5,
201:6, 202:5, 202:8,
202:13
**ISIS's** [49] - 21:20,
21:22, 23:16, 24:8,
36:9, 43:16, 54:14,
54:15, 54:18, 54:25,
55:6, 55:14, 55:19,
55:21, 60:12, 66:23,
67:6, 68:14, 68:23,
71:24, 72:1, 74:18,
78:8, 79:19, 79:25,
81:23, 84:13, 84:16,
84:18, 84:22, 85:3,
85:7, 87:2, 91:7,
91:14, 91:18, 91:19,
91:25, 93:13, 93:16,
94:1, 96:20, 97:8,
99:3, 101:3, 101:4,
103:13, 104:21,
105:4
**ISIS-controlled** [5] -
79:14, 85:13, 89:4,

201:6, 202:8
**ISIS-held** [1] - 54:21
**ISIS-Syria** [2] - 81:13,
86:21
**Islamic** [84] - 21:21,
22:1, 23:10, 23:15,
28:9, 40:9, 40:10,
40:13, 43:2, 43:14,
46:21, 46:23, 47:3,
47:6, 47:20, 47:21,
48:6, 48:20, 48:21,
48:22, 50:1, 50:6,
68:25, 107:19,
117:20, 117:25,
127:25, 128:1,
128:22, 129:3,
129:5, 129:11,
129:12, 129:13,
129:19, 129:25,
130:9, 133:16,
133:17, 133:20,
135:12, 136:5,
136:7, 136:25,
137:2, 137:3, 137:4,
137:6, 137:20,
138:11, 138:12,
139:10, 139:21,
139:24, 140:10,
140:19, 142:2,
142:7, 142:17,
142:18, 142:20,
143:5, 143:9,
143:12, 143:16,
143:20, 144:24,
146:18, 146:23,
146:25, 147:2,
147:3, 147:6,
147:14, 149:10,
150:16, 174:13,
175:6, 181:4,
181:21, 192:24,
193:17
**Islamist** [5] - 57:14,
149:17, 162:16,
180:21, 181:2
**Islamists** [3] - 57:17,
144:1, 180:10
**Israel** [1] - 143:6
**Israeli** [1] - 117:22
**Israeli-Palestinian** [1]
- 117:22
**Israelis** [1] - 114:12
**issue** [11] - 5:20, 6:22,
8:8, 9:7, 55:18,
94:22, 96:21,
125:15, 127:24,
141:23, 166:16
**issued** [3] - 49:22,
151:9, 179:5
**issues** [20] - 13:2,

15:17, 17:7, 17:8, 17:17, 18:1, 18:5, 18:24, 36:6, 36:8, 113:4, 120:21, 121:5, 124:18, 127:23, 127:24, 130:19, 154:25, 184:17

**issuing** [1] - 62:24
**Italian** [2] - 11:15, 33:4
**Italy** [1] - 11:15
**items** [1] - 7:18
**iteration** [3] - 39:15, 41:24, 142:2
**iterations** [3] - 39:22, 142:3, 161:19
**itself** [12] - 40:10, 40:12, 42:8, 50:6, 132:17, 138:2, 147:8, 159:18, 170:2, 190:1, 194:15, 197:3

### J

**Jabhat** [6] - 49:4, 60:3, 66:15, 149:12, 149:24, 181:17
**jail** [1] - 95:19
**jailed** [1] - 180:13
**jailors** [1] - 84:2
**jails** [2] - 56:2, 84:1
**Jamaat** [1] - 40:2
**James** [14] - 13:15, 36:10, 36:23, 50:15, 55:2, 66:25, 89:22, 91:2, 97:8, 100:24, 101:2, 101:9, 101:13, 110:19
**Jamestown** [1] - 23:13
**January** [6] - 48:3, 49:2, 120:2, 154:13, 163:1, 171:12
**Jewish** [1] - 117:24
**JIDO** [1] - 34:8
**Jigsaw** [1] - 26:12
**Jihad** [4] - 18:16, 40:3, 174:14, 175:7
**jihad** [1] - 135:12
**jihadism** [1] - 56:12
**Jihadist** [1] - 22:22
**jihadist** [17] - 14:12, 15:20, 17:15, 19:3, 21:17, 22:11, 27:13, 41:11, 41:22, 43:9, 51:23, 56:16, 60:21, 60:22, 91:3, 162:17, 180:10
**jihadists** [9] - 47:25,

50:23, 56:9, 57:5, 57:16, 59:10, 61:11, 72:25, 95:11
**Jim** [1] - 100:10
**job** [10] - 112:11, 114:18, 119:18, 120:3, 120:9, 120:11, 128:5, 128:10, 130:24
**John** [7] - 3:18, 5:3, 60:24, 93:19, 93:21, 114:14, 160:14
**Johns** [5] - 27:2, 113:6, 131:4, 131:10, 131:17
**join** [1] - 161:23
**joined** [2] - 56:23, 59:13
**joining** [5] - 3:9, 5:1, 45:22, 51:18, 66:14
**Jones** [2] - 114:9, 129:17
**Jordan** [5] - 41:24, 106:23, 115:23, 140:6, 143:6
**Jordanian** [1] - 41:25
**Josh** [2] - 164:6, 187:17
**Joshua** [3] - 1:14, 2:4, 3:5
**JOSHUA** [45] - 12:13, 12:20, 16:24, 29:13, 35:11, 35:17, 35:24, 35:25, 36:5, 38:2, 38:16, 39:10, 39:12, 40:19, 40:21, 41:6, 52:4, 52:17, 71:7, 73:5, 73:14, 73:22, 74:15, 74:25, 77:24, 78:5, 92:6, 95:3, 95:9, 95:10, 96:16, 97:5, 97:6, 97:24, 98:8, 98:9, 101:16, 108:22, 164:6, 183:16, 187:17, 187:22, 188:10, 188:12, 205:5
**journal** [2] - 18:18, 22:24
**Journal** [1] - 85:4
**journalist** [2] - 93:21, 94:2
**journalistic** [1] - 33:12
**journalists** [9] - 9:19, 33:13, 33:17, 124:15, 126:8, 126:14, 126:19, 127:21
**journals** [2] - 132:25, 133:1

**JUDGE** [1] - 1:11
**judge** [4] - 68:6, 73:22, 91:14, 184:21
**Judge** [3] - 40:23, 73:16, 76:22
**judges** [1] - 60:9
**judgment** [8] - 4:8, 11:3, 11:7, 11:8, 11:21, 44:14, 44:16, 46:10
**judgments** [6] - 11:1, 11:2, 12:2, 12:3, 12:5, 65:21
**judicial** [1] - 137:9
**judiciary's** [1] - 3:13
**juggle** [1] - 74:8
**Julani** [7] - 48:25, 49:3, 49:7, 49:8, 49:10, 59:24, 60:2
**Julani's** [1] - 60:3
**July** [2] - 194:22, 197:22
**jump** [2] - 92:4, 143:22
**jumpsuits** [2] - 98:20, 107:21
**Jund** [2] - 40:1, 44:6
**June** [10] - 1:5, 20:13, 40:9, 40:12, 174:2, 174:10, 181:19, 189:2, 192:1, 205:15
**junior** [1] - 112:13
**juris** [1] - 14:2
**jurist** [2] - 68:6, 68:12
**jurists** [2] - 60:9, 68:6
**jury** [1] - 28:1
**justice** [5] - 3:14, 5:8, 53:16, 63:11, 109:1
**Justice** [3] - 132:8, 132:9, 157:6

### K

**K-U-N-Y-A** [1] - 161:13
**Katerji** [8] - 86:7, 86:8, 86:14, 86:17, 86:21, 87:3, 87:10, 87:15
**Katerji's** [3] - 87:21, 87:25, 88:2
**Katherine** [1] - 131:22
**Katrina** [6] - 3:18, 76:16, 109:22, 153:7, 153:9, 204:7
**Kayla** [1] - 140:22
**keen** [1] - 125:2
**keep** [4] - 3:13, 3:14, 84:1, 103:17
**keeping** [1] - 85:22
**keeps** [1] - 180:8
**KELLY** [1] - 1:10

**Kelly** [4] - 40:23, 73:17, 73:22, 184:21
**Kenya** [1] - 29:11
**Kerry** [9] - 60:24, 65:16, 65:17, 72:11, 72:13, 72:22, 91:8, 91:21, 197:8
**Key** [1] - 199:16
**key** [14] - 45:2, 47:3, 51:20, 69:3, 79:16, 87:5, 117:8, 165:1, 172:4, 172:5, 176:1, 191:1, 191:14
**keynote** [2] - 20:14, 129:20
**Khalid** [2] - 160:6, 161:3
**kicked** [1] - 129:6
**kidnapped** [1] - 142:22
**kidnapping** [1] - 106:13
**kidnappings** [1] - 16:22
**kill** [6] - 37:12, 55:17, 67:7, 68:8, 83:8, 84:8
**killed** [13] - 42:23, 46:4, 46:25, 48:10, 63:14, 79:3, 84:16, 93:9, 95:11, 99:13, 101:5, 163:7, 166:14
**killing** [8] - 107:13, 107:24, 108:14, 140:16, 164:3, 164:19, 164:22, 180:19
**kind** [56] - 4:18, 9:12, 19:13, 23:11, 32:16, 33:6, 33:22, 34:1, 34:4, 34:10, 34:13, 38:13, 81:4, 102:4, 106:24, 107:13, 107:14, 107:21, 107:24, 108:13, 112:13, 113:21, 115:19, 116:18, 119:1, 119:4, 119:6, 120:18, 120:20, 121:7, 121:11, 124:16, 128:23, 130:5, 130:18, 132:5, 132:21, 132:22, 132:24, 133:1, 137:11, 138:13, 138:16, 140:13, 141:3, 141:8, 143:6, 143:7, 143:9, 143:22, 144:1, 150:6,

159:20, 166:15, 168:1, 174:22
**kinds** [3] - 7:12, 32:3, 53:5
**kinetic** [1] - 166:19
**knowing** [2] - 11:22, 65:17
**knowingly** [1] - 83:19
**knowledge** [8] - 27:22, 37:23, 63:24, 67:21, 162:3, 166:10, 166:12, 193:24
**known** [40] - 10:8, 39:25, 40:1, 40:3, 40:8, 41:20, 42:9, 43:14, 47:23, 48:6, 49:4, 49:25, 56:6, 56:8, 58:8, 59:22, 60:4, 68:7, 78:10, 78:16, 78:18, 78:20, 84:16, 84:22, 86:12, 86:25, 98:25, 108:11, 118:15, 127:7, 133:3, 137:25, 139:21, 140:10, 143:8, 143:11, 147:5, 149:21, 161:17
**knows** [4] - 3:12, 10:25, 80:24, 105:9
**Korea** [1] - 121:6
**Kristian** [1] - 46:3
**kunya** [1] - 161:13
**Kurdi** [1] - 68:4
**Kurdish** [1] - 179:20

### L

**L-E-V-I-T-T** [1] - 110:10
**lack** [2] - 9:18, 57:24
**Laden** [3] - 41:16, 41:18, 42:23
**languages** [2] - 32:25, 33:2
**laptop** [1] - 153:19
**large** [12] - 55:9, 59:14, 60:6, 61:11, 65:19, 68:8, 85:2, 92:2, 104:4, 130:5, 154:7, 201:25
**larger** [2] - 116:3, 118:24
**largest** [2] - 151:19, 181:19
**last** [12] - 5:20, 16:13, 71:4, 127:11, 130:8, 133:15, 133:23, 164:12, 189:20,

193:5, 202:25
**lasts** [1] - 203:5
**late** [7] - 8:16, 8:20, 22:5, 41:14, 76:17, 120:2
**latest** [2] - 147:4, 196:5
**latter** [2] - 74:18, 76:14
**laughter** [1] - 204:21
**launched** [3] - 62:22, 78:22, 160:12
**launder** [1] - 159:19
**Laurence** [5] - 44:8, 44:10, 51:9, 107:12, 107:13
**LAW** [1] - 1:16
**Law** [5] - 14:3, 21:4, 111:25, 112:4, 135:24
**law** [12] - 9:20, 11:17, 27:16, 43:12, 51:23, 111:21, 113:10, 113:11, 122:3, 156:17, 157:13, 170:12
**lawyer** [1] - 164:5
**lawyers** [2] - 6:14, 156:21
**lay** [2] - 111:2, 198:8
**layer** [1] - 81:1
**layers** [1] - 80:25
**laying** [2] - 39:5, 201:3
**layout** [1] - 16:18
**lead** [7] - 15:18, 21:25, 25:11, 125:15, 126:3, 126:9, 139:19
**lead-up** [1] - 139:19
**leader** [11] - 10:7, 10:10, 41:16, 62:21, 68:23, 140:15, 165:2, 169:9, 169:24, 170:3, 170:16
**leaders** [3] - 43:21, 169:15, 181:15
**leadership** [6] - 17:7, 30:19, 43:6, 43:18, 43:23, 68:20
**leading** [5] - 15:8, 22:24, 24:22, 129:19, 152:3
**leads** [1] - 139:1
**League** [1] - 62:24
**leaned** [1] - 66:20
**learn** [3] - 118:25, 139:9, 139:14
**learned** [1] - 140:23
**Learned** [1] - 30:15
**learning** [3] - 19:6,

20:12, 21:18
**leasing** [1] - 140:25
**least** [14] - 5:3, 8:13, 11:22, 40:5, 41:20, 66:13, 68:11, 69:8, 102:1, 125:7, 138:24, 168:22, 168:23, 196:20
**leave** [3] - 66:15, 92:7, 181:2
**leaves** [1] - 99:15
**leaving** [1] - 65:4
**Lebanese** [1] - 134:12
**Lebanon** [9] - 143:6, 143:7, 157:3, 171:19, 171:25, 172:1, 172:6, 173:3, 193:20
**Lebanon's** [1] - 179:17
**lecture** [1] - 117:6
**lecturer** [1] - 19:15
**lectures** [4] - 16:1, 21:1, 25:19, 117:13
**lecturing** [1] - 132:7
**led** [9] - 15:10, 15:24, 25:1, 26:3, 27:1, 42:25, 102:8, 116:4, 142:9
**left** [12] - 10:25, 66:16, 74:10, 77:11, 77:20, 112:25, 122:9, 122:14, 131:9, 146:16, 147:10, 154:2
**left-hand** [1] - 146:16
**legacy** [1] - 47:2
**legal** [6] - 106:2, 136:2, 156:20, 157:5, 157:12
**legislation** [1] - 135:25
**legislative** [2] - 24:4, 136:23
**legislator** [1] - 61:9
**legitimately** [1] - 151:10
**length** [3] - 51:16, 63:9, 65:16
**lengths** [3] - 162:8, 164:1, 164:17
**lengthy** [1] - 22:19
**lens** [2] - 21:18, 23:18
**less** [6] - 6:17, 9:10, 48:10, 119:15, 201:9, 203:7
**lesser** [1] - 117:18
**Lessons** [1] - 30:15
**lethal** [1] - 56:3
**letter** [1] - 112:9

**Levant** [10] - 48:22, 129:4, 143:5, 144:25, 146:19, 146:23, 147:1, 147:3, 147:14
**Levantine** [1] - 40:11
**level** [9] - 65:7, 65:8, 65:11, 120:13, 130:10, 155:9, 175:2, 197:10
**leveled** [1] - 162:18
**levels** [2] - 155:16, 173:7
**leverage** [1] - 181:25
**leveraged** [1] - 67:4
**leveraging** [1] - 176:14
**Levey** [1] - 121:18
**LEVITT** [2] - 2:5, 110:6
**Levitt** [62] - 75:5, 77:17, 110:5, 110:10, 110:17, 111:1, 111:4, 111:10, 111:16, 112:5, 114:17, 119:16, 134:19, 136:4, 138:20, 141:10, 141:18, 141:19, 141:23, 143:1, 144:9, 145:2, 146:10, 147:19, 150:10, 150:23, 152:6, 152:24, 153:16, 153:23, 154:2, 158:17, 158:18, 158:21, 159:24, 164:10, 165:10, 167:3, 167:24, 169:5, 169:22, 172:17, 173:21, 175:17, 180:2, 183:20, 184:6, 184:13, 187:23, 187:25, 190:6, 191:19, 194:13, 194:18, 196:2, 196:23, 198:6, 198:17, 201:24, 202:23, 203:19
**Levitt's** [1] - 202:18
**liability** [1] - 4:11
**liaise** [1] - 117:6
**liaison** [1] - 174:18
**Liberation** [1] - 174:14
**Libya** [5] - 10:5, 53:14, 62:20, 62:23, 193:20
**Libya's** [1] - 62:21
**Libyan** [5] - 9:24, 9:25, 10:4, 53:15,

64:11
**Libyans** [1] - 12:4
**license** [1] - 158:15
**lie** [1] - 107:10
**life** [1] - 16:20
**lifeblood** [1] - 104:17
**light** [3] - 35:3, 81:9, 180:4
**like-minded** [1] - 138:5
**likelihood** [2] - 157:10, 173:16
**likely** [5] - 31:17, 60:22, 69:16, 70:3, 71:11
**likewise** [4] - 70:3, 95:22
**limit** [1] - 180:3
**limitations** [3] - 32:19, 74:8, 76:9
**limited** [4] - 61:20, 62:11, 122:15, 193:17
**line** [8] - 15:9, 16:1, 16:6, 62:3, 118:21, 143:15, 159:15, 160:24
**lines** [8] - 4:5, 15:8, 17:11, 24:23, 129:3, 129:12, 133:16, 133:22
**link** [5] - 148:6, 158:25, 175:17, 188:12, 204:22
**linked** [2] - 85:9, 196:12
**links** [3] - 19:1, 36:20, 142:12
**lira** [1] - 88:15
**list** [28] - 19:7, 21:14, 22:19, 27:9, 28:7, 78:25, 83:9, 112:6, 115:13, 127:24, 145:4, 145:5, 145:8, 145:14, 145:19, 146:2, 149:5, 149:6, 174:16, 178:20, 178:21, 178:23, 178:24, 179:5, 179:6, 179:7, 189:22
**listed** [9] - 133:23, 144:22, 149:6, 150:2, 150:5, 163:20, 168:14, 178:18, 187:19
**listen** [3] - 5:24, 6:3, 32:24
**listening** [4] - 6:10, 10:16, 75:23, 153:23
**listing** [2] - 146:24,

147:10
**lists** [7] - 144:23, 145:12, 145:24, 146:18, 161:12, 179:11
**literally** [1] - 99:15
**literature** [1] - 33:9
**litigated** [1] - 9:23
**litigation** [2] - 9:12, 157:7
**live** [1] - 26:19
**lived** [2] - 18:8, 168:24
**loan** [1] - 158:11
**located** [4] - 56:2, 138:9, 160:7, 161:3
**location** [3] - 55:10, 90:8, 168:13
**Lockerbie** [1] - 10:2
**log** [1] - 187:20
**logistical** [1] - 87:16
**logistics** [2] - 115:4, 165:22
**logo** [2] - 98:16
**London** [1] - 11:10
**longevity** [1] - 176:16
**longtime** [2] - 41:10, 41:16
**look** [26] - 16:4, 18:23, 21:20, 30:18, 33:18, 65:8, 66:7, 91:20, 93:3, 96:3, 102:6, 119:3, 123:21, 123:22, 141:25, 142:3, 142:5, 148:4, 159:15, 163:19, 165:6, 168:15, 177:18, 181:8, 198:9, 199:7
**Look** [1] - 126:11
**looked** [6] - 14:12, 23:18, 59:3, 60:23, 90:11, 185:13
**looking** [12] - 15:20, 25:6, 43:21, 61:1, 65:14, 81:1, 91:17, 104:20, 106:19, 146:4, 155:1
**looks** [10] - 21:22, 23:1, 23:6, 23:10, 35:12, 146:22, 186:6, 187:10, 187:15, 187:17
**loot** [1] - 141:1
**Los** [1] - 116:1
**lose** [1] - 164:5
**losses** [1] - 48:13
**lost** [3] - 104:21, 120:10, 187:18
**loud** [1] - 165:17
**lower** [4] - 174:8,

174:16, 174:21, 175:12
**loyalty** [2] - 42:6, 45:18
**lucky** [2] - 137:23, 143:21
**Luncheon** [1] - 73:15
**Luqman** [7] - 66:8, 66:9, 67:3, 67:6, 67:24, 91:11, 104:4
**Luqman's** [1] - 66:23
**Luxembourg** [1] - 11:13

## M

**MacAllister** [16] - 1:15, 3:6, 73:24, 74:2, 75:4, 76:6, 76:8, 77:5, 109:7, 110:2, 153:17, 183:17, 184:7, 188:4, 203:10, 204:6
**MACALLISTER** [44] - 74:3, 75:9, 75:13, 75:16, 76:11, 77:13, 77:21, 109:11, 109:15, 109:20, 110:4, 110:8, 110:25, 111:12, 111:14, 111:15, 141:9, 141:22, 153:5, 153:15, 153:25, 154:1, 164:8, 164:9, 167:14, 182:4, 182:18, 182:23, 182:25, 183:6, 183:23, 184:8, 184:11, 184:12, 185:2, 186:19, 187:2, 188:20, 188:23, 202:14, 202:23, 203:13, 204:2, 205:7
**MacAllister..............110** [1] - 2:6
**machine** [1] - 1:25
**macro** [1] - 65:7
**macro-level** [1] - 65:7
**magazine** [1] - 132:23
**Maghreb** [1] - 150:16
**magnified** [1] - 58:9
**main** [3] - 86:15, 115:22, 179:14
**maintain** [6] - 103:12, 104:15, 130:23, 179:10, 179:12, 181:9
**maintained** [5] - 18:9,

145:6, 145:7, 145:12, 145:14
**maintains** [3] - 88:24, 178:20, 178:21
**major** [5] - 15:8, 26:21, 50:20, 54:8, 72:22
**majority** [1] - 55:21
**Makhlouf** [1] - 86:13
**MALD** [2] - 111:21
**Mali** [1] - 150:18
**Malta** [1] - 132:9
**man** [6] - 11:23, 41:21, 82:2, 84:16, 202:11, 202:12
**manage** [1] - 61:17
**manageable** [1] - 77:11
**Management** [1] - 30:16
**management** [2] - 120:13, 154:25
**management-level** [1] - 120:13
**managers** [1] - 124:4
**mandated** [1] - 177:1, 192:2
**manner** [10] - 37:12, 55:18, 67:8, 80:13, 84:9, 89:23, 90:14, 91:2, 107:14, 157:21
**mantra** [1] - 133:17
**manuscript** [1] - 133:4
**maps** [2] - 81:1, 81:2
**Maqdisi** [2] - 41:21, 41:23
**Marathon** [1] - 133:22
**March** [6] - 23:16, 53:14, 62:22, 141:8, 179:15, 199:9
**marked** [17] - 37:17, 38:25, 39:1, 39:2, 144:10, 152:7, 163:10, 167:8, 171:8, 176:20, 177:4, 178:6, 178:10, 184:19, 186:17, 189:1, 199:10
**markedly** [1] - 59:2
**market** [4] - 79:9, 79:10, 80:18, 82:23
**marks** [1] - 185:25
**marriage** [1] - 173:13
**married** [2] - 171:1, 173:8
**Maryland's** [1] - 19:23
**mass** [6] - 16:9, 16:14, 16:15, 56:7, 58:13, 104:25

**Massachusetts** [1] - 14:8
**massive** [1] - 83:22
**master's** [2] - 13:25, 111:21
**material** [45] - 10:20, 27:16, 35:21, 36:16, 44:11, 44:18, 44:21, 45:5, 46:6, 46:16, 50:10, 50:13, 50:18, 51:6, 51:7, 53:2, 53:5, 54:2, 54:6, 54:8, 54:11, 54:24, 95:13, 95:14, 95:24, 96:8, 99:6, 102:15, 103:24, 107:6, 122:5, 135:23, 135:25, 136:7, 136:8, 142:25, 145:16, 145:17, 160:8, 161:5, 168:4, 190:3, 195:14, 196:25, 198:23
**Materially** [1] - 88:9
**materials** [2] - 3:24, 85:25
**mathematician** [1] - 114:2
**Matt** [1] - 46:2
**matter** [22] - 3:3, 15:7, 24:15, 24:20, 25:9, 26:1, 26:8, 26:11, 26:17, 29:24, 34:5, 44:16, 73:20, 73:25, 81:8, 106:3, 109:25, 149:6, 153:13, 183:1, 184:2
**matters** [4] - 5:11, 8:2, 39:9, 203:23
**Matthew** [5] - 110:5, 110:10, 158:17, 158:18, 158:20
**MATTHEW** [2] - 2:5, 110:6
**Maupin** [2] - 46:2, 46:12
**Mazidih** [5] - 163:21, 165:2, 165:11, 165:14, 165:15
**MAZIDIH** [2] - 163:21, 165:3
**Mazidih's** [1] - 166:12
**Mazza** [1] - 168:25
**mean** [11] - 6:2, 6:6, 52:3, 75:11, 77:1, 92:10, 92:11, 109:9, 123:24, 151:4, 182:12
**meaning** [1] - 161:12
**meaningless** [1] -

157:23
**means** [11] - 23:7, 94:17, 99:4, 99:5, 114:7, 146:21, 157:8, 171:20, 176:15, 178:11, 201:8
**meant** [2] - 149:19, 171:24
**meantime** [1] - 188:17
**measure** [1] - 201:16
**measures** [1] - 47:6
**media** [13] - 17:17, 32:5, 35:5, 68:23, 70:2, 71:24, 71:25, 84:5, 98:17, 147:23, 148:20, 149:2
**Media** [1] - 98:16
**meet** [12] - 11:24, 123:9, 124:13, 124:14, 124:15, 124:16, 124:17, 127:18, 127:23, 128:8
**meeting** [7] - 63:10, 76:14, 124:11, 125:9, 128:17, 130:8, 130:11
**meetings** [5] - 127:16, 128:16, 155:7, 155:10, 174:19
**member** [13] - 56:14, 66:11, 68:23, 98:24, 136:4, 161:7, 161:8, 169:19, 170:21, 170:22, 170:23, 173:11, 179:6
**members** [18] - 6:7, 10:16, 44:24, 49:1, 51:13, 57:3, 59:25, 65:3, 68:20, 70:13, 71:5, 95:19, 165:1, 168:8, 169:12, 172:8, 172:10, 174:11
**membership** [3] - 43:5, 43:18, 68:25
**Memo** [1] - 85:6
**memo** [1] - 155:20
**memorandum** [1] - 85:6
**memos** [1] - 140:24
**men** [18] - 9:18, 42:21, 49:3, 55:15, 57:13, 60:24, 67:2, 67:5, 71:22, 93:5, 93:10, 97:11, 97:13, 97:19, 98:19, 104:7, 107:3, 142:21
**men's** [2] - 99:12,

104:6
**Menchaca** [2] - 46:3, 46:12
**mention** [8] - 16:6, 22:6, 23:13, 30:12, 44:5, 49:12, 87:17, 133:14
**mentioned** [34] - 4:9, 4:17, 22:25, 24:22, 25:6, 28:11, 29:5, 32:2, 46:12, 46:25, 52:19, 53:6, 56:21, 57:7, 57:24, 61:8, 63:8, 66:14, 71:19, 73:6, 78:6, 82:6, 87:7, 92:8, 98:12, 106:22, 107:12, 114:13, 116:4, 119:16, 131:3, 135:7, 169:8, 170:20, 171:21, 199:5, 202:20
**mentions** [1] - 199:8
**mentor** [1] - 41:21
**merged** [1] - 48:4
**merger** [2] - 50:2, 181:16
**merging** [2] - 49:23, 149:14
**mesh** [1] - 31:18
**meshed** [1] - 82:3
**message** [2] - 69:23, 93:1
**messaging** [1] - 7:8
**met** [5] - 11:6, 53:15, 126:21, 158:18, 169:14
**method** [6] - 30:8, 30:11, 30:21, 42:18, 108:10
**methodologically** [1] - 117:9
**methodology** [10] - 16:7, 30:3, 30:9, 30:14, 31:24, 33:22, 66:1, 82:7, 135:17
**methods** [7] - 42:9, 42:10, 93:14, 101:10, 122:25, 157:22, 158:2
**Miami** [1] - 5:16
**mic** [2] - 40:25, 184:22
**micro** [2] - 65:8, 65:11
**micro-level** [2] - 65:8, 65:11
**microchips** [1] - 5:5
**microphone** [5] - 28:20, 28:21, 28:23, 29:2, 70:17
**mics** [1] - 167:11

**mid** [2] - 7:25, 56:10
**mid-day** [1] - 7:25
**Middle** [14] - 21:3, 111:23, 115:1, 115:9, 115:10, 115:11, 116:16, 116:17, 116:20, 117:14, 117:19, 127:13, 127:18, 138:3
**middleman** [2] - 88:12, 199:2
**middlemen** [1] - 197:18
**might** [27] - 9:8, 16:21, 21:25, 50:21, 50:25, 51:1, 53:11, 61:11, 63:10, 65:5, 93:18, 105:8, 105:9, 105:10, 105:13, 106:19, 107:25, 119:6, 121:1, 162:10, 163:4, 176:8, 182:10, 182:16, 187:15
**militant** [31] - 18:12, 23:2, 23:7, 23:19, 25:7, 26:19, 26:23, 28:11, 29:11, 30:18, 36:12, 39:16, 41:11, 47:22, 48:2, 48:4, 49:4, 55:5, 55:11, 55:12, 58:9, 60:22, 78:15, 80:3, 88:2, 90:12, 90:15, 94:25, 95:2, 104:3, 180:17
**militants** [9] - 51:3, 51:24, 60:6, 60:20, 60:21, 93:6, 101:3, 103:17, 180:10
**militaries** [1] - 116:25
**militarily** [2] - 43:10, 47:5
**Military** [2] - 25:22, 171:13
**military** [18] - 65:3, 67:6, 83:25, 116:22, 116:24, 116:25, 127:20, 139:5, 139:6, 139:15, 139:22, 156:17, 166:18, 166:19, 172:2, 172:23, 179:18, 195:16
**militia** [1] - 125:1
**millennium** [1] - 115:21
**Miller** [2] - 1:20, 205:16
**MILLER** [1] - 205:11

**million** [5] - 25:5, 79:5, 79:7, 88:15
**millions** [2] - 181:23
**mind** [2] - 119:2, 166:16
**minded** [2] - 49:5, 138:5
**mine** [3] - 56:16, 119:13, 186:4
**minimum** [1] - 117:9
**minister** [6] - 10:5, 54:14, 82:2, 84:16, 84:22, 140:13
**ministerial** [2] - 130:9, 130:11
**ministries** [1] - 127:19
**ministry** [6] - 81:25, 117:2, 201:12, 201:22
**minor** [1] - 182:25
**minority** [1] - 170:23
**minute** [2] - 182:5, 183:21
**minutes** [5] - 9:9, 9:11, 12:8, 109:9, 203:9
**misnomer** [1] - 9:14
**mission** [4] - 62:25, 63:1, 63:4, 63:6
**mistreat** [1] - 95:19
**mitigated** [1] - 58:6
**mix** [1] - 130:4
**mock** [5] - 94:7, 94:8, 94:10, 94:15
**mocked** [1] - 63:13
**moderate** [1] - 59:4
**moderately** [1] - 49:5
**Mohammed** [3] - 56:15, 98:23
**moment** [4] - 92:10, 98:1, 164:25, 188:16
**moments** [1] - 37:16
**money** [17] - 10:19, 18:2, 82:21, 105:1, 141:2, 159:19, 159:20, 160:16, 161:21, 164:2, 164:18, 165:24, 166:2, 166:6, 181:25
**moniker** [1] - 50:5
**monitored** [1] - 162:7
**monograph** [3] - 18:15, 21:21, 21:25
**monographs** [4] - 21:8, 133:9, 133:10, 133:11
**monopoly** [4] - 67:13, 92:15, 92:19, 202:11
**month** [3] - 48:10, 88:16, 119:25

**months** [8] - 18:8, 43:2, 46:24, 58:20, 58:22, 122:15, 149:20, 177:7
**moreover** [1] - 79:15
**morning** [8] - 3:7, 3:8, 12:13, 12:21, 12:23, 76:1, 158:9, 202:23
**Morocco** [2] - 20:15, 116:18
**most** [21] - 18:22, 21:19, 25:17, 39:15, 42:21, 56:1, 56:3, 65:10, 68:19, 79:8, 84:17, 92:14, 92:22, 124:9, 126:15, 128:24, 172:24, 173:6, 180:9, 181:15
**mostly** [3] - 129:5, 129:6, 196:25
**Mosul** [2] - 181:19, 181:24
**mother** [1] - 150:13
**motion** [1] - 4:7
**motivated** [1] - 14:13
**motivation** [1] - 64:19
**motivations** [1] - 14:15
**mounting** [1] - 48:24
**mouthful** [1] - 120:8
**mouthpiece** [1] - 94:3
**move** [16] - 3:16, 5:8, 31:4, 35:18, 38:18, 38:19, 44:24, 45:13, 51:13, 51:17, 74:17, 103:18, 109:2, 111:3, 145:2, 159:19
**moved** [5] - 55:13, 69:19, 70:1, 112:8, 203:7
**movement** [3] - 17:15, 19:2, 27:13
**Movement** [1] - 18:25
**movements** [2] - 23:7, 56:16
**moves** [1] - 160:16
**moving** [7] - 3:15, 26:24, 33:6, 46:21, 63:2, 76:14, 88:5
**MR** [99] - 4:25, 5:14, 6:5, 6:13, 6:21, 7:17, 8:25, 9:5, 12:13, 12:20, 16:24, 29:13, 35:11, 35:17, 35:24, 35:25, 36:5, 38:2, 38:16, 39:10, 39:12, 40:19, 40:21, 41:6, 52:4, 52:17, 71:7, 73:5, 73:14, 73:22, 74:3, 74:15, 74:25,

75:9, 75:13, 75:16, 76:11, 77:13, 77:21, 77:24, 78:5, 92:6, 95:3, 95:9, 95:10, 96:16, 97:5, 97:6, 97:24, 98:8, 98:9, 101:16, 108:22, 109:11, 109:15, 109:20, 110:4, 110:8, 110:25, 111:12, 111:14, 111:15, 141:9, 141:22, 153:5, 153:15, 153:25, 154:1, 164:6, 164:8, 164:9, 167:14, 182:4, 182:18, 182:23, 182:25, 183:6, 183:16, 183:23, 184:8, 184:11, 184:12, 185:2, 186:19, 187:2, 187:17, 187:22, 188:10, 188:12, 188:20, 188:23, 202:14, 202:23, 203:13, 204:2, 204:5, 205:4, 205:5, 205:7
**MSC** [3] - 46:22, 47:2, 48:5
**Muammar** [3] - 53:15, 63:1, 63:23
**Mueller** [1] - 140:22
**Muhammad** [9] - 41:21, 48:25, 59:24, 68:3, 88:20, 88:21, 158:7, 158:10, 200:24
**Mujahedin** [6] - 40:7, 46:22, 48:3, 48:5, 143:13, 147:7
**multiple** [17] - 30:8, 72:11, 80:25, 81:15, 83:13, 84:14, 90:11, 131:25, 132:5, 134:10, 135:13, 135:14, 145:11, 171:1, 171:21, 171:22, 201:10
**murder** [5] - 36:23, 66:24, 89:22, 91:1, 100:10
**murdered** [1] - 142:22
**murders** [9] - 13:14, 36:21, 96:21, 100:3, 101:14, 110:18, 139:19, 142:13, 142:25
**Musab** [2] - 41:8,

48:17
**Muslim** [1] - 162:19
**must** [1] - 9:13
**mute** [5] - 6:16, 40:25, 70:17, 96:24, 184:21
**muted** [8] - 28:23, 29:2, 52:5, 95:7, 141:17, 153:9, 167:11, 184:5
**muting** [1] - 97:1
**mutual** [1] - 96:12

# N

**nail** [1] - 149:19
**name** [30] - 12:24, 13:1, 39:17, 39:21, 40:2, 40:4, 41:9, 44:2, 45:13, 45:18, 45:21, 47:14, 47:18, 69:15, 107:18, 110:9, 143:11, 146:17, 147:10, 147:11, 149:12, 158:7, 158:9, 158:10, 158:13, 161:12, 161:19, 175:24
**named** [8] - 12:16, 48:25, 82:2, 158:18, 161:15, 171:15, 172:4, 200:24
**names** [8] - 118:16, 142:3, 142:5, 147:6, 175:21
**namesake** [3] - 40:19, 41:7, 41:8
**narcotics** [2] - 120:19, 157:4
**nation** [2] - 64:15, 144:2
**national** [1] - 171:16
**National** [9] - 20:14, 21:4, 30:16, 100:6, 113:22, 123:14, 129:15, 130:3, 155:7
**nationality** [1] - 168:21
**nationwide** [1] - 5:6
**NATO** [6] - 26:2, 34:8, 53:13, 62:22, 62:25, 63:4
**natural** [3] - 73:7, 106:5, 107:5
**naturally** [2] - 38:20, 38:22
**nature** [4] - 30:23, 79:19, 81:23, 125:18
**Naval** [5] - 20:1, 23:1, 25:5, 25:21, 34:7

navigate [1] - 188:8
navigated [1] - 157:12
Near [4] - 21:16,
110:13, 112:12,
113:1
near [2] - 52:18, 69:8
nearly [1] - 193:4
necessarily [4] - 77:7,
79:11, 122:25,
180:11
necessary [4] - 36:16,
93:17, 104:16,
108:17
need [14] - 30:18,
37:7, 70:22, 77:16,
92:19, 98:5, 117:8,
121:9, 125:3, 125:5,
170:1, 174:17,
176:3, 203:25
needed [1] - 98:7
needs [3] - 31:13,
53:25, 73:24
negotiate [1] - 157:20
negotiation [5] - 10:4,
26:19, 111:24,
112:2, 112:4
negotiations [1] - 10:3
neighboring [3] -
44:24, 51:14, 175:8
nephew [1] - 86:13
net [1] - 125:3
Netherlands [2] -
13:12, 22:8
netted [1] - 79:4
Network [2] - 23:15,
199:17
network [30] - 23:18,
27:24, 41:24, 43:1,
44:11, 45:10, 46:7,
47:25, 49:7, 50:19,
52:20, 53:3, 57:3,
64:19, 143:14,
147:7, 160:9, 161:5,
161:7, 161:8,
161:10, 161:17,
163:7, 163:19,
163:25, 164:16,
165:2, 165:23,
166:14
networker [1] - 66:19
networks [13] - 23:19,
45:24, 60:9, 140:3,
151:18, 151:24,
151:25, 174:6,
190:17, 191:9,
191:16, 193:8,
193:12
Networks [1] - 198:14
never [8] - 9:9, 9:14,
11:23, 11:24, 43:23,

61:21, 62:4, 72:16
new [16] - 20:22,
33:14, 47:14, 48:9,
49:3, 70:7, 113:12,
113:15, 113:22,
148:7, 160:10,
165:2, 179:14,
181:25, 196:14,
197:15
New [3] - 14:2, 22:5,
111:20
news [6] - 34:22, 87:2,
87:18, 87:19, 87:22,
149:14
newspaper [3] -
33:11, 126:5, 127:2
newspapers [3] -
126:6, 126:7, 126:8
next [17] - 60:14, 75:4,
109:10, 109:18,
146:17, 151:11,
158:9, 162:24,
169:6, 172:16,
173:25, 174:5,
190:22, 194:13,
196:2, 196:3, 196:24
NGO [2] - 127:21,
127:22
NGOs [1] - 124:15
nice [1] - 158:19
Nigerian [1] - 24:8
night [2] - 205:3,
205:6
nine [1] - 21:14
NJ [3] - 1:20, 205:11,
205:16
NJ-CCR [3] - 1:20,
205:11, 205:16
no-fly [1] - 63:5
nobody [1] - 93:12
nom [4] - 41:9, 47:18,
140:15, 161:14
nominal [2] - 40:5,
44:3
Non [2] - 19:14, 30:15
non [17] - 13:3, 15:20,
17:14, 19:16, 20:19,
20:21, 28:5, 29:9,
29:24, 30:13, 35:20,
116:11, 117:9,
122:4, 129:23,
136:16, 180:21
non-Islamist [1] -
180:21
non-officials [1] -
129:23
non-partisan [3] -
116:11, 117:9,
136:16
non-profit [1] - 122:4

non-state [11] - 13:3,
15:20, 17:14, 19:16,
20:19, 20:21, 28:5,
29:9, 29:24, 30:13,
35:20
Non-State [2] - 19:14,
30:15
none [2] - 101:11,
101:15
noon [1] - 203:25
normal [2] - 3:14, 7:3
North [5] - 20:24,
21:23, 22:7, 22:10,
121:6
Northeastern [1] -
78:23
Northern [4] - 42:4,
78:24, 143:8, 181:20
northwest [1] - 115:25
nose [2] - 151:12,
163:3
note [13] - 45:19,
46:11, 47:17, 71:4,
98:6, 147:23,
148:20, 148:21,
149:2, 149:4,
179:13, 192:14,
196:17
noted [1] - 164:13
notes [5] - 7:6,
126:20, 175:5,
202:3, 205:13
noteworthy [1] - 43:13
nothing [6] - 5:15,
5:18, 9:16, 9:19,
180:12
noticed [1] - 148:17
notorious [4] - 54:10,
56:1, 69:5, 70:5
November [5] - 23:17,
88:8, 169:11,
198:13, 199:5
now-deceased [1] -
149:10
nowhere [1] - 137:21
nuclear [1] - 120:21
number [27] - 15:18,
18:20, 43:22, 43:24,
54:9, 57:15, 59:14,
60:1, 60:4, 60:6,
61:11, 68:8, 68:11,
68:20, 80:21, 80:22,
81:20, 81:22, 83:1,
83:2, 85:2, 97:18,
102:4, 104:5,
174:17, 186:12,
187:12
numbered [1] - 187:11
numbers [2] - 186:2,
195:1

numerous [3] - 54:13,
93:11, 94:6
NUSRA [1] - 149:13
Nusra [27] - 49:4,
49:14, 49:15, 49:20,
49:21, 49:24, 50:1,
60:3, 60:6, 66:15,
66:16, 66:18, 67:4,
91:12, 104:5, 104:7,
104:9, 105:16,
149:12, 149:13,
149:24, 150:4,
181:17
NW [3] - 1:17, 1:22,
205:18

O

o'clock [4] - 203:2,
203:7, 204:15, 205:3
oath [1] - 45:17
Obama [3] - 62:5,
62:7, 100:8
obedient [1] - 49:9
obfuscate [1] - 124:22
obfuscated [1] - 49:6
obfuscation [1] -
49:17
object [1] - 87:19
obligations [1] -
204:19
obscure [1] - 65:10
observable [1] - 66:2
observer [1] - 59:7
observers [3] - 60:23,
65:11, 73:2
obtained [1] - 165:25
obtaining [1] - 103:15
obvious [2] - 72:17,
106:24
obviously [15] - 3:11,
4:17, 6:6, 7:6, 32:17,
38:10, 70:21, 75:25,
77:2, 91:19, 94:9,
95:23, 106:11,
121:23, 122:18
occasional [2] - 18:21
occasions [3] - 7:5,
27:9, 100:4
occupation [2] -
12:24, 110:9
occupied [1] - 137:21
occur [4] - 23:2, 25:7,
58:18, 63:4
occurred [6] - 34:17,
49:13, 58:19, 58:20,
60:3, 107:24
occurrence [1] - 35:1
occurring [1] - 35:1
October [5] - 45:17,

46:24, 53:16, 56:18,
58:19
OF [3] - 1:2, 1:10,
205:10
OFAC [2] - 155:23
off-the-record [4] -
128:16, 129:6,
130:15, 130:18
offensive [1] - 78:22
offer [5] - 10:17, 77:2,
96:17, 108:18
offered [1] - 42:23
offering [1] - 42:21
office [2] - 169:2,
179:14
Office [11] - 20:1,
23:1, 25:1, 25:5,
34:6, 113:14,
113:17, 113:22,
120:6, 147:23,
155:21
officer [4] - 13:5,
14:24, 15:1, 27:16
officers [1] - 16:20
offices [3] - 174:19,
174:20, 174:24
Official [2] - 1:21,
205:16
OFFICIAL [1] - 205:10
official [19] - 80:14,
91:15, 112:19,
114:20, 125:20,
129:2, 129:22,
140:13, 148:25,
149:2, 149:21,
163:23, 168:19,
175:22, 177:19,
177:22, 191:7,
202:13
officially [1] - 178:18
officials [21] - 10:14,
17:18, 45:2, 45:7,
51:20, 65:3, 80:12,
91:21, 121:3,
124:13, 127:19,
128:9, 128:19,
128:21, 129:23,
130:14, 152:2,
168:5, 168:7,
170:15, 201:10
often [10] - 23:8,
33:13, 33:18, 34:20,
83:6, 90:15, 148:12,
150:8, 159:11,
172:16
Oil [1] - 198:16
oil [108] - 15:24, 26:21,
37:5, 53:25, 54:1,
54:11, 54:12, 54:14,
54:15, 54:16, 54:17,

54:19, 55:20, 55:21, 55:22, 78:7, 78:8, 78:13, 78:14, 78:15, 78:17, 78:23, 78:24, 78:25, 79:2, 79:4, 79:7, 79:8, 79:10, 79:11, 79:19, 79:23, 80:1, 80:2, 80:6, 80:15, 80:18, 80:20, 81:1, 81:3, 81:10, 81:13, 81:19, 81:23, 81:25, 82:2, 82:10, 82:19, 82:24, 83:3, 83:5, 83:19, 83:22, 83:23, 83:24, 83:25, 84:1, 84:2, 84:3, 84:4, 84:7, 84:13, 84:16, 84:18, 84:21, 84:22, 84:23, 85:3, 86:17, 86:18, 86:24, 87:1, 87:3, 87:4, 88:12, 89:5, 89:7, 89:9, 89:10, 96:13, 102:17, 102:20, 104:14, 104:17, 104:21, 104:24, 105:1, 105:3, 105:4, 105:7, 105:18, 140:18, 140:21, 140:25, 197:17, 197:23, 198:1, 199:3, 201:5, 201:7, 201:12, 201:22, 202:8
**oil-trading** [5] - 53:25, 54:11, 55:20, 55:22, 105:18
**old** [1] - 48:10
**Omar** [1] - 198:1
**once** [3] - 8:17, 102:18, 137:13
**one** [140] - 3:15, 10:21, 14:17, 15:8, 18:3, 20:2, 22:6, 22:20, 23:13, 30:13, 30:24, 31:2, 31:14, 32:5, 32:21, 33:9, 35:19, 41:18, 42:20, 43:22, 44:1, 47:5, 48:11, 48:25, 49:13, 49:25, 50:20, 50:21, 51:2, 52:7, 53:7, 53:8, 53:18, 54:9, 56:1, 56:4, 57:8, 60:17, 61:11, 62:13, 63:15, 65:2, 65:4, 66:14, 68:5, 68:9, 68:10, 69:1, 69:9, 69:24, 70:6, 71:16, 80:7, 80:9, 80:13, 80:21,

81:1, 81:16, 82:5, 82:17, 83:1, 83:11, 85:5, 86:14, 86:23, 86:25, 87:11, 87:17, 87:19, 88:16, 89:6, 89:16, 91:10, 91:13, 92:5, 92:14, 92:15, 94:7, 95:16, 95:18, 98:15, 99:13, 100:5, 102:5, 103:2, 103:25, 104:10, 104:11, 107:19, 113:23, 113:24, 114:6, 114:10, 114:17, 121:11, 121:19, 122:12, 127:20, 127:23, 127:25, 133:15, 133:19, 133:20, 135:2, 135:3, 136:17, 137:3, 137:4, 142:4, 144:19, 149:8, 154:13, 156:19, 157:20, 159:14, 160:24, 161:2, 163:11, 164:25, 168:2, 168:7, 171:2, 171:24, 172:4, 172:14, 175:21, 177:5, 177:13, 180:23, 181:1, 185:13, 186:22, 188:15, 191:23, 194:4, 196:25, 200:18, 203:7
**One** [1] - 56:3
**one-way** [1] - 89:16
**ones** [6] - 18:22, 24:6, 113:15, 115:18, 135:10, 172:14
**ongoing** [2] - 15:19, 195:15
**Ongoing** [1] - 198:20
**online** [3] - 26:16, 132:22, 153:2
**onset** [1] - 37:1
**op** [1] - 132:22
**op-eds** [1] - 132:22
**opaque** [1] - 64:24
**open** [18] - 58:21, 63:19, 81:5, 81:16, 81:17, 83:14, 85:15, 122:18, 146:19, 147:21, 158:11, 171:9, 176:23, 179:14, 181:11, 185:8, 186:24, 188:8
**opening** [7] - 4:18, 4:19, 7:20, 129:16,

178:16, 187:6
**openly** [2] - 140:3, 151:19
**operate** [5] - 45:3, 45:25, 51:20, 161:25, 162:20
**operating** [5] - 15:1, 84:1, 100:19, 144:3, 150:22
**Operating** [1] - 147:25
**operational** [1] - 115:1
**operations** [4] - 44:7, 45:15, 84:4, 84:5
**Operations** [2] - 22:3, 115:2
**operatives** [2] - 160:15, 161:21
**opinion** [6] - 27:24, 28:2, 61:4, 86:4, 124:20, 142:8
**opponents** [2] - 180:8, 194:16
**opportunity** [3] - 96:18, 127:18, 159:10
**oppose** [2] - 157:9, 200:19
**opposed** [4] - 149:2, 179:20, 180:10, 197:10
**opposing** [1] - 90:10
**opposition** [19] - 53:10, 53:20, 53:21, 53:22, 59:3, 59:7, 62:4, 63:6, 72:15, 86:11, 87:2, 87:18, 87:19, 96:1, 96:2, 124:16, 162:17, 197:5
**orange** [2] - 98:20, 107:21
**Order** [3] - 157:1, 160:7, 171:17
**order** [17] - 4:2, 4:3, 30:23, 31:3, 55:3, 63:5, 66:20, 77:1, 92:16, 103:20, 104:24, 112:5, 149:7, 156:24, 157:2, 168:6, 168:11
**ordered** [1] - 70:7
**orders** [2] - 171:21, 174:11
**Organization** [3] - 144:23, 145:14, 145:16
**organization** [61] - 15:2, 16:19, 17:5, 18:12, 39:16, 39:22, 40:22, 41:7, 41:8,

42:8, 42:11, 42:16, 42:17, 43:9, 43:22, 43:24, 44:1, 44:3, 44:6, 44:19, 45:2, 45:7, 45:8, 46:16, 47:4, 47:9, 48:8, 48:11, 48:13, 49:25, 50:4, 51:13, 51:18, 51:20, 52:1, 52:13, 54:3, 54:7, 55:5, 60:7, 60:10, 60:11, 66:17, 68:7, 78:12, 79:5, 79:6, 80:3, 84:11, 84:12, 90:15, 95:20, 99:13, 99:17, 105:9, 107:16, 107:18, 107:20, 108:14
**organization's** [3] - 44:23, 45:15, 48:9
**organizational** [6] - 14:25, 21:18, 23:12, 30:20, 40:5, 92:1
**Organizations** [1] - 178:21
**organizations** [32] - 14:12, 14:16, 14:19, 15:21, 15:22, 16:21, 21:17, 22:16, 23:3, 23:23, 24:5, 25:7, 26:23, 27:6, 30:23, 31:21, 32:8, 35:21, 43:6, 50:4, 54:25, 58:9, 60:22, 90:13, 95:1, 95:2, 107:12, 145:5, 145:18, 146:6, 149:17, 173:2
**organized** [1] - 128:20
**orient** [1] - 52:14
**origin** [1] - 98:12
**original** [3] - 147:9, 147:11, 149:10
**originally** [6] - 8:9, 22:2, 22:9, 60:1, 145:9, 147:11
**Osama** [2] - 41:16, 42:23
**otherwise** [4] - 35:9, 127:5, 135:1, 156:16
**outdoors** [1] - 55:15
**outlet** [2] - 50:23, 86:11
**outlets** [1] - 17:17
**outline** [6] - 51:21, 81:23, 81:25, 85:3, 104:3
**outlined** [4] - 22:18, 66:1, 90:3, 93:14
**outlines** [3] - 30:14, 47:13, 88:11

**outset** [1] - 93:5
**outside** [8] - 53:11, 53:22, 56:2, 62:15, 62:25, 90:11, 96:2, 133:2
**outstripped** [1] - 105:17
**overall** [1] - 20:11
**overarching** [1] - 53:8
**overlapping** [1] - 162:9
**oversaw** [1] - 91:15
**overseeing** [7] - 91:16, 120:15, 120:16, 140:18, 165:23, 173:3
**overseen** [1] - 201:15
**overstated** [1] - 67:2
**overthrow** [1] - 53:12
**overview** [2] - 177:12, 185:11
**overwhelming** [1] - 74:20
**own** [17] - 31:15, 31:25, 32:19, 55:21, 67:25, 86:4, 99:10, 117:16, 123:17, 133:17, 137:19, 138:7, 150:5, 166:6, 176:10, 190:4
**owned** [1] - 168:24
**oxygen** [1] - 176:5

**P**

**p.m** [3] - 73:15, 202:15, 205:8
**package** [7] - 120:24, 154:8, 155:15, 156:3, 156:22, 156:23, 157:5
**PAGE** [1] - 2:2
**Page** [34] - 21:14, 39:23, 47:12, 51:22, 69:15, 78:9, 79:22, 144:13, 144:18, 146:4, 146:10, 146:13, 146:14, 169:22, 172:19, 173:22, 178:6, 185:24, 186:11, 186:14, 189:9, 190:7, 190:8, 192:10, 193:1, 193:2, 194:25, 195:1, 195:5, 199:24, 200:2, 200:4, 200:6
**page** [16] - 64:3, 108:4, 148:4,

169:22, 173:25,
185:25, 186:2,
186:12, 187:11,
187:12, 188:21,
189:15, 195:1,
196:3, 196:24
**Pages** [3] - 22:19,
51:15, 79:1
**pages** [8] - 126:22,
146:4, 158:25,
165:7, 167:22,
177:18, 186:18,
187:10
**paid** [1] - 82:21
**pain** [2] - 9:17, 94:20
**painful** [1] - 126:1
**Palestine** [1] - 174:15
**Palestine-General** [1]
- 174:15
**Palestinian** [5] -
117:22, 134:5,
135:12, 174:13,
175:6
**Palestinians** [1] -
114:12
**pandemic** [3] - 3:12,
5:9, 109:2
**panel** [1] - 129:7
**panels** [2] - 17:4,
129:21
**papers** [1] - 4:10
**paperwork** [1] - 3:25
**paradigmatic** [1] -
30:15
**paragraph** [41] -
160:10, 169:23,
169:25, 170:9,
173:22, 173:23,
173:24, 174:2,
174:10, 175:5,
178:10, 178:12,
178:16, 179:1,
189:16, 189:17,
189:19, 190:7,
190:8, 190:9,
190:14, 191:6,
192:13, 193:2,
193:4, 193:5,
193:23, 195:13,
196:2, 196:3, 196:4,
196:5, 196:24,
197:15, 198:18,
198:20, 199:7,
200:10, 200:23,
202:2
**paragraph's** [1] -
194:8
**paragraphs** [17] -
64:4, 159:25, 160:1,
160:19, 163:13,

163:17, 165:10,
165:13, 165:14,
165:19, 167:25,
168:16, 169:6,
172:18, 200:1, 200:7
**parallel** [1] - 177:22
**paraphrasing** [1] -
71:9
**pardon** [5] - 56:17,
119:23, 147:17,
164:11, 182:23
**parentheses** [4] -
144:25, 145:1,
146:19, 146:20
**Paris** [2] - 23:17,
24:11
**Parliament** [6] - 24:3,
56:14, 65:3, 137:2,
137:5, 137:6
**parliamentarian** [1] -
86:9
**parliaments** [1] -
136:15
**part** [35] - 17:15, 18:1,
18:12, 19:19, 22:24,
46:13, 53:20, 61:21,
62:23, 64:18, 79:19,
91:19, 102:5,
104:14, 106:2,
106:18, 107:17,
113:9, 120:22,
121:17, 121:20,
127:13, 128:3,
128:5, 130:23,
130:24, 137:1,
148:25, 157:25,
172:14, 173:15,
173:19, 194:14,
200:1
**partial** [1] - 143:9
**participants** [2] -
129:9, 187:19
**participate** [1] -
115:16
**participating** [4] -
6:15, 6:18, 6:23,
109:1
**particular** [22] - 3:8,
4:14, 5:7, 32:12,
33:9, 64:18, 88:10,
117:21, 121:6,
127:17, 129:11,
136:10, 140:4,
140:20, 140:25,
148:23, 149:8,
158:7, 159:2,
160:24, 171:23,
198:1
**particularly** [10] - 5:2,
10:24, 17:14, 21:12,

33:16, 53:17, 58:10,
128:1, 133:13, 173:4
**parties** [3] - 4:19,
8:21, 153:18
**partisan** [3] - 116:11,
117:9, 136:16
**partner** [3] - 86:12,
105:3, 176:4
**partnered** [1] - 114:25
**partners** [2] - 72:22,
160:13
**Partnerships** [1] -
25:1
**parts** [3] - 97:11,
116:23, 123:15
**party** [1] - 116:13
**Party** [10] - 151:14,
151:15, 168:18,
169:1, 169:3, 169:9,
170:4, 170:17
**pass** [3] - 7:6, 73:23,
83:8
**passage** [1] - 34:18
**passed** [1] - 35:1
**passes** [3] - 139:1,
139:4, 139:12
**passive** [4] - 119:6,
119:9, 119:12,
142:16
**passport** [1] - 158:14
**passports** [1] - 165:25
**past** [10] - 4:9, 4:18,
8:11, 20:25, 77:8,
114:16, 130:7,
168:15, 189:3, 195:7
**pattern** [1] - 16:20
**pattern-of-life** [1] -
16:20
**Patterns** [4] - 177:2,
177:5, 177:9, 185:14
**pause** [22] - 9:2,
28:25, 35:14, 96:22,
111:9, 141:16,
153:8, 163:16,
164:4, 178:15,
187:1, 187:5,
187:13, 187:24,
189:12, 189:14,
190:13, 192:11,
192:16, 193:3,
195:4, 200:9
**pave** [1] - 43:16
**pavement** [1] - 123:7
**pay** [3] - 79:25, 83:24,
84:1
**PC** [1] - 1:16
**PDF** [6] - 177:11,
177:12, 186:12,
186:15, 195:1
**peace** [5] - 114:11,

116:20, 117:22,
129:18, 156:16
**peaceful** [2] - 180:16
**peer** [10] - 17:6, 22:24,
132:19, 132:22,
132:25, 133:2,
133:7, 134:7, 134:13
**peer-reviewed** [1] -
22:24
**penchant** [1] - 70:5
**Peninsula** [1] - 150:15
**PENTTBOM** [2] -
112:22, 112:23
**people** [72] - 5:4,
25:17, 43:24, 58:12,
68:14, 79:10, 83:2,
83:7, 86:24, 87:8,
90:7, 90:10, 92:20,
93:12, 93:17, 94:6,
103:3, 103:21,
104:5, 104:8,
116:24, 117:2,
117:4, 117:7,
122:18, 122:19,
123:5, 123:9,
123:11, 123:13,
123:18, 124:16,
124:17, 125:4,
125:10, 125:17,
126:10, 126:16,
126:24, 127:21,
127:22, 128:15,
128:17, 129:6,
130:4, 132:4,
139:13, 140:4,
140:12, 141:1,
156:2, 158:5, 158:6,
158:18, 158:20,
160:13, 161:21,
162:11, 162:13,
170:11, 171:24,
172:14, 176:1,
180:17, 180:20,
181:1, 181:4, 191:4,
196:18, 200:12,
200:14, 202:16
**per** [2] - 27:16, 79:7
**perfect** [2] - 6:20, 8:25
**perhaps** [5] - 31:20,
39:4, 39:7, 89:11,
103:16
**period** [18] - 36:14,
40:7, 42:2, 43:13,
44:6, 45:3, 50:2,
51:21, 52:8, 52:11,
53:23, 58:21, 58:23,
92:18, 101:5, 114:6,
160:9, 168:24
**periods** [3] - 55:10,
55:15, 90:8

**Perles** [20] - 1:14,
1:16, 3:5, 3:6, 4:22,
4:23, 9:9, 12:9,
12:12, 40:20, 74:13,
77:23, 92:4, 95:8,
97:3, 98:5, 108:19,
164:6, 187:17, 204:3
**PERLES** [56] - 1:16,
4:25, 5:14, 6:5, 6:13,
6:21, 7:17, 8:25, 9:5,
12:13, 12:20, 16:24,
29:13, 35:11, 35:17,
35:24, 35:25, 36:5,
38:2, 38:16, 39:10,
39:12, 40:19, 40:21,
41:6, 52:4, 52:17,
71:7, 73:5, 73:14,
73:22, 74:15, 74:25,
77:24, 78:5, 92:6,
95:3, 95:9, 95:10,
96:16, 97:5, 97:6,
97:24, 98:8, 98:9,
101:16, 108:22,
164:6, 183:16,
187:17, 187:22,
188:10, 188:12,
204:5, 205:4, 205:5
**Perles................12** [1]
- 2:4
**permission** [7] - 5:12,
6:24, 7:4, 73:23,
97:25, 162:3, 186:19
**permissive** [7] -
190:18, 190:20,
190:21, 191:8,
193:6, 193:24, 196:6
**person** [10] - 93:11,
94:14, 115:20,
126:21, 130:8,
161:24, 161:25,
163:20, 168:9,
170:19
**personal** [1] - 165:10
**personally** [3] - 71:18,
71:20, 170:17
**personnel** [1] - 26:24
**persons** [2] - 114:24,
167:3
**perspective** [4] - 5:4,
96:3, 128:25, 157:6
**perspectives** [2] -
117:25, 118:1
**pertinent** [2] - 15:6,
20:9
**Peru** [1] - 137:16
**Petraeus** [1] - 152:3
**petroleum** [4] - 54:20,
88:23, 89:14, 89:17
**Petroleum** [1] - 199:17
**PFLP** [1] - 174:15

**PFLP-GC** [1] - 174:15
**Ph.D** [8] - 13:25, 14:1, 14:10, 111:25, 112:3, 112:24, 113:7, 117:23
**phenomenon** [1] - 58:8
**phone** [2] - 6:25, 125:10
**phones** [2] - 7:2, 7:8
**phrase** [3] - 56:12, 92:8, 92:11
**physical** [6] - 16:7, 16:18, 16:23, 17:8, 36:24, 119:1
**picture** [1] - 66:4
**piece** [4] - 23:13, 30:13, 155:19, 197:15
**pieces** [3] - 18:21, 132:23, 132:24
**pipeline** [2] - 79:23, 85:11
**pipelines** [4] - 79:13, 81:2, 83:1, 83:4
**PKK** [1] - 179:20
**place** [10] - 14:17, 43:15, 49:24, 103:14, 103:18, 125:23, 138:21, 156:11, 158:14, 202:15
**places** [8] - 21:1, 83:13, 112:6, 122:24, 141:7, 150:18, 151:19, 194:5
**plaintiff** [1] - 3:5
**Plaintiffs** [2] - 1:4, 1:14
**plaintiffs** [15] - 4:8, 11:8, 13:13, 35:18, 36:6, 37:25, 38:3, 38:9, 63:25, 67:16, 77:25, 97:22, 110:5, 191:19, 194:18
**PLAINTIFFS** [2] - 12:18, 110:6
**Plaintiffs'** [6] - 152:7, 171:8, 176:20, 184:20, 198:9, 199:10
**plan** [3] - 9:1, 140:6, 151:25
**planned** [1] - 137:23
**plans** [1] - 15:10
**plants** [1] - 88:17
**plaques** [1] - 132:6
**platforms** [1] - 26:13
**play** [5] - 71:24, 84:21,

98:5, 133:17, 180:5
**played** [5] - 48:7, 65:9, 69:12, 102:3, 190:15
**playing** [2] - 60:7, 195:25
**Playing** [1] - 72:21
**pleases** [3] - 12:15, 73:8, 77:24
**plot** [5] - 115:21, 169:20, 193:19, 194:3, 194:11
**plots** [3] - 115:4, 115:5, 115:22
**plotting** [1] - 197:14
**plow** [1] - 77:9
**podium** [1] - 149:3
**point** [28] - 31:11, 47:5, 51:8, 52:7, 70:6, 73:7, 77:12, 80:13, 101:25, 103:16, 105:22, 105:25, 108:3, 127:5, 129:17, 133:18, 150:21, 162:25, 166:13, 181:5, 182:16, 185:15, 185:16, 192:22, 192:23, 192:24, 201:17, 204:3
**Point** [1] - 139:23
**police** [1] - 162:7
**policy** [14] - 15:12, 57:16, 113:16, 116:15, 116:16, 117:10, 117:11, 120:24, 121:3, 121:11, 121:13, 133:1, 155:9, 156:2
**Policy** [5] - 18:18, 110:13, 112:12, 113:1, 132:23
**policymakers** [1] - 22:10
**political** [9] - 57:17, 111:19, 116:13, 130:17, 189:23, 190:2, 191:12, 192:20, 195:15
**politician** [1] - 86:9
**politics** [2] - 13:25, 124:25
**Politics** [1] - 21:2
**Popular** [1] - 174:14
**popularly** [1] - 40:13
**populated** [1] - 181:14
**population** [1] - 176:11
**populations** [3] - 93:2, 193:14, 196:10

107:10
**preclude** [1] - 96:8
**predecessor** [14] - 22:16, 23:22, 24:5, 27:6, 27:24, 35:21, 54:25, 78:12, 106:20, 107:11, 111:6, 118:16, 141:12, 166:14
**predecessors** [1] - 118:16
**predictable** [1] - 61:2
**preexisting** [1] - 37:8
**prefer** [2] - 7:7, 146:25
**preference** [1] - 6:14
**preferred** [1] - 5:22
**prepare** [2] - 157:16, 175:8
**prepared** [5] - 7:23, 13:19, 37:19, 110:23, 182:14
**prescription** [1] - 116:16
**prescriptions** [2] - 15:12, 117:10
**presence** [6] - 29:10, 59:21, 119:2, 150:15, 173:3, 174:21
**present** [3] - 3:5, 20:25, 24:21
**presentation** [2] - 20:17, 20:24
**presentations** [2] - 20:5, 20:12
**presents** [1] - 4:10
**president** [1] - 17:20
**President** [16] - 60:25, 63:22, 72:23, 100:8, 151:9, 151:16, 166:16, 167:4, 170:4, 170:7, 170:12, 170:18, 170:22, 173:11, 173:17, 180:25
**President's** [2] - 121:2, 173:18
**Presidential** [2] - 79:18, 129:18
**press** [5] - 154:7, 154:9, 157:16, 157:24, 199:4
**Press** [5] - 21:16, 21:22, 47:12, 134:6, 134:13
**presses** [1] - 134:4
**presumably** [1] - 38:19
**pretense** [1] - 200:15
**pretexts** [1] - 201:14

**pretty** [2] - 122:13, 188:15
**prevent** [2] - 61:17, 63:5
**Prevention** [1] - 113:10
**preventively** [1] - 115:6
**previous** [15] - 27:25, 33:21, 52:18, 57:24, 71:9, 81:12, 96:19, 142:3, 148:9, 148:16, 166:10, 185:19, 197:1, 197:2
**previously** [8] - 27:5, 57:6, 57:7, 57:14, 107:20, 143:12, 143:13, 147:5
**primarily** [6] - 30:24, 145:12, 156:25, 180:21, 195:20, 200:10
**primary** [4] - 30:24, 31:2, 31:3, 31:5, 32:2, 32:3, 32:13, 32:16, 32:18, 32:24, 33:8, 117:12, 165:18, 171:3
**principal** [2] - 20:2, 25:4
**Prison** [11] - 54:10, 55:25, 56:1, 66:9, 68:19, 103:3, 107:16, 180:2, 180:5, 180:7, 181:11
**prison** [1] - 47:23, 56:8, 56:15, 57:22, 60:17, 69:10, 69:11, 71:22, 180:7, 180:9, 181:1
**prisoner** [10] - 37:4, 53:6, 54:9, 55:18, 55:24, 102:17, 102:20, 105:6, 105:17, 108:15
**prisoners** [11] - 56:13, 56:19, 59:17, 59:18, 70:6, 71:17, 71:19, 84:2, 91:3, 93:2, 103:25
**prisons** [8] - 60:5, 69:8, 91:24, 93:8, 104:1, 181:13, 182:2
**Private** [1] - 46:3
**private** [10] - 13:5, 15:24, 16:3, 25:15, 26:8, 26:18, 29:20, 121:4, 128:16, 201:24
**privileges** [1] - 179:16

**portfolios** [1] - 171:3
**portion** [2] - 50:9, 74:15
**portrayed** [1] - 194:15
**portraying** [1] - 197:3
**pose** [1] - 162:10
**posed** [1] - 58:9
**position** [19] - 19:5, 64:13, 73:2, 112:10, 113:20, 115:14, 120:13, 120:14, 170:7, 170:15, 170:17, 172:22, 173:4, 174:11, 175:3, 175:9, 175:11, 175:22, 176:3
**positions** [6] - 19:7, 20:4, 29:19, 68:20, 86:14, 171:2
**positive** [1] - 12:6
**possibility** [1] - 76:14
**possible** [12] - 4:16, 21:23, 67:14, 82:20, 105:16, 106:18, 121:10, 124:17, 125:7, 158:15, 175:8, 184:18
**possibly** [1] - 3:15
**Post** [1] - 24:6
**post-2011** [1] - 54:7
**Post-Caliphate** [1] - 24:6
**Postgraduate** [1] - 25:21
**postings** [1] - 119:18
**posts** [1] - 32:5
**potential** [4] - 4:11, 57:20, 155:2, 155:4
**power** [8] - 37:11, 53:22, 55:17, 62:16, 72:8, 94:24, 172:2, 173:8
**powerful** [4] - 55:12, 60:23, 86:11, 173:4
**powers** [2] - 53:11, 61:18
**practically** [1] - 135:14
**practice** [2] - 10:22, 31:15
**practiced** [1] - 188:5
**practices** [1] - 10:22
**practitioner** [1] - 13:2
**pre** [2] - 52:11, 113:14
**pre-Arab** [1] - 52:11
**pre-existing** [1] - 113:14
**precedent** [1] - 78:18
**precisely** [2] - 82:19,

174:21, 175:12

**profiles** [1] - 174:16

**profit** [2] - 82:11, 122:4

**profiting** [1] - 78:14

**program** [19] - 10:8, 10:9, 10:20, 10:23, 10:24, 11:13, 14:7, 19:12, 61:20, 110:12, 110:16, 112:4, 113:3, 113:5, 116:19, 116:22, 116:24, 117:15

**Program** [1] - 19:21

**programs** [1] - 116:20

**project** [6] - 18:11, 20:1, 22:25, 25:5, 25:6, 47:7

**Project** [1] - 135:24

**projects** [2] - 15:19

**proliferation** [1] - 120:18

**prominence** [1] - 48:15

**prominent** [2] - 86:8, 130:13

**promise** [3] - 10:17, 10:18, 11:4

**promised** [1] - 63:3

**promoted** [1] - 156:11

**promotion** [1] - 15:3

**prompted** [2] - 62:23, 74:23

**prongs** [1] - 156:24

**pronounced** [1] - 59:1

**proof** [1] - 74:17

**propaganda** [4] - 72:1, 90:22, 97:13, 101:13

**propagandist** [1] - 93:24

**propose** [2] - 8:17, 202:22

**Proposes** [1] - 199:15

**prosecution** [1] - 27:16

**protect** [2] - 88:16, 157:22

**protected** [1] - 11:24

**Protection** [3] - 15:23, 24:21, 34:6

**protects** [1] - 9:21

**protest** [1] - 180:17

**protests** [4] - 58:24, 58:25, 172:3, 180:16

**proto** [1] - 104:17

**proto-state** [1] - 104:17

**protocol** [2] - 7:3, 38:17

**prove** [1] - 34:23

**provide** [21] - 20:8, 21:11, 22:14, 24:18, 26:7, 32:2, 33:18, 44:9, 46:5, 50:18, 53:2, 69:15, 87:3, 95:24, 100:17, 102:16, 116:15, 145:17, 179:2, 183:17, 190:1

**provided** [20] - 3:25, 44:18, 44:21, 45:7, 46:15, 50:13, 63:25, 65:14, 86:23, 87:3, 91:6, 95:13, 106:9, 107:6, 120:1, 142:1, 142:15, 169:12, 188:1, 198:24

**provides** [3] - 108:13, 148:5, 179:9

**Providing** [1] - 198:14

**providing** [9] - 52:23, 89:4, 119:8, 133:4, 160:8, 161:4, 168:4, 201:5, 202:7

**province** [4] - 47:5, 87:24, 200:13

**provinces** [1] - 150:7

**provision** [3] - 87:16, 159:21, 169:11

**provocative** [1] - 10:11

**proxies** [1] - 176:15

**proxy** [1] - 175:9

**psychological** [1] - 36:24

**public** [11] - 32:9, 42:7, 45:17, 49:18, 125:2, 139:8, 139:22, 140:24, 148:25, 152:4, 157:25

**publication** [2] - 18:14, 99:11

**publications** [2] - 18:16, 99:10

**publicly** [6] - 17:16, 35:4, 98:23, 100:7, 122:16, 124:24

**publish** [4] - 18:20, 29:22, 29:23, 177:8

**published** [28] - 18:20, 18:23, 21:21, 21:25, 22:2, 22:4, 22:7, 22:15, 22:21, 22:23, 23:5, 23:9, 23:14, 23:15, 30:16, 129:8, 133:6, 133:25, 134:3, 134:6, 134:11,

134:12, 178:2, 186:8, 189:2, 192:1, 194:22

**publisher** [1] - 133:5

**publishing** [2] - 17:7, 22:12

**pull** [2] - 146:9, 163:11

**pulled** [1] - 113:12, 154:3

**pulling** [1] - 154:4

**purchase** [2] - 80:15, 81:10

**purchased** [2] - 83:19, 197:17

**purchaser** [2] - 105:3, 105:4

**purchasers** [1] - 82:23

**Purchases** [1] - 198:16

**purchases** [2] - 88:12, 199:3

**purchasing** [4] - 54:12, 54:16, 80:2, 80:19

**pure** [1] - 133:2

**purge** [1] - 43:23

**purports** [7] - 148:3, 167:20, 177:16, 189:6, 192:8, 195:10, 199:21

**purpose** [5] - 43:5, 43:8, 149:4, 190:25, 191:11

**purposes** [7] - 36:7, 38:25, 73:7, 141:24, 144:7, 191:12, 191:13

**pursuant** [1] - 171:17

**pursuit** [1] - 112:3

**purview** [1] - 71:17

**push** [1] - 89:14

**pushed** [1] - 172:3

**pushing** [1] - 99:5

**put** [27] - 6:17, 11:20, 14:16, 43:14, 66:12, 97:17, 98:20, 101:3, 106:8, 107:21, 116:17, 125:1, 129:5, 140:14, 147:11, 148:11, 148:12, 155:14, 158:9, 160:24, 170:6, 170:17, 173:9, 173:18, 175:4, 175:11, 182:9

**puts** [1] - 149:3

**putting** [4] - 31:23, 162:15, 162:16, 162:18

**Q**

**Qaddafi** [9] - 10:7, 53:15, 63:2, 63:5, 63:7, 63:8, 63:10, 63:13, 63:23

**Qaeda** [84] - 19:18, 19:19, 20:25, 21:19, 22:1, 23:3, 23:9, 23:11, 23:12, 25:8, 29:12, 30:1, 37:8, 40:4, 41:17, 42:7, 42:8, 45:13, 45:18, 45:19, 45:20, 45:22, 47:2, 48:2, 49:7, 49:17, 51:18, 53:20, 57:8, 57:20, 66:11, 78:11, 95:17, 95:20, 107:17, 117:20, 120:21, 139:23, 140:2, 143:13, 144:25, 146:19, 147:5, 147:12, 149:14, 149:15, 149:16, 149:22, 149:24, 149:25, 150:4, 150:11, 150:13, 150:14, 150:16, 150:18, 150:19, 150:21, 150:24, 151:18, 154:15, 159:13, 159:18, 160:6, 160:9, 160:18, 161:1, 161:6, 163:24, 164:17, 164:20, 165:21, 166:9, 167:18, 169:12, 169:13, 169:16, 170:15, 191:8, 193:7, 196:6

**Qaeda's** [5] - 29:10, 149:12, 149:13, 149:24, 190:19

**Qatar** [1] - 21:4

**Qatirji** [14] - 88:20, 88:21, 88:24, 89:3, 89:8, 89:15, 198:7, 200:25, 201:3, 201:9, 201:18, 202:6

**QATIRJI** [1] - 200:25

**qualification** [1] - 111:17

**qualifications** [1] - 13:23

**qualified** [7] - 29:14, 34:14, 35:23, 134:22, 137:8, 138:17, 141:18

**qualify** [2] - 35:18,

**proactively** [1] - 122:10

**problem** [8] - 9:6, 104:12, 124:8, 152:2, 186:16, 204:8, 204:10, 204:11

**problems** [1] - 117:8

**procedure** [1] - 100:19

**procedures** [1] - 125:23

**proceed** [8] - 3:21, 5:19, 8:5, 111:11, 111:13, 184:7, 185:24, 186:11

**proceeding** [7] - 6:10, 7:2, 7:14, 7:21, 7:25, 11:11, 11:12

**proceedings** [9] - 7:16, 9:20, 10:17, 112:7, 131:7, 133:13, 137:9, 174:1, 205:14

**Proceedings** [2] - 1:25, 205:8

**process** [14] - 64:22, 64:23, 76:2, 116:20, 117:22, 117:24, 126:4, 127:4, 127:5, 129:18, 154:19, 154:21, 156:16, 158:1

**processes** [3] - 15:4, 21:21, 125:23

**procurement** [1] - 157:4

**Procurement** [1] - 199:17

**produce** [1] - 21:19

**produced** [7] - 1:25, 18:17, 22:2, 22:9, 26:20, 47:11, 82:10

**produces** [2] - 125:20, 176:25

**production** [1] - 98:17

**productions** [1] - 99:16

**products** [7] - 54:17, 54:20, 78:15, 89:10, 89:14, 120:25, 201:5

**professional** [3] - 15:3, 131:24, 145:20

**professionals** [1] - 33:10

**Professor** [1] - 119:14

**professor** [2] - 19:11, 110:15

**proffer** [1] - 111:1

**proffering** [1] - 111:4

**profile** [3] - 174:8,

141:10
**qualitative** [1] - 122:4
**quality** [1] - 25:16
**questioned** [1] - 87:21
**questioning** [1] -
153:18
**questions** [12] - 60:15,
95:4, 96:18, 97:2,
101:17, 101:21,
102:4, 108:19,
108:23, 109:4,
180:3, 180:4
**quick** [4] - 7:18, 8:18,
152:13, 182:5
**quicker** [1] - 4:6
**quickest** [1] - 188:7
**quickly** [4] - 34:24,
122:16, 137:24,
181:19
**quite** [7] - 42:11,
109:16, 128:23,
134:20, 135:4,
151:19, 182:19
**quote** [48] - 45:4,
47:13, 56:3, 56:6,
56:16, 69:14, 72:14,
72:21, 72:25, 80:13,
81:22, 87:23, 88:9,
100:9, 135:16,
135:18, 146:18,
160:11, 160:14,
160:18, 163:23,
170:3, 170:5,
172:19, 172:23,
173:1, 173:4,
173:13, 173:14,
190:16, 190:18,
190:20, 190:23,
191:3, 191:17,
192:21, 192:22,
193:18, 194:14,
194:17, 197:16,
197:19, 200:10,
200:17
**quoted** [4] - 69:16,
83:3, 180:24, 197:8
**quotes** [1] - 87:23
**quoting** [2] - 39:15,
160:3
**Qurashi** [1] - 47:16

**R**

**radical** [1] - 149:17
**radicalization** [1] -
23:8
**radicalize** [1] - 59:6
**radio** [1] - 122:15
**raid** [8] - 82:2, 84:15,
84:24, 85:1, 85:25,

140:11, 140:16,
141:7
**raiding** [1] - 181:24
**raids** [2] - 139:6,
139:15
**raise** [7] - 35:17,
118:25, 155:6,
159:19, 163:3, 183:1
**raised** [3] - 27:17,
166:5, 197:11
**raises** [1] - 166:15
**raising** [2] - 7:11,
75:21
**Rami** [1] - 86:13
**ramifications** [1] -
138:1
**ran** [2] - 10:9, 69:8
**range** [3] - 30:10,
120:19, 132:21
**rank** [1] - 43:21
**ranks** [10] - 55:19,
56:25, 60:12, 66:22,
67:5, 67:12, 91:7,
91:13, 91:18, 91:23
**Raqqa** [6] - 69:20,
70:1, 70:4, 87:1,
87:11, 87:24
**rare** [2] - 90:15,
118:21
**rate** [1] - 49:19
**rated** [1] - 19:12
**rather** [9] - 28:1,
58:10, 65:10, 70:6,
76:25, 82:16, 83:4,
104:7, 157:7
**rationale** [4] - 50:22,
57:9, 57:10, 57:12
**rationales** [2] - 57:7,
57:9
**Rawi** [5] - 168:10,
168:14, 169:8,
169:24, 170:3
**reach** [6] - 36:19,
50:12, 54:23, 66:21,
97:7, 142:11
**reached** [5] - 86:3,
97:10, 122:6, 178:8,
203:2
**reaching** [2] - 44:14,
46:10
**reaction** [1] - 62:20
**read** [24] - 32:24, 64:3,
89:15, 144:20,
146:11, 146:14,
159:25, 163:13,
163:17, 165:11,
165:17, 167:24,
170:1, 171:14,
172:17, 173:23,
178:10, 190:14,

193:1, 193:5,
194:13, 196:23,
198:17, 200:1
**reader** [1] - 157:24
**reading** [4] - 79:15,
149:3, 192:13, 194:6
**readings** [1] - 22:25
**reads** [1] - 147:13
**ready** [4] - 109:13,
109:19, 155:20
**real** [2] - 5:7, 12:5
**realizing** [1] - 81:2
**really** [15] - 74:22,
94:12, 105:7, 125:3,
135:24, 138:4,
139:25, 143:19,
146:25, 156:7,
159:12, 161:2,
186:4, 192:17,
197:25
**realm** [1] - 125:7
**reason** [20] - 6:9,
32:21, 48:8, 50:25,
53:24, 58:4, 61:10,
71:15, 74:6, 76:17,
76:19, 82:22, 95:14,
99:2, 104:11,
143:10, 153:19,
174:9, 203:11,
203:24
**reasonable** [13] - 8:7,
36:19, 50:12, 54:23,
64:16, 82:15, 89:20,
90:25, 97:7, 100:23,
100:25, 142:12,
204:1
**reasonably** [4] -
106:5, 106:14,
107:2, 107:5
**reasons** [9] - 8:2,
18:3, 50:20, 53:4,
104:23, 175:19,
176:6, 178:25, 181:1
**rebel** [1] - 61:24
**rebellion** [1] - 181:13
**rebels** [6] - 49:5,
61:20, 63:11,
180:21, 181:12,
195:20
**rebranded** [2] - 40:12,
50:6
**rebrandings** [1] -
43:23
**rebuild** [1] - 48:12
**receive** [1] - 184:9
**received** [9] - 13:25,
14:3, 14:4, 69:23,
81:5, 131:25, 132:5,
171:5, 187:3
**receives** [1] - 134:8

**receiving** [2] - 174:12,
175:10
**Recent** [1] - 23:14
**recent** [5] - 18:22,
20:13, 24:6, 39:15,
185:10
**recently** [5] - 14:5,
19:1, 134:11, 140:9,
147:3
**recess** [5] - 73:15,
109:17, 109:21,
153:6, 183:25
**recipients** [1] - 131:14
**recognize** [1] - 166:17
**recognizing** [1] -
63:12
**reconciliation** [1] -
49:10
**reconsidered** [1] -
31:13
**reconvene** [2] -
202:20, 204:15
**record** [18] - 3:3,
38:24, 73:20, 98:3,
98:4, 99:19, 106:25,
109:24, 128:16,
129:6, 129:8,
129:10, 130:15,
130:18, 144:7,
149:1, 153:12, 184:1
**recorded** [2] - 1:25,
84:5
**records** [1] - 148:10
**recovered** [1] - 85:25
**recreated** [1] - 50:7
**recruit** [3] - 68:5,
129:14, 138:5
**recruited** [2] - 113:8,
113:18
**recruiter** [1] - 69:2
**recruiting** [1] - 161:23
**recruitment** [3] -
30:20, 44:7, 45:24
**recruits** [3] - 51:17,
52:23, 196:14
**rectangular** [1] - 130:6
**red** [1] - 62:3
**refer** [12] - 35:7, 38:19,
38:21, 38:22, 82:1,
124:7, 140:12,
144:7, 163:22,
164:14, 167:7,
176:19
**reference** [3] - 39:21,
39:23, 98:10
**referenced** [2] - 69:7,
70:2
**references** [1] - 85:25
**referred** [18] - 9:12,
10:7, 23:8, 40:10,

40:13, 72:20, 83:13,
84:23, 86:1, 87:12,
99:10, 99:11, 99:14,
100:5, 150:5, 161:9,
165:22, 178:5
**referring** [2] - 33:21,
196:19
**refers** [4] - 80:14,
92:15, 150:8, 188:15
**refill** [2] - 152:11,
152:24
**refine** [1] - 89:14
**refined** [2] - 78:15,
82:10
**refineries** [2] - 78:23,
201:7
**refining** [2] - 54:19,
89:12
**reflect** [4] - 144:3,
147:9, 149:19,
149:21
**reflected** [1] - 80:23
**reflection** [1] - 80:16
**reflects** [3] - 25:17,
102:16, 149:8
**Reform** [1] - 113:9
**refresh** [1] - 64:5
**refuge** [1] - 179:16
**regard** [5] - 78:25,
81:7, 94:4, 95:4,
180:25
**regarded** [3] - 17:25,
47:11, 56:11
**regarding** [22] - 36:20,
67:24, 80:6, 81:13,
86:20, 96:18, 97:8,
127:6, 127:9,
128:21, 132:10,
133:25, 136:12,
136:20, 136:25,
137:9, 139:23,
142:11, 142:12,
166:10, 192:14,
195:12
**regardless** [1] -
107:20
**regards** [3] - 14:10,
67:25, 97:20
**Regime** [1] - 167:18
**regime** [86] - 36:20,
41:25, 52:10, 52:19,
53:2, 53:13, 55:22,
57:11, 59:12, 61:13,
62:6, 62:8, 63:7,
64:14, 64:17, 65:2,
65:4, 66:4, 67:6,
72:20, 78:7, 79:12,
79:14, 79:20, 79:24,
79:25, 80:1, 82:15,
82:24, 83:5, 83:7,

83:13, 85:10, 85:12, 86:12, 87:6, 87:8, 87:15, 88:1, 88:12, 88:25, 89:1, 89:7, 89:10, 96:6, 105:2, 120:19, 128:2, 142:13, 162:11, 162:19, 162:25, 168:6, 168:8, 168:19, 169:4, 170:7, 170:14, 175:25, 176:13, 176:16, 180:8, 180:10, 180:14, 180:15, 180:18, 181:9, 190:18, 192:25, 193:6, 194:15, 196:17, 196:22, 197:2, 197:11, 197:17, 197:25, 199:3, 200:14, 200:17, 200:19, 200:20, 201:4, 201:5, 201:19

**Regime's** [1] - 199:16

**regime's** [13] - 53:25, 64:21, 64:23, 80:15, 80:16, 83:9, 91:3, 176:8, 195:19, 195:22, 195:23, 195:25, 196:6

**regime-controlled** [1] - 85:12

**regime-held** [1] - 79:14

**regimes** [2] - 172:12, 172:13

**region** [11] - 37:2, 40:11, 63:17, 117:11, 130:22, 138:3, 143:6, 143:7, 189:25, 190:1, 192:21

**regional** [2] - 72:8, 150:6

**regular** [5] - 114:21, 128:11, 128:18, 130:23, 181:12

**rehabilitated** [1] - 58:16

**rehabilitation** [2] - 56:21, 57:25

**REINDARD** [1] - 110:11

**Reinhard** [1] - 110:11

**reiterated** [1] - 100:8

**rejected** [1] - 50:2

**relate** [4] - 22:20, 28:16, 53:24, 140:25

**related** [18] - 4:12,

13:2, 15:16, 17:13, 24:1, 29:8, 48:23, 50:10, 65:18, 90:24, 116:5, 116:13, 121:5, 121:6, 127:22, 145:11, 158:5, 159:12

**relates** [1] - 140:1

**relating** [1] - 157:2

**relations** [3] - 111:22, 112:1, 128:13

**Relations** [2] - 22:8, 25:22

**relationship** [45] - 36:13, 37:5, 37:8, 53:7, 53:25, 54:2, 54:11, 54:15, 55:20, 79:11, 82:16, 82:18, 83:10, 83:12, 83:17, 86:16, 86:21, 87:5, 89:8, 89:16, 95:15, 95:17, 96:5, 96:7, 96:8, 102:5, 105:18, 111:5, 111:7, 118:18, 141:11, 141:14, 150:24, 150:25, 151:3, 151:4, 151:5, 176:2, 184:15, 195:16, 195:22, 195:23, 197:23, 201:10

**relationships** [5] - 85:9, 105:7, 126:16, 130:20, 176:17

**relative** [1] - 170:12

**relatively** [1] - 101:25

**relatives** [2] - 165:3, 166:6

**release** [15] - 47:24, 58:7, 59:17, 59:18, 60:18, 61:11, 66:10, 66:13, 66:23, 91:3, 154:7, 154:9, 157:16, 157:24, 199:4

**released** [10] - 15:13, 56:19, 59:20, 103:3, 103:25, 104:10, 107:16, 139:5, 157:21, 182:1

**releasee** [3] - 66:9, 68:3, 68:18

**releasees** [6] - 59:10, 60:1, 60:4, 60:5, 60:17, 66:7

**releases** [18] - 37:5, 53:6, 54:9, 54:10, 55:19, 55:24, 58:18, 61:1, 61:14, 91:6, 91:17, 91:18, 91:24,

102:18, 102:20, 105:6, 105:17, 108:15

**releasing** [1] - 60:20

**relevance** [3] - 189:18, 190:7, 200:3

**relevant** [16] - 14:15, 21:12, 32:22, 34:25, 42:19, 104:6, 104:12, 112:7, 131:6, 133:13, 139:8, 139:16, 163:14, 174:1, 175:18, 202:3

**reliable** [5] - 80:7, 80:8, 86:1, 99:23, 159:11

**reliant** [2] - 67:8, 67:9

**relied** [8] - 34:4, 34:10, 34:13, 44:13, 46:9, 56:12, 70:8, 138:16

**relies** [2] - 30:24, 38:13

**religious** [2] - 14:18, 43:11

**rely** [6] - 27:23, 32:3, 33:7, 34:2, 47:25, 138:14

**relying** [1] - 89:13

**remain** [1] - 175:14

**remained** [2] - 40:6, 43:8

**Remaining** [1] - 133:16

**remaining** [3] - 74:15, 75:2, 133:17

**remarks** [2] - 63:22, 129:16

**remember** [2] - 8:10, 74:5

**remind** [2] - 9:10, 122:18

**remit** [1] - 116:18

**REMOTE** [1] - 1:10

**remote** [1] - 7:13

**renamed** [1] - 147:8

**renaming** [2] - 144:2, 147:4

**renewed** [1] - 179:8

**repeat** [6] - 70:22, 114:18, 120:3, 130:25, 146:15, 202:21

**repeatedly** [1] - 63:13

**repetitive** [1] - 184:18

**rephrase** [1] - 96:11

**replaying** [1] - 98:1

**report** [57] - 21:12, 21:15, 22:6, 22:18,

22:21, 23:4, 30:4, 36:17, 37:21, 37:24, 38:4, 38:14, 39:14, 39:24, 40:15, 44:5, 46:22, 47:10, 47:12, 51:15, 51:22, 67:22, 69:15, 78:9, 79:1, 79:22, 80:13, 82:1, 83:3, 87:23, 93:14, 98:13, 99:11, 100:17, 101:10, 104:4, 108:3, 108:7, 108:13, 123:13, 177:1, 177:6, 177:9, 177:10, 177:14, 178:17, 179:4, 180:24, 185:12, 185:13, 185:16, 186:14, 189:20, 192:2, 194:23, 197:16

**Report** [1] - 186:8

**report's** [1] - 177:10

**reported** [4] - 85:4, 87:14, 87:22, 93:13

**reportedly** [1] - 140:22

**reporter** [5] - 8:12, 8:19, 109:8, 152:23, 182:6

**Reporter** [3] - 1:20, 1:21, 205:16

**REPORTER** [28] - 16:12, 28:14, 28:17, 28:22, 29:4, 40:18, 40:20, 40:23, 40:25, 41:3, 41:5, 70:10, 70:12, 70:16, 70:20, 70:23, 71:1, 76:20, 76:22, 76:24, 152:16, 152:19, 164:5, 167:10, 184:21, 184:25, 204:11, 205:10

**reporting** [7] - 32:17, 33:15, 81:16, 83:14, 87:12, 113:21, 197:22

**Reports** [9] - 177:3, 178:2, 185:15, 185:16, 186:17, 189:1, 191:25, 194:22, 197:21

**reports** [8] - 17:5, 18:20, 26:21, 31:1, 34:23, 99:23, 123:12, 197:1

**represent** [1] - 65:21

**representation** [1] - 159:5

**representations** [1] -

100:11

**reproductions** [2] - 97:16, 97:21

**REPUBLIC** [1] - 1:7

**Republic** [12] - 3:4, 9:24, 11:10, 11:21, 27:21, 28:9, 37:3, 37:14, 73:21, 110:1, 153:14, 184:3

**Republic's** [2] - 36:12, 37:8

**Republican** [2] - 117:3, 117:5

**Republicans** [1] - 136:18

**reputation** [1] - 7:22

**reputed** [1] - 41:22

**requested** [1] - 85:8

**require** [1] - 7:1

**required** [1] - 11:9

**rescue** [3] - 90:10, 90:18, 92:20

**Research** [4] - 20:1, 23:1, 25:5, 34:7

**research** [19] - 17:20, 18:10, 18:14, 19:22, 19:25, 30:5, 33:3, 112:3, 112:20, 114:20, 117:5, 117:12, 117:16, 123:7, 124:12, 127:6, 127:9, 137:19

**researchers** [2] - 32:10, 124:15

**researching** [1] - 17:12

**reside** [2] - 45:2, 51:20

**resident** [3] - 121:13, 165:4, 173:2

**resist** [3] - 94:16, 94:17, 94:19

**resolution** [1] - 62:24

**resolving** [1] - 4:6

**resonate** [1] - 63:15

**resource** [1] - 105:2

**resources** [3] - 45:15, 106:9, 165:24

**respect** [3] - 95:22, 100:6, 100:15

**respected** [1] - 18:17

**respective** [1] - 174:19

**respectively** [1] - 46:4

**response** [4] - 52:18, 57:24, 62:4, 71:9

**Response** [1] - 131:11

**responses** [2] - 26:14, 81:12

**responsibilities** [8] -

14:22, 14:23, 15:7, 17:3, 17:24, 120:9, 120:11, 172:25
**responsibility** [2] - 13:13, 110:17
**responsible** [9] - 25:16, 36:22, 71:21, 71:25, 97:10, 97:18, 101:1, 102:2, 103:4
**rest** [1] - 181:20
**result** [4] - 60:16, 61:5, 143:18, 145:19
**resulted** [4] - 18:14, 63:7, 92:1, 139:15
**resumed** [1] - 131:16
**retain** [2] - 45:24, 46:5
**retained** [2] - 29:22, 29:23
**retired** [1] - 79:16
**return** [2] - 87:3, 174:22
**returned** [2] - 56:9, 131:16
**returnees** [1] - 18:24
**returning** [1] - 54:20
**Reuters** [2] - 87:22, 87:23
**revealed** [2] - 35:4, 82:8
**revenue** [14] - 78:13, 83:22, 83:23, 83:24, 83:25, 84:1, 84:2, 84:3, 84:4, 84:7, 104:18, 104:19, 104:21, 197:18
**review** [13] - 17:6, 36:16, 37:16, 85:15, 132:25, 133:2, 155:17, 155:24, 155:25, 156:20, 156:21, 157:5, 157:13
**reviewed** [10] - 22:24, 44:16, 67:19, 99:19, 132:19, 132:22, 133:7, 134:7, 134:13
**reviewing** [1] - 133:4
**reviews** [1] - 98:11
**revolutions** [1] - 37:2
**reward** [2] - 42:22
**rich** [1] - 33:19
**rid** [1] - 62:9
**rifles** [1] - 169:14
**rights** [3] - 56:7, 62:1, 141:3
**rigorous** [1] - 18:5
**ringers** [1] - 7:2
**rise** [2] - 72:8, 92:24
**Rise** [1] - 133:19
**Risk** [1] - 26:18

**risk** [3] - 157:7, 166:17, 166:24
**robust** [2] - 61:21, 62:12
**rogue** [3] - 120:19, 172:13
**role** [18] - 42:20, 48:7, 65:9, 69:2, 69:12, 71:24, 71:25, 72:2, 84:21, 86:21, 86:23, 87:21, 87:25, 97:8, 102:3, 180:5, 190:16, 195:25
**roles** [1] - 60:8
**roll** [1] - 75:18
**Room** [2] - 1:21, 205:17
**room** [1] - 153:21
**root** [1] - 9:13
**ropes** [2] - 176:14, 180:14
**Ross** [13] - 12:14, 12:21, 13:1, 35:19, 36:1, 36:2, 38:4, 38:19, 39:13, 74:7, 78:1, 98:10, 184:16
**ROSS** [2] - 2:3, 12:18
**Ross's** [1] - 96:19
**roughly** [2] - 34:17, 76:12
**round** [2] - 128:16, 156:2
**rounds** [2] - 155:25, 156:20
**roundtable** [1] - 130:15
**route** [2] - 191:2, 191:15
**routinely** [2] - 34:2, 138:14
**RPR** [3] - 1:20, 205:11, 205:16
**rubric** [1] - 172:11
**rule** [5] - 5:22, 5:23, 5:24, 6:1, 92:24
**ruled** [3] - 135:15, 135:16
**ruling** [2] - 98:7, 135:15
**run** [7] - 5:11, 14:7, 41:18, 151:23, 151:24, 174:6, 201:7
**running** [4] - 10:19, 11:13, 123:2, 203:5
**runs** [1] - 196:3
**Russia** [1] - 195:18
**Russian** [2] - 18:25, 88:7
**Russian-Syrian** [1] - 88:7

## S

**Sachs** [1] - 14:7
**Sada** [1] - 41:18
**Saddam** [2] - 47:20, 151:15
**sadly** [1] - 90:12
**safe** [6] - 90:16, 140:5, 157:17, 166:1, 179:2, 179:9
**safer** [1] - 12:1
**safety** [3] - 50:22, 57:9, 57:10
**SAIS** [2] - 131:10, 131:17
**sake** [2] - 54:5, 60:15
**Salafi** [1] - 43:9
**Salafi-jihadist** [1] - 43:9
**Salah** [1] - 158:7
**SALAH** [1] - 158:8
**sale** [6] - 78:13, 78:17, 79:19, 80:15, 87:15, 89:7
**sales** [5] - 79:4, 80:1, 81:23, 104:14
**sanction** [1] - 51:2
**sanctioning** [1] - 68:7
**sanctions** [2] - 118:2, 121:5
**Sanctions** [2] - 198:14, 199:16
**sanitized** [2] - 157:22, 157:23
**satisfaction** [1] - 11:22
**Saudi** [2] - 150:15, 193:20
**saw** [5] - 44:1, 75:21, 126:17, 164:25
**Sayyaf** [11] - 82:2, 84:16, 84:20, 84:22, 85:20, 85:21, 85:23, 140:15, 140:16, 141:7
**Sayyaf's** [1] - 85:7
**scalable** [1] - 47:8
**scale** [1] - 201:25
**scene** [1] - 47:22
**schedule** [5] - 8:8, 76:5, 202:19, 203:21, 204:4
**schedules** [1] - 74:9
**scheduling** [1] - 74:7
**schisms** [1] - 23:2
**scholar** [4] - 13:1, 31:2, 47:20, 159:10
**scholarly** [4] - 31:10, 31:12, 33:9, 33:11
**scholars** [5] - 14:14,

31:7, 33:17, 130:15, 130:16
**scholars'** [1] - 31:8
**scholarship** [2] - 18:6, 47:10
**School** [7] - 14:3, 21:4, 110:15, 111:24, 112:2, 112:4, 114:14
**School's** [1] - 25:21
**science** [1] - 111:19
**scope** [1] - 59:5
**Scotland** [1] - 137:13
**scouring** [1] - 155:2
**screen** [4] - 4:23, 9:6, 164:8, 188:9
**scroll** [5] - 145:4, 146:3, 161:10, 167:1, 168:15
**scrolling** [2] - 167:22, 189:11
**SDN** [1] - 171:16
**seamless** [1] - 188:6
**search** [1] - 141:4
**second** [25] - 6:13, 8:6, 32:7, 36:9, 37:1, 42:14, 45:1, 50:21, 53:24, 54:10, 59:23, 64:3, 65:13, 87:9, 92:23, 106:2, 116:6, 122:11, 144:19, 169:23, 181:11, 186:23, 190:7, 196:2, 200:23
**secondary** [6] - 31:5, 33:6, 33:7, 33:8, 33:12, 33:15
**secondly** [6] - 15:18, 24:24, 33:11, 43:18, 51:19, 98:18
**Secret** [1] - 132:8
**Secretary** [17] - 60:24, 65:15, 65:17, 72:11, 72:21, 91:8, 91:21, 113:19, 120:5, 121:15, 121:18, 154:23, 157:15, 160:14, 197:8, 200:11
**sectarian** [2] - 42:12, 42:13
**section** [13] - 131:12, 131:19, 134:14, 177:5, 177:12, 177:13, 178:7, 178:17, 178:18, 186:1, 189:9, 189:17, 195:12
**Section** [1] - 115:2
**sections** [3] - 131:13,

177:10, 177:11
**sector** [5] - 26:9, 29:21, 88:23, 121:5, 122:4
**secular** [1] - 144:2
**secure** [1] - 114:11
**secured** [1] - 166:1
**securing** [1] - 176:15
**security** [14] - 16:7, 16:18, 17:8, 19:12, 26:18, 51:24, 90:17, 92:20, 110:16, 111:23, 138:1, 172:24, 173:3, 173:6
**Security** [10] - 15:14, 24:7, 30:16, 34:6, 100:7, 123:14, 129:24, 130:3, 155:7, 155:11
**Security's** [1] - 24:25
**Sednaya** [29] - 54:10, 55:25, 56:1, 56:5, 56:6, 57:2, 58:6, 58:12, 58:18, 60:4, 60:16, 66:8, 66:9, 66:10, 66:12, 68:18, 69:1, 91:3, 91:6, 91:18, 91:24, 103:3, 103:25, 107:16, 180:2, 180:5, 180:7, 180:9, 181:11
**Sednaya's** [1] - 56:19
**see** [41] - 12:14, 31:17, 52:9, 58:13, 61:19, 62:1, 73:10, 74:9, 91:10, 95:23, 123:22, 125:14, 126:23, 145:6, 146:5, 148:4, 148:13, 153:21, 158:25, 159:16, 160:23, 161:11, 165:7, 167:23, 168:16, 168:17, 168:20, 169:23, 176:14, 177:18, 185:17, 186:4, 186:5, 189:9, 195:5, 202:14, 203:23, 204:12, 205:3
**seedbed** [2] - 191:3, 191:17
**seeing** [1] - 199:7
**seek** [2] - 33:10, 174:18
**seem** [1] - 94:12
**seemingly** [1] - 69:20
**seized** [2] - 11:1, 139:22
**seizure** [1] - 195:25

**selected** [2] - 48:9, 132:3
**selectively** [1] - 95:25
**sell** [1] - 81:3
**selling** [6] - 79:2, 79:6, 81:19, 89:16, 89:17, 141:3
**seminars** [1] - 128:20
**send** [6] - 93:1, 155:20, 183:14, 183:19, 187:23, 188:12
**sending** [2] - 69:24, 88:15
**senior** [19] - 13:7, 16:11, 17:1, 17:4, 17:9, 24:24, 112:14, 113:2, 113:19, 117:15, 120:14, 127:19, 128:8, 154:24, 163:23, 168:5, 168:7, 170:14
**sense** [16] - 6:20, 7:15, 8:21, 16:19, 80:17, 80:18, 82:11, 82:18, 125:6, 137:21, 182:5, 182:13, 182:15, 202:18, 202:19
**sent** [2] - 47:23, 201:13
**sentence** [6] - 170:1, 170:2, 171:14, 190:22, 193:18, 194:13
**separate** [1] - 150:3
**September** [5] - 15:14, 20:23, 88:18, 88:22, 199:15
**Sergeant** [1] - 46:2
**series** [3] - 102:7, 133:12, 140:5
**serious** [3] - 61:25, 118:14, 156:1
**serve** [3] - 50:23, 66:18, 93:24
**served** [26] - 17:19, 19:22, 21:9, 24:15, 24:20, 24:24, 25:9, 25:11, 25:25, 26:8, 26:11, 26:17, 28:10, 28:12, 29:7, 68:5, 79:17, 86:9, 88:11, 112:21, 115:19, 117:3, 117:4, 171:1, 193:8, 196:7
**serves** [3] - 11:17, 33:23, 95:21
**Service** [2] - 110:16, 132:8

**service** [9] - 87:22, 112:25, 113:20, 120:14, 127:21, 132:1, 132:2, 172:24, 173:1
**services** [3] - 158:21, 162:9, 173:6
**serving** [6] - 17:8, 25:12, 60:9, 60:10, 94:2, 199:2
**session** [2] - 8:4, 39:4
**set** [10] - 7:1, 18:4, 31:2, 50:2, 73:16, 73:18, 78:18, 138:2
**sets** [1] - 157:12
**setting** [2] - 43:11, 71:21
**settled** [2] - 9:24, 10:1
**seven** [4] - 28:13, 29:8, 168:2, 194:5
**several** [12] - 17:11, 39:16, 43:19, 48:2, 94:9, 100:4, 134:3, 155:24, 165:3, 168:23, 175:19, 179:9
**severe** [1] - 162:14
**Shabaab** [1] - 29:11
**shaking** [1] - 204:12
**shall** [3] - 35:23, 38:6, 141:18
**SHAM** [1] - 143:8
**Sham** [7] - 40:1, 40:11, 44:6, 50:1, 143:8, 143:10
**shape** [1] - 23:18
**share** [4] - 125:6, 126:20, 127:16
**shared** [4] - 39:20, 73:1, 151:14, 162:24
**Sharia** [2] - 18:11, 18:15
**sharp** [1] - 104:22
**Shawaq** [1] - 66:8
**Shawkat** [12] - 51:23, 170:11, 170:19, 170:21, 171:16, 172:4, 172:19, 172:22, 173:10, 174:10, 175:6, 176:1
**shedding** [1] - 81:9
**sheer** [1] - 48:19
**Shia** [3] - 28:11, 170:24, 196:20
**shielded** [1] - 51:23
**Shift** [1] - 24:11
**ship** [1] - 150:13
**shipments** [1] - 201:13
**shoehorn** [2] - 77:12,

77:19
**shooter** [1] - 16:15
**shop** [4] - 113:16, 113:17, 120:15, 121:3
**shore** [1] - 67:6
**short** [3] - 109:9, 152:14, 182:19
**shorter** [3] - 18:16, 18:21, 75:16
**shorthand** [1] - 1:25
**shortly** [2] - 42:2, 101:2
**shot** [1] - 181:21
**shoulder** [1] - 119:3
**show** [6] - 51:10, 93:23, 100:19, 135:3, 159:3, 185:25
**showed** [1] - 78:14
**showing** [1] - 97:13
**shows** [6] - 20:20, 31:20, 78:9, 89:8, 175:1, 175:25
**Shura** [7] - 40:8, 46:23, 48:3, 48:5, 68:24, 143:13, 147:7
**sic** [8] - 73:13, 89:2, 89:3, 110:11, 135:11, 146:10, 172:3, 186:18
**side** [6] - 10:4, 15:24, 75:16, 115:14, 188:8, 196:21
**sidebar** [2] - 6:23
**sides** [2] - 143:24, 144:4
**sight** [1] - 53:17
**significance** [2] - 67:1, 67:2
**significant** [14] - 62:4, 69:10, 84:23, 104:11, 104:19, 104:25, 105:2, 105:3, 128:25, 134:14, 161:20, 166:6, 192:22
**significantly** [4] - 34:19, 55:19, 67:12, 95:19
**signify** [1] - 173:13
**signs** [1] - 56:20
**similar** [7] - 17:11, 18:1, 69:23, 72:23, 100:11, 176:6, 184:16
**simply** [8] - 38:7, 38:12, 38:23, 65:20, 70:7, 79:23, 81:1, 106:19
**simulations** [2] - 16:4,

27:1
**Sinai** [1] - 150:20
**single** [5] - 49:25, 55:10, 90:8, 103:18, 155:18
**sister** [3] - 155:22, 171:1, 173:9
**sit** [1] - 123:6
**site** [1] - 16:17
**Site** [1] - 115:23
**sites** [1] - 70:7
**sitting** [1] - 130:5
**situation** [2] - 22:11, 61:12
**situations** [1] - 115:16
**six** [5] - 58:22, 126:22, 168:4, 186:18, 194:5
**sixth** [1] - 64:3
**Sixth** [1] - 135:11
**size** [1] - 137:22
**sized** [1] - 123:2
**skepticism** [1] - 14:14
**skip** [1] - 147:17
**skipping** [1] - 42:1
**slaughter** [1] - 63:3
**slaughtering** [2] - 63:5, 68:14
**slaves** [1] - 85:22
**slight** [1] - 105:20
**slightly** [3] - 45:20, 71:9, 105:13
**Small** [1] - 14:6
**small** [3] - 49:1, 59:21, 151:19
**smaller** [2] - 113:24, 150:17
**smarter** [1] - 203:14
**smoothly** [1] - 7:16
**Snow** [1] - 160:14
**so-called** [1] - 104:21
**social** [4] - 23:18, 32:5, 66:19, 191:12
**society** [1] - 162:11
**software** [1] - 9:7
**sold** [2] - 78:7, 79:8
**soldiers** [5] - 95:11, 181:15, 182:1, 182:2
**solely** [1] - 40:12
**solid** [1] - 14:25
**solidify** [2] - 60:8, 68:12
**Somali** [1] - 29:11
**someone** [11] - 28:21, 64:13, 125:15, 129:24, 129:25, 130:2, 156:7, 156:8, 157:9, 169:4, 181:6
**someplace** [1] - 156:16

**sometimes** [9] - 17:4, 84:22, 95:19, 121:2, 126:1, 126:19, 140:6, 190:3, 190:4
**somewhat** [2] - 8:22, 49:17
**soon** [1] - 77:5
**Soref** [1] - 112:11
**SOREF** [1] - 112:11
**sorry** [30] - 9:3, 16:12, 16:13, 28:14, 28:17, 35:15, 41:5, 70:10, 71:1, 84:12, 84:25, 95:6, 111:12, 119:24, 120:10, 137:16, 137:17, 141:17, 144:15, 145:20, 146:8, 146:13, 153:10, 162:5, 164:8, 184:24, 185:7, 187:25, 191:24
**sort** [5] - 8:8, 62:12, 87:20, 106:7, 115:19
**Sotloff** [49] - 3:3, 3:9, 13:14, 32:15, 36:10, 36:11, 36:23, 37:12, 50:15, 55:2, 55:6, 55:9, 55:12, 55:17, 66:24, 67:8, 69:19, 71:12, 73:20, 79:3, 84:6, 84:8, 89:22, 90:14, 90:20, 91:2, 93:4, 94:6, 94:14, 97:9, 99:15, 100:18, 100:24, 101:1, 101:9, 101:12, 101:24, 102:9, 103:5, 103:14, 103:22, 106:4, 106:12, 107:22, 109:25, 110:18, 142:10, 153:13, 184:2
**SOTLOFF** [1] - 1:3
**Sotloff's** [3] - 71:14, 72:4, 100:11
**sound** [2] - 117:9, 204:1
**sounds** [2] - 8:25, 29:1
**sour** [1] - 49:8
**source** [16] - 32:13, 32:16, 35:7, 69:15, 81:5, 81:16, 81:17, 83:14, 87:2, 87:18, 104:18, 104:19, 122:5, 126:5, 155:19
**sources** [29] - 30:24, 31:2, 31:3, 31:5,

32:2, 32:3, 32:18, 32:19, 32:22, 32:24, 33:6, 33:7, 33:8, 33:12, 33:15, 34:18, 34:20, 58:21, 82:7, 86:22, 87:19, 122:18, 122:25, 123:24, 125:19, 157:22, 158:2
**south** [1] - 128:4
**Southeast** [1] - 18:24
**Southern** [2] - 19:20, 128:1
**sovereignty** [2] - 171:19, 171:25
**Soviet** [1] - 41:12
**Soviets** [1] - 41:13
**space** [5] - 113:12, 119:1, 122:8, 181:11
**Spanish** [1] - 33:3
**speaking** [6] - 28:22, 59:12, 65:16, 70:16, 124:11, 167:11
**Special** [3] - 22:3, 79:17, 84:25
**specialist** [2] - 112:20, 114:20
**specialized** [1] - 118:1
**specially** [1] - 171:16
**specific** [18] - 16:17, 26:21, 29:25, 44:22, 46:17, 82:9, 85:6, 102:25, 103:2, 103:6, 108:10, 111:7, 118:20, 131:11, 141:14, 159:12, 184:14, 200:24
**specifically** [25] - 24:3, 47:7, 53:24, 55:4, 82:12, 96:12, 102:8, 102:22, 106:11, 111:6, 115:10, 127:15, 137:3, 140:9, 141:13, 143:7, 145:7, 151:6, 154:12, 164:2, 164:15, 164:18, 165:24, 179:13, 197:4
**specify** [1] - 87:21
**spectrum** [1] - 130:17
**speech** [3] - 20:15, 125:21, 151:9
**spend** [2] - 69:7, 125:9
**spent** [4] - 137:19, 138:7, 138:10, 166:4
**spirited** [1] - 90:16

**split** [1] - 60:2
**Split** [1] - 22:22
**splits** [1] - 23:2
**spoken** [1] - 35:5
**Spokesperson** [1] - 147:23
**spokespersons** [1] - 148:22
**sponsor** [3] - 119:7, 119:8, 189:22
**sponsored** [5] - 20:18, 57:6, 115:12, 142:1, 177:13
**sponsoring** [4] - 151:5, 175:2, 192:18, 192:25
**sponsors** [6] - 115:9, 178:17, 178:19, 178:22, 179:5, 185:11
**Sponsors** [1] - 115:13
**sponsorship** [21] - 117:17, 118:8, 118:11, 119:13, 122:1, 131:12, 131:14, 131:19, 134:1, 134:2, 134:8, 134:14, 134:15, 134:18, 136:13, 142:1, 171:5, 174:12, 175:10, 194:7, 194:8
**Spring** [9] - 37:2, 50:19, 52:11, 53:1, 58:25, 62:20, 64:12, 64:15, 72:9
**sprout** [1] - 60:23
**stability** [5] - 160:25, 172:15, 181:10, 189:24, 192:21
**Staff** [1] - 46:2
**staff** [4] - 77:14, 112:14, 115:20, 182:12
**stakeholders** [2] - 17:18, 27:2
**stamina** [1] - 77:8
**stamp** [1] - 148:12
**stand** [6] - 78:2, 110:5, 127:3, 136:3, 157:10, 184:6
**standard** [4] - 99:3, 99:7, 100:19, 135:18
**standing** [1] - 149:2
**stands** [1] - 143:4
**start** [13] - 5:1, 5:10, 8:9, 8:16, 8:18, 39:13, 43:1, 75:3, 75:4, 123:18, 152:10, 203:8,

203:18
**started** [5] - 43:14, 49:19, 112:18, 119:25, 143:22
**starting** [6] - 33:21, 78:9, 163:1, 190:9, 200:4, 200:6
**starts** [2] - 151:6, 189:21
**starvation** [1] - 176:11
**State** [107] - 19:1, 19:14, 20:18, 21:21, 22:1, 23:10, 26:3, 30:15, 34:8, 40:9, 40:10, 40:13, 43:2, 43:14, 46:21, 46:24, 47:6, 48:6, 48:21, 48:22, 50:1, 50:6, 60:24, 65:18, 68:25, 107:19, 114:9, 115:12, 115:13, 117:20, 123:14, 127:25, 128:1, 128:22, 129:3, 129:5, 129:11, 129:12, 129:13, 129:20, 129:25, 130:9, 130:11, 133:16, 133:20, 136:5, 136:7, 136:25, 137:2, 137:3, 137:4, 137:6, 137:20, 138:11, 138:12, 139:10, 139:21, 139:25, 140:10, 140:19, 142:2, 142:7, 142:17, 142:18, 142:20, 143:5, 143:10, 143:12, 143:17, 143:20, 144:22, 144:24, 145:6, 145:12, 145:15, 146:5, 146:8, 146:18, 146:23, 147:1, 147:2, 147:3, 147:6, 147:14, 147:24, 148:6, 148:14, 148:15, 148:23, 149:10, 157:16, 176:25, 177:22, 177:24, 178:2, 178:20, 178:21, 181:21, 189:20, 191:7, 192:2, 192:24, 193:17, 193:21, 197:2, 197:8
**state** [59] - 12:24, 13:3, 15:20, 17:14,

19:16, 20:19, 20:21, 23:6, 28:5, 29:9, 29:24, 30:13, 35:20, 39:14, 46:22, 51:24, 83:24, 90:7, 92:17, 92:18, 95:21, 103:9, 103:21, 103:23, 104:15, 104:17, 107:14, 110:9, 115:9, 117:17, 118:8, 118:19, 119:7, 119:10, 119:12, 122:1, 131:12, 131:14, 131:19, 134:8, 134:14, 134:15, 134:17, 136:13, 142:1, 162:7, 174:12, 175:10, 177:13, 177:20, 178:17, 178:19, 178:22, 179:5, 185:11, 189:22, 194:7, 194:8
**State's** [4] - 23:15, 129:14, 133:17, 140:19
**state-sponsored** [1] - 177:13
**state.gov/foreign** [1] - 146:6
**state.gov/foreign-terrorist-organizations** [1] - 146:6
**statement** [12] - 4:19, 9:9, 49:22, 80:5, 80:8, 80:17, 80:19, 81:7, 105:20, 149:4, 150:1, 192:19
**statements** [7] - 30:25, 32:5, 67:24, 72:10, 80:11, 80:22, 91:21
**states** [3] - 88:24, 118:23, 144:2
**States** [16] - 10:25, 27:14, 61:21, 62:20, 64:1, 64:14, 67:22, 72:22, 83:16, 96:4, 114:24, 115:4, 151:8, 193:21, 194:5, 205:17
**STATES** [2] - 1:1, 1:11
**station** [1] - 163:24
**status** [1] - 5:21
**statute** [3] - 135:24, 136:1, 136:9
**stay** [3] - 7:2, 8:23, 77:14

**stayed** [3] - 12:7, 112:21, 114:1
**staying** [1] - 153:2
**stem** [1] - 160:5
**stenographic** [1] - 205:13
**step** [2] - 61:4, 145:2
**steps** [1] - 109:6
**STEVEN** [10] - 4:25, 5:14, 6:5, 6:13, 6:21, 7:17, 8:25, 9:5, 204:5, 205:4
**Steven** [16] - 1:16, 3:6, 13:14, 36:10, 36:23, 50:15, 55:1, 66:24, 89:22, 91:1, 97:9, 100:24, 100:25, 101:8, 101:12, 110:18
**still** [21] - 14:14, 18:2, 19:19, 25:14, 41:22, 52:4, 69:21, 78:16, 82:21, 96:24, 105:14, 134:8, 155:8, 162:6, 175:24, 177:22, 185:14, 192:18, 192:25, 197:14
**stills** [1] - 78:8
**stolen** [2] - 78:14, 141:2
**stood** [2] - 63:2, 136:4
**stop** [5] - 94:13, 101:17, 123:20, 141:5, 202:15
**stories** [1] - 99:12
**storm** [1] - 181:19
**straining** [1] - 77:7
**strange** [1] - 146:22
**strategic** [7] - 15:10, 16:3, 17:7, 27:1, 78:23, 119:5, 175:7
**Strategic** [2] - 15:14, 24:11
**strategy** [4] - 15:13, 30:19, 61:17, 194:14
**stream** [1] - 67:10
**Street** [1] - 85:4
**street** [3] - 51:1, 53:16, 63:11
**stretch** [1] - 153:22
**stretched** [1] - 79:13
**strike** [2] - 42:24, 46:25
**strikes** [1] - 62:12
**striking** [1] - 62:6
**strong** [15] - 15:4, 62:24, 72:2, 88:24, 99:1, 101:25, 105:15, 105:16,

117:10, 143:15, 156:7, 156:8, 162:2, 201:3, 201:9
**stronger** [3] - 96:1, 166:13, 195:23
**strongest** [2] - 172:23, 173:5
**struck** [1] - 106:18
**structure** [6] - 30:20, 40:5, 43:15, 47:8, 99:5, 173:8
**Structures** [1] - 30:17
**Stuart** [1] - 121:18
**studied** [4] - 47:20, 95:18, 118:8, 180:23
**studies** [5] - 19:12, 43:20, 110:16, 111:23, 116:22
**Studies** [5] - 19:24, 22:23, 23:5, 47:21, 114:15
**study** [13] - 12:3, 12:5, 13:13, 13:17, 22:9, 22:12, 110:17, 110:21, 118:6, 118:10, 118:14, 118:18, 138:22
**stuffing** [1] - 143:20
**styling** [1] - 65:20
**Sub** [3] - 155:9, 155:10, 155:11
**Sub-Counterterrorism** [1] - 155:11
**Sub-CSG** [1] - 155:10
**subdued** [1] - 94:13
**subheading** [1] - 200:5
**subject** [16] - 14:10, 15:7, 22:15, 23:22, 24:15, 24:20, 25:9, 26:1, 26:8, 26:11, 26:17, 29:24, 34:5, 117:22, 118:3
**submit** [1] - 108:12
**subparts** [1] - 150:8
**subscribe** [1] - 144:1
**subsequent** [3] - 48:5, 104:20, 177:25
**subsequently** [5] - 22:22, 48:1, 62:10, 85:4, 99:9
**substantial** [4] - 102:7, 102:13, 102:14, 106:10
**substantially** [1] - 74:19
**substantive** [1] - 15:8
**substate** [1] - 95:2
**subtitle** [2] - 198:20,

198:21
**succeeded** [1] - 59:8
**successful** [2] - 61:17, 62:14
**successfully** [2] - 157:10, 157:12
**successor** [2] - 161:14, 166:21
**Sudan** [1] - 117:19
**Sudanese** [1] - 12:4
**sued** [1] - 157:8
**suffered** [1] - 48:13
**sufficiency** [2] - 156:22, 157:7
**sufficient** [1] - 89:12
**sufficiently** [2] - 142:23, 181:4
**suggest** [2] - 6:22, 82:20
**suggests** [2] - 62:14, 89:11
**suicide** [3] - 45:8, 52:24, 169:14
**suit** [2] - 44:9, 46:5
**Suite** [1] - 1:17
**Sulayman** [2] - 160:6, 161:2
**summarize** [17] - 29:19, 89:20, 167:24, 169:5, 169:24, 172:17, 173:23, 173:25, 189:18, 190:6, 192:13, 193:1, 195:12, 196:4, 196:23, 198:17, 200:2
**summarizing** [1] - 170:2
**summary** [2] - 82:14, 100:23
**summer** [1] - 78:20
**Sunni** [3] - 149:17, 196:12, 196:19
**Sunnis** [1] - 170:24
**superfluous** [1] - 7:23
**supervise** [2] - 71:18, 71:20
**supervised** [3] - 70:4, 71:11, 71:12
**supervising** [1] - 10:4, 69:17
**supervisor** [1] - 85:8
**supplies** [2] - 89:4, 202:7
**support** [82] - 27:17, 30:20, 37:4, 37:8, 44:11, 44:19, 44:21, 45:6, 46:6, 46:16, 50:10, 50:13, 50:18,

51:3, 51:6, 51:7, 51:25, 52:23, 53:2, 53:5, 53:18, 53:23, 54:2, 54:6, 54:9, 54:11, 54:24, 61:20, 61:24, 64:14, 64:19, 72:9, 87:16, 89:23, 95:13, 95:15, 95:20, 95:25, 96:2, 96:9, 102:15, 103:24, 107:6, 118:7, 118:19, 118:22, 118:24, 119:5, 119:7, 121:10, 121:22, 132:11, 135:23, 136:1, 136:7, 136:9, 142:8, 142:16, 142:24, 145:16, 145:17, 160:8, 160:11, 161:5, 164:17, 167:4, 168:4, 171:18, 174:7, 179:3, 179:9, 179:19, 179:24, 180:1, 189:23, 190:2, 190:3, 192:20, 194:1, 194:12, 195:16
**Support** [1] - 198:14
**supported** [2] - 170:8, 178:24
**supporters** [4] - 10:20, 32:6, 35:22, 197:6
**supporting** [10] - 15:9, 57:8, 115:3, 120:24, 121:3, 142:6, 166:8, 168:11, 170:15, 171:24
**supposed** [4] - 40:6, 63:1, 112:14, 186:7
**supremacist** [2] - 15:21, 19:2
**Supreme** [3] - 11:16, 135:21, 136:9
**surely** [1] - 63:15
**surrounded** [1] - 63:11
**surrounding** [1] - 138:3
**surveillance** [1] - 175:7
**surveys** [2] - 16:17, 16:20
**survivability** [1] - 16:8
**survival** [3] - 173:15, 173:16, 176:8
**survive** [1] - 176:6
**survived** [1] - 104:9

**Survived** [1] - 23:10
**suspect** [1] - 8:2
**swath** [3] - 55:9, 104:25, 137:21
**swaths** [1] - 92:2
**Sweden** [1] - 21:6
**swell** [3] - 66:21, 67:12, 91:13
**swelling** [1] - 91:23
**switching** [1] - 146:10
**swoop** [1] - 92:20
**swooping** [1] - 90:17
**SWORN** [2] - 12:18, 110:6
**symbols** [1] - 98:18
**sympathizer** [1] - 66:13
**Syria** [172] - 4:11, 44:7, 44:10, 44:18, 44:24, 45:3, 45:9, 46:6, 46:15, 48:21, 48:24, 49:1, 50:13, 50:18, 50:22, 51:12, 51:14, 51:19, 51:21, 51:24, 53:12, 54:12, 54:14, 54:17, 54:18, 54:25, 56:4, 57:2, 57:7, 57:14, 57:19, 58:5, 58:23, 59:25, 60:17, 60:19, 61:5, 61:18, 64:14, 72:7, 74:17, 78:24, 80:6, 81:2, 81:13, 83:19, 84:13, 84:14, 84:17, 84:21, 86:9, 86:21, 88:10, 89:2, 89:17, 89:24, 95:12, 95:22, 96:13, 102:2, 102:3, 102:16, 104:21, 106:9, 107:6, 107:7, 117:18, 128:1, 128:3, 131:12, 134:9, 138:2, 138:10, 138:12, 140:4, 140:11, 140:19, 142:6, 142:19, 143:6, 143:7, 143:18, 143:22, 143:23, 147:25, 149:13, 149:25, 151:4, 151:10, 151:15, 151:17, 151:19, 151:21, 157:3, 160:7, 161:4, 161:25, 162:3, 162:6, 163:5, 163:24, 164:1, 164:18, 165:4, 165:25, 166:4,

166:7, 166:8, 166:17, 166:22, 167:4, 168:12, 171:5, 171:16, 172:2, 172:24, 173:2, 174:4, 174:6, 174:7, 174:12, 174:13, 174:23, 175:12, 178:7, 178:10, 178:16, 179:1, 179:2, 179:6, 179:9, 179:18, 179:19, 180:7, 182:3, 186:1, 189:9, 189:17, 190:17, 190:24, 191:1, 191:5, 191:8, 191:11, 191:14, 193:6, 193:11, 193:15, 194:1, 194:15, 195:5, 195:12, 195:22, 196:9, 196:13, 196:14, 196:16, 197:13, 198:15, 198:21, 198:24, 201:9, 201:11, 201:24, 202:4, 202:5, 202:13
**Syria's** [16] - 56:1, 56:14, 66:21, 68:18, 81:10, 86:10, 102:6, 102:12, 106:6, 151:22, 166:10, 166:11, 171:18, 172:5, 172:6, 189:21
**Syria-ISIS** [1] - 84:21
**SYRIAN** [1] - 1:7
**Syrian** [136] - 3:4, 10:25, 11:9, 11:10, 11:20, 13:14, 27:20, 36:12, 36:20, 37:3, 37:7, 37:14, 45:6, 48:23, 50:10, 51:16, 52:1, 52:10, 52:13, 53:9, 53:10, 53:13, 53:19, 56:9, 56:14, 56:22, 57:11, 58:24, 60:5, 61:8, 73:21, 79:12, 79:20, 83:13, 86:13, 86:25, 88:7, 88:12, 88:15, 88:25, 89:7, 89:10, 89:13, 95:11, 95:23, 105:2, 109:25, 110:18, 111:4, 111:7, 118:6, 118:8, 118:10, 121:22, 127:10, 127:15, 128:2, 131:14, 132:10, 134:1, 134:2,

134:14, 134:15,
134:17, 136:13,
139:11, 140:1,
140:20, 141:4,
141:11, 141:13,
141:25, 142:13,
142:15, 144:4,
150:24, 150:25,
153:13, 162:1,
165:22, 168:18,
168:19, 168:21,
169:1, 169:3, 169:9,
169:19, 170:4,
170:7, 170:9,
170:10, 170:11,
170:16, 170:17,
171:2, 171:4,
171:13, 172:22,
173:3, 173:6, 173:7,
175:10, 175:17,
175:25, 179:11,
179:13, 179:17,
184:2, 184:15,
190:9, 190:15,
190:22, 193:13,
194:7, 194:8,
194:12, 196:7,
196:10, 197:11,
197:17, 197:24,
198:16, 199:2,
199:3, 201:4,
201:11, 201:12,
201:15, 201:19,
201:22, 202:1
**Syrian-Iraqi** [1] -
144:4
**Syrians** [2] - 12:3,
69:9
**system** [7] - 3:14, 5:6,
7:1, 7:8, 31:15,
48:16, 71:22

**T**

**table** [2] - 130:6,
188:14
**tables** [1] - 128:16
**tacit** [1] - 37:4
**tactic** [1] - 176:11
**tactical** [1] - 119:4
**tactics** [1] - 118:25
**tag** [1] - 186:6
**tainted** [1] - 139:2
**Taliban** [1] - 29:10
**talks** [4] - 20:13,
106:3, 169:10,
198:22
**tangible** [1] - 121:11
**tank** [6] - 13:9, 17:25,
22:5, 22:12, 26:12,

124:15
**tanker** [1] - 87:1
**tankers** [4] - 83:5,
83:6, 87:4, 87:7
**tanks** [2] - 13:7,
130:16
**target** [9] - 84:24,
107:24, 119:12,
155:12, 155:13,
171:24, 172:13,
172:14, 181:3
**targeted** [4] - 25:18,
102:5, 140:11,
154:10
**Targeted** [1] - 15:15
**targeting** [15] - 115:5,
115:22, 151:21,
161:2, 162:22,
162:24, 163:5,
169:17, 169:20,
181:4, 200:14,
200:15, 200:16,
200:19, 200:20
**targets** [4] - 155:2,
155:4, 168:7, 175:7
**task** [1] - 175:9
**taught** [7] - 19:13,
19:16, 19:17, 19:19,
114:14, 131:9,
131:10
**Tawhid** [3] - 40:3,
143:14, 147:7
**teach** [6] - 25:13,
114:16, 117:6,
118:4, 131:4, 131:20
**teaching** [4] - 19:5,
20:4, 113:6, 131:16
**team** [4] - 112:22,
116:5, 154:25, 155:1
**tech** [1] - 15:25
**Tech** [1] - 20:19
**technically** [1] - 136:6
**technologies** [1] -
20:22
**technologists** [1] - 5:3
**technology** [4] - 3:20,
4:5, 5:15, 20:20
**tee** [1] - 155:4
**television** [1] - 122:15
**temporary** [2] - 114:6,
114:8
**tend** [1] - 33:7
**tends** [1] - 5:17
**tentative** [1] - 112:9
**term** [3] - 191:2,
191:15, 196:18
**terminated** [1] -
122:10
**terminology** [2] -
40:14, 40:15

**terms** [9] - 7:15, 43:8,
43:18, 65:7, 102:1,
138:4, 157:20,
161:19, 165:19
**terrible** [1] - 9:14
**territorial** [2] - 94:24,
105:23
**territories** [2] - 43:12,
66:21
**territory** [30] - 43:10,
54:18, 54:21, 55:9,
57:15, 67:10, 67:14,
71:6, 78:10, 78:16,
78:21, 79:2, 79:14,
81:19, 82:9, 85:13,
90:6, 92:2, 103:9,
105:1, 119:11,
137:22, 137:25,
142:21, 175:15,
179:11, 182:20,
201:6
**terror** [3] - 113:16,
118:2, 200:18
**terrorism** [44] - 19:3,
45:10, 112:1, 113:3,
113:4, 117:14,
117:17, 117:23,
118:8, 121:22,
122:1, 124:25,
131:12, 131:14,
131:19, 132:11,
134:3, 134:15,
136:12, 138:17,
145:11, 149:6,
149:7, 151:5, 158:5,
171:18, 171:24,
177:1, 177:6,
177:13, 178:13,
178:17, 178:19,
178:22, 178:24,
185:11, 189:21,
189:22, 192:3,
192:18, 192:25,
194:15, 197:3,
197:12
**Terrorism** [27] - 13:10,
15:15, 17:23, 19:21,
22:23, 23:5, 25:11,
26:4, 113:9, 113:13,
115:2, 115:13,
120:7, 131:11,
139:23, 177:2,
177:3, 177:5, 177:9,
185:14, 185:15,
185:17, 186:18,
189:1, 191:25,
194:22, 197:20
**terrorism-related** [2] -
145:11, 158:5
**terrorist** [63] - 10:21,

16:15, 84:4, 100:10,
111:5, 111:6, 115:3,
115:8, 115:11,
117:19, 118:7,
118:11, 118:19,
118:20, 118:22,
118:24, 119:11,
120:18, 129:14,
130:2, 131:13,
134:1, 134:5, 134:7,
137:10, 137:24,
139:20, 141:12,
145:5, 146:6, 146:7,
160:11, 171:4,
173:2, 174:11,
175:2, 175:8,
176:15, 179:3,
179:10, 179:16,
179:20, 179:24,
180:1, 180:22,
181:18, 189:24,
190:17, 192:20,
193:7, 193:9,
193:16, 196:7,
196:12, 196:13,
196:15, 196:18,
196:19, 196:21,
197:18, 202:5
**Terrorist** [5] - 144:23,
145:14, 145:15,
147:24, 178:20
**Terrorists** [1] - 194:17
**terrorists** [10] -
163:25, 164:2,
164:19, 165:24,
166:1, 197:5, 197:9,
197:10, 197:13,
200:21
**terrorists'** [2] - 117:25
**terrorized** [2] - 193:13,
196:10
**terrorizing** [2] -
103:21, 191:4
**Terry** [1] - 79:17
**test** [1] - 106:3
**testified** [16] - 23:21,
24:1, 27:5, 27:20,
28:4, 29:9, 101:23,
134:19, 134:20,
136:12, 136:14,
136:20, 136:23,
137:5, 137:11,
184:16
**testify** [1] - 136:17
**testifying** [2] - 27:18,
106:18
**testimonies** [2] - 24:4,
137:1
**testimony** [32] - 5:25,
6:3, 20:9, 24:8,

27:19, 27:23, 33:21,
34:11, 44:9, 44:13,
46:5, 46:9, 47:1,
65:2, 65:6, 69:13,
72:13, 74:11, 75:1,
76:3, 78:6, 86:23,
96:19, 102:12,
102:16, 109:3,
141:10, 141:20,
144:8, 183:2,
203:25, 204:16
**text** [1] - 178:12
**TFI** [2] - 154:24,
155:22
**thankfully** [1] - 158:19
**thanking** [1] - 5:1
**THE** [173] - 1:1, 1:2,
1:10, 3:2, 3:7, 5:13,
6:2, 6:6, 6:20, 7:10,
8:7, 9:4, 12:11,
12:17, 12:18, 16:12,
16:15, 28:14, 28:16,
28:17, 28:19, 28:22,
29:1, 29:4, 29:6,
35:15, 35:23, 36:2,
36:4, 38:6, 38:21,
40:18, 40:20, 40:23,
40:24, 40:25, 41:2,
41:3, 41:4, 41:5,
52:6, 52:11, 52:14,
52:16, 70:10, 70:11,
70:12, 70:13, 70:16,
70:19, 70:20, 70:21,
70:23, 70:25, 71:1,
71:3, 73:10, 73:16,
73:18, 73:19, 74:1,
74:12, 74:21, 75:3,
75:11, 75:15, 75:17,
75:20, 75:21, 75:23,
76:7, 76:16, 76:19,
76:20, 76:21, 76:22,
76:23, 76:24, 76:25,
77:18, 77:22, 78:2,
78:4, 92:4, 92:7,
92:12, 95:6, 96:25,
98:3, 101:20,
102:24, 105:5,
105:12, 105:22,
105:25, 106:1,
107:8, 108:2, 108:5,
108:6, 108:7, 108:9,
108:10, 108:16,
108:24, 109:5,
109:7, 109:14,
109:16, 109:22,
109:24, 110:2,
110:6, 111:11,
111:13, 141:17,
141:21, 152:10,
152:12, 152:16,

152:17, 152:19,
152:21, 153:1,
153:3, 153:4, 153:7,
153:10, 153:11,
153:12, 153:17,
153:24, 164:5,
164:7, 167:10,
167:13, 182:8,
182:22, 182:24,
183:3, 183:12,
183:18, 183:24,
184:1, 184:4,
184:10, 184:21,
184:24, 184:25,
185:1, 186:21,
186:22, 187:4,
187:15, 187:20,
188:3, 188:11,
188:17, 188:21,
202:17, 202:25,
203:10, 203:17,
204:7, 204:10,
204:11, 204:12,
204:20, 204:23,
204:24, 205:1,
205:2, 205:6
**theater** [4] - 48:14,
49:1, 51:17, 53:12
**theme** [1] - 134:10
**themselves** [5] -
124:5, 144:3,
149:23, 150:17,
176:3
**then-new** [1] - 113:22
**theological** [1] - 14:15
**theologically** [1] -
14:13
**theoretically** [1] - 6:6
**theory** [2] - 111:24,
112:2
**therefore** [4] - 139:12,
144:2, 173:9, 181:14
**they've** [2] - 26:22,
158:19
**thick** [1] - 143:15
**thinking** [1] - 123:19
**third** [15] - 6:21, 16:1,
31:9, 32:11, 33:15,
36:10, 45:5, 50:25,
51:25, 65:24, 81:24,
87:13, 98:22,
198:18, 198:20
**thousands** [2] -
193:15, 193:16
**thread** [1] - 92:7
**threat** [7] - 15:11,
19:3, 93:9, 118:2,
162:10, 181:10,
200:13
**threatened** [1] -

162:16
**Threats** [2] - 131:18,
131:21
**threats** [1] - 70:9
**three** [26] - 9:9, 9:11,
12:7, 18:22, 19:25,
21:10, 25:4, 33:8,
44:22, 50:20, 75:14,
91:7, 91:8, 91:9,
114:11, 129:11,
130:12, 130:13,
133:4, 133:24,
165:10, 165:12,
165:14, 165:19,
167:25, 194:4
**three-year** [2] - 19:25,
25:4
**threshold** [1] - 156:23
**thrive** [2] - 118:25,
176:6
**throughout** [7] - 15:2,
36:24, 43:9, 55:13,
90:9, 95:1, 144:8
**throw** [1] - 181:12
**throwing** [1] - 57:21
**tidbit** [1] - 125:17
**tie** [1] - 50:20
**tied** [1] - 194:7
**Ties** [2] - 167:17,
198:21
**ties** [16] - 45:6, 49:6,
49:17, 49:20, 52:1,
52:19, 52:21, 60:9,
66:20, 67:5, 88:25,
91:12, 127:10,
170:10, 201:3,
201:20
**Tim** [5] - 76:17, 76:23,
152:14, 204:7,
204:12
**timely** [1] - 156:6
**timing** [1] - 182:13
**TIMOTHY** [2] - 1:10,
205:11
**Timothy** [1] - 1:20
**title** [6] - 112:20,
114:18, 114:20,
120:3, 132:4, 168:17
**titled** [1] - 22:6
**titles** [1] - 140:14
**today** [41] - 3:10, 3:21,
6:8, 6:10, 8:9, 8:10,
8:14, 10:17, 10:18,
13:19, 20:9, 38:9,
74:9, 74:23, 75:6,
75:7, 75:10, 76:18,
77:6, 77:15, 104:8,
110:23, 122:5,
131:7, 133:14,
134:8, 137:18,

147:13, 156:7,
160:4, 160:21,
162:6, 171:15,
180:2, 180:4,
180:13, 184:13,
184:16, 198:6,
204:22
**today's** [2] - 3:20,
42:19
**together** [10] - 10:6,
31:23, 66:3, 102:19,
129:5, 155:14,
160:23, 173:10,
195:24, 198:25
**tolerance** [1] - 140:2
**tolerate** [1] - 202:10
**tolerated** [1] - 142:20
**tolerating** [1] - 151:23
**tomorrow** [17] - 8:1,
8:3, 8:6, 39:4, 39:7,
74:8, 74:10, 75:18,
76:1, 76:10, 76:11,
77:10, 202:19,
202:22, 204:22,
204:25, 205:3
**tomorrow's** [1] - 204:4
**tonight** [1] - 74:4
**took** [12] - 45:17,
45:18, 47:6, 47:19,
52:21, 72:16,
112:11, 138:21,
160:4, 162:8,
190:18, 195:21
**tool** [1] - 72:15
**tooth** [1] - 149:19
**top** [7] - 19:12, 48:11,
145:4, 148:4, 167:1,
200:4, 200:6
**top-rated** [1] - 19:12
**topic** [5] - 29:25,
33:11, 34:22, 34:23,
127:14
**topical** [1] - 15:10
**topics** [6] - 17:18,
24:1, 33:18, 111:2,
111:3
**toppling** [1] - 63:7
**torture** [12] - 36:24,
42:17, 55:1, 66:24,
69:6, 84:8, 89:22,
91:1, 93:14, 94:9,
100:20, 103:18
**tortured** [1] - 46:4,
50:14, 55:14, 58:13,
93:10, 93:12, 93:13,
94:16, 100:18,
101:8, 107:23
**torturing** [1] - 90:21
**total** [1] - 91:9
**touch** [3] - 96:20,

134:4, 134:18
**tour** [1] - 119:16
**toward** [1] - 102:5
**towards** [8] - 41:12,
114:10, 116:16,
117:11, 190:18,
191:8, 193:6, 196:6
**trace** [1] - 149:23
**trade** [22] - 81:14,
83:3, 84:13, 84:21,
85:3, 86:17, 86:18,
86:21, 87:5, 87:10,
87:11, 87:25, 88:3,
88:25, 89:2, 197:23,
201:4, 201:12,
201:23, 202:4,
202:6, 202:12
**Trade** [1] - 116:6
**trademark** [1] - 98:20
**trader** [1] - 87:11
**traders** [1] - 87:9
**trading** [12] - 37:5,
53:7, 53:25, 54:11,
55:20, 55:22, 86:15,
105:3, 105:7,
105:18, 200:18,
200:22
**trafficking** [1] - 15:22
**tragic** [1] - 35:2
**train** [2] - 94:16, 119:1
**trained** [1] - 41:17
**training** [3] - 16:1,
26:4, 179:10
**trajectory** [1] - 43:25
**transatlantically** [1] -
130:21
**TRANSCRIPT** [1] -
1:10
**transcript** [5] - 1:25,
70:22, 80:23,
205:13, 205:14
**transcription** [1] -
1:25
**transfers** [2] - 102:17,
102:20
**transit** [2] - 85:12,
163:24, 190:24,
191:10, 193:11,
196:9
**transition** [4] - 23:6,
45:16, 48:20, 73:7
**translates** [1] - 45:20
**translation** [1] - 143:9
**transliteration** [1] -
143:4
**transmit** [1] - 67:16
**transmitted** [2] -
37:24, 97:22
**Transnational** [2] -
131:18, 131:21

**transnational** [2] -
19:2, 41:11
**transport** [4] - 84:2,
86:24, 87:4, 90:9
**transporting** [1] - 70:6
**travel** [6] - 9:21, 123:9,
125:11, 128:12,
166:1, 196:16
**traveled** [3] - 41:11,
41:23, 42:3
**traveling** [3] - 11:25,
93:22, 196:13
**Treasurer** [1] - 201:17
**treasury** [1] - 85:7
**Treasury** [60] - 49:15,
54:16, 67:22, 79:15,
80:12, 80:14, 81:20,
82:20, 83:14, 88:8,
88:22, 113:8,
113:12, 119:17,
119:19, 119:20,
120:3, 121:19,
121:21, 121:24,
123:4, 124:4,
125:21, 130:1,
131:16, 132:2,
140:7, 145:13,
154:6, 154:14,
154:16, 156:21,
157:15, 158:16,
159:9, 160:4,
160:14, 163:23,
164:15, 164:24,
165:7, 167:3,
167:16, 167:17,
167:23, 171:11,
171:12, 171:15,
171:22, 172:7,
198:6, 198:13,
198:14, 199:14,
199:15, 200:11,
201:2, 201:16, 202:3
**Treasury's** [3] - 120:7,
149:7, 158:25
**treatment** [1] - 42:15
**tremendous** [3] -
48:13, 137:25,
181:22
**trends** [1] - 159:16
**Trends** [1] - 20:16
**trial** [5] - 28:1, 28:2,
36:7, 141:24, 180:11
**trials** [7] - 27:7, 28:5,
28:7, 34:14, 134:19,
134:22, 138:18
**tribal** [5] - 60:9, 66:20,
66:21, 67:4, 91:12
**tried** [3] - 11:15, 49:9,
180:17
**trip** [3] - 127:12,

127:17, 166:3
**trips** [1] - 11:15
**troops** [4] - 51:3, 160:13, 190:25, 191:13
**trouble** [3] - 28:15, 28:18, 50:25
**trucks** [1] - 85:11
**true** [21] - 26:6, 37:23, 48:8, 125:7, 125:13, 126:3, 126:11, 126:12, 158:22, 159:4, 165:5, 167:19, 177:15, 185:22, 189:6, 192:7, 195:9, 199:4, 199:21, 205:12, 205:13
**truly** [1] - 38:11
**Trump** [2] - 61:23, 62:11
**truncated** [2] - 74:19, 74:24
**trusted** [1] - 126:24
**truth** [1] - 198:4
**try** [15] - 3:13, 4:2, 9:11, 77:3, 77:4, 77:5, 77:6, 77:11, 93:9, 94:13, 117:8, 139:18, 184:17, 188:5, 190:14
**trying** [11] - 7:16, 52:14, 74:8, 114:11, 116:15, 124:20, 124:22, 125:11, 139:11, 153:22, 163:2
**Tufts** [2] - 111:25, 112:2
**Tunisia** [2] - 18:12, 18:13
**Tunisia's** [1] - 18:15
**Tunisian** [1] - 18:12
**Turkey** [3] - 116:18, 116:21, 179:18
**turn** [24] - 4:22, 6:16, 12:8, 13:23, 50:9, 79:23, 101:18, 103:24, 108:20, 110:3, 147:19, 150:23, 152:6, 153:1, 169:22, 173:21, 191:19, 192:10, 194:18, 194:25, 195:1, 199:10, 199:18, 199:24
**turned** [3] - 7:2, 12:15, 73:12
**turning** [5] - 4:23,

68:3, 116:7, 159:24, 184:14
**twenty** [1] - 21:10
**twenty-three** [1] - 21:10
**twice** [4] - 136:9, 137:13, 163:4
**two** [59] - 7:18, 9:17, 9:18, 9:19, 11:15, 20:2, 21:18, 35:20, 36:21, 41:23, 43:24, 49:23, 50:3, 53:4, 53:5, 54:8, 57:15, 60:14, 69:8, 75:13, 80:22, 81:20, 82:25, 83:1, 87:24, 89:9, 97:20, 98:11, 102:15, 103:24, 111:1, 115:21, 117:15, 127:17, 128:24, 129:23, 133:4, 136:17, 142:13, 149:22, 149:23, 150:2, 151:19, 156:19, 159:24, 160:20, 163:13, 163:17, 169:6, 172:18, 181:1, 183:7, 194:4, 200:1, 200:6, 203:8, 203:13, 203:15
**tycoon** [1] - 84:23
**tying** [1] - 194:10
**type** [7] - 51:25, 124:6, 124:18, 125:5, 142:17, 145:17, 159:18
**types** [13] - 103:24, 107:2, 107:3, 107:4, 119:12, 123:1, 124:5, 125:19, 130:20, 142:8, 145:24, 159:21, 190:2
**typically** [5] - 116:22, 150:6, 156:10, 157:19

# U

**U.K** [1] - 137:13
**U.S** [100] - 1:21, 15:13, 15:23, 17:17, 22:3, 24:7, 24:9, 24:12, 24:16, 24:20, 24:25, 25:1, 25:10, 25:19, 25:21, 26:3, 27:16, 30:9, 32:9, 34:7, 40:16, 42:3, 42:4, 42:23, 44:8, 46:25,

47:22, 48:10, 49:14, 49:18, 50:20, 51:3, 62:2, 62:4, 62:22, 62:25, 63:4, 72:6, 72:10, 81:21, 84:25, 85:22, 88:8, 88:22, 91:21, 91:22, 99:22, 100:1, 100:4, 100:13, 113:24, 114:24, 115:5, 115:22, 115:25, 116:16, 116:23, 116:25, 117:10, 118:11, 121:17, 123:15, 125:19, 125:24, 128:19, 128:21, 129:2, 129:22, 130:7, 130:21, 132:11, 139:5, 139:15, 139:22, 140:10, 145:6, 145:11, 147:8, 147:17, 147:24, 148:22, 152:2, 154:6, 157:8, 160:4, 160:22, 163:3, 164:3, 164:19, 166:18, 167:16, 169:17, 169:20, 169:21, 171:15, 175:22, 176:8, 199:15, 201:17
**U.S.'s** [1] - 62:19
**U.S.-led** [2] - 143:19, 151:12
**UCLA** [1] - 21:3
**ultimate** [2] - 94:5, 160:16
**ultimately** [21] - 10:5, 11:7, 18:14, 22:11, 42:20, 53:15, 56:24, 59:20, 62:7, 63:7, 63:14, 91:23, 123:11, 139:20, 139:24, 142:9, 142:24, 155:17, 163:7, 194:3, 195:18
**Umm** [2] - 85:20, 85:21
**unappealing** [1] - 53:22
**unattractive** [1] - 62:15
**uncertainty** [1] - 105:20
**unclassified** [5] - 122:8, 124:6, 154:9, 157:16, 159:11
**uncle** [1] - 173:17,

173:18
**unclear** [1] - 58:21
**uncommon** [1] - 128:8
**unconditionally** [1] - 56:19
**uncover** [2] - 33:14, 85:2
**uncovered** [2] - 84:15, 139:13
**Under** [1] - 121:18
**under** [38] - 9:9, 12:7, 47:14, 55:14, 58:11, 62:5, 71:16, 93:2, 101:3, 103:13, 107:18, 142:3, 148:9, 148:11, 148:15, 155:21, 156:23, 156:25, 160:7, 161:11, 163:19, 165:14, 168:3, 168:6, 168:10, 171:22, 172:11, 172:18, 175:25, 179:1, 179:17, 179:19, 185:18, 198:21, 200:4, 200:13, 200:15, 201:14
**undergone** [1] - 39:16
**undergraduate** [1] - 19:18
**undermine** [3] - 156:14, 156:16, 156:17
**undermining** [3] - 35:9, 117:24, 172:15
**underneath** [1] - 165:10
**underscores** [1] - 166:23
**understood** [5] - 10:10, 37:7, 57:12, 57:13, 57:19
**undertake** [3] - 33:13, 49:10, 83:23
**undertaken** [3] - 27:12, 37:13, 43:19
**undertaking** [3] - 15:22, 21:24, 54:18
**undertook** [6] - 17:10, 18:13, 19:24, 23:1, 49:12, 78:21
**underwent** [1] - 78:21
**unearthed** [1] - 35:6
**unfortunate** [1] - 69:7
**unfortunately** [3] - 42:18, 101:24, 187:19
**unifying** [1] - 169:15
**unilaterally** [1] -

149:11
**Union** [2] - 26:3, 199:8
**unique** [5] - 14:23, 55:5, 79:19, 94:25, 104:11
**unit** [5] - 98:17, 114:25, 115:1, 116:5
**UNITED** [2] - 1:1, 1:11
**United** [17] - 10:25, 27:14, 61:21, 62:20, 64:1, 64:13, 67:22, 72:22, 83:16, 96:3, 114:24, 115:4, 116:5, 151:7, 193:21, 194:5, 205:17
**units** [2] - 25:19, 120:15
**universally** [1] - 45:21
**universities** [2] - 20:6, 130:17
**University** [25] - 14:1, 14:3, 14:5, 19:15, 19:20, 19:23, 20:14, 20:18, 20:24, 21:2, 21:5, 21:16, 27:3, 47:11, 47:21, 111:20, 111:25, 113:6, 114:16, 131:4, 131:21, 134:6, 134:12
**university** [1] - 134:4
**University's** [3] - 19:11, 110:15, 114:14
**unless** [4] - 135:2, 136:6, 162:21, 169:3
**unlike** [3] - 79:25, 82:23, 106:15
**unlikely** [3] - 37:10, 55:16, 65:19
**unmuted** [2] - 28:21, 70:17
**unnecessary** [1] - 64:9
**unreasonable** [1] - 64:12
**unrest** [2] - 48:23, 192:22
**unstable** [1] - 61:12
**unusual** [1] - 172:7
**up** [67] - 5:17, 7:1, 8:5, 10:11, 18:4, 22:12, 38:14, 39:6, 39:8, 43:11, 50:5, 56:19, 56:24, 57:21, 59:14, 60:5, 60:7, 60:12, 60:23, 61:7, 61:22, 63:10, 64:12, 65:4, 66:14, 67:6, 71:21,

73:11, 73:25, 97:3, 106:9, 113:21, 114:4, 117:7, 117:8, 121:16, 125:5, 125:12, 125:14, 126:16, 127:3, 129:2, 134:10, 136:4, 137:8, 138:2, 139:19, 140:16, 144:11, 145:4, 146:9, 153:20, 154:3, 154:4, 155:4, 159:16, 161:9, 163:11, 163:12, 167:13, 176:13, 188:18, 191:16, 198:11, 203:1, 203:22
**updated** [1] - 131:20
**upgrades** [1] - 16:19
**upheld** [2] - 27:19, 179:23
**upholding** [1] - 136:8
**Uppsala** [1] - 21:5
**uprising** [1] - 58:24
**uprisings** [1] - 57:15
**ups** [1] - 108:21
**urban** [1] - 23:17
**URL** [6] - 146:5, 148:11, 158:25, 165:7, 167:23, 177:19
**useful** [4] - 25:17, 123:5, 125:15, 126:5
**uses** [1] - 38:12
**usual** [1] - 8:14
**utility** [1] - 176:14

### V

**Valens** [7] - 13:5, 14:21, 14:25, 15:10, 17:12, 24:23, 25:15
**validate** [1] - 58:14
**validated** [1] - 30:8
**Valley** [1] - 179:17
**valuable** [2] - 7:24, 33:16
**value** [1] - 33:9
**values** [1] - 15:2
**valve** [3] - 50:22, 57:9, 57:10
**variety** [10] - 27:2, 33:15, 72:12, 85:22, 137:22, 178:24, 179:3, 179:15, 190:3, 192:20
**various** [15] - 32:18, 39:8, 120:15, 132:6, 142:5, 145:24,

150:6, 156:23, 162:9, 171:4, 172:11, 174:11, 175:21, 189:23, 197:17
**vehicle** [1] - 169:13
**vehicle-borne** [1] - 169:13
**verge** [1] - 63:2
**verifiable** [1] - 31:19
**verified** [1] - 87:25
**verify** [1] - 125:17
**verifying** [1] - 88:1
**versa** [1] - 95:12
**version** [7] - 43:11, 131:20, 143:3, 185:10, 193:5, 196:5, 197:9
**versus** [1] - 122:6
**vested** [1] - 163:2
**vet** [4] - 34:18, 34:20, 125:8, 126:25
**vetting** [2] - 127:3, 127:5
**via** [2] - 3:10, 7:8
**VIA** [1] - 1:12
**viable** [1] - 155:13
**vice** [2] - 17:19, 95:12
**viciously** [1] - 180:15
**victim** [5] - 9:13, 9:15, 194:15, 197:3, 197:12
**victims** [3] - 55:6, 68:8, 102:22
**video** [12] - 3:17, 5:17, 6:16, 12:15, 69:24, 93:25, 98:15, 100:2, 100:6, 153:2, 153:21
**video's** [1] - 69:21
**VIDEOCONFERENC E** [1] - 1:12
**videos** [16] - 72:2, 72:4, 97:13, 97:15, 97:16, 97:17, 97:20, 97:21, 98:1, 98:6, 98:11, 98:19, 99:3, 99:6, 99:9, 101:13
**view** [12] - 30:13, 58:2, 58:4, 61:16, 68:15, 84:7, 85:24, 94:1, 98:7, 99:22, 106:25, 107:1
**viewing** [1] - 148:5
**views** [1] - 58:14
**vigorous** [2] - 10:23, 10:24
**vigorously** [1] - 57:16
**vile** [1] - 63:14
**villages** [1] - 180:18
**violations** [2] - 56:7,

62:1
**violence** [23] - 16:23, 55:7, 67:9, 67:14, 68:7, 70:8, 70:24, 90:4, 92:9, 92:16, 92:19, 92:24, 92:25, 93:5, 93:10, 93:17, 93:20, 94:4, 94:21, 94:23, 103:10, 104:16, 160:12
**Violence** [1] - 15:15
**Violent** [3] - 19:14, 30:14, 133:21
**violent** [24] - 13:3, 15:20, 17:14, 19:16, 20:19, 20:20, 25:2, 26:12, 28:5, 29:9, 29:24, 30:13, 32:6, 35:19, 59:3, 118:5, 129:23, 144:1, 160:12, 190:24, 191:3, 191:17, 193:10, 193:12
**violently** [1] - 162:16
**Virginia** [1] - 27:15
**virtual** [1] - 184:6
**virtually** [1] - 10:22
**virtue** [1] - 173:8
**vis-à-vis** [1] - 104:3
**visiting** [4] - 18:9, 116:22, 116:24, 117:1
**VNSAs** [2] - 20:21, 30:10
**vocal** [1] - 152:3
**volume** [2] - 21:9, 30:16
**volumes** [2] - 17:13, 133:24
**volunteer** [2] - 75:24, 76:1
**VTC** [1] - 1:10
**vulnerable** [1] - 16:22

### W

**wait** [1] - 97:3
**waiting** [2] - 93:24, 112:10
**waive** [1] - 7:20
**Wake** [1] - 14:4
**wal** [1] - 40:3
**wal-Jihad** [1] - 40:3
**Wali** [5] - 68:21, 68:22, 69:5, 71:16, 103:5
**Walis** [1] - 60:10
**walk** [3] - 11:25, 102:11, 202:21
**walking** [1] - 153:21
**Wall** [1] - 85:4

**wall** [1] - 9:20
**waning** [1] - 57:18
**wants** [4] - 75:25, 150:1, 151:11, 175:12
**war** [9] - 16:4, 27:2, 34:20, 42:14, 50:24, 143:21, 151:7, 176:11, 192:23
**War** [8] - 22:1, 41:12, 42:6, 42:10, 42:20, 48:23, 57:8, 57:17
**Warfare** [1] - 20:16
**warfare** [5] - 13:7, 16:11, 17:1, 17:9, 23:17
**warning** [1] - 174:22
**wary** [1] - 162:20
**Washington** [27] - 1:4, 1:18, 1:22, 110:12, 112:8, 112:12, 113:1, 114:4, 114:5, 114:7, 116:7, 116:8, 116:11, 117:13, 119:18, 123:8, 128:5, 128:9, 128:14, 128:15, 128:21, 130:8, 130:15, 132:24, 136:15, 178:1, 205:18
**waste** [1] - 188:6
**Watan** [3] - 86:10, 87:13, 87:18
**watch** [1] - 132:4
**watched** [1] - 53:13
**water** [2] - 152:11, 152:24
**ways** [14] - 10:11, 44:22, 64:25, 72:12, 83:1, 92:14, 92:18, 92:25, 93:15, 119:7, 121:11, 142:6, 142:7, 193:4
**weakening** [1] - 72:15
**wealth** [1] - 55:22
**wealthiest** [1] - 137:24
**weapons** [13] - 45:8, 52:22, 62:3, 62:7, 62:10, 164:2, 164:19, 165:24, 176:12, 181:25, 190:2, 201:13
**wear** [1] - 107:22
**website** [10] - 18:17, 18:22, 125:2, 126:2, 129:8, 146:8, 147:12, 159:1, 177:22
**Wednesday** [1] - 1:5

**week** [3] - 136:16, 136:19
**weeks** [2] - 112:16, 149:20
**weigh** [1] - 156:18
**weight** [1] - 125:22
**welcome** [6] - 36:2, 77:22, 78:2, 141:19, 184:4, 184:5
**well-known** [3] - 47:23, 58:8, 86:12
**well-regarded** [1] - 47:11
**well-reputed** [1] - 41:22
**wells** [1] - 201:7
**West** [2] - 21:23, 139:23
**western** [4] - 61:18, 65:10, 65:14, 72:9
**westward** [2] - 49:2, 59:25
**Wexler** [1] - 110:14
**whatnot** [1] - 132:6
**wheat** [4] - 86:19, 87:11, 87:16, 87:25
**wheels** [2] - 5:8, 109:1
**whereas** [2] - 126:1, 177:19, 197:7
**whichever** [1] - 188:14
**White** [1] - 148:7
**white** [2] - 15:21, 19:2
**who'd** [1] - 119:14
**whole** [4] - 118:7, 119:14, 177:9
**wholeheartedly** [1] - 74:21
**wide** [3] - 124:17, 125:3, 132:21
**widely** [1] - 56:10
**wield** [3] - 92:24, 92:25, 103:9
**wife** [3] - 85:21, 114:2, 140:17
**willing** [3] - 72:18, 166:19, 166:20
**windows** [1] - 203:6
**wing** [6] - 86:23, 71:24, 168:17, 169:9, 170:3, 170:16
**wisdom** [1] - 138:25
**Witness** [3] - 6:3, 6:4, 109:6
**WITNESS** [47] - 2:2, 12:18, 16:15, 28:16, 28:19, 29:1, 29:6, 36:4, 52:11, 52:16, 70:11, 70:13, 70:19, 70:21, 70:25, 71:3, 75:20, 75:23, 78:4,

92:12, 102:24, 105:12, 105:25, 107:8, 108:5, 108:7, 108:10, 109:5, 110:6, 141:21, 152:10, 152:17, 153:1, 153:4, 153:24, 167:13, 185:1, 186:22, 187:4, 187:20, 188:3, 188:11, 188:17, 188:21, 202:25, 204:20, 205:1

**witness** [37] - 6:15, 6:19, 8:6, 8:23, 12:10, 12:14, 12:16, 27:6, 27:14, 27:18, 28:4, 28:10, 28:12, 29:8, 29:15, 29:21, 32:14, 34:15, 35:19, 38:4, 74:6, 74:14, 75:4, 101:18, 109:10, 109:12, 109:18, 111:1, 134:24, 137:9, 138:17, 141:11, 183:8, 183:10, 186:20

**witness's** [1] - 76:9
**Witness-B** [1] - 6:4
**witnesses** [14] - 4:14, 4:15, 4:20, 5:20, 5:22, 5:24, 6:7, 6:8, 35:5, 39:5, 77:1, 83:2, 98:4
**WMD** [1] - 178:12
**Wolff** [4] - 79:17, 79:22, 80:11, 80:23
**Wolff's** [2] - 80:5, 81:7
**woman** [1] - 11:23
**won** [1] - 57:14
**wonderful** [1] - 126:7
**word** [5] - 9:13, 45:19, 153:23, 162:2, 189:17
**words** [5] - 49:23, 92:19, 146:7, 169:24, 180:23
**works** [3] - 76:20, 154:19, 159:10
**world** [13] - 11:3, 12:3, 13:25, 42:21, 68:15, 94:1, 100:9, 123:8, 138:4, 176:12, 177:2, 180:20, 194:3
**World** [1] - 21:2
**worried** [4] - 174:4, 176:7, 176:8, 204:20
**worry** [1] - 203:20

**worse** [3] - 181:6, 181:7
**worst** [2] - 56:23, 56:24
**worth** [1] - 114:3
**wreaked** [1] - 66:16
**writ** [1] - 65:19
**write** [10] - 17:5, 18:21, 36:16, 117:6, 123:11, 123:12, 126:14, 132:21, 132:24, 132:25
**writing** [4] - 17:13, 117:13, 120:25, 121:2
**writings** [1] - 30:12
**written** [14] - 17:6, 28:2, 80:10, 119:14, 132:10, 132:14, 132:17, 133:9, 133:10, 133:25, 134:2, 134:3, 145:23, 178:4
**wrote** [2] - 119:14, 126:17

## Y

**Y-E-S-H-I-V-A** [1] - 111:20
**Yale** [3] - 47:11, 134:6, 134:7
**year** [21] - 18:23, 19:25, 25:4, 56:18, 59:23, 79:3, 79:6, 112:14, 114:1, 114:3, 119:20, 176:25, 177:7, 179:4, 185:13, 192:3, 194:14, 194:24, 196:1, 197:2, 197:20
**year's** [1] - 197:16
**year-and-a-half** [2] - 114:1, 119:20
**year-and-a-half's** [1] - 114:3
**years** [21] - 9:23, 10:2, 25:13, 48:1, 114:15, 114:16, 118:9, 138:21, 145:25, 168:23, 171:6, 172:1, 175:5, 176:2, 176:17, 181:15, 190:23, 191:10, 193:8, 193:10, 196:8
**Yemen** [3] - 116:18, 150:15, 193:20
**Yeshiva** [1] - 111:20
**York** [2] - 14:2, 111:20

**Young** [2] - 27:14, 28:1
**young** [5] - 9:18, 11:23, 132:3, 132:4
**younger** [3] - 9:9, 12:9, 12:12
**yourself** [5] - 163:13, 165:18, 172:17, 173:23, 178:10
**YouTube** [1] - 26:14

## Z

**ZARQAWI** [1] - 160:9
**Zarqawi** [58] - 27:24, 39:15, 39:20, 39:22, 40:21, 41:7, 41:8, 41:9, 41:10, 41:17, 41:23, 41:24, 42:3, 42:6, 42:25, 44:6, 44:11, 44:19, 44:23, 45:2, 45:6, 45:8, 45:9, 45:14, 45:17, 45:22, 46:7, 46:16, 46:24, 47:4, 47:9, 48:12, 48:17, 48:18, 50:18, 51:13, 51:20, 52:1, 52:9, 52:13, 52:20, 53:2, 54:7, 57:3, 64:19, 107:18, 108:14, 143:14, 147:7, 160:9, 160:12, 161:5, 161:7, 161:8, 161:17, 161:19, 161:23
**Zarqawi's** [3] - 42:2, 47:1, 132:15
**Zawahiri** [1] - 149:16
**ZAWAHIRI** [1] - 149:16
**zealous** [1] - 69:6
**Zelin** [1] - 180:24
**Zimbabwe** [1] - 120:20
**zone** [2] - 63:5, 169:18
**zoom** [2] - 102:25, 103:7
**zooming** [1] - 103:8