UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR BARRY SOTLOFF, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SYRIAN ARAB REPUBLIC, *et al.* <br><br> Defendant | CA NO.: 16-cv-725 (TJK) <br> consolidated with CA 18-1625 (TJK) |

### Motion and Memorandum in Support thereof for the Court's Appointment of a Special Master to Administer Damages Proceedings

On March 15, 2021, this Court entered an order granting Plaintiffs' Motion for Default Judgment as to Liability. Dkt. 44. As noted in the accompanying Memorandum Opinion, "because [Plaintiffs] have proven that the state-sponsored terrorism exception abrogates Syria's sovereign immunity and that this Court has subject-matter and personal jurisdiction, they have also shown that Syria is liable to them for the hostage taking, torture, and extrajudicial killing of Foley and Sotloff." Dkt. 45. Plaintiffs now move this Court for an order authorizing the appointment of the special master proposed by Plaintiffs for the administration of damages proceedings for all Plaintiffs and to prepare proposed findings and recommendations for the final disposition of those claims by the Court. The special master would assist the Court in rendering a valid final judgment within the bounds of the applicable law.

Plaintiffs state the following in support of their Motion:

**(1) Qualifications**

Ms. Deborah Greenspan has agreed to serve as a special master for this Court under this plan and has submitted her CV for inspection by the Court, *see* Exhibit A, and a declaration

regarding her impartiality. *See* Exhibit B. Ms. Greenspan is not related to any party or counsel appearing in this action, nor has any financial or other interest which would create a conflict of interest. *See id*. Ms. Greenspan has been appointed and served as a special master with distinction in several different matters with similar fact patterns and relevant law. *See* Exhibit A.

### (2) Appointment

If the Court approves of Ms. Greenspan's qualifications, Plaintiffs propose that the Court appoint her as the special master designated to hear and examine damage evidence and to make a preliminary damages determination in this case, subject to the Court's review. Continuing appointment shall be conditioned upon adherence to the plan set forth.

### (3) Compensation

Plaintiffs propose that the special master shall be paid $1,200.00 per day upon submission to the Court of a voucher. Pursuant to 28 U.S.C. § 1605A(e)(2), the funds shall be provided by the Department of Justice. Where less than a full work-day is expended by the special master in performance of her duties under this plan, the voucher shall indicate so. If less than ½ of the day is expended, the special master shall be paid $600.00. Where more than ½ of a work-day is expended but less than a full day, the per day amount of $1,200.00 shall be paid.

In addition the special master shall be paid out of pocket expenses related to her duties herein, not to exceed $350.00 per day, exclusive of the special master's full transportation expenses. Should any question as to expenses arise, the regulations promulgated by the Internal Revenue Service regarding business expenses shall govern and, subject to the above limitation, all expenses qualifying as business related shall be paid.

**(4) Issues**

Plaintiffs propose that the special master appointed under this plan shall consider all issues related to compensatory damages as to each claim made by Plaintiffs. The special master will provisionally rule on the availability of a cause of action and damages for each individual Plaintiff. Punitive damages, if appropriate, shall be assessed by the Court. The special master is to be guided as to admissibility of evidence by the Federal Rules of Evidence. Authentication as required by FRE 901 may be made by any counsel's representation as an officer of the Court that a proffered document is genuine and is an accurate copy of what that counsel proffers it to be.

The special master shall assess damage claims pursuant to the applicable federal cause of action. *See Estate of Doe v. Islamic Republic of Iran*, CA 08-540 (JDB), 2011 U.S. Dist. LEXIS 90875 at *58 (D.D.C. Aug. 16, 2011). In this case, Plaintiffs, who are all U.S. nationals, have a federal cause of action found at 28 U.S.C. § 1605A(c) for, "economic damages, solatium, pain and suffering".

**(5) Powers**

The special master shall hold damages proceedings, "and make or recommend findings of fact on" the scope of each Plaintiff's physical and emotional injuries pursuant to FRCP 53(a)(1)(B). The special master shall have and exercise all the powers set forth in FRCP 53(c) including, but not limited to, the power to compel production of evidence and to administer oaths. Testimony may be recorded by electronic means and the electronic copy, clearly identified as to the parties, shall be turned over to the special master by counsel for the Plaintiffs, who shall preserve it for use by the Court.

### (6) Reports

Plaintiffs propose that the special master shall, as to each claim referred to her, submit a report to the Court containing recommended findings of fact and conclusions of law regarding damages. The report shall contain an evaluation of each item of damages and state which cause of action at law governs the Plaintiffs' right of recovery.

### (7) Costs

Plaintiffs propose that the amounts paid from the registry of this Court as compensation and costs to special masters on any claim pursuant to this Plan from any fund existing as a result of a grant from the Office of Justice Programs of the United States Department of Justice or from any other public or private source shall be taxed on the Defendants found liable.

## CONCLUSION

Plaintiffs therefore respectfully move this Court, for the reasons stated above, for an order authorizing the appointment of the special master proposed by Plaintiffs for the administration of damages proceedings for all Plaintiffs and to receive evidence and prepare proposed findings and recommendations for the disposition of those claims.

| | |
|---|---|
| Dated: April 19, 2021 | Respectfully Submitted,<br><br>/s/ Steven R. Perles<br>Steven R. Perles (No. 326975)<br>Edward MacAllister (No. 494558)<br>Joshua K. Perles (No. 1031069)<br>Emily Amick (No. 242018)<br>PERLES LAW FIRM, PC<br>1050 Connecticut Avenue, N.W.<br>Suite 500<br>Washington, DC 20036<br>Telephone: 202-955-9055<br>*Attorneys for Plaintiffs* |