UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR BARRY SOTLOFF, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SYRIAN ARAB REPUBLIC, *et al.*<br><br>　　　　　　　　　　Defendant | CA NO.: 16-cv-725 (TJK)<br>consolidated with CA 18-1625 (TJK) |

## **DECLARATION OF DEBORAH E. GREENSPAN**

I, Deborah E. Greenspan, Declare and state as follows:

1. I am an attorney admitted to practice before the United States Supreme Court and the highest courts for the District of Columbia and the State of Michigan. I am a partner at the law firm of Blank Rome LLP and have been a practicing attorney for more than five years.

2. I do not have a relationship to any of the parties, attorneys, action, or court involved with this matter that would require disqualification of a judge under 28 U.S.C. § 455.

3. I understand that, if appointed, I must proceed with all reasonable diligence and that my duties, as special master, would be limited to my authority under Federal Rule of Civil Procedure 53(c) and any orders issued by this Court.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 19th day of April, 2021 in the District of Columbia.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Deborah Greenspan
　　　　　　　　　　　　　　　　　　　　　　　　Deborah Greenspan