UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR BARRY SOTLOFF, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | CA NO.: 16-cv-725 (TJK) |
| ) | consolidated with CA 18-1625 (TJK) |
| v. ) | |
| ) | |
| SYRIAN ARAB REPUBLIC, *et al.* ) | |
| ) | |
| Defendant ) | |

**PROPOSED ORDER**

On March 15, 2021, the Court granted Plaintiffs' motion for default judgment against the Syrian Arab Republic. Dkt. 44-45. The Court will now appoint a Special Master to evaluate Plaintiffs' damages claims and to file a report and recommendation with the Court. It is hereby **ORDERED** as follows:

1. **Appointment of Special Master**: Pursuant to its authority to appoint a Special Master "to hear damage claims brought under" 28 U.S.C. § 1605A(e) and upon consideration of Ms. Deborah Greenspan's declaration and CV, the Court hereby appoints Ms. Greenspan as Special Master for the administration of damages proceedings and to receive evidence and to prepare proposed findings and recommendations for the disposition of Plaintiffs' claims for damages.

2. **Scope of Appointment**: The Special Master appointed under this plan shall consider all issues related to compensatory damages as to each claim made by Plaintiffs. The Special Master will make a recommendation on the appropriate damages for each of these Plaintiffs. Punitive damages, if appropriate, shall be assessed by the Court. Although the Court is

not strictly bound by the Federal Rules of Evidence in a default proceeding against a state sponsor of terrorism, *see Owens v. Republic of Sudan*, 864 F.3d 751, 785–86 (D.C. Cir. 2017), the Special Master should be guided by those rules. Authentication as required by FRE 901 may be made by any counsel's representation as an officer of the Court that a proffered document is genuine and is an accurate copy of what that counsel proffers it to be.

The Special Master shall hold damages proceedings "and make or recommend findings of fact on" the scope of each Plaintiff's physical, emotional, and economic injuries pursuant to Fed. R. Civ. P. 53(a)(1)(B). The Court authorizes the Special Master to receive and to review evidence in this case, including evidence filed under seal.

The Special Master shall, as to each claim referred to her, submit a report to the Court containing recommended findings of fact and conclusions of law regarding damages. The report shall contain an evaluation of each item of damages governing Plaintiffs' right of recovery.

3. **Authorization to Review All Case Materials**: The Special Master shall have and exercise all of the powers set forth in Fed. R. Civ. P. 53(c) including, but not limited to, the power to compel, take, and record evidence. Plaintiffs shall deliver courtesy copies of all materials relevant to the assessment of damages to the Special Master.

4. **Compensation and Expenses**: The Special Master shall be paid $1,200 per day and shall be reimbursed for all reasonable expenses incurred in the performance of the duties herein described. Where less than a full workday is expended by the Special Master in performance of her duties under this plan, the voucher shall indicate the portion of the day worked. Where less than a full work-day but more than one-half (four hours) of a work day is expended, the Special Master shall be paid $1,200 for that day. Where less than one-half (four hours) of a work-day is expended, the Special Master shall be paid $600 for that day. Additional

expenses beyond meals, lodging, and transportation shall not exceed $350 per day. Should any question arise as to expenses, the regulations promulgated by the Internal Revenue Service regarding business expenses shall govern and, subject to the above limitation, all expenses qualifying as business expenses under Treas. Reg. § 1.162-1 shall be paid, including compensation for the "labor" of a legal assistant or associate attorney.

Pursuant to the Foreign Sovereign Immunities Act, the Special Master is to be compensated "from funds available for the program under section 1404C of the Victims of Crime Act of 1984." 28 U.S.C. § 1605A(e)(2). Within two weeks of the entry of any damages award in this case, the Special Master shall provide Plaintiffs with vouchers itemizing, for each day of work, the amount of time worked, the nature of the work done, and the amount of any business expenses incurred. Such vouchers shall also include a calculation of total payment sought. Within two weeks of receiving any such voucher, Plaintiffs shall file a motion with the Court seeking the Court's order that the Clerk coordinate payment with the U.S. Department of Justice.

**SO ORDERED.**

_____
TIMOTHY J. KELLY
United States District Judge

Date: