# Exhibit F



Deposition of:

# Diane Maria Wright Foley

*March 17, 2021*

In the Matter of:

# Sotloff Vs. Syrian Arab Republic, Et Al

Veritext Legal Solutions

800-734-5292 | calendar-dmv@veritext.com |

Page 1

1                    UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF COLUMBIA

2

     _____

3                                   )

     ARTHUR BARRY SOTLOFF, et al., )

4          Plaintiffs,              )   Civil Action No.

                                    )    16-725 (TJK)

5     V.                            )

                                    )

6     SYRIAN ARAB REPUBLIC,         )

           Defendant.               )

7     _____)

8

9

10           VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

11                   DIANE MARIA WRIGHT FOLEY

12

13

14

15

16

17

18

19

20

21

22

23           This deposition taken via Zoom videoconference

24

25     on Wednesday, March 17, 2021, commencing at 8:58 a.m.

Page 2

1   APPEARANCES (via videoconference)

2

3   For the Plaintiffs:

4        PERLES LAW FIRM, P.C.
         By: Joshua K. Perles, Esq.

5        By: Emily Amick, Esq.
         1050 Connecticut Avenue NW

6        Washington, D.C. 20036
         (202) 955-9055

7        E-mail:  jperles@perleslaw.com
                  eamick@perleslaw.com

8

9

10

11

    Videographer:

12  Howard Brodsky

13

14  Court Reporter:

    Karen L. Wright, RPR, CRR

15  LCR No. 102

16

17

18

19

20

21

22

23

24

25

Page 3

1                        INDEX

2

3  WITNESS                                    PAGE

4  Diane Maria Wright Foley

5       By Mr. Perles                            5

6

7                      EXHIBITS

8  NO.    DESCRIPTION                        PAGE

9

10  (None offered.)

11

12                    *   *   *   *   *

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1           THE VIDEOGRAPHER:  Good morning.  Here begins

2      the video-recorded virtual remote deposition of

3      Diana -- Diane Marie -- Maria Foley appearing from

4      her location in Wolfeboro, New Hampshire.

5           This deposition is taken by the plaintiffs in

6      the matter of Arthur Barry Sotloff, et al.,

7      plaintiffs, versus Syrian Arab Republic, defendant,

8      Civil Action Number 1:16CV-725 (TJK) in the United

9      States District Court for the District of Columbia.

10          Today is Wednesday, March 17, 2021.  The time

11     is approximately 8:58 a.m. Eastern Daylight Time.

12          My name is Howard Brodsky, and I am the legal

13     video specialist in association with Veritext

14     Mid-Atlantic, with offices located in Philadelphia,

15     Pennsylvania.

16          The court reporter is Karen Wright in

17     association with Veritext.

18          Will counsel please state their appearances

19     for the record.

20          MR. PERLES:  My name is Joshua Perles.  I am

21     counsel for the plaintiffs.

22          MS. AMICK:  My name is Emily Amick.  I'm

23     counsel for the plaintiffs.

24          THE VIDEOGRAPHER:  Thank you, Counsel.  The

25     parties have stipulated and agreed that the court

Page 5

```
 1      reporter may take the witness oath remotely.
 2          Will the court reporter please swear in the
 3      witness.
 4                DIANE MARIA WRIGHT FOLEY,
 5      having been duly sworn remotely by Ms. Wright,
 6          was deposed and testified as follows:
 7                      EXAMINATION
 8  BY MR. PERLES:
 9  Q.  Good morning.
10  A.  Morning.
11  Q.  Good to see you.  Could you please state your full
12      name.
13  A.  My name is Diane Maria Wright Foley.  That's my
14      full name.
15  Q.  Thank you.  Are you the mother of James Foley?
16  A.  Yes.
17  Q.  Is it okay if I refer to James Foley as "Jim"?
18  A.  Sure.
19  Q.  Thank you.  Could you tell me who is in Jim's
20      nuclear family?  So mother, father, siblings.
21  A.  Sure.  Jim's father is my husband, John William
22      Foley.  Jim was the oldest of our five children.
23      And he -- so we have four remaining -- he has four
24      living siblings.
25          His next oldest is Michael Patrick, who is
```

1    two years younger.  Then John Elliot was our middle

2    son, six years younger than Jim.  And then Mark

3    Vincent, who is 11 years younger.  And our baby

4    was -- is Katherine Elizabeth, who is -- was born

5    15 years after Jim was.  So we have 15 years -- Jim

6    was very much the older brother.

7  Q.  Thank you.  Where and when was Jim born?

8  A.  Jim was born on October 18th in 1973 in Evanston,

9    Illinois.  My husband was doing an internship --

10    actually, at that point, a residency at Cook County

11    Hospital in Chicago.  So we were living in northern

12    Chicago at that time.

13  Q.  So, then, you know Jim is a U.S. national because

14    he was born in the United States?

15  A.  Yes.  Yes.

16  Q.  And are the rest of -- you and the rest of Jim's

17    nuclear family also all U.S. nationals?

18  A.  Yes.

19  Q.  Thank --

20  A.  Yes.

21  Q.  -- you.  What was Jim like as a -- a little boy,

22    let's say before high school?

23  A.  Well, Jim was -- Jim was a gift.  He was a

24    fun-loving, happy, curious young boy, always

25    interested in how things worked and loved books,

Page  7

1    nature, people, fun.

2         He was also a very kind child.  He was never

3    a really -- not -- not an aggressive or rough

4    person.  He was always kind of a gentle soul, but

5    mostly a lot of fun.  I mean, he really was a joy.

6    He had a lot of friends.  He was very friendly.

7         He loved to play sports, but wasn't a star

8    athlete, like some of his brothers after him.  He

9    particularly excelled at soccer, and in college

10   rugby.  But he also loved pickup basketball.

11        As a matter of fact, when he was teaching in

12   Teach For America, he was a basketball coach for a

13   while.  And his brothers would rib him because he

14   was never the star athlete, not as good an athlete

15   as they were in that regard.

16        Jimmy also had a more serious side.  He loved

17   to read.  From the time he was a little guy, he

18   loved to be read to.  And he particularly loved

19   history, adventure stories.  He ate up all the

20   classics.  I remember having to buy him one of the

21   younger version of the classics 'cause he was just

22   interested.  He loved it.  Loved Bible stories.

23        And as a little guy, he would love to dress

24   up and act out what was happening.  I still have

25   memories of Jim in his Davy Crockett coonskin cap

Page 8

```
 1        in the backyard acting out the Alamo with his
 2        brother.  I mean, that's the kind of kid he was.
 3              He -- he just was a really easy child in many
 4        ways to raise as a youngster.  He was just a lot of
 5        fun.
 6    Q.  Was he -- and I know there's quite an age gap
 7        between him and his little sister, but growing up
 8        was he close with his siblings?
 9    A.  He was -- you know, he was very close.  He was very
10        protective.  He was very much the older brother.
11        He was probably closest to his next youngest
12        brother, Michael; they were only two years apart.
13              And so there was some rivalry there, but they
14        were such different people.  Michael was a gifted
15        athlete and really a gifted student.
16              So -- and Jim just, you know, was who he was.
17        He -- he -- but he -- yes, he was -- when he would
18        come home, he was very much the big brother.  He
19        really was very interested in how the younger ones
20        were doing and would try to show up at their soccer
21        game or basketball game or whatever they were up
22        to.  So when he was home, he was very engaged with
23        his younger siblings, yes.
24    Q.  And you all lived together?
25    A.  Oh, yes.  Yes.  Jim was 15 years older.  So when
```

```
 1        Jim went off to college, Katie was just beginning
 2        kindergarten.  So there were times when he was
 3        away, of course, while he was going through school.
 4   Q.   Did he help with any of the -- the chores of taking
 5        care of his siblings, you know, feeding --
 6   A.   I probably let him babysit more than I should have,
 7        because yes, we trusted Jim because he was very
 8        trustworthy.  But I hear now that he often would
 9        have a lot of friends over and have a big party and
10        put his little sister and brother to bed and then
11        they would have a great time.
12             So -- but yes, he often babysat a lot when he
13        was a preteen and young teenager.  Yes.
14   Q.   Thanks.  So would you describe Jim as -- as
15        extroverted?  How did he get along with his peers?
16   A.   He was a very friendly kid.  He was kind of
17        different, though, 'cause he was part of some of
18        the in crowd, if you will.  'Cause Jim was a very
19        good student and in the honors program, whatever.
20             So he was involved in the debate team and
21        some of that.  But -- and the soccer team.  But he
22        also was -- he really would reach out to loners.
23             I remember one -- one summer we had a camper
24        in the backyard that the kids would use often to
25        sleep outside and whatever.  And one summer, he
```

1      just -- one of his friends just lived there all

2      summer that -- because he was having trouble at

3      home.

4           So Jim was just the kind of kid that very

5      quietly would befriend the new kid on the block who

6      was having a hard time.  And I never really noticed

7      it much.  Jim never made a deal about it.  It just

8      happened.

9           So the one time I did notice it is we had a

10     sleepover birthday party, and Jim invited the

11     motley assortment of friends that he had.  And

12     apparently, in the middle of the night, there was a

13     fight because some of the kids just didn't get

14     along.  But -- but apparently they made up.  Jim

15     figured it out.  They figured out a way to make

16     peace and all was well in the morning.

17          But -- so Jim had a -- a -- kind of a

18     different set of friends, a lot of friends; many,

19     many different groups.

20  Q.  Were there any particular things that you and Jim

21     did together during this part of his life that

22     stand out to you?  What -- you know, what did a

23     typical weekend look like?

24  A.  Well, it depends on the age.  But we had -- we

25     always did a lot of -- had a lot of sports going on

1    in our home.  All the kids were very engaged in the

2    outside and sports.

3          We also went camping as a family.  We had

4    a -- particularly a lot of great camping trips to

5    the ocean, north -- southern Maine.  Some wonderful

6    trips there, wonderful memories, really.

7          We -- thanks to my -- my sister's married to

8    a gentleman from Madrid.  So when Jim was 12-ish,

9    one summer he babysat for my sister's little guys

10    and had the chance to go to Spain for the summer.

11          So I think that whet his appetite for travel

12    and other -- other cultures.  Jim was just always

13    interested in life and whatever was around the next

14    corner, so -- and I think -- I know that's why he

15    loved to read too.

16          But our home was a very active, busy home.

17    The kids had their chores, and they were -- you

18    know, they'd try to escape them in -- each in their

19    own way, Jim in his.  But they were all good kids.

20    Kept me very busy, though.

21          We also went to church.  We are part of a

22    Roman Catholic community.  And Jim was a dutiful

23    altar boy, jeez, up until his teens, until he was

24    in -- in high school, very much through part of

25    high school.

Page 12

```
 1              It wasn't that he was particularly religious,
 2      but he was just a good kid.  And he -- all the --
 3      all his brothers did; and his sister, for that
 4      matter.  So we always went to church on Sunday.
 5      That was part of the routine.  We celebrated
 6      holidays in a big way.  That was just part of what
 7      we did.
 8              I think Jim has a lot of good memories from
 9      those years.
10  Q.  Did -- did Jim ever get an undergraduate degree?
11  A.  Yes.  As a matter of fact, when he was thinking
12      about going to college, in many ways we were kind
13      of hoping he would stay in New England.  But Jim
14      really wanted to get out of little old rural
15      New Hampshire.
16              And so we looked all over the country,
17      really.  And for some reason, he found Marquette
18      University in Milwaukee, Wisconsin.  It was a
19      Jesuit school, very strong in liberal -- liberal
20      arts.  And Jim was particular -- wanted to major in
21      history and Spanish.
22              And he applied there, along with many other
23      schools.  Got in most places.  But Marquette gave
24      him a very big scholarship.  And being the oldest
25      of five, he knew that was important for our family,
```

1      so he chose to go there.

2  Q.  Do you know if he graduated with a degree?

3  A.  Yes.  He -- he graduated with a degree in history

4      and a minor in Spanish.

5  Q.  Do you know if he liked college?

6  A.  Pardon?

7  Q.  Do you know if he enjoyed college?

8  A.  Oh, he had a ball in college.  I mean, Jim was a

9      lot of fun.  He -- he definitely had fun at

10      Marquette.

11          But the other more serious thing that

12      occurred to him in -- happened to him in college is

13      Marquette bordered a very poor part of Milwaukee.

14      And they really encouraged all their students to

15      volunteer, to go out in the community.  Their motto

16      at Marquette is "Be the difference."

17          So I think unconsciously, Jim got into that.

18      And from the time he was a freshman, he volunteered

19      teaching reading and writing at local schools.  And

20      I really think that ended up having a profound

21      effect on Jim, because he saw how another side of

22      the world lives, if you will, another part of his

23      own country, kids who go to bed at night without

24      dinner or school without breakfast, kids who have

25      parents who are incarcerated.

Page 14

```
 1            So I really think that's when Jim's eyes
 2       began to be open to the less fortunate in our
 3       country, really.
 4   Q.  What did he choose to do after college?
 5   A.  Well, Jim wasn't sure what to do.  With a history
 6       degree, he wasn't sure he wanted to teach.  He
 7       wasn't sure what he wanted to do.  He considered
 8       law school.  They did -- you know, they took the
 9       LSAT and all that.
10            But he -- he decided in the interim he would
11       apply to the Peace Corps and Teach For America.
12       And he got accepted in both.  But the Peace Corps
13       was going to send him to Africa, and -- whereas
14       Teach For America was going to send him to inner
15       city Phoenix, where he could use his fluent
16       Spanish.  And that's really why he chose to do
17       Teach For America; he wanted to use his Spanish
18       degree.
19   Q.  How long did he do Teach For America?
20   A.  Well, he did it for over five years, but
21       intermittently.  'Cause he was supervisor toward
22       the end.  But in the beginning, first few years, he
23       was in, like, a middle school.  I believe his first
24       classroom was fifth grade, really young kiddos,
25       kids who really made -- it was not easy for Jimmy.
```

Page 15

```
 1            They saw Jim as this gringo from the East.
 2       And here, these were kids who were tough kids and,
 3       you know, Black, Native American, Hispanic kids who
 4       had had a tough life.  And they really were tough
 5       on Jim.  They had a hate Mr. Foley fan club.  I
 6       mean, they were -- they were tough.
 7            And he would call home on Sundays and -- and
 8       tell us what a lousy teacher he was.  He just --
 9       but he had -- you know, he had some wonderful years
10       in Teach For America, met some friends for life.
11       Many wonderful young men and women were part of
12       Teach For America.
13            And then, in a few years, he became the
14       supervisor, who would go -- or I don't know what
15       you call -- what they called it, but mentor who
16       would help train them in the summers.  So he -- he
17       did it off and on for about five years.
18   Q.  Do you think Jim was actually a lousy teacher, or
19       was he just being hard on himself?
20   A.  Well, I believe that he was probably a lousy
21       teacher.  However, after he died, a lot of those
22       students formed their own non-profit in Arizona and
23       say that Jim mentored them for the rest of their
24       years and that he had a profound influence on their
25       life.
```

1          So I don't know how good a teacher he was,
2     but he made a difference in their life.  At least
3     he believed in these kids and got quite close to
4     many of them.
5   Q.  What did --
6   A.  So --
7   Q.  Please continue.
8   A.  No.
9   Q.  What -- what did he do after Teach For America?
10  A.  All right.  Let me think now.  After Teach For
11      America.  He --
12  Q.  Did he go back to school?
13  A.  Yes, he did.  He -- I have to think, but he -- yes.
14      He decided he wanted to get a Master of Fine Arts
15      in writing.  Jim was always interested in writing.
16      And so he applied around.  And he finally got into
17      University of Massachusetts Amherst, so went --
18      came back to the East, which was awesome; we were
19      so happy to have him back in the area, and pursued
20      that degree there.
21          And while there, actually -- and, again, I
22      didn't know about this stuff.  But while he was
23      there, he volunteered at The Care Center in
24      Holyoke, Mass, which was a center for unwed
25      mothers.  He tutored them in English and helped

Page 17

```
 1        them to get their GED and also, interestingly,
 2        started a program of encouraging them to record
 3        their lives to give voice to what they had gone
 4        through, which continues today with NPR and UMass
 5        Amherst.
 6             So even then, he was just kind of interested
 7        in giving people a voice.  But he very much was
 8        into creative writing at that time.
 9   Q.   And he ended up finishing his MFA, correct?
10   A.   Yes.  Yes.  Yeah.
11   Q.   Do you know what he did after graduating from that
12        program?
13   A.   Yes.  At -- he went back to Phoenix, taught in a
14        high school there, again did some supervision with
15        Teach For America, but eventually kind of was drawn
16        back to Chicago, which was near his alma mater.  A
17        lot of college friends lived there.
18             And that's when he actually got a job working
19        at the Cook County Boot Camp teaching young felons
20        English and writing.  And the more he worked with
21        disadvantaged youth, the more interested he was in
22        writing stories about real people and what was
23        really happening in the world.
24             And that's what drew him to journalism.  And
25        that is when he applied to Medill - Northwestern in
```

Page 18

```
 1        Evanston and went back for a second master's in
 2        journalism.
 3   Q.   And he completed that master's degree in
 4        journalism, correct?
 5   A.   Yes.  Yes, he did.
 6   Q.   What first interested Jim in journalism?
 7   A.   Well, what really interested him, I believe, is he
 8        thought, Why should I make up stories when there
 9        are so many incredible stories that people need to
10        hear?  People, you know, with -- really struggling
11        with life and -- and people who overcome adversity
12        and fighting for the -- the good fight in the
13        world.  He was just -- became more and more
14        interested in giving voice to real stories.
15             And I really believe that's what drew him.
16        That, plus his interest in the underdog, if you
17        will, and -- and giving that underdog a voice
18        really drew him to journalism.
19   Q.   At the time he was finishing his journalism degree
20        and afterwards, were any of his siblings serving in
21        the Armed Forces?
22   A.   They were.  You know, as Jim was pursuing, here it
23        was, his second master's, meanwhile his middle
24        brother, John, joined the Air Force, and Mark the
25        Army, and eventually his little sister the Navy.
```

1      So they were all in the military in that time
2      frame.
3           And I think that gave Jim an interest in why
4      people choose to go in the military and what does
5      happen to the civilians in conflict zones.
6           And I think that interest was encouraged when
7      he took a semester in Washington, D.C., that
8      involved studying U.S. politics and foreign policy
9      and reporting on that.
10          So after he completed his degree in
11     journalism, he embedded with the Indiana National
12     Guard and went to Iraq with them and began his
13     first blog with -- for the Indiana National Guard.
14  Q. Did he ever talk to you about his time in Iraq with
15     them?
16  A. You know, what was different about Jim is that he
17     really didn't talk much about himself.  When Jim
18     came home, he interviewed us; he wanted to hear how
19     we were.  Like, he was the kind -- the different
20     kind of kid who would come home and take me out for
21     breakfast or for coffee.  How are you, Mom?  What's
22     up?  What's new?  What are you about?
23          He was truly interested.  And I think that's
24     what made him quite close -- garnered him so many
25     close friends and why he was so close to his

```
 1           siblings, because he took time with each of us when
 2           he came home and wanted to know how we were.
 3                So, no, he did not particularly share much
 4           about what -- what he was doing or what things were
 5           like in his work.  I mainly learned from his blogs
 6           about what he was sharing, you know.  But
 7           personally, he wasn't -- didn't talk much about
 8           himself when he was home.
 9     Q.    I know that Jim spent some time in Libya.  Do you
10           know how he decided to -- to go there?  And can you
11           tell me a little bit about --
12     A.    Yes.  Yes.  He -- yeah.  He -- he -- this was just
13           at the beginning of the Arab Spring in 2011.  And
14           Jim had spent years embedded, first with the
15           Indiana National Guard, then with the 101st
16           Airborne.  He spent several years embedded as a
17           journalist learning his trade, learning from the
18           military, and also recognizing the restrictions he
19           had as an embedded journalist and wanted more
20           freedom as an independent journalist.
21                And about that same time, the Arab Spring
22           started in 2011.  So he was very interested in
23           going as a freelancer, as an independent
24           journalist, to that -- all that exciting -- that
25           exciting time in Libya.
```

Page 21

```
1              So he was among many, many young freelancers
2        who went to Libya at that time.
3   Q.   So a freelance journalist is a -- is a journalist
4        who works for themselves but is hired by publications
5        to -- to do journalism?
6   A.   Well, yes.  But particularly at that time,
7        freelancers were a very cheap way for newspapers
8        and media companies to get photographs, articles,
9        insights into what was happening abroad.
10             It's very expensive to have a staff reporter
11       in-country, because, you know, they need safe
12       quarters, you know, a security team, you know, a
13       safe place to live and work, if you will.
14             So it was much cheaper to let these
15       independent journalists, like Jim, who went into --
16       in-country on their own dime, taking their own
17       risks, to sell whatever they could.
18             So it wasn't -- certainly not a lucrative
19       type of job; actually, very risky job.  And I think
20       at that time many, many freelance journalists
21       risked their lives, particularly during -- in
22       conflict zones.
23             Because staffers really were pulling out.
24       The media companies were pulling out their staff
25       reporters because it was dangerous.  It was
```

1       increasingly more and more dangerous.  So a lot of
2       the freelancers filled that void, if you will, and
3       went in-country; and Jim was among them.
4    Q. Do you know what publications Jim worked for?
5    A. Jim -- yes and no.  I don't -- a lot of them, I do
6       not know.  The one -- because, you know, he, you
7       know, tried to sell his work whenever and wherever
8       he could.
9            But he worked consistently for an online news
10      company called GlobalPost out of Boston.  Now it's
11      merged with NPR in Boston.  But at the time,
12      GlobalPost was emerging and used a lot of
13      freelancers all over the world.  So he did a lot of
14      work for them.
15           Eventually he did some photography, actually,
16      for National Geographic.  And one of the areas he
17      was most proud of is he was starting to do a lot of
18      work when he was in Syria for Agence France-Presse,
19      which is kind of like the French AP, if you will.
20      He did a lot of videography for them, a lot, for
21      several years.  Also had sold some work to Der
22      Spiegel in Germany.  Those are the ones I know
23      about --
24   Q. Thank you.
25   A. -- to be honest, but -- yeah.

Page 23

1   Q.   Do you know if he had made long-term career plans,
2        whether he -- he knew what he wanted to be doing
3        15, 20 years from then?
4   A.   Well, Jim -- it took Jim a while to find
5        journalism.  Jim -- I did not mention that while he
6        was at UMass Amherst, he taught in college.  He was
7        a teaching assistant.
8             So Jim had spent quite a few years teaching.
9        And he didn't think he was that good a teacher.  It
10       didn't -- you know, and when he found journalism,
11       he became quite passionate.  He found something he
12       felt was meaningful.  He felt it was a way he could
13       truly bring what was really happening in remote
14       parts of the world to the public here in the U.S.
15       He became very committed and passionate to that
16       work, and he loved it.
17            Jim was a scrappy kid.  He didn't -- he
18       didn't need much of anything.  And as a freelancer,
19       you don't have much of anything.  You get paid very
20       little.  It's kind of dangerous work.  But Jim kind
21       of didn't mind living on the edge.  He had always
22       loved camping or hiking or any of that stuff.  That
23       didn't bother him.
24            So a lot of it suited him.  He -- he
25       really -- really felt the work was important work,

1    worth risking his life, I guess, apparently.

2    Because when we tried to talk him out of it, he

3    said, I've made promises, Mom.  This -- I found my

4    passion.  This is what I'm meant to do.  I need to

5    do this.  And he really couldn't be dissuaded.

6        In the beginning, I was clueless at how

7    incredibly dangerous it was.  I was worried about

8    our kids in the military, and it turns out that

9    Jim's situation was much, much more dangerous

10   because he was there alone.  He had no security

11   team.  He had a little flak jacket that was really

12   too small for him.  He had a SAP phone that was --

13   you know, technology just really wasn't quite there

14   in those early years, 2011, 2012.  I mean, it's

15   evolved to a much greater extent.

16        But at that time, Jim did due diligence.  He

17   took SERE courses, hostile environment, first aid

18   training, took it very seriously, preparing to go

19   in conflict zones and how to take care of anyone

20   who might get hurt or injured.

21        So he took it very seriously, but he was

22   willing to take those risks.  I had no clue the

23   risks he was taking, to be honest, Josh.  I was

24   really very clueless.  So, you know, that was just

25   me.  I -- it took his first kidnapping in Libya for

Page 25

1      me to have an inkling of how dangerous his work
2      was.  You know, I just didn't know.
3   Q.  Tell me about that kidnapping, the first one.
4   A.  Well, it was -- you know, it was in the early
5      spring of -- it was about this time of year in
6      2011, because it was during Lent, I remember.  And
7      I had taken my mom out to lunch.  And I got this
8      phone call from someone at Human Rights Watch
9      saying that Jim had been kidnapped.  I thought,
10     What, you know?
11         Actually, I got that phone call from my
12     husband, who had been tracked down by this
13     gentleman from Human Rights Watch.  That's how it
14     was.  And we were in shock.  What?  You know, who
15     would want to kidnap Jim?  I mean, we were just
16     clueless, really.
17         And it was actually Jim's next older brother,
18     Michael, who took the lead in that.  Michael's a
19     very organized businessman.  And he really took a
20     hiatus from work and worked very intently with the
21     State Department on that abduction.
22         GlobalPost, whom he was working for a lot,
23     also did their best to work -- they worked hand in
24     hand with Michael and the State Department.
25         But it was actually a stranger who helped Jim

1    come out -- get out.  It was actually -- because

2    Jim was taken with a Spanish journalist, but also

3    with a freelancer named Clare Gillis, who had

4    freelanced for The Atlantic and McClatchy.  And

5    David Bradley in Washington was the owner of The

6    Atlantic at that time.  And so he took a particular

7    interest in this kidnapping and offered to help,

8    not just Clare get out, but also Jim.

9         So David helped get a team of researchers

10   together.  A lot of them were Teach For America

11   alum who were dear friends of Jimmy's who were

12   very, very worried about Jim.  And so they got

13   together and did a lot of research and figured out

14   who might be an in into Gaddafi's regime, if you

15   will.

16        So it was through their research they

17   identified a young woman from Vermont, of all

18   places, who was able, willing, had worked for

19   Gaddafi -- one of Gaddafi's sons, reached in,

20   persuaded him to release Clare and Jim.  And that's

21   how we got him home.

22        It was really miraculous.  It really wasn't

23   our country who got him out.  It was really David

24   Bradley and Jim's dear friends who pulled together

25   and -- and figured out a way and he came home.  It

Page 27

1    was a -- it was a miracle.

2          He came home in time.  He had promised -- he

3    had called me once from prison.  It was actually

4    the day before Easter.  And he -- just to reassure

5    me and tell me he'd be home for Katie's graduation

6    from college.  It was just surreal.

7          And he was home that night.  He flew into

8    Boston.  I mean, it was -- it was totally a miracle

9    that it happened, but it did.  What a blessing that

10   was.

11   Q.  So he got back from Libya.  Did he spend some time

12       in the States after that?

13   A.  Some.  He was very restless when he came home and

14       so eager to thank friends.  I mean, his friends,

15       they had put a Free-- Free Foley website together,

16       a huge campaign on Facebook and -- I mean, John and

17       I really did very little in that kidnapping.  It

18       was all his friends and his brother Michael.

19          And they -- so he came home, spent time with

20       us and all.  And we rejoiced and partied.  We had a

21       big celebration.  But then he began his tour.  You

22       know, he had a lot of friends to see in Chicago.

23       People wanted him to speak.  So he spoke about his

24       experience at Marquette, at Northwestern, all over

25       the country, had kind of a speaking tour, if you

Page 28

1    would, that summer, and then came back home.

2         And the GlobalPost offered him a desk job as

3    an editor in Boston.  And the end of that summer,

4    he lived with his brother and -- and wife and

5    family who lived near Boston and commuted into

6    Boston, did that for a short time, a few months,

7    but really wanted to get back into the field.

8         And the gentleman who had helped us know of

9    Jim's captivity at Human Rights Watch offered --

10   asked Jim if he wanted to come into Libya on a trip

11   with Human Rights Watch.

12        So Jim went back to Libya with Peter

13   Bouckaert from Human Rights Watch and did some

14   reporting for them and really kind of looked for a

15   job in some of those NGOs who wanted people who

16   wanted to do reporting on human rights, looked at

17   Human Rights Watch, Committee to Protect

18   Journalists.  But at that time, there really

19   weren't any positions, so -- but he looked and

20   finally decided it was just time to go back

21   in-country as a freelancer.

22        So was home for Christmas 2011.  And that was

23   his last Christmas at home.  And early the next

24   year, 2012, decided to go into Syria.

25   Q.  What was that last -- sorry.  Continue, please.

Page 29

1   A.   No.  Go ahead, Josh.

2   Q.   What was that last Christmas like?

3   A.   Just wonderful.  The only hard part was that,

4        because John was in the military, our middle son,

5        John, missed out on it.  I don't know -- I guess he

6        was stationed in Germany at the time.

7             So Johnny was not home, which was a hole.

8        But other than that, the rest of the family all was

9        home.  And actually, Jim's youngest brother got

10       married that Christmas.  And it was just an

11       incredible blessing.

12            My sister and -- and husband and their kids

13       from Houston came.  And it was just a -- all of our

14       Christmases were wonderful, though, Josh.  I mean,

15       our family's been blessed with a lot of -- lot of

16       wonderful memories.  But that was awesome.  It was

17       just wonderful.

18            But Jim was quiet.  You know, Jim was quiet.

19       He -- you know, quiet and loving, but not --

20       quieter than he used to be.  Jim was -- years

21       before had always been full of fun, and they'd have

22       riveting games of Risk and very competitive pickup

23       basketball games or football in the snow, that kind

24       of stuff.  And he was less playful.  You know, he

25       was definitely more serious, you know, more

Page 30

1          introspective.

2               Spent a lot of time on his computer being in

3          touch with people back in Syria and it turns out a

4          lot of students that he'd had and mentored in

5          Arizona.  Just quieter.  But it was still wonderful

6          to have him home.

7     Q.   So where did -- where did Jim end up next?

8     A.   Well, it was the beginning of 2012 when he chose to

9          go into Syria.  And he very deliberately prepared

10         on his shoestring budget.  He managed to get into

11         a -- like, a -- as I said before, several hostile

12         environment week-long courses.

13              He took one of the first -- the first aid

14         course that -- that developed after Tim

15         Hetherington's murder.  He took it all very

16         seriously and prepared in those ways the best he

17         could and then decided to go to Turkey and go

18         in-country and begin covering the -- what they were

19         hoping was going to be the Arab Spring in Syria.

20    Q.   Do you know what attracted him to that region in

21         particular?

22    A.   Well, I think at that point, you know, the Arab

23         Spring was spreading.  And in 2012 -- well, it was

24         actually 2011 when some of the protests started in

25         Syria.  But there was a great hope in that country.

Page 31

1    And -- and a lot of that was emerging then.

2           And there were a lot of peaceful protests in

3    Syria.  And Jim was very interested in witnessing

4    that history in the making, if you will.  And he

5    had gotten more familiar with the area from his

6    time in Libya.  He felt he had learned a lot from

7    his kidnapping and his time there.

8           He went in-country, taking a very low

9    profile, and very successfully went in and out of

10   Syria two times that year.  Came home in the spring

11   of 2012 to do a charity auction for a South African

12   journalist who had been killed when he and Clare

13   Gillis had been kidnapped in Libya.  He felt so

14   bad, 'cause he knew that Anton Hammerl had a new

15   little baby son and another young son.  And he

16   became really quite close to his widow, Penny, and

17   had promised to try to raise money for their

18   college.

19          So he and Clare did an auction at Christie's.

20   So he came home to New York that spring.  It was

21   probably May of 2012.  And I remember going to

22   New York and meeting Jim there and kind of being

23   appalled.  It was a last-minute deal.  And they had

24   all these beautiful photographs.  He had asked

25   photographer friends from all over to just please

Page 32

1     send their best, donate their best photograph,

2     'cause they were going to donate and raise money

3     for Anton Hammerl.  And people had sent in some

4     amazing photographs.  And -- and we came a few

5     hours before the auction and, oh, they were just

6     all pulling it together.  It was really stressful.

7     But by golly, they pulled it off.

8          And Christiane Amanpour was the lead speaker.

9     They made a couple of hundred thousand dollars.  It

10    was amazing the money they made for the family.

11    Penny flew in from London.  It was very successful.

12    And Jim felt so good about it.  And anyway.  That

13    was a high note.

14          And -- but then that summer, shortly after

15    that, he went back into Syria.  And he had worked

16    quite a bit with several -- one colleague in

17    particular, Nicole Tung, a talented female

18    journalist.  And they had kept a very low profile.

19          But it was that summer of 2012 when he met

20    the British journalist John Cantlie.  And actually,

21    John was kidnapped that summer in Syria.  And Jim

22    was very concerned about that.  And then shortly

23    after that, another colleague of his, Austin Tice,

24    was kidnapped in August of 2012.

25          Now, Jim was beside himself about that,

Page 33

1    because these were two young men he had cared

2    about.  So when he came home -- he came back home

3    in September, late September 2012 -- tried to reach

4    out to the Tice family and tried to do whatever he

5    could to follow any leads about Austin.  Was very

6    concerned about John Cantlie also.  And I remember

7    all that in the background, that Jim being very

8    upset and concerned about that.

9         But he still -- I mean, he took time to be

10   home.  It was his 39th birthday in October, so he

11   made time to come home and see all of us, check in

12   with all of us, let us know he was fine and he'd be

13   back for Christmas.

14        And then he decided to go back in-country

15   and -- yeah.  End of October.  And we really -- you

16   know, we really pushed.  His friends pushed real

17   hard to keep him home.  He had a girlfriend, a dear

18   girlfriend, dear friends in Chicago who got angry

19   at him.

20        His older brother -- his next oldest brother,

21   Michael, was -- was mad.  I mean, he had put his

22   own work and family on hold to get him out of

23   Libya, and here he wanted to go back in and -- even

24   though he knew kidnappings were occurring.

25        Several people were angry at him.  But he

1       was -- he was determined, so...

2   Q.  So he went back into Syria.  When did you first

3       learn that -- that something had gone wrong?

4   A.  Well, we had a -- the last time I spoke to him was

5       I think around November 11th.  My -- I had a

6       103-year-old aunt who Jim knew I cared for very

7       deeply.  And she had died.

8            And I was at work, so I didn't have much

9       time, but he called me just to tell me how sorry he

10      was, that he had heard that my aunt had died.  And

11      he was on his way into Syria and just wanted to

12      tell me he was thinking of me.  And that was the

13      last time I heard his voice.

14           And then Thanksgiving came.  And actually,

15      Katie had been texting with him when he was at an

16      internet cafe that morning.  But we didn't hear

17      from him.  We didn't get a call from Jim, which was

18      kind of ominous, because Jim always kept in touch,

19      particularly on the holidays, particularly on

20      birthdays.  He was a very thoughtful person.  And

21      it was his tie to us.  So it was odd that we didn't

22      hear from him that Thanksgiving.

23           But we just prayed and we just kind of

24      thought, well, he's probably, you know, just

25      getting himself organized.  And then we got a phone

1    call early the morning after Thanksgiving of 2012.

2    His dear friend Nicole -- and colleague Nicole Tung

3    called, along with his colleague Clare Gillis to

4    say that Jim didn't show up at their meeting the

5    night before, and that he, in fact, had been

6    kidnapped.

7         He and John Cantlie were kidnapped.  Their

8    fixer and driver was momentarily held, but he was

9    released.  But that's how we knew --

10   Q.  The driver was released?

11   A.  The driver was released.

12        (Court reporter requested clarification.)

13        MR. PERLES:  Well, I had asked earlier when

14   she first knew something was wrong.  And I believe

15   Diane was -- was explaining what Nicole had told

16   her on the phone.

17   Q.  So I'll pass it back to you, Diane.

18   A.  Yes.  So they were very upset.  Nicole and Clare

19   were so dear.  And Nicole held down the fort there

20   for that first week -- weeks, you know, just trying

21   to field all the rumors, where had he gone, who had

22   taken him.

23        The driver was a dear friend of theirs.  He

24   was a Syrian.  The poor kid didn't know who had

25   taken him.  He really couldn't tell.  You know, he

1    just didn't know.  They thought it might be some

2    sort of a jihadist.  But there were a lot of

3    criminal gangs.  He really didn't know.

4         So poor Nicole offered to stay on the border

5    in Turkey and field all the rumors, do what she

6    could to hold things down until we could get

7    someone to help.

8         And Jim had disappeared.  Jim and John had

9    disappeared.  Excuse me.  And so we were in shock.

10   We were incredulous that it could happen again.

11   Again, so clueless.  We really were clueless.

12        And Jim hadn't spoken much about it.  And

13   it's only in hindsight, you know, that I know about

14   all these other kidnappings that he was concerned

15   about, that he knew about.  He knew the dangers.

16        In hindsight, they shouldn't -- should not

17   have -- they were on their way back to the border.

18   They were supposed to meet Nicole that evening, he

19   and John.  And they made a fatal mistake.  They

20   stopped at a -- at an internet bar near the border

21   in northern Syria to download some videos.  They

22   were so anxious to get some of their work out, if

23   you will, to the media outlets.

24        And, you know, it was just hard.  I think

25   John was a little more outspoken.  He spoke with a

1    British accent.  He was more obviously a Westerner.

2    Jim was dark and had a dark beard.  He was dark,

3    like myself, and quieter and he kind of had blended

4    in more.

5         And I think, you know, the people apparently

6    contacted some people that Westerners were in the

7    internet cafe, because shortly after they took off

8    to leave, that's when they were kidnapped.

9         So we didn't know what to do.  Within a week,

10   the -- I mean, we really had no idea what to do.

11   Within a week -- or probably it was only a couple

12   days, Consular Affairs called to let us know Jim

13   had been kidnapped.  But we knew that, you know.

14        And then, finally, FBI contacted us and

15   actually sent us an agent to our home.  But that

16   was really scary, because this agent suggested we

17   ask President Assad for help.  He had no idea what

18   was going on in the country.  He knew no Arabic.

19   He didn't ask us for any information, like his --

20   about his cell phone or his passport or anything.

21   And I don't know if he was a rookie or what.  I'm

22   sure he meant well.  But he was the one assigned to

23   go in-country to help find Jim.

24        So that was upsetting right there, because he

25   had never been to the Middle East, to my knowledge,

1    and, again, didn't know the language.  It was so --

2    so upsetting.

3         But what was reassuring at that time was

4    GlobalPost, because of Jim's kidnapping the year

5    before, now had purchased some insurance that

6    allowed them to hire a security team.  So they

7    hired a security team to help find Jim.

8         And that was a saving grace to me.  I was so

9    grateful to GlobalPost that they were willing to do

10   that.  And so they also got someone in-country as

11   fast as they could, before FBI, and trying hard to

12   follow all the leads they could, where he'd gone

13   and whatever.

14        But it was a very confusing time.  Jim had

15   disappeared.  And everyone had their theories about

16   where he went.  And the FBI kept calling us, asking

17   us what we knew, not telling us anything.  So we

18   didn't know if Jim was dead or alive for the next

19   nine months.

20        And the GlobalPost security team became

21   convinced that Sadaad's criminal gangs had captured

22   him and he had been taken to Damascus.  But I

23   didn't think so.  I didn't -- I didn't -- I don't

24   know why.  It was so stupid.  I should have agreed

25   with them.  But part of me just didn't -- it didn't

Page 39

1    make sense to me.

2         And so David Bradley again offered his help.

3    And I was so grateful, because David was willing to

4    listen to our gut feeling and -- and willing to get

5    his research team together again.  David -- it was

6    thanks to David that we found out that Jim was not

7    alone, that he wasn't the only Western hostage at

8    all, but he was one of 18 Western hostages, four of

9    whom were Americans.

10         And it was David Bradley that helped us get

11    together, meet -- meet the other hostage families,

12    and begin to try to get some attention from our

13    government.

14   Q.   So taking a step backward in time, you got a phone

15    call from one of Jim's colleagues telling you that

16    he had been kidnapped.

17   A.   Yeah.

18   Q.   How long was it until you heard from the

19    government?

20   A.   You know, Josh, I wish I kept a clear diary, I

21    really do, in so many ways.  How I wish I was that

22    kind of meticulous, organized person, because it

23    probably was sooner than it felt.  It felt like it

24    was -- Consular Affairs called us first definitely.

25    And they may have been within a couple days.  But

```
 1        FBI, maybe within the week, you know.  I don't
 2        think it was sooner.
 3    Q.  So you spent --
 4    A.  Because -- sorry.
 5    Q.  You spent days knowing that Jim had been kidnapped
 6        and -- and having -- did you know what to do?  What
 7        was that time like before --
 8    A.  I just went to pray.  I mean, I just felt so
 9        horribly helpless, powerless.  I had no clue what
10        to do, Josh; I really didn't.
11            You know, Michael was kind of mad at Jim, to
12        be honest, that he'd gotten himself in this
13        situation again, understandably in some ways.
14            I was just frantic, you know.  And that
15        happened -- see, Thanksgiving would have been on a
16        Thursday.  So we got the call Friday morning.  So
17        it was the weekend.  So in all fairness to
18        government people, it did fall on a holiday
19        weekend.
20            So we prayed, you know, and we talked among
21        family.  And when FBI did call us, they told us not
22        to tell anybody.  Okay.  So that made us even feel
23        more frantic and powerless, 'cause they weren't
24        telling us anything.  And, well, we don't tell
25        anybody, well, how are we going to help Jim?  How
```

Page 41

```
 1      are we going to find him?  At least that's what I
 2      was feeling.  I was frantic.  I was so frantic.
 3           And thank God I believe in a merciful God,
 4      because I was able to pray.  And my family's
 5      wonderful.  Our daughter is just wonderful and
 6      people at our church.
 7           But I couldn't tell anybody yet.  So that was
 8      the part that was hard.  So all through Christmas,
 9      you know, getting ready for Christmas and we had
10      some beautiful grand- -- little grandchildren at
11      that point.  And thank God for them.  I mean, we
12      have a wonderful family.  But it was a horrible,
13      horrible Christmas.  It was just so horrible
14      because we were so -- so worried.
15           But at the same time, we were hopeful,
16      because we knew Jim was resilient, knew he was
17      strong, knew he was cunning, really, and very
18      strong in a lot of ways, you know, not just
19      physically, but mentally and spiritually strong.
20           And -- and he -- you know, so we were very
21      hopeful too.  And -- and like I say, Phil Balboni
22      from GlobalPost, David Bradley gave us hope.  But
23      it was a very, very frightening time.
24   Q. How did you go about your day-to-day lives with
25      this hanging in the background and not being able
```

Page 42

1       to talk to anyone about it?

2   A.  Well, it was very hard.  I was grateful for my job.

3       I mean, I was a family nurse practitioner at that

4       point, a job I loved.  You know, I had a wonderful

5       job.

6            And, you know, John and I both worked full

7       time 'cause our kids were in school, college and

8       whatever.  And we just kept busy, you know.  And I

9       prayed an awful lot and went through the motions,

10      you know, and, you know, did all I, you know -- you

11      know, we met with FBI.  We met with the security

12      team from GlobalPost.  We kept talking to Nicole.

13      We kept -- you know, we didn't really know what we

14      were doing, Josh.  We had no idea what to do.

15           So we -- we just went through the motions,

16      you know, of living and eating and working and

17      praying and -- and trying to do what people were

18      telling us to do.

19  Q.  So you mentioned that for the next nine months, you

20      had no idea whether Jim was alive or dead or, if

21      alive, what kind of conditions he was in.

22  A.  Right.

23  Q.  What changed?

24  A.  Well, first of all, it was before that, in -- I

25      just couldn't stand not telling anybody, because,

1    for one thing, I needed help.  We needed to find

2    Jim.  And we just couldn't -- we just had no

3    feeling that our government was helping.  We had

4    no -- you know, we had this young...

5         COURT REPORTER:  She froze.

6         MR. PERLES:  Yeah.  She froze on mine too.

7    Could we pause the record for a moment and see if

8    we can get her back on?

9         THE VIDEOGRAPHER:  Yes.  The time is 9:56.

10    We are off the record.

11         (Recess taken.)

12         THE VIDEOGRAPHER:  The time is 10:06.  We are

13    on the record.

14         MR. PERLES:  Thank you.

15    Q.  (BY MR. PERLES)  Diane, when we got cut off, I

16    believe you were discussing your decision regarding

17    going public or not going public.  Do you recall?

18    A.  We were frantic, Josh.  You know, I guess I was

19    frantic, you know, particularly.  I can only speak

20    for myself, but I know the rest of the family in

21    their own way were going through hell, you know,

22    missing Jim, worried about him because he had

23    vanished.  No one really knew where he was.

24         It's okay, honey.  Excuse me.  Off the

25    record.  My husband just came home.  I want

Page 44

```
 1        to thank him.  We're all set, sweetie.  Thank you.
 2        The whole thing went off.
 3               (Zoom crosstalk.)
 4               THE VIDEOGRAPHER:  We're still recording.
 5   Q.   (BY MR. PERLES)  Would you like us to take a quick
 6        break, or --
 7   A.   No.  No.  No.
 8   Q.   -- should we continue?
 9   A.   I'm so sorry.  I just had to explain to my husband.
10        All right.
11   Q.   No, that's perfectly fine.  It's a brand-new world
12        we're operating in.
13               Please continue.
14   A.   So anyway.  So we made a decision that we would go
15        public, because we wanted to ask the journalist
16        community to see if they could be of any help in
17        helping us find Jim, figure out who had him, where
18        he had gone, if he was alive.
19               So we contacted FBI.  And FBI was very
20        gracious.  They sent some good people from Boston
21        to accompany us and give us some advice and be
22        there with us.  And we had our first press
23        conference that January.  And from then on, we
24        started really looking for press coverage in hopes
25        of finding Jim.
```

Page 45

1       And it was actually that spring I finally had

2    to quit my job, because Michael didn't feel he

3    could undertake this again, understandably.  His --

4    he had two little guys under the age of five and

5    was -- had a very big job.  And so I decided I

6    would quit my job and try to begin trips to

7    Washington and do as much media as I could to find

8    Jim.

9       That was probably not a smart thing to do.  I

10   think we ended up making Jim more valuable.  But at

11   the time, I was frantic because I felt like nobody

12   was listening.  It seemed like no one in Washington

13   really cared.  I tended -- I was shuffled back and

14   forth between an FBI meeting or a State Department

15   meeting.  No one at the White House wanted to see

16   us.  And we always saw mid-level people at the

17   State Department.  I never met with the Secretary

18   of State.

19       No one was really interested.  And I was

20   frantic, 'cause I wanted someone to help us find

21   Jim.  And I didn't know Washington.  I was a nurse,

22   a nurse practitioner.  I really was just frantic.

23   I really didn't know how to get help.  I didn't

24   know who to ask for help.  And I didn't do a great

25   job, but I tried.

1   Q.  How did you first start learning about what had

2       happened to -- to Jim and where he was?

3   A.  Thank you, Josh.  It was actually September,

4       September of 2013.  We first got a call -- I don't

5       know if it was a call.  I think it was more of an

6       e-mail, some e-mail interaction with a young Syrian

7       fellow who had actually accompanied Kayla Mueller

8       in-country and he was able to get out.

9           And so he reached out to us and said he'd

10      heard Jim's name.  He'd heard James Foley.  He had

11      heard the name Jim.  He had not seen him, but he

12      felt fairly sure that he had heard some English

13      spoken and also some French.  So, you know, he

14      really was quite helpful trying to tell us that he

15      thought Jim was alive.

16          And this was in northern Syria, not Damascus,

17      not in Assad's custody, but instead in more of a

18      jihadist-type custody.

19          And then, within a few weeks after that, we

20      got -- I got a frantic kind of a Zoom call.  Was

21      it?  It couldn't have been Zoom then.  It must have

22      been Skype.  But this man was calling me from

23      Belgium.  And no one wanted to talk to him.  And I

24      thought, well, I'll talk to him.

25          And it turns out he was the father of a

1    Belgian jihadist who had returned home from Syria

2    and had spent quite a bit of time with Jim.  And he

3    was very kind and really -- to take the time.  He

4    was very reassuring.  He said his son had seen Jim,

5    spent time with Jim, could tell us exactly where

6    Jim was, could tell FBI, not to lose hope, that

7    they could tell FBI exactly where he was.

8         So that's when, boy, our hope really soared.

9    And that was in the early fall.  And by then, we

10   had a better FBI agent, a really good young man,

11   very sharp, very willing to help and -- so he was

12   in Belgium within a week deposing this young

13   jihadist and getting all the information, the exact

14   location of where they were.

15        So our government knew where the -- where Jim

16   and the other Americans were from that fall of

17   2013.  And so we had huge hope at that point.  And

18   at that point, we were -- I was starting to get a

19   little higher-level meetings, thanks to our Senator

20   Shaheen from New Hampshire.  She helped me to get

21   in touch with Samantha Power.

22        Well, first, it was Susan Rice, actually,

23   when she was the UN ambassador.  And Susan was very

24   sympathetic, listened very sympathetically,

25   suggested we talk to the Syrian ambassador.  We did

1    several times.  And he said the terrorists had him.

2    He made it very clear that Assad didn't have him.

3    And -- but other than that, really weren't any

4    help.

5         But we persevered.  And eventually Susan

6    became the National Security Advisor to President

7    Obama.  So she did receive me at the White House in

8    January of -- but I'm getting ahead of myself.  So

9    I did get to talk to her there.

10         But anyway, we were hopeful.  And it was

11    shortly after that, in November of 2013, a full

12    year after Jim had been kidnapped, that we got an

13    e-mail from Jim's captors.  And they offered to

14    give us proof of life.  And they told us how stupid

15    we were and how stupid our government was and

16    whatever, but -- and that they had James Wright

17    Foley.

18         And they asked for proof of life questions.

19    And actually, it was Michael who came up with some

20    questions that only Jim could know the answer to, I

21    didn't know the answers to.  And Jim answered them

22    right on.  We knew they had Jim by that Christmas.

23    We knew it.

24  Q.  What were they demanding?

25  A.  Well, they demanded initially, like, 100,000 euro

1    and all Muslim prisoners be released.  So FBI would

2    not, could not interact with them.

3         But they were kindly advising us, were

4    willing to look at the e-mails, and told us to just

5    be ourselves, tell the truth, tell them that we had

6    no government influence, we had no influence over

7    prisoners, no money to -- no money in that realm,

8    that type of money, and to just keep talking to

9    them and tell them what a good person Jim was and

10   that we were just an ordinary family, nothing

11   extraordinary, no power to do any of those things.

12        So we did.  We just were ourselves.  And

13   actually, Michael tried to help us craft some of

14   the e-mails back and forth.

15        So we went back and forth with e-mails from

16   end of November until the end of December of 2013.

17 Q.  How did they respond to -- to your response that

18      you had no influence over U.S. foreign policy?

19 A.  Well, they weren't interested in that.  They wanted

20      influence.  They wanted to talk to our government.

21      So they just stopped.  End of December, stopped.

22      They just stopped.  And we kept trying to send

23      e-mails, but no answer at all.  It just went dead.

24          And so it was that January of 2014 when Susan

25      Rice invited me to come to the White House and was

Page 50

1    very kind.  And I showed her the e-mails on my

2    iPad, you know.  And, you know, at first, she

3    seemed to be kind of interested and -- and, you

4    know, said, Well, you better show these to FBI.

5         And I said, Well, I have shown these to FBI,

6    you know, and we're working with FBI.  But FBI

7    can't help us with this negotiation.  Can you help

8    us?  And she just sent me back to FBI.  And that

9    was that.

10        So that's when David Bradley really started

11   to pick up trying to help us, because that -- he,

12   through his research, had found out that Jim was

13   not alone, that -- that at the same time we were

14   receiving phone call -- e-mails, the Sotloff family

15   was receiving e-mails.

16        And that, also late that fall, Peter Kassig

17   had been -- had been kidnapped.  And -- and as I

18   had mentioned, Kayla before had been kidnapped.  So

19   at that point, there were four Americans.

20        And David helped me get in touch with those

21   other families.  And he helped us come together in

22   Washington in the spring of 2014 to try to get some

23   attention.  No one was listening.  We just couldn't

24   get anybody's attention, anyone with any interest

25   or responsibility for helping.

Page 51

1          There were a lot of kind people.  I don't
2      mean to -- 'cause people were patient with us
3      and -- but they were kind of patronizing, you know,
4      patting us on the head.  Jim.  Jim's our highest
5      priority.  They kept telling us, He's our highest.
6      Well, if he's our highest priority, what are you
7      doing?  Nothing, you know.  It was -- it was just
8      so frightening.
9          But anyway, David enabled us to have a
10     meeting with all the families with Lisa Monaco, Jen
11     Easterly, Jake Sullivan.  That was the
12     highest-level meeting we ever got that spring.
13         They were very kind, listened very kindly,
14     but never told us that the President was very
15     against negotiating with terrorists, never told us
16     plainly what I should have figured out but I
17     didn't.  I didn't know that politically the
18     President was never going to negotiate with the
19     terrorists, that we were really on our own.  And no
20     one ever really told us that.  They kept telling us
21     that our kids were the highest priority, but
22     nothing else.
23         So FBI also met with us.  State Department
24     met with us.  We met with a lot of people.  But
25     nothing seemed to come of it.  The only thing that

Page 52

1    came of it that was hugely memorable is the White

2    House sent representatives from the National

3    Security Council, Mark Mitchell, who very cruelly

4    told us that our government would never mount a

5    rescue mission for these Americans, would never ask

6    another country to help, and that if we chose to

7    raise ransom for him -- them, for our kids, that we

8    would be prosecuted to the full extent of the law.

9         And he said that twice to us.  He said that

10   in person in one of our meetings and then repeated

11   it in -- on a conference call later in early

12   summer.  And I was incredulous about that.  And it

13   took that to make me finally realize that our

14   government was going to do nothing.

15        And, of course, that was too late.  Much too

16   late.  But that's when I had some pro bono counsel.

17   Patrick Rowan had generously offered to counsel me

18   and told me that no American family had ever been

19   prosecuted for raising ransom to get their loved

20   one out of a kidnapping.  And so we decided to try

21   to raise pledges of ransom.

22        So we had several of our friends.  Committee

23   to Protect Journalists helped me get a filmmaker.

24   Another just generous guy out of California put

25   together a video so people would know who Jim was.

```
 1        He certainly wasn't a well-known journalist or
 2        anything.  He was just a freelancer.  But we put
 3        together a video of his plight, what was going on,
 4        and how we really needed help to bring him home.
 5             We never raised any money to speak of, but we
 6        did raise nearly a million dollars in pledges in
 7        hopes that the captors would answer an e-mail and
 8        would interact with us again, because then we would
 9        tell them that, in fact, we had some money and
10        would -- we wanted to negotiate.
11             So that's where we were in June of 2014.
12   Q.   At that point, you -- you weren't able to reach
13        Jim's captors again?
14   A.   No.  They never answered us.  And it was --
15        actually, I made my second trip to France in July.
16        Because by then, the French journalists had come
17        home.  And all of the freed Western hostages --
18        first the Spanish came home.  And each of them very
19        kindly called and reassured us that Jim was strong
20        and healthy and fine; he was going to, you know,
21        make it through.
22             Then the French called, also wanted to help.
23        Didier Francois was particularly helpful and
24        brought specific information from the captors to
25        give to our government and to the British and to --
```

1    I think that was the last effort from the jihadists

2    to actually try to negotiate with our government.

3          But I don't know what happened to it.  I

4    think it -- they interacted with mid-level

5    government people, never with the top.  And in

6    retrospect, President Obama had already decided he

7    was not going to negotiate with them in any way.

8          So I frantically went to France, trying to

9    hope to get more information from the embassy

10   there, from the -- from Didier Francois

11   particularly, Nicolas Henin also, and the other two

12   young French journalists to see if -- if they had

13   any ideas of how we could possibly reach them and

14   get -- and get their help.

15         So I went back to France that July of 2014.

16   And it was when I was about to return John called

17   me to tell me that the -- the captors had e-mailed

18   us.  And I thought, Well, great.  We can tell them

19   we have this money that we can ransom them.  So I

20   -- I really didn't even want to look at -- the

21   actual e-mail was horrific, because they were

22   threatening to kill Jim.  And, yeah.

23         So then I came home.  And, you know, we told

24   them we had -- we were willing to negotiate, that

25   we had pledges of money to ransom Jim.  But they

Page 55

```
 1        weren't interested in that at that point at all;
 2        that's not what they wanted.
 3   Q.   You mentioned European hostages being released.
 4        When you learned about that, did it -- did it give
 5        you hope?  How did you feel?
 6   A.   Oh, yes.  Huge hope.  Because they were all so
 7        kindhearted.  I was so grateful that Jim was --
 8        was -- that the last years of his life were with
 9        such beautiful people.  They were just kind.
10             John and I -- actually, I went with my
11        brother -- Spanish brother-in-law to Barcelona to
12        meet with the Spanish returned hostages.  And
13        they -- they just were wonderful people.  And then
14        the French, so -- they were all wonderful.
15             I mean, Federico Motka, the Italian
16        journalist -- no, he wasn't a journalist.  Excuse
17        me.  Fred was an aid worker and a brilliant one.
18        And he, on his own dime, came to the United States
19        twice and tried hard to get attention for the
20        American hostages, telling our government exactly
21        where they were, how to, you know, find them, just
22        giving them any information they wanted.  Fred was
23        so kind.
24             And then it was -- the final Western hostage
25        to be released was Daniel Rye, the Danish hostage.
```

Page 56

```
 1      And -- and Daniel was the young man who so kindly
 2      memorized a letter from Jimmy.  Because really,
 3      those were the -- that memorization were the last
 4      words we ever had from Jim.
 5           So they were all wonderful.  And they all
 6      gave me hope.  I guess what made me real- -- lose
 7      hope was the -- towards the -- May of 2014, after
 8      Mark Mitchell had so clearly told us our government
 9      will not help you, you know.  And I guess I wish I
10      had heard that truth earlier, that our government
11      was not planning to negotiate and could not help
12      us, period.
13           If we had known that, I wouldn't have wasted
14      thousands and thousands of dollars and hours in
15      Washington begging people to hear me.  We would
16      have used that money to maybe get a security team
17      of our own or -- or -- anyway, we wasted so much
18      time in Washington when they never planned to help.
19      Our government had made a decision not to negotiate
20      for these Americans, but I found out much too late.
21  Q.  I don't know if these hostages discussed it with
22      you, and I -- I hate to ask but I must, but do you
23      know what kind of conditions Jim was being -- being
24      held in by ISIS?
25  A.  No.  They were so cute.  They -- they never wanted
```

Page 57

```
 1       to share any of the bad stuff.  They just really
 2       didn't.  I really -- they were always telling the
 3       good stuff.
 4            And it -- but it was good that there was good
 5       stuff, you know.  So -- but no.  No.  It was really
 6       more through the movie, through Jim's friend Brian
 7       Oakes, the filmmaker, who actually interviewed them
 8       more in depth afterwards that I learned more about
 9       the cruelty and all that.  Yeah.  It was -- it was
10       then.
11            Because they were trying to give us hope.
12       You know, they really were trying to keep us
13       hopeful.  But it became increasingly clear, but
14       again much too late, that the British and American
15       governments had chosen not to negotiate in any way.
16       So they were not going to be able to help.  And
17       they were not going to help.  They were not going
18       to let FBI or CIA or anybody else help.  So that
19       became clear a couple months before Jim's murder.
20  Q.   I can't even imagine and all I can ask is for you
21       to do your best to put it into words, but what is
22       it like as a mother knowing that your child was
23       tortured?
24  A.   Excuse me.
25  Q.   Sure.
```

Page 58

1    A.   Can I stop a moment, please?

2    Q.   We can pause the record for a moment.

3    A.   Off the record.

4    Q.   Hold on one second.  We're still on the record.

5            MR. PERLES:  Howard, can you please pause the

6        record.

7            THE VIDEOGRAPHER:  You want to go off the

8        record?

9            MR. PERLES:  Yes, please.

10           THE VIDEOGRAPHER:  The time is 10:29.  We are

11       off the record.

12           (Off-record discussion.)

13           THE VIDEOGRAPHER:  The time is 10:31.  We are

14       on the record.

15           MR. PERLES:  Thank you.

16   Q.   (BY MR. PERLES)  Diane, I interrupted you in the

17       middle of a very difficult question, but one I'd

18       still like you to try to answer.

19           Could you explain to the court and to me and

20       to the public, really, what it was like as a -- as

21       a mother to find out the -- the inhuman conditions

22       and torture that your son had been subject to?

23   A.   You know, I mean, it was -- what do you -- you

24       know, it was just horrible.  Yeah.  It's just -- to

25       be honest, I didn't dwell a lot on that.  I -- I

Page 59

1    dwelled a lot on praying for Jim to be strong and

2    to be resilient and to have faith that he could

3    endure and that we were going to try to do

4    everything we could.

5         During that time, because I didn't know much

6    about the torture he was enduring, I was more

7    frustrated with our government and the fact that I

8    didn't have any help to bring Jim home.

9         I had felt so hopeful about Jim coming home.

10   And I had believed our government when they told me

11   that he was their highest priority.  I had trusted

12   in that.  And that's why I had quit my job and

13   spent hours in fleabag hotels, so many nights, just

14   trying to find someone in Washington to listen.

15        So that was my -- the anguish I was going

16   through at that time, to be honest.  I did not know

17   about Jim's torture until much later.  So it was --

18   my personal torture at that time was my difficulty

19   finding help.  And -- and -- but that doesn't

20   answer your question.

21        You wanted to know, after -- see, I didn't

22   find out about Jim's torture till long after he had

23   died, and -- and only in snippets, because no one's

24   wanted to tell me that.

25        So hostages who were freed who -- who have

```
 1        become friends have never wanted to tell me about
 2        that.  They've always wanted to protect me from
 3        that.  I mean, you know, they're good people.  And
 4        they knew that would be painful for us and that
 5        we -- that wasn't going to be helpful to us.  So
 6        they really tried to protect us from that as much
 7        as they could.
 8   Q.   But you have encountered some information about
 9        that since -- since Jim's death?
10   A.   Oh, sure.  Sure, I have.  But I also have not
11        wanted to dwell on that.  I mean, that -- no.  I
12        didn't need to dwell on that, you know.  So, no.  I
13        was -- I was focused on bringing Jim home.  That
14        was my -- that was my hope, so...
15   Q.   I understand.
16   A.   Anyway, yeah.  And FBI, you know what was odd?  The
17        morning Jim -- that's what John was trying to
18        remind me to say, is the morning that Jim was
19        killed -- murdered -- the morning we found out Jim
20        was murdered, FBI came to our house from Boston to
21        get our DNA.  It was so weird.
22             And yet they seemed to know nothing about the
23        murder.  They were just as kind and sweet as they
24        always had been, but wasn't that odd timing?
25             And it was later that day that an
```

Page 61

1    emotional -- it was August 19th.  Beautiful August
2    morning.  It's just beautiful here in New England
3    in August.  And I was sitting at our kitchen table.
4    My sister was with me.  And this frantic female
5    journalist called me sobbing.  I could hardly
6    understand what she was saying.  And she said --
7    she said, Have you seen Twitter?  And I said, No.
8    I didn't know much about Twitter.  And, you know --
9    and she just kept crying and hung up.

10         And so I went onto Twitter.  And that's where
11   I saw the horrific picture of Jim's beheading.  I
12   certainly did not watch the video, but I wanted to
13   look at the picture to see if it possibly could be
14   Jim.  And it really looked like Jim.

15         So I reached out to FBI agent, as did
16   Michael; reached out to our whole family.  We all
17   reached out to our FBI agent.  And everybody.  I
18   actually reached out to everyone I knew in the
19   State Department and anybody.  And no one got back
20   to me.  Nobody.  Nobody got back to us.  Nobody.

21         We found out that night on TV when President
22   Obama said Jim had been murdered.  We -- that's how
23   we found out that that image was authentic and that
24   Jim had, in fact, been killed.

25         I was so appalled.  I was so appalled at our

Page 62

1    government.  I just was angry.  You know, I was
2    angry.  Really angry.  I had believed -- I believe
3    in our country.  I had voted for Obama.  Jim had
4    fund-raised and voted for Obama.

5        And that our government would lie to us and
6    just not even have the decency to call us, I just
7    was -- I just couldn't believe it.

8        I was so, so, so angry.  I was just so angry.
9    Because they had no idea what Jim was like.  He was
10   such a wonderful person.  All of the four Americans
11   were certainly worthy of a little phone call to
12   tell us what they knew.

13       It was just appalling that we were treated
14   like -- like nothing and that Jim's life was
15   nothing to our government.  Nothing.  It was of no
16   consequence.  It was -- it was just -- I was so
17   upset.

18       But anyway, that's why shortly after that,
19   within a few weeks, really, I was determined that
20   we had to -- had to do something to not let this
21   keep happening, that Americans, people -- U.S.
22   persons with a passport should have the backing of
23   our government.

24       At some point I realized Jim wasn't a famous
25   person, but he was a good person.  And he was a

Page 63

```
 1        brave American in Syria, trying to bring us news
 2        about what was happening.  It was just awful that
 3        our government would lie to fellow citizens.
 4   Q.   Diane, would you like to take a break, or do you
 5        want to keep going?
 6   A.   I don't know.  I've just got a bad headache at the
 7        moment.  One second.  It's just so bad.  It was
 8        just so bad.
 9             And I had to pray not to be better, because I
10        didn't want to be better.  I knew that God was with
11        me and had been with Jim and that maybe that was
12        the only way Jim could be released from his
13        suffering, and maybe that was the most merciful
14        way.
15             I'm sorry.  I've just got a bad headache
16        right now.
17   Q.   We can take a break if you need to.
18   A.   Well, I want to get this over with.
19   Q.   We're close to the end, I promise.
20   A.   Okay.  Okay.  Okay.  Yeah.
21             Anyway.  So it was after that we decided
22        that -- I decided, along with some of Jimmy's
23        dearest friends, that we had to keep Jim's legacy
24        of goodness and belief in our government and --
25        alive, that we had to prevent other families from
```

Page 64

1    going through what we had gone through, and we had

2    to do something good with the horror and with this

3    nightmare, that some- -- there had to be something

4    good that would come out of it.

5         And that's when we decided to start the James

6    Foley Legacy Foundation that is -- and partly, that

7    came from -- money started pouring in from all over

8    the world, money and cards and -- and letters and

9    pictures and paintings and everything.

10        It's like, at the apex of so much hatred that

11   caused Jim's murder -- John -- at the same time, it

12   was like God was pouring goodness and love on us,

13   that people flooded us with love.  We had buckets

14   of mail, literally, with just our name and

15   New Hampshire and it came to our home.

16        The outpouring of love was extraordinary and

17   just lifted us and just carried us through that

18   horrible time.  People were so good.  Food came.

19   Just -- it just -- Jim's friends flooded our home.

20   It was just -- people were just so good.  So that's

21   what got us through all of that.

22        And we had an amazing -- we actually had two

23   funerals for Jim, because people kept wanting to

24   come and give their respects for Jimmy.

25        We had one within a month of his murder and

1    then had to plan one a month later because people

2    wanted to come from overseas and all that.  So Jim

3    was just so loved.

4         And that's when everyone started telling me

5    what a difference Jim had made in their life.  I

6    didn't even know.  That's the sad part, you know,

7    as a parent, to not know what a difference your son

8    is doing in the world.  I hadn't known.  Jim was so

9    much older than little Katie, that I was so busy

10   with the kids, then work.  And Jim never talked

11   about himself.  So anyway.

12        But it was also beautiful and heartening that

13   Jim had made such a difference in just 40 years on

14   this earth, that he had touched so many hearts

15   and -- with love and hope and...

16        So he was challenging me now to make a

17   difference.  He was kind of handing his baton to

18   me.  And it was a huge challenge, 'cause I had no

19   idea how to run a foundation or -- or advocate for

20   a hostage family.  I had failed miserably to bring

21   Jim home, so I had no clue what I was doing; but I

22   knew I had to try.  So we began the foundation

23   then.

24        But I -- I've lost track of where we are.

25  Q.  No, that's -- that's -- that's perfect.  I have a

Page 66

1       few other questions.  Honestly, I think I can -- I
2       can get this other information from John or from
3       the rest of your family.
4    A. Well, I can -- I can do my part here.  Whatever.
5       What are --
6    Q. I'll keep going, but if -- we're close enough if at
7       any point it's --
8    A. Okay.
9    Q. -- too much --
10   A. Good.
11            (Zoom crosstalk.)
12   Q. Okay?
13   A. Yeah.  Yeah.  Absolutely.
14   Q. So -- and you've alluded to a lot of this, but I
15      need to ask explicitly:  How has Jim's death
16      affected your family dynamics?
17   A. Oh, golly.  That -- you know, that was -- that's a
18      very important question.
19            Obviously, it was hard.  Me starting this
20      foundation kind of angered John, my husband, and
21      Michael.  And the younger kids were kind of, you
22      know, Oh, Mom.  You know, whatever.  Do what you
23      need to do.
24            But they weren't -- you know, Johnny, our
25      middle son, was kind of into it and supportive, but

1    the rest of the family wasn't particularly.  They

2    had suffered deeply.  And, you know, I -- Michael

3    probably still had some anger.  He -- and he was

4    hurt that Jim would throw his life away, as he saw

5    it probably.

6         But for me, helping others go through this

7    was healing.  And that's the part they didn't see.

8    You know, that for me to be able to walk with other

9    families and help build coalitions of people in

10   Congress and -- and in NGOs who could help was very

11   healing for me.

12        And it made me feel that I was doing what Jim

13   would have done better had he returned home.  But

14   at least it -- it was trying to make a difference

15   and to raise awareness of the issue of

16   international hostage-taking, but also of a moral

17   integrity and a moral courage that Jim aspired to.

18        When he came home from Libya, he -- he talked

19   about aspiring to be a man of moral courage,

20   that -- you know, he said he had physical courage,

21   but that was nothing if you didn't have moral

22   courage to do the right things in life, even if it

23   put his career on the line or whatever.

24        So he aspired to a moral integrity that I had

25   no clue he did.  I was so impressed and challenged

1    by Jim's goodness.  The more I found out about the

2    man he became, the more challenged I was.

3         So I was determined to do this.  But yes, it

4    created a lot of strife.  And my husband resented

5    my time in Washington and with other families and

6    trying to put a board together and all of that.  I

7    was not a businessperson.  I had made a lot of

8    mistakes and was just trying to figure it out as I

9    went along.

10        So it required a lot of me.  And some of the

11   family resented it.  So -- but John's a good man.

12   And he's hung in there.  And we've managed to, you

13   know -- we've managed through it.

14        But yes, it's been very stressful.  It, I

15   really think, was the cause in many ways of two

16   divorces of Jim's two middle brothers.

17   Particularly John's divorce was a lot due to the

18   horror.  And after Jimmy's death, some of the

19   jihadists continued to haunt some of the -- Jim's

20   brothers, particularly the brothers who were on

21   social media at all, to threaten them and threaten

22   the kids.  And that was horrifying, particularly

23   for our middle son's wife and their two little

24   ones.  It was just horrifying.  And she -- so

25   anyway, I know it caused a lot of conflict in their

Page 69

1    marriage.

2            It caused a lot of stress, anxiety.  I needed

3    to be on medication that I still take today.  We

4    spent a lot of money.  I quit my job, as I said.  I

5    threw a lot of money into, you know, all of

6    everything.

7            But I must say that my faith in God has saved

8    me as a person and in many ways saved our family

9    too, because God has put a lot of good people in

10   our life, you know, good people through our church

11   and family; the good, wonderful people who stepped

12   up after Jim died; you know, wonderful journalists

13   and government people who've become dear friends;

14   pro bono wonderful attorneys, human rights

15   attorneys, like the Perles firm, like, you know, so

16   many others; you know, Scott Gilmore from CJA; a

17   British barrister.  Just good, giving people, that

18   that's been -- helped.  You know, that's helped

19   keep me sane.

20           But yes, it's been very difficult on our

21   family.  I couldn't say that it hasn't been.  It's

22   been very, very difficult, you know.  But God has

23   pulled us through, just like our faith in God.  I

24   really feel Jim's faith helped him endure.

25 Q.  Thank you.  You mentioned a headache earlier and

Page 70

1       you just said you were on a -- on medication for --
2       I believe for anxiety.  Is that correct?
3   A.  Mm-hmm.
4   Q.  Could you -- could you say "yes"?  They can't
5       see --
6   A.  Yes.
7   Q.  -- nodding.
8   A.  Yes.  Yes.  Yes.  Mm-hmm.
9   Q.  Have you suffered any other health consequences of
10      this -- frankly of all the -- the stress and
11      trauma?  Any trouble sleeping, things like that?
12  A.  Yes.  But I do the rosary and -- the rosary at
13      night.  I mean, God has taken care of me.  It's
14      incredulous.  I mean, he's just put me in a cocoon.
15          You know, and I walk.  And I'm a nurse.  I
16      know how to take care of myself.  So I've been
17      blessed with a lot of good stuff.  So otherwise,
18      I'm fine, you know.
19          It's just I don't feel other American
20      citizens should have to walk this journey alone.
21      And it's made me very passionate about the
22      responsibility of our government to help.  But
23      I'm -- you know, I'm okay, you know.
24  Q.  Thank you.
25          MR. PERLES:  Howard and Karen, can we pause

Page 71

1      the record for a moment here?

2              THE VIDEOGRAPHER:  Sure.  The time is 10:52.

3      We are off the record.

4              (Off-record discussion.)

5              THE VIDEOGRAPHER:  The time is 10:53.  We are

6      on the record.

7              MR. PERLES:  Diane, I just wanted to close by

8      thanking you for your time.

9              THE WITNESS:  Thank you.  Thank you, Josh,

10     for such insightful questions.  I appreciate all

11     your time.  Thank you.

12             MR. PERLES:  I know this is difficult to

13     share, and I just want to thank you for -- for

14     sharing your experiences with -- with me and with

15     the court.

16             THE WITNESS:  Thank you for listening.  I

17     appreciate it.

18             MR. PERLES:  Okay.  We can close the record

19     here.  Thank you.

20             THE VIDEOGRAPHER:  Here ends media unit

21     number two.  This concludes the video-recorded

22     virtual remote deposition of Diane Maria Foley

23     taken by the plaintiffs on Wednesday, March 17,

24     2021.  Time is 10:54 a.m. Eastern Daylight Time,

25     and we are going off the record.

Page 72

1                    C E R T I F I C A T E

2          I, Karen L. Wright, a Licensed Shorthand

3    Reporter for the State of New Hampshire, and Registered

4    Professional Reporter and Certified Realtime Reporter,

5    do hereby certify:

6              That the foregoing witness was by me duly sworn

7    remotely; that the deposition was then taken before me

8    at the time and place herein set forth; that the

9    testimony and proceedings were reported

10   stenographically by me; that the foregoing is a true

11   record of the testimony and proceedings taken at that

12   time to the best of my knowledge and ability; that

13   reading and signing of this transcript was not

14   requested.

15

16

17

18

19

20

21          *Karen L. Wright*

22

                     Karen L. Wright

23                   LCR 102, RPR, CRR (RSA 310-A:173)

24

25

**[100,000 - appearing]**                                    Page 1

**1**

**100,000** 48:25
**101st** 20:15
**102** 2:15 72:23
**103** 34:6
**1050** 2:5
**10:06** 43:12
**10:29** 58:10
**10:31** 58:13
**10:52** 71:2
**10:53** 71:5
**10:54** 71:24
**11** 6:3
**11th** 34:5
**12** 11:8
**15** 6:5,5 8:25 23:3
**16-725** 1:4
**17** 1:25 4:10 71:23
**173** 72:23
**18** 39:8
**18th** 6:8
**1973** 6:8
**19th** 61:1
**1:16cv** 4:8

**2**

**20** 23:3
**20036** 2:6
**2011** 20:13,22
  24:14 25:6 28:22
  30:24
**2012** 24:14 28:24
  30:8,23 31:11,21
  32:19,24 33:3
  35:1
**2013** 46:4 47:17
  48:11 49:16
**2014** 49:24 50:22
  53:11 54:15 56:7
**202** 2:6

**2021** 1:25 4:10
  71:24

**3**

**310** 72:23
**39th** 33:10

**4**

**40** 65:13

**5**

**5** 3:5

**7**

**725** 4:8
**757** 72:22

**8**

**8:58** 1:25 4:11

**9**

**955-9055** 2:6
**9:56** 43:9

**a**

**a.m.** 1:25 4:11
  71:24
**abduction** 25:21
**ability** 72:12
**able** 26:18 41:4,25
  46:8 53:12 57:16
  67:8
**abroad** 21:9
**absolutely** 66:13
**accent** 37:1
**accepted** 14:12
**accompanied** 46:7
**accompany** 44:21
**act** 7:24
**acting** 8:1
**action** 1:4 4:8
**active** 11:16
**actual** 54:21
**adventure** 7:19

**adversity** 18:11
**advice** 44:21
**advising** 49:3
**advisor** 48:6
**advocate** 65:19
**affairs** 37:12
  39:24
**africa** 14:13
**african** 31:11
**age** 8:6 10:24 45:4
**agence** 22:18
**agent** 37:15,16
  47:10 61:15,17
**aggressive** 7:3
**agreed** 4:25 38:24
**ahead** 29:1 48:8
**aid** 24:17 30:13
  55:17
**air** 18:24
**airborne** 20:16
**al** 1:3 4:6
**alamo** 8:1
**alive** 38:18 42:20
  42:21 44:18 46:15
  63:25
**allowed** 38:6
**alluded** 66:14
**alma** 17:16
**altar** 11:23
**alum** 26:11
**amanpour** 32:8
**amazing** 32:4,10
  64:22
**ambassador** 47:23
  47:25
**america** 7:12
  14:11,14,17,19
  15:10,12 16:9,11
  17:15 26:10
**american** 15:3
  52:18 55:20 57:14

**63:1 70:19**
**americans** 39:9
  47:16 50:19 52:5
  56:20 62:10,21
**amherst** 16:17
  17:5 23:6
**amick** 2:5 4:22,22
**anger** 67:3
**angered** 66:20
**angry** 33:18,25
  62:1,2,2,8,8
**anguish** 59:15
**answer** 48:20
  49:23 53:7 58:18
  59:20
**answered** 48:21
  53:14
**answers** 48:21
**anton** 31:14 32:3
**anxiety** 69:2 70:2
**anxious** 36:22
**anybody** 40:22,25
  41:7 42:25 57:18
  61:19
**anybody's** 50:24
**anyway** 32:12
  44:14 48:10 51:9
  56:17 60:16 62:18
  63:21 65:11 68:25
**ap** 22:19
**apart** 8:12
**apex** 64:10
**appalled** 31:23
  61:25,25
**appalling** 62:13
**apparently** 10:12
  10:14 24:1 37:5
**appearances** 2:1
  4:18
**appearing** 4:3

appetite 11:11
applied 12:22
  16:16 17:25
apply 14:11
appreciate 71:10
  71:17
approximately
  4:11
arab 1:6 4:7 20:13
  20:21 30:19,22
arabic 37:18
area 16:19 31:5
areas 22:16
arizona 15:22 30:5
armed 18:21
army 18:25
arthur 1:3 4:6
articles 21:8
arts 12:20 16:14
asked 28:10 31:24
  35:13 48:18
asking 38:16
aspired 67:17,24
aspiring 67:19
assad 37:17 48:2
assad's 46:17
assigned 37:22
assistant 23:7
association 4:13
  4:17
assortment 10:11
ate 7:19
athlete 7:8,14,14
  8:15
atlantic 4:14 26:4
  26:6
attention 39:12
  50:23,24 55:19
attorneys 69:14,15
attracted 30:20

auction 31:11,19
  32:5
august 32:24 61:1
  61:1,3
aunt 34:6,10
austin 32:23 33:5
authentic 61:23
avenue 2:5
awareness 67:15
awesome 16:18
  29:16
awful 42:9 63:2

**b**

baby 6:3 31:15
babysat 9:12 11:9
babysit 9:6
back 16:12,18,19
  17:13,16 18:1
  27:11 28:1,7,12,20
  30:3 32:15 33:2
  33:13,14,23 34:2
  35:17 36:17 43:8
  45:13 49:14,15
  50:8 54:15 61:19
  61:20
background 33:7
  41:25
backing 62:22
backward 39:14
backyard 8:1 9:24
bad 31:14 57:1
  63:6,7,8,15
balboni 41:21
ball 13:8
bar 36:20
barcelona 55:11
barrister 69:17
barry 1:3 4:6
basketball 7:10,12
  8:21 29:23

baton 65:17
beard 37:2
beautiful 31:24
  41:10 55:9 61:1,2
  65:12
bed 9:10 13:23
befriend 10:5
began 14:2 19:12
  27:21 65:22
begging 56:15
beginning 9:1
  14:22 20:13 24:6
  30:8
begins 4:1
beheading 61:11
belgian 47:1
belgium 46:23
  47:12
belief 63:24
believe 14:23
  15:20 18:7,15
  35:14 41:3 43:16
  62:2,7 70:2
believed 16:3
  59:10 62:2
best 25:23 30:16
  32:1,1 57:21
  72:12
better 47:10 50:4
  63:9,10 67:13
bible 7:22
big 8:18 9:9 12:6
  12:24 27:21 45:5
birthday 10:10
  33:10
birthdays 34:20
bit 20:11 32:16
  47:2
black 15:3
blended 37:3

blessed 29:15
  70:17
blessing 27:9
  29:11
block 10:5
blog 19:13
blogs 20:5
board 68:6
bono 52:16 69:14
books 6:25
boot 17:19
border 36:4,17,20
bordered 13:13
born 6:4,7,8,14
boston 22:10,11
  27:8 28:3,5,6
  44:20 60:20
bother 23:23
bouckaert 28:13
boy 6:21,24 11:23
  47:8
bradley 26:5,24
  39:2,10 41:22
  50:10
brand 44:11
brave 63:1
break 44:6 63:4,17
breakfast 13:24
  19:21
brian 57:6
brilliant 55:17
bring 23:13 53:4
  59:8 63:1 65:20
bringing 60:13
british 32:20 37:1
  53:25 57:14 69:17
brodsky 2:12 4:12
brother 6:6 8:2,10
  8:12,18 9:10
  18:24 25:17 27:18
  28:4 29:9 33:20

33:20 55:11,11
**brothers** 7:8,13
12:3 68:16,20,20
**brought** 53:24
**buckets** 64:13
**budget** 30:10
**build** 67:9
**businessman** 25:19
**businessperson** 68:7
**busy** 11:16,20
42:8 65:9
**buy** 7:20

**c**

**c** 72:1,1
**cafe** 34:16 37:7
**california** 52:24
**call** 15:7,15 25:8
25:11 34:17 35:1
39:15 40:16,21
46:4,5,20 50:14
52:11 62:6,11
**called** 15:15 22:10
27:3 34:9 35:3
37:12 39:24 53:19
53:22 54:16 61:5
**calling** 38:16
46:22
**camp** 17:19
**campaign** 27:16
**camper** 9:23
**camping** 11:3,4
23:22
**cantlie** 32:20 33:6
35:7
**cap** 7:25
**captivity** 28:9
**captors** 48:13 53:7
53:13,24 54:17

**captured** 38:21
**cards** 64:8
**care** 9:5 16:23
24:19 70:13,16
**cared** 33:1 34:6
45:13
**career** 23:1 67:23
**carried** 64:17
**catholic** 11:22
**cause** 7:21 9:17,18
14:21 31:14 32:2
40:23 42:7 45:20
51:2 65:18 68:15
**caused** 64:11
68:25 69:2
**celebrated** 12:5
**celebration** 27:21
**cell** 37:20
**center** 16:23,24
**certainly** 21:18
53:1 61:12 62:11
**certified** 72:4
**certify** 72:5
**challenge** 65:18
**challenged** 67:25
68:2
**challenging** 65:16
**chance** 11:10
**changed** 42:23
**charity** 31:11
**cheap** 21:7
**cheaper** 21:14
**check** 33:11
**chicago** 6:11,12
17:16 27:22 33:18
**child** 7:2 8:3 57:22
**children** 5:22
**choose** 14:4 19:4
**chores** 9:4 11:17
**chose** 13:1 14:16
30:8 52:6

**chosen** 57:15
**christiane** 32:8
**christie's** 31:19
**christmas** 28:22
28:23 29:2,10
33:13 41:8,9,13
48:22
**christmases** 29:14
**church** 11:21 12:4
41:6 69:10
**cia** 57:18
**citizens** 63:3 70:20
**city** 14:15
**civil** 1:4 4:8
**civilians** 19:5
**cja** 69:16
**clare** 26:3,8,20
31:12,19 35:3,18
**clarification** 35:12
**classics** 7:20,21
**classroom** 14:24
**clear** 39:20 48:2
57:13,19
**clearly** 56:8
**close** 8:8,9 16:3
19:24,25,25 31:16
63:19 66:6 71:7
71:18
**closest** 8:11
**club** 15:5
**clue** 24:22 40:9
65:21 67:25
**clueless** 24:6,24
25:16 36:11,11
**coach** 7:12
**coalitions** 67:9
**cocoon** 70:14
**coffee** 19:21
**colleague** 32:16,23
35:2,3

**colleagues** 39:15
**college** 7:9 9:1
12:12 13:5,7,8,12
14:4 17:17 23:6
27:6 31:18 42:7
**columbia** 1:1 4:9
**come** 8:18 19:20
26:1 28:10 33:11
49:25 50:21 51:25
53:16 64:4,24
65:2
**coming** 59:9
**commencing** 1:25
**committed** 23:15
**committee** 28:17
52:22
**community** 11:22
13:15 44:16
**commuted** 28:5
**companies** 21:8,24
**company** 22:10
**competitive** 29:22
**completed** 18:3
19:10
**computer** 30:2
**concerned** 32:22
33:6,8 36:14
**concludes** 71:21
**conditions** 42:21
56:23 58:21
**conference** 44:23
52:11
**conflict** 19:5 21:22
24:19 68:25
**confusing** 38:14
**congress** 67:10
**connecticut** 2:5
**consequence** 62:16
**consequences** 70:9

**considered** 14:7
**consistently** 22:9
**consular** 37:12
  39:24
**contacted** 37:6,14
  44:19
**continue** 16:7
  28:25 44:8,13
**continued** 68:19
**continues** 17:4
**convinced** 38:21
**cook** 6:10 17:19
**coonskin** 7:25
**corner** 11:14
**corps** 14:11,12
**correct** 17:9 18:4
  70:2
**council** 52:3
**counsel** 4:18,21,23
  4:24 52:16,17
**country** 12:16
  13:23 14:3 21:11
  21:16 22:3 26:23
  27:25 28:21 30:18
  30:25 31:8 33:14
  37:18,23 38:10
  46:8 52:6 62:3
**county** 6:10 17:19
**couple** 32:9 37:11
  39:25 57:19
**courage** 67:17,19
  67:20,22
**course** 9:3 30:14
  52:15
**courses** 24:17
  30:12
**court** 1:1 2:14 4:9
  4:16,25 5:2 35:12
  43:5 58:19 71:15
**coverage** 44:24

**covering** 30:18
**craft** 49:13
**created** 68:4
**creative** 17:8
**criminal** 36:3
  38:21
**crockett** 7:25
**crosstalk** 44:3
  66:11
**crowd** 9:18
**crr** 2:14 72:23
**cruelly** 52:3
**cruelty** 57:9
**crying** 61:9
**cultures** 11:12
**cunning** 41:17
**curious** 6:24
**custody** 46:17,18
**cut** 43:15
**cute** 56:25

**d**

**d.c.** 2:6 19:7
**damascus** 38:22
  46:16
**dangerous** 21:25
  22:1 23:20 24:7,9
  25:1
**dangers** 36:15
**daniel** 55:25 56:1
**danish** 55:25
**dark** 37:2,2,2
**daughter** 41:5
**david** 26:5,9,23
  39:2,3,5,6,10
  41:22 50:10,20
  51:9
**davy** 7:25
**day** 27:4 41:24,24
  60:25
**daylight** 4:11
  71:24

**days** 37:12 39:25
  40:5
**dead** 38:18 42:20
  49:23
**deal** 10:7 31:23
**dear** 26:11,24
  33:17,18 35:2,19
  35:23 69:13
**dearest** 63:23
**death** 60:9 66:15
  68:18
**debate** 9:20
**december** 49:16
  49:21
**decency** 62:6
**decided** 14:10
  16:14 20:10 28:20
  28:24 30:17 33:14
  45:5 52:20 54:6
  63:21,22 64:5
**decision** 43:16
  44:14 56:19
**deeply** 34:7 67:2
**defendant** 1:6 4:7
**definitely** 13:9
  29:25 39:24
**degree** 12:10 13:2
  13:3 14:6,18
  16:20 18:3,19
  19:10
**deliberately** 30:9
**demanded** 48:25
**demanding** 48:24
**department** 25:21
  25:24 45:14,17
  51:23 61:19
**depends** 10:24
**deposed** 5:6
**deposing** 47:12
**deposition** 1:10,23
  4:2,5 71:22 72:7

**depth** 57:8
**der** 22:21
**describe** 9:14
**description** 3:8
**desk** 28:2
**determined** 34:1
  62:19 68:3
**developed** 30:14
**diana** 4:3
**diane** 1:11 3:4 4:3
  5:4,13 35:15,17
  43:15 58:16 63:4
  71:7,22
**diary** 39:20
**didier** 53:23 54:10
**died** 15:21 34:7,10
  59:23 69:12
**difference** 13:16
  16:2 65:5,7,13,17
  67:14
**different** 8:14 9:17
  10:18,19 19:16,19
**difficult** 58:17
  69:20,22 71:12
**difficulty** 59:18
**diligence** 24:16
**dime** 21:16 55:18
**dinner** 13:24
**disadvantaged**
  17:21
**disappeared** 36:8
  36:9 38:15
**discussed** 56:21
**discussing** 43:16
**discussion** 58:12
  71:4
**dissuaded** 24:5
**district** 1:1,1 4:9,9
**divorce** 68:17
**divorces** 68:16

dna 60:21
doing 6:9 8:20
  20:4 23:2 42:14
  51:7 65:8,21
  67:12
dollars 32:9 53:6
  56:14
donate 32:1,2
download 36:21
drawn 17:15
dress 7:23
drew 17:24 18:15
  18:18
driver 35:8,10,11
  35:23
due 24:16 68:17
duly 5:5 72:6
dutiful 11:22
dwell 58:25 60:11
  60:12
dwelled 59:1
dynamics 66:16

                e

e 2:7 46:6,6 48:13
  49:4,14,15,23 50:1
  50:14,15 53:7
  54:17,21 72:1,1
eager 27:14
eamick 2:7
earlier 35:13
  56:10 69:25
early 24:14 25:4
  28:23 35:1 47:9
  52:11
earth 65:14
east 15:1 16:18
  37:25
easter 27:4
easterly 51:11
eastern 4:11 71:24

easy 8:3 14:25
eating 42:16
edge 23:21
editor 28:3
effect 13:21
effort 54:1
elizabeth 6:4
elliot 6:1
embassy 54:9
embedded 19:11
  20:14,16,19
emerging 22:12
  31:1
emily 2:5 4:22
emotional 61:1
enabled 51:9
encountered 60:8
encouraged 13:14
  19:6
encouraging 17:2
ended 13:20 17:9
  45:10
ends 71:20
endure 59:3 69:24
enduring 59:6
engaged 8:22 11:1
england 12:13
  61:2
english 16:25
  17:20 46:12
enjoyed 13:7
environment
  24:17 30:12
escape 11:18
esq 2:4,5
et 1:3 4:6
euro 48:25
european 55:3
evanston 6:8 18:1
evening 36:18

eventually 17:15
  18:25 22:15 48:5
everybody 61:17
evolved 24:15
exact 47:13
exactly 47:5,7
  55:20
examination 5:7
excelled 7:9
exciting 20:24,25
excuse 36:9 43:24
  55:16 57:24
exhibits 3:7
expensive 21:10
experience 27:24
experiences 71:14
explain 44:9 58:19
explaining 35:15
explicitly 66:15
extent 24:15 52:8
extraordinary
  49:11 64:16
extroverted 9:15
eyes 14:1

                f

f 72:1
facebook 27:16
fact 7:11 12:11
  35:5 53:9 59:7
  61:24
failed 65:20
fairly 46:12
fairness 40:17
faith 59:2 69:7,23
  69:24
fall 40:18 47:9,16
  50:16
familiar 31:5
families 39:11
  50:21 51:10 63:25
  67:9 68:5

family 5:20 6:17
  11:3 12:25 28:5
  29:8 32:10 33:4
  33:22 40:21 41:12
  42:3 43:20 49:10
  50:14 52:18 61:16
  65:20 66:3,16
  67:1 68:11 69:8
  69:11,21
family's 29:15
  41:4
famous 62:24
fan 15:5
fast 38:11
fatal 36:19
father 5:20,21
  46:25
fbi 37:14 38:11,16
  40:1,21 42:11
  44:19,19 45:14
  47:6,7,10 49:1
  50:4,5,6,6,8 51:23
  57:18 60:16,20
  61:15,17
federico 55:15
feeding 9:5
feel 40:22 45:2
  55:5 67:12 69:24
  70:19
feeling 39:4 41:2
  43:3
fellow 46:7 63:3
felons 17:19
felt 23:12,12,25
  31:6,13 32:12
  39:23,23 40:8
  45:11 46:12 59:9
female 32:17 61:4
field 28:7 35:21
  36:5

fifth 14:24
fight 10:13 18:12
fighting 18:12
figure 44:17 68:8
figured 10:15,15
  26:13,25 51:16
filled 22:2
filmmaker 52:23
  57:7
final 55:24
finally 16:16 28:20
  37:14 45:1 52:13
find 23:4 37:23
  38:7 41:1 43:1
  44:17 45:7,20
  55:21 58:21 59:14
  59:22
finding 44:25
  59:19
fine 16:14 33:12
  44:11 53:20 70:18
finishing 17:9
  18:19
firm 2:4 69:15
first 14:22,23 18:6
  19:13 20:14 24:17
  24:25 25:3 30:13
  30:13 34:2 35:14
  35:20 39:24 42:24
  44:22 46:1,4
  47:22 50:2 53:18
five 5:22 12:25
  14:20 15:17 45:4
fixer 35:8
flak 24:11
fleabag 59:13
flew 27:7 32:11
flooded 64:13,19
fluent 14:15
focused 60:13

foley 1:11 3:4 4:3
  5:4,13,15,17,22
  15:5 27:15 46:10
  48:17 64:6 71:22
follow 33:5 38:12
follows 5:6
food 64:18
football 29:23
force 18:24
forces 18:21
foregoing 72:6,10
foreign 19:8 49:18
formed 15:22
fort 35:19
forth 45:14 49:14
  49:15 72:8
fortunate 14:2
found 12:17 23:10
  23:11 24:3 39:6
  50:12 56:20 60:19
  61:21,23 68:1
foundation 64:6
  65:19,22 66:20
four 5:23,23 39:8
  50:19 62:10
frame 19:2
france 22:18 53:15
  54:8,15
francois 53:23
  54:10
frankly 70:10
frantic 40:14,23
  41:2,2 43:18,19
  45:11,20,22 46:20
  61:4
frantically 54:8
fred 55:17,22
free 27:15,15
freed 53:17 59:25
freedom 20:20

freelance 21:3,20
freelanced 26:4
freelancer 20:23
  23:18 26:3 28:21
  53:2
freelancers 21:1,7
  22:2,13
french 22:19
  46:13 53:16,22
  54:12 55:14
freshman 13:18
friday 40:16
friend 35:2,23
  57:6
friendly 7:6 9:16
friends 7:6 9:9
  10:1,11,18,18
  15:10 17:17 19:25
  26:11,24 27:14,14
  27:18,22 31:25
  33:16,18 52:22
  60:1 63:23 64:19
  69:13
frightening 41:23
  51:8
froze 43:5,6
frustrated 59:7
full 5:11,14 29:21
  42:6 48:11 52:8
fun 6:24 7:1,5 8:5
  13:9,9 29:21
fund 62:4
funerals 64:23

**g**

gaddafi 26:19
gaddafi's 26:14,19
game 8:21,21
games 29:22,23
gangs 36:3 38:21
gap 8:6

garnered 19:24
ged 17:1
generous 52:24
generously 52:17
gentle 7:4
gentleman 11:8
  25:13 28:8
geographic 22:16
germany 22:22
  29:6
getting 34:25 41:9
  47:13 48:8
gift 6:23
gifted 8:14,15
gillis 26:3 31:13
  35:3
gilmore 69:16
girlfriend 33:17
  33:18
give 17:3 44:21
  48:14 53:25 55:4
  57:11 64:24
giving 17:7 18:14
  18:17 55:22 69:17
globalpost 22:10
  22:12 25:22 28:2
  38:4,9,20 41:22
  42:12
go 11:10 13:1,15
  13:23 15:14 16:12
  19:4 20:10 24:18
  28:20,24 29:1
  30:9,17,17 33:14
  33:23 37:23 41:24
  44:14 58:7 67:6
god 41:3,3,11
  63:10 64:12 69:7
  69:9,22,23 70:13
going 9:3 10:25
  12:12 14:13,14
  20:23 30:19 31:21

| | | | |
|---|---|---|---|
| 32:2 37:18 40:25 41:1 43:17,17,21 51:18 52:14 53:3 53:20 54:7 57:16 57:17,17 59:3,15 60:5 63:5 64:1 66:6 71:25 | grateful 38:9 39:3 42:2 55:7 | headache 63:6,15 69:25 | high 6:22 11:24,25 17:14 32:13 |
| | great 9:11 11:4 30:25 45:24 54:18 | healing 67:7,11 | higher 47:19 |
| | greater 24:15 | health 70:9 | highest 51:4,5,6 51:12,21 59:11 |
| | gringo 15:1 | healthy 53:20 | hiking 23:22 |
| | groups 10:19 | hear 9:8 18:10 19:18 34:16,22 56:15 | hindsight 36:13,16 |
| golly 32:7 66:17 | growing 8:7 | | hire 38:6 |
| good 4:1 5:9,11 7:14 9:19 11:19 12:2,8 16:1 18:12 23:9 32:12 44:20 47:10 49:9 57:3,4 57:4 60:3 62:25 64:2,4,18,20 66:10 68:11 69:9,10,11 69:17 70:17 | guard 19:12,13 20:15 | heard 34:10,13 39:18 46:10,10,11 46:12 56:10 | hired 21:4 38:7 |
| | guess 24:1 29:5 43:18 56:6,9 | heartening 65:12 | hispanic 15:3 |
| | gut 39:4 | hearts 65:14 | history 7:19 12:21 13:3 14:5 31:4 |
| | guy 7:17,23 52:24 | held 35:8,19 56:24 | hmm 70:3,8 |
| | guys 11:9 45:4 | hell 43:21 | hold 33:22 36:6 58:4 |
| | **h** | help 9:4 15:16 26:7 36:7 37:17 37:23 38:7 39:2 40:25 43:1 44:16 45:20,23,24 47:11 48:4 49:13 50:7,7 50:11 52:6 53:4 53:22 54:14 56:9 56:11,18 57:16,17 57:18 59:8,19 67:9,10 70:22 | hole 29:7 |
| goodness 63:24 64:12 68:1 | hammerl 31:14 32:3 | | holiday 40:18 |
| gotten 31:5 40:12 | hampshire 4:4 12:15 47:20 64:15 72:3 | | holidays 12:6 34:19 |
| government 39:13 39:19 40:18 43:3 47:15 48:15 49:6 49:20 52:4,14 53:25 54:2,5 55:20 56:8,10,19 59:7,10 62:1,5,15 62:23 63:3,24 69:13 70:22 | hand 25:23,24 | | holyoke 16:24 |
| | handing 65:17 | | home 8:18,22 10:3 11:1,16,16 15:7 19:18,20 20:2,8 26:21,25 27:2,5,7 27:13,19 28:1,22 28:23 29:7,9 30:6 31:10,20 33:2,2,10 33:11,17 37:15 43:25 47:1 53:4 53:17,18 54:23 59:8,9 60:13 64:15,19 65:21 67:13,18 |
| | hanging 41:25 | helped 16:25 25:25 26:9 28:8 39:10 47:20 50:20 50:21 52:23 69:18 69:18,24 | |
| | happen 19:5 36:10 | | |
| | happened 10:8 13:12 27:9 40:15 46:2 54:3 | | |
| governments 57:15 | happening 7:24 17:23 21:9 23:13 62:21 63:2 | helpful 46:14 53:23 60:5 | honest 22:25 24:23 40:12 58:25 59:16 |
| grace 38:8 | happy 6:24 16:19 | helping 43:3 44:17 50:25 67:6 | honestly 66:1 |
| gracious 44:20 | hard 10:6 15:19 29:3 33:17 36:24 38:11 41:8 42:2 55:19 66:19 | helpless 40:9 | honey 43:24 |
| grade 14:24 | | henin 54:11 | honors 9:19 |
| graduated 13:2,3 | | hetherington's 30:15 | hope 30:25 41:22 47:6,8,17 54:9 |
| graduating 17:11 | hate 15:5 56:22 | | |
| graduation 27:5 | hatred 64:10 | hiatus 25:20 | |
| grand 41:10 | haunt 68:19 | | |
| grandchildren 41:10 | head 51:4 | | |

55:5,6 56:6,7
57:11 60:14 65:15
**hopeful** 41:15,21
48:10 57:13 59:9
**hopes** 44:24 53:7
**hoping** 12:13
30:19
**horrible** 41:12,13
41:13 58:24 64:18
**horribly** 40:9
**horrific** 54:21
61:11
**horrifying** 68:22
68:24
**horror** 64:2 68:18
**hospital** 6:11
**hostage** 39:7,11
55:24,25 65:20
67:16
**hostages** 39:8
53:17 55:3,12,20
56:21 59:25
**hostile** 24:17
30:11
**hotels** 59:13
**hours** 32:5 56:14
59:13
**house** 45:15 48:7
49:25 52:2 60:20
**houston** 29:13
**howard** 2:12 4:12
58:5 70:25
**huge** 27:16 47:17
55:6 65:18
**hugely** 52:1
**human** 25:8,13
28:9,11,13,16,17
69:14
**hundred** 32:9
**hung** 61:9 68:12

**hurt** 24:20 67:4
**husband** 5:21 6:9
25:12 29:12 43:25
44:9 66:20 68:4

**i**

**idea** 37:10,17
42:14,20 62:9
65:19
**ideas** 54:13
**identified** 26:17
**illinois** 6:9
**image** 61:23
**imagine** 57:20
**important** 12:25
23:25 66:18
**impressed** 67:25
**incarcerated**
13:25
**increasingly** 22:1
57:13
**incredible** 18:9
29:11
**incredibly** 24:7
**incredulous** 36:10
52:12 70:14
**independent** 20:20
20:23 21:15
**index** 3:1
**indiana** 19:11,13
20:15
**influence** 15:24
49:6,6,18,20
**information** 37:19
47:13 53:24 54:9
55:22 60:8 66:2
**inhuman** 58:21
**initially** 48:25
**injured** 24:20
**inkling** 25:1
**inner** 14:14

**insightful** 71:10
**insights** 21:9
**insurance** 38:5
**integrity** 67:17,24
**intently** 25:20
**interact** 49:2 53:8
**interacted** 54:4
**interaction** 46:6
**interest** 18:16 19:3
19:6 26:7 50:24
**interested** 6:25
7:22 8:19 11:13
16:15 17:6,21
18:6,7,14 19:23
20:22 31:3 45:19
49:19 50:3 55:1
**interestingly** 17:1
**interim** 14:10
**intermittently**
14:21
**international**
67:16
**internet** 34:16
36:20 37:7
**internship** 6:9
**interrupted** 58:16
**interviewed** 19:18
57:7
**introspective** 30:1
**invited** 10:10
49:25
**involved** 9:20 19:8
**ipad** 50:2
**iraq** 19:12,14
**ish** 11:8
**isis** 56:24
**issue** 67:15
**italian** 55:15

**j**

**jacket** 24:11
**jake** 51:11
**james** 5:15,17
46:10 48:16 64:5
**january** 44:23
48:8 49:24
**jeez** 11:23
**jen** 51:10
**jesuit** 12:19
**jihadist** 36:2 46:18
47:1,13
**jihadists** 54:1
68:19
**jim** 5:17,22 6:2,5,5
6:7,8,13,21,23,23
7:25 8:16,25 9:1,7
9:14,18 10:4,7,10
10:14,17,20 11:8
11:12,19,22 12:8
12:10,13,20 13:8
13:17,21 14:5
15:1,5,18,23 16:15
18:6,22 19:3,16,17
20:9,14 21:15
22:3,4,5 23:4,4,5,8
23:17,20 24:16
25:9,15,25 26:2,8
26:12,20 28:10,12
29:18,18,20 30:7
31:3,22 32:12,21
32:25 33:7 34:6
34:17,18 35:4
36:8,8,12 37:2,12
37:23 38:7,14,18
39:6 40:5,11,25
41:16 42:20 43:2
43:22 44:17,25
45:8,10,21 46:2,11
46:15 47:2,4,5,6
47:15 48:12,20,21

48:22 49:9 50:12
51:4 52:25 53:19
54:22,25 55:7
56:4,23 59:1,8,9
60:13,17,18,19
61:14,14,22,24
62:3,9,24 63:11,12
64:23 65:2,5,8,10
65:13,21 67:4,12
67:17 69:12
**jim's**  5:19,21 6:16
14:1 24:9 25:17
26:24 28:9 29:9
38:4 39:15 46:10
48:13 51:4 53:13
57:6,19 59:17,22
60:9 61:11 62:14
63:23 64:11,19
66:15 68:1,16,19
69:24
**jimmy**  7:16 14:25
56:2 64:24
**jimmy's**  26:11
63:22 68:18
**job**  17:18 21:19,19
28:2,15 42:2,4,5
45:2,5,6,25 59:12
69:4
**john**  5:21 6:1
18:24 27:16 29:4
29:5 32:20,21
33:6 35:7 36:8,19
36:25 42:6 54:16
55:10 60:17 64:11
66:2,20
**john's**  68:11,17
**johnny**  29:7 66:24
**joined**  18:24
**josh**  24:23 29:1,14
39:20 40:10 42:14
43:18 46:3 71:9

**joshua**  2:4 4:20
**journalism**  17:24
18:2,4,6,18,19
19:11 21:5 23:5
23:10
**journalist**  20:17
20:19,20,24 21:3,3
26:2 31:12 32:18
32:20 44:15 53:1
55:16,16 61:5
**journalists**  21:15
21:20 28:18 52:23
53:16 54:12 69:12
**journey**  70:20
**joy**  7:5
**jperles**  2:7
**july**  53:15 54:15
**june**  53:11

## k

**k**  2:4
**karen**  2:14 4:16
70:25 72:2,22
**kassig**  50:16
**katherine**  6:4
**katie**  9:1 34:15
65:9
**katie's**  27:5
**kayla**  46:7 50:18
**keep**  33:17 49:8
57:12 62:21 63:5
63:23 66:6 69:19
**kept**  11:20 32:18
34:18 38:16 39:20
42:8,12,13 49:22
51:5,20 61:9
64:23
**kid**  8:2 9:16 10:4,5
12:2 19:20 23:17
35:24
**kiddos**  14:24

**kidnap**  25:15
**kidnapped**  25:9
31:13 32:21,24
35:6,7 37:8,13
39:16 40:5 48:12
50:17,18
**kidnapping**  24:25
25:3 26:7 27:17
31:7 38:4 52:20
**kidnappings**  33:24
36:14
**kids**  9:24 10:13
11:1,17,19 13:23
13:24 14:25 15:2
15:2,3 16:3 24:8
29:12 42:7 51:21
52:7 65:10 66:21
68:22
**kill**  54:22
**killed**  31:12 60:19
61:24
**kind**  7:2,4 8:2 9:16
10:4,17 12:12
17:6,15 19:19,20
22:19 23:20,20
27:25 28:14 29:23
31:22 34:18,23
37:3 39:22 40:11
42:21 46:20 47:3
50:1,3 51:1,3,13
55:9,23 56:23
60:23 65:17 66:20
66:21,25
**kindergarten**  9:2
**kindhearted**  55:7
**kindly**  49:3 51:13
53:19 56:1
**kitchen**  61:3
**knew**  12:25 23:2
31:14 33:24 34:6
35:9,14 36:15,15

37:13,18 38:17
41:16,16,17 43:23
47:15 48:22,23
60:4 61:18 62:12
63:10 65:22
**know**  6:13 8:6,9
8:16 9:5 10:22
11:14,18 13:2,5,7
14:8 15:3,9,14
16:1,22 17:11
18:10,22 19:16
20:2,6,9,10 21:11
21:12,12 22:4,6,6
22:7,22 23:1,10
24:13,24 25:2,2,4
25:10,14 27:22
28:8 29:5,18,19,24
29:25 30:20,22
33:12,16 34:24
35:20,24,25 36:1,3
36:13,13,24 37:5,9
37:12,13,21 38:1
38:18,24 39:20
40:1,6,11,14,20
41:9,18,20 42:4,6
42:8,10,10,10,11
42:13,13,16 43:4
43:18,19,20,21
45:21,23,24 46:5
46:13 48:20,21
50:2,2,4,6 51:3,7
51:17 52:25 53:20
54:3,23 55:21
56:9,21,23 57:5,12
58:23,24 59:5,16
59:21 60:3,12,16
60:22 61:8,8 62:1
63:6 65:6,6,7
66:17,22,22,24
67:2,8,20 68:13,25
69:5,10,12,15,16

69:18,22 70:15,16
70:18,23,23 71:12
**knowing**  40:5
57:22
**knowledge**  37:25
72:12
**known**  53:1 56:13
65:8

**l**

**l**  2:14 72:2,22
**language**  38:1
**late**  33:3 50:16
52:15,16 56:20
57:14
**law**  2:4 14:8 52:8
55:11
**lcr**  2:15 72:23
**lead**  25:18 32:8
**leads**  33:5 38:12
**learn**  34:3
**learned**  20:5 31:6
55:4 57:8
**learning**  20:17,17
46:1
**leave**  37:8
**legacy**  63:23 64:6
**legal**  4:12
**lent**  25:6
**letter**  56:2
**letters**  64:8
**level**  45:16 47:19
51:12 54:4
**liberal**  12:19,19
**libya**  20:9,25 21:2
24:25 27:11 28:10
28:12 31:6,13
33:23 67:18
**licensed**  72:2
**lie**  62:5 63:3
**life**  10:21 11:13
15:4,10,25 16:2

18:11 24:1 48:14
48:18 55:8 62:14
65:5 67:4,22
69:10
**lifted**  64:17
**liked**  13:5
**line**  67:23
**lisa**  51:10
**listen**  39:4 59:14
**listened**  47:24
51:13
**listening**  45:12
50:23 71:16
**literally**  64:14
**little**  6:21 7:17,23
8:7 9:10 11:9
12:14 18:25 20:11
23:20 24:11 27:17
31:15 36:25 41:10
45:4 47:19 62:11
65:9 68:23
**live**  21:13
**lived**  8:24 10:1
17:17 28:4,5
**lives**  13:22 17:3
21:21 41:24
**living**  5:24 6:11
23:21 42:16
**local**  13:19
**located**  4:14
**location**  4:4 47:14
**london**  32:11
**loners**  9:22
**long**  14:19 23:1
30:12 39:18 59:22
**look**  10:23 49:4
54:20 61:13
**looked**  12:16
28:14,16,19 61:14
**looking**  44:24

**lose**  47:6 56:6
**lost**  65:24
**lot**  7:5,6 8:4 9:9,12
10:18,25,25 11:4
12:8 13:9 15:21
17:17 22:1,5,12,13
22:17,20,20 23:24
25:22 26:10,13
27:22 29:15,15
30:2,4 31:1,2,6
36:2 41:18 42:9
51:1,24 58:25
59:1 66:14 68:4,7
68:10,17,25 69:2,4
69:5,9 70:17
**lousy**  15:8,18,20
**love**  7:23 64:12,13
64:16 65:15
**loved**  6:25 7:7,10
7:16,18,18,22,22
11:15 23:16,22
42:4 52:19 65:3
**loving**  6:24 29:19
**low**  31:8 32:18
**lsat**  14:9
**lucrative**  21:18
**lunch**  25:7

**m**

**mad**  33:21 40:11
**madrid**  11:8
**mail**  2:7 46:6,6
48:13 53:7 54:21
64:14
**mailed**  54:17
**mails**  49:4,14,15
49:23 50:1,14,15
**maine**  11:5
**major**  12:20
**making**  31:4 45:10
**man**  46:22 47:10
56:1 67:19 68:2

68:11
**managed**  30:10
68:12,13
**march**  1:25 4:10
71:23
**maria**  1:11 3:4 4:3
5:4,13 71:22
**marie**  4:3
**mark**  6:2 18:24
52:3 56:8
**marquette**  12:17
12:23 13:10,13,16
27:24
**marriage**  69:1
**married**  11:7
29:10
**mass**  16:24
**massachusetts**
16:17
**master**  16:14
**master's**  18:1,3,23
**mater**  17:16
**matter**  4:6 7:11
12:4,11
**mcclatchy**  26:4
**mean**  7:5 8:2 13:8
15:6 24:14 25:15
27:8,14,16 29:14
33:9,21 37:10
40:8 41:11 42:3
51:2 55:15 58:23
60:3,11 70:13,14
**meaningful**  23:12
**meant**  24:4 37:22
**media**  21:8,24
36:23 45:7 68:21
71:20
**medication**  69:3
70:1
**medill**  17:25

**meet** 36:18 39:11 39:11 55:12
**meeting** 31:22 35:4 45:14,15 51:10,12
**meetings** 47:19 52:10
**memorable** 52:1
**memories** 7:25 11:6 12:8 29:16
**memorization** 56:3
**memorized** 56:2
**men** 15:11 33:1
**mentally** 41:19
**mention** 23:5
**mentioned** 42:19 50:18 55:3 69:25
**mentor** 15:15
**mentored** 15:23 30:4
**merciful** 41:3 63:13
**merged** 22:11
**met** 15:10 32:19 42:11,11 45:17 51:23,24,24
**meticulous** 39:22
**mfa** 17:9
**michael** 5:25 8:12 8:14 25:18,24 27:18 33:21 40:11 45:2 48:19 49:13 61:16 66:21 67:2
**michael's** 25:18
**mid** 4:14 45:16 54:4
**middle** 6:1 10:12 14:23 18:23 29:4 37:25 58:17 66:25 68:16,23

**military** 19:1,4 20:18 24:8 29:4
**million** 53:6
**milwaukee** 12:18 13:13
**mind** 23:21
**mine** 43:6
**minor** 13:4
**minute** 31:23
**miracle** 27:1,8
**miraculous** 26:22
**miserably** 65:20
**missed** 29:5
**missing** 43:22
**mission** 52:5
**mistake** 36:19
**mistakes** 68:8
**mitchell** 52:3 56:8
**mm** 70:3,8
**mom** 19:21 24:3 25:7 66:22
**moment** 43:7 58:1 58:2 63:7 71:1
**momentarily** 35:8
**monaco** 51:10
**money** 31:17 32:2 32:10 49:7,7,8 53:5,9 54:19,25 56:16 64:7,8 69:4 69:5
**month** 64:25 65:1
**months** 28:6 38:19 42:19 57:19
**moral** 67:16,17,19 67:21,24
**morning** 4:1 5:9 5:10 10:16 34:16 35:1 40:16 60:17 60:18,19 61:2
**mother** 5:15,20 57:22 58:21

**mothers** 16:25
**motions** 42:9,15
**motka** 55:15
**motley** 10:11
**motto** 13:15
**mount** 52:4
**movie** 57:6
**mueller** 46:7
**murder** 30:15 57:19 60:23 64:11 64:25
**murdered** 60:19 60:20 61:22
**muslim** 49:1

**n**

**name** 4:12,20,22 5:12,13,14 46:10 46:11 64:14
**named** 26:3
**national** 6:13 19:11,13 20:15 22:16 48:6 52:2
**nationals** 6:17
**native** 15:3
**nature** 7:1
**navy** 18:25
**near** 17:16 28:5 36:20
**nearly** 53:6
**need** 18:9 21:11 23:18 24:4 60:12 63:17 66:15,23
**needed** 43:1,1 53:4 69:2
**negotiate** 51:18 53:10 54:2,7,24 56:11,19 57:15
**negotiating** 51:15
**negotiation** 50:7
**never** 7:2,14 10:6 10:7 37:25 45:17

51:14,15,18 52:4,5 53:5,14 54:5 56:18,25 60:1 65:10
**new** 4:4 10:5 12:13,15 19:22 31:14,20,22 44:11 47:20 61:2 64:15 72:3
**news** 22:9 63:1
**newspapers** 21:7
**ngos** 28:15 67:10
**nicolas** 54:11
**nicole** 32:17 35:2,2 35:15,18,19 36:4 36:18 42:12
**night** 10:12 13:23 27:7 35:5 61:21 70:13
**nightmare** 64:3
**nights** 59:13
**nine** 38:19 42:19
**nodding** 70:7
**non** 15:22
**north** 11:5
**northern** 6:11 36:21 46:16
**northwestern** 17:25 27:24
**note** 32:13
**notice** 10:9
**noticed** 10:6
**november** 34:5 48:11 49:16
**npr** 17:4 22:11
**nuclear** 5:20 6:17
**number** 4:8 71:21
**nurse** 42:3 45:21 45:22 70:15
**nw** 2:5

**o**

oakes 57:7
oath 5:1
obama 48:7 54:6
  61:22 62:3,4
obviously 37:1
  66:19
occurred 13:12
occurring 33:24
ocean 11:5
october 6:8 33:10
  33:15
odd 34:21 60:16
  60:24
offered 3:10 26:7
  28:2,9 36:4 39:2
  48:13 52:17
offices 4:14
oh 8:25 13:8 32:5
  55:6 60:10 66:17
  66:22
okay 5:17 40:22
  43:24 63:20,20,20
  66:8,12 70:23
  71:18
old 12:14 34:6
older 6:6 8:10,25
  25:17 33:20 65:9
oldest 5:22,25
  12:24 33:20
ominous 34:18
once 27:3
one's 59:23
ones 8:19 22:22
  68:24
online 22:9
open 14:2
operating 44:12
ordinary 49:10
organized 25:19
  34:25 39:22

outlets 36:23
outpouring 64:16
outside 9:25 11:2
outspoken 36:25
overcome 18:11
overseas 65:2
owner 26:5

**p**

p.c. 2:4
page 3:3,8
paid 23:19
painful 60:4
paintings 64:9
pardon 13:6
parent 65:7
parents 13:25
part 9:17 10:21
  11:21,24 12:5,6
  13:13,22 15:11
  29:3 38:25 41:8
  65:6 66:4 67:7
particular 10:20
  12:20 26:6 30:21
  32:17
particularly 7:9
  7:18 11:4 12:1
  20:3 21:6,21
  34:19,19 43:19
  53:23 54:11 67:1
  68:17,20,22
partied 27:20
parties 4:25
partly 64:6
parts 23:14
party 9:9 10:10
pass 35:17
passion 24:4
passionate 23:11
  23:15 70:21
passport 37:20
  62:22

patient 51:2
patrick 5:25 52:17
patronizing 51:3
patting 51:4
pause 43:7 58:2,5
  70:25
peace 10:16 14:11
  14:12
peaceful 31:2
peers 9:15
pennsylvania 4:15
penny 31:16 32:11
people 7:1 8:14
  17:7,22 18:9,10,11
  19:4 27:23 28:15
  30:3 32:3 33:25
  37:5,6 40:18 41:6
  42:17 44:20 45:16
  51:1,2,24 52:25
  54:5 55:9,13
  56:15 60:3 62:21
  64:13,18,20,23
  65:1 67:9 69:9,10
  69:11,13,17
perfect 65:25
perfectly 44:11
period 56:12
perles 2:4,4 3:5
  4:20,20 5:8 35:13
  43:6,14,15 44:5
  58:5,9,15,16 69:15
  70:25 71:7,12,18
perleslaw.com 2:7
  2:7
persevered 48:5
person 7:4 34:20
  39:22 49:9 52:10
  62:10,25,25 69:8
personal 59:18
personally 20:7

persons 62:22
persuaded 26:20
peter 28:12 50:16
phil 41:21
philadelphia 4:14
phoenix 14:15
  17:13
phone 24:12 25:8
  25:11 34:25 35:16
  37:20 39:14 50:14
  62:11
photograph 32:1
photographer
  31:25
photographs 21:8
  31:24 32:4
photography
  22:15
physical 67:20
physically 41:19
pick 50:11
pickup 7:10 29:22
picture 61:11,13
pictures 64:9
place 21:13 72:8
places 12:23 26:18
plainly 51:16
plaintiffs 1:4 2:3
  4:5,7,21,23 71:23
plan 65:1
planned 56:18
planning 56:11
plans 23:1
play 7:7
playful 29:24
please 4:18 5:2,11
  16:7 28:25 31:25
  44:13 58:1,5,9
pledges 52:21 53:6
  54:25

**plight** 53:3
**plus** 18:16
**point** 6:10 30:22
  41:11 42:4 47:17
  47:18 50:19 53:12
  55:1 62:24 66:7
**policy** 19:8 49:18
**politically** 51:17
**politics** 19:8
**poor** 13:13 35:24
  36:4
**positions** 28:19
**possibly** 54:13
  61:13
**pouring** 64:7,12
**power** 47:21 49:11
**powerless** 40:9,23
**practitioner** 42:3
  45:22
**pray** 40:8 41:4
  63:9
**prayed** 34:23
  40:20 42:9
**praying** 42:17
  59:1
**prepared** 30:9,16
**preparing** 24:18
**president** 37:17
  48:6 51:14,18
  54:6 61:21
**press** 44:22,24
**presse** 22:18
**preteen** 9:13
**prevent** 63:25
**priority** 51:5,6,21
  59:11
**prison** 27:3
**prisoners** 49:1,7
**pro** 52:16 69:14
**probably** 8:11 9:6
  15:20 31:21 34:24

37:11 39:23 45:9
  67:3,5
**proceedings** 72:9
  72:11
**professional** 72:4
**profile** 31:9 32:18
**profit** 15:22
**profound** 13:20
  15:24
**program** 9:19
  17:2,12
**promise** 63:19
**promised** 27:2
  31:17
**promises** 24:3
**proof** 48:14,18
**prosecuted** 52:8
  52:19
**protect** 28:17
  52:23 60:2,6
**protective** 8:10
**protests** 30:24
  31:2
**proud** 22:17
**public** 23:14 43:17
  43:17 44:15 58:20
**publications** 21:4
  22:4
**pulled** 26:24 32:7
  69:23
**pulling** 21:23,24
  32:6
**purchased** 38:5
**pursued** 16:19
**pursuing** 18:22
**pushed** 33:16,16
**put** 9:10 27:15
  33:21 52:24 53:2
  57:21 67:23 68:6
  69:9 70:14

**q**

**quarters** 21:12
**question** 58:17
  59:20 66:18
**questions** 48:18,20
  66:1 71:10
**quick** 44:5
**quiet** 29:18,18,19
**quieter** 29:20 30:5
  37:3
**quietly** 10:5
**quit** 45:2,6 59:12
  69:4
**quite** 8:6 16:3
  19:24 23:8,11
  24:13 31:16 32:16
  46:14 47:2

**r**

**r** 72:1
**raise** 8:4 31:17
  32:2 52:7,21 53:6
  67:15
**raised** 53:5 62:4
**raising** 52:19
**ransom** 52:7,19,21
  54:19,25
**reach** 9:22 33:3
  53:12 54:13
**reached** 26:19
  46:9 61:15,16,17
  61:18
**read** 7:17,18 11:15
**reading** 13:19
  72:13
**ready** 41:9
**real** 17:22 18:14
  33:16 56:6
**realize** 52:13
**realized** 62:24

**really** 7:3,5 8:3,15
  8:19 9:22 10:6
  11:6 12:14,17
  13:14,20 14:1,3,16
  14:24,25 15:4
  17:23 18:7,10,15
  18:18 19:17 21:23
  23:13,25,25 24:5
  24:11,13,24 25:16
  25:19 26:22,22,23
  27:17 28:7,14,18
  31:16 32:6 33:15
  33:16 35:25 36:3
  36:11 37:10,16
  39:21 40:10 41:17
  42:13 43:23 44:24
  45:13,19,22,23
  46:14 47:3,8,10
  48:3 50:10 51:19
  51:20 53:4 54:20
  56:2 57:1,2,5,12
  58:20 60:6 61:14
  62:2,19 68:15
  69:24
**realm** 49:7
**realtime** 72:4
**reason** 12:17
**reassure** 27:4
**reassured** 53:19
**reassuring** 38:3
  47:4
**recall** 43:17
**receive** 48:7
**receiving** 50:14,15
**recess** 43:11
**recognizing** 20:18
**record** 4:19 17:2
  43:7,10,13,25 58:2
  58:3,4,6,8,11,12
  58:14 71:1,3,4,6
  71:18,25 72:11

**recorded** 4:2
71:21
**recording** 44:4
**refer** 5:17
**regard** 7:15
**regarding** 43:16
**regime** 26:14
**region** 30:20
**registered** 72:3
**rejoiced** 27:20
**release** 26:20
**released** 35:9,10
35:11 49:1 55:3
55:25 63:12
**religious** 12:1
**remaining** 5:23
**remember** 7:20
9:23 25:6 31:21
33:6
**remind** 60:18
**remote** 4:2 23:13
71:22
**remotely** 5:1,5
72:7
**repeated** 52:10
**reported** 72:9
**reporter** 2:14 4:16
5:1,2 21:10 35:12
43:5 72:3,4,4
**reporters** 21:25
**reporting** 19:9
28:14,16
**representatives**
52:2
**republic** 1:6 4:7
**requested** 35:12
72:14
**required** 68:10
**rescue** 52:5
**research** 26:13,16
39:5 50:12

**researchers** 26:9
**resented** 68:4,11
**residency** 6:10
**resilient** 41:16
59:2
**respects** 64:24
**respond** 49:17
**response** 49:17
**responsibility**
50:25 70:22
**rest** 6:16,16 15:23
29:8 43:20 66:3
67:1
**restless** 27:13
**restrictions** 20:18
**retrospect** 54:6
**return** 54:16
**returned** 47:1
55:12 67:13
**rib** 7:13
**rice** 47:22 49:25
**right** 16:10 37:24
42:22 44:10 48:22
63:16 67:22
**rights** 25:8,13 28:9
28:11,13,16,17
69:14
**risk** 29:22
**risked** 21:21
**risking** 24:1
**risks** 21:17 24:22
24:23
**risky** 21:19
**rivalry** 8:13
**riveting** 29:22
**roman** 11:22
**rookie** 37:21
**rosary** 70:12,12
**rough** 7:3
**routine** 12:5

**rowan** 52:17
**rpr** 2:14 72:23
**rsa** 72:23
**rugby** 7:10
**rumors** 35:21 36:5
**run** 65:19
**rural** 12:14
**rye** 55:25

**s**

**sad** 65:6
**sadaad's** 38:21
**safe** 21:11,13
**samantha** 47:21
**sane** 69:19
**sap** 24:12
**saved** 69:7,8
**saving** 38:8
**saw** 13:21 15:1
45:16 61:11 67:4
**saying** 25:9 61:6
**scary** 37:16
**scholarship** 12:24
**school** 6:22 9:3
11:24,25 12:19
13:24 14:8,23
16:12 17:14 42:7
**schools** 12:23
13:19
**scott** 69:16
**scrappy** 23:17
**second** 18:1,23
53:15 58:4 63:7
**secretary** 45:17
**security** 21:12
24:10 38:6,7,20
42:11 48:6 52:3
56:16
**see** 5:11 27:22
33:11 40:15 43:7
44:16 45:15 54:12
59:21 61:13 67:7

70:5
**seen** 46:11 47:4
61:7
**sell** 21:17 22:7
**semester** 19:7
**senator** 47:19
**send** 14:13,14 32:1
49:22
**sense** 39:1
**sent** 32:3 37:15
44:20 50:8 52:2
**september** 33:3,3
46:3,4
**sere** 24:17
**serious** 7:16 13:11
29:25
**seriously** 24:18,21
30:16
**serving** 18:20
**set** 10:18 44:1 72:8
**shaheen** 47:20
**share** 20:3 57:1
71:13
**sharing** 20:6 71:14
**sharp** 47:11
**shock** 25:14 36:9
**shoestring** 30:10
**short** 28:6
**shorthand** 72:2
**shortly** 32:14,22
37:7 48:11 62:18
**show** 8:20 35:4
50:4
**showed** 50:1
**shown** 50:5
**shuffled** 45:13
**siblings** 5:20,24
8:8,23 9:5 18:20
20:1
**side** 7:16 13:21

signature 72:22
signing 72:13
sister 8:7 9:10
  12:3 18:25 29:12
  61:4
sister's 11:7,9
sitting 61:3
situation 24:9
  40:13
six 6:2
skype 46:22
sleep 9:25
sleeping 70:11
sleepover 10:10
small 24:12
smart 45:9
snippets 59:23
snow 29:23
soared 47:8
sobbing 61:5
soccer 7:9 8:20
  9:21
social 68:21
sold 22:21
son 6:2 29:4 31:15
  31:15 47:4 58:22
  65:7 66:25
son's 68:23
sons 26:19
sooner 39:23 40:2
sorry 28:25 34:9
  40:4 44:9 63:15
sort 36:2
sotloff 1:3 4:6
  50:14
soul 7:4
south 31:11
southern 11:5
spain 11:10
spanish 12:21 13:4
  14:16,17 26:2

53:18 55:11,12
speak 27:23 43:19
  53:5
speaker 32:8
speaking 27:25
specialist 4:13
specific 53:24
spend 27:11
spent 20:9,14,16
  23:8 27:19 30:2
  40:3,5 47:2,5
  59:13 69:4
spiegel 22:22
spiritually 41:19
spoke 27:23 34:4
  36:25
spoken 36:12
  46:13
sports 7:7 10:25
  11:2
spreading 30:23
spring 20:13,21
  25:5 30:19,23
  31:10,20 45:1
  50:22 51:12
staff 21:10,24
staffers 21:23
stand 10:22 42:25
star 7:7,14
start 46:1 64:5
started 17:2 20:22
  30:24 44:24 50:10
  64:7 65:4
starting 22:17
  47:18 66:19
state 4:18 5:11
  25:21,24 45:14,17
  45:18 51:23 61:19
  72:3
states 1:1 4:9 6:14
  27:12 55:18

stationed 29:6
stay 12:13 36:4
stenographically
  72:10
step 39:14
stepped 69:11
stipulated 4:25
stop 58:1
stopped 36:20
  49:21,21,22
stories 7:19,22
  17:22 18:8,9,14
stranger 25:25
stress 69:2 70:10
stressful 32:6
  68:14
strife 68:4
strong 12:19 41:17
  41:18,19 53:19
  59:1
struggling 18:10
student 8:15 9:19
students 13:14
  15:22 30:4
studying 19:8
stuff 16:22 23:22
  29:24 57:1,3,5
  70:17
stupid 38:24 48:14
  48:15
subject 58:22
successful 32:11
successfully 31:9
suffered 67:2 70:9
suffering 63:13
suggested 37:16
  47:25
suited 23:24
sullivan 51:11
summer 9:23,25
  10:2 11:9,10 28:1

28:3 32:14,19,21
  52:12
summers 15:16
sunday 12:4
sundays 15:7
supervision 17:14
supervisor 14:21
  15:14
supportive 66:25
supposed 36:18
sure 5:18,21 14:5
  14:6,7 37:22
  46:12 57:25 60:10
  60:10 71:2
surreal 27:6
susan 47:22,23
  48:5 49:24
swear 5:2
sweet 60:23
sweetie 44:1
sworn 5:5 72:6
sympathetic 47:24
sympathetically
  47:24
syria 22:18 28:24
  30:3,9,19,25 31:3
  31:10 32:15,21
  34:2,11 36:21
  46:16 47:1 63:1
syrian 1:6 4:7
  35:24 46:6 47:25

**t**

t 72:1,1
table 61:3
take 5:1 19:20
  24:19,22 44:5
  47:3 63:4,17 69:3
  70:16
taken 1:23 4:5
  25:7 26:2 35:22
  35:25 38:22 43:11

70:13 71:23 72:7
72:11
**talented** 32:17
**talk** 19:14,17 20:7
24:2 42:1 46:23
46:24 47:25 48:9
49:20
**talked** 40:20 65:10
67:18
**talking** 42:12 49:8
**taught** 17:13 23:6
**teach** 7:12 14:6,11
14:14,17,19 15:10
15:12 16:9,10
17:15 26:10
**teacher** 15:8,18,21
16:1 23:9
**teaching** 7:11
13:19 17:19 23:7
23:8
**team** 9:20,21
21:12 24:11 26:9
38:6,7,20 39:5
42:12 56:16
**technology** 24:13
**teenager** 9:13
**teens** 11:23
**tell** 5:19 15:8
20:11 25:3 27:5
34:9,12 35:25
40:22,24 41:7
46:14 47:5,6,7
49:5,5,9 53:9
54:17,18 59:24
60:1 62:12
**telling** 38:17 39:15
40:24 42:18,25
51:5,20 55:20
57:2 65:4
**tended** 45:13

**term** 23:1
**terrorists** 48:1
51:15,19
**testified** 5:6
**testimony** 72:9,11
**texting** 34:15
**thank** 4:24 5:15,19
6:7,19 22:24
27:14 41:3,11
43:14 44:1,1 46:3
58:15 69:25 70:24
71:9,9,11,13,16,19
**thanking** 71:8
**thanks** 9:14 11:7
39:6 47:19
**thanksgiving**
34:14,22 35:1
40:15
**theirs** 35:23
**themself** 21:4
**theories** 38:15
**thing** 13:11 43:1
44:2 45:9 51:25
**things** 6:25 10:20
20:4 36:6 49:11
67:22 70:11
**think** 11:11,14
12:8 13:17,20
14:1 15:18 16:10
16:13 19:3,6,23
21:19 23:9 30:22
34:5 36:24 37:5
38:23 40:2 45:10
46:5 54:1,4 66:1
68:15
**thinking** 12:11
34:12
**thought** 18:8 25:9
34:24 36:1 46:15
46:24 54:18

**thoughtful** 34:20
**thousand** 32:9
**thousands** 56:14
56:14
**threaten** 68:21,21
**threatening** 54:22
**threw** 69:5
**throw** 67:4
**thursday** 40:16
**tice** 32:23 33:4
**tie** 34:21
**till** 59:22
**tim** 30:14
**time** 4:10,11 6:12
7:17 9:11 10:6,9
13:18 17:8 18:19
19:1,14 20:1,9,21
20:25 21:2,6,20
22:11 24:16 25:5
26:6 27:2,11,19
28:6,18,20 29:6
30:2 31:6,7 33:9
33:11 34:4,9,13
38:3,14 39:14
40:7 41:15,23
42:7 43:9,12
45:11 47:2,3,5
50:13 56:18 58:10
58:13 59:5,16,18
64:11,18 68:5
71:2,5,8,11,24,24
72:8,12
**times** 9:2 31:10
48:1
**timing** 60:24
**tjk** 1:4 4:8
**today** 4:10 17:4
69:3
**told** 35:15 40:21
48:14 49:4 51:14
51:15,20 52:4,18

54:23 56:8 59:10
**top** 54:5
**torture** 58:22 59:6
59:17,18,22
**tortured** 57:23
**totally** 27:8
**touch** 30:3 34:18
47:21 50:20
**touched** 65:14
**tough** 15:2,4,4,6
**tour** 27:21,25
**track** 65:24
**tracked** 25:12
**trade** 20:17
**train** 15:16
**training** 24:18
**transcript** 72:13
**trauma** 70:11
**travel** 11:11
**treated** 62:13
**tried** 22:7 24:2
33:3,4 45:25
49:13 55:19 60:6
**trip** 28:10 53:15
**trips** 11:4,6 45:6
**trouble** 10:2 70:11
**true** 72:10
**truly** 19:23 23:13
**trusted** 9:7 59:11
**trustworthy** 9:8
**truth** 49:5 56:10
**try** 8:20 11:18
31:17 39:12 45:6
50:22 52:20 54:2
58:18 59:3 65:22
**trying** 35:20 38:11
42:17 46:14 49:22
50:11 54:8 57:11
57:12 59:14 60:17
63:1 67:14 68:6,8

**tung**  32:17 35:2
**turkey**  30:17 36:5
**turns**  24:8 30:3
  46:25
**tutored**  16:25
**tv**  61:21
**twice**  52:9 55:19
**twitter**  61:7,8,10
**two**  6:1 8:12 31:10
  33:1 45:4 54:11
  64:22 68:15,16,23
  71:21
**type**  21:19 46:18
  49:8
**typical**  10:23

**u**

**u.s.**  6:13,17 19:8
  23:14 49:18 62:21
**umass**  17:4 23:6
**un**  47:23
**unconsciously**
  13:17
**underdog**  18:16
  18:17
**undergraduate**
  12:10
**understand**  60:15
  61:6
**understandably**
  40:13 45:3
**undertake**  45:3
**unit**  71:20
**united**  1:1 4:8 6:14
  55:18
**university**  12:18
  16:17
**unwed**  16:24
**upset**  33:8 35:18
  62:17
**upsetting**  37:24
  38:2

**use**  9:24 14:15,17

**v**

**v**  1:5
**valuable**  45:10
**vanished**  43:23
**veritext**  4:13,17
**vermont**  26:17
**version**  7:21
**versus**  4:7
**video**  4:2,13 52:25
  53:3 61:12 71:21
**videoconference**
  1:10,23 2:1
**videographer**  2:11
  4:1,24 43:9,12
  44:4 58:7,10,13
  71:2,5,20
**videography**
  22:20
**videos**  36:21
**videotaped**  1:10
**vincent**  6:3
**virtual**  4:2 71:22
**voice**  17:3,7 18:14
  18:17 34:13
**void**  22:2
**volunteer**  13:15
**volunteered**  13:18
  16:23
**voted**  62:3,4

**w**

**walk**  67:8 70:15
  70:20
**want**  25:15 43:25
  54:20 58:7 63:5
  63:10,18 71:13
**wanted**  12:14,20
  14:6,7,17 16:14
  19:18 20:2,19
  23:2 27:23 28:7

28:10,15,16 33:23
34:11 44:15 45:15
45:20 46:23 49:19
49:20 53:10,22
55:2,22 56:25
59:21,24 60:1,2,11
61:12 65:2 71:7
**wanting**  64:23
**washington**  2:6
  19:7 26:5 45:7,12
  45:21 50:22 56:15
  56:18 59:14 68:5
**wasted**  56:13,17
**watch**  25:8,13
  28:9,11,13,17
  61:12
**way**  10:15 11:19
  12:6 21:7 23:12
  26:25 34:11 36:17
  43:21 54:7 57:15
  63:12,14
**ways**  8:4 12:12
  30:16 39:21 40:13
  41:18 68:15 69:8
**we've**  68:12,13
**website**  27:15
**wednesday**  1:25
  4:10 71:23
**week**  30:12 35:20
  37:9,11 40:1
  47:12
**weekend**  10:23
  40:17,19
**weeks**  35:20 46:19
  62:19
**weird**  60:21
**went**  9:1 11:3,21
  12:4 16:17 17:13
  18:1 19:12 21:2
  21:15 22:3 28:12
  31:8,9 32:15 34:2

38:16 40:8 42:9
42:15 44:2 49:15
49:23 54:8,15
55:10 61:10 68:9
**western**  39:7,8
  53:17 55:24
**westerner**  37:1
**westerners**  37:6
**whet**  11:11
**white**  45:15 48:7
  49:25 52:1
**who've**  69:13
**widow**  31:16
**wife**  28:4 68:23
**william**  5:21
**willing**  24:22
  26:18 38:9 39:3,4
  47:11 49:4 54:24
**wisconsin**  12:18
**wish**  39:20,21 56:9
**witness**  3:3 5:1,3
  71:9,16 72:6
**witnessing**  31:3
**wolfeboro**  4:4
**woman**  26:17
**women**  15:11
**wonderful**  11:5,6
  15:9,11 29:3,14,16
  29:17 30:5 41:5,5
  41:12 42:4 55:13
  55:14 56:5 62:10
  69:11,12,14
**words**  56:4 57:21
**work**  20:5 21:13
  22:7,14,18,21
  23:16,20,25,25
  25:1,20,23 33:22
  34:8 36:22 65:10
**worked**  6:25 17:20
  22:4,9 25:20,23
  26:18 32:15 42:6

**worker**   55:17
**working**   17:18
  25:22 42:16 50:6
**works**   21:4
**world**   13:22 17:23
  18:13 22:13 23:14
  44:11 64:8 65:8
**worried**   24:7
  26:12 41:14 43:22
**worth**   24:1
**worthy**   62:11
**wright**   1:11 2:14
  3:4 4:16 5:4,5,13
  48:16 72:2,22
**writing**   13:19
  16:15,15 17:8,20
  17:22
**wrong**   34:3 35:14

**y**

**yeah**   17:10 20:12
  22:25 33:15 39:17
  43:6 54:22 57:9
  58:24 60:16 63:20
  66:13,13
**year**   25:5 28:24
  31:10 34:6 38:4
  48:12
**years**   6:1,2,3,5,5
  8:12,25 12:9
  14:20,22 15:9,13
  15:17,24 20:14,16
  22:21 23:3,8
  24:14 29:20 55:8
  65:13
**york**   31:20,22
**young**   6:24 9:13
  14:24 15:11 17:19
  21:1 26:17 31:15
  33:1 43:4 46:6
  47:10,12 54:12
  56:1

**younger**   6:1,2,3
  7:21 8:19,23
  66:21
**youngest**   8:11
  29:9
**youngster**   8:4
**youth**   17:21

**z**

**zones**   19:5 21:22
  24:19
**zoom**   1:23 44:3
  46:20,21 66:11

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.