# Exhibit G

# **REDACTED**



Deposition of:
# John William Foley

*March 17, 2021*

In the Matter of:

# Sotloff Vs. Syrian Arab Republic, Et Al

Veritext Legal Solutions

800-734-5292 | calendar-dmv@veritext.com |

Page 1

1          UNITED STATES DISTRICT COURT

           FOR THE DISTRICT OF COLUMBIA

2

       _____

3                                     )

       ARTHUR BARRY SOTLOFF, et al., )

4           Plaintiffs,               )   Civil Action No.

                                      )    16-725 (TJK)

5       V.                            )

                                      )

6       SYRIAN ARAB REPUBLIC,         )

             Defendant.               )

7       _____)

8

9

10          VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

11                    JOHN WILLIAM FOLEY

12

13

14

15

16

17

18

19

20

21

22

23          This deposition taken via Zoom videoconference

24

25      on Wednesday, March 17, 2021, commencing at 11:09 a.m.

Page 2

1    APPEARANCES (via videoconference)

2

3    For the Plaintiffs:

4        PERLES LAW FIRM, P.C.
         By: Joshua K. Perles, Esq.

5        By: Emily Amick, Esq.
         1050 Connecticut Avenue NW

6        Washington, D.C. 20036
         (202) 955-9055

7        E-mail:  jperles@perleslaw.com
                  eamick@perleslaw.com

8

9

10

11

     Videographer:

12   Howard Brodsky

13

14   Court Reporter:
     Karen L. Wright, RPR, CRR

15   LCR No. 102

16

17

18

19

20

21

22

23

24

25

```
1                           INDEX

2

3    WITNESS                                    PAGE

4    John William Foley

5         By Mr. Perles                           5

6

7                         EXHIBITS

8    NO.    DESCRIPTION                         PAGE

9

10   (None offered.)

11

12                    *   *   *   *   *

13

14

15

16

17

18

19

20

21

22

23

24

25
```

                                            Page 4

1              THE VIDEOGRAPHER:  Good morning.  Here begins

2        the video-recorded virtual remote deposition of

3        John William Foley appearing from his location in

4        Wolfeboro, New Hampshire.

5              This deposition is taken by the plaintiffs in

6        the matter of Arthur Barry Sotloff, et al.,

7        plaintiffs, versus Syrian Arab Republic, defendant,

8        Civil Action Number 1:16CV-725 (TJK) in the United

9        States District Court for the District of Columbia.

10             Today is Wednesday, March 17, 2021.  The time

11       is approximately 11:09 a.m. Eastern Daylight Time.

12             My name is Howard Brodsky.  And I am the

13       legal video specialist in association with Veritext

14       Mid-Atlantic, with offices located in Philadelphia,

15       Pennsylvania.

16             The court reporter is Karen Wright, in

17       association with Veritext.

18             Will counsel please state their appearances

19       for the record.

20             MR. PERLES:  This is Joshua Perles, counsel

21       for plaintiffs.

22             MS. AMICK:  This is Emily Amick, counsel for

23       plaintiffs.

24             THE VIDEOGRAPHER:  Thank you, Counsel.  The

25       parties have stipulated and agreed that the court

1     reporter may take the witness oath remotely.

2          Will the court reporter please swear in the

3     witness.

4                    JOHN WILLIAM FOLEY,

5     having been duly sworn remotely by Ms. Wright,

6          was deposed and testified as follows:

7          MR. PERLES:  Thank you.

8                    EXAMINATION

9     BY MR. PERLES:

10    Q.  John, thank you for being here with us.  Could you

11        please state your full name.

12    A.  John William Foley.

13    Q.  And you are the father of James Foley?

14    A.  Yes, I am.

15    Q.  Is it okay if I call James Foley "Jim" for our

16        conversation?

17    A.  Please.

18    Q.  Thank you.  What was Jim like as a -- as a kid

19        before high school?

20    A.  Jim was a wonderful, enthusiastic, imaginative,

21        happy young human being who was curious about

22        absolutely everything, wanted to participate in

23        anything.

24          And he strove to do the -- to be good, to do

25        the right thing, to be friendly, to be helpful; all

Page 6

1          the best sorts of things, you know.

2     Q.   And he had how many siblings?

3     A.   Four.

4     Q.   Was he the oldest?

5     A.   He was.

6     Q.   How did he get along with his younger siblings?

7     A.   Well, he and Mike were best friends.  They were two

8          years apart.  And they were absolutely terrific

9          friends until Mike learned how to say no.

10              But -- but they -- they were deep, deep

11         soulmates.  They -- Jimmy was very imaginative.

12         And he used to get Michael to play his games and

13         dress up and run around.  And they were -- they

14         were best buds.

15    Q.   And sorry.  I just need to cover this a little bit.

16         Jim was born in the U.S., correct?

17    A.   Yes, he was.  Born in Evanston, Illinois.

18    Q.   So he's a U.S. citizen?

19    A.   He is.

20    Q.   And are you, as well?

21    A.   I am.

22    Q.   And is your wife and all of Jim's siblings?

23    A.   They are.

24    Q.   Thank you.  What -- did Jim have a lot of friends

25         when he was younger?  Who did he hang out with?

Page 7

```
1         What did he like to do in his spare time?
2    A.   Well, you know, depended on where we were.  I was
3         in the Army from 1975 to 1980, so we traveled a
4         bit.  But he was always friends with the kids in
5         the neighborhood.
6              And we moved to Wolfeboro, New Hampshire, in
7         1980.  And he went to the local elementary school
8         and developed friendships that he carried forward
9         for the rest of his life, including Brian Oakes,
10        who made the movie.
11   Q.   Did he play any sports?
12   A.   Yeah.  He played soccer.  He -- Jim wasn't the most
13        athletic young man, but he was very enthusiastic.
14        He really developed a devotion to basketball.  His
15        brother Michael, two years younger, was an awesome
16        basketball player.  And they played a lot of
17        basketball in the yard.  And Jimmy played pickup
18        basketball for the rest of his life.
19              So he was very much a sports enthusiast.  He
20        didn't get into golf and all that other -- tennis
21        or all that other sort of stuff.  But he did hike
22        and was willing to play football and tag foot- -- I
23        mean flag football and all that sort of stuff.  He
24        just enjoyed the camaraderie and the competition
25        and -- and the activity.  He just was -- he liked
```

```
 1        to be moving.
 2   Q.   Was there any indication when he was that young
 3        that, you know, he would end up being a journalist
 4        later?  I know it's -- it's hard to tell with
 5        little kids, but looking back --
 6   A.   No.  I can't honestly say there was any clue.
 7   Q.   Did he like books?  Did he like reading?
 8   A.   Oh, he read forever.  He loved books, just loved
 9        them; Davy Crockett, the classics.  He -- he was an
10        avid, avid reader from the moment he learned, you
11        know.
12   Q.   Did he help take care of his younger siblings,
13        babysit?
14   A.   Oh, yeah.  He was the worst babysitter in the
15        entire friggin' world.  Diane and I used to go away
16        and he would lock his -- his young sister in the
17        bedroom and say, "Night, night," and they'd have a
18        party downstairs.
19             Once we were -- once we were at Nantucket for
20        a couple of days.  And we drove our friend home
21        and -- and broke the outdrive of our boat going
22        over a place called the Witches, which is full of
23        rocks, which any normal person wouldn't go, but
24        whatever.
25             He was -- and the other -- another time he
```

Page 9

```
 1        was babysitting and stuck a -- or somebody was
 2        babysitting and he stuck a stick up his brother's
 3        nose and had to go to the emergency room.  He
 4        was -- he was a treat.
 5   Q.   Older brother stuff, sounds like?
 6   A.   Yeah, yeah.
 7   Q.   Yeah.  After high school --
 8   A.   Mm-hmm.
 9   Q.   -- he went to college, correct?
10   A.   Correct.
11   Q.   Do you remember what he studied?
12   A.   I do.  History.
13   Q.   And he -- he finished his degree there?
14   A.   Au-huh.  At Marquette.
15   Q.   At Marquette.  What did he do after Marquette?
16   A.   He -- he -- what people who graduate with a history
17        degree do, is look for a job.  He would up with
18        Teach For America.
19   Q.   Did he like that?
20   A.   He loved it.  He loved it.  He was fluent in
21        Spanish.  And it took his fifth- or sixth-grade
22        class in Phoenix about six months to figure out he
23        was fluent.
24              But he -- he was so involved.  He later went
25        up to the junior high and, you know, he established
```

1     teen pregnancy programs.  He coached basketball at

2     Lowell Elementary School, which is where he was.

3             He had a -- I called it a -- a ghetto mobile,

4     a Volkswagen with all black windows.  And he

5     took -- used to drive his basketball team to games.

6     And he -- he was -- he was just into it.  They

7     were -- they were friends.  He was their teacher

8     and their friend, as well.

9             In fact, he -- I'm sorry.  In fact, he wound

10    up mentoring some of those people for the rest of

11    their -- their lives until he died.  And, in fact,

12    they started a memorial for him, as well, there.

13  Q.  Based on what I know, I see a lot of public service

14    in -- in Jim's life.  Did this start here or -- or

15    before that?

16  A.  I don't know.  I think it started at Marquette, to

17    be very honest with you.  You know, we -- we choose

18    colleges sometimes for whatever reasons, but

19    Marquette was a very special place.  And one of

20    their mottos was "Be the answer."

21            And, you know, as soon as he arrived on

22    campus, he was involved in all kinds of social

23    programs.  And as a freshman, he began tutoring in

24    the inner city, you know.

25            And so I think -- I think Marquette was a --

```
1         was a stimulus to his thinking about and -- and

2         doing public service.

3    Q.   After Marquette, he went on to get some graduate

4         degrees, correct?

5    A.   Mm-hmm.  Eventually.

6    Q.   Eventually?

7    A.   Eventually.

8              COURT REPORTER:  And if you could just say

9         "yes" instead of "mm-hmm" for the record, please.

10             THE WITNESS:  I'm sorry.  Yes.

11             COURT REPORTER:  Thank you.

12   Q.   What was the first one he got, first graduate

13        degree, that is, after --

14   A.   Well, he went to Teach For America.

15   Q.   Yeah.  After Teach For America.

16   A.   Yeah.  Well, then he -- he thought he was not

17        maximizing his entire potential, so he decided to

18        go to UMass Amherst and get a -- a degree in

19        creative writing, which he did.

20             Following UMass Amherst, he -- I -- I think

21        he wasn't really enamored of the idea of writing

22        fiction, et cetera.  He went back to Teach For

23        America and went back to Lowell and taught there

24        for a while.

25             And then -- and then ultimately he decided
```

Page 12

```
 1        that he wanted to -- to become a journalist.  And
 2        he applied to Medill School of Journalism at
 3        Northwestern University and was accepted, to his
 4        own disbelief.  And the rest is history.
 5             I think journalism met a couple of Jimmy's
 6        needs.  One of his mottos was he felt that
 7        everybody had a story.  And he -- he didn't like
 8        nonfiction.  He wanted to deal with the truth.  And
 9        so journalism, I think, just -- just met him where
10        he was.
11   Q.   After -- and so he finished his degree in
12        journalism.  After that, where did he go first?
13   A.   Well, he -- in his last quarter -- last quarter of
14        teaching at -- a student at -- as a last-quarter
15        student at Medill, he decided to take a module in
16        Washington, D.C., conflict journalism.  And for
17        whatever reason -- many reasons, this apparently
18        tickled him.
19             And I tell his teacher that she's the problem
20        of all of this.  But at any rate, he chose to go to
21        the -- with the Indiana National Guard to Iraq.  At
22        that point, the Indiana National Guard was the
23        largest state contingent to be deployed.
24   Q.   So you mentioned you served in the Armed Forces.
25   A.   Au-huh.
```

1   Q.  Did anyone else in your immediate family serve?

2   A.  Yeah.  I was in the Army Medical Corps for five

3       years.

4           Johnny is in the -- is -- was then and is

5       currently in the U.S. Air Force.

6           Mark became a crew chief in the 160th

7       Aviation Regiment flying Chinooks for Special

8       Forces folks.

9           And Katie became a Navy nurse.

10          So while Jimmy was in captivity, he had three

11      active duty siblings.

12  Q.  Do you think that played some part in his comfort

13      being embedded?

14  A.  I think it -- I think it played some part in his

15      comfort.  I think he was also very interested in

16      what it was that made people want to and do join

17      the military and -- and participate.

18  Q.  So he was with the -- the Indiana National Guard,

19      embedded in --

20  A.  Yeah.

21  Q.  -- correct?

22  A.  Yeah.

23  Q.  What was his next assignment after that?  Was he

24      embedded again?

25  A.  No.  Yes, he was.  He went to -- he went with 101st

Page 14

1     Airborne to Afghanistan.

2  Q.  Mm-hmm.  Did he ever talk to you about his

3     experiences in Iraq and Afghanistan?

4  A.  Yeah.  Lots.  Lots.  And I have -- you know, he

5     was -- he was there with the bullets right away and

6     nothing but a flak jacket and a pencil.

7         I -- I feel a certain level of guilt because

8     I was excited for him because he had finally found

9     his passion, journalism.  I feel guilty because

10    I -- it didn't have to be there, you know.

11        I think Jimmy wanted it as a -- this was a

12    second career for him.  And I think he wanted to

13    make up lost time.

14        And, obviously, going where danger is

15    abundant limits the audience.  And so he felt that

16    he had a better chance of being heard, listened to,

17    and read if he was in a situation which was not

18    overly reported or dangerous, (indiscernible)

19    dangerous.

20        I -- I feel guilty that I didn't have more

21    restraint in my voice and my comments to him.  I

22    was kind of a cheerleader.

23 Q.  After he was embedded, did he go overseas again?

24 A.  You probably have a better timeline with Diane.

25    But after he was embedded, he served with some --

1      some governmental organization where he was behind

2      the desk for a while and made some money.  He

3      eventually came home, then went to Libya.  He was

4      not embedded there.

5   Q. He was a freelance journalist?

6   A. Yes, sir.

7   Q. Do you recall any of the -- the publications that

8      he reported for?

9   A. Well, he worked for an organization called

10     GlobalPost.  But he had his own blog.  And those

11     were the two main outlets.

12  Q. And so in Libya -- I mean, it's a matter of public

13     record.  He was --

14  A. Yeah.

15  Q. -- hostage in Libya.

16  A. Yeah.

17  Q. Can you tell me a little bit about that experience

18     from your perspective?

19  A. Yeah.  We got a call that he was captured.  And I

20     can't remember who gave us the call at that point

21     in time.  I think it was the State Department at

22     that point because Libya was a foreign government.

23         He had been with two other friends.  And they

24     were going to the frontlines.  And up out of the

25     desert came the enemy with guns blazing, and they

1      captured two of them and killed one.

2   Q.  And he was -- where was he kept?  Who was keeping

3       him while he was --

4   A.  The Gaddafi regime.

5   Q.  The Gaddafi regime.  Was he in a prison or...?

6   A.  Yeah.  With other -- with other prisoners.  And

7       we -- we were unsure where to go at this point.

8           And we were very fortunate, and I'm sure

9       Diane told you this, to meet a gentleman by the

10      name of David Bradley, who was the then owner of

11      Atlantic Media.  One of his reporters, Clare

12      Gillis, was one of the other capturees.  And in an

13      attempt to bring Clare home, he picked up along

14      with her James -- James and Manu Brabo.  And they

15      were all bought home under his auspices, with his

16      assistance.  Quite frankly, the government really

17      wasn't very helpful.

18  Q.  Did Jim talk to you about that experience at all,

19      his being held hostage?

20  A.  He did.  But it -- in -- in retrospect, it was a

21      very humane captivity.  He talked about the people

22      who were there as political prisoners.

23          There was an American contractor who shared

24      Bible versus with him through the wall.  He met

25      Manu Brabo there.  Manu didn't know he spoke

1     Spanish for a long time.  Any rate.

2          I -- I would say that that was a learning

3     experience for him, I would have hoped.  But didn't

4     turn out that way, you know.  You know, as -- as

5     captivities go, that was pretty positive, you know.

6          He slept with -- everybody treated him with

7     respect.  He slept with multiple people.  He got a

8     good bunk.  They apparently fed him reasonably

9     well.  And he was brought home.  You know, pretty

10    good deal.

11  Q.  So he -- he gets back from Libya.  He's --

12  A.  Yeah.

13  Q.  -- released, flies back to the States.

14  A.  Yeah.

15  Q.  Do you remember about his time in the U.S.

16      following that?

17  A.  I do.  He was given a desk job, or offered a desk

18      job by GlobalPost as an editor, which he tried for

19      six months.  Or maybe even less.  But he just

20      couldn't not go back or not go back.

21          It seemed like he had made a promise to

22      himself or a promise to those in the middle of

23      struggle that he had to help.  He had to do more

24      than he could do as an editor.  He had to be there

25      and at least report the tragedies, if not effect

1        change, you know, so that these people who were

2        fighting for their freedom and their lives would

3        not go unnoticed, you know.

4    Q.  I'm paraphrasing a little bit here.  I just want to

5        make sure I understand.  You think he felt an

6        obligation to -- to tell --

7    A.  Absolutely.

8    Q.  -- the story?

9    A.  Absolutely.  Absolutely, Josh.  Okay.  Thank you

10       for the wording.  I think he felt obligated.

11   Q.  So he felt obligated to go and tell the story of

12       these people firsthand.  He's come back from Libya.

13       He spent some time in the States behind a desk.  He

14       finds that unsatisfying.  Where does he go next?

15   A.  Syria.

16   Q.  How does he go?

17   A.  God only knows.  He didn't have papers.  You know,

18       he did the scramble across the border routine with

19       the influencers or -- and/or drivers, et cetera.

20       But he was very vulnerable in doing that.

21   Q.  So he crossed the Turkish border?

22   A.  Yes.  He went -- his home base, I think, was

23       Istanbul.  And he from there would migrate -- I

24       mean would go in and out of Syria.

25   Q.  And before his eventual abduction, which we'll get

```
 1        to, did he make any successful trips to Syria
 2        and --
 3    A.  Oh, many.  Many.  Many.  I don't have any idea how
 4        many, but many.
 5    Q.  Did he tell you about that reporting he did in
 6        Syria?
 7    A.  Yeah.  He told me about the suffering of the -- of
 8        the people he encountered, about their courage,
 9        their -- the fact that they were actually laying
10        down their lives for -- for their own freedom.
11        They were committed to the fact to the point of
12        dying for their -- their faith in the possibility
13        of being free.
14    Q.  Diane mentioned the -- the last Christmas that you
15        spent with Jim.
16    A.  Yeah.
17    Q.  Do you remember that, as well?
18    A.  I think so.
19    Q.  Could you tell me what you -- you remember about
20        it?
21    A.  Well, I guess I remember that I wish I could have
22        been a better communicator, Josh.  I wish I could
23        have told Jim how much I loved him.  I wish I could
24        have shared my fear about what he was doing.  I
25        wish we could have talked about alternatives.
```

1        But I don't think I did much of anything

2    other than appreciate the fact that he was home and

3    hope that his ability to return home would continue

4    and that he was doing what he wanted to do.

5        He said to his mother one time -- I don't

6    know if she said this -- he said, Ma, I found my

7    passion.  And so I didn't feel confident enough

8    or -- or whatever enough to say, you know, Jim, you

9    should reconsider this.

10        It's hard to direct adult children, you know,

11    so I didn't.  I did not do that.  I wished him

12    well.  I -- I thought I -- you know, you never

13    think your luck is going to run out, but I was -- I

14    was presuming that he would do well and move

15    forward with his career.

16 Q.  After he returned to Syria, what was your first

17    indication that something had gone wrong with his

18    most recent passage across the border?

19 A.  We got a call the day after Thanksgiving from Clare

20    Gillis, who was the young lady who was captured

21    with him in Libya.  She must have gotten the short

22    straw.  And she told us that he had not returned

23    home.

24 Q.  What was your reaction at that instant?

25 A.  It was, My God.  How can this be happening again?

Page 21

1     How?  How?  I knew, I just knew that this wasn't

2     going to be a good outcome.  Just how -- I was

3     angry at Jim.  I was angry at myself.  I was angry

4     at, you know, Assad.

5          Just -- I just knew this was a bad thing.  I

6     just couldn't -- it was like the lights went out,

7     somebody shut the lights off.  All of a sudden, it

8     was dark, you know.  And I just didn't know, how

9     could we begin again?  How could we be so lucky to

10    get him home twice?  It was awful.

11  Q.  You don't have to answer too specifically.  I know

12     it's difficult to remember this.  But do you know

13     roughly how long it was before you heard from

14     anyone in the government that --

15  A.  I think about three days.  It was a Friday, I

16     think, that we heard -- I mean that Clare called

17     us.  And I think the government called us on

18     Monday.

19  Q.  What were those three days like?

20  A.  Oh, they were awful, Josh, you know.  We were just

21     reliving everything that we'd gone through in

22     Libya, with the added concern that there was no

23     government involved here or we didn't know if there

24     was a government involved here.  You know, could we

25     bring it all together again?

1          It was just total -- I don't know.  We were

2      messed up, really couldn't -- we couldn't -- it was

3      hard to get our hands or heads around it, you know.

4      It's happened again.  What are we going to do?

5  Q.  After you were contacted by -- by the government --

6      and that was the FBI, correct?

7  A.  Yeah.

8  Q.  After the FBI contacted you, were they able to

9      confirm whether Jim was alive or not?

10 A.  No.

11 Q.  Could they tell you where he was being held or who

12     had him?

13 A.  No.

14 Q.  When did you first learn that he was alive?

15 A.  A year later.  You know, a year later.  We -- I'm

16     sure Diane talked to you about the young Belgian

17     freedom fighter, or whatever he called himself, who

18     was actually -- had joined the jihad and was

19     feeding the prisoners in Jim's camp.  And he -- I

20     always think that Jim un-jihaded him.

21          And at any rate, he eventually escaped or got

22     out.  And he -- Jimmy made him promise that he

23     would call -- he or his dad would call us to let

24     him know he was alive.

25 Q.  So he spoke with Jim?

Page 23

```
 1   A.  Oh, absolutely.  At some length, I believe; over
 2       multiple occasions.  He was, in fact, the
 3       feeding person -- the person who brought food to
 4       them.  He knew that -- who was where.
 5   Q.  You mentioned earlier you have the impression
 6       that -- that Jim helped deradicalize him?
 7   A.  Yeah.
 8   Q.  What do you think about that?
 9   A.  I think that's Jim.  I think -- I think Jim wanted
10       a good conversation and a cause, man.  He wanted to
11       get this guy -- kid straight, you know.  What the
12       hell are you doing with your life working with
13       these fools?
14            Botnick (phonetic) was -- I -- his last name
15       was Botnick.  And I -- his father and he, himself,
16       were both in contact, have been in contact.
17   Q.  So for the better part of a year, you knew
18       nothing --
19   A.  Nothing.
20   Q.  -- other than that Jim was gone?
21   A.  That's right.
22   Q.  I can't even begin to imagine.  Could you try to
23       explain to me and to the court what that's like as
24       a parent?
25   A.  Well, it was crazy because the group that he was
```

Page 24

```
 1        working for, GlobalPost, felt assured -- assured
 2        that he was in Damascus being held by the Assad
 3        regime.  Which he was not.  The government didn't
 4        tell us or didn't know who was holding him.
 5             We didn't know anything until the first
 6        ransom note.  Or no.  We knew -- we first knew that
 7        he was alive based on the Botnick conversation and
 8        then the ransom note, the first ransom note.
 9   Q.   What did they want?
10   A.   Money or prisoners or both.
11   Q.   And then --
12   A.   None of which we had.
13   Q.   By "prisoners," you mean --
14             (Zoom crosstalk.  Court reporter requested
15        clarification.)
16   A.   ISIS captives.
17   Q.   Held by the United States, correct?
18   A.   Correct.  Sorry.
19   Q.   So they were demanding that you somehow convince
20        the government to --
21   A.   Right.  To either give them 100,000 euros or
22        release all ISIS captives.
23   Q.   Thank you.  Did they offer proof of life?
24   A.   Eventually, yes.
25   Q.   How did that work?
```

Page 25

```
 1   A.  By -- by letter -- by e-mail.  They identified
 2       themselves and said that they had Jim and that they
 3       would be willing to show us that they had him by
 4       using the proof of life process.
 5   Q.  Did they -- they took questions from you, and he
 6       answered --
 7   A.  That's right.
 8   Q.  -- them correctly?
 9   A.  Yeah, Diane told you.  Our son Michael developed
10       the questions.  And they were answered.  And we
11       knew he was alive.
12           I guess the best day of this whole thing was
13       when Jimmy knew that we were looking for him and
14       knew that we were on the other end.  I'm most
15       grateful that he got to know that we were looking
16       for him through the process.
17   Q.  Did you have hope at this point that Jim would be
18       returned?
19   A.  We did.  Some hope.  As you know from talking with
20       Diane, we are not rich.  And we were behind the
21       eight ball.  And we tried to raise money.  It was
22       clear that we were on our own at that point, you
23       know.
24   Q.  Why was that clear to you?
25   A.  Because, you know, after the proof of life, we
```

1      found out that the FBI couldn't -- wouldn't --

2      couldn't, wouldn't help us negotiate with them.

3      They were very ineffective in terms of their

4      suggestions.  Nothing they said was working.  I

5      don't know.

6           Did Diane -- shortly around this -- during

7      this period of time, you know, it became -- we

8      became aware that -- through Diane and David

9      Bradley that there were three or four other

10     Americans in the same situation.

11          And we met with the FBI, CIA, all the IAs in

12     Washington as a group.  And one of the folks there,

13     a colonel -- I forget his last name, and I'm sure

14     Diane told you -- who worked for the President said

15     that they were not going to get them, they were not

16     going to pay ransom, they were not going to ask any

17     other country to do it as a -- as a go-between; and

18     basically, unless he gets out of there on his own,

19     we're not going to -- we're not -- we're not --

20     we're not going after him.

21          Which was patently false, because they did

22     way too late, in June or July.  And they

23     subsequently said we won't have any more meetings,

24     but you can call.  But you have to go to an FBI

25     secured site to make these calls.  For most of us,

Page 27

```
 1        it was a travel.  For us to Boston, people in
 2        Colorado to Denver, dah, dah, dah.  So we did that
 3        once.
 4             And our agent -- I said, Is this -- is this a
 5        secure phone?  She saw it for a minute.  She said,
 6        Not really.  It's just they wanted to make sure
 7        there was nobody else listening in.
 8             You know, so we were lied to.  As Diane
 9        pointed out to you, there was no -- they had no
10        intention of helping us.
11   Q.   How did it feel when -- when you were told that
12        they wouldn't mount a rescue effort and that you
13        couldn't raise or you couldn't make a hostage
14        payment?
15   A.   A kick in the face.  But quite honestly, a similar
16        sort of thing was said when he was in Libya, so we
17        were used to that.
18             But it confirmed our feeling that we were on
19        our own and that we had wasted two years dealing
20        with the government, who really had no intention of
21        raising any sweat to bring him home.
22   Q.   You mentioned you were given hope by -- well, that
23        you had hope that Jim would be returned.  Did that
24        change over time?
25   A.   Oh, of course.  And I -- I -- we had hope from the
```

1    beginning that our government would do whatever

2    they could, being the most powerful nation in the

3    world, to bring Jimmy home.

4         However, that hope really dissipated over

5    time.  It was a steady downhill drop.  There was

6    no -- there was no -- you know, there was no real

7    thought that they really -- as Diane I'm sure said

8    to you, they always told us he was the highest

9    priority.  And we began to realize that he was no

10   priority at all, nor was anybody in that whole

11   Syrian contingent, because they really -- or ISIS

12   contingent.  The government had no wish to dive

13   into that area politically.

14  Q.  Did you -- did you ever communicate with -- with

15      Jim's captors again after the hostage demand?

16  A.  Yeah.  The last ransom note, the one that I called

17      Diane about to come home, was the one that they

18      said if we don't receive something soon, we're

19      going to kill you -- kill him.  That was the last

20      note, that I'm aware of.

21  Q.  What was it like reading -- reading that?  How did

22      your outlook change?

23  A.  Well, I'm sure Diane told you, initially we

24      thought, Oh, my God, they're communicating with us

25      again.  There's going to be some hope.

Page 29

1        But I think we both knew that this was near

2     the end because we weren't going to raise 100

3     million euros and we weren't going to be able to

4     free any captives and the government really wasn't

5     stepping up to protect us.  So, you know, shortly

6     after, everything went downhill.

7  Q.  When did you first learn that Jim had been killed?

8  A.  I don't know the date.  It was the date that it

9     had -- that it came on the internet.  That

10    morning -- actually, I wanted to say this.  And

11    this is -- that morning, the day that Jim was

12    killed, two FBI agents we'd been dealing with came

13    to our house here in Rochester -- in Rochester and

14    asked for DNA samples.  This is two years after Jim

15    was captured.  Toothbrushes, that kind of stuff,

16    you know.  Two years.  So our first thought is, Why

17    now?

18        And within four to six hours, Jim was dead.

19    And they swear up and down they had no

20    preknowledge.  They lied.  You know, they lied.

21        We got -- we got a call from one of the

22    network reporters who was bawling.  Diane took the

23    call.  Did you see what's on the internet?  We got

24    a call from Jim's editor at -- at GlobalPost.

25        And I finally found the video with my son's

1      head resting on his chest.  And I remember looking

2      at that head.  Is this Jim?  Is this really Jim?

3      Could this be photoshopped?

4           We heard nothing from the FBI, nothing from

5      the friggin' President, nothing from anybody until

6      that night, when President Obama went on the air

7      and announced that Jim had been beheaded.

8           The FBI says that they called my son Michael.

9      But nobody had the courage or the willingness to

10     call Diane or I.

11  Q. Did you watch the video that ISIS had circulated?

12  A. We did.  I did.  I had to watch it.  It didn't

13     actually show the knife passing through the neck

14     and the head falling off.  It showed the speech and

15     the position and then it showed the head on the

16     chest and the orange jumpsuit.

17  Q. I have to ask, what was that like?  I just -- I

18     can't imagine.

19  A. I don't even know how to put it in words.  You

20     know, it's just --

21  Q. Can you just do your best, please.

22  A. It's like -- it's like you're being stabbed.  It's

23     like being stabbed.  It's like being -- it's like

24     being suffocated or strangled.  It's like being --

25     it's like wanting to be killed yourself to be there

```
 1        with him.  It's like -- it's like terrible, just

 2        terrible.

 3             It's the worst -- it's the worst moment that

 4        I can -- I hope I ever experience in this lifetime,

 5        you know.  Just total, total sadness, lack of

 6        feeling.  It's like, oh, my God.  How could this

 7        be?  But it is.

 8   Q.   Diane had mentioned that you got to speak and have

 9        been in contact with some of Jim's European

10        co-captives who were released.

11   A.   Yeah.

12   Q.   Is that --

13   A.   Yeah.

14   Q.   Did they talk to you at all about the conditions

15        Jim was being held in?

16   A.   Yeah.  I -- I can't remember.  Diane was right,

17        they tried to tell us as little as possible.  But

18        over the course of time, we learned.  And, you

19        know, he was waterboarded several times.  He was

20        getting hit with a stick when he was trying to go

21        to the bathroom.

22             They used to hang him up and choke him until

23        he passed out.  They used to -- they tied him to

24        the wall.  He -- he was excessively targeted

25        because he was the one that was asking for more
```

Page 32

1      food.

2            You know, he was Jim.  He really at that

3      point, I believe, had decided to move on from his

4      current life into doing the best he could for

5      himself and for others, you know.

6            He was trying to make a difference.  And I

7      think he knew that he really was going to die from

8      way back, you know.

9   Q.  How has Jim's death affected you personally?  It's

10      been some time now.

11  A.  Initially, not so well, man.  I -- I was drinking a

12      lot, you know, at night to self-medicate.  And as a

13      physician, I couldn't, obviously, drink during the

14      day.

15            And eventually it became a problem, and I --

16      I needed to go to rehab to stop.  You know, I

17      really did.  And I'm grateful for all that at this

18      point.  I'm getting it back together again.

19            I -- I've struggled with Diane and the

20      foundation, because it takes absolutely 24/7 of her

21      time.  She's done a tremendous job.  She's a

22      world-class connecter, which as you know, takes a

23      tremendous amount of time.

24            I kind of wanted to -- I kind of am envious

25      of the other families who just sort of kept their

1    mouth shut and moved on with their lives.  That's

2    not Diane.  I felt -- I was on the board for a

3    while, but I -- I just couldn't deal with it.

4         It just for a while seemed like it was a

5    waste of time, you know.  I felt -- I felt robbed

6    of -- I had felt robbed of our retirement.  We're

7    not retired, we're Diane and the James Foley Legacy

8    Foundation and me.

15        It's coming together, but it's been a

16    disaster.  You know, the -- the family needs Diane.

17    And she needs to do what she's doing.  And it's

18    what it is.  So we all have to spread out and move

19    forward, you know.

20 Q.  You mentioned you're a physician.  Has this

21    experience, has it affected your professional life?

22 A.  Well, I retired in 2018.

23 Q.  Au-huh.

24 A.  Not because of Jim.  I was just burnt out.  After

25    40 years of being a primary care internist, I

Page 34

1    really just couldn't deal with people telling me

2    that they were tired and depressed anymore.  I

3    think -- I think not in a small part because give

4    me a break.  I got -- I got my own issues, bud, you

5    know.  Suck it up, you know.

6         But I just needed to -- I needed to get off

7    the wheel, man.  It just -- it just -- it was time.

8    But it certainly was pushed, you know, by Jim's

9    death.  I really had less to give after losing him.

10   There was less joy in my day and I had less to

11   share.

12        So I said, Hey, before I say something wicked

13   bad, I'm going to run my mouth, I think I'm just

14   going to walk out the door and retire.

Page 35

1    Q.   As you know, we're going to speak with -- with
2         everyone in your family.
3    A.   Yeah.
4    Q.   Spoken with Diane already.  And I won't ask you to
5         speak on their behalf, but have you observed the
6         other ways that the different members of your
7         family have grieved?
8              You mentioned Diane had the foundation.
9         Maybe if you could speak a bit about Jim's
10        siblings?
11   A.   Yeah.  I don't -- I'm not sure how to describe how
12        my -- the rest of my family's dealing with this.
13             I think, to a member, we miss Diane.  And we
14        think that she's so tightly committed to the
15        foundation, to Jim's legacy that she leaves the
16        rest of us behind a little bit.
17             She adores her grandchildren and would walk
18        through a wall to be with them or do anything for
19        them.  I think the -- I think our kids, we're --
20        and myself, we're a little more left on our own to
21        make it work, you know.
22             Michael struggles.  He doesn't really want
23        anything to do with the foundation.  He didn't want
24        anything to do with this.  He and Jim were the
25        closest.

Page 36

```
 1        I don't know why he feels that way.  I think
 2   he just wants to remember the -- the goodness in
 3   the relationship that he and Jim had and he thinks
 4   that going forward with the foundation isn't going
 5   to add anything to his life or Jim's life.  I think
 6   I kind of disagree with that at this point, but
 7   whatever.
 8        Johnny, who is in the Air Force, as you know,
 9   his situation is a little more complicated because
10   he has some guilt that ISIS associated with -- the
11   bombings with him and -- and with Jim being his
12   brother.
13        They went through a terr- -- Johnny's gone
14   through a terrible divorce.  And some of it, again,
15   as Diane related to you, was related to the -- to
16   the whole ISIS business.
17        They were in Belgium.  He was assigned to
18   Chievres after Jimmy's murder and, unfortunately,
19   came home right away for the funeral, one of them.
20   And while he was away, all the military wives were
21   telling Cressy, his wife, how careful she had to
22   be, where she couldn't go and where -- and just
23   blew her mind.  And she wanted to come home.
24        He had to eventually, to save the marriage
25   for the short term, ask for a re -- redeployment
```

1    back out of Belgium.  And he was sent back to the

2    Pentagon.  And he just felt this whole thing had

3    taken over his life and his career.

4        And Diane was very active at that point.  At

5    one -- at one point later in his career after the

6    Pentagon, one of his superiors said, Listen, we're

7    going to deploy you, but don't tell your mother.

8    You know, she had that much influence at that point

9    in time.

10       At any rate, I -- we now have a -- Jim's

11   third -- second brother, Mark, our fourth, is

12   living with us.  He's going through a divorce.  He

13   was in the 160th.  And I'm not sure that's related

14   to this at all; he married a nut.  And this is his

15   second attempt to divorce her, and it's long

16   overdue.

17       He's living with us.  And that's -- that's a

18   stress, you know.  They have a -- he has a

19   six-year-old.  And we've gone through all this

20   COVID and schooling and all that business.  It's

21   been a tremendous stress, but it looks to be

22   turning the corner.

23       Our daughter, Katie, the Navy nurse, is -- ex

24   Navy nurse, is now working here in Boston at Mass

25   General.  She has a two-year-old.  And she and

1    Diane are very close, naturally.  And she's very

2    supportive and doesn't mention Jim all that much.

3    She swore that he was never around while she was

4    growing up, but we have pictures to show her that

5    he was.

6         Anyway, I -- it's -- it's -- it's been tough.

7    The foundation has been a -- a blessing and a

8    curse.

9  Q.  Am I understanding correctly that you think the --

10   the stress of dealing with this grief has put

11   strain on your son's marriages or former marriages?

12 A.  I think so.  Johnny for sure.  Johnny for sure.  I

13   mean, there's a one-to-one correlation between

14   Belgium and ISIS and being redeployed to the

15   Pentagon and all that sort of stuff.

16        Mark, I'm not sure.  I don't know.

17   Absolutely Johnny.  And I'm sure he'll tell you

18   that when you talk to him.

19 Q.  Diane mentioned that you're a family of faith.  Has

20   this experience altered your relationship to God,

21   to your faith?

22 A.  Boy, it sure did to start with.  You know, I -- I

23   really -- I went through so many ups and downs, you

24   know.

25        I agreed with Diane initially that his only

Page 39

```
 1        saving -- his only way to be released was to die,

 2        'cause our country wasn't going to go get him, and

 3        the horrible suffering he was going through was not

 4        life.

 5             And I wanted there to be a heaven and be a

 6        God, so that when I died, I could rejoin with Jim.

 7        The first Lent, though, I -- after Jim's death was

 8        so hard.  All I could see was Jim up on the cross,

 9        being a sacra- -- a sacrifice.

10             And I just was in the why did it have to be

11        Jim thing, you know.  And did I put him there

12        because of my enthusiasm and all that sort of

13        stuff.

14             But I'm coming around.  We're going

15        through -- we attend a wonderful church.  And we

16        participate in several programs.  And I'm making

17        it.  I'm coming back, you know.  I -- I again feel

18        there is a loving God who is my father or my

19        brother and my spirit.

20             And I can't explain this world, and not for

21        me to try, and just need to believe that there

22        is -- there is a God and this is what was

23        predestined for Jim and predestined for me.

24   Q.   You mentioned earlier feeling some guilt at not

25        having dissuaded Jim from reporting from that part
```

Page 40

1    of the world and that some in your family -- well,
2    I'll leave it at that.
3         Do you -- overall, are you proud of -- of his
4    public service and what he --
5  A. Oh, man.  I think absolutely.  I mean, the fact
6    that he was Jim is just a real gift, a gift I thank
7    God for.  We've -- Diane and I were able to be his
8    parents for the short 40 years.
9         You know, it's -- it's -- if we all could
10   know a much -- as much about what Jim did for other
11   people before he died as we know now, it'd be
12   awesome.  Unfortunately, you have to die to find
13   out what a wonderful person he or she was, you
14   know.
15        I am very grateful for the person Jimmy was,
16   for the fact that we were able to be his parents
17   for a brief time.
18        I'm very grateful for all the people who were
19   willing to report how much he helped in their
20   lives.  It's been a gift.  Diane's right, we've had
21   so much positivity emanating from what Jimmy did
22   for others that it's -- it's -- it's cool.  It's
23   been lifesaving.
24        And sometimes I wonder what more the
25   foundation can do.  But from people smarter than I,

Page 41

```
 1        it's making a big difference in terms of turning

 2        people's attitude toward the need for negotiation

 3        for American citizens, which I believe, because we

 4        felt like chopped liver, just like crap.  When we

 5        got to know the -- the Europeans so well, they even

 6        felt guilty for being home and Jim is dead, their

 7        friend.

 8    Q.  Is it okay if we pause the deposition here just for

 9        a moment?

10    A.  Sure.  Yeah.

11             MR. PERLES:  Howard, could we go off the

12        record.

13             THE VIDEOGRAPHER:  The time is 12:09.  We are

14        off the record.

15             (Recess taken.)

16             THE VIDEOGRAPHER:  The time is 12:09.  We are

17        on the record.

18    Q.  (BY MR. PERLES)  John, not to put you on the spot.

19        If there's anything else you'd like to -- to share

20        with the court before we close, now would be the

21        time.  But also, if there's nothing else, we've had

22        a pretty long discussion, that's okay too.

23    A.  I think I'm -- I'm cool.

24    Q.  Okay.  Well, I'd like --

25    A.  Thank you.
```

Page 42

1  Q.  Thank you for -- for taking the time.  And I know

2      this is difficult to discuss.  And thank you for

3      being candid and open with us.  I appreciate it.

4  A.  Well, thank you for walking this journey with this.

5      We very much appreciate it.

6  Q.  Thank you.

7          MR. PERLES:  Howard.

8          THE VIDEOGRAPHER:  Yes.  This concludes the

9      video-recorded virtual remote deposition of John

10     William Foley, taken by the plaintiffs on

11     Wednesday, March 17, 2021.  The time is 12:10 p.m.

12     Eastern Daylight Time, and we are going off the

13     record.

14         (Off-record discussion.)

15         MR. PERLES:  We would like a transcript as

16     soon as possible.  And we're happy to pay whatever

17     rush fees are involved with that.  Thank you.

18              *   *   *   *   *

19

20

21

22

23

24

25

Page 43

1                    C E R T I F I C A T E

2            I, Karen L. Wright, a Licensed Shorthand

3    Reporter for the State of New Hampshire, and Registered

4    Professional Reporter and Certified Realtime Reporter,

5    do hereby certify:

6            That the foregoing witness was by me duly sworn

7    remotely; that the deposition was then taken before me

8    at the time and place herein set forth; that the

9    testimony and proceedings were reported

10   stenographically by me; that the foregoing is a true

11   record of the testimony and proceedings taken at that

12   time to the best of my knowledge and ability; that

13   reading and signing of this transcript was not

14   requested.

15

16

17

18

19

20

21

22                      Karen L. Wright

                       Karen L. Wright

23                     LCR 102, RPR, CRR (RSA 310-A:173)

24

25

**[100 - best]**                                                                                          Page 1

| **1** |
| --- |

**100** 29:2
**100,000** 24:21
**101st** 13:25
**102** 2:15 43:23
**1050** 2:5
**11:09** 1:25 4:11
**12:09** 41:13,16
**12:10** 42:11
**16-725** 1:4
**160th** 13:6 37:13
**17** 1:25 4:10 42:11
**173** 43:23
**1975** 7:3
**1980** 7:3,7
**1:16cv** 4:8

| **2** |
| --- |

**20036** 2:6
**2018** 33:22
**202** 2:6
**2021** 1:25 4:10
    42:11
**24/7** 32:20

| **3** |
| --- |

**310** 43:23

| **4** |
| --- |

**40** 33:25 40:8

| **5** |
| --- |

**5** 3:5

| **7** |
| --- |

**725** 4:8
**757** 43:22

| **9** |
| --- |

**955-9055** 2:6

| **a** |
| --- |

**a.m.** 1:25 4:11
**abduction** 18:25

**ability** 20:3 43:12
**able** 22:8 29:3
    40:7,16
**absolutely** 5:22
    6:8 18:7,9,9 23:1
    32:20 38:17 40:5
**abundant** 14:15
**accepted** 12:3
**action** 1:4 4:8
**active** 13:11 37:4
**activity** 7:25
**add** 34:22 36:5
**added** 21:22
**adores** 35:17
**adult** 20:10
**afghanistan** 14:1,3
**agent** 27:4
**agents** 29:12
**agreed** 4:25 38:25
**air** 13:5 30:6 36:8
**airborne** 14:1
**al** 1:3 4:6

████████████████

**alive** 22:9,14,24
    24:7 25:11
**altered** 38:20
**alternatives** 19:25
**america** 9:18
    11:14,15,23
**american** 16:23
    41:3
**americans** 26:10
**amherst** 11:18,20
**amick** 2:5 4:22,22
**amount** 32:23
**angry** 21:3,3,3
**announced** 30:7
**answer** 10:20
    21:11

**answered** 25:6,10
**anybody** 28:10
    30:5
**anymore** 34:2
**anyway** 38:6
**apart** 6:8
**apparently** 12:17
    17:8
**appearances** 2:1
    4:18
**appearing** 4:3
**applied** 12:2
**appreciate** 20:2
    42:3,5
**approximately**
    4:11
**arab** 1:6 4:7
**area** 28:13
**armed** 12:24
**army** 7:3 13:2
**arrived** 10:21
**arthur** 1:3 4:6
**asked** 29:14
**asking** 31:25
**assad** 21:4 24:2
**assigned** 36:17
**assignment** 13:23
**assistance** 16:16
**associated** 36:10
**association** 4:13
    4:17
**assured** 24:1,1
**athletic** 7:13
**atlantic** 4:14 16:11
**attempt** 16:13
    37:15
**attend** 39:15
**attitude** 41:2
**au** 9:14 12:25
    33:23

**audience** 14:15
**auspices** 16:15
**avenue** 2:5
**aviation** 13:7
**avid** 8:10,10
**aware** 26:8 28:20
**awesome** 7:15
    40:12
**awful** 21:10,20

| **b** |
| --- |

**babysit** 8:13
**babysitter** 8:14
**babysitting** 9:1,2
**back** 8:5 11:22,23
    17:11,13,20,20
    18:12 32:8,18
    37:1,1 39:17
**bad** 21:5 34:13
**ball** 25:21
**barry** 1:3 4:6
**base** 18:22
**based** 10:13 24:7
**basically** 26:18
**basketball** 7:14,16
    7:17,18 10:1,5
**bathroom** 31:21
**battle** 34:15
**bawling** 29:22
**bedroom** 8:17
**began** 10:23 28:9
**beginning** 28:1
**begins** 4:1
**behalf** 35:5
**beheaded** 30:7
**belgian** 22:16
**belgium** 36:17
    37:1 38:14
**believe** 23:1 32:3
    39:21 41:3
**best** 6:1,7,14 25:12
    30:21 32:4 43:12

**better** 14:16,24 19:22 23:17
**bible** 16:24
**big** 41:1
**bit** 6:15 7:4 15:17 18:4 35:9,16
**black** 10:4
**blame** 34:19
**blazing** 15:25
**blessing** 38:7
**blew** 36:23
**blog** 15:10
**board** 33:2
**boat** 8:21
**bombings** 36:11
**books** 8:7,8
**border** 18:18,21 20:18
**born** 6:16,17
**boston** 27:1 37:24
**botnick** 23:14,15 24:7
**bought** 16:15
**boy** 38:22
**brabo** 16:14,25
**bradley** 16:10 26:9
**break** 34:4
**brian** 7:9
**brief** 40:17
**bring** 16:13 21:25 27:21 28:3
**brodsky** 2:12 4:12
**broke** 8:21
**brother** 7:15 9:5 36:12 37:11 39:19
**brother's** 9:2
**brought** 17:9 23:3
**bud** 34:4
**buds** 6:14

**bullets** 14:5
**bunk** 17:8
**burnt** 33:24
**business** 36:16 37:20

**c**

**c** 43:1,1
**call** 5:15 15:19,20 20:19 22:23,23 26:24 29:21,23,24 30:10
**called** 8:22 10:3 15:9 21:16,17 22:17 28:16 30:8
**calls** 26:25
**camaraderie** 7:24
**camp** 22:19
**campus** 10:22
**candid** 42:3
**captives** 24:16,22 29:4 31:10
**captivities** 17:5
**captivity** 13:10 16:21
**captors** 28:15
**capture** 34:20,22
**captured** 15:19 16:1 20:20 29:15
**capturees** 16:12
**care** 8:12 33:25
**career** 14:12 20:15 37:3,5
**careful** 36:21
**carried** 7:8
**cases** 33:12
**cause** 23:10 39:2
**center** 33:11,11
**certain** 14:7
**certainly** 34:8,22
**certified** 43:4

**certify** 43:5
**cetera** 11:22 18:19
**chance** 14:16
**change** 18:1 27:24 28:22
**cheerleader** 14:22
**chest** 30:1,16
**chief** 13:6
**chievres** 36:18
**children** 20:10
**chinooks** 13:7
**choke** 31:22
**choose** 10:17
**chopped** 41:4
**chose** 12:20
**christmas** 19:14
**church** 39:15
**cia** 26:11
**circulated** 30:11
**citizen** 6:18
**citizens** 41:3
**city** 10:24
**civil** 1:4 4:8
**clare** 16:11,13 20:19 21:16
**clarification** 24:15
**class** 9:22 32:22
**classics** 8:9
**clear** 25:22,24
**climb** 34:24
**close** 38:1 41:20
**closest** 35:25
**clue** 8:6
**coached** 10:1
**college** 9:9
**colleges** 10:18
**colonel** 26:13
**colorado** 27:2
**columbia** 1:1 4:9
**come** 18:12 28:17 36:23

**comfort** 13:12,15
**coming** 33:15 39:14,17
**commencing** 1:25
**comments** 14:21
**committed** 19:11 35:14
**communicate** 28:14
**communicating** 28:24
**communicator** 19:22
**competition** 7:24
**complicated** 36:9
**concern** 21:22
**concludes** 42:8
**conditions** 31:14
**confident** 20:7
**confirm** 22:9
**confirmed** 27:18
**conflict** 12:16
**connecter** 32:22
**connecticut** 2:5
**consequences** 34:17
**contact** 23:16,16 31:9
**contacted** 22:5,8
**contingent** 12:23 28:11,12
**continue** 20:3
**contractor** 16:23
**conversation** 5:16 23:10 24:7
**convince** 24:19
**cool** 40:22 41:23
**corner** 37:22
**corps** 13:2
**correct** 6:16 9:9 9:10 11:4 13:21

22:6 24:17,18
**correctly** 25:8
  38:9
**correlation** 38:13
**counsel** 4:18,20,22
  4:24
**counselor** 33:12
**country** 26:17
  39:2
**couple** 8:20 12:5
**courage** 19:8 30:9
**course** 27:25
  31:18
**court** 1:1 2:14 4:9
  4:16,25 5:2 11:8
  11:11 23:23 24:14
  41:20
**cover** 6:15
**covid** 37:20
**crap** 41:4
**crazy** 23:25
**creative** 11:19
**cressy** 36:21
**crew** 13:6
**crockett** 8:9
**cross** 39:8
**crossed** 18:21
**crosstalk** 24:14
**crr** 2:14 43:23
**curious** 5:21
**current** 32:4
**currently** 13:5
  33:10
**curse** 38:8

**d**

**d.c.** 2:6 12:16
**dad** 22:23
**dah** 27:2,2,2
**damascus** 24:2
**danger** 14:14

**dangerous** 14:18
  14:19
**dark** 21:8
**date** 29:8,8
**daughter** 37:23
**david** 16:10 26:8
**davy** 8:9
**day** 20:19 25:12
  29:11 32:14 34:10
  34:23
**daylight** 4:11
  42:12
**days** 8:20 21:15,19
**dead** 29:18 41:6
**deal** 12:8 17:10
  33:3 34:1
**dealing** 27:19
  29:12 35:12 38:10
**death** 32:9 34:9
  39:7
**decided** 11:17,25
  12:15 32:3
**deep** 6:10,10
**defendant** 1:6 4:7
**degree** 9:13,17
  11:13,18 12:11
**degrees** 11:4
**demand** 28:15
**demanding** 24:19
**denver** 27:2
**department** 15:21
**depended** 7:2
**deploy** 37:7
**deployed** 12:23
**deposed** 5:6
**deposition** 1:10,23
  4:2,5 41:8 42:9
  43:7
**depressed** 34:2
**deradicalize** 23:6

**describe** 35:11
**description** 3:8
**desert** 15:25
**desk** 15:2 17:17,17
  18:13
**developed** 7:8,14
  25:9
**devotion** 7:14
**diane** 8:15 14:24
  16:9 19:14 22:16
  25:9,20 26:6,8,14
  27:8 28:7,17,23
  29:22 30:10 31:8
  31:16 32:19 33:2
  33:7,16 35:4,8,13
  36:15 37:4 38:1
  38:19,25 40:7
**diane's** 40:20
**die** 32:7 39:1
  40:12
**died** 10:11 39:6
  40:11
**difference** 32:6
  41:1
**different** 35:6
**difficult** 21:12
  42:2
**direct** 20:10
**disagree** 36:6
**disaster** 33:16
**disbelief** 12:4
**discuss** 42:2
**discussion** 41:22
  42:14
**dissipated** 28:4
**dissuaded** 39:25
**district** 1:1,1 4:9,9
**dive** 28:12
**divorce** 36:14
  37:12,15

**dna** 29:14
**doing** 11:2 18:20
  19:24 20:4 23:12
  32:4 33:17
**door** 33:13 34:14
**downhill** 28:5 29:6
**downs** 38:23
**downstairs** 8:18
**dress** 6:13
**drink** 32:13
**drinking** 32:11
**drive** 10:5
**drivers** 18:19
**drop** 28:5
**drove** 8:20
**drug** 33:11
**duly** 5:5 43:6
**duty** 13:11
**dying** 19:12

**e**

**e** 2:7 25:1 43:1,1
**eamick** 2:7
**earlier** 23:5 39:24
**eastern** 4:11 42:12
**editor** 17:18,24
  29:24
**effect** 17:25
**effort** 27:12
**eight** 25:21
**either** 24:21 34:20
**elementary** 7:7
  10:2
**emanating** 40:21
**embedded** 13:13
  13:19,24 14:23,25
  15:4
**emergency** 9:3
  33:12
**emily** 2:5 4:22
**enamored** 11:21

encountered 19:8
enemy 15:25
enjoyed 7:24
enthusiasm 39:12
enthusiast 7:19
enthusiastic 5:20
7:13
entire 8:15 11:17
envious 32:24
escaped 22:21
esq 2:4,5
established 9:25
et 1:3 4:6 11:22
18:19
european 31:9
europeans 41:5
euros 24:21 29:3
evanston 6:17
eventual 18:25
eventually 11:5,6
11:7 15:3 22:21
24:24 32:15 36:24
everybody 12:7
17:6
ex 37:23
examination 5:8
excessively 31:24
excited 14:8
exhibits 3:7
experience 15:17
16:18 17:3 31:4
33:21 38:20
experiences 14:3
explain 23:23
39:20

**f**

f 43:1
face 27:15
fact 10:9,9,11 19:9
19:11 20:2 23:2
40:5,16

faith 19:12 38:19
38:21
falling 30:14
false 26:21
families 32:25
family 13:1 33:16
35:2,7 38:19 40:1
family's 35:12
father 5:13 23:15
39:18
fbi 22:6,8 26:1,11
26:24 29:12 30:4
30:8
fear 19:24
fed 17:8
feeding 22:19 23:3
feel 14:7,9,20 20:7
27:11 39:17
feeling 27:18 31:6
39:24
feels 36:1
fees 42:17
felt 12:6 14:15
18:5,10,11 24:1
33:2,5,5,6 37:2
41:4,6
fiction 11:22
fifth 9:21
fighter 22:17
fighting 18:2
figure 9:22
finally 14:8 29:25
find 33:9 40:12
finds 18:14
finished 9:13
12:11
firm 2:4
first 11:12,12
12:12 20:16 22:14
24:5,6,8 29:7,16
39:7

firsthand 18:12
five 13:2
flag 7:23
flak 14:6
flies 17:13
fluent 9:20,23
flying 13:7
foley 1:11 3:4 4:3
5:4,12,13,15 33:7
42:10
folks 13:8 26:12
following 11:20
17:16
follows 5:6
food 23:3 32:1
fools 23:13
foot 7:22
football 7:22,23
force 13:5 34:24
36:8
forces 12:24 13:8
foregoing 43:6,10
foreign 15:22
forever 8:8
forget 26:13
former 38:11
forth 43:8
fortunate 16:8
forward 7:8 20:15
33:19 36:4
found 14:8 20:6
26:1 29:25
foundation 32:20
33:8 35:8,15,23
36:4 38:7 40:25
four 6:3 26:9
29:18
fourth 37:11
frankly 16:16
free 19:13 29:4

freedom 18:2
19:10 22:17
freelance 15:5
freshman 10:23
friday 21:15
friend 8:20 10:8
41:7
friendly 5:25
friends 6:7,9,24
7:4 10:7 15:23
friendships 7:8
friggin 8:15 30:5
frontlines 15:24
full 5:11 8:22
funeral 36:19

**g**

gaddafi 16:4,5
games 6:12 10:5
general 37:25
gentleman 16:9
getting 31:20
32:18
ghetto 10:3
gift 40:6,6,20
gillis 16:12 20:20
give 24:21 34:3,9
given 17:17 27:22
globalpost 15:10
17:18 24:1 29:24
go 8:15,23 9:3
11:18 12:12,20
14:23 16:7 17:5
17:20,20 18:3,11
18:14,16,24 26:17
26:24 31:20 32:16
36:22 39:2 41:11
god 18:17 20:25
28:24 31:6 38:20
39:6,18,22 40:7
going 8:21 14:14
15:24 20:13 21:2

22:4 26:15,16,16
26:19,20 28:19,25
29:2,3 32:7 34:13
34:14 35:1 36:4,4
37:7,12 39:2,3,14
42:12
**golf** 7:20
**good** 4:1 5:24 17:8
17:10 21:2 23:10
34:25
**goodness** 36:2
**gotten** 20:21
**government** 15:22
16:16 21:14,17,23
21:24 22:5 24:3
24:20 27:20 28:1
28:12 29:4
**governmental**
15:1
**grade** 9:21
**graduate** 9:16
11:3,12
**grandchildren**
35:17
**grateful** 25:15
32:17 40:15,18
**grief** 38:10
**grieved** 35:7
**group** 23:25 26:12
**growing** 38:4
**guard** 12:21,22
13:18
**guess** 19:21 25:12
**guilt** 14:7 36:10
39:24
**guilty** 14:9,20 41:6
**guns** 15:25
**guy** 23:11

## h

**hampshire** 4:4 7:6
43:3
**hands** 22:3
**hang** 6:25 31:22
**happened** 22:4
**happening** 20:25
**happy** 5:21 42:16
**hard** 8:4 20:10
22:3 39:8
**he'll** 38:17
**head** 30:1,2,14,15
**heads** 22:3
**health** 34:16
**heard** 14:16 21:13
21:16 30:4
**heaven** 39:5
**held** 16:19 22:11
24:2,17 31:15
**hell** 23:12
**help** 8:12 17:23
26:2 33:13
**helped** 23:6 40:19
**helpful** 5:25 16:17
**helping** 27:10
**hey** 34:12
**high** 5:19 9:7,25
**highest** 28:8
**hike** 7:21
**history** 9:12,16
12:4
**hit** 31:20
**hmm** 9:8 11:5,9
14:2
**holding** 24:4
**home** 8:20 15:3
16:13,15 17:9
18:22 20:2,3,23
21:10 27:21 28:3
28:17 36:19,23
41:6

**honest** 10:17
**honestly** 8:6 27:15
**hope** 20:3 25:17
25:19 27:22,23,25
28:4,25 31:4
**hoped** 17:3
**horrible** 39:3
**hostage** 15:15
16:19 27:13 28:15
**hours** 29:18
**house** 29:13
**howard** 2:12 4:12
41:11 42:7
**huh** 9:14 12:25
33:23
**human** 5:21
**humane** 16:21

## i

**ias** 26:11
**idea** 11:21 19:3
**identified** 25:1
**illinois** 6:17
**imaginative** 5:20
6:11
**imagine** 23:22
30:18
**immediate** 13:1
**impression** 23:5
**including** 7:9
**index** 3:1
**indiana** 12:21,22
13:18
**indication** 8:2
20:17
**indiscernible**
14:18
**ineffective** 26:3
**influence** 37:8
**influencers** 18:19
**initially** 28:23
32:11 38:25

**inner** 10:24
**instant** 20:24
**intention** 27:10,20
**interested** 13:15
**internet** 29:9,23
**internist** 33:25
**involved** 9:24
10:22 21:23,24
42:17
**iraq** 12:21 14:3
**isis** 24:16,22 28:11
30:11 36:10,16
38:14
**issues** 34:4
**istanbul** 18:23
**it'd** 40:11

## j

**jacket** 14:6
**james** 5:13,15
16:14,14 33:7
**jihad** 22:18
**jihaded** 22:20
**jim** 5:15,18,20
6:16,24 7:12
16:18 19:15,23
20:8 21:3 22:9,20
22:25 23:6,9,9,20
25:2,17 27:23
29:7,11,14,18 30:2
30:2,7 31:15 32:2
33:24 34:20 35:24
36:3,11 38:2 39:6
39:8,11,23,25 40:6
40:10 41:6
**jim's** 6:22 10:14
22:19 28:15 29:24
31:9 32:9 34:8
35:9,15 36:5
37:10 39:7
**jimmy** 6:11 7:17
13:10 14:11 22:22

25:13 28:3 40:15
40:21
**jimmy's** 12:5
36:18
**job** 9:17 17:17,18
32:21
**john** 1:11 3:4 4:3
5:4,10,12 41:18
42:9
**johnny** 13:4 36:8
38:12,12,17
**johnny's** 36:13
**join** 13:16
**joined** 22:18
**josh** 18:9 19:22
21:20
**joshua** 2:4 4:20
**journalism** 12:2,5
12:9,12,16 14:9
**journalist** 8:3 12:1
15:5
**journey** 42:4
**joy** 34:10
**jperles** 2:7
**july** 26:22
**jumpsuit** 30:16
**june** 26:22
**junior** 9:25

**k**

**k** 2:4
**karen** 2:14 4:16
43:2,22
**katie** 13:9 37:23
**keeping** 16:2
**kept** 16:2 32:25
**kick** 27:15
**kid** 5:18 23:11
**kids** 7:4 8:5 35:19
**kill** 28:19,19
**killed** 16:1 29:7,12
30:25

**kind** 14:22 29:15
32:24,24 36:6
**kinds** 10:22
**knew** 21:1,1,5
23:4,17 24:6,6
25:11,13,14 29:1
32:7
**knife** 30:13
**know** 6:1 7:2 8:3,4
8:11 9:25 10:13
10:16,17,21,24
14:4,10 16:25
17:4,4,5,9 18:1,3
18:17 20:6,8,10,12
21:4,8,8,11,12,20
21:23,24 22:1,3,15
22:24 23:11 24:4
24:5 25:15,19,23
25:25 26:5,7 27:8
28:6 29:5,8,16,20
30:19,20 31:5,19
32:2,5,8,12,16,22
33:5,16,19 34:5,5
34:8,19,21,21,23
34:25 35:1,21
36:1,8 37:8,18
38:16,22,24 39:11
39:17 40:9,10,11
40:14 41:5 42:1
**knowledge** 43:12
**knows** 18:17 34:25

**l**

**l** 2:14 43:2,22
**lack** 31:5
**lady** 20:20
**largest** 12:23
**late** 26:22
**law** 2:4
**laying** 19:9
**lcr** 2:15 43:23

**learn** 22:14 29:7
**learned** 6:9 8:10
31:18
**learning** 17:2
**leave** 40:2
**leaves** 35:15
**left** 35:20
**legacy** 33:7 35:15
**legal** 4:13
**length** 23:1
**lent** 39:7
**letter** 25:1
**level** 14:7
**libya** 15:3,12,15
15:22 17:11 18:12
20:21 21:22 27:16
**licensed** 43:2
**lied** 27:8 29:20,20
**life** 7:9,18 10:14
23:12 24:23 25:4
25:25 32:4 33:21
36:5,5 37:3 39:4
**lifesaving** 40:23
**lifetime** 31:4
**lights** 21:6,7
**liked** 7:25
**limits** 14:15
**listen** 37:6
**listened** 14:16
**listening** 27:7
**little** 6:15 8:5
15:17 18:4 31:17
35:16,20 36:9
**liver** 41:4
**lives** 10:11 18:2
19:10 33:1 40:20
**living** 37:12,17
**local** 7:7
**located** 4:14
**location** 4:3

**lock** 8:16
**long** 17:1 21:13
37:15 41:22
**look** 9:17
**looking** 8:5 25:13
25:15 30:1
**looks** 37:21
**losing** 34:9
**lost** 14:13
**lot** 6:24 7:16 10:13
32:12
**lots** 14:4,4
**loved** 8:8,8 9:20
9:20 19:23
**loving** 39:18
**lowell** 10:2 11:23
**luck** 20:13
**lucky** 21:9

**m**

**ma** 20:6
**mail** 2:7 25:1
**main** 15:11
**making** 39:16 41:1
**man** 7:13 23:10
32:11 34:7 40:5
**manu** 16:14,25,25
**march** 1:25 4:10
42:11
**mark** 13:6 37:11
38:16
**marquette** 9:14,15
9:15 10:16,19,25
11:3
**marriage** 36:24
**marriages** 38:11
38:11
**married** 37:14
**mass** 37:24
**matter** 4:6 15:12
**maximizing** 11:17

Case 1:16-cv-00725-TJK    Document 54-5    Filed 05/20/22    Page 51 of 58

mean 7:23 15:12 18:24 21:16 24:13 38:13 40:5
media 16:11
medical 13:2
medicate 32:12
medill 12:2,15
meet 16:9
meetings 26:23
member 35:13
members 35:6
memorial 10:12
mention 38:2
mentioned 12:24 19:14 23:5 27:22 31:8 33:20 34:15 35:8 38:19 39:24
mentoring 10:10
messed 22:2
met 12:5,9 16:24 26:11
michael 6:12 7:15 25:9 30:8 35:22
mid 4:14
middle 17:22
migrate 18:23
mike 6:7,9
military 13:17 36:20
million 29:3
mind 36:23
minute 27:5
mm 9:8 11:5,9 14:2
mobile 10:3
module 12:15
moment 8:10 31:3 41:9
monday 21:18
money 15:2 24:10 25:21

months 9:22 17:19
morning 4:1 29:10 29:11
mother 20:5 37:7
mottos 10:20 12:6
mount 27:12
mountain 34:23
mouth 33:1 34:13
move 20:14 32:3 33:18
moved 7:6 33:1
movie 7:10
moving 8:1
multiple 17:7 23:2
murder 36:18

**n**

name 4:12 5:11 16:10 23:14 26:13
nantucket 8:19
nation 28:2
national 12:21,22 13:18
naturally 38:1
navy 13:9 37:23 37:24
near 29:1
neck 30:13
need 6:15 33:13 39:21 41:2
needed 32:16 34:6 34:6
needs 12:6 33:16 33:17
negotiate 26:2
negotiation 41:2
neighborhood 7:5
network 29:22
never 20:12 38:3
new 4:4 7:6 43:3
night 8:17,17 30:6 32:12

nonfiction 12:8
normal 8:23
northwestern 12:3
nose 9:3
note 24:6,8,8 28:16,20
number 4:8
nurse 13:9 37:23 37:24
nut 37:14
nw 2:5

**o**

oakes 7:9
oath 5:1
obama 30:6
obligated 18:10,11
obligation 18:6
observed 35:5
obviously 14:14 32:13
occasions 23:2
offer 24:23
offered 3:10 17:17
offices 4:14
oh 8:8,14 19:3 21:20 23:1 27:25 28:24 31:6 40:5
okay 5:15 18:9 41:8,22,24
old 37:19,25
older 9:5
oldest 6:4
once 8:19,19 27:3
open 42:3
orange 30:16
organization 15:1 15:9
outcome 21:2
outdrive 8:21
outlets 15:11

outlook 28:22
overall 40:3
overdue 37:16
overly 14:18
overseas 14:23
owner 16:10

**p**

p.c. 2:4
p.m. 42:11
page 3:3,8
papers 18:17
paraphrasing 18:4
parent 23:24
parents 40:8,16
part 13:12,14 23:17 34:3 39:25
participate 5:22 13:17 39:16
parties 4:25
party 8:18
passage 20:18
passed 31:23
passing 30:13
passion 14:9 20:7
patently 26:21
pause 41:8
pay 26:16 42:16
payment 27:14
pencil 14:6
pennsylvania 4:15
pentagon 37:2,6 38:15
people 9:16 10:10 13:16 16:21 17:7 18:1,12 19:8 27:1 34:1 40:11,18,25
people's 41:2
period 26:7
perles 2:4,4 3:5 4:20,20 5:7,9 41:11,18 42:7,15

**perleslaw.com** 2:7
2:7
**person** 8:23 23:3,3
40:13,15
**personally** 32:9
**perspective** 15:18
**philadelphia** 4:14
**phoenix** 9:22
**phone** 27:5
**phonetic** 23:14
**photoshopped**
30:3
**physician** 32:13
33:20
**picked** 16:13
**pickup** 7:17
**pictures** 38:4
**place** 8:22 10:19
43:8
**plaintiffs** 1:4 2:3
4:5,7,21,23 42:10
**play** 6:12 7:11,22
**played** 7:12,16,17
13:12,14
**player** 7:16
**please** 4:18 5:2,11
5:17 11:9 30:21
**point** 12:22 15:20
15:22 16:7 19:11
25:17,22 32:3,18
36:6 37:4,5,8
**pointed** 27:9
**political** 16:22
**politically** 28:13
**position** 30:15
**positive** 17:5
**positivity** 40:21
**possibility** 19:12
**possible** 31:17
42:16

**potential** 11:17
**powerful** 28:2
**predestined** 39:23
39:23
**pregnancy** 10:1
**preknowledge**
29:20
**president** 26:14
30:5,6
**presuming** 20:14
**pretty** 17:5,9
41:22
**primary** 33:25
**priority** 28:9,10
**prison** 16:5
**prisoners** 16:6,22
22:19 24:10,13
**probably** 14:24
**problem** 12:19
32:15
**proceedings** 43:9
43:11
**process** 25:4,16
**professional** 33:21
43:4
**programs** 10:1,23
39:16
**promise** 17:21,22
22:22
**proof** 24:23 25:4
25:25
**protect** 29:5
**proud** 40:3
**public** 10:13 11:2
15:12 40:4
**publications** 15:7
**pushed** 34:8
**put** 30:19 38:10
39:11 41:18

**q**

**quarter** 12:13,13
12:14
**questions** 25:5,10
**quite** 16:16 27:15

**r**

**r** 43:1
**raise** 25:21 27:13
29:2
**raising** 27:21
**ransom** 24:6,8,8
26:16 28:16
**rate** 12:20 17:1
22:21 37:10
**reaction** 20:24
**read** 8:8 14:17
**reader** 8:10
**reading** 8:7 28:21
28:21 43:13
**real** 28:6 40:6
**realize** 28:9
**really** 7:14 11:21
16:16 22:2 27:6
27:20 28:4,7,11
29:4 30:2 32:2,7
32:17 34:1,9
35:22 38:23
**realtime** 43:4
**reason** 12:17
**reasonably** 17:8
**reasons** 10:18
12:17
**recall** 15:7
**receive** 28:18
**recess** 41:15
**reconsider** 20:9
**record** 4:19 11:9
15:13 41:12,14,17
42:13,14 43:11

**recorded** 4:2 42:9
**redeployed** 38:14
**redeployment**
36:25
**regime** 16:4,5 24:3
**regiment** 13:7
**registered** 43:3
**rehab** 32:16 33:10
33:11
**rejoin** 39:6
**related** 36:15,15
37:13
**relationship** 36:3
38:20
**release** 24:22
**released** 17:13
31:10 39:1
**reliving** 21:21
**remember** 9:11
15:20 17:15 19:17
19:19,21 21:12
30:1 31:16 36:2
**remote** 4:2 42:9
**remotely** 5:1,5
43:7
**report** 17:25 40:19
**reported** 14:18
15:8 43:9
**reporter** 2:14 4:16
5:1,2 11:8,11
24:14 43:3,4,4
**reporters** 16:11
29:22
**reporting** 19:5
39:25
**republic** 1:6 4:7
**requested** 24:14
43:14
**rescue** 27:12
**respect** 17:7

**rest**  7:9,18 10:10 12:4 35:12,16
**resting**  30:1
**restraint**  14:21
**retire**  34:14
**retired**  33:7,22
**retirement**  33:6
**retrospect**  16:20
**return**  20:3
**returned**  20:16,22 25:18 27:23
**rich**  25:20
**right**  5:25 14:5 23:21 24:21 25:7 31:16 36:19 40:20
**robbed**  33:5,6
**rochester**  29:13,13
**rocks**  8:23
**role**  33:9
**room**  9:3 33:12
**roughly**  21:13
**routine**  18:18
**rpr**  2:14 43:23
**rsa**  43:23
**run**  6:13 20:13 34:13
**rush**  42:17

**s**

**sacra**  39:9
**sacrifice**  39:9
**sadness**  31:5
**samples**  29:14
**save**  36:24
**saving**  39:1
**saw**  27:5
**says**  30:8
**school**  5:19 7:7 9:7 10:2 12:2
**schooling**  37:20
**scramble**  18:18

**second**  14:12 37:11,15
**secure**  27:5
**secured**  26:25
**see**  10:13 29:23 39:8
**self**  32:12
**sent**  33:13 37:1
**serve**  13:1
**served**  12:24 14:25
**service**  10:13 11:2 40:4
**set**  43:8
**share**  34:11 41:19
**shared**  16:23 19:24
**short**  20:21 36:25 40:8
**shorthand**  43:2
**shortly**  26:6 29:5
**show**  25:3 30:13 38:4
**showed**  30:14,15
**shut**  21:7 33:1
**siblings**  6:2,6,22 8:12 13:11 35:10
**signature**  43:22
**signing**  43:13
**similar**  27:15
**sir**  15:6
**sister**  8:16
**site**  26:25
**situation**  14:17 26:10 36:9
**six**  9:22 17:19 29:18 37:19
**sixth**  9:21
**slept**  17:6,7
**small**  34:3

**smarter**  40:25
**soccer**  7:12
**social**  10:22
**somebody**  9:1 21:7
**son**  25:9 30:8
**son's**  29:25 38:11
**soon**  10:21 28:18 42:16
**sorry**  6:15 10:9 11:10 24:18
**sort**  7:21,23 27:16 32:25 38:15 39:12
**sorts**  6:1
**sotloff**  1:3 4:6
**soulmates**  6:11
**sounds**  9:5
**spanish**  9:21 17:1
**spare**  7:1
**speak**  31:8 35:1,5 35:9
**special**  10:19 13:7
**specialist**  4:13
**specifically**  21:11
**speech**  30:14
**spent**  18:13 19:15
**spirit**  39:19
**spoke**  16:25 22:25
**spoken**  35:4
**sports**  7:11,19
**spot**  41:18
**spread**  33:18
**stabbed**  30:22,23
**start**  10:14 38:22
**started**  10:12,16
**state**  4:18 5:11 12:23 15:21 43:3
**states**  1:1 4:9 17:13 18:13 24:17
**steady**  28:5

**stenographically**  43:10
**stepping**  29:5
**stick**  9:2 31:20
**stimulus**  11:1
**stipulated**  4:25
**stop**  32:16
**story**  12:7 18:8,11
**straight**  23:11
**strain**  38:11
**strangled**  30:24
**straw**  20:22
**stress**  34:17 37:18 37:21 38:10
**strove**  5:24
**struggle**  17:23
**struggled**  32:19 33:9
**struggles**  35:22
**stuck**  9:1,2
**student**  12:14,15
**studied**  9:11
**stuff**  7:21,23 9:5 29:15 38:15 39:13
**subsequently**  26:23
**successful**  19:1
**suck**  34:5
**sudden**  21:7
**suffering**  19:7 39:3
**suffocated**  30:24
**suggestions**  26:4
**superiors**  37:6
**supportive**  38:2
**sure**  16:8 18:5 22:16 26:13 27:6 28:7,23 35:11 37:13 38:12,12,16 38:17,22 41:10

swear 5:2 29:19
sweat 27:21
swore 38:3
sworn 5:5 43:6
syria 18:15,24
19:1,6 20:16
syrian 1:6 4:7
28:11

**t**

t 43:1,1
tag 7:22
take 5:1 8:12
12:15
taken 1:23 4:5
37:3 41:15 42:10
43:7,11
takes 32:20,22
talk 14:2 16:18
31:14 38:18
talked 16:21 19:25
22:16
talking 25:19
targeted 31:24
taught 11:23
teach 9:18 11:14
11:15,22
teacher 10:7 12:19
teaching 12:14
team 10:5
teen 10:1
tell 8:4 12:19
15:17 18:6,11
19:5,19 22:11
24:4 31:17 37:7
38:17
telling 34:1 36:21
tennis 7:20
term 36:25
terms 26:3 41:1
terr 36:13

terrible 31:1,2
36:14
terrific 6:8
testified 5:6
testimony 43:9,11
thank 4:24 5:7,10
5:18 6:24 11:11
18:9 24:23 40:6
41:25 42:1,2,4,6
42:17
thanksgiving
20:19
thing 5:25 21:5
25:12 27:16 37:2
39:11
things 6:1
think 10:16,25,25
11:20 12:5,9
13:12,14,14,15
14:11,12 15:21
18:5,10,22 19:18
20:1,13 21:15,16
21:17 22:20 23:8
23:9,9,9 29:1 32:7
34:3,3,13 35:13,14
35:19,19 36:1,5
38:9,12 40:5
41:23
thinking 11:1
thinks 36:3
third 37:11
thought 11:16
20:12 28:7,24
29:16
three 13:10 21:15
21:19 26:9
tickled 12:18
tied 31:23
tightly 35:14
time 4:10,11 7:1
8:25 14:13 15:21

17:1,15 18:13
20:5 26:7 27:24
28:5 31:18 32:10
32:21,23 33:5
34:7 37:9 40:17
41:13,16,21 42:1
42:11,12 43:8,12
timeline 14:24
times 31:19
tired 34:2
tjk 1:4 4:8
today 4:10
told 16:9 19:7,23
20:22 25:9 26:14
27:11 28:8,23
toothbrushes
29:15
total 22:1 31:5,5
tough 38:6
tragedies 17:25
transcript 42:15
43:13
travel 27:1
traveled 7:3
treat 9:4
treated 17:6
tremendous 32:21
32:23 37:21
tried 17:18 25:21
31:17
trips 19:1
true 43:10
truth 12:8
try 23:22 39:21
trying 31:20 32:6
turkish 18:21
turn 17:4
turning 37:22 41:1
tutoring 10:23
twice 21:10

two 6:7 7:15 15:11
15:23 16:1 27:19
29:12,14,16 37:25

**u**

u.s. 6:16,18 13:5
17:15
ultimately 11:25
umass 11:18,20
un 22:20
understand 18:5
understanding
38:9
unfortunately
36:18 40:12
united 1:1 4:8
24:17
university 12:3
unnoticed 18:3
unsatisfying 18:14
unsure 16:7
ups 38:23

**v**

v 1:5
veritext 4:13,17
versus 4:7 16:24
video 4:2,13 29:25
30:11 42:9
videoconference
1:10,23 2:1
videographer 2:11
4:1,24 41:13,16
42:8
videotaped 1:10
virtual 4:2 42:9
visitor 33:12
voice 14:21
volkswagen 10:4
vulnerable 18:20

| w |
| --- |

**walk**   34:14 35:17
**walking**   42:4
**wall**   16:24 31:24
  35:18
**want**   13:16 18:4
  24:9 35:22,23
**wanted**   5:22 12:1
  12:8 14:11,12
  20:4 23:9,10 27:6
  29:10 32:24 36:23
  39:5
**wanting**   30:25
**wants**   36:2
**washington**   2:6
  12:16 26:12
**waste**   33:5
**wasted**   27:19
**watch**   30:11,12
**waterboarded**
  31:19
**way**   17:4 26:22
  32:8 36:1 39:1
**ways**   35:6
**we've**   37:19 40:7
  40:20 41:21
**wednesday**   1:25
  4:10 42:11
**went**   7:7 9:9,24
  11:3,14,22,23
  13:25,25 15:3
  18:22 21:6 29:6
  30:6 36:13 38:23
**wheel**   34:7
**wicked**   34:12
**wife**   6:22 36:21
**william**   1:11 3:4
  4:3 5:4,12 42:10
**willing**   7:22 25:3
  40:19

**willingness**   30:9
**windows**   10:4
**wish**   19:21,22,23
  19:25 28:12
**wished**   20:11
**witches**   8:22
**witness**   3:3 5:1,3
  11:10 43:6
**wives**   36:20
**wolfeboro**   4:4 7:6
**wonder**   40:24
**wonderful**   5:20
  39:15 40:13
**wording**   18:10
**words**   30:19
**work**   24:25 35:21
**worked**   15:9 26:14
**working**   23:12
  24:1 26:4 33:10
  37:24
**world**   8:15 28:3
  32:22 39:20 40:1
**worst**   8:14 31:3,3
**wound**   10:9
**wright**   2:14 4:16
  5:5 43:2,22
**writing**   11:19,21
**wrong**   20:17

| y |
| --- |

**yard**   7:17
**yeah**   7:12 8:14 9:6
  9:6,7 11:15,16
  13:2,20,22 14:4
  15:14,16,19 16:6
  17:12,14 19:7,16
  22:7 23:7 25:9
  28:16 31:11,13,16
  35:3,11 41:10
**year**   22:15,15
  23:17 37:19,25

**years**   6:8 7:15
  13:3 27:19 29:14
  29:16 33:25 40:8
**young**   5:21 7:13
  8:2,16 20:20
  22:16
**younger**   6:6,25
  7:15 8:12

| z |
| --- |

**zoom**   1:23 24:14

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.