# Exhibit H

# REDACTED



Deposition of:

**John Foley**

*April 14, 2021*

In the Matter of:

**Sotloff v. Syrian Arab Republic, Et Al**

Veritext Legal Solutions

800-734-5292 | calendar-dmv@veritext.com |

Page 1

```
 1            IN THE UNITED STATE DISTRICT COURT

 2              FOR THE DISTRICT OF COLUMBIA

 3

 4

 5

     ARTHUR BARRY SOTLOFF,       )
 6   et al.,                     )
                                 )
 7                Plaintiffs,    )
                                 )
 8   v.                          ) No. 16-725(TJK)
                                 )
 9   SYRIAN ARAB REPUBLIC,       )
                                 )
10                Defendant.     )

11

12

13

14

15         VIDEOTAPED DEPOSITION OF JOHN E. FOLEY,

16   a Witness, taken on behalf of the Plaintiff

17   before Michele L. Sehrt, CSR, CCR, pursuant to

18   Notice on the 14th day of April, 2021, via Zoom

19   Videoconference.

20

21

22

23

24

25
```

Page 2

```
 1                A P P E A R A N C E S
 2      For the Plaintiffs:
 3           Ms. Emily Amick
             PERLES LAW FIRM, PC
 4           1050 Connecticut Avenue Northwest
             Suite 500
 5           Washington, DC 20036
             202.955.9055
 6           eamick@perleslaw.com
 7
        The Videographer:
 8
             Mr. Ryan Sohmer
 9           VERITEXT LEGAL SOLUTIONS
10
11
12
                        I N D E X
13
        WITNESS:                              PAGE:
14
             JOHN E. FOLEY
15
             Examination by Ms. Amick              4
16
17
18
19
20
21      Reporter's Note:  No exhibits were marked.
22
23
24
25
```

Page 3

1              THE VIDEOGRAPHER:  Good afternoon.

2    We're now going on the record at 12:57 p.m. on

3    April 14, 2021.  This is Media Unit 1 of the

4    video recorded deposition of John Foley taken by

5    counsel for plaintiffs in the matter of Sotloff

6    versus Syrian Arab Republic, Case

7    No. 16-725(TJK).  This deposition is being held

8    via Zoom videoconferencing.

9              My name is Ryan Sohmer from Veritext

10   Mid-Atlantic and I'm the videographer.  The court

11   reporter is Michele Sehrt.  I'm not authorized to

12   administer an oath, I'm not related to any party

13   in this action, nor am I financially interested

14   in the outcome.

15             Counsel and all present and everyone

16   attending will state their appearances and

17   affiliations for the record.  If there are any

18   objections to proceeding, please state them at

19   the time of your appearance, after which the

20   court reporter will swear in our witness.

21             You may proceed.

22             MS. AMICK:  This is Emily Amick,

23   counsel for the plaintiffs.

24                 JOHN E. FOLEY,

25   being first duly sworn, testified under oath as

Page 4

1      follows:
2                    MS. AMICK:  Can we pause the
3      record, please.
4                    THE VIDEOGRAPHER:  We're paused.
5                    (Off-the-record discussion.)
6                    THE VIDEOGRAPHER:  We're now back
7      on the record at 12:59 p.m.
8                    EXAMINATION
9      BY MS. AMICK:
10          Q.   Good afternoon, John.
11          A.   Good afternoon.
12          Q.   Can you please state your name for the
13     record?
14          A.   Yes, John Elliott Foley.
15          Q.   Can you please state your place and date
16     of birth?
17          A.   I am currently in St. Louis, Missouri
18     and my date of birth is May 23, 1979.
19          Q.   Are you a United States citizen?
20          A.   I am.
21          Q.   Do you currently hold a rank in the
22     United States military?
23          A.   Yes.  I am a lieutenant colonel in the
24     United States Air Force.
25          Q.   Thank you.  Do you hold any college or

Page 5

1    secondary degrees?

2        A.   Yes.  I have a master's of business

3    administration.

4        Q.   Thank you.  Are you the brother of James

5    Foley?

6        A.   I am.

7        Q.   Is it okay if I call James Foley "Jim"?

8        A.   It is.

9        Q.   Who is Jim's mother?

10       A.   Diane Foley.

11       Q.   Who is Jim's father?

12       A.   John W. Foley.

13       Q.   Do you share those parents with him?

14       A.   I do.

15       Q.   Do you and Jim have any other siblings,

16   please list their names and how much younger or

17   older they are than Jim?

18       A.   Yes.  The next sibling is Michael Foley,

19   he's two years my senior, two years Jim's junior.

20   Next one down is Mark, Mark Foley is four years

21   my junior.  And then the next one is Katherine,

22   who is eight years -- eight, nine years my

23   junior.

24       Q.   Thank you.  Did you and Jim live in the

25   same house when you were growing up?

1          A.     We sure did, yes.

2          Q.     Thank you.  When did you join the Armed

3     Forces?

4          A.     I joined May 2nd, 2002.

5          Q.     And how old were you at that time?

6          A.     I would have been about 23.

7          Q.     Thank you.  Can you list the locations

8     you were stationed in over the years and the

9     years you were stationed there?

10         A.     Sure.  My first duty station was Andrews

11    Air Force Base, I was there from 2002 to 2006.

12    From there I went to the Misawa, Japan, I was

13    there from 2006 to 2009 with a stint in Iraq, a

14    year stint in Iraq in 2007.  From there I went to

15    Germany, Ramstein, Germany, I was there from 2009

16    to 2011.  In 2011 I was in Kabul, Afghanistan.

17    From Kabul, Afghanistan I went to Grand Forks,

18    North Dakota, 2012 to 2014.  In 2014 I was a

19    brief stint in Mons, Belgium at headquarters of

20    NATO when my brother was killed, at which point

21    from -- well, yeah, 2014.  So they brought me

22    back to the Pentagon, so essentially I was at the

23    Pentagon from 2014 to 2016.  From 2016 to 2018 I

24    was at Langley Air Force Base.  2018 I went to

25    Saudi Arabia for a year to 2019.  In 2019 to

Page 7

1       present at Scott Air Force Base here in the

2       midwest in Illinois.

3           Q.    Thank you.  What positions did you hold

4       when you served in Iraq and Afghanistan?

5           A.    In Iraq I was an OIC of essentially a

6       team that went around trying to find vehicles the

7       army had lost.  And so there was about nine of us

8       that handled that.  In Afghanistan I was a

9       country -- fuels country officer for both the

10      Afghan National Army and Afghan National Police

11      and did some advising at both the tactical and

12      administerial level for logistics, yeah.

13          Q.    What branch of the Armed Forces have you

14      been serving in?

15          A.    The Air Force.

16          Q.    Thank you.  Okay.  What was Jim like as

17      an older brother?

18          A.    Oh, Jim -- Jim, he was -- he was a

19      unique personality.  You know, I think, you know,

20      I was about, what, so two years -- I was about

21      four years younger than him, but it was someone I

22      always aspired to be, because Jim was super

23      gregarious, he had a ton of friends and, you

24      know, as a -- you know, younger sibling he was

25      always someone that I looked up to and wanted to

Page 8

1    grow up and be like.  And at the same time he was

2    always super protective of me, even though you

3    wouldn't notice it because there were times when

4    I would come home from like -- from junior high

5    and we had something called the late bus and, you

6    know, after sports or whatever and I would have

7    to walk home, and he'd run by with the car and

8    beat me or whatever but, you know, it was just

9    kind of normal childhood-type stuff.  But, no, I

10   really looked up to him.  When he was in high

11   school he was big into weight-lifting and so

12   that's kind of where I got into weight-lifting

13   and football and sports, basically based off his

14   example.  But he was really, a really humble and

15   thoughtful guy, even, you know, in the high

16   school days and college days and I just think it

17   just made him such a lovable guy, lovable

18   character and a big brother to look up to.

19        Q.   Did you guys regularly spend the

20   holidays and special events together?

21        A.   Yes, of course, that was a

22   mandatory appointment as demanded by Diane Foley.

23   I remember at times even flying in from Japan to

24   make Christmas.  You know, those are some of the

25   best holidays, very few people had a bed to

1    themselves, but still it was great to come

2    together and share in the family traditions.

3         Q.   So you guys spent holidays together

4    throughout when you were both growing up and when

5    you were an adult?

6         A.   Of course, yes, yes.

7         Q.   Do you remember when Jim was abducted in

8    Libya?

9         A.   Yes, I do.  It -- yes.  So when Jim was

10   abducted in Libya I was in Ramstein, Germany

11   working at third -- at Third Air Force

12   headquarters.  Of course Third Air Force, as you

13   may or may not know, was the leading air force

14   component trying to prosecute the war against

15   Gaddafi and the Libyan forces, so it really put

16   me in a unique position as -- as my brother, you

17   know, as a brother to someone who's incarcerated

18   in -- I think Jim was in Tripoli at the time.

19   So, yeah, it was quite -- quite a challenge,

20   quite an interesting time for myself, yeah.

21        Q.   So, you know, you and Jim sort of led

22   parallel lives in a number of situations and this

23   was a time when you were both sort of working in

24   the field of conflict in Libya.  During that time

25   were you aware of the conditions under which Jim

Page 10

1    was being held?

2        A.    No.  I mean, I had an idea, you know, in

3    the military they provide us with SERE training,

4    which is Survival, Evasion -- I forget what the

5    other two letters are.  But, yes, I'm -- from a

6    top level and kind of working through some of the

7    strings I'm aware of what the situation that he

8    was deal with.  Was I aware of his specific

9    accommodations, no.

10       Q.    What was the experience like for your

11   family to have Jim be abducted that first time?

12       A.    I think there was -- you know, at first

13   everyone was just, you know, I want to bring him

14   home.  It's kind of like -- the only way I can

15   liken it to is it's like when your kid gets into

16   a car accident for making a left turn in the

17   right-hand lane.  And the idea is that first you

18   just want to make sure that he or she is okay and

19   then after you're like what were you thinking.

20   Like what were you thinking in going to Libya?

21   Largely the U.S. doesn't have much of a presence

22   there, you know, it's very -- quite lawless,

23   protection or, you know, personal security is

24   minimal.  It was really not a lot of upside.  So,

25   you know, for those of us who -- I guess from the

1     outside looking in, yes, one -- first concern

2     about his safety and then second what were you

3     thinking.

4          Q.   Was the experience emotionally taxing

5     for you?

6          A.   I was pissed.  I was -- I was -- yeah, I

7     was so mad.  I mean, I think, you know, I think

8     from a certain point of view I personally viewed

9     it as selfish.  I think, you know, I don't know,

10    just being a part of a family, you know, it's

11    really never just about yourself and, grant it,

12    he's a single guy, he can do whatever he wants,

13    but I felt just from my point of view I think I

14    felt that it was very little return of -- return

15    on investment and a very high level of risk and

16    to me it's unacceptable.  And then with that

17    putting everyone in jeopardy trying to get him

18    out, whether it be financially, politically, or

19    whatever, liable for his mistake.

20         Q.   So later Jim went to Afghanistan and

21    when he was there did you guys communicate

22    regularly?

23         A.   Yeah, we did.  So one of the unique

24    things about Jim is that -- I don't know how to

25    say this.  Because he's been in similar

Page 12

1    situations as I have, and Afghanistan and Iraq

2    are definitely similar conditions -- well, Iraq's

3    definitely similar to Libya.  And just kind of

4    being out there in the field and just dealing

5    with the silly stuff that happens that usually at

6    home you're used to, like no WiFi or, you know,

7    getting a kabob that's off, you know, on the side

8    of the road when you see the goats eating the

9    trash on the roadside, you know, some of that

10   stuff you're just like, oh, I would never do that

11   stateside, but here it's perfectly normal and,

12   oh, by the way, they're delicious.  And so I

13   think, yeah, we had some -- definitely some

14   shared common experiences in that and from there

15   I believe that's where our bond deepened a bit,

16   yeah.

17       Q.   So would you say that you had a

18   close -- very close relationship as adults?

19       A.   I would say much closer because, you

20   know, when you're younger, you know, a four-year

21   age difference, you know, in the high school

22   years and college years, it's quite drastic.

23   Whereas my brother Mike and Jim were two years

24   were quite tight, they actually went to high

25   school together and I just -- excuse me -- I just

Page 13

1    missed them in high school, so.

2        Q.    Did Jim stay with you, your wife, and

3    your daughter for multiple months after he was

4    done working in Afghanistan, but before he went

5    to Syria?

6        A.    He did, yeah.  He -- when Jim came home

7    from Afghanistan -- well, even before that, you

8    know, because Germany -- whether you're a

9    civilian or military, is largely what we call

10   ISB, Intermediate Staging Base, for those

11   countries.  So if you're going to get a military

12   plane out of Ramstein -- or out of Germany, it's

13   going to come from Ramstein.  And so, you know,

14   whether he was passing through to the states or

15   just going to hang out in Europe, he would have

16   come through Germany anyway.  So, yes, so that

17   was definitely a blessing so that -- you know,

18   unfortunately he was stuck with me but, yeah, I

19   was -- it was a good time.  And, you know, he

20   wasn't necessarily there the whole time because I

21   guess he had a number of reporter friends that he

22   was, you know, linking up with, networking I

23   guess would be the term, while he was there.

24       Q.    Do you know what Jim's long-term career

25   plans were?

1        A.    I have no clue.

2        Q.    Okay.  When Jim went to Syria did you

3   Skype with him?

4        A.    Yeah, a number of times, yeah.  When I

5   could because -- yeah, I did.  I'm just trying to

6   think, you know, because at times when he was in

7   Syria I think I was near the end of my

8   Afghanistan tour, because he got captured in

9   20 -- November 22, 2012.  Yeah.  So, yeah, I

10  would have been in Afghanistan when I was Skyping

11  with him, talking with him.

12       Q.    What did you think when you first

13  learned that Jim had been abducted in Syria?

14       A.    You know, I -- in a way -- like backing

15  up the bus a bit, and I know this probably isn't

16  in chronological order, I think, you know, though

17  I was mad at him for going for Libya, when he was

18  in Afghanistan I felt like I facilitated his

19  habit in a way because one of my jobs was air

20  mobility -- I was in the air mobility division, I

21  was able to get Jim flights to Afghanistan.  You

22  know, I think he wanted to be one of these

23  core -- war correspondents and, you know, I was

24  the little brother, I was part of the team, part

25  of the family, you want to help him realize those

Page 15

1    dreams and I truly believe that he did on some

2    level believe about, you know, championing,

3    giving a voice to the voiceless.

4              Back to your questions, Syria

5    was -- Syria is different because me and him had

6    a conversation prior and I specifically told Jim,

7    Do not go.  Do not go.  No one's going to come

8    for you, there's no presence there, you are going

9    to be on your own.

10             And, you know, to be perfectly honest, I

11   think -- yeah, I think it was, you know, I think

12   he was reeling from coming off his Afghanistan

13   stint where he was fired from Stars and Stripes

14   and so as a result he had to -- he felt like a

15   need to kind of one-up.  And one of the things

16   that in the journalism industry, which I'm not a

17   journalist, but from the outside viewing in that

18   it's, you know, the bigger the story, you know,

19   go for the crazier the story and get it out first

20   type thing, which to me leads to mistakes, it

21   leads to miscalculations in risk in order to get

22   your name out there and be first.  So I didn't

23   really understanding the decision to go to Syria

24   at all and I was totally against it, to be

25   perfectly honest.

1      Q.    Do you think you did enough to stop him

2      from going?

3      A.    So this is one of those questions where

4      I personally have a lot of toxic shame about this

5      and like illogically -- logically I know that I

6      pretty much did everything in my power to --

7      short of like pulling his passport, even though

8      he probably wouldn't have needed a passport, he

9      probably would have just drove -- driven from

10     Germany all the way over there.  But logically I

11     felt like I did what I could, but emotionally I

12     have -- I have a lot of issues surrounding him

13     going to Syria, a ton of issues, a ton, ton of

14     issues.

15     Q.    Do you --

16     A.    It was --

17     Q.    Do you feel guilty for not doing more to

18     stop him?

19     A.    Yeah, I mean, I think guilty would be an

20     understatement, yeah.  I don't even know what the

21     word would be, but intense guilt, toxic shame

22     for -- embarrassment for somehow not allowing

23     him -- I don't know.  I don't know what I could

24     have done, but I don't know -- whatever it would

25     have been I would have done it to have my brother

Page 17

```
 1    on this earth a bit longer.
 2         Q.   While he was being held captive did you
 3    assist your mother in communicating with
 4    representatives of the U.S. government about his
 5    disappearance and captivity?
 6         A.   Of course, yeah.  I mean, at the time I
 7    was stationed in Grand Forks and I tried to get
 8    on these calls and like we had a security team
 9    and trying to find him, but they thought he was
10    in the south, when he was really in Idlib in the
11    north and, you know, that type of stuff is -- is
12    really hard, unless you have the U.S. government
13    behind you.  You know, the messed up thing is the
14    U.S. government knew where he was and, you know,
15    Obama did not prioritize it appropriately.
16         Q.   Do you think the U.S. government did
17    enough to engage in ISIS to secure the release of
18    Jim and the other American hostages or do you
19    think they could have done more?
20         A.   I think you can always do more and I
21    think for me this is where some of that toxic
22    shame, embarrassment comes in, because as a
23    military officer I really can't speak out against
24    my commander in chief, right?  I can't -- there
25    are certain rules -- not rules, there are certain
```

1    laws that prohibit it.  And as a result I feel

2    like I succumbed to that, I succumbed to the

3    weakness of career and family retribution and I

4    think I failed.  I failed.  You know, it's taken

5    me six, seven years to say this, but I truly feel

6    that I failed my brother and that I could have

7    done more.  I could have done more like my

8    mother, but I didn't because of -- I was -- I was

9    weak and I was scared, afraid what would have

10   happened to me while he's in a cell being

11   tortured on -- on -- yeah.

12        Q.   Were you familiar with the violent

13   tactics that were used by the terrorists who

14   kidnapped him?

15        A.   Yes.  Yes, I mean, yeah.

16        Q.   So during -- during the entirety of his

17   captivity you were aware of the types of violence

18   and torture tactics of the terrorists who were

19   holding him?

20        A.   I was not aware of the specific tactics

21   and techniques and procedures that his captors

22   were using, but I was aware of methods that could

23   be used against him.  When it came to light after

24   he was executed, beheaded, that he endured more

25   torture because they found pictures of me being a

1    military officer and linked to the U.S.

2    government and fake crucifixions and

3    water-boarding and being held in -- in tires and

4    steel, whatever, for long periods of time,

5    there's a tremendous weight, a tremendous -- I

6    don't even know what the word is to have on your

7    psyche.  Even though I know, you know, it's,

8    again, not my fault, but it's a tremendous level

9    of shame and guilt that you have, that you have

10   to carry and deal with for the rest of your life.

11   Because no one -- no one wants to see their older

12   brother tortured on your behalf on career choices

13   that you made to serve your country.  That was a

14   tremendous weight.

15       Q.   How did you feel when you saw the

16   European hostages being released?

17       A.   I mean, it was -- it was good for them,

18   you know.  I mean, how can you get mad at -- you

19   know, I'm happy, you know, like being in the

20   military I see both sides of it, right?  You

21   know, I say let's -- we should have paid them,

22   followed the money and then killed them, that's

23   what I -- that's what I think, but -- but, yeah,

24   no, I understand.  Their very limited objective

25   was to get the -- the family members home, at the

1    same time, you know, funding terrorism around the

2    world but, yeah, it's tough.  It's tough.  It's a

3    wicked, wicked problem as they say, so.  There's

4    no easy answer.

5         Q.    Do you think your family was given false

6    hope that Jim would be released?

7         A.    I think the U.S. government -- I could

8    name names, but at this point it really doesn't

9    matter.  I think the U.S. government was unaware

10   of the magnitude of what ISIS was.  In fact, you

11   know, you can pull back the tape and even

12   President Obama himself calling ISIS the JV team

13   or whatever, junior varsity, so I think that they

14   totally miscalculated the power and reach of

15   ISIS.  I think that -- no, I don't think that

16   they really understood what they were dealing

17   with until Jim was beheaded and the response

18   that -- really the blow-back.  In fact, it's the

19   second most recognized event short of 9-11 so.

20   And then from there it was a pickup game and

21   we're going to do all this stuff, we're going to

22   fix all these things.

23         And prior to that there's a -- I forget

24   the law, but essentially Americans can't pay

25   money to terrorists, right?  I forget the exact

1       terminology of it and basically one of the

2       administration, you know, bigwigs who was like,

3       listen, if you try to raise money to bring your

4       son or daughter home, you will be prosecuted.

5       And like that to me is just absolutely asinine.

6       It's just asinine.  And I forget what the name of

7       the law is, it's just asinine.

8            Q.   So how did you feel knowing that the

9       U.S. government would not carry out a rescue

10      effort, but also they would not allow you to

11      negotiate and would prosecute you for trying to

12      pay for his ransom?

13           A.   How can you feel?  You know, you just

14      feel hopeless, you know.  And they did ultimately

15      carry out a raid, too little too late.  You just

16      feel helpless and hopeless.

17           Q.   When and how did you find out that Jim

18      had been killed?

19           A.   I -- I woke up to a call, I was in

20      Belgium, I woke up to a call and one of my

21      buddies who is in the military and he said, Hey,

22      did you hear?  Did I hear what?  And it was like

23      3, 4 in the morning.  That your brother had been

24      killed.  And really, I mean, that was one thing.

25      That was one thing.  And then -- which is one

Page 22

1     thing to process, but along with the torture and

2     propaganda and whatnot, you know, further in the

3     message to America video that was released from

4     ISIS, you know, having my brother's last words

5     invoking my name, my career, and the choices of

6     our government to bomb, I believe it was Iraq,

7     anti-ISIS campaign, air campaign, that was just a

8     double whammy.  I don't even know what the

9     word -- the word would be double hit, I guess.

10         Q.   So did you watch the video?

11         A.   I did, yeah.

12         Q.   Do you still think about the video?

13         A.   Yeah.  I mean, I still think about the

14    video, I still think about the words, I still

15    think about his voice, I can still see his

16    decapitated head on the ground looking straight

17    at me, his bloody decapitated head.  And I was

18    able to see the read-in version, the real one.

19    Yeah.  At which point -- I don't know if it was

20    Iraq, Afghanistan, and this and where my

21    psychosis just broke down, I was diagnosed with

22    PTSD.

23              On top of it, you know, ISIS

24    fight -- I don't know if it was ISIS -- yeah,

25    ISIS fighters sending me and my wife, you know,

Page 23

1    hateful messages of people falling off buildings

2    and people hanging on crosses and nooses, and

3    that probably went on for a couple weeks, I had

4    to get the FBI involved.  And at the same time

5    there was One-Five ISIS fighters in both Belgium

6    and France and the air force chose to rapidly PCS

7    me and my family back to the states.

8            There was just tremendous change and

9    everything is public and oh, by the way,

10   August 19th that year was my daughter's 7th

11   birthday, so at the same time that my brother had

12   died and he had died in such a public way, I had

13   to put on a face for my daughter and celebrate

14   her birthday.  And even going to the grocery

15   store, it was like why is Jim on TV, why is Jim

16   on the magazine, why is Uncle Jim -- just

17   tremendous, just -- you can't make it up,

18   something out of a movie.

19           It's just I'm -- I'm really having a

20   hard time finding the words to clearly articulate

21   the feeling and experience that happened.  It was

22   horrible.  It was tragic, it was horrible, it was

23   disgusting, it was -- and I still have

24   nightmares.  I still have nightmares that, you

25   know, that someone's coming to get me, I have to

Page 24

1    prepare myself that I'll be ready to die for

2    whatever.

3          It's taken a tremendous toll on me.  I'm

4    divorced, my career has essentially

5    disintegrated, it's been a huge, huge weight to

6    bear, near impossible.  It's almost broken me a

7    couple of times.

14    Q.    Have you been diagnosed with anything as

15    a result of Jim's abduction and killing?

16    A.    I've been diagnosed with PTSD, with post

17    traumatic stress disorder -- post traumatic

18    stress disorder.

19

20

21

22

23

24

25

Page 25



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 26

1

2

3          Q.   How have your family members been

4     affected by Jim's death?

5          A.   To be perfectly honest, I really

6     wouldn't know.  There's -- there's two things

7     that happened in death, you either focus on the

8     dead or you focus on the living and I think

9     largely in my family's case we have focused on

10    the dead and been in our own silos of suffering.

11    And even though I believe we're a relatively

12    close family, there hasn't really been much

13    discussion on how it has affected the family.

14          You know, there have been times certain

15    families members have pulled away, I mean myself

16    included, I stopped talking to my mother for

17    about a year-and-a-half right after his death and

18    as a result, not only did my brother die but the

19    rest of my family died, because once you stop

20    talking to at least the parents, then kind of all

21    the other relationships fall off the wayside.

22          But, you know, everyone deals with death

23    and grief differently and the problem with it

24    being so public is that, you know, people that

25    knew you prior, it's like they don't know what to

Page 27

1    say to you.  You know, what do you say?  And you
2    just want to be treated normal.  So then
3    there's -- there's an idea of having to baseline
4    and reset all friendships or just help people
5    out, because people just get really weird about
6    it.  It's like they either -- they don't know
7    what to say or they immediately start crying or
8    they start telling you their deepest and darkest
9    secrets so that they empathize with you or
10   something.  It's just -- it's a weird phenomenon.
11        Q.   But for Jim's abduction and death do you
12   think that what's happened with your career or
13   your marriage or your health would have happened?
14        A.   No.  No, I think if Jim didn't die or
15   that didn't -- any of that didn't happen I'd
16   still be married.  I'd still be married and I
17   would be getting ready to position myself for
18   full-bird colonel for sure.  No doubt.  Not a
19   doubt in my mind.  Not a doubt in my mind.
20             MS. AMICK:  Can we please go off
21   the record.
22             THE VIDEOGRAPHER:  We're now going
23   off the record at 1:36 p.m.
24             (Off-the-record.)
25             THE VIDEOGRAPHER:  We're now back

Page 28

1      on the record at 1:37 p.m.

2          Q.    (By Ms. Amick)  So one final question,

3      are you proud of Jim?

4          A.    So of course.  He -- I think what I

5      really am proud of him, whether it's on purpose

6      or not, is that he's left a legacy and I do

7      believe even though that legacy is one of giving

8      of self, the example I know like myself and my

9      brother had different -- we were on different

10     ends of the spectrum, he was left, I was right.

11     I'm saving for my retirement, he never did.  But

12     I think there was a lesson in giving of self and

13     being of service to other people.  And then truly

14     when he was incarcerated under ISIS, you know,

15     there's an example of faith and being kind and

16     being a true teammate and so -- and just being

17     strong and having that strength to endure to the

18     very end.  So, yes, I'm extremely proud of my

19     brother.

20         Q.    Great, thank you so much.

21             MS. AMICK:  Can we please end the

22     deposition.

23             THE VIDEOGRAPHER:  We're now going

24     off the record at 1:38 p.m.

25

Page 29

1                 C E R T I F I C A T E

2

3          I, Michele L. Sehrt, a Certified Court

4      Reporter of the State of Missouri, do hereby

5      certify:

6          That prior to being examined the witness

7      was by me duly sworn;

8          That said deposition was taken down by

9      me in shorthand at the time and place

10      hereinbefore stated and was thereafter reduced to

11      writing under my direction;

12          That I am not a relative or employee or

13      attorney or counsel of any of the parties, or a

14      relative or employee of such attorney or counsel,

15      or financially interested in the action.

16          WITNESS my hand and seal this 16th day

17      of April, 2021.

18

19

20          MICHELE L. SEHRT, CCR No. 726

21

22

23

24

25

Page 30

1   Emily Amick, Esquire

2   eamick@perleslaw.com

3                         April 16, 2021

4   RE:    Sotloff v. Syrian Arab Republic, Et Al

5        4/14/2021, John Foley (#4533869)

6        The above-referenced transcript is available for

7   review.

8        Within the applicable timeframe, the witness should

9   read the testimony to verify its accuracy. If there are

10  any changes, the witness should note those with the

11  reason, on the attached Errata Sheet.

12       The witness should sign the Acknowledgment of

13  Deponent and Errata and return to the deposing attorney.

14  Copies should be sent to all counsel, and to Veritext at

15  cs-midatlantic@veritext.com

16

17   Return completed errata within 30 days from

18  receipt of testimony.

19    If the witness fails to do so within the time

20  allotted, the transcript may be used as if signed.

21

22                    Yours,

23                    Veritext Legal Solutions

24

25

Page 31

1    Sotloff v. Syrian Arab Republic, Et Al

2    John Foley (#4533869)

3                    E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____    _____

24   John Foley                          Date

25

Page 32

1    Sotloff v. Syrian Arab Republic, Et Al

2    John Foley (#4533869)

3              ACKNOWLEDGEMENT OF DEPONENT

4       I, John Foley, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11   _____    _____

12   John Foley                         Date

13   *If notary is required

14                      SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                      _____ DAY OF _____, 20___.

16

17

18                      _____

19                      NOTARY PUBLIC

20

21

22

23

24

25

**[0-6 - beheaded]**                                                                 Page 1

**0**

**0-6**  25:8

**1**

**1**  3:3
**1050**  2:4
**12:57**  3:2
**12:59**  4:7
**14**  3:3
**14th**  1:18
**16**  30:3
**16-725**  1:8 3:7
**16th**  29:16
**1979**  4:18
**19th**  23:10
**1:36**  27:23
**1:37**  28:1
**1:38**  28:24

**2**

**20**  14:9 32:15
**2002**  6:4,11
**20036**  2:5
**2006**  6:11,13
**2007**  6:14
**2009**  6:13,15
**2011**  6:16,16
**2012**  6:18 14:9
**2014**  6:18,18,21,23
**2016**  6:23,23
**2018**  6:23,24
**2019**  6:25,25
**202.955.9055**  2:5
**2021**  1:18 3:3
  29:17 30:3
**22**  14:9
**23**  4:18 6:6
**24954**  29:19
**2nd**  6:4

**3**

**3**  21:23
**30**  30:17

**4**

**4**  2:15 21:23
**4/14/2021**  30:5
**4533869**  30:5 31:2
  32:2

**5**

**500**  2:4

**7**

**726**  29:20
**7th**  23:10

**9**

**9-11**  20:19

**a**

**abducted**  9:7,10
  10:11 14:13
**abduction**  24:15
  24:20 27:11
**able**  14:21 22:18
**absolutely**  21:5
**accident**  10:16
**accommodations**
  10:9
**accuracy**  30:9
**acknowledgement**
  32:3
**acknowledgment**
  30:12
**action**  3:13 29:15
**additions**  32:6
**administer**  3:12
**administerial**  7:12
**administration**
  5:3 21:2
**adult**  9:5

**adults**  12:18
**advising**  7:11
**affiliations**  3:17
**afghan**  7:10,10
**afghanistan**  6:16
  6:17 7:4,8 11:20
  12:1 13:4,7 14:8
  14:10,18,21 15:12
  22:20
**afraid**  18:9
**afternoon**  3:1 4:10
  4:11
**age**  12:21
**air**  4:24 6:11,24
  7:1,15 9:11,12,13
  14:19,20 22:7
  23:6
**al**  1:6 30:4 31:1
  32:1
**allotted**  30:20
**allow**  21:10
**allowing**  16:22
**america**  22:3
**american**  17:18
**americans**  20:24
**amick**  2:3,15 3:22
  3:22 4:2,9 27:20
  28:2,21 30:1
**andrews**  6:10
**answer**  20:4
**anti**  22:7
**anymore**  24:13
**anyway**  13:16
**appearance**  3:19
**appearances**  3:16
**appended**  32:7
**applicable**  30:8
**appointment**  8:22
**appropriately**
  17:15

**april**  1:18 3:3
  29:17 30:3
**arab**  1:9 3:6 30:4
  31:1 32:1
**arabia**  6:25
**armed**  6:2 7:13
**army**  7:7,10
**arthur**  1:5
**articulate**  23:20
**asinine**  21:5,6,7
**aspired**  7:22
**assist**  17:3
**atlantic**  3:10
**attached**  30:11
**attending**  3:16
**attorney**  29:13,14
  30:13
**august**  23:10
**authorized**  3:11
**available**  30:6
**avenue**  2:4
**aware**  9:25 10:7,8
  18:17,20,22

**b**

**back**  4:6 6:22 15:4
  20:11,18 23:7
  24:11 27:25
**backing**  14:14
**barry**  1:5
**base**  6:11,24 7:1
  13:10
**based**  8:13
**baseline**  27:3
**basically**  8:13 21:1
**bear**  24:6
**beat**  8:8
**beautiful**  24:12
**bed**  8:25
**behalf**  1:16 19:12
**beheaded**  18:24
  20:17 24:22

**belgium** 6:19
21:20 23:5
**believe** 12:15 15:1
15:2 22:6 26:11
28:7
**best** 8:25 25:17
**big** 8:11,18
**bigger** 15:18
**bigwigs** 21:2
**bird** 27:18
**birth** 4:16,18
**birthday** 23:11,14
**bit** 12:15 14:15
17:1 24:19
**blessing** 13:17
**bloody** 22:17
**blow** 20:18
**boarding** 19:3
**bomb** 22:6
**bond** 12:15
**branch** 7:13
**brief** 6:19
**bring** 10:13 21:3
24:11
**brink** 24:8
**broke** 22:21
**broken** 24:6
**brother** 5:4 6:20
7:17 8:18 9:16,17
12:23 14:24 16:25
18:6 19:12 21:23
23:11 24:11 26:18
28:9,19
**brother's** 22:4
**brought** 6:21
**buddies** 21:21
**buildings** 23:1
**bus** 8:5 14:15
**business** 5:2

**c**

**c** 2:1 29:1,1
**call** 5:7 13:9 21:19
21:20
**called** 8:5
**calling** 20:12
**calls** 17:8
**campaign** 22:7,7
**captive** 17:2
**captivity** 17:5
18:17
**captors** 18:21
**captured** 14:8
**car** 8:7 10:16
**career** 13:24 18:3
19:12 22:5 24:4
24:20 27:12
**carry** 19:10 21:9
21:15
**case** 3:6 26:9
**ccr** 1:17 29:20
**celebrate** 23:13
**cell** 18:10
**certain** 11:8 17:25
17:25 26:14
**certified** 29:3
**certify** 29:5
**challenge** 9:19
**championing** 15:2
**change** 23:8 25:18
31:4,7,10,13,16,19
**changes** 30:10
32:6
**character** 8:18
**charge** 25:6
**chief** 17:24
**childhood** 8:9
**children** 24:12
**choices** 19:12 22:5
**chose** 23:6

**christmas** 8:24
**chronological**
14:16
**citizen** 4:19
**civilian** 13:9
**clearly** 23:20
**clinical** 25:15,16
**close** 12:18,18
24:7 26:12
**closer** 12:19
**clue** 14:1
**coach** 25:16
**college** 4:25 8:16
12:22
**colonel** 4:23 25:8
27:18
**columbia** 1:2
**come** 8:4 9:1 13:13
13:16 15:7
**comes** 17:22
**coming** 15:12
23:25
**command** 25:6,7
**commander** 17:24
**common** 12:14
**communicate**
11:21
**communicating**
17:3
**complete** 32:8
**completed** 30:17
**component** 9:14
**concern** 11:1
**conditions** 9:25
12:2 25:11
**conflict** 9:24
**connecticut** 2:4
**conversation** 15:6
**copies** 30:14
**core** 14:23

**correct** 32:8
**corrections** 32:6
**correspondents**
14:23
**counsel** 3:5,15,23
29:13,14 30:14
**countries** 13:11
**country** 7:9,9
19:13
**couple** 23:3 24:7
**course** 8:21 9:6,12
17:6 24:24 28:4
**court** 1:1 3:10,20
29:3
**crazier** 15:19
**crosses** 23:2
**crucifixions** 19:2
**crying** 27:7
**cs** 30:15
**csr** 1:17
**currently** 4:17,21

**d**

**d** 2:12
**dakota** 6:18
**darkest** 27:8
**date** 4:15,18 31:24
32:12
**daughter** 13:3
21:4 23:13
**daughter's** 23:10
**day** 1:18 24:10
29:16 32:15
**days** 8:16,16 30:17
**dc** 2:5
**dead** 26:8,10
**deal** 10:8 19:10
**dealing** 12:4 20:16
**deals** 26:22
**death** 26:4,7,17,22
27:11

decapitated 22:16
22:17
decision 15:23
declare 32:4
deemed 32:6
deepened 12:15
deepest 27:8
defendant 1:10
definitely 12:2,3
12:13 13:17
degrees 5:1
delicious 12:12
demanded 8:22
deponent 30:13
32:3
deposing 30:13
deposition 1:15
3:4,7 28:22 29:8
destruction 25:23
diagnosed 22:21
24:14,16
diane 5:10 8:22
die 24:1 26:18
27:14
died 23:12,12
26:19
difference 12:21
different 15:5 28:9
28:9
differently 26:23
direct 25:13
direction 29:11
disappearance
17:5
discharge 25:10
25:11
discussion 4:5
26:13
disgusting 23:23
disintegrated 24:5
25:1

disintegrating
25:2
disorder 24:17,18
district 1:1,2
division 14:20
divorced 24:4
doing 16:17 26:1
dollar 25:13
double 22:8,9
doubt 27:18,19,19
drastic 12:22
dreams 15:1
▮▮▮▮▮▮
driven 16:9
drove 16:9
duly 3:25 29:7
duty 6:10

**e**

e 1:15 2:1,1,12,14
3:24 29:1,1 31:3,3
31:3
eamick 2:6 30:2
earth 17:1
easy 20:4
eating 12:8
edge 24:7,8
effort 21:10
eight 5:22,22
either 26:7 27:6
elliott 4:14
embarrassment
16:22 17:22
emily 2:3 3:22
30:1
emotionally 11:4
16:11
empathize 27:9
employee 29:12,14
ends 28:10

endure 28:17
endured 18:24
engage 17:17
entirety 18:16
errata 30:11,13,17
especially 24:12
esquire 30:1
essentially 6:22
7:5 20:24 24:4
et 1:6 30:4 31:1
32:1
europe 13:15
european 19:16
evasion 10:4
event 20:19
events 8:20
ex 25:4
exact 20:25
examination 2:15
4:8
examined 29:6
example 8:14 28:8
28:15
excuse 12:25
executed 18:24
exhibits 2:21
experience 10:10
11:4 23:21 25:20
experiences 12:14
explain 24:19
extremely 28:18

**f**

f 29:1
face 23:13
facilitated 14:18
fact 20:10,18
failed 18:4,4,6
fails 30:19
faith 28:15
fake 19:2

fall 26:21
falling 23:1
false 20:5
familiar 18:12
families 26:15
family 9:2 10:11
11:10 14:25 18:3
19:25 20:5 23:7
26:3,12,13,19
family's 26:9
fast 25:8
father 5:11 24:13
fault 19:8
fbi 23:4
feel 16:17 18:1,5
19:15 21:8,13,14
21:16
feeling 23:21
felt 11:13,14 14:18
15:14 16:11
field 9:24 12:4
fight 22:24
fighters 22:25
23:5
final 28:2
financially 3:13
11:18 29:15
find 7:6 17:9 21:17
finding 23:20
fired 15:13
firm 2:3
first 3:25 6:10
10:11,12,17 11:1
14:12 15:19,22
five 23:5
fix 20:22
flagellating 25:25
flights 14:21
flying 8:23
focus 26:7,8

focused  26:9
foley  1:15 2:14 3:4
  3:24 4:14 5:5,7,10
  5:12,18,20 8:22
  30:5 31:2,24 32:2
  32:4,12
followed  19:22
follows  4:1
football  8:13
force  4:24 6:11,24
  7:1,15 9:11,12,13
  23:6
forces  6:3 7:13
  9:15
foregoing  32:5
forget  10:4 20:23
  20:25 21:6
forks  6:17 17:7
forward  25:19
found  18:25
four  5:20 7:21
  12:20
france  23:6
friends  7:23 13:21
friendships  27:4
fuels  7:9
full  27:18
funding  20:1
further  22:2 24:19

**g**

gaddafi  9:15
game  20:20
general  25:11
germany  6:15,15
  9:10 13:8,12,16
  16:10
getting  12:7 27:17
given  20:5 32:9
giving  15:3 28:7
  28:12

go  15:7,7,19,23
  27:20
goats  12:8
going  3:2 10:20
  13:11,13,15 14:17
  15:7,8 16:2,13
  20:21,21 23:14
  25:10 27:22 28:23
good  3:1 4:10,11
  13:19 19:17
government  17:4
  17:12,14,16 19:2
  20:7,9 21:9 22:6
grand  6:17 17:7
grant  11:11
great  9:1 28:20
gregarious  7:23
grief  26:23
grocery  23:14
ground  22:16
grow  8:1
growing  5:25 9:4
guess  10:25 13:21
  13:23 22:9
guilt  16:21 19:9
guilty  16:17,19
guy  8:15,17 11:12
guys  8:19 9:3
  11:21

**h**

h  31:3
habit  14:19
half  26:17
hand  10:17 29:16
handled  7:8
hang  13:15
hanging  23:2
happen  27:15
happened  18:10
  23:21 25:18 26:7
  27:12,13

happens  12:5
happy  19:19
hard  17:12 23:20
hateful  23:1
head  22:16,17
headquarters  6:19
  9:12
health  27:13
hear  21:22,22
held  3:7 10:1 17:2
  19:3
help  14:25 24:11
  24:13 27:4
helpless  21:16
hereinbefore
  29:10
hereto  32:7
hey  21:21
high  8:4,10,15
  11:15 12:21,24
  23:1
hit  22:9
hold  4:21,25 7:3
holding  18:19
holidays  8:20,25
  9:3
home  8:4,7 10:14
  12:6 13:6 19:25
  21:4
honest  15:10,25
  26:5
honorable  25:11
hope  20:6
hopeless  21:14,16
horrible  23:22,22
hostages  17:18
  19:16
house  5:25
huge  24:5,5
humble  8:14

**i**

idea  10:2,17 27:3
idlib  17:10
illinois  7:2
illogically  16:5
immediately  27:7
impossible  24:6
incarcerated  9:17
  28:14
incident  25:9
included  26:16
industry  15:16
intense  16:21
interested  3:13
  29:15
interesting  9:20
intermediate
  13:10
investment  11:15
invoking  22:5
involved  23:4
iraq  6:13,14 7:4,5
  12:1 22:6,20
iraq's  12:2
isb  13:10
isis  17:17 20:10,12
  20:15 22:4,7,23,24
  22:25 23:5 28:14
issues  16:12,13,14

**j**

james  5:4,7
japan  6:12 8:23
jeopardy  11:17
jim  5:7,15,17,24
  7:16,18,18,22 9:7
  9:9,18,21,25 10:11
  11:20,24 12:23
  13:2,6 14:2,13,21
  15:6 17:18 20:6
  20:17 21:17 23:15

23:15,16 27:14
28:3
**jim's** 5:9,11,19
  13:24 24:15,20
  26:4 27:11
**jobs** 14:19
**john** 1:15 2:14 3:4
  3:24 4:10,14 5:12
  30:5 31:2,24 32:2
  32:4,12
**join** 6:2
**joined** 6:4
**journalism** 15:16
**journalist** 15:17
**junior** 5:19,21,23
  8:4 20:13
**jv** 20:12

**k**

**kabob** 12:7
**kabul** 6:16,17
**katherine** 5:21
**kid** 10:15
**kidnapped** 18:14
**killed** 6:20 19:22
  21:18,24
**killing** 24:15,20
**kind** 8:9,12 10:6
  10:14 12:3 15:15
  26:20 28:15
**knew** 17:14 26:25
**know** 7:19,19,24
  7:24 8:6,8,15,24
  9:13,17,21 10:2,12
  10:13,22,23,25
  11:7,9,9,10,24
  12:6,7,9,20,20,21
  13:8,13,17,19,22
  13:24 14:6,14,15
  14:16,22,23 15:2
  15:10,11,18,18
  16:5,20,23,23,24

17:11,13,14 18:4
19:6,7,7,18,19,19
19:21 20:1,11
21:2,13,14 22:2,4
22:8,19,23,24,25
23:25 24:24 25:2
25:2,3,9,18 26:6
26:14,22,24,25
27:1,6 28:8,14
**knowing** 21:8

**l**

**l** 1:17 29:3,20
**lane** 10:17
**langley** 6:24
**largely** 10:21 13:9
  26:9
**late** 8:5 21:15
**law** 2:3 20:24 21:7
**lawless** 10:22
**laws** 18:1
**leading** 9:13
**leads** 15:20,21
**learn** 25:20,21
**learned** 14:13
**led** 9:21
**left** 10:16 24:23
  28:6,10
**legacy** 28:6,7
**legal** 2:9 30:23
**lesson** 25:19 28:12
**letters** 10:5
**level** 7:12 10:6
  11:15 15:2 19:8
**liable** 11:19
**libya** 9:8,10,24
  10:20 12:3 14:17
**libyan** 9:15
**lieutenant** 4:23
**life** 19:10 25:23,24
**lifting** 8:11,12

**light** 18:23
**liken** 10:15
**limited** 19:24
**line** 31:4,7,10,13
  31:16,19
**linkage** 25:13
**linked** 19:1
**linking** 13:22
**list** 5:16 6:7
**listen** 21:3
**little** 11:14 14:24
  21:15 24:19
**live** 5:24
**lives** 9:22
**living** 26:8
**locations** 6:7
**logically** 16:5,10
**logistics** 7:12
**long** 13:24 19:4
**longer** 17:1
**look** 8:18
**looked** 7:25 8:10
  25:3
**looking** 11:1 22:16
**losing** 25:2,7,13
**lost** 7:7 25:6,6
**lot** 10:24 16:4,12
**louis** 4:17
**lovable** 8:17,17

**m**

**mad** 11:7 14:17
  19:18
**magazine** 23:16
**magnitude** 20:10
**making** 10:16
**mandatory** 8:22
**mark** 5:20,20
**marked** 2:21
**marriage** 25:1,1
  27:13

**married** 27:16,16
**master's** 5:2
**matter** 3:5 20:9
**mean** 10:2 11:7
  16:19 17:6 18:15
  19:17,18 21:24
  22:13 25:12 26:15
**media** 3:3
**members** 19:25
  26:3,15
**message** 22:3
**messages** 23:1
**messed** 17:13
**methods** 18:22
**michael** 5:18
**michele** 1:17 3:11
  29:3,20
**mid** 3:10
**midatlantic** 30:15
**midwest** 7:2
**mike** 12:23
**military** 4:22 10:3
  13:9,11 17:23
  19:1,20 21:21
  24:23
**million** 25:13
**mind** 27:19,19
**minimal** 10:24
**misawa** 6:12
**miscalculated**
  20:14
**miscalculations**
  15:21
**missed** 13:1
███████████████
**missouri** 4:17 29:4
**mistake** 11:19
**mistakes** 15:20
**mobility** 14:20,20
**monetarily** 25:12

[money - pulled]                                                                Page 6

**money** 19:22
  20:25 21:3
**mons** 6:19
**months** 13:3
**morning** 21:23
**mother** 5:9 17:3
  18:8 26:16
**move** 25:19
**movie** 23:18
**multiple** 13:3

**n**

**n** 2:1,12
**name** 3:9 4:12
  15:22 20:8 21:6
  22:5
**names** 5:16 20:8
**national** 7:10,10
**nato** 6:20
**near** 14:7 24:6
**necessarily** 13:20
**necessary** 32:6
**need** 15:15 25:20
**needed** 16:8
**negotiate** 21:11
**networking** 13:22
**never** 11:11 12:10
  28:11
**nightmares** 23:24
  23:24
**nine** 5:22 7:7
**nooses** 23:2
**normal** 8:9 12:11
  27:2
**north** 6:18 17:11
**northwest** 2:4
**notary** 32:13,19
**note** 2:21 30:10
**noted** 32:7
**notice** 1:18 8:3
**november** 14:9

**numb** 24:25
**number** 9:22
  13:21 14:4

**o**

**oath** 3:12,25
**obama** 17:15
  20:12
**objections** 3:18
**objective** 19:24
**officer** 7:9 17:23
  19:1
**oh** 7:18 12:10,12
  23:9
**oic** 7:5
**okay** 5:7 7:16
  10:18 14:2
**old** 6:5
**older** 5:17 7:17
  19:11
**once** 26:19
**one's** 15:7
**order** 14:16 15:21
**outcome** 3:14
**outside** 11:1 15:17

**p**

**p** 2:1,1
**p.m.** 3:2 4:7 27:23
  28:1,24
**page** 2:13 31:4,7
  31:10,13,16,19
**paid** 19:21
**pain** 25:14
**parallel** 9:22
**parents** 5:13 26:20
**part** 11:10 14:24
  14:24
**parties** 29:13
**partner** 25:3
**party** 3:12

**passing** 13:14
**passport** 16:7,8
**pause** 4:2
**paused** 4:4
**pay** 20:24 21:12
**pc** 2:3
**pcs** 23:6
**pentagon** 6:22,23
**people** 8:25 23:1,2
  26:24 27:4,5
  28:13
**perfectly** 12:11
  15:10,25 26:5
**periods** 19:4
**perles** 2:3
**perleslaw.com** 2:6
  30:2
**personal** 10:23
  25:23
**personality** 7:19
**personally** 11:8
  16:4
**phenomenon**
  27:10
**pickup** 20:20
**pictures** 18:25
**pissed** 11:6
**place** 4:15 29:9
**plaintiff** 1:16
**plaintiffs** 1:7 2:2
  3:5,23
**plane** 13:12
**plans** 13:25
**please** 3:18 4:3,12
  4:15 5:16 27:20
  28:21
**point** 6:20 11:8,13
  20:8 22:19
**police** 7:10
**politically** 11:18

**position** 9:16
  27:17
**positions** 7:3
**post** 24:16,17
**power** 16:6 20:14
**prepare** 24:1
**presence** 10:21
  15:8
**present** 3:15 7:1
**president** 20:12
**pretty** 16:6
**prior** 15:6 20:23
  26:25 29:6
**prioritize** 17:15
**probably** 14:15
  16:8,9 23:3 24:23
**problem** 20:3
  26:23
**procedures** 18:21
**proceed** 3:21
**proceeding** 3:18
**process** 22:1
**professional** 25:24
**prohibit** 18:1
**propaganda** 22:2
**prosecute** 9:14
  21:11
**prosecuted** 21:4
**protection** 10:23
**protective** 8:2
**proud** 28:3,5,18
**provide** 10:3
**psyche** 19:7
**psychosis** 22:21
**ptsd** 22:22 24:16
  24:25
**public** 23:9,12
  26:24 32:19
**pull** 20:11
**pulled** 26:15

[pulling - sports]                                                                    Page 7

pulling  16:7
punish  26:1,1
purpose  28:5
pursuant  1:17
put  9:15 23:13
putting  11:17

**q**

question  28:2
questions  15:4
  16:3
quite  9:19,19,20
  10:22 12:22,24

**r**

r  2:1 29:1 31:3,3
raid  21:15
raise  21:3
ramstein  6:15
  9:10 13:12,13
rank  4:21
ransom  21:12
rapidly  23:6
reach  20:14
read  22:18 30:9
  32:5
ready  24:1 27:17
real  22:18
realize  14:25
really  8:10,14,14
  9:15 10:24 11:11
  15:23 17:10,12,23
  20:8,16,18 21:24
  23:19 26:5,12
  27:5 28:5
reason  30:11 31:6
  31:9,12,15,18,21
receipt  30:18
recognized  20:19
record  3:2,17 4:3
  4:5,7,13 27:21,23
  27:24 28:1,24

recorded  3:4
reduced  29:10
reeling  15:12
referenced  30:6
regularly  8:19
  11:22
related  3:12
relationship  12:18
relationships
  26:21
relative  29:12,14
relatively  26:11
release  17:17
released  19:16
  20:6 22:3
remember  8:23
  9:7
reporter  3:11,20
  13:21 29:4
reporter's  2:21
representatives
  17:4
republic  1:9 3:6
  30:4 31:1 32:1
required  32:13
rescue  21:9
reset  27:4
response  20:17
rest  19:10 26:19
result  15:14 18:1
  24:15 25:4,10
  26:18
retirement  25:14
  28:11
retribution  18:3
return  11:14,14
  30:13,17
review  30:7
right  10:17 17:24
  19:20 20:25 26:17
  28:10

risk  11:15 15:21
road  12:8
roadside  12:9
rules  17:25,25
run  8:7
ryan  2:8 3:9

**s**

s  2:1 31:3
safety  11:2
saudi  6:25
saving  28:11
saw  19:15
scared  18:9
school  8:11,16
  12:21,25 13:1
scott  7:1
seal  29:16
second  11:2 20:19
secondary  5:1
secrets  27:9
secure  17:17
security  10:23
  17:8
see  12:8 19:11,20
  22:15,18 24:8
sehrt  1:17 3:11
  29:3,20
self  25:23,24 28:8
  28:12
selfish  11:9
sending  22:25
senior  5:19
sent  30:14
sere  10:3
serve  19:13
served  7:4
service  28:13
serving  7:14
seven  18:5
shame  16:4,21
  17:22 19:9

share  5:13 9:2
shared  12:14
sheet  30:11
short  16:7 20:19
shorthand  29:9
sibling  5:18 7:24
siblings  5:15
side  12:7
sides  19:20
sign  30:12
signature  29:19
signed  30:20
silly  12:5
silos  26:10
similar  11:25 12:2
  12:3
single  11:12
situation  10:7
situations  9:22
  12:1
six  18:5
skype  14:3
skyping  14:10
sohmer  2:8 3:9
solutions  2:9
  30:23
someone's  23:25
son  21:4
sort  9:21,23
sotloff  1:5 3:5 30:4
  31:1 32:1
south  17:10
speak  17:23
special  8:20
specific  10:8 18:20
specifically  15:6
spectrum  28:10
spend  8:19
spent  9:3
sports  8:6,13

st  4:17
staging  13:10
stars  15:13
start  27:7,8
state  1:1 3:16,18
  4:12,15 29:4
stated  29:10
states  4:19,22,24
  13:14 23:7
stateside  12:11
station  6:10
stationed  6:8,9
  17:7
stay  13:2
stayed  24:24
steel  19:4
stint  6:13,14,19
  15:13
stop  16:1,18 26:19
stopped  26:16
store  23:15
story  15:18,19
straight  22:16
strength  28:17
stress  24:17,18
strings  10:7
stripes  15:13
strong  28:17
stuck  13:18
stuff  8:9 12:5,10
  17:11 20:21
subscribed  32:14
succumbed  18:2,2
suffering  25:15
  26:10
▮▮▮▮▮▮
suite  2:4
super  7:22 8:2
support  25:3
sure  6:1,10 10:18
  25:19 27:18

surrounding
  16:12
survival  10:4
swear  3:20
sworn  3:25 29:7
  32:14
syria  13:5 14:2,7
  14:13 15:4,5,23
  16:13
syrian  1:9 3:6 30:4
  31:1 32:1

**t**

t  29:1,1 31:3,3
tactical  7:11
tactics  18:13,18,20
taken  1:16 3:4
  18:4 24:3 25:7
  29:8
talking  14:11
  26:16,20
tape  20:11
taxing  11:4
team  7:6 14:24
  17:8 20:12
teammate  28:16
techniques  18:21
telling  27:8
term  13:23,24
terminology  21:1
terrorism  20:1
terrorists  18:13,18
  20:25
testified  3:25
testimony  30:9,18
  32:8
thank  4:25 5:4,24
  6:2,7 7:3,16 28:20
therapy  25:15,16
thing  15:20 17:13
  21:24,25 22:1

things  11:24 15:15
  20:22 24:9 26:6
think  7:19 8:16
  9:18 10:12 11:7,7
  11:9,13 12:13
  14:6,7,12,16,22
  15:11,11,11 16:1
  16:19 17:16,19,20
  17:21 18:4 19:23
  20:5,7,9,13,15,15
  22:12,13,14,15
  24:9,21,21,24
  25:22 26:8 27:12
  27:14 28:4,12
thinking  10:19,20
  11:3
third  9:11,11,12
thought  17:9
thoughtful  8:15
tight  12:24
time  3:19 6:5 8:1
  9:18,20,23,24
  10:11 13:19,20
  17:6 19:4 20:1
  23:4,11,20 29:9
  30:19
timeframe  30:8
times  8:3,23 14:4
  14:6 24:7 26:14
tires  19:3
tjk  1:8 3:7
told  15:6
toll  24:3
ton  7:23 16:13,13
  16:13
top  10:6 22:23
torture  18:18,25
  22:1
tortured  18:11
  19:12

totally  15:24 20:14
tough  20:2,2
tour  14:8
toxic  16:4,21
  17:21
track  25:8
traditions  9:2
tragic  23:22
training  10:3
transcript  30:6,20
  32:5,8
trash  12:9
traumatic  24:17
  24:17
treated  27:2
tremendous  19:5
  19:5,8,14 23:8,17
  24:3
tried  17:7
tripoli  9:18
true  28:16 32:8
truly  15:1 18:5
  28:13
try  21:3
trying  7:6 9:14
  11:17 14:5 17:9
  21:11 24:25 25:16
  25:21
turn  10:16
turned  25:4
tv  23:15
two  5:19,19 7:20
  10:5 12:23 24:11
  26:6
type  8:9 15:20
  17:11
types  18:17

**u**

u.s.  10:21 17:4,12
  17:14,16 19:1
  20:7,9 21:9

**ultimately** 21:14
**unacceptable**
  11:16
**unaware** 20:9
**uncle** 23:16
**understand** 19:24
**understanding**
  15:23
**understatement**
  16:20
**understood** 20:16
**unfortunately**
  13:18
**unique** 7:19 9:16
  11:23
**unit** 3:3
**united** 1:1 4:19,22
  4:24
**upside** 10:24
**usually** 12:5

**v**

**v** 1:8 30:4 31:1
  32:1
**varsity** 20:13
**vehicles** 7:6
**verify** 30:9
**veritext** 2:9 3:9
  30:14,23
**veritext.com**
  30:15
**version** 22:18
**versus** 3:6
**video** 3:4 22:3,10
  22:12,14
**videoconference**
  1:19
**videoconferenci...**
  3:8
**videographer** 2:7
  3:1,10 4:4,6 27:22
  27:25 28:23

**videotaped** 1:15
**view** 11:8,13
**viewed** 11:8
**viewing** 15:17
**violence** 18:17
**violent** 18:12
**voice** 15:3 22:15
**voiceless** 15:3

**w**

**w** 5:12
**walk** 8:7
**want** 10:13,18
  14:25 27:2
**wanted** 7:25 14:22
**wants** 11:12 19:11
**war** 9:14 14:23
**washington** 2:5
**watch** 22:10
**water** 19:3
**way** 10:14 12:12
  14:14,19 16:10
  23:9,12 25:22,24
  25:25
**wayside** 26:21
**weak** 18:9
**weakness** 18:3
**weeks** 23:3
**weight** 8:11,12
  19:5,14 24:5
**weird** 27:5,10
**went** 6:12,14,17
  6:24 7:6 11:20
  12:24 13:4 14:2
  23:3
**whammy** 22:8
**whatnot** 22:2
  24:10
**wicked** 20:3,3
**wife** 13:2 22:25
  25:4

**wifi** 12:6
**witness** 1:16 2:13
  3:20 29:6,16 30:8
  30:10,12,19
**woke** 21:19,20
**word** 16:21 19:6
  22:9,9
**words** 22:4,14
  23:20
**working** 9:11,23
  10:6 13:4
**world** 20:2
**writing** 29:11

**x**

**x** 2:12

**y**

**yeah** 6:21 7:12
  9:19,20 11:6,23
  12:13,16 13:6,18
  14:4,4,5,9,9 15:11
  16:19,20 17:6
  18:11,15 19:23
  20:2 22:11,13,19
  22:24 24:21,21
**year** 6:14,25 12:20
  23:10 26:17
**years** 5:19,19,20
  5:22,22 6:8,9 7:20
  7:21 12:22,22,23
  18:5
**younger** 5:16 7:21
  7:24 12:20

**z**

**zoom** 1:18 3:8

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.