# Exhibit I



Deposition of:
## Mark Foley

*April 22, 2021*

In the Matter of:

## Sotloff v. Syrian Arab Republic, Et Al

Veritext Legal Solutions

800-734-5292 | calendar-dmv@veritext.com |

Page 1

1          IN THE UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF COLUMBIA

3

4

   *   *   *   *   *   *   *   *   *   *

5

   ARTHUR BARRY SOTLOFF, et al.

6

                  Plaintiff

7

   v.                        Civil Action

8                            No. 1:16-00725 (TJK)

9  SYRIAN ARAB REPUBLIC, et al.

10               Defendants

11  *   *   *   *   *   *   *   *   *   *

12

13

14      VIDEOTAPED DEPOSITION OF MARK VINCENT FOLEY

15

16         This deposition taken Via Zoom

17         Communications, on Thursday, April 22,

18         2021, commencing at 12:54 p.m.

19

20         COURT REPORTER:

21         Theresa McGuire-Harkins, LCR-RPR

           NH LCR Certificate #31

22         (RSA 310-A:161-181)

23

24

25

Page 2

1   APPEARANCES:

2

    Representing the Plaintiffs:

3

4   Perles Law Firm, P.C.

5   816 Connecticut Avenue, N.W. 12th Floor

6   Washington, D.C. 20036

7   (202) 955-9055

8   jperles@perleslaw.com

9   BY:   JOSHUA K. PERLES, ESQ.

10

11  VIDEOGRAPHER:        Shawn Budd

12                       Veretext Legal Solutions

13

14                            - - - -

15

16

17

18

19

20

21

22

23

24

25

Page 3

1                          I N D E X

2

3    WITNESS:

4    MARK VINCENT FOLEY

5

6    EXAMINATION:                              PAGE

7    BY MR. PERLES                                4

8

9

10   EXHIBITS FOR IDENTIFICATION:

11    (None marked.)

12

13                          - - - -

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

```
 1                    P R O C E E D I N G S
 2          THE VIDEOGRAPHER:  Okay.  We are on record.
 3     This is the videographer speaking, Shawn Budd,
 4     with Veretext Legal Solutions.  Today's date is
 5     April 22nd, 2021.  The time is 12:54 p.m.  We are
 6     here to take the remote video deposition of Mark
 7     Foley in the matter of Sotloff v. Syrian Arabic
 8     Republic, et al.
 9          Would counsel please introduce themselves for
10     the record.
11          MR. PERLES:  I'm Joshua Perles, counsel for
12     plaintiffs.
13          THE VIDEOGRAPHER:  And would the court
14     reporter please swear in the witness.
15                    MARK VINCENT FOLEY
16          having been duly sworn by the Notary,
17     under RSA 310-A:181, Limited Notarial Function,
18          was deposed and testified as follows:
19                       EXAMINATION
20   BY MR. PERLES:
21     Q.    Thank you.  Good afternoon.
22           Please state your full name.
23     A.    Mark Vincent Foley.
24     Q.    And are you the brother of James Foley?
25     A.    I am.
```

1      Q.   Do you mind if during our conversation I call

2   him "Jim"?

3      A.   Yeah.  I mean, I don't.

4      Q.   Thank you.

5           Are your parents Diane and John Foley?

6      A.   They are.

7      Q.   How much older than you was Jim?

8      A.   I'm going to have to go -- let's see.  John

9   was four years.  Mike four years.  I think, roughly,

10  11 years.

11     Q.   Eleven years.

12          So, about what age was Jim when you started

13  having memories of him?

14     A.   Age?

15     Q.   Sorry.  Yeah.  Where was he in life?  What

16  are your first memories of Jim?  Was he in high

17  school?

18     A.   Yeah.  I would say high school.  Yeah.

19          One of my first memories of Jim was him and

20  his buddies getting together in Wolfeboro.  So, like,

21  we used to do werewolf laser tag, fun tag games.  One

22  of my memories was all of them getting ready for prom

23  at our Wolfeboro house.  So, obviously, he must have

24  been in high school.  So...

25     Q.   And can you name your other siblings.

```
                                                   Page 6

 1      A.    Yeah.  Michael, John, Katie, and Jim.

 2      Q.    Thank you.

 3            So, what do you remember about growing up

 4   with Jim?  What was your relationship like?

 5      A.    The goofball big older brother, loved

 6   friends, loved family, loved just having adventures,

 7   was always the one that wanted to bring everyone

 8   together, loved board games, loved just having fun.

 9   Like I said, he would organize big block --

10   basically, it's hide and go seek.  But we called it

11   werewolf tag.  It was at night and it was scary; and,

12   like, you know, I thought it was the coolest thing

13   ever, because I was, like, you know, six or whatever

14   at the time.

15            And, you know, and then big get-togethers,

16   kind of he made me love either our immediate family

17   get-togethers or our group family get-togethers.  We

18   used to have basketball tournaments when everybody

19   got together, like my uncles and stuff like that.

20   And then, like, but, normal, we'd have, like, board

21   games; and he was just the life of the party, life of

22   the family, just, you know, always brought everyone

23   together, made it a point.  Especially, him being the

24   oldest, him making the point made everyone want to.

25   You know what I mean?
```

1      Q.    Thank you.

2            So, he was quite a bit older than you.

3      A.    Yes.

4      Q.    Did he help raise you, take on any of those

5   responsibilities?

6      A.    Sure.  Yeah.  He was a natural father figure,

7   him and my brother Mike, as well.  Mike was pretty

8   close in age to Jim.  And, yeah, I mean, it was kind

9   of indirect.  I remember, you know, I'd bring him a

10  lot of, like, unworldly views, you know, very --

11  listen to one article, okay, this is my view.  This

12  is who I am.  You know, Jim oftentimes would just

13  shut that down and be, like, "Mark, you're so

14  ignorant" and then have a sit-down, have a

15  conversation with me and really discuss, not what my

16  views would be, but he always -- I kind of got this

17  from him.  He always played the -- not the

18  antagonist; but he always played the other side.  You

19  know what I mean?  Just to give me what the other

20  side would be feeling or talking about.

21     Q.    So, it was important to him that you and

22  he have a moral framework?

23     A.    Yeah.

24     Q.    He wanted you to be a moral person.  He

25  wanted to help raise you.

Page 8

1      A.   He wanted me to be a good person.  That's why

2   he shared stories with me; and, you know, we just did

3   a bunch of different stuff together.  Yeah.

4      Q.   Did your family ever take trips together?

5      A.   Yeah.

6           One of -- I mean, we took many camping trips

7   as young people and trips to Texas to visit my aunt

8   and family trips to visit my uncles.  And one uncle

9   lived down in Massachusetts.  We used to do a camping

10  trip.  He owned -- his wife actually owned a camp

11  called Camp Nashoba in Massachusetts.  We would go

12  there every Memorial Day.  Family trips, we'd go up

13  to Sunday River, go skiing.  We were a big skiing

14  family.  Like I said, camping trips.

15          One of the last trips I went with Jim, we

16  went on a big family trip to Spain, where my uncle

17  coordinated it.  Uncle Fernando coordinated it.  And

18  it was pretty special.  We flew into Madrid; and then

19  we took jumper vans, basically, big vans.  And he --

20  it was him, my cousins Joseph, Maria, and two family

21  members -- not family members, but family friends --

22  that were our age that were in our group and my

23  sister and Maria, which is my aunt's sister -- my

24  aunt's daughter.

25          And we kind of just drove around.  So, first

Page 9

1   we went to Cuenca and then we went to Avila and went

2   around Madrid and eventually ended up in Valencia for

3   the Las Fallas Festival.  It was pretty awesome.  It

4   was pretty awesome.  I was able to go drinking the

5   first time with him then.  I was 18 at the time.

6        Q.   Uh-huh.

7        A.   So, it was cool to be able to going drinking

8   with my older brother.  Yeah.  Just certain stuff

9   like that.  Yeah.

10       Q.   What was he like on that trip?

11       A.   Just -- I kind of got a glimpse of more of

12  his kind of worldly view at that time.  He had

13  already either graduated Marquette and was on his

14  master's program.  He had already done -- he was

15  either -- he was probably in Teach for America at

16  that point, because I was 18.  So, I was just

17  entering high school, and it wasn't until I was

18  already in the army when he was first captured.

19            So, yeah, it was early on.  So, he was either

20  just graduated Marquette or just started Teach for

21  America and was living in Arizona, or he might not

22  have been there.  He might have been at U. Mass.

23  doing his first master's.  I'm not 100-percent sure.

24  I knew I was 18 because of the drinking-age thing.

25  Or maybe I was 19.  Maybe I was a junior in high

1   school.

2           So, sorry about that.  I can't remember.

3      Q.   No.  I'm mostly interested in your memories

4   of him.

5           Did it feel a little bit like he was showing

6   you around the world, introducing you to some --

7      A.   Yeah.  Yeah.

8           Introducing me to his passion, right.  It was

9   culture and different people.  And he was a history

10  major in college, as well as an English major.  But

11  he really loved history and writing, and I kind of

12  liked history.  I never majored in history, like he

13  did; but I enjoyed it as well.  One of my passions

14  was, you know, old architecture, castles, cathedrals,

15  stuff like that.  We enjoyed that together.  We also

16  both enjoyed music.  So, you know, doing that sort of

17  thing, going out with him and my older cousin as

18  well, it was just special.  You know, it was just a

19  special experience that I'll always have.

20     Q.   So, even after you weren't living in the same

21  house together, after he left for college, you kept

22  seeing him?

23     A.   Oh, yeah.  Well, let's see.  So, he left for

24  college.  I visited him a couple times when he was

25  down at U. Mass., Amherst.  I never got to visit him

1   when he was down in Arizona.  Just time, I think I

2   was in college and drinking and partying were more

3   important.

4           And then I joined the army.  Once I joined

5   the army, we kept in touch a lot.  He -- after he

6   was -- actually, prior to the army, when I was still

7   in school, when he was captured in Lybia for the

8   first time and then he came home that summer and

9   year, I spent a lot of time working on that Anton

10  Foundation with him, just being home during the

11  summer.  And I spent a lot of time with him that

12  summer as an adult.  That was -- that was pretty

13  cool.

14          The last time I saw him was we went to a

15  speech comedy place.  I have a picture of me and him

16  hugging in, like, Faneuil Hall area in Boston, right

17  before he left to go to New York to see his buddies

18  before he went to Syria.

19          Yeah.  We used to exchange music.  I just saw

20  a Facebook message that I saved of him being, like,

21  "Yo, man.  I got some new bootlegs," which, you know,

22  meant he got some new bootleg music.  That was, you

23  know, right when Kazza and, you know, MP3 downloads.

24  So, we would -- we would share music back and forth,

25  get each other involved in different stuff.

1          Like, he liked the Chicago underground scene

2    for rap.  He was a white guy -- it's funny.  Like,

3    meeting all these friend, like, he's a white guy from

4    New England; but, like, you know, he was into rap and

5    he loved like all different sorts of people.  And he

6    had friends from, like, all different avenues, like

7    black, white, brown -- just amazing -- and like

8    Indian, like native American.

9          Like, some of the people that, like, came and

10   visited us in Rochester after his death, we were

11   just, like, wow, how did he touch this -- like, these

12   kind of people?  Like, you know, these people just

13   knew him; and, like, yeah, it was pretty special.  It

14   was a very eclectic group of friends, but passionate,

15   almost family, more than friends.  They still keep in

16   touch with us today.  So, I mean, good people.

17        Q.   You just mentioned you learned some stuff

18   about Jim speaking to his friends after his death.

19   Could you elaborate about that a little more?

20        A.   It's more so just the amount of people that

21   he touched and the culture and awareness and just --

22   just global perspective.  Right?  So, you live in

23   New Hampshire.  You're guarded.  You go to a, you

24   know, New England school.  I was able to join the

25   army, which helped me with, you know, my cultural

Page 13

1    development and understanding of different norms and,

2    you know, how people act.  But the army, as itself,

3    is very one directed, even though it's people from

4    different areas.

5            But I was able to see -- just in him, like,

6    he didn't see, you know, where you were financially.

7    He didn't see, you know, where you were

8    demographically.  He just, you know, saw people for

9    who they were in their soul; and some of the people I

10   was able to be introduced to were just such kind and

11   loving and forward-thinking people, more people like

12   that we need in America kind of stuff.

13           Very -- his outlook on life was very mixed,

14   muddled.  Right?  You know what I mean?  Didn't

15   matter where you came from.  And just gaining that

16   kind of sort of understanding and just having those

17   relationships and having conversations with them is

18   kind of what I learned, nothing specific, but just

19   kind of like how to be a better person, how to live

20   my life, how to be open to different mindsets.  You

21   know?

22       Q.   So, do you think, growing up with Jim and

23   then even learning about him after his death, that's

24   made you a better person?

25       A.   Yes.  One hundred percent, yeah.  Yeah.

Page 14

1  Yeah.

2          Growing up, however you want to say, he

3  taught me the importance of family and family time

4  and putting in that time, because, you know, the

5  whole, you know, Cat Stevens song.  Right?  You know

6  what I mean?  Where it's, like, "Yeah.  I got time.

7  I got time.  I got time."  And, eventually, you're,

8  like, "Well, where did it go?"  You know?

9          So, just putting in that time for family is

10  very important and also friendships.  He -- I would

11  see him spend Sundays after Sundays after Sundays,

12  just sitting in the living room, cold-calling all his

13  friends, all his contacts, huge and hours.  "Jim,

14  what are you doing?"  He was, like, "Oh, I'm catching

15  up with my friends."  He would just sit in there,

16  literally, the entire day, talking, catching up with

17  his buddies.

18          And I try to do that now.  It sucks.  You

19  know, after -- you know, I'm only 36; and it's, like,

20  if you don't maintain those relationships, they tend

21  to fizzle out.  So, I've used that to try to do

22  better.

23          And then, as he became more of an adult and,

24  you know, started traveling and getting more into his

25  journalism, I started to see some glimpses.  Every

Page 15

1   time he would come home, he'd be more -- he'd have
2   less stuff.  Right?  Every single time he deployed or
3   went to Lybia or Syria, Afghanistan, wherever he went
4   to report and tell the news, he came back with, like,
5   a little less stuff, a little bit more worldly, a
6   little bit -- it got to the point where, literally,
7   all he had was his camera, his MacBook, the clothes
8   on his back, and a backpack.
9           And it wasn't because, you know, he was
10  making less money or whatever.  He just gave away
11  what he didn't need.  He had everything in life.  His
12  life was filled with memories and love; and he just
13  wasn't -- he just wasn't materialistic.  It was just
14  an outlook that I'm not used to.  Right?  And if I
15  didn't have that in my life, I would never appreciate
16  that.
17          And I think, growing up, you know, people
18  were, like, "What are your goals?"  You know, what
19  is -- you know, you do job interviews; and they ask
20  you, "Well, what do you want in life?"  And I just
21  want to be happy.  I just want to be like him.  You
22  know what I mean?  Make enough money to support my
23  family, to go on trips.  I don't have an overall
24  drive to be super successful.  I think that rubbed
25  off on me because of Jim.

Page 16

1      Q.   Could you list who in your immediate

2   family -- that's your parents and siblings -- have

3   served in the U.S. military, in one capacity or

4   another?

5      A.   Everyone but my brother Mike and Jim.

6           John, he's a lieutenant colonel in the air

7   force.  He's getting out in the next six months, this

8   year.  Katie spent three years after she graduated

9   Simmons, was a nurse in the navy.  My dad was a major

10   in the army before I was born.  He was well out of

11   the army after I was -- before I was born.  And then

12   I spent six years in the army as well, as a crew

13   chief for the 160th.

14      Q.   Can you briefly explain what a crew chief

15   does.

16      A.   So, a crew chief is, basically, a mechanic

17   specifically assigned to flight.  So, we would be our

18   own mechanics on the aircraft.  Then also our job was

19   more curtailed to flying the aircraft and doing

20   special vehicle training and hoist, and we had all

21   these different things.  And then our natural

22   progression was to become a flight engineer.

23           Our job was, basically, to crew the

24   helicopter for the pilots.  So, our helicopter was

25   really big.  It was a Chinook MH-47.  So, I would

1  always explain to people, you know, we were the first

2  mates and crew of a sailboat for the captain.  The

3  captain sailed it, but he couldn't do anything on the

4  boat without us.

5           And, especially, you know, our mission was to

6  be, you know, time on target plus-or-minus 30

7  seconds.  Right?  We'd in-field and ex-field SEALs.

8  We were, basically, the taxi services for special

9  forces, for the army, navy.  So, we worked a lot with

10  different special forces groups, among -- we worked

11  with Rangers, SF, Green Berets, SEALs, their navy

12  counterparts.  I forget their names.

13           We did a lot of training down in Coronado,

14  landing on and off, you know, aircraft carriers.  We

15  did a lot of training in the deserts, you know, to

16  mimic canyon flying in Afghanistan, all sorts of

17  stuff, whatever was needed.  And then, most of our

18  missions to Afghanistan were in-field and ex-field of

19  operatives and -- yeah.

20      Q.   Thank you.

21           Did you get to see Jim after you joined the

22  military?

23      A.   Oh, yeah.  I saw him many times.

24           Actually, the summer -- let me think.  I was

25  in the army when he was captured in Lybia.  I don't

1   think I was in college at the time.  So, I definitely

2   saw him then.  I would see him every single time I

3   came home for the holidays.

4          So, Jim made is a super imperative to come

5   home for Easter, Thanksgiving, and Christmas.  Those

6   are our big three Foley family holidays.  So, he was

7   home for, like, all of those every year; and then

8   kind of everyone in our family made it a point to do

9   the same.  So, even when I was in Korea, the only

10  leave I took -- I'm, actually, going to Miami.  So,

11  for instance, I'm going to Miami next week.  Right?

12  And that is the first time in my life I've ever taken

13  a vacation not to see family, and I'm 36 years old.

14         So, every time, in the military, I would take

15  my vacation time to come home and see my family, see

16  Jim.  So, that's kind of what he instilled in us.

17  Right?  So, everyone, it was, you know, we've got to

18  go home.  It's Easter time.  It's Thanksgiving.  It's

19  Christmastime.  It's time to hang out, do the family

20  time.  So, yeah, I would see him, at minimum, you

21  know, three breaks per year while I was in the army,

22  but sometimes more.  You know?

23      Q.   You mentioned briefly earlier the last time

24  you were with Jim in person --

25      A.   Yeah.

1    Q.    -- in Boston.  Can you tell me a little bit
2    more about that evening.
3    A.    So, he was leaving to go to New York.  So, I
4    told him, "Hey, let's go out in Boston."  It was
5    myself, my wife at the time, Casey Woodman.  We met
6    my two friends, Lindsey Harvey and her boyfriend or
7    fianc? at the time.  We all went to a comedy club at
8    Faneuil Hall with my brother Jim and then went out
9    drinking afterwards.
10           I remember, you know, Jim was very
11   intellectual and smart.  You know, by that time, I
12   think he had both of his master's under his belt; and
13   he just laughed at some things that are really funny
14   and then other things he just wouldn't laugh at all.
15   So, I remember the whole time, like, I was ready to
16   laugh and have a good time.  I'd just looked at him,
17   and he wasn't laughing at all.  Like, I think the
18   comedian was, like, making fun of him too at one
19   point, because he just wasn't laughing.  It just
20   wasn't funny to him.  You know, he wasn't going to
21   give away a free laugh.  You know?
22           And then, like, we went out partying that
23   night, had a bunch of beers; and then I think it was,
24   like, right at North Station, he was leaving.  I gave
25   him a big hug.  He was in his black North Face parka.

Page 20

1   I was in my North Face parka.  I've got to find it

2   somewhere.  I have a picture somewhere.  It was us

3   hugging.  My wife took the picture at the time.

4          And that was the last time I saw him in

5   person.

6      Q.   Do you remember the last time you spoke to

7   him over the Internet or on the phone?

8      A.   I do.  I do.  It's funny you're asking that.

9   I was about to tell you.

10         So, I was in Washington state and he called

11  and I ignored it, or it was ringing and I was about

12  to ignore it.  And my wife at the time said, "Mark,

13  no, no, no, you've got to pick up."  I was, like,

14  "Okay."  So, I picked up; and it was, like, the week

15  prior to Thanksgiving.  And we talked for a while.

16  He was like, "Hey, man, I just want to let you know

17  that I'm on my way out of Syria; and I'm excited to

18  see you this weekend for Easter or Thanksgiving."

19  And it was, literally, like 20 minutes maybe, maybe

20  15.  And I was, like, "All right.  Cool."  Like, you

21  know, it was just quick.

22         Like, he would always catch up or send me a

23  quick text, like, "How's everything going?"  He was

24  really proud that I was in the army.  He was very

25  proud of that and especially when I was in the 160th

Page 21

1   and joined special forces.  He was very proud of that
2   as well, you know, because I guess he had worked with
3   some people or just knew about it, you know, because
4   he was embedded with the Indiana National Guard at
5   the time.
6           He was very proud of that and interested.
7   So, he'd always check in, like, talk about stuff.  I
8   used to tell him, like, "Oh, you know..." we had
9   plenty of conversations, you know, when I was in
10  Afghanistan, stuff like that, how everything was
11  going, what I was dealing with, and how I was either
12  able to relate or not able to relate.
13          And I just -- I was, like, "All right.  Cool,
14  man.  Well, I'll see you at Thanksgiving.  You know,
15  be safe.  Love you.  Bye."  He said the same thing.
16  And then that was the last time I talked to him.  I
17  think -- I think it was like two weeks later he was
18  captured.
19      Q.  Where were you -- where were you deployed, if
20  you were, when you found out that Jim had been taken
21  hostage?
22      A.  So, I was on the flight line, going for one
23  of my last check rides before I was elevated to
24  flight engineer.
25          (Clarification by the court reporter.)

Page 22

1       A.    At Fort Louis, the flight line, I was going

2    for my last no-notice check ride to get special

3    vehicle qual'd, which is where we have to load and

4    unload a HUMVEE on the helicopter in under five

5    minutes.  So, the way you do that is you load and

6    unload the HUMVEE, and then you have to take off.

7    Right?  And right before we were about to take off --

8    I think, like, I passed; and, like, they were, like,

9    "Hey, smoke 'em if you got 'em," which was cigarettes

10   at the time.

11           And I was smoking a cigarette and my wife

12   called me, crying hysterically.  And she said, "It's

13   James."  At the time, my -- I'm trying to -- like, we

14   talked about earlier, my son was named X; and I

15   immediately thought, because she was pregnant at the

16   time with him, that some complication happened,

17   something bad happened.

18           And then she said, "No.  It's your brother."

19   And she told me over the phone that "Your brother..."

20   my brother was dead; that he was killed by ISIS.  And

21   I walked inside.  I ran inside.  I was, like, "I got

22   to go, man.  I just found out my brother died.  I got

23   to go."  And he was, like, "Yeah, yeah, of course."

24   That was my SI, senior instructor, Sgt. Trakel, at

25   the time.  He was the one leading the test flight.

Page 23

1          And I went home and then immediately, once I
2     got home, like, I had my first sergeant, my platoon
3     sergeant, and my battalion commander, like, all in my
4     house, like, trying to talk to me.  Like, "Hey.
5     We're here for you if you need anything."  You know,
6     I was still in shock at the time.  So, that was,
7     like, yeah, yeah, just pretty much that was my day;
8     and then, like, literally, 24 hours later, the FBI
9     flew us home.  Yeah.  Pretty much there.
10         Q.   By that point, Jim had been a captive of ISIS
11    for more than a year.  Do you remember first learning
12    that he was taken hostage?
13         A.   Yeah.  Excuse me.
14              I don't remember the exact date when he was
15    taken hostage.  I think, originally, no one really --
16    not the words "thought anything from it"; but it was
17    like, okay, this has happened again.  We know what to
18    do.  He's going to be okay.  We've just got to go
19    through the proper channels.  You know what I mean?
20              And then also, from my training, I had been
21    through SERE school, which is a 21-day school in the
22    woods, you know, some in the classroom, mainly in the
23    woods, training you how to experience certain types
24    of captivity -- right? -- certain things that you'd
25    be involved in.  And, you know, you get an idea of

1    what, you know, a government detainee is, which is

2    what he was in Lybia, and, you know, the things that

3    come with it, the interrogation, but then the

4    ultimate release, because they abide by, you know,

5    Geneva Convention rules, stuff like that.

6            But then, you know, when we learned later on

7    that he was actually taken by a terrorist group, it

8    took a while to sink in that -- eventually, I came to

9    terms with it where -- that, you know, I knew what

10   was going to happen.  But I didn't talk about it or

11   think about it.  But, somewhere in my heart, I knew

12   it was, most likely, going to be the outcome,

13   anything short of my unit, which was the unit that

14   does those sort of things with the 160th and the

15   SEALs.

16           I, actually, got a call from one of the

17   people that I went to non-rated crew member school

18   with.  I forget his name.  He was, like, "Mark, I

19   want to let you know that, like, you know, I was part

20   of the group of guys that went to go try to find your

21   brother.  We were given bad intel, and they had

22   already moved on by the time we got there.  I just

23   wanted to let you know we tried our best," kind of

24   thing.  So, you know, and that "We'll keep looking,"

25   kind of thing and keep trying.  But I kind of knew

Page 25

1   what was coming, just the unit I was in and that sort

2   of thing.

3            But, to answer your question, I don't

4   remember when he was originally captured; but my

5   mental state was kind of just, yeah, I know what's

6   going to happen, kind of thing.  I hope it doesn't

7   happen.  But I just had a feeling.

8       Q.   So, when you first learned that Jim had been

9   taken captive, you thought that he had been taken

10  captive by the Syrian government --

11      A.   Uh-huh.

12      Q.   -- as he had been taken captive by the

13  Khadafi regime in Lybia.

14      A.   Correct.

15            We all did, originally, hoping.

16      Q.   And you were hopeful about this because you

17  thought, if that was the case, it's likely he would

18  be released?

19      A.   Yes.

20      Q.   So, my apologies if this is repetitive.  But,

21  at that point, you were hopeful that there would be a

22  good result; that Jim would be released safely?

23      A.   Yes.  Yes.  And then, once -- I mean, this is

24  for me.  I'm not speaking for my entire family.  Once

25  we found out or once I found out that he was held by

Page 26

1   terrorists, then I knew that he was done.  You know?

2   There's no good outcome there.  You know, usually,

3   there's a ransom.  With Americans, you know, the

4   ransoms are ridiculous, which is exactly what

5   happened with James' -- Jim's ransom.  It was like --

6   something like $350 million and the release of, like,

7   four people from Guantanamo Bay, which, like, we had,

8   you know, no way of orchestrating; or, you know, it's

9   ridiculous, absolutely unattainable ransom.

10       Q.   So, ISIS sent you a ransom letter, and the

11  demands were impossible for your family to comply

12  with?

13       A.   Yes.

14            And, actually, the United States told us that

15  we could not negotiate with terrorists.  Their whole

16  policy is they don't negotiate with terrorists;

17  whereas, every other country does, which was kind of

18  unfortunate for Jim, because I'm sure, while he was

19  captive, he saw his friends that he was, you know,

20  with get released, you know, because their countries

21  actually would work with terrorists.

22            And we didn't find this out until afterwards,

23  of course, you know, after we met with some of the

24  people that Jim was held captive with and got more of

25  the facts and the Foundation was started.  So, at the

Page 27

1    time, you know, we didn't know any of this.  We were

2    kind of learning as we went, you know, trying to get

3    people on the ground in Syria to try to find

4    information, that sort of stuff.

5        Q.    And when you refer to the Foundation, you

6    mean the James Foley Freedom Foundation?

7        A.    Yes.

8        Q.    Run by your mother?

9        A.    Yes.

10       Q.    Thank you.

11             At the time, did you hear that Jim was being

12   treated worse than the other captives because of your

13   family's military service?

14       A.    Yes.

15       Q.    What did you think about that at the time?

16       A.    Well, I don't know if we knew exactly until

17   the letter we got from Daniel, that he memorized.

18   So, I don't know if we necessarily knew that until

19   then, which was, like, right before the end almost

20   anyways.  And I know my brother John took it hard,

21   because he, specifically, mentioned John.  People are

22   so stupid.  But, you know, it's just like how --

23   well, because he's associated with the air force, he

24   can somehow control the bombs that are being -- you

25   know, people are so stupid.

```
 1          But, yeah, I mean, it's -- I don't know.  I
 2   compartmentalize very well, and it's tough for me to
 3   think back on just a lot of it.  It is what it is.
 4   You know?  He didn't, specifically, mention me.  It
 5   didn't occur at the time that I was causing him more
 6   angst and suffering.
 7          But Jim's the kind of guy who wouldn't have
 8   let them really feed into that.  So, I know -- I knew
 9   he was being strong, and I knew he'd want us to be
10   strong.  And that's kind of how I got through it.  I
11   kind of just continued to focus on work and my job
12   and that, but then also kind of ignore it.  One of my
13   ways of coping was just ignoring the noise.
14          So, like, I think I told you last time we
15   were talking I had -- I went to an E5 board, where
16   you get promoted; and one of the questions was, "What
17   does ISIS stand for?"  And I said, "First Sergeant, I
18   don't know."  And he's, like, "Mark, of all people,
19   you should know what ISIS stands for."  And then,
20   when he said that, I then spitted out, you know,
21   "Islamic State..." whatever, whatever -- I don't even
22   know what it stands for now.  But, like, I was able
23   to spit it out.
24          And, yeah, that's just kind of how I coped
25   with my brother being, you know, captured and that
```

Page 29

1   sort of thing.

2       Q.   So, you mentioned that you dealt with this

3   difficult time by compartmentalizing.  Did work help

4   with coping or make it harder?

5       A.   Sometimes it made it easier.  Sometimes it

6   didn't.

7            One example, a fucking asshole -- sorry --

8   first class platoon sergeant, he, literally, came up

9   to me one day and was, like, "Your brother's an

10  asshole."  And I was, like, "Why did you say that?"

11  And he said, "Because he puts people like me and you

12  and other people here at risk because we have to go

13  rescue him."

14           So, like, things like that, I said -- I was,

15  like, "Go fuck yourself."  But I understood where he

16  was coming from to some extent, because, I mean, it's

17  true.  You know, he puts his life on the line to

18  tell, you know, people around the world, their story

19  and suffering, which is so important.  Right?  That's

20  where our news comes from.  That's where I didn't

21  realize where our news comes from.

22           But the other side of that is the SEALs that

23  are involved to go rescue these people and the people

24  who fly the SEALs there are, indirectly, you know,

25  put in harm's way, too.  But, then again, it's our

1   job.  So, just like it's his -- it was his job and

2   his passion to, you know, tell and report the news,

3   it's our job and our passion to protect Americans.

4           So, just I would often come into interaction

5   with people like that.  But the majority of the time

6   it was people who were very supportive and kind of

7   just -- I think they thought -- because, I mean, it

8   was such an A-type personality, A-type group, where

9   it was easier just to treat me like nothing's wrong;

10  and that's kind of how I wanted to be treated.  And

11  then that's kind of how I coped with it.

12          And then I kind of developed like this thing,

13  like, it is what it is.  You know, that's what it

14  was.  You know, it was his passion.  Hopefully,

15  everything will work out and we'll get him out, that

16  kind of thing.  And then I'm also kind of blurring

17  together, like, the aftermath too, how I dealt with

18  people coming up constantly and asking, like, "Oh,

19  I'm so, so sorry."  "Thank you so much."  And that

20  was kind of, like, the only way to deal with it.  I

21  was just, like, "Yeah, yeah, cool.  Awesome.  Thanks.

22  Bye."  You know?  And that's how I dealt with it, I

23  think, before and after.

24      Q.   Was that hard, dealing with the, for lack of

25  a better word, the celebrity of being Jim's brother?

Page 31

1      A.    Yeah.  Very hard, very hard.

2            It was very hard.  I didn't want to really

3      tell people my name, didn't really want to interact

4      with anyone.  I'm shy to begin with; and then, now,

5      just having to interact with people, having to listen

6      and be respectful, because, you know, they're trying

7      to give condolences, saying "I'm sorry."  And "Okay.

8      Cool.  Awesome."

9            But, yeah, it's slowed down a lot, which is

10     good.  Still, every now and then, like, when I joined

11     my new job or something like that, people realize,

12     that sort of thing.  But it's getting normal, as time

13     has gone on.  I've kind of definitely come to terms

14     with it; and, you know, everyone goes through

15     heartache.  You know?  And we all have to deal with

16     it.

17           We all have to move on with our lives, learn

18     from it, you know, love -- you know? -- love and

19     figure out how to honor that person -- you know? --

20     with your life, kind of thing.  So, that's the best

21     you can do, you know, just hold on and hold on and

22     remember the good things, which there was a lot of

23     good things; and I can't think of any bad things.

24     But just hold onto all those memories and try to make

25     his sacrifice worth it.

1          I think that's what my mom did with the

2    Foundation.  I think that's what a lot of us, a lot

3    of my siblings do, just the way we live our lives.

4    We focus -- we always focused on family; but now we,

5    I think, extra focus on family, which is good, which

6    is a good thing.  I think, even though I'm a strong

7    Republican, I'm very open to other views.  Right?

8    I'm more -- I'm hopeful for a more muddled America or

9    muddied America, kind of like how my brother viewed

10   the world.  So, you know, those kind of things,

11   that's how I deal with it now.

12        Q.   Going back to something we were discussing a

13   little bit earlier, you mentioned you were in the

14   middle of an evaluation when you got a call from your

15   wife.

16        A.   Yeah.

17        Q.   And you also mentioned that, given your

18   expertise, you knew perhaps better than other people

19   in your family what the possible results for Jim

20   were.  But --

21        A.   Yeah.

22        Q.   -- just on a very subjective level, if you

23   could just try to explain to the Court and to me

24   how -- how did you react?  How did you feel in the

25   moment and the time after you had learned that Jim

Page 33

1   had died?

2       A.    I was in shock, shaking, didn't know what to

3   do.  I stupidly watched the video, because I just

4   wanted -- wanted to know, which made things worse,

5   made me angry, made me very, very anti-Muslim, and

6   also probably made me want to focus more on my job

7   because I could directly -- I thought, in my

8   small-minded way, I could directly not impact or take

9   revenge on the people who attacked my -- attacked and

10  killed my brother.  So, I threw myself more into my

11  work and volunteered for deployments.

12          As for, you know, mourning over my brother, I

13  never cried once.  The only time I cried was when we

14  were sharing stories in a group circle at home right

15  after his death.  You know, when I really got to know

16  his friends and it was like -- you know, some of his

17  friends from Milwaukee, some of his friends from

18  Teach America showed up.  Some of his friends flew

19  from Bali.  They all showed up at the house, like,

20  all within 48 hours, from all over the country.  And

21  we were sitting over the campfire drinking and just

22  talking about Jim; and that's when I said we all

23  started to -- you know, just couldn't help it.

24          And ever since then, I haven't.  I've just

25  kind of -- you know, sometimes, with my brother and

Page 34

1    stuff, I remember watching old family movies and

2    stuff like that.  Obviously, you know, watching the

3    Jim movie, "Jim, the James Foley Movie," whatever it

4    was called.  Yeah.

5            But, other than that, I've just buried it

6    deep down inside and try not to talk about it; and

7    when I do, like this, I chock it up to, you know, it

8    happened.  Jim died doing what he loved to do.

9    Doesn't mean that he deserved to die.  And like I

10   told you earlier, all we can do is try to honor his

11   life and make the best of it.

12       Q.   So, if I force you to pick one, would you say

13   that you are closer to having suppressed the trauma

14   associated with what happened to your brother or

15   processing it?

16       A.   Suppressed.

17       Q.   Are you still --

18       A.   I've never talked to anyone about it, to give

19   you an idea.  No, no one professional.

20            I've noticed, since my brother's death, that

21   I'm -- I used to be very outgoing and fun, loving.

22   And my patience is, like, gone.  I have no patience

23   anymore.  It's weird.  Like, just simple stuff, like

24   trying to connect the Xbox and, like, just getting

25   super frustrated really quickly.  So, I should

Page 35

1    probably get on that at some point, but just life is

2    so busy right now.  I just haven't been able to.

3              Sorry.  Someone's trying to call me.

4              Yeah.  You know, so, I definitely, definitely

5    have suppressed it.  For sure.

6        Q.   Do you still feel the same anger you felt

7    closer to the time of?

8        A.   For ISIS?  Yeah.  For other groups like that,

9    the Talaban?  Yes.

10             Am I smart enough and aware enough in life to

11   know that not all Muslims and people of Arabic decent

12   are like that at all?  Yes.  So, am I biased?  Maybe

13   a little bit, deep down inside; but I wouldn't let

14   anyone know.  I wouldn't act like that outwards,

15   because, I mean, I know the crazy select few that,

16   you know, form ISIS, the Talaban, these extremist

17   groups.

18             But I'll always, always support the military,

19   always support what they do and -- yeah.

20       Q.   So, there's a tension then -- well, is there

21   a tension inside of you between Jim wanting you to

22   live this cosmopolitan life full of lots of different

23   people and --

24       A.   Yeah.  But Jim -- Jim was also very

25   Republican-minded as well.  So, he was embedded for

Page 36

1    years with the Republican -- with the Indiana Guard.

2    He had a lot of friends in the military.  He loved

3    guns.  He was always so excited, like, you know,

4    wanted to learn about the different guns that I knew

5    how to shoot and take apart.

6            So, Jim was democratic and libertarian; but,

7    like, not far left as you're thinking.  So, we would

8    have good conversations and debates.  You know, he

9    would always win, because he, you know, had more

10   examples and it was -- you know, I was going off

11   based off just my stupid, you know, closed-minded

12   experience in the military and stuff like that.

13           But, yeah.  No.  We did.  There was some

14   tension there.  Sometimes when it was more heated and

15   I was more, you know, on one side of the coin and he

16   was on the other.  But, I mean, it was just -- I

17   don't know, because I was having a conversation with

18   someone earlier today or last week about how some

19   families hold grudges and others don't.

20           I don't know if it was Jim.  He was always

21   the one that brought us together.  So, we'd always

22   have -- Foleys could hold big grudges; but we'd

23   always get over it.  So, however heated, there was

24   never tension enough where it would affect anything

25   important.

1    Q.   Did Jim ever express any concern to you for

2   what was happening to Syrian civilians at the hands

3   of these groups?

4    A.   No.  I mean -- no.  I mean, we would watch

5   his -- you know, read his reports and watch his

6   videos.  More so, when he came home, it was just

7   trying to get back to normal.

8    Q.   Uh-huh.

9    A.   You know what I mean?  We -- I'm sure we had

10   those conversations; but, from my memory, I don't

11   remember, you know, having deep, deep, you know,

12   intellectual conversations about, you know, the

13   Syrian crisis and, you know, what -- you know,

14   different -- I learned more about him after his death

15   than what he was going through, because he was

16   interested in what we were doing.

17        That was Jim's gift.  He was a listener.  I

18   think that's why he had so many friends, so many

19   strong bonds, because he was a really good listener.

20   So, when he came home, he wanted to know about us.

21   He wanted to know about my life in the army.  He

22   wanted to know about my family life.  We would talk

23   about -- I don't know what you want to say -- not

24   more important stuff, because, I mean, people's --

25   the Syrian crisis is very important and people

1    struggling around the world is.  And some of the

2    stuff we would talk about in our family is trivial.

3    You know what I mean?  But, you know, he was family

4    oriented.  He wanted to know how his family was

5    doing.

6            So, I think he may have had those

7    conversations with, you know, my mom and maybe my

8    older brother Mike more.  But he didn't have those

9    conversations with me as much.

10       Q.   Thank you.

11           We have talked a lot about your family, your

12   nuclear family.

13       A.   Yeah.

14       Q.   How has this ordeal that you've been through

15   affected your relationships with each other?

16       A.   It's definitely changed how we celebrate the

17   holidays.  There's definitely something missing.  I

18   tend to -- Mike and I tend to -- so, Mike has now

19   become more of the patriarch underneath the family.

20   Right?  He's kind of taken Jim's, you know, spot.

21   He's had to, to try to make sure he brings everyone

22   together; and then I think it's on us, you know,

23   John, me, and Katie, to participate.

24           One of the big rifts in my marriage was that

25   my wife didn't get along with my family, and it was

Page 39

1  so important to me to maintain a good relationship

2  with my family and cultivate that relationship

3  whenever -- wherever possible.  And she became bitter

4  because it was, like, Foleys always took priority.

5  In my mind, they always did.

6          We had big get-togethers with Jim -- we used

7  to call them Friends of Jim, FOJs.  And we'd have

8  big, big -- I'm talking like someone, one year, would

9  put it on; and we'd have 20 or 30, maybe 40 people

10  fly in from wherever they could for a weekend, just

11  to party and tell stories of Jim and keep that

12  community going that Jim had with everyone.

13          And we had three or four of them.  I was able

14  to go to one.  We were all able to go.  Mike, John,

15  Katie, and I were able to go to one in New York, up

16  in the Catskills.  One of his friends put it on,

17  Heather, that he knew from high school.  She married

18  this guy, Anuj.  They lived in New York, but had a

19  house in the Catskills.  And that one was great,

20  great.

21          There's been a couple ones since that I

22  haven't been able to go on, partially because my

23  wife, you know, wouldn't let me at the time.  You

24  know, for some reason or the other, I couldn't do it.

25  It was always because of my family or something like

Page 40

1    that.

2            What was -- what was your original question?

3    I'm sorry.  I got off on a tangent.

4        Q.   Let me rephrase it.

5            Listening to you talk about your family, it

6    sounds -- I mean, it just sounds joyous.  It sounds

7    like there was a lot of happiness.  Sounds like

8    something out of a movie, to be frank.  I'm wondering

9    if that's changed, if that's still there.

10       A.    It is, definitely.  We still get together,

11   you know, Christmas, Thanksgiving, Easter.  We get

12   together randomly.  My brother -- thank God -- lives

13   in Andover.  My sister lives in North Andover.  I

14   think it's vice versa.  He lives in North Andover.

15   She lives in Andover.  And Katie lives -- yeah, moved

16   to Andover.

17           And John lives out in Missouri.  That kind of

18   sucks, because his kids are in Missouri, so he has to

19   be in Missouri.  But he does kind of what I did in

20   the military.  Every opportunity he comes to

21   New England.  So, he's got a week off in August.  We

22   all got together and we rented a house on the Cape

23   for a week when he's home, just so we can all be

24   together.

25           You know, that's what we do.  We do what we

1    can to spend time together.  Board games is a big

2    thing in our family, Monopoly, Risk, those sort of

3    games.  And I make sure that I'm -- my brother Jim

4    was the one that always loved Risk.  I try my best to

5    make sure we always play whenever we get together.

6    It's annoying, but I make sure that we do either play

7    one board game or one sort of game to kind of keep

8    the tradition going.

9            It's different.  You know, but even family

10   get-togethers get different as people get older, too.

11   So, it's not -- there is a dynamic that's different.

12   Right?  There's a goofiness that, you know, isn't as

13   organic as it used to be.  But, I mean, we all do the

14   best we can.  But it's still fun.  We still live in a

15   gorgeous part of the country.  Thank God.

16           You know, Wolfeboro is amazing.  Summers here

17   are just absolutely like Norman Rockwell, like, you

18   know, picturesque.  So, we all try to get up here

19   during the summer to enjoy the lake and small-town

20   life, which is fun, and go skiing when we can,

21   together, as a family.  Yeah.

22           So, I think my sister and my brother Mike and

23   I are able to because we're on the East Coast.  My

24   brother John misses out sometimes because of, you

25   know, because he lives on -- lives in the middle of

Page 42

1    the country.

2        Q.    Do you miss Jim at these gatherings?

3        A.    Oh, yeah, totally.

4              I missed -- he would love -- so, he just got

5    along really well with my Uncle Fernando.  So, my

6    mom's family, her sister, her only sister, is really

7    close to our family.  So, like, almost every

8    Christmas, growing up, as I can remember, Rita and

9    Fernando would be with us and their kids, Joseph and

10   Maria, whether we were in Texas with them or they

11   were in Wolfeboro with us, just all the time.  We

12   went on the big Spanish trip together.

13             So, just like that dynamic of, like, him in

14   the kitchen with Fernando.  Fernando is very worldly.

15   He grew up in Madrid, came to America.  His family

16   has lived in Germany, Spain, and France.  So, him and

17   Jim had a very good back and forth, very intellectual

18   conversations.  They would just spend hours in the

19   kitchen, cooking and eating, just that whole vibe of

20   like -- so, they two would be in the kitchen.  You

21   know, the rest of us would just be hanging out in the

22   living room; or we would all just be hanging out in

23   just some really, really fun Christmas vacations

24   together, just that dynamic.

25             We've tried to do them again, but it's not

Page 43

```
 1    the same.  You know?  You just don't have that --
 2    that glue -- right? -- that natural, organic glue
 3    that just he was.  He was just loving, outgoing, very
 4    good listener, like I said, but really, really
 5    enjoyed everyone's company.  He would always go to
 6    church with my mom.  He would always be the one to,
 7    like, clean up and help out with the dinner.  He
 8    would always be the one to help me with school work
 9    or help me with anything I needed.
10            He was just always there for everyone; and I
11    think, in return, it created, you know, just this
12    warm, loving, fun atmosphere that everyone wanted to
13    be a part of; and it's still that way.  I mean, don't
14    get me wrong.  We still have big get-togethers.  We
15    still have fun.  But just it's different.
16        Q.   Something's missing.
17        A.   Something's missing.
18            That's exactly -- that's the best way to put
19    it.  Yeah.
20        Q.   You mentioned earlier a son.  Does he know
21    what happened to Jim?
22        A.   He does and he doesn't.  Sometimes -- most
23    recently, he said, like, "Jim" this.  I don't know
24    where he got that from.  I think someone at school
25    told him.  But he doesn't -- he doesn't know what
```

Page 44

1  happened to Jim.  He knows -- he knows that he has an
2  older -- he knows that he has an uncle that's not
3  around and that he was very special to the family.
4  But that's it.
5          When he gets old enough, I'll have him watch
6  the video, the movie, "Jim, the James Foley Story."
7  You know, maybe -- he's six now, maybe when he's,
8  like, 12 maybe, 13 --
9      Q.   Right.
10     A.   -- I'll have him watch the video.  I'll sit
11 down with him, have a long conversation about who his
12 Uncle Jim was, you know, and how he lived his life
13 and -- you know?  He has an idea.  He has an idea.
14 There's no reason to tell him now.  I mean, he's six.
15     Q.   Do you think Jim would have been -- your
16 brother would have been a good uncle?
17     A.   Oh, yeah.  He was the best uncle.  He --
18 everything that he did in his life.  He was a
19 goofball, loving, caring, family man.  Jim would have
20 been the best dad.  He would have been, by far, the
21 best dad out of all of us and, definitely, a good
22 uncle to my brother's kids.  RF, he knew RF.  He knew
23 MTF and MF, my brother Mike's kids, as well.  He
24 never met JF, which is my son's -- my brother John's
25 son.  He never met JMF, and he never met Katie's son,

Page 45

```
 1    BF.
 2        Q.    Given what happened to Jim and the notoriety
 3    surrounding his abduction and murder, did you ever
 4    and do you still worry about the safety of your
 5    family and your siblings' kids?
 6        A.    Immediately afterwards -- can I just stop it
 7    if I just answer someone's text real quick?
 8            MR. PERLES:  Can we go off the record for a
 9        moment, please.
10            THE VIDEOGRAPHER:  The time is 1:54.  We're
11        off the record.
12            (Brief recess, 1:54 p.m. to 1:56 p.m.)
13            THE VIDEOGRAPHER:  Okay.  We are back on the
14        record.  The time is 1:56.
15            MR. PERLES:  Thank you.
16    EXAMINATION (Continued)
17        Q.    BY MR. PERLES:  When we went off the record,
18    you were -- I had just asked you about whether you
19    ever worried about your family's safety, given how
20    public your brother's abduction and murder was.
21        A.    Yes.  Afterwards, definitely.  I didn't want
22    to travel outside of the United States.  No one did.
23    My brother John had just gotten stationed in
24    Amsterdam with his family.  There was death threats
25    on him, his sons, his kids, his wife.  They got sent
```

Page 46

```
 1   back to the States.  It's kind of unfortunate.  It
 2   was a big promotion for him.
 3            And, yeah, I missed out on a wedding in
 4   Mexico because of that.  I didn't travel.  No one
 5   traveled.  And then, even now -- I mean, now, no.
 6   Now, it's kind of like, well, I'm going to live my
 7   life.  You know, God has a plan for me.  You know,
 8   he -- I'm not going to put myself in harm's way.  But
 9   if, you know, bad things are going to happen to me,
10   bad things are going to happen to me.
11            So, I will travel.  I'm going to Miami.
12   That's not outside the United States.  But if I had
13   the opportunity to travel to, you know, Ireland or
14   Spain or -- I would love to travel to places like
15   Egypt or Africa.  But I would probably be pretty
16   hesitant to, probably still even now.  Europe, yes.
17            But, I mean, that's just -- that's just my
18   feeling, because if you talk to anyone that is an
19   expert in traveling or, you know, logistics and
20   security, they would probably say, "Mark, you know,
21   traveling to Paris is probably more dangerous than
22   traveling to Egypt or South America," or something
23   like that.
24            But just, subconsciously, because of what
25   happened, to answer your question, yes, I don't feel
```

Page 47

1   safe traveling or really feel safe with my family

2   traveling anymore.

3       Q.   Do you worry about anything happening in the

4   U.S.?

5       A.   No.  No.

6       Q.   Are you proud of what Jim accomplished during

7   his lifetime?

8       A.   Yes.  I am very proud of what Jim did, what

9   he accomplished, very, very, very proud.  I had no

10  idea his accolades and what he was doing for the

11  Syrian people, for underprivileged people just in

12  general.  No idea.  Didn't ever boast about it,

13  never -- it kind of goes back to what you were asking

14  before.  Like, did he ever talk to you about those

15  things?  No.  I don't think he talked to, like,

16  really any of us about it.  He kind of just did his

17  thing.

18           And I just thought of this right now.  It's

19  kind of lame and stupid.  But it was like you know

20  how Lynyrd Skynyrd never became popular until they

21  died in a plane crash?  You know what I mean?  Jim's

22  accolades and what he did for people and what he did

23  to further reporting and everything like that, no one

24  ever knew about until after his death.

25           So, I'm very proud of what he did.  He was

Page 48

1   very courageous, very brave, to do what he did.  And

2   I want my son to know about his uncle; and, you know,

3   that's why -- I think that's why a lot of us do

4   participate with the Foundation, even though it's

5   hard for us, because it's a constant reminder of

6   Jim's death.  But it's also an opportunity for us to

7   honor his memory and his strength and moral courage

8   to do what was right and to tell people's stories

9   that don't have, you know, the platform to stand on.

10         So, yes, to answer your question, I'm very

11  proud of my brother.  I wish I could be more like

12  him; and I strive to do so every day, some days more

13  than others.  But, yeah.

14      Q.   Thank you.

15         Before I end, I just want to clean up

16  something from earlier in the record, just to make

17  sure we're talking about the same thing.  You

18  mentioned you, against your better judgment, looked

19  at this video.  And by the "video," you mean the ISIS

20  propaganda video depicting the execution of your

21  brother?

22      A.   Yeah.  Yeah.  Yeah.

23      Q.   So, you don't have to; but this is -- I just

24  want to give you an opportunity if there's anything

25  we haven't covered or anything else you want to share

Page 49

1  with the Court before we close.

2      A.    No.  No.

3            I think it was nice talking to you.  I don't

4  have anything more specific.  I'm a pretty open book.

5  It's always been easy to talk about Jim with people I

6  don't necessarily know.  I think, usually, when I

7  know the person, it's a lot harder.

8            But, yeah, so, I mean, if you have any other

9  questions for me, I will be willing to answer.  I

10  can't think of anything currently, right now.

11           MR. PERLES:  That's fine.  And those are all

12      the questions I have.  Thank you.  I know

13      discussing this is never easy and that you don't

14      do it often.  So, I appreciate you taking the

15      time.  It's an honor sharing it with you.

16           Thank you.

17           THE WITNESS:  Thank you.

18           THE VIDEOGRAPHER:  The time is 2:02.  We're

19      off the record.

20           (Brief recess, 2:01 p.m. to 2:12 p.m.)

21           THE VIDEOGRAPHER:  Okay.  We are back on the

22      record.  The time is 2:13.

23           MR. PERLES:  Thank you.

24  EXAMINATION (Continued)

25      Q.    BY MR. PERLES:  So, Mark, you mentioned

Page 50

1   earlier that you are divorced.

2       A.   Uh-huh.   Yeah.

3       Q.   Given the caveat that no marriage is perfect

4   and that, you know, all marriages have some sort of

5   problems, did what happened to Jim and what happened

6   to your family put pressure on that marriage?

7       A.   Oh.   One-hundred percent.   Yeah.

8            I mean, his death, the whole change in how

9   our family interacted, the emphasis on our family and

10  my, you know, wanting to, you know, spend more time

11  with our family.   Every single time, you know, my mom

12  wanted to get together or do anything, I think my

13  mentality changed to "Yeah, whatever you want, Mom.

14  Let's do it.   Yeah.   Yeah."   It caused, you know, a

15  lot of resentment between my wife and I.

16           It was already a fledgeling marriage in the

17  first place.   I mean, we got married way too early.

18  We didn't date very long.   I think it was, you know,

19  the culture of being in the army mixed with, well, if

20  I want her to come with me, then she has to -- you

21  know, I have to be actually married.

22           Funny enough, my brother Jim actually told me

23  not to marry her before we got married.   He knew.   He

24  must have just known, right?   But, I think, you know,

25  my brother John kind of went through a -- I can't

Page 51

```
 1   speak for him.  But he went through a similar
 2   marriage where he didn't date very long either, kind
 3   of rushed into it, same type of thing, military.
 4   They needed to get married for her to come with him.
 5   And when Jim died, their marriage fell apart right
 6   away.
 7         Ours was able to stick it through; but it
 8   was -- it was, basically, just roommates, you know,
 9   by the time we ended it.  So, yeah, it definitely
10   played a role.  I didn't want to talk about it.  She
11   wanted to talk about it, talk it through.  I became
12   more angry.  Like I was telling you earlier, I became
13   more short and not as patient.  It was, you know,
14   definitely, obvious.  Like I just, like, I noticed
15   it.  It's like crazy.  I get frustrated super easily.
16   I hate it.  And it's just, like, my son will be there
17   and he'll just like -- he'll know.  He'll, like, just
18   get out of the room, because he can tell that I'm
19   getting frustrated and he's six.
20         But, yeah, at some point, I'll probably talk
21   about it; but, yeah, it definitely affected my
22   marriage.  Definitely -- yeah.  She was -- I was
23   trying to cope with it and trying to figure out how
24   to get -- how to cope with Jim's death, but then also
25   get back to where I was before his death.  I don't
```

Page 52

1   know, subconsciously, I just wanted to, like -- I
2   don't know.  It was a combination of everything.  I
3   think the marriage was falling apart for other
4   reasons, and then Jim's death was just the catalyst
5   that made it even that much worse.
6           There was a lot of resentment from, you know,
7   my wife and from her not working and not really
8   taking care of the house at all and, you know, me
9   working 12 hours days and then flying at night and
10  then coming home and nothing being done.  And then
11  that and just then Jim's death and then wanting to --
12  and then also, like, she was very controlling.
13  Right?  So, like, I'm very personable.  I like to be
14  out with friends and like to have parties and family
15  get-togethers, and just I love being around people.
16          Like, I'd rather -- I'd rather -- if I had an
17  option to be around people or not be around people,
18  I'd rather be around people.  And then she wasn't
19  like that.  She was very introvert.  This all stems
20  from not dating long enough, not getting to know the
21  person, and then trying to make it work and then
22  conceding a lot of -- you know, we lived on the West
23  Coast.  So, I conceded a lot of trips and events that
24  I was invited to.  I lost out on a lot of
25  friendships, weddings I was invited to that I

Page 53

1    couldn't go to.

2         I was, you know, coming out of college.  I

3    had all my friends from college.  I still had all my

4    friends from high school.  And, like, now, because of

5    her, I have, like, two good friends anymore.  You

6    know what I mean?  So, it was just like that.  And

7    then that morphed into, like, these Jim parties that

8    I was talking about, the friends of Jim.  I couldn't

9    go to those.  And then there was, like -- you know,

10   then she didn't let me hang out with family.

11        And there were so many, so many factors.  And

12   then, yeah, it just -- it was the straw that broke

13   the camel's back, for sure.

14        Q.   So, just making sure I understand, you said

15   earlier she wasn't very close with your family.  Is

16   that correct?

17        A.   She wasn't close with her family.  There was

18   always drama.  There was always some reason to be mad

19   at her mom, her sister, or her dad.  It was just,

20   like, who is it this time?  You know, like, it got to

21   the point where it was like, okay, cool, you hate

22   your dad this week.  Sounds good.  And that's just

23   not how my family was; and I think she just -- she

24   survived and fed off of constant drama.  That was

25   just her thing.  Like, it was fighting with her

Page 54

1    sister or fighting with her mom or fighting with dad;

2    and then, if her family was good, then it was, like,

3    "Oh, your mom is so passive aggressive.  Oh, your

4    sister...your brother hates me."  It got to the point

5    it was, like, "Dude, I don't care."

6        Q.   So, an intense family experience like having

7    a sibling and son be abducted and killed, that was --

8    did that highlight that difference between the two of

9    you?

10       A.   I mean, like, you'll never understand,

11   because this happened to me.  So, like --

12       Q.   Let me rephrase that.

13            Just reiterating, do you -- you believe that

14   what your family went through was a contributing

15   factor to your divorce?

16       A.   Yeah.

17            MR. PERLES:  Okay.  That's -- I think that's

18       everything I have now, this time for real.

19            Thank you, everyone, for briefly reopening

20       the record; and that's everything I have.

21            THE WITNESS:  Awesome.  Thank you, guys.

22            THE VIDEOGRAPHER:  The time is 2:20.  We're

23       off the record.

24            (Deposition concluded at 2:19 p.m.)

25                          - - - -

Page 55

```
 1              C E R T I F I C A T E

 2

 3        I, Theresa M. McGuire-Harkins, a Licensed Court

 4   Reporter and Registered Professional Reporter in the

 5   State of New Hampshire, hereby certify that

 6   MARK VINCENT FOLEY was duly sworn to testify in the

 7   aforementioned cause of action.

 8        I further certify that the deposition was

 9   stenographically reported by me and later reduced to

10   print through computer-aided transcription, and the

11   foregoing is a full and true record of the testimony

12   given by the deponent.

13        I further certify that I am a disinterested

14   person in the event or outcome of this cause of action.

15        THE FOREGOING CERTIFICATION OF THIS TRANSCRIPT

16   DOES NOT APPLY TO ANY REPRODUCTION OF THE SAME BY ANY

17   MEANS UNLESS UNDER THE DIRECT CONTROL AND/OR

18   DIRECTION OF THE CERTIFYING COURT REPORTER.

19        IN WITNESS WHEREOF, I subscribe my hand and

20   this 30th day of April, 2021.

21

22

23   _____

     THERESA M. McGUIRE-HARKINS, LCR, RPR

24   Registered Professional Reporter

     NH LCR Certificate No. 31

25   (RSA 310-A:161-181)
```

**[100 - back]**

**1**

**100**  9:23
**11**  5:10
**12**  44:8 52:9
**12:54**  1:18 4:5
**12th**  2:5
**13**  44:8
**15**  20:20
**160th**  16:13 20:25
  24:14
**161-181**  1:22
  55:25
**18**  9:5,16,24
**181**  4:17
**19**  9:25
**1:16-00725**  1:8
**1:54**  45:10,12
**1:56**  45:12,14

**2**

**20**  20:19 39:9
**20036**  2:6
**202**  2:7
**2021**  1:18 4:5
  55:20
**21**  23:21
**22**  1:17
**22nd**  4:5
**24**  23:8
**2:01**  49:20
**2:02**  49:18
**2:12**  49:20
**2:13**  49:22
**2:19**  54:24
**2:20**  54:22

**3**

**30**  17:6 39:9
**30th**  55:20
**31**  1:21 55:24
**310**  1:22 4:17
  55:25

**350**  26:6
**36**  14:19 18:13

**4**

**4**  3:7
**40**  39:9
**47**  16:25
**48**  33:20

**8**

**816**  2:5
**8378**  55:22

**9**

**955-9055**  2:7

**a**

**abducted**  54:7
**abduction**  45:3,20
**abide**  24:4
**able**  9:4,7 12:24
  13:5,10 21:12,12
  28:22 35:2 39:13
  39:14,15,22 41:23
  51:7
**absolutely**  26:9
  41:17
**accolades**  47:10
  47:22
**accomplished**  47:6
  47:9
**act**  13:2 35:14
**action**  1:7 55:7,14
**adult**  11:12 14:23
**adventures**  6:6
**affect**  36:24
**afghanistan**  15:3
  17:16,18 21:10
**aforementioned**
  55:7
**africa**  46:15
**aftermath**  30:17

**afternoon**  4:21
**age**  5:12,14 7:8
  8:22 9:24
**aggressive**  54:3
**aided**  55:10
**air**  16:6 27:23
**aircraft**  16:18,19
  17:14
**al**  1:5,9 4:8
**amazing**  12:7
  41:16
**america**  9:15,21
  13:12 32:8,9
  33:18 42:15 46:22
**american**  12:8
**americans**  26:3
  30:3
**amherst**  10:25
**amount**  12:20
**amsterdam**  45:24
**andover**  40:13,13
  40:14,15,16
**anger**  35:6
**angry**  33:5 51:12
**angst**  28:6
**annoying**  41:6
**answer**  25:3 45:7
  46:25 48:10 49:9
**antagonist**  7:18
**anti**  33:5
**anton**  11:9
**anuj**  39:18
**anymore**  34:23
  47:2 53:5
**anyways**  27:20
**apart**  36:5 51:5
  52:3
**apologies**  25:20
**appearances**  2:1
**apply**  55:16

**appreciate**  15:15
  49:14
**april**  1:17 4:5
  55:20
**arab**  1:9
**arabic**  4:7 35:11
**architecture**  10:14
**area**  11:16
**areas**  13:4
**arizona**  9:21 11:1
**army**  9:18 11:4,5
  11:6 12:25 13:2
  16:10,11,12 17:9
  17:25 18:21 20:24
  37:21 50:19
**arthur**  1:5
**article**  7:11
**asked**  45:18
**asking**  20:8 30:18
  47:13
**asshole**  29:7,10
**assigned**  16:17
**associated**  27:23
  34:14
**atmosphere**  43:12
**attacked**  33:9,9
**august**  40:21
**aunt**  8:7
**aunt's**  8:23,24
**avenue**  2:5
**avenues**  12:6
**avila**  9:1
**aware**  35:10
**awareness**  12:21
**awesome**  9:3,4
  30:21 31:8 54:21

**b**

**back**  11:24 15:4,8
  28:3 32:12 37:7
  42:17 45:13 46:1
  47:13 49:21 51:25

53:13
**backpack** 15:8
**bad** 22:17 24:21
  31:23 46:9,10
**bali** 33:19
**barry** 1:5
**based** 36:11
**basically** 6:10 8:19
  16:16,23 17:8
  51:8
**basketball** 6:18
**battalion** 23:3
**bay** 26:7
**beers** 19:23
**believe** 54:13
**belt** 19:12
**berets** 17:11
**best** 24:23 31:20
  34:11 41:4,14
  43:18 44:17,20,21
**better** 13:19,24
  14:22 30:25 32:18
  48:18
**bf** 45:1
**biased** 35:12
**big** 6:5,9,15 8:13
  8:16,19 16:25
  18:6 19:25 36:22
  38:24 39:6,8,8
  41:1 42:12 43:14
  46:2
**bit** 7:2 10:5 15:5,6
  19:1 32:13 35:13
**bitter** 39:3
**black** 12:7 19:25
**block** 6:9
**blurring** 30:16
**board** 6:8,20
  28:15 41:1,7
**boast** 47:12

**boat** 17:4
**bombs** 27:24
**bonds** 37:19
**book** 49:4
**bootleg** 11:22
**bootlegs** 11:21
**born** 16:10,11
**boston** 11:16 19:1
  19:4
**boyfriend** 19:6
**brave** 48:1
**breaks** 18:21
**brief** 45:12 49:20
**briefly** 16:14
  18:23 54:19
**bring** 6:7 7:9
**brings** 38:21
**broke** 53:12
**brother** 4:24 6:5
  7:7 9:8 16:5 19:8
  22:18,19,20,22
  24:21 27:20 28:25
  30:25 32:9 33:10
  33:12,25 34:14
  38:8 40:12 41:3
  41:22,24 44:16,23
  44:24 45:23 48:11
  48:21 50:22,25
  54:4
**brother's** 29:9
  34:20 44:22 45:20
**brought** 6:22
  36:21
**brown** 12:7
**budd** 2:11 4:3
**buddies** 5:20
  11:17 14:17
**bunch** 8:3 19:23
**buried** 34:5
**busy** 35:2

**bye** 21:15 30:22

**c**

**c** 4:1 55:1,1
**call** 5:1 24:16
  32:14 35:3 39:7
**called** 6:10 8:11
  20:10 22:12 34:4
**calling** 14:12
**camel's** 53:13
**camera** 15:7
**camp** 8:10,11
**campfire** 33:21
**camping** 8:6,9,14
**canyon** 17:16
**capacity** 16:3
**cape** 40:22
**captain** 17:2,3
**captive** 23:10 25:9
  25:10,12 26:19,24
**captives** 27:12
**captivity** 23:24
**captured** 9:18
  11:7 17:25 21:18
  25:4 28:25
**care** 52:8 54:5
**caring** 44:19
**carriers** 17:14
**case** 25:17
**casey** 19:5
**castles** 10:14
**cat** 14:5
**catalyst** 52:4
**catch** 20:22
**catching** 14:14,16
**cathedrals** 10:14
**catskills** 39:16,19
**cause** 55:7,14
**caused** 50:14
**causing** 28:5
**caveat** 50:3

**celebrate** 38:16
**celebrity** 30:25
**certain** 9:8 23:23
  23:24
**certificate** 1:21
  55:24
**certification** 55:15
**certify** 55:5,8,13
**certifying** 55:18
**change** 50:8
**changed** 38:16
  40:9 50:13
**channels** 23:19
**check** 21:7,23 22:2
**chicago** 12:1
**chief** 16:13,14,16
**chinook** 16:25
**chock** 34:7
**christmas** 18:5
  40:11 42:8,23
**christmastime**
  18:19
**church** 43:6
**cigarette** 22:11
**cigarettes** 22:9
**circle** 33:14
**civil** 1:7
**civilians** 37:2
**clarification** 21:25
**class** 29:8
**classroom** 23:22
**clean** 43:7 48:15
**close** 7:8 42:7 49:1
  53:15,17
**closed** 36:11
**closer** 34:13 35:7
**clothes** 15:7
**club** 19:7
**coast** 41:23 52:23
**coin** 36:15

cold 14:12
college 10:10,21
  10:24 11:2 18:1
  53:2,3
colonel 16:6
columbia 1:2
combination 52:2
come 15:1 18:4,15
  24:3 30:4 31:13
  50:20 51:4
comedian 19:18
comedy 11:15
  19:7
comes 29:20,21
  40:20
coming 25:1 29:16
  30:18 52:10 53:2
commander 23:3
commencing 1:18
communications
  1:17
community 39:12
company 43:5
compartmentalize
  28:2
compartmentali...
  29:3
complication
  22:16
comply 26:11
computer 55:10
conceded 52:23
conceding 52:22
concern 37:1
concluded 54:24
condolences 31:7
connect 34:24
connecticut 2:5
constant 48:5
  53:24

constantly 30:18
contacts 14:13
continued 28:11
  45:16 49:24
contributing
  54:14
control 27:24
  55:17
controlling 52:12
convention 24:5
conversation 5:1
  7:15 36:17 44:11
conversations
  13:17 21:9 36:8
  37:10,12 38:7,9
  42:18
cooking 42:19
cool 9:7 11:13
  20:20 21:13 30:21
  31:8 53:21
coolest 6:12
coordinated 8:17
  8:17
cope 51:23,24
coped 28:24 30:11
coping 28:13 29:4
coronado 17:13
correct 25:14
  53:16
cosmopolitan
  35:22
counsel 4:9,11
counterparts
  17:12
countries 26:20
country 26:17
  33:20 41:15 42:1
couple 10:24
  39:21
courage 48:7

courageous 48:1
course 22:23
  26:23
court 1:1,20 4:13
  21:25 32:23 49:1
  55:3,18
cousin 10:17
cousins 8:20
covered 48:25
crash 47:21
crazy 35:15 51:15
created 43:11
crew 16:12,14,16
  16:23 17:2 24:17
cried 33:13,13
crisis 37:13,25
crying 22:12
cuenca 9:1
cultivate 39:2
cultural 12:25
culture 10:9 12:21
  50:19
currently 49:10
curtailed 16:19

**d**

d 3:1 4:1
d.c. 2:6
dad 16:9 44:20,21
  53:19,22 54:1
dangerous 46:21
daniel 27:17
date 4:4 23:14
  50:18 51:2
dating 52:20
daughter 8:24
day 8:12 14:16
  23:7,21 29:9
  48:12 55:20
days 48:12 52:9
dead 22:20

deal 30:20 31:15
  32:11
dealing 21:11
  30:24
dealt 29:2 30:17
  30:22
death 12:10,18
  13:23 33:15 34:20
  37:14 45:24 47:24
  48:6 50:8 51:24
  51:25 52:4,11
debates 36:8
decent 35:11
deep 34:6 35:13
  37:11,11
defendants 1:10
definitely 18:1
  31:13 35:4,4
  38:16,17 40:10
  44:21 45:21 51:9
  51:14,21,22
demands 26:11
democratic 36:6
demographically
  13:8
depicting 48:20
deployed 15:2
  21:19
deployments
  33:11
deponent 55:12
deposed 4:18
deposition 1:14,16
  4:6 54:24 55:8
deserts 17:15
deserved 34:9
detainee 24:1
developed 30:12
development 13:1
diane 5:5

[die - filled]

**die** 34:9
**died** 22:22 33:1
  34:8 47:21 51:5
**difference** 54:8
**different** 8:3 10:9
  11:25 12:5,6 13:1
  13:4,20 16:21
  17:10 35:22 36:4
  37:14 41:9,10,11
  43:15
**difficult** 29:3
**dinner** 43:7
**direct** 55:17
**directed** 13:3
**direction** 55:18
**directly** 33:7,8
**discuss** 7:15
**discussing** 32:12
  49:13
**disinterested**
  55:13
**district** 1:1,2
**divorce** 54:15
**divorced** 50:1
**doing** 9:23 10:16
  14:14 16:19 34:8
  37:16 38:5 47:10
**downloads** 11:23
**drama** 53:18,24
**drinking** 9:4,7,24
  11:2 19:9 33:21
**drive** 15:24
**drove** 8:25
**dude** 54:5
**duly** 4:16 55:6
**dynamic** 41:11
  42:13,24

**e**

**e** 3:1 4:1,1 55:1,1
**e5** 28:15

**earlier** 18:23
  22:14 32:13 34:10
  36:18 43:20 48:16
  50:1 51:12 53:15
**early** 9:19 50:17
**easier** 29:5 30:9
**easily** 51:15
**east** 41:23
**easter** 18:5,18
  20:18 40:11
**easy** 49:5,13
**eating** 42:19
**eclectic** 12:14
**egypt** 46:15,22
**either** 6:16 9:13,15
  9:19 21:11 41:6
  51:2
**elaborate** 12:19
**elevated** 21:23
**eleven** 5:11
**em** 22:9,9
**embedded** 21:4
  35:25
**emphasis** 50:9
**ended** 9:2 51:9
**engineer** 16:22
  21:24
**england** 12:4,24
  40:21
**english** 10:10
**enjoy** 41:19
**enjoyed** 10:13,15
  10:16 43:5
**entering** 9:17
**entire** 14:16 25:24
**especially** 6:23
  17:5 20:25
**esq** 2:9
**et** 1:5,9 4:8
**europe** 46:16

**evaluation** 32:14
**evening** 19:2
**event** 55:14
**events** 52:23
**eventually** 9:2
  14:7 24:8
**everybody** 6:18
**everyone's** 43:5
**ex** 17:7,18
**exact** 23:14
**exactly** 26:4 27:16
  43:18
**examination** 3:6
  4:19 45:16 49:24
**example** 29:7
**examples** 36:10
**exchange** 11:19
**excited** 20:17 36:3
**excuse** 23:13
**execution** 48:20
**exhibits** 3:10
**experience** 10:19
  23:23 36:12 54:6
**expert** 46:19
**expertise** 32:18
**explain** 16:14 17:1
  32:23
**express** 37:1
**extent** 29:16
**extra** 32:5
**extremist** 35:16

**f**

**f** 55:1
**face** 19:25 20:1
**facebook** 11:20
**factor** 54:15
**factors** 53:11
**facts** 26:25
**fallas** 9:3
**falling** 52:3

**families** 36:19
**family** 6:6,16,17
  6:22 8:4,8,12,14
  8:16,20,21,21
  12:15 14:3,3,9
  15:23 16:2 18:6,8
  18:13,15,19 25:24
  26:11 32:4,5,19
  34:1 37:22 38:2,3
  38:4,11,12,19,25
  39:2,25 40:5 41:2
  41:9,21 42:6,7,15
  44:3,19 45:5,24
  47:1 50:6,9,9,11
  52:14 53:10,15,17
  53:23 54:2,6,14
**family's** 27:13
  45:19
**faneuil** 11:16 19:8
**far** 36:7 44:20
**father** 7:6
**fbi** 23:8
**fed** 53:24
**feed** 28:8
**feel** 10:5 32:24
  35:6 46:25 47:1
**feeling** 7:20 25:7
  46:18
**fell** 51:5
**felt** 35:6
**fernando** 8:17
  42:5,9,14,14
**festival** 9:3
**fianc** 19:7
**field** 17:7,7,18,18
**fighting** 53:25
  54:1,1
**figure** 7:6 31:19
  51:23
**filled** 15:12

**financially** 13:6
**find** 20:1 24:20
26:22 27:3
**fine** 49:11
**firm** 2:4
**first** 5:16,19 8:25
9:5,18,23 11:8
17:1 18:12 23:2
23:11 25:8 28:17
29:8 50:17
**five** 22:4
**fizzle** 14:21
**fledgeling** 50:16
**flew** 8:18 23:9
33:18
**flight** 16:17,22
21:22,24 22:1,25
**floor** 2:5
**fly** 29:24 39:10
**flying** 16:19 17:16
52:9
**focus** 28:11 32:4,5
33:6
**focused** 32:4
**fojs** 39:7
**foley** 1:14 3:4 4:7
4:15,23,24 5:5
18:6 27:6 34:3
44:6 55:6
**foleys** 36:22 39:4
**follows** 4:18
**force** 16:7 27:23
34:12
**forces** 17:9,10
21:1
**foregoing** 55:11
55:15
**forget** 17:12 24:18
**form** 35:16
**fort** 22:1

**forth** 11:24 42:17
**forward** 13:11
**found** 21:20 22:22
25:25,25
**foundation** 11:10
26:25 27:5,6 32:2
48:4
**four** 5:9,9 26:7
39:13
**framework** 7:22
**france** 42:16
**frank** 40:8
**free** 19:21
**freedom** 27:6
**friend** 12:3
**friends** 6:6 8:21
12:6,14,15,18
14:13,15 19:6
26:19 33:16,17,17
33:18 36:2 37:18
39:7,16 52:14
53:3,4,5,8
**friendships** 14:10
52:25
**frustrated** 34:25
51:15,19
**fuck** 29:15
**fucking** 29:7
**full** 4:22 35:22
55:11
**fun** 5:21 6:8 19:18
34:21 41:14,20
42:23 43:12,15
**function** 4:17
**funny** 12:2 19:13
19:20 20:8 50:22
**further** 47:23 55:8
55:13

**g**

**g** 4:1
**gaining** 13:15
**game** 41:7,7
**games** 5:21 6:8,21
41:1,3
**gatherings** 42:2
**general** 47:12
**geneva** 24:5
**germany** 42:16
**getting** 5:20,22
14:24 16:7 31:12
34:24 51:19 52:20
**gift** 37:17
**give** 7:19 19:21
31:7 34:18 48:24
**given** 24:21 32:17
45:2,19 50:3
55:12
**glimpse** 9:11
**glimpses** 14:25
**global** 12:22
**glue** 43:2,2
**go** 5:8 6:10 8:11
8:12,13 9:4 11:17
12:23 14:8 15:23
18:18 19:3,4
22:22,23 23:18
24:20 29:12,15,23
39:14,14,15,22
41:20 43:5 45:8
53:1,9
**goals** 15:18
**god** 40:12 41:15
46:7
**goes** 31:14 47:13
**going** 5:8 9:7
10:17 18:10,11
19:20 20:23 21:11
21:22 22:1 23:18
24:10,12 25:6

32:12 36:10 37:15
39:12 41:8 46:6,8
46:9,10,11
**good** 4:21 8:1
12:16 19:16 25:22
26:2 31:10,22,23
32:5,6 36:8 37:19
39:1 42:17 43:4
44:16,21 53:5,22
54:2
**goofball** 6:5 44:19
**goofiness** 41:12
**gorgeous** 41:15
**gotten** 45:23
**government** 24:1
25:10
**graduated** 9:13,20
16:8
**great** 39:19,20
**green** 17:11
**grew** 42:15
**ground** 27:3
**group** 6:17 8:22
12:14 24:7,20
30:8 33:14
**groups** 17:10 35:8
35:17 37:3
**growing** 6:3 13:22
14:2 15:17 42:8
**grudges** 36:19,22
**guantanamo** 26:7
**guard** 21:4 36:1
**guarded** 12:23
**guess** 21:2
**guns** 36:3,4
**guy** 12:2,3 28:7
39:18
**guys** 24:20 54:21

**h**

hall 11:16 19:8
hampshire 12:23
  55:5
hand 55:19
hands 37:2
hang 18:19 53:10
hanging 42:21,22
happen 24:10 25:6
  25:7 46:9,10
happened 22:16
  22:17 23:17 26:5
  34:8,14 43:21
  44:1 45:2 46:25
  50:5,5 54:11
happening 37:2
  47:3
happiness 40:7
happy 15:21
hard 27:20 30:24
  31:1,1,2 48:5
harder 29:4 49:7
harkins 1:21 55:3
  55:23
harm's 29:25 46:8
harvey 19:6
hate 51:16 53:21
hates 54:4
he'll 51:17,17,17
hear 27:11
heart 24:11
heartache 31:15
heated 36:14,23
heather 39:17
held 25:25 26:24
helicopter 16:24
  16:24 22:4
help 7:4,25 29:3
  33:23 43:7,8,9
helped 12:25

hesitant 46:16
hey 19:4 20:16
  22:9 23:4
hide 6:10
high 5:16,18,24
  9:17,25 39:17
  53:4
highlight 54:8
history 10:9,11,12
  10:12
hoist 16:20
hold 31:21,21,24
  36:19,22
holidays 18:3,6
  38:17
home 11:8,10 15:1
  18:3,5,7,15,18
  23:1,2,9 33:14
  37:6,20 40:23
  52:10
honor 31:19 34:10
  48:7 49:15
hope 25:6
hopeful 25:16,21
  32:8
hopefully 30:14
hoping 25:15
hostage 21:21
  23:12,15
hours 14:13 23:8
  33:20 42:18 52:9
house 5:23 10:21
  23:4 33:19 39:19
  40:22 52:8
how's 20:23
hug 19:25
huge 14:13
hugging 11:16
  20:3
huh 9:6 25:11 37:8
  50:2

humvee 22:4,6
hundred 13:25
  50:7
hysterically 22:12

**i**

idea 23:25 34:19
  44:13,13 47:10,12
identification 3:10
ignorant 7:14
ignore 20:12 28:12
ignored 20:11
ignoring 28:13
immediate 6:16
  16:1
immediately 22:15
  23:1 45:6
impact 33:8
imperative 18:4
importance 14:3
important 7:21
  11:3 14:10 29:19
  36:25 37:24,25
  39:1
impossible 26:11
indian 12:8
indiana 21:4 36:1
indirect 7:9
indirectly 29:24
information 27:4
inside 22:21,21
  34:6 35:13,21
instance 18:11
instilled 18:16
instructor 22:24
intel 24:21
intellectual 19:11
  37:12 42:17
intense 54:6
interact 31:3,5
interacted 50:9

interaction 30:4
interested 10:3
  21:6 37:16
internet 20:7
interrogation 24:3
interviews 15:19
introduce 4:9
introduced 13:10
introducing 10:6,8
introvert 52:19
invited 52:24,25
involved 11:25
  23:25 29:23
ireland 46:13
isis 22:20 23:10
  26:10 28:17,19
  35:8,16 48:19
islamic 28:21

**j**

james 4:24 22:13
  26:5 27:6 34:3
  44:6
jf 44:24
jim 5:2,7,12,16,19
  6:1,4 7:8,12 8:15
  12:18 13:22 14:13
  15:25 16:5 17:21
  18:4,16,24 19:8,10
  21:20 23:10 25:8
  25:22 26:18,24
  27:11 32:19,25
  33:22 34:3,3,8
  35:21,24,24 36:6
  36:20 37:1 39:6,7
  39:11,12 41:3
  42:2,17 43:21,23
  44:1,6,12,15,19
  45:2 47:6,8 49:5
  50:5,22 51:5 53:7
  53:8

**jim's** 26:5 28:7 30:25 37:17 38:20 47:21 48:6 51:24 52:4,11

**jmf** 44:25

**job** 15:19 16:18,23 28:11 30:1,1,3 31:11 33:6

**john** 5:5,8 6:1 16:6 27:20,21 38:23 39:14 40:17 41:24 45:23 50:25

**john's** 44:24

**join** 12:24

**joined** 11:4,4 17:21 21:1 31:10

**joseph** 8:20 42:9

**joshua** 2:9 4:11

**journalism** 14:25

**joyous** 40:6

**jperles** 2:8

**judgment** 48:18

**jumper** 8:19

**junior** 9:25

**k**

**k** 2:9

**katie** 6:1 16:8 38:23 39:15 40:15

**katie's** 44:25

**kazza** 11:23

**keep** 12:15 24:24 24:25 39:11 41:7

**kept** 10:21 11:5

**khadafi** 25:13

**kids** 40:18 42:9 44:22,23 45:5,25

**killed** 22:20 33:10 54:7

**kind** 6:16 7:8,16 8:25 9:11,12 10:11 12:12 13:10

13:12,16,18,19 18:8,16 24:23,25 24:25 25:5,6 26:17 27:2 28:7 28:10,11,12,24 30:6,10,11,12,16 30:16,20 31:13,20 32:9,10 33:25 38:20 40:17,19 41:7 46:1,6 47:13 47:16,19 50:25 51:2

**kitchen** 42:14,19 42:20

**knew** 9:24 12:13 21:3 24:9,11,25 26:1 27:16,18 28:8,9 32:18 36:4 39:17 44:22,22 47:24 50:23

**know** 6:12,13,15 6:22,25 7:9,10,12 7:19 8:2 10:14,16 10:18 11:21,23,23 12:4,12,24,25 13:2 13:6,7,8,14,21 14:4,5,5,8,19,19 14:24 15:9,17,18 15:19,22 17:1,5,6 17:14,15 18:17,21 18:22 19:10,11,20 19:21 20:16,21 21:2,3,8,9,14 23:5 23:17,19,22,25 24:1,2,4,6,9,19,19 24:23,24 25:5 26:1,2,3,8,8,19,20 26:23 27:1,1,2,16 27:18,20,22,25 28:1,4,8,18,19,20 28:22,25 29:17,18

29:24 30:2,13,14 30:22 31:6,14,15 31:18,18,19,21 32:10 33:2,4,12,15 33:15,16,23,25 34:2,7 35:4,11,14 35:15,16 36:3,8,9 36:10,11,15,17,20 37:5,9,11,11,12,13 37:13,20,21,22,23 38:3,3,4,7,20,22 39:23,24 40:11,25 41:9,12,16,18,25 42:21 43:1,11,20 43:23,25 44:7,12 44:13 46:7,7,9,13 46:19,20 47:19,21 48:2,2,9 49:6,7,12 50:4,10,10,11,14 50:18,21,24 51:8 51:13,17 52:1,2,6 52:8,20,22 53:2,6 53:9,20

**known** 50:24

**knows** 44:1,1,2

**korea** 18:9

**l**

**lack** 30:24

**lake** 41:19

**lame** 47:19

**landing** 17:14

**las** 9:3

**laser** 5:21

**laugh** 19:14,16,21

**laughed** 19:13

**laughing** 19:17,19

**law** 2:4

**lcr** 1:21,21 55:23 55:24

**leading** 22:25

**learn** 31:17 36:4

**learned** 12:17 13:18 24:6 25:8 32:25 37:14

**learning** 13:23 23:11 27:2

**leave** 18:10

**leaving** 19:3,24

**left** 10:21,23 11:17 36:7

**legal** 2:12 4:4

**letter** 26:10 27:17

**level** 32:22

**libertarian** 36:6

**licensed** 55:3

**lieutenant** 16:6

**life** 5:15 6:21,21 13:13,20 15:11,12 15:15,20 18:12 29:17 31:20 34:11 35:1,10,22 37:21 37:22 41:20 44:12 44:18 46:7

**lifetime** 47:7

**liked** 10:12 12:1

**limited** 4:17

**lindsey** 19:6

**line** 21:22 22:1 29:17

**list** 16:1

**listen** 7:11 31:5

**listener** 37:17,19 43:4

**listening** 40:5

**literally** 14:16 15:6 20:19 23:8 29:8

**little** 10:5 12:19 15:5,5,6 19:1 32:13 35:13

live   12:22 13:19
  32:3 35:22 41:14
  46:6
lived   8:9 39:18
  42:16 44:12 52:22
lives   31:17 32:3
  40:12,13,14,15,15
  40:17 41:25,25
living   9:21 10:20
  14:12 42:22
load   22:3,5
logistics   46:19
long   44:11 50:18
  51:2 52:20
looked   19:16
  48:18
looking   24:24
lost   52:24
lot   7:10 11:5,9,11
  17:9,13,15 28:3
  31:9,22 32:2,2
  36:2 38:11 40:7
  48:3 49:7 50:15
  52:6,22,23,24
lots   35:22
louis   22:1
love   6:16 15:12
  21:15 31:18,18
  42:4 46:14 52:15
loved   6:5,6,6,8,8
  10:11 12:5 34:8
  36:2 41:4
loving   13:11 34:21
  43:3,12 44:19
lybia   11:7 15:3
  17:25 24:2 25:13
lynyrd   47:20

**m**

m   55:3,23
macbook   15:7

mad   53:18
madrid   8:18 9:2
  42:15
maintain   14:20
  39:1
major   10:10,10
  16:9
majored   10:12
majority   30:5
making   6:24 15:10
  19:18 53:14
man   11:21 20:16
  21:14 22:22 44:19
maria   8:20,23
  42:10
mark   1:14 3:4 4:6
  4:15,23 7:13
  20:12 24:18 28:18
  46:20 49:25 55:6
marked   3:11
marquette   9:13,20
marriage   38:24
  50:3,6,16 51:2,5
  51:22 52:3
marriages   50:4
married   39:17
  50:17,21,23 51:4
marry   50:23
mass   9:22 10:25
massachusetts   8:9
  8:11
master's   9:14,23
  19:12
materialistic
  15:13
mates   17:2
matter   4:7 13:15
mcguire   1:21 55:3
  55:23
mean   5:3 6:25 7:8
  7:19 8:6 12:16

13:14 14:6 15:22
  23:19 25:23 27:6
  28:1 29:16 30:7
  34:9 35:15 36:16
  37:4,4,9,24 38:3
  40:6 41:13 43:13
  44:14 46:5,17
  47:21 48:19 49:8
  50:8,17 53:6
  54:10
means   55:17
meant   11:22
mechanic   16:16
mechanics   16:18
meeting   12:3
member   24:17
members   8:21,21
memorial   8:12
memories   5:13,16
  5:19,22 10:3
  15:12 31:24
memorized   27:17
memory   37:10
  48:7
mental   25:5
mentality   50:13
mention   28:4
mentioned   12:17
  18:23 27:21 29:2
  32:13,17 43:20
  48:18 49:25
message   11:20
met   19:5 26:23
  44:24,25,25
mexico   46:4
mf   44:23
mh   16:25
miami   18:10,11
  46:11
michael   6:1

middle   32:14
  41:25
mike   5:9 7:7,7
  16:5 38:8,18,18
  39:14 41:22
mike's   44:23
military   16:3
  17:22 18:14 27:13
  35:18 36:2,12
  40:20 51:3
million   26:6
milwaukee   33:17
mimic   17:16
mind   5:1 39:5
minded   33:8 35:25
  36:11
mindsets   13:20
minimum   18:20
minus   17:6
minutes   20:19
  22:5
missed   42:4 46:3
misses   41:24
missing   38:17
  43:16,17
mission   17:5
missions   17:18
missouri   40:17,18
  40:19
mixed   13:13 50:19
mom   32:1 38:7
  43:6 50:11,13
  53:19 54:1,3
mom's   42:6
moment   32:25
  45:9
money   15:10,22
monopoly   41:2
months   16:7
moral   7:22,24
  48:7

morphed 53:7
mother 27:8
mourning 33:12
move 31:17
moved 24:22
40:15
movie 34:3,3 40:8
44:6
movies 34:1
mp3 11:23
mtf 44:23
muddied 32:9
muddled 13:14
32:8
murder 45:3,20
music 10:16 11:19
11:22,24
muslim 33:5
muslims 35:11

**n**

n 3:1 4:1
n.w. 2:5
name 4:22 5:25
24:18 31:3
named 22:14
names 17:12
nashoba 8:11
national 21:4
native 12:8
natural 7:6 16:21
43:2
navy 16:9 17:9,11
necessarily 27:18
49:6
need 13:12 15:11
23:5
needed 17:17 43:9
51:4
negotiate 26:15,16
never 10:12,25
15:15 33:13 34:18

36:24 44:24,25,25
47:13,20 49:13
54:10
new 11:17,21,22
12:4,23,24 19:3
31:11 39:15,18
40:21 55:5
news 15:4 29:20
29:21 30:2
nh 1:21 55:24
nice 49:3
night 6:11 19:23
52:9
noise 28:13
non 24:17
normal 6:20 31:12
37:7
norman 41:17
norms 13:1
north 19:24,25
20:1 40:13,14
notarial 4:17
notary 4:16
nothing's 30:9
notice 22:2
noticed 34:20
51:14
notoriety 45:2
nuclear 38:12
nurse 16:9

**o**

o 4:1
obvious 51:14
obviously 5:23
34:2
occur 28:5
oftentimes 7:12
oh 10:23 14:14
17:23 21:8 30:18
42:3 44:17 50:7
54:3,3

okay 4:2 7:11
20:14 23:17,18
31:7 45:13 49:21
53:21 54:17
old 10:14 18:13
34:1 44:5
older 5:7 6:5 7:2
9:8 10:17 38:8
41:10 44:2
oldest 6:24
once 11:4 23:1
25:23,24,25 33:13
ones 39:21
open 13:20 32:7
49:4
operatives 17:19
opportunity 40:20
46:13 48:6,24
option 52:17
orchestrating 26:8
ordeal 38:14
organic 41:13 43:2
organize 6:9
oriented 38:4
original 40:2
originally 23:15
25:4,15
outcome 24:12
26:2 55:14
outgoing 34:21
43:3
outlook 13:13
15:14
outside 45:22
46:12
outwards 35:14
overall 15:23
owned 8:10,10

**p**

p 4:1
p.c. 2:4
p.m. 1:18 4:5
45:12,12 49:20,20
54:24
page 3:6
parents 5:5 16:2
paris 46:21
parka 19:25 20:1
part 24:19 41:15
43:13
partially 39:22
participate 38:23
48:4
parties 52:14 53:7
party 6:21 39:11
partying 11:2
19:22
passed 22:8
passion 10:8 30:2
30:3,14
passionate 12:14
passions 10:13
passive 54:3
patience 34:22,22
patient 51:13
patriarch 38:19
people 8:7 10:9
12:5,9,12,16,20
13:2,3,8,9,11,11
15:17 17:1 21:3
24:17 26:7,24
27:3,21,25 28:18
29:11,12,18,23,23
30:5,6,18 31:3,5
31:11 32:18 33:9
35:11,23 37:25
39:9 41:10 47:11
47:11,22 49:5
52:15,17,17,18

**people's** 37:24
48:8
**percent** 9:23 13:25
50:7
**perfect** 50:3
**perles** 2:4,9 3:7
4:11,11,20 45:8,15
45:17 49:11,23,25
54:17
**perleslaw.com** 2:8
**person** 7:24 8:1
13:19,24 18:24
20:5 31:19 49:7
52:21 55:14
**personable** 52:13
**personality** 30:8
**perspective** 12:22
**phone** 20:7 22:19
**pick** 20:13 34:12
**picked** 20:14
**picture** 11:15 20:2
20:3
**picturesque** 41:18
**pilots** 16:24
**place** 11:15 50:17
**places** 46:14
**plaintiff** 1:6
**plaintiffs** 2:2 4:12
**plan** 46:7
**plane** 47:21
**platform** 48:9
**platoon** 23:2 29:8
**play** 41:5,6
**played** 7:17,18
51:10
**please** 4:9,14,22
45:9
**plenty** 21:9
**plus** 17:6
**point** 6:23,24 9:16
15:6 18:8 19:19

23:10 25:21 35:1
51:20 53:21 54:4
**policy** 26:16
**popular** 47:20
**possible** 32:19
39:3
**pregnant** 22:15
**pressure** 50:6
**pretty** 7:7 8:18 9:3
9:4 11:12 12:13
23:7,9 46:15 49:4
**print** 55:10
**prior** 11:6 20:15
**priority** 39:4
**probably** 9:15
33:6 35:1 46:15
46:16,20,21 51:20
**problems** 50:5
**processing** 34:15
**professional** 34:19
55:4,24
**program** 9:14
**progression** 16:22
**prom** 5:22
**promoted** 28:16
**promotion** 46:2
**propaganda** 48:20
**proper** 23:19
**protect** 30:3
**proud** 20:24,25
21:1,6 47:6,8,9,25
48:11
**public** 45:20
**put** 29:25 39:9,16
43:18 46:8 50:6
**puts** 29:11,17
**putting** 14:4,9

**q**

**qual'd** 22:3
**question** 25:3 40:2
46:25 48:10

**questions** 28:16
49:9,12
**quick** 20:21,23
45:7
**quickly** 34:25
**quite** 7:2

**r**

**r** 4:1 55:1
**raise** 7:4,25
**ran** 22:21
**randomly** 40:12
**rangers** 17:11
**ransom** 26:3,5,9
26:10
**ransoms** 26:4
**rap** 12:2,4
**rated** 24:17
**react** 32:24
**read** 37:5
**ready** 5:22 19:15
**real** 45:7 54:18
**realize** 29:21
31:11
**really** 7:15 10:11
16:25 19:13 20:24
23:15 28:8 31:2,3
33:15 34:25 37:19
42:5,6,23,23 43:4
43:4 47:1,16 52:7
**reason** 39:24
44:14 53:18
**reasons** 52:4
**recess** 45:12 49:20
**record** 4:2,10 45:8
45:11,14,17 48:16
49:19,22 54:20,23
55:11
**reduced** 55:9
**refer** 27:5
**regime** 25:13

**registered** 55:4,24
**reiterating** 54:13
**relate** 21:12,12
**relationship** 6:4
39:1,2
**relationships**
13:17 14:20 38:15
**release** 24:4 26:6
**released** 25:18,22
26:20
**remember** 6:3 7:9
10:2 19:10,15
20:6 23:11,14
25:4 31:22 34:1
37:11 42:8
**reminder** 48:5
**remote** 4:6
**rented** 40:22
**reopening** 54:19
**repetitive** 25:20
**rephrase** 40:4
54:12
**report** 15:4 30:2
**reported** 55:9
**reporter** 1:20 4:14
21:25 55:4,4,18,24
**reporting** 47:23
**reports** 37:5
**representing** 2:2
**reproduction**
55:16
**republic** 1:9 4:8
**republican** 32:7
35:25 36:1
**rescue** 29:13,23
**resentment** 50:15
52:6
**respectful** 31:6
**responsibilities**
7:5

rest 42:21
result 25:22
results 32:19
return 43:11
revenge 33:9
rf 44:22,22
ride 22:2
rides 21:23
ridiculous 26:4,9
rifts 38:24
right 10:8 11:16
  11:23 12:22 13:14
  14:5 15:2,14 17:7
  18:11,17 19:24
  20:20 21:13 22:7
  22:7 23:24 27:19
  29:19 32:7 33:14
  35:2 38:20 41:12
  43:2 44:9 47:18
  48:8 49:10 50:24
  51:5 52:13
ringing 20:11
risk 29:12 41:2,4
rita 42:8
river 8:13
rochester 12:10
rockwell 41:17
role 51:10
room 14:12 42:22
  51:18
roommates 51:8
roughly 5:9
rpr 1:21 55:23
rsa 1:22 4:17
  55:25
rubbed 15:24
rules 24:5
run 27:8
rushed 51:3

**s**

s 4:1
sacrifice 31:25
safe 21:15 47:1,1
safely 25:22
safety 45:4,19
sailboat 17:2
sailed 17:3
saved 11:20
saw 11:14,19 13:8
  17:23 18:2 20:4
  26:19
saying 31:7
scary 6:11
scene 12:1
school 5:17,18,24
  9:17 10:1 11:7
  12:24 23:21,21
  24:17 39:17 43:8
  43:24 53:4
seals 17:7,11 24:15
  29:22,24
seconds 17:7
security 46:20
see 5:8 10:23
  11:17 13:5,6,7
  14:11,25 17:21
  18:2,13,15,15,20
  20:18 21:14
seeing 10:22
seek 6:10
select 35:15
send 20:22
senior 22:24
sent 26:10 45:25
sere 23:21
sergeant 23:2,3
  28:17 29:8
served 16:3
service 27:13

services 17:8
sf 17:11
sgt 22:24
shaking 33:2
share 11:24 48:25
shared 8:2
sharing 33:14
  49:15
shawn 2:11 4:3
shock 23:6 33:2
shoot 36:5
short 24:13 51:13
showed 33:18,19
showing 10:5
shut 7:13
shy 31:4
si 22:24
sibling 54:7
siblings 5:25 16:2
  32:3 45:5
side 7:18,20 29:22
  36:15
signature 55:22
similar 51:1
simmons 16:9
simple 34:23
single 15:2 18:2
  50:11
sink 24:8
sister 8:23,23
  40:13 41:22 42:6
  42:6 53:19 54:1,4
sit 7:14 14:15
  44:10
sitting 14:12 33:21
six 6:13 16:7,12
  44:7,14 51:19
skiing 8:13,13
  41:20
skynyrd 47:20

slowed 31:9
small 33:8 41:19
smart 19:11 35:10
smoke 22:9
smoking 22:11
solutions 2:12 4:4
someone's 35:3
  45:7
something's 43:16
  43:17
son 22:14 43:20
  44:25,25 48:2
  51:16 54:7
son's 44:24
song 14:5
sons 45:25
sorry 5:15 10:2
  29:7 30:19 31:7
  35:3 40:3
sort 10:16 13:16
  24:14 25:1 27:4
  29:1 31:12 41:2,7
  50:4
sorts 12:5 17:16
sotloff 1:5 4:7
soul 13:9
sounds 40:6,6,6,7
  53:22
south 46:22
spain 8:16 42:16
  46:14
spanish 42:12
speak 51:1
speaking 4:3
  12:18 25:24
special 8:18 10:18
  10:19 12:13 16:20
  17:8,10 21:1 22:2
  44:3
specific 13:18 49:4

**specifically** 16:17 27:21 28:4
**speech** 11:15
**spend** 14:11 41:1 42:18 50:10
**spent** 11:9,11 16:8 16:12
**spit** 28:23
**spitted** 28:20
**spoke** 20:6
**spot** 38:20
**stand** 28:17 48:9
**stands** 28:19,22
**started** 5:12 9:20 14:24,25 26:25 33:23
**state** 4:22 20:10 25:5 28:21 55:5
**states** 1:1 26:14 45:22 46:1,12
**station** 19:24
**stationed** 45:23
**stems** 52:19
**stenographically** 55:9
**stevens** 14:5
**stick** 51:7
**stop** 45:6
**stories** 8:2 33:14 39:11 48:8
**story** 29:18 44:6
**straw** 53:12
**strength** 48:7
**strive** 48:12
**strong** 28:9,10 32:6 37:19
**struggling** 38:1
**stuff** 6:19 8:3 9:8 10:15 11:25 12:17 13:12 15:2,5 17:17 21:7,10

24:5 27:4 34:1,2 34:23 36:12 37:24 38:2
**stupid** 27:22,25 36:11 47:19
**stupidly** 33:3
**subconsciously** 46:24 52:1
**subjective** 32:22
**subscribe** 55:19
**successful** 15:24
**sucks** 14:18 40:18
**suffering** 28:6 29:19
**summer** 11:8,11 11:12 17:24 41:19
**summers** 41:16
**sunday** 8:13
**sundays** 14:11,11 14:11
**super** 15:24 18:4 34:25 51:15
**support** 15:22 35:18,19
**supportive** 30:6
**suppressed** 34:13 34:16 35:5
**sure** 7:6 9:23 26:18 35:5 37:9 38:21 41:3,5,6 48:17 53:13,14
**surrounding** 45:3
**survived** 53:24
**swear** 4:14
**sworn** 4:16 55:6
**syria** 11:18 15:3 20:17 27:3
**syrian** 1:9 4:7 25:10 37:2,13,25 47:11

**t**

**t** 55:1,1
**tag** 5:21,21 6:11
**take** 4:6 7:4 8:4 18:14 22:6,7 33:8 36:5
**taken** 1:16 18:12 21:20 23:12,15 24:7 25:9,9,12 38:20
**talaban** 35:9,16
**talk** 21:7 23:4 24:10 34:6 37:22 38:2 40:5 46:18 47:14 49:5 51:10 51:11,11,20
**talked** 20:15 21:16 22:14 34:18 38:11 47:15
**talking** 7:20 14:16 28:15 33:22 39:8 48:17 49:3 53:8
**tangent** 40:3
**target** 17:6
**taught** 14:3
**taxi** 17:8
**teach** 9:15,20 33:18
**tell** 15:4 19:1 20:9 21:8 29:18 30:2 31:3 39:11 44:14 48:8 51:18
**telling** 51:12
**tend** 14:20 38:18 38:18
**tension** 35:20,21 36:14,24
**terms** 24:9 31:13
**terrorist** 24:7
**terrorists** 26:1,15 26:16,21

**test** 22:25
**testified** 4:18
**testify** 55:6
**testimony** 55:11
**texas** 8:7 42:10
**text** 20:23 45:7
**thank** 4:21 5:4 6:2 7:1 17:20 27:10 30:19 38:10 40:12 41:15 45:15 48:14 49:12,16,17,23 54:19,21
**thanks** 30:21
**thanksgiving** 18:5 18:18 20:15,18 21:14 40:11
**theresa** 1:21 55:3 55:23
**thing** 6:12 9:24 10:17 21:15 24:24 24:25 25:2,6 29:1 30:12,16 31:12,20 32:6 41:2 47:17 48:17 51:3 53:25
**things** 16:21 19:13 19:14 23:24 24:2 24:14 29:14 31:22 31:23,23 32:10 33:4 46:9,10 47:15
**think** 5:9 11:1 13:22 15:17,24 17:24 18:1 19:12 19:17,23 21:17,17 22:8 23:15 24:11 27:15 28:3,14 30:7,23 31:23 32:1,2,5,6 37:18 38:6,22 40:14 41:22 43:11,24 44:15 47:15 48:3

49:3,6,10 50:12,18
50:24 52:3 53:23
54:17
**thinking** 13:11
36:7
**thought** 6:12
22:15 23:16 25:9
25:17 30:7 33:7
47:18
**threats** 45:24
**three** 16:8 18:6,21
39:13
**threw** 33:10
**thursday** 1:17
**time** 4:5 6:14 9:5,5
9:12 11:1,8,9,11
11:14 14:3,4,6,7,7
14:9 15:1,2 17:6
18:1,2,12,14,15,18
18:19,20,23 19:5,7
19:11,15,16 20:3,4
20:6,12 21:5,16
22:10,13,16,25
23:6 24:22 27:1
27:11,15 28:5,14
29:3 30:5 31:12
32:25 33:13 35:7
39:23 41:1 42:11
45:10,14 49:15,18
49:22 50:10,11
51:9 53:20 54:18
54:22
**times** 10:24 17:23
**tjk** 1:8
**today** 12:16 36:18
**today's** 4:4
**togethers** 6:15,17
6:17 39:6 41:10
43:14 52:15
**told** 19:4 22:19
26:14 28:14 34:10

43:25 50:22
**totally** 42:3
**touch** 11:5 12:11
12:16
**touched** 12:21
**tough** 28:2
**tournaments** 6:18
**town** 41:19
**tradition** 41:8
**training** 16:20
17:13,15 23:20,23
**trakel** 22:24
**transcript** 55:15
**transcription**
55:10
**trauma** 34:13
**travel** 45:22 46:4
46:11,13,14
**traveled** 46:5
**traveling** 14:24
46:19,21,22 47:1,2
**treat** 30:9
**treated** 27:12
30:10
**tried** 24:23 42:25
**trip** 8:10,16 9:10
42:12
**trips** 8:4,6,7,8,12
8:14,15 15:23
52:23
**trivial** 38:2
**true** 29:17 55:11
**try** 14:18,21 24:20
27:3 31:24 32:23
34:6,10 38:21
41:4,18
**trying** 22:13 23:4
24:25 27:2 31:6
34:24 35:3 37:7
51:23,23 52:21

**two** 8:20 19:6
21:17 42:20 53:5
54:8
**type** 30:8,8 51:3
**types** 23:23

**u**

**u** 9:22 10:25
**u.s.** 16:3 47:4
**uh** 9:6 25:11 37:8
50:2
**ultimate** 24:4
**unattainable** 26:9
**uncle** 8:8,16,17
42:5 44:2,12,16,17
44:22 48:2
**uncles** 6:19 8:8
**underground** 12:1
**underneath** 38:19
**underprivileged**
47:11
**understand** 53:14
54:10
**understanding**
13:1,16
**understood** 29:15
**unfortunate** 26:18
46:1
**unit** 24:13,13 25:1
**united** 1:1 26:14
45:22 46:12
**unload** 22:4,6
**unworldly** 7:10
**usually** 26:2 49:6

**v**

**v** 1:7 4:7
**vacation** 18:13,15
**vacations** 42:23
**valencia** 9:2
**vans** 8:19,19

**vehicle** 16:20 22:3
**veretext** 2:12 4:4
**versa** 40:14
**vibe** 42:19
**vice** 40:14
**video** 4:6 33:3
44:6,10 48:19,19
48:20
**videographer** 2:11
4:2,3,13 45:10,13
49:18,21 54:22
**videos** 37:6
**videotaped** 1:14
**view** 7:11 9:12
**viewed** 32:9
**views** 7:10,16 32:7
**vincent** 1:14 3:4
4:15,23 55:6
**visit** 8:7,8 10:25
**visited** 10:24
12:10
**volunteered** 33:11

**w**

**walked** 22:21
**want** 6:24 14:2
15:20,21,21 20:16
24:19 28:9 31:2,3
33:6 37:23 45:21
48:2,15,24,25
50:13,20 51:10
**wanted** 6:7 7:24
7:25 8:1 24:23
30:10 33:4,4 36:4
37:20,21,22 38:4
43:12 50:12 51:11
52:1
**wanting** 35:21
50:10 52:11
**warm** 43:12
**washington** 2:6
20:10

**watch** 37:4,5 44:5 44:10

**watched** 33:3

**watching** 34:1,2

**way** 20:17 22:5 26:8 29:25 30:20 32:3 33:8 43:13 43:18 46:8 50:17

**ways** 28:13

**we've** 18:17 23:18 42:25

**wedding** 46:3

**weddings** 52:25

**week** 18:11 20:14 36:18 40:21,23 53:22

**weekend** 20:18 39:10

**weeks** 21:17

**weird** 34:23

**went** 8:15,16 9:1,1 9:1 11:14,18 15:3 15:3 19:7,8,22 23:1 24:17,20 27:2 28:15 42:12 45:17 50:25 51:1 54:14

**werewolf** 5:21 6:11

**west** 52:22

**whereof** 55:19

**white** 12:2,3,7

**wife** 8:10 19:5 20:3,12 22:11 32:15 38:25 39:23 45:25 50:15 52:7

**willing** 49:9

**win** 36:9

**wish** 48:11

**witness** 3:3 4:14 49:17 54:21 55:19

**wolfeboro** 5:20,23 41:16 42:11

**wondering** 40:8

**woodman** 19:5

**woods** 23:22,23

**word** 30:25

**words** 23:16

**work** 26:21 28:11 29:3 30:15 33:11 43:8 52:21

**worked** 17:9,10 21:2

**working** 11:9 52:7 52:9

**world** 10:6 29:18 32:10 38:1

**worldly** 9:12 15:5 42:14

**worried** 45:19

**worry** 45:4 47:3

**worse** 27:12 33:4 52:5

**worth** 31:25

**wow** 12:11

**writing** 10:11

**wrong** 30:9 43:14

**x**

**x** 3:1 22:14

**xbox** 34:24

**y**

**yeah** 5:3,15,18,18 6:1 7:6,8,23 8:3,5 9:8,9,19 10:7,7,23 11:19 12:13 13:25 13:25 14:1,6 17:19,23 18:20,25 22:23,23 23:7,7,9 23:13 25:5 28:1 28:24 30:21,21 31:1,9 32:16,21

34:4 35:4,8,19,24 36:13 38:13 40:15 41:21 42:3 43:19 44:17 46:3 48:13 48:22,22,22 49:8 50:2,7,13,14,14 51:9,20,21,22 53:12 54:16

**year** 11:9 16:8 18:7,21 23:11 39:8

**years** 5:9,9,10,11 16:8,12 18:13 36:1

**yo** 11:21

**york** 11:17 19:3 39:15,18

**young** 8:7

**z**

**zoom** 1:16

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.