# Exhibit J



Deposition of:

# Katherine Foley Simpson

*May 10, 2021*

In the Matter of:

# Sotloff v. Syrian Arab Republic, Et Al

Veritext Legal Solutions

800-734-5292 | calendar-dmv@veritext.com |

Page 1

1              UNITED STATES DISTRICT COURT

2          DISTRICT OF COLUMBIA (WASHINGTON, DC)

3                        CA No. 1:16-cv-00725-TJK

4     - - - - - - - - - - - - - - - - - -

5     ARTHUR BARRY SOTLOFF, et al.

6                      Plaintiffs

7            v.

8     SYRIAN ARAB REPUBLIC, et al.

9                      Defendants

10    - - - - - - - - - - - - - - - - - -

11

12

13

14

15     AUDIOVISUAL DEPOSITION OF KATHRYN FOLEY SIMPSON

16    APPEARING REMOTELY FROM NORTH ANDOVER, MASSACHUSETTS

17            MONDAY, MAY 10, 2021; 12:29 PM

18

19

20

21

22

23

24    Reported by:  Kristen L. Kelly, CSR No. 115893/RPR

25    APPEARING REMOTELY FROM ESSEX COUNTY, MASSACHUSETTS

Page 2

```
 1    REMOTE APPEARANCES:

 2

 3    PERLES LAW FIRM, P.C.

 4      By:  Emily Amick, Esquire

 5           1050 Connecticut Avenue NW, Suite 500

 6           Washington, District of Columbia 20036

 7           202.955.9055

 8           eamick@perleslaw.com

 9           For the Plaintiffs

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24    ALSO PRESENT:

25      Shawn Budd, Videographer
```

Page 3

1                    I N D E X

2    Deponent:            Direct   Cross   Redirect   Recross

3    KATHRYN FOLEY SIMPSON

4       By Ms. Amick         5

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

P R O C E E D I N G S

REPORTED REMOTELY FROM ESSEX COUNTY, MASSACHUSETTS
MONDAY, MAY 10, 2021; 12:29 PM

THE VIDEOGRAPHER:  Okay.  We are on the record.  This is the videographer speaking, Shawn Budd with Veritext Legal Solutions.

Today's date is May 10th, 2021, and the time is 12:29 p.m.  We are here to take the remote video deposition of Katie Simpson in the matter of Arthur Barry Sotloff vs. Syrian Arab Republic, et al.

Would counsel please introduce themselves for the record.

MS. AMICK:  This is Emily Amick counsel for plaintiffs.

THE VIDEOGRAPHER:  And would the court reporter please swear in the witness.


KATHRYN FOLEY SIMPSON


having been satisfactorily remotely identified by the production of her Massachusetts driver's license and duly sworn was examined and testified as follows:

```
                                                          Page 5

 1                      DIRECT EXAMINATION

 2      BY MS. AMICK:

 3           Q    Hi, Katie.  Thank you so much for being here

 4      today.  Can you please state your name for the record.

 5           A    Kathryn Foley Simpson.

 6           Q    Can you please state your date of birth.

 7           A    10/15/88.

 8           Q    And where were you born?

 9           A    Wolfeboro, New Hampshire.

10           Q    Are you a United States citizen?

11           A    Yes.

12           Q    Do you hold any college or secondary degrees?

13           A    Yes.

14           Q    What --

15           A    College degree from Simmons College in

16      Boston.  Master's degree from Duke University in North

17      Carolina.

18           Q    And what is your master's degree in?

19           A    Nursing.

20           Q    Are you a professional nurse?

21           A    Yes, I'm a nurse practitioner.

22           Q    Thank you.

23                Are you the sister of James Foley?

24           A    Yes.

25           Q    Is it okay if I call James Foley Jim?
```

Page 6

1       A    Yes.

2       Q    Who is Jim's mother?

3       A    Diane Foley.

4       Q    Who is Jim's father?

5       A    John Foley.

6       Q    Does Jim have any other siblings?

7       A    Yes.

8       Q    Please list their names and how much younger

9    or older they are than you.

10      A    Oh, gosh.  Mike Foley.  Michael Patrick

11   Foley, he is -- you want them in age relation to Jim or

12   to myself?

13      Q    Whichever you want to do.

14      A    Oh.  Michael Foley is 13 years older than me.

15   And John Elliot Foley is nine years older me, eight/

16   eight and a half, nine years older than me.  And then

17   Mark Vincent Foley, he is four and a half years older

18   me.

19      Q    And how much older than you was Jim?

20      A    Fifteen years older than me.

21      Q    Jim was the oldest child, and you are the

22   baby of the family?

23      A    Correct.  There's five of us.

24      Q    And did you live with Jim when you were

25   growing up?

```
 1      A    Yes, when I was much younger and then he,
 2  when I was around elementary school age, went off to
 3  college.
 4      Q    Did you ever joined the -- join the armed
 5  forces?
 6      A    Yes.
 7      Q    Can you explain what you did in the armed
 8  forces?
 9      A    Sure.  Yes.  I joined the United States Navy
10  as an officer in the nurse corps right after college
11  for about three-ish, three and a half years.
12      Q    When did you leave the armed forces and was
13  it early?
14      A    Yes, it was early.  I left the Navy -- I
15  should have looked up the exact year, but about eight
16  months after Jim had died.  And I did leave early as a
17  result of Jim's very public death.
18      Q    Thank you.
19           What was Jim like as an older brother when
20  you were growing up?
21      A    Oh, he was very doting.  We, we kind of joked
22  and either called him Uncle Jim but -- to me, anyways,
23  because we were so much different in age.  But he was
24  definitely kind of a mentor and father figure to me as
25  well.
```

1      Q    Did you guys play any sports together?

2      A    Yeah.  Jim and I, whenever he went home, we

3  would just run together.  That was kind of our thing,

4  run and workout.  And then he and I also both really

5  enjoyed reading a lot, and so he would share a lot of

6  books with me.  And then, of course, he would spend a

7  lot of time at home for months at a time at the

8  holidays too which was nice.

9      Q    Do you have any special Christmas memories?

10     A    Yes.  Jim was always very last minute when it

11  came to shopping, especially since he had been living

12  overseas.  And so often we would go shopping like

13  Christmas Eve, and I'd be wrapping his gifts probably

14  Christmas Eve or Christmas morning.  He would just ask,

15  and of course I would just do it.

16     Q    Did he visit you when you were in college?

17     A    Yes.  Yeah, he would often -- whenever he

18  would fly in.  I was going to school in Boston so we

19  would always meet up in the city, usually going out to

20  eat or something like that.

21     Q    So despite your age difference, you guys had

22  a very close brother/sister relationship?

23     A    Definitely, yeah.  I -- he always sought out

24  every opportunity he was home, either on the east coast

25  or stateside, he would always -- we would always find

Page 9

1    time to see each other.

2         Q    Did he give you a present for your college

3    graduation?

4         A    I'm trying to think.

5         Q    For your master's, a watch?

6         A    Oh, yes, that's right.  Yes, so Jim -- it's

7    kind of actually kind of a bonding experience for us.

8    There was a period of time when he himself was riding

9    alongside the Army, and so he had started to get more

10   exposure to what military life was like.  And he was

11   really proud that I had become a nurse.  I had got my

12   nursing degree, passed my boards.

13        But then because I was entering the Navy as a

14   nurse, he knew I would need a special watch to match

15   our uniforms and to go with code and everything so ...

16   I still have that watch.  And that year, that Christmas

17   he bought me that watch when he literally probably had

18   a hundred dollars to his name, and most of it went to

19   that watch so it meant a lot.

20        Q    Do you remember when Jim was abducted in

21   Libya?

22        A    Yes, I do.

23        Q    Can you describe to me how you learned that

24   he had been abducted and what you did after that?

25        A    Sure.  I found out -- I was in class.  I

Page 10

1    think I was in microbiology.  I got a call, and I

2    just -- I had to step out of the classroom.  I had to

3    leave class.  And of course, you know, being in college

4    you're not by any family, so your family is your

5    friends you surround yourself with.

6             So a few of my friends that knew he was

7    held -- knew he was traveling abroad.  I had texted

8    them, and they kind of helped me figure out and talk

9    through this.  And then I slowly got information as my

10   family was calling me to kind of tell me what was going

11   on.

12        Q    How did that experience affect you?

13        A    It was terrifying because -- I mean there's

14   no one to tell you who to go to, what to do when

15   someone you love is being held captive, where they are,

16   who has them, are they are being tortured, are they

17   not.  And so we had a million questions and were, you

18   know, very scared, obviously, and very worried.

19             My brother Mike and my mom both at the time

20   kind of spearheaded everything and really took it by

21   the reins and figured out their own way through it

22   because they didn't really have any support from anyone

23   else.  They just did it and made it happen and kind of

24   were the -- they were the reason that Jim got home from

25   Libya.

1      Q    Do you know what Jim's long-term career plans

2  were?

3      A    Well, that's a good question.  Definitely I

4  think it changed throughout his like adulthood.  I

5  think, you know, initially he was always really drawn

6  to literature and children, and I think he sought that

7  out through teaching and doing Teach for America.  And

8  specifically to kids most in need, right, so being kind

9  of a voice and an advocate and a mentor for them as

10  they entered their adulthood.

11          But then I think he started to feel the need

12  to do kind of more research and reporting about what

13  was actually kind of going on in the world.  I think

14  there's so many stories, whether it be in Arizona where

15  he was teaching, you know, these children or abroad

16  that were not being told, whether it be interest to the

17  large stream media or just lack of awareness and access

18  to those stories.  And so I think that's probably the

19  the trajectory of where the rest of his adulthood would

20  have been had he been alive.

21      Q    Do you know why he decided to go to Syria?

22      A    The first time?

23      Q    Yeah.

24      A    Yeah.  Yeah, the -- well, I think, again, he

25  felt like -- he had a lot of survivor's gift from

Page 12

1    Libya.  Here he was, he survived that first captivity

2    when some people he was with did not.  And he felt the

3    need, you know, I'm a young guy.  I'm single.  I don't

4    have children.  You know, I should be the one going

5    there and doing that and reporting on that.  I should

6    be the one to be there.

7        Q    Do you have a different --

8        A    He felt like stagnant, you know.

9        Q    Do you have a different answer for why he

10   went to Syria the second time?

11       A    No.  Sorry.  I was just trying to process the

12   question to myself in my own head.

13            No, very similar.  Just, again, feeling that

14   itch and that need to do something and not to be in the

15   safety net of, one, the United States, but of New

16   England and all of its protection and ease, you know.

17   He, he knew that there was other people out there that

18   didn't have it easy, and he should be there with them.

19       Q    Did you Skype with Jim while he was in Syria?

20       A    Yeah.  That was our, that was our way of

21   communicating is we liked Skype, message and video,

22   just because of the time change and with me being busy

23   and him as well.

24       Q    Can you describe your last conversation?

25       A    Sure.  Actually, I was the last person to

Page 13

1    communicate with Jim before he was taken.  It was

2    Thanksgiving morning here and he was joking and messing

3    with me because I was a new nurse and I was -- I had to

4    work the holiday, of course, kind of lowest on the

5    totem pole.  And so he was just kinda giving me jabs

6    about that and then, of course, wished me happy

7    Thanksgiving and vice versa.

8            And I was actually so busy I forgot to say

9    good-bye, but something in me made me realize, no, you

10   always have to say good-bye.  Knowing what happened in

11   Libya, you always need to say good-bye to that person,

12   especially Jim.  And so I quickly signed on at work to

13   say good-bye to him and he responded.  And then no one

14   ever heard from him again.

15       Q    What did you think when you first learned

16   that Jim had been abducted in Syria?

17       A    I think the initial reaction is fear and

18   sadness.  A little bit of probably selfishness and

19   anger because he went back, and he could have been

20   safely here.  But then lastly, I think for a long time

21   maybe even, you know, a year into it, we felt hope

22   because we knew that he was able to come home with

23   Libya.  He survived.  He was alive.

24            And so I think despite this being a

25   completely different scenario, much harder to figure

Page 14

1    out, less information, bigger geographical area, all of

2    those reasons, at least for me anyways, I -- it didn't

3    feel -- it felt like he would come back.

4        Q    Did you assist your mother at all in

5    communicating with government officials about Jim's

6    disappearance?

7        A    I didn't necessarily communicate with them

8    myself, but I certainly helped assist her going on the

9    trips to D.C.  She actually had to -- she was a nurse

10   practitioner at the time and actually had to stop

11   working in order to kind of take this on because it

12   requires so much time back and forth to D.C.  And I

13   would help her on those trips, whether it be taking

14   notes for her or whatever it was, but she did the

15   communication.

16       Q    And how did you feel when she decided to go

17   public regarding his abduction?

18       A    It was about time.  We, we had been like

19   floundering and kind of doing everything the government

20   had told us to do with no results, with no new

21   information.  And I think, you know, it was our time

22   and our decision to, to finally kind of take action in

23   our own way.

24       Q    Do you think the U.S. government did enough

25   to engage with ISIS to secure the release of Jim and

Page 15

1    the other Americans?

2        A    The information that we're privy to of what

3    they engaged, no, whether or not I know things -- if

4    things happened behind our back or behind the scenes, I

5    don't know, but from what we know about their

6    communication, no, I don't think they did enough.

7        Q    How did you feel when you learned that they

8    were not going to be carrying out rescue efforts and

9    that if you tried to negotiate they were going to

10   prosecute the family?

11       A    Yeah, that -- so the two questions there.  I

12   think the first, they were not going to engage

13   militarily.  I think being a military person myself, I

14   think you have to pause because those are American

15   lives too, and so if they felt like there wasn't

16   sufficient intelligence data or reason behind and

17   engaging in potentially some hostile environment, I

18   would, I would want to try to respect that.

19            Now, I don't know if that was completely

20   true, if they did have enough intelligence or they were

21   just not wanting to do it because it was for one

22   journalist.  I don't know the reason behind that, but I

23   kind of struggled with the back and forth between those

24   two reasons.  But for the kind of essentially

25   punishment of us giving money to get our son -- or my

Page 16

1    brother home, I think is absolutely ridiculous and was

2    appalling.

3            Actually, research today led by the Foley

4    Foundation actually proves that that is not true.

5    Paying ransom for people that are held captive, there's

6    actually not correlation that that leads to further

7    captivity or further episodes of people being taken.

8        Q    How was the experience when you -- for you

9    psychologically and emotionally during -- while Jim was

10   being held?

11       A    I think for me emotionally it was really hard

12   because it fractured the family quite a bit.  You know,

13   I think initially both my mom and my brother Mike

14   really spearheaded things together and then Mike kind

15   of stepped back.  John himself kind of came forward and

16   came back.  And mainly because how do you deal with

17   this?  Do you listen to the government?  Do you decide

18   to go public on our own which we eventually did?

19           People in my family had differing opinions,

20   and I just kinda had to be Switzerland and listen to

21   everybody, to make sure that everybody was being heard.

22   But I wasn't really, you know, allowed to have an

23   opinion.  I just tried to be there for everybody else.

24       Q    How did you find out that Jim had been

25   killed?

Page 17

1        A    I believe it was my mother.  She called me.

2    I was working out at the time.  Obviously left.  Was

3    devastated.  It feels like you lose the breath out of

4    your lungs.  And I immediately -- I didn't even think

5    about it.  I just called one person from work, and I

6    just said I'm leaving.  Figure it out.  I've got to be

7    with my family.  I was awful.  It was the worst

8    possible thing.

9            And in that moment like when I knew he was

10    held -- was captured again, I didn't fully viscerally

11    believe it, but when I found out that he died, I like

12    felt that he died.  I felt that it was true.

13        Q    Did you see the video?

14        A    In its entity, yes, I did see that at one

15    point.

16        Q    But not immediately?

17        A    No.

18        Q    How did it feel --

19        A    Go ahead.

20        Q    How did it feel having Jim's murder be so

21    public?

22        A    Oh, my gosh.  I think, I think reflecting on

23    it now and probably if I actually took time to think

24    about it, I think it was probably very traumatic.  It

25    was just shown over and over and over all day long -

Page 18

1   all day long, like morning to night.  I remember just

2   trying to travel home, and I couldn't go through the

3   airport without seeing my brother's face and an orange

4   jumpsuit on every single TV screen.

5              And then after the fact, week after week

6   after week his image would be the catalyst to a next

7   discussion about the geopolitical climate at the time.

8   Or his picture would be the catalyst to a discussion of

9   the next person that was killed.  You know, he was

10  involved in every subsequent thing that happened after

11  that, so you couldn't get away from it.

12       Q    And how did that make you feel?

13       A    I'm a very private person.  I think my

14  family's very private.  So in some ways it felt very

15  intrusive because everybody knew my business.

16  Everybody knew his business and ours.  But it was also

17  just painful because you would see it every day just

18  over and over and over.

19              And it's not like the same thing as seeing a

20  loved one who passed, and you see their photo in a

21  frame, right.  Like you see him next to the person who

22  ultimately beheads your brother so it's different, and

23  you see it over and over and over.

24       Q    Is it something you think about to this day

25  when you see orange or movies or anything like that?

Page 19

1      A     Yeah, I think I told you that at the -- at

2   one point.  I literally can't stand the color orange,

3   and I even project these feelings onto someone else,

4   when a poor, innocent person wears the color orange

5   because how could anybody wear orange.  It's just the

6   most awful dreadful thing.  But that's just my

7   takeaway.

8           I actually had to -- we do a race every year

9   in his honor, and we always choose a color for

10  everybody to run in.  And one year someone had

11  suggested orange, and I said absolutely not.  You will

12  not be doing that.  So it's, it's something that, yeah,

13  definitely I still live with for sure.

14     Q     Have you felt any physical impacts of Jim's

15  death?  Like have you had trouble sleeping?

16     A     I certainly definitely -- I definitely

17  struggle with insomnia, yes.  I think maybe initially

18  largely in part to him for sure, but more just in

19  relation to the dynamics of how the family has changed

20  and the stress that has created and that I have put

21  myself in the position to deal with and put myself to

22  be in the middle of.

23          Other people probably find healthier ways to

24  deal with things.  But it's getting better.  But I

25  would say for the first -- during and in the first

Page 20

1    year, few years after were really hard.

2        Q    But this stress you're discussing would not

3    be there but for Jim's abduction?

4        A    Yes, our fam -- our family's been forever

5    changed.  Forever, yeah.  Me included and every single

6    person in it, yes.  I can't get my brother back.

7        Q    When did you learn about the fact that Jim

8    was subjected to horrific torture and what was it like

9    learning that?

10       A    Yeah.  My older brother Mike and myself, we

11   both went to France - I forget how long after, - when

12   one of Jim's friends had started to make the

13   documentary about his life.  And we had the

14   opportunity -- the reason I went and I would assume --

15   I don't want to speak for my brother, but similarly, we

16   didn't go for the movie, but we went to meet the other

17   hostages that were with Jim, so we could meet them

18   individually.  And I think vice versa.  They wanted to

19   meet us too because I think they had stories about Jim

20   that they wanted to share and stuff.

21            And one of the hostages in particular was

22   very forthcoming about the levels of torture Jim

23   endured, partially at our asking but partially in him

24   telling us.  I think him needing to release his own

25   stressors too.  He was with Jim I think the better part

Page 21

1    of a year.  And he told us the great lengths that Jim

2    was tortured whether it be waterboarding, starvation,

3    mental games they played.  They were forced to beat up

4    each other and be watched.  Oh, gosh, millions of

5    things.  Stay in stressed positions as long as they

6    could.  What else?  I can't remember them all, but

7    those are plenty.

8         Q    How did you feel learning about that?

9         A    Oh, my gosh, like how do you -- when it's

10   someone you love thinking about them going through that

11   torture, it's -- I can't imagine any human being going

12   through that or another human being inflicting that on

13   someone else, right.

14             Like it makes you question all levels of what

15   it means to be human, right.  So how can you

16   passionately hate an ideal so much that you would do

17   that to someone else and to watch them suffer.  I

18   can't -- I mean he suffered every single day over and

19   over and over.

20        Q    Is that something you still think about?

21        A    On occasion.  On -- occasionally like

22   people -- well, again, this is like a projected silly

23   thing to put on the world, but like when people are

24   complaining about, you know, what they have to eat or

25   their clothing for that day or -- I mean at least they

Page 22

1    had clothing.  Jim would even have to fight for scraps

2    of clothes at that time he would be so cold.

3              Or sometimes when I think -- I remember

4    Daniel was telling me, one of the hostages was saying

5    that it was a real treat when they could suck on orange

6    peels or like even dates, you know, like little things.

7    Like when in this world would any of us suck on an

8    orange peel as a treat, right, like -- but just that

9    taste for them was such like a, a reminder of maybe

10   home or comfort.  So like whenever little things like

11   that I think come up in my life, yes, it brings me back

12   there.  Yeah.

13   Q    How have your family members been affected by

14   Jim's death?

15   A    I think all very differently, but all of us

16   have.  Starting with my dad, you know, had a lot of

17   anxiety and depression before that, but now after I

18   think that's kind of definitely worsened things.  And

19   he kind of had to be the sole provider of my parents

20   going into their retirement because my mom had to quit.

21   So I'm sure financially that has made some big changes

22   in their life plans and their retirement too, right.

23             My mom, probably the most.  Again, she had to

24   quit her job.  Has taken this on.  She was a nurse and

25   had to learn about politics, the state department, the

Page 23

1    FBI, how they talk to each other, hostage policy.  She

2    had to travel abroad.  She herself interviewed these

3    hostages when they were released because our government

4    didn't.  My mom interviewed them to get information

5    because no one else would.  You know, she has immensely

6    been affected both emotionally and physically.  She's

7    aged so much.

8            My brother Mike, I know he's not part of

9    this, but definitely emotionally I think a lot from

10   him.  Jim was his -- one of his best friends.

11           John, tremendously.  It's affected I think

12   both his family life and his military career, right.

13   John was called out on the video for his involvement

14   and -- but even though I know Jim would never blame

15   John, but was forced to say that that was the reason he

16   was killed, right.  John was directly named.  So that

17   forever changed John's both personal and military

18   career.  That follows him to this day.

19           Mark was very much directly involved as well.

20   He was Special Forces Army at that time.  His unit

21   didn't, but another on the same base were the people

22   that went to go try and rescue Jim at that point when

23   it had already been too late.  They had already moved

24   on.  And so that -- Mark was very directly related to

25   that as well.  You'd have to ask him more about the

Page 24

1    particulars of how that affected him.

2            And then me, certainly I ended up getting out

3    of the military before my obligation just because I

4    couldn't stand people like knowing my business, and it

5    just felt too kind of confined for me, so I needed to

6    certainly get out.

7            You know, I -- so I think, you know,

8    monetarily and emotionally I think we've all been

9    affected in, in some ways, more -- some more than

10   others but ...

11       Q    Is there anything else you want to share

12   about Jim or your experience?

13       A    No.  I mean I just am grateful that something

14   like this exists, and there's lawyers and ways out

15   there in this world to try to bring small semblance of

16   justice against these people and for my brother and

17   others that were taken and killed by them, you know.

18            Whether or not, you know, we can take

19   something from this and give it back to the Syrian

20   community who is most affected.  We're obviously

21   privileged that we even get to bring someone to trial,

22   right, because we have the access to that and access to

23   help part of things.  So I think anything to do -- I

24   think Jim would want them being held accountable for

25   the sake of just everybody else that was greatly

Page 25

1   affected by them.

2                    MS. AMICK:  All right.  Shawn, we are

3   all set.

4                    THE VIDEOGRAPHER:  Okay.  The time is

5   12:57.  We're off the record.

6                    (Whereupon the deposition was

7                     concluded at 12:57 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 26

```
 1                     CERTIFICATE
 2   Commonwealth of Massachusetts
 3   Suffolk, ss.

 4
 5            I, Kristen L. Kelly, Registered Professional
 6   Reporter, CSR and Notary Public in and for the
 7   Commonwealth of Massachusetts, do hereby certify that
 8   KATHRYN FOLEY SIMPSON, the witness whose deposition is
 9   hereinbefore set forth, was duly sworn by me and that
10   such deposition is a true record of the testimony given
11   by the witness.
12            I further certify that I am neither related
13   to or employed by any of the parties in or counsel to
14   this action, nor am I financially interested in the
15   outcome of this action.
16            In witness whereof, I have hereunto set my
17   hand this 21st day of May, 2021.
18
19   _____
20   Notary Public
21   CSR No. 115893
22
23   My Commission Expires:
24   February 3, 2023
25
```

**[00725 - code]**                                                        Page 1

| **0** |
| --- |
| **00725**  1:3 |

| **1** |
| --- |
| **10**  1:17 4:4 |
| **10/15/88**  5:7 |
| **1050**  2:5 |
| **10th**  4:9 |
| **115893**  1:24 26:21 |
| **12:29**  1:17 4:4,10 |
| **12:57**  25:5,7 |
| **13**  6:14 |
| **1:16**  1:3 |

| **2** |
| --- |
| **20036**  2:6 |
| **202.955.9055**  2:7 |
| **2021**  1:17 4:4,9 |
| 26:17 |
| **2023**  26:24 |
| **21433**  26:18 |
| **21st**  26:17 |

| **3** |
| --- |
| **3**  26:24 |

| **5** |
| --- |
| **5**  3:4 |
| **500**  2:5 |

| **a** |
| --- |
| **abducted**  9:20,24 |
| 13:16 |
| **abduction**  14:17 |
| 20:3 |
| **able**  13:22 |
| **abroad**  10:7 11:15 |
| 23:2 |
| **absolutely**  16:1 |
| 19:11 |
| **access**  11:17 24:22 |
| 24:22 |
| **accountable**  24:24 |

**action**  14:22 26:14
26:15
**adulthood**  11:4,10
11:19
**advocate**  11:9
**affect**  10:12
**age**  6:11 7:2,23
8:21
**aged**  23:7
**ahead**  17:19
**airport**  18:3
**al**  1:5,8 4:12
**alive**  11:20 13:23
**allowed**  16:22
**alongside**  9:9
**america**  11:7
**american**  15:14
**americans**  15:1
**amick**  2:4 3:4 4:15
4:15 5:2 25:2
**andover**  1:16
**anger**  13:19
**answer**  12:9
**anxiety**  22:17
**anybody**  19:5
**anyways**  7:22 14:2
**appalling**  16:2
**appearances**  2:1
**appearing**  1:16,25
**arab**  1:8 4:12
**area**  14:1
**arizona**  11:14
**armed**  7:4,7,12
**army**  9:9 23:20
**arthur**  1:5 4:12
**asking**  20:23
**assist**  14:4,8
**assume**  20:14
**audiovisual**  1:15
**avenue**  2:5

**awareness**  11:17
**awful**  17:7 19:6

| **b** |
| --- |
| **baby**  6:22 |

**back**  13:19 14:3
14:12 15:4,23
16:15,16 20:6
22:11 24:19
**barry**  1:5 4:12
**base**  23:21
**beat**  21:3
**beheads**  18:22
**believe**  17:1,11
**best**  23:10
**better**  19:24 20:25
**big**  22:21
**bigger**  14:1
**birth**  5:6
**bit**  13:18 16:12
**blame**  23:14
**boards**  9:12
**bonding**  9:7
**books**  8:6
**born**  5:8
**boston**  5:16 8:18
**bought**  9:17
**breath**  17:3
**bring**  24:15,21
**brings**  22:11
**brother**  7:19 8:22
10:19 16:1,13
18:22 20:6,10,15
23:8 24:16
**brother's**  18:3
**budd**  2:25 4:7
**business**  18:15,16
24:4
**busy**  12:22 13:8
**bye**  13:9,10,11,13

| **c** |
| --- |
| **c**  4:1 |
| **ca**  1:3 |
| **call**  5:25 10:1 |
| **called**  7:22 17:1,5 |
| 23:13 |
| **calling**  10:10 |
| **captive**  10:15 16:5 |
| **captivity**  12:1 16:7 |
| **captured**  17:10 |
| **career**  11:1 23:12 |
| 23:18 |
| **carolina**  5:17 |
| **carrying**  15:8 |
| **catalyst**  18:6,8 |
| **certainly**  14:8 |
| 19:16 24:2,6 |
| **certificate**  26:1 |
| **certify**  26:7,12 |
| **change**  12:22 |
| **changed**  11:4 |
| 19:19 20:5 23:17 |
| **changes**  22:21 |
| **child**  6:21 |
| **children**  11:6,15 |
| 12:4 |
| **choose**  19:9 |
| **christmas**  8:9,13 |
| 8:14,14 9:16 |
| **citizen**  5:10 |
| **city**  8:19 |
| **class**  9:25 10:3 |
| **classroom**  10:2 |
| **climate**  18:7 |
| **close**  8:22 |
| **clothes**  22:2 |
| **clothing**  21:25 |
| 22:1 |
| **coast**  8:24 |
| **code**  9:15 |

**cold** 22:2
**college** 5:12,15,15
  7:3,10 8:16 9:2
  10:3
**color** 19:2,4,9
**columbia** 1:2 2:6
**come** 13:22 14:3
  22:11
**comfort** 22:10
**commission** 26:23
**commonwealth**
  26:2,7
**communicate** 13:1
  14:7
**communicating**
  12:21 14:5
**communication**
  14:15 15:6
**community** 24:20
**complaining** 21:24
**completely** 13:25
  15:19
**concluded** 25:7
**confined** 24:5
**connecticut** 2:5
**conversation**
  12:24
**corps** 7:10
**correct** 6:23
**correlation** 16:6
**counsel** 4:13,15
  26:13
**county** 1:25 4:3
**course** 8:6,15 10:3
  13:4,6
**court** 1:1 4:17
**created** 19:20
**cross** 3:2
**csr** 1:24 26:6,21
**cv** 1:3

**d**

**d** 3:1 4:1
**d.c.** 14:9,12
**dad** 22:16
**daniel** 22:4
**data** 15:16
**date** 4:9 5:6
**dates** 22:6
**day** 17:25 18:1,17
  18:24 21:18,25
  23:18 26:17
**dc** 1:2
**deal** 16:16 19:21
  19:24
**death** 7:17 19:15
  22:14
**decide** 16:17
**decided** 11:21
  14:16
**decision** 14:22
**defendants** 1:9
**definitely** 7:24
  8:23 11:3 19:13
  19:16,16 22:18
  23:9
**degree** 5:15,16,18
  9:12
**degrees** 5:12
**department** 22:25
**deponent** 3:2
**deposition** 1:15
  4:11 25:6 26:8,10
**depression** 22:17
**describe** 9:23
  12:24
**despite** 8:21 13:24
**devastated** 17:3
**diane** 6:3
**died** 7:16 17:11,12
**difference** 8:21

**different** 7:23 12:7
  12:9 13:25 18:22
**differently** 22:15
**differing** 16:19
**direct** 3:2 5:1
**directly** 23:16,19
  23:24
**disappearance**
  14:6
**discussing** 20:2
**discussion** 18:7,8
**district** 1:1,2 2:6
**documentary**
  20:13
**doing** 11:7 12:5
  14:19 19:12
**dollars** 9:18
**doting** 7:21
**drawn** 11:5
**dreadful** 19:6
**driver's** 4:23
**duke** 5:16
**duly** 4:24 26:9
**dynamics** 19:19

**e**

**e** 3:1 4:1,1
**eamick** 2:8
**early** 7:13,14,16
**ease** 12:16
**east** 8:24
**easy** 12:18
**eat** 8:20 21:24
**efforts** 15:8
**eight** 6:15,16 7:15
**either** 7:22 8:24
**elementary** 7:2
**elliot** 6:15
**emily** 2:4 4:15
**emotionally** 16:9
  16:11 23:6,9 24:8

**employed** 26:13
**ended** 24:2
**endured** 20:23
**engage** 14:25
  15:12
**engaged** 15:3
**engaging** 15:17
**england** 12:16
**enjoyed** 8:5
**entered** 11:10
**entering** 9:13
**entity** 17:14
**environment**
  15:17
**episodes** 16:7
**especially** 8:11
  13:12
**esquire** 2:4
**essentially** 15:24
**essex** 1:25 4:3
**et** 1:5,8 4:12
**eve** 8:13,14
**eventually** 16:18
**everybody** 16:21
  16:21,23 18:15,16
  19:10 24:25
**exact** 7:15
**examination** 5:1
**examined** 4:24
**exists** 24:14
**experience** 9:7
  10:12 16:8 24:12
**expires** 26:23
**explain** 7:7
**exposure** 9:10

**f**

**face** 18:3
**fact** 18:5 20:7
**fam** 20:4
**family** 6:22 10:4,4
  10:10 15:10 16:12

16:19 17:7 19:19
22:13 23:12
**family's** 18:14
20:4
**father** 6:4 7:24
**fbi** 23:1
**fear** 13:17
**february** 26:24
**feel** 11:11 14:3,16
15:7 17:18,20
18:12 21:8
**feeling** 12:13
**feelings** 19:3
**feels** 17:3
**felt** 11:25 12:2,8
13:21 14:3 15:15
17:12,12 18:14
19:14 24:5
**fifteen** 6:20
**fight** 22:1
**figure** 7:24 10:8
13:25 17:6
**figured** 10:21
**finally** 14:22
**financially** 22:21
26:14
**find** 8:25 16:24
19:23
**firm** 2:3
**first** 11:22 12:1
13:15 15:12 19:25
19:25
**five** 6:23
**floundering** 14:19
**fly** 8:18
**foley** 1:15 3:3 4:20
5:5,23,25 6:3,5,10
6:11,14,15,17 16:3
26:8
**follows** 4:24 23:18

**forced** 21:3 23:15
**forces** 7:5,8,12
23:20
**forever** 20:4,5
23:17
**forget** 20:11
**forgot** 13:8
**forth** 14:12 15:23
26:9
**forthcoming** 20:22
**forward** 16:15
**found** 9:25 17:11
**foundation** 16:4
**four** 6:17
**fractured** 16:12
**frame** 18:21
**france** 20:11
**friends** 10:5,6
20:12 23:10
**fully** 17:10
**further** 16:6,7
26:12

**g**

**g** 4:1
**games** 21:3
**geographical** 14:1
**geopolitical** 18:7
**getting** 19:24 24:2
**gift** 11:25
**gifts** 8:13
**give** 9:2 24:19
**given** 26:10
**giving** 13:5 15:25
**go** 8:12 9:15 10:14
11:21 14:16 16:18
17:19 18:2 20:16
23:22
**going** 8:18,19
10:10 11:13 12:4
14:8 15:8,9,12
21:10,11 22:20

**good** 11:3 13:9,10
13:11,13
**gosh** 6:10 17:22
21:4,9
**government** 14:5
14:19,24 16:17
23:3
**graduation** 9:3
**grateful** 24:13
**great** 21:1
**greatly** 24:25
**growing** 6:25 7:20
**guy** 12:3
**guys** 8:1,21

**h**

**half** 6:16,17 7:11
**hampshire** 5:9
**hand** 26:17
**happen** 10:23
**happened** 13:10
15:4 18:10
**happy** 13:6
**hard** 16:11 20:1
**harder** 13:25
**hate** 21:16
**head** 12:12
**healthier** 19:23
**heard** 13:14 16:21
**held** 10:7,15 16:5
16:10 17:10 24:24
**help** 14:13 24:23
**helped** 10:8 14:8
**hereinbefore** 26:9
**hereunto** 26:16
**hi** 5:3
**hold** 5:12
**holiday** 13:4
**holidays** 8:8
**home** 8:2,7,24
10:24 13:22 16:1
18:2 22:10

**honor** 19:9
**hope** 13:21
**horrific** 20:8
**hostage** 23:1
**hostages** 20:17,21
22:4 23:3
**hostile** 15:17
**human** 21:11,12
21:15
**hundred** 9:18

**i**

**ideal** 21:16
**identified** 4:22
**image** 18:6
**imagine** 21:11
**immediately** 17:4
17:16
**immensely** 23:5
**impacts** 19:14
**included** 20:5
**individually** 20:18
**inflicting** 21:12
**information** 10:9
14:1,21 15:2 23:4
**initial** 13:17
**initially** 11:5
16:13 19:17
**innocent** 19:4
**insomnia** 19:17
**intelligence** 15:16
15:20
**interest** 11:16
**interested** 26:14
**interviewed** 23:2,4
**introduce** 4:13
**intrusive** 18:15
**involved** 18:10
23:19
**involvement** 23:13
**ish** 7:11

**isis** 14:25
**itch** 12:14

**j**

**jabs** 13:5
**james** 5:23,25
**jim** 5:25 6:6,11,19
  6:21,24 7:16,19,22
  8:2,10 9:6,20
  10:24 12:19 13:1
  13:12,16 14:25
  16:9,24 20:7,17,19
  20:22,25 21:1
  22:1 23:10,14,22
  24:12,24
**jim's** 6:2,4 7:17
  11:1 14:5 17:20
  19:14 20:3,12
  22:14
**job** 22:24
**john** 6:5,15 16:15
  23:11,13,15,16
**john's** 23:17
**join** 7:4
**joined** 7:4,9
**joked** 7:21
**joking** 13:2
**journalist** 15:22
**jumpsuit** 18:4
**justice** 24:16

**k**

**kathryn** 1:15 3:3
  4:20 5:5 26:8
**katie** 4:11 5:3
**kelly** 1:24 26:5
**kids** 11:8
**killed** 16:25 18:9
  23:16 24:17
**kind** 7:21,24 8:3
  9:7,7 10:8,10,20
  10:23 11:8,12,13

13:4 14:11,19,22
  15:23,24 16:14,15
  22:18,19 24:5
**kinda** 13:5 16:20
**knew** 9:14 10:6,7
  12:17 13:22 17:9
  18:15,16
**know** 10:3,18 11:1
  11:5,15,21 12:3,4
  12:8,16 13:21
  14:21 15:3,5,5,19
  15:22 16:12,22
  18:9 21:24 22:6
  22:16 23:5,8,14
  24:7,7,17,18
**knowing** 13:10
  24:4
**kristen** 1:24 26:5

**l**

**l** 1:24 26:5
**lack** 11:17
**large** 11:17
**largely** 19:18
**lastly** 13:20
**late** 23:23
**law** 2:3
**lawyers** 24:14
**leads** 16:6
**learn** 20:7 22:25
**learned** 9:23 13:15
  15:7
**learning** 20:9 21:8
**leave** 7:12,16 10:3
**leaving** 17:6
**led** 16:3
**left** 7:14 17:2
**legal** 4:8
**lengths** 21:1
**levels** 20:22 21:14
**libya** 9:21 10:25
  12:1 13:11,23

**license** 4:23
**life** 9:10 20:13
  22:11,22 23:12
**liked** 12:21
**list** 6:8
**listen** 16:17,20
**literally** 9:17 19:2
**literature** 11:6
**little** 13:18 22:6,10
**live** 6:24 19:13
**lives** 15:15
**living** 8:11
**long** 11:1 13:20
  17:25 18:1 20:11
  21:5
**looked** 7:15
**lose** 17:3
**lot** 8:5,5,7 9:19
  11:25 22:16 23:9
**love** 10:15 21:10
**loved** 18:20
**lowest** 13:4
**lungs** 17:4

**m**

**mark** 6:17 23:19
  23:24
**massachusetts**
  1:16,25 4:3,23
  26:2,7
**master's** 5:16,18
  9:5
**match** 9:14
**matter** 4:11
**mean** 10:13 21:18
  21:25 24:13
**means** 21:15
**meant** 9:19
**media** 11:17
**meet** 8:19 20:16
  20:17,19

**members** 22:13
**memories** 8:9
**mental** 21:3
**mentor** 7:24 11:9
**message** 12:21
**messing** 13:2
**michael** 6:10,14
**microbiology** 10:1
**middle** 19:22
**mike** 6:10 10:19
  16:13,14 20:10
  23:8
**militarily** 15:13
**military** 9:10
  15:13 23:12,17
  24:3
**million** 10:17
**millions** 21:4
**minute** 8:10
**mom** 10:19 16:13
  22:20,23 23:4
**moment** 17:9
**monday** 1:17 4:4
**monetarily** 24:8
**money** 15:25
**months** 7:16 8:7
**morning** 8:14 13:2
  18:1
**mother** 6:2 14:4
  17:1
**moved** 23:23
**movie** 20:16
**movies** 18:25
**murder** 17:20

**n**

**n** 3:1 4:1
**name** 5:4 9:18
**named** 23:16
**names** 6:8
**navy** 7:9,14 9:13

**necessarily**  14:7
**need**  9:14 11:8,11
  12:3,14 13:11
**needed**  24:5
**needing**  20:24
**negotiate**  15:9
**neither**  26:12
**net**  12:15
**never**  23:14
**new**  5:9 12:15
  13:3 14:20
**nice**  8:8
**night**  18:1
**nine**  6:15,16
**north**  1:16 5:16
**notary**  26:6,20
**notes**  14:14
**nurse**  5:20,21 7:10
  9:11,14 13:3 14:9
  22:24
**nursing**  5:19 9:12
**nw**  2:5

**o**

**o**  4:1
**obligation**  24:3
**obviously**  10:18
  17:2 24:20
**occasion**  21:21
**occasionally**  21:21
**officer**  7:10
**officials**  14:5
**oh**  6:10,14 7:21
  9:6 17:22 21:4,9
**okay**  4:6 5:25 25:4
**older**  6:9,14,15,16
  6:17,19,20 7:19
  20:10
**oldest**  6:21
**opinion**  16:23
**opinions**  16:19

**opportunity**  8:24
  20:14
**orange**  18:3,25
  19:2,4,5,11 22:5,8
**order**  14:11
**outcome**  26:15
**overseas**  8:12

**p**

**p**  4:1
**p.c.**  2:3
**p.m.**  4:10 25:7
**painful**  18:17
**parents**  22:19
**part**  19:18 20:25
  23:8 24:23
**partially**  20:23,23
**particular**  20:21
**particulars**  24:1
**parties**  26:13
**passed**  9:12 18:20
**passionately**  21:16
**patrick**  6:10
**pause**  15:14
**paying**  16:5
**peel**  22:8
**peels**  22:6
**people**  12:2,17
  16:5,7,19 19:23
  21:22,23 23:21
  24:4,16
**period**  9:8
**perles**  2:3
**perleslaw.com**  2:8
**person**  12:25
  13:11 15:13 17:5
  18:9,13,21 19:4
  20:6
**personal**  23:17
**photo**  18:20
**physical**  19:14

**physically**  23:6
**picture**  18:8
**plaintiffs**  1:6 2:9
  4:16
**plans**  11:1 22:22
**play**  8:1
**played**  21:3
**please**  4:13,18 5:4
  5:6 6:8
**plenty**  21:7
**pm**  1:17 4:4
**point**  17:15 19:2
  23:22
**pole**  13:5
**policy**  23:1
**politics**  22:25
**poor**  19:4
**position**  19:21
**positions**  21:5
**possible**  17:8
**potentially**  15:17
**practitioner**  5:21
  14:10
**present**  2:24 9:2
**private**  18:13,14
**privileged**  24:21
**privy**  15:2
**probably**  8:13
  9:17 11:18 13:18
  17:23,24 19:23
  22:23
**process**  12:11
**production**  4:23
**professional**  5:20
  26:5
**project**  19:3
**projected**  21:22
**prosecute**  15:10
**protection**  12:16
**proud**  9:11

**proves**  16:4
**provider**  22:19
**psychologically**
  16:9
**public**  7:17 14:17
  16:18 17:21 26:6
  26:20
**punishment**  15:25
**put**  19:20,21 21:23

**q**

**question**  11:3
  12:12 21:14
**questions**  10:17
  15:11
**quickly**  13:12
**quit**  22:20,24
**quite**  16:12

**r**

**r**  4:1
**race**  19:8
**ransom**  16:5
**reaction**  13:17
**reading**  8:5
**real**  22:5
**realize**  13:9
**really**  8:4 9:11
  10:20,22 11:5
  16:11,14,22 20:1
**reason**  10:24
  15:16,22 20:14
  23:15
**reasons**  14:2 15:24
**record**  4:7,14 5:4
  25:5 26:10
**recross**  3:2
**redirect**  3:2
**reflecting**  17:22
**regarding**  14:17
**registered**  26:5

**reins** 10:21
**related** 23:24
  26:12
**relation** 6:11
  19:19
**relationship** 8:22
**release** 14:25
  20:24
**released** 23:3
**remember** 9:20
  18:1 21:6 22:3
**reminder** 22:9
**remote** 2:1 4:10
**remotely** 1:16,25
  4:3,22
**reported** 1:24 4:3
**reporter** 4:18 26:6
**reporting** 11:12
  12:5
**republic** 1:8 4:12
**requires** 14:12
**rescue** 15:8 23:22
**research** 11:12
  16:3
**respect** 15:18
**responded** 13:13
**rest** 11:19
**result** 7:17
**results** 14:20
**retirement** 22:20
  22:22
**ridiculous** 16:1
**riding** 9:8
**right** 7:10 9:6 11:8
  18:21 21:13,15
  22:8,22 23:12,16
  24:22 25:2
**rpr** 1:24
**run** 8:3,4 19:10

**s**

**s** 4:1
**sadness** 13:18
**safely** 13:20
**safety** 12:15
**sake** 24:25
**satisfactorily** 4:22
**saying** 22:4
**scared** 10:18
**scenario** 13:25
**scenes** 15:4
**school** 7:2 8:18
**scraps** 22:1
**screen** 18:4
**second** 12:10
**secondary** 5:12
**secure** 14:25
**see** 9:1 17:13,14
  18:17,20,21,23,25
**seeing** 18:3,19
**selfishness** 13:18
**semblance** 24:15
**set** 25:3 26:9,16
**share** 8:5 20:20
  24:11
**shawn** 2:25 4:7
  25:2
**shopping** 8:11,12
**shown** 17:25
**siblings** 6:6
**signature** 26:18
**signed** 13:12
**silly** 21:22
**similar** 12:13
**similarly** 20:15
**simmons** 5:15
**simpson** 1:15 3:3
  4:11,20 5:5 26:8
**single** 12:3 18:4
  20:5 21:18

**sister** 5:23 8:22
**skype** 12:19,21
**sleeping** 19:15
**slowly** 10:9
**small** 24:15
**sole** 22:19
**solutions** 4:8
**son** 15:25
**sorry** 12:11
**sotloff** 1:5 4:12
**sought** 8:23 11:6
**speak** 20:15
**speaking** 4:7
**spearheaded**
  10:20 16:14
**special** 8:9 9:14
  23:20
**specifically** 11:8
**spend** 8:6
**sports** 8:1
**ss** 26:3
**stagnant** 12:8
**stand** 19:2 24:4
**started** 9:9 11:11
  20:12
**starting** 22:16
**starvation** 21:2
**state** 5:4,6 22:25
**states** 1:1 5:10 7:9
  12:15
**stateside** 8:25
**stay** 21:5
**step** 10:2
**stepped** 16:15
**stop** 14:10
**stories** 11:14,18
  20:19
**stream** 11:17
**stress** 19:20 20:2
**stressed** 21:5

**stressors** 20:25
**struggle** 19:17
**struggled** 15:23
**stuff** 20:20
**subjected** 20:8
**subsequent** 18:10
**suck** 22:5,7
**suffer** 21:17
**suffered** 21:18
**sufficient** 15:16
**suffolk** 26:3
**suggested** 19:11
**suite** 2:5
**support** 10:22
**sure** 7:9 9:25
  12:25 16:21 19:13
  19:18 22:21
**surround** 10:5
**survived** 12:1
  13:23
**survivor's** 11:25
**swear** 4:18
**switzerland** 16:20
**sworn** 4:24 26:9
**syria** 11:21 12:10
  12:19 13:16
**syrian** 1:8 4:12
  24:19

**t**

**take** 4:10 14:11,22
  24:18
**takeaway** 19:7
**taken** 13:1 16:7
  22:24 24:17
**talk** 10:8 23:1
**taste** 22:9
**teach** 11:7
**teaching** 11:7,15
**tell** 10:10,14
**telling** 20:24 22:4

**term** 11:1
**terrifying** 10:13
**testified** 4:24
**testimony** 26:10
**texted** 10:7
**thank** 5:3,22 7:18
**thanksgiving** 13:2
  13:7
**thing** 8:3 17:8
  18:10,19 19:6
  21:23
**things** 15:3,4
  16:14 19:24 21:5
  22:6,10,18 24:23
**think** 9:4 10:1
  11:4,5,6,11,13,18
  11:24 13:15,17,20
  13:24 14:21,24
  15:6,12,13,14 16:1
  16:11,13 17:4,22
  17:22,23,24 18:13
  18:24 19:1,17
  20:18,19,24,25
  21:20 22:3,11,15
  22:18 23:9,11
  24:7,8,23,24
**thinking** 21:10
**three** 7:11,11
**time** 4:10 8:7,7 9:1
  9:8 10:19 11:22
  12:10,22 13:20
  14:10,12,18,21
  17:2,23 18:7 22:2
  23:20 25:4
**tjk** 1:3
**today** 5:4 16:3
**today's** 4:9
**told** 11:16 14:20
  19:1 21:1
**torture** 20:8,22
  21:11

**tortured** 10:16
  21:2
**totem** 13:5
**trajectory** 11:19
**traumatic** 17:24
**travel** 18:2 23:2
**traveling** 10:7
**treat** 22:5,8
**tremendously**
  23:11
**trial** 24:21
**tried** 15:9 16:23
**trips** 14:9,13
**trouble** 19:15
**true** 15:20 16:4
  17:12 26:10
**try** 15:18 23:22
  24:15
**trying** 9:4 12:11
  18:2
**tv** 18:4
**two** 15:11,24

**u**

**u.s.** 14:24
**ultimately** 18:22
**uncle** 7:22
**uniforms** 9:15
**unit** 23:20
**united** 1:1 5:10 7:9
  12:15
**university** 5:16
**usually** 8:19

**v**

**v** 1:7
**veritext** 4:8
**versa** 13:7 20:18
**vice** 13:7 20:18
**video** 4:11 12:21
  17:13 23:13

**videographer** 2:25
  4:6,7,17 25:4
**vincent** 6:17
**viscerally** 17:10
**visit** 8:16
**voice** 11:9
**vs** 4:12

**w**

**want** 6:11,13
  15:18 20:15 24:11
  24:24
**wanted** 20:18,20
**wanting** 15:21
**washington** 1:2
  2:6
**watch** 9:5,14,16
  9:17,19 21:17
**watched** 21:4
**waterboarding**
  21:2
**way** 10:21 12:20
  14:23
**ways** 18:14 19:23
  24:9,14
**we've** 24:8
**wear** 19:5
**wears** 19:4
**week** 18:5,5,6
**went** 7:2 8:2 9:18
  12:10 13:19 20:11
  20:14,16 23:22
**whereof** 26:16
**whichever** 6:13
**wished** 13:6
**witness** 4:18 26:8
  26:11,16
**wolfeboro** 5:9
**work** 13:4,12 17:5
**working** 14:11
  17:2

**workout** 8:4
**world** 11:13 21:23
  22:7 24:15
**worried** 10:18
**worsened** 22:18
**worst** 17:7
**wrapping** 8:13

**x**

**x** 3:1

**y**

**yeah** 8:2,17,23
  11:23,24,24 12:20
  15:11 19:1,12
  20:5,10 22:12
**year** 7:15 9:16
  13:21 19:8,10
  20:1 21:1
**years** 6:14,15,16
  6:17,20 7:11 20:1
**young** 12:3
**younger** 6:8 7:1

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.



DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.