# Exhibit K



# THE CENTER FOR
# FORENSIC ECONOMIC STUDIES
### Economic & Statistical Analysis

CFES@CFES.COM   WWW.CFES.COM

> EXPERT ANALYSIS AND TESTIMONY SINCE 1980

**Reply to Philadelphia Office**

Chad L. Staller, J.D., MBA, MAC, CVA
*President*

James Markham, Ph.D., J.D., CPCU
*Senior Economist*

Bernard F. Lentz, Ph.D.
*Senior Economist*

David R. Adams
*Senior Economist*

Stephen M. Dripps, M. Fin., CVA
*Senior Economist / Manager*

Brian Conley
*Senior Economist*

Adam Gilham
*Economist*

June 22, 2021

Josh Perles, Esquire
Perles Law Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, D.C. 20036

Re:     *The Estate of Steven Sotloff v. Syrian Arab Republic*

Dear Mr. Perles:

At your request, we assess the economic loss as a result of the death of Steven Sotloff on September 2, 2014.  We reserve the right to amend this report upon receipt of any additional relevant information.

## I.     DOCUMENTS RELIED UPON

- Complaint
- Biographical Data Sheet of Steven Sotloff

Any additional documents used in preparation of this report, such as professional and governmental publications, are fully cited herein.

This report has been prepared for the use of counsel in the instant matter.  Given the personal, financial and/or medical information contained herein, any transmission, copy, or utilization of this report or material contained herein is strictly prohibited without the written consent of the Center for Forensic Economic Studies.

## II.   BACKGROUND

Steven Sotloff was born on May 11, 1983.[1]  At the time of his death, he was 31.3 years of age and employed as a Freelance Journalist.[2]  Prior to Mr. Sotloff's kidnapping on August 4, 2013; he was offered a 30-month contract as a Middle East Correspondent with the Los Angeles Times.[3]  Mr. Sotloff previously worked for outlets such as The Jerusalem Post, Time Magazine, The Christian Science Monitor, The National Interest, World Affairs, Foreign Policy, CNN, and Fox News.[4]  It has been expressed to us that Mr. Sotloff was strongly considering transitioning to employment as an Editor.

Mr. Sotloff completed a college degree in Government Studies and Counter-Terrorism from the Interdisciplinary Center Herzilya.[5]  Mr. Sotloff also studied Arabic at Qatar University.[6]  Mr. Sotloff was single at the time of his death and was a citizen of the United States of America.[7]

## III.   WORKLIFE AND LIFE EXPECTANCY

We offer two worklife estimates.  In our first estimate we adjust earnings to account for statistical worklife data.  Mr. Sotloff's statistical worklife expectancy was 32.3 additional years, equivalent to continuous worklife to age 63.6, based on his age and level of education on the date of his death.[8]  In our second estimate, we assume continuous worklife of 35.7 additional years to age 67.0, Mr. Sotloff's Social Security retirement age.[9]

Mr. Sotloff's statistical life expectancy, calculated from his age on the date of his death, was to age 77.8 in the year 2061.[10]

---

[1] Biographical Data Sheet of Steven Sotloff
[2] Biographical Data Sheet of Steven Sotloff
[3] Biographical Data Sheet of Steven Sotloff
[4] Biographical Data Sheet of Steven Sotloff
[5] Biographical Data Sheet of Steven Sotloff
[6] Biographical Data Sheet of Steven Sotloff
[7] Biographical Data Sheet of Steven Sotloff
[8] Skoog, Ciecka and Krueger.  *The Markov Process Model of Labor Force Activity 2012-17: Extended Tables of Central Tendency, Shape Percentile Points, and Bootstrap Standard Errors*.  Journal of Forensic Economics 28(1), 2019, pp. 15-108.
[9] http://www.ssa.gov/pubs/ageincrease.htm.
[10] Arias E, Xu, JQ. *United States Life Tables, 2017. National vital statistics reports; vol 68 no 7*.  Hyattsville, MD: National Center for Health Statistics, 2019.

## IV.   LOST EARNINGS

To estimate Mr. Sotloff's lost earnings, we employ annual earnings data for News Analysts, Reporters and Journalists, and Editors in the United States.[11]

We utilize average annual earnings for News Analysts, Reporters and Journalists, and Editors, $66,000 to estimate Mr. Sotloff's earnings as of August 4, 2013, the date of his kidnapping.  We then assume Mr. Sotloff would transition to employment as an Editor, with average annual earnings of $73,910, as of January 1, 2014.  We further assume Mr. Sotloff's annual earnings would linearly progress to 75th percentile annual earnings for Editors, $89,530, by January 1, 2023, the year in which Mr. Sotloff would turn 40 years old (9 year period).

## V.   EARNINGS GROWTH

### 1.  Past Growth

To estimate earnings growth from 2012 to the present, we rely on the annual change in average hourly earnings for workers in the private, non-farm sector of the economy.[12]

### 2.  Future Growth

Future earnings growth is estimated to be 2.87% per year.  This rate represents the average annual rate of change in average hourly earnings for workers in the private, non-farm sector of the economy from 2000 to 2020.[13]

## VI.   TAXES

Federal and state taxes are calculated and deducted using Federal and average state tax rates across the United States.  In calculating Mr. Sotloff's income taxes, we assume that he would file as single through 2050.  The tax rates applied to Mr. Sotloff's earnings range from 14.8% to 18.0%.[14]

---

[11] *Occupational Employment Statistics*, U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/oes/home.htm
[12] U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/data, Series ID: CEU0500000008 2012-13: 2.03%, 2013-14: 2.33%, 2014-15: 2.09%, 2015-16: 2.38%, 2016-17: 2.42%, 2017-18: 2.99%, 2018-19: 3.52%, 2019-21: 4.93% per annum
[13] U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/data, Series ID: CEU0500000008
[14] http://www.taxformcalculator.com/

## VII.   PERSONAL MAINTENANCE EXPENDITURES

In our analysis, we reduce our estimate of lost earnings in order to reflect the expenditures which Mr. Sotloff would have incurred for his personal maintenance.  Studies of personal consumption show that the percentage of income allocated to such expenditures depends on household size and income level.  Using data from the *2017-18 Consumer Expenditure Survey* (CEX), we deduct between 58.5% and 66.6% from annual earnings, following Mr. Sotloff's death, to account for these expenditures.[15]

## VIII.  PRESENT VALUE

Future values are discounted to their present value in recognition that a lump sum will be awarded in the present year and the recipient will be able to invest this principal amount received.  We also recognize that in addition to the principal amount received, a substantial portion of the interest received in the years following the award will be reinvested.

In calculating present value, a distinction is made between the rate of return on the principal and that received on the reinvested interest.  The average yield on high-grade Municipal Bonds between June 2020 and May 2021, 1.88%, was used to estimate the return on the principal investment.[16]  The average yield on these bonds from 2001 to 2020, 4.04% per year, was used to estimate the return on the reinvested interest.[17]

## IX.   TABLES

Tables 1 and 2 show lost earnings net of personal maintenance and taxes assuming average annual earnings for News Analysts, Reporters, and Journalists, $66,000, transitioning to average Editor employment and earnings, $73,910, by January 1, 2014, linear progression to 75th percentile Editor earnings, $89,530, by January 1, 2023, and worklife to age 63.6 and 67.0, respectively.

---

[15] U.S. Department of Labor, Bureau of Labor Statistics. http://www.bls.gov/cex/
[16] *Economic Indicators,* May 2021; https://www.govinfo.gov/app/collection/econi
[17] *Economic Report of the President,* January 2021, Table B-42:
https://www.govinfo.gov/content/pkg/ERP-2021/pdf/ERP-2021.pdf

## X.    SUMMARY

As outlined in the attached Summary Table, the total economic loss ranges from $775,236 to $860,355.  It should be noted that our estimates of economic loss do not include the value of Mr. Sotloff's pain and suffering, or any additional elements of non-economic damages.

Please do not hesitate to contact us if you have further questions.

All relevant documents as required by F.R.C.P. 26(a)(2)(B) are attached hereto as Appendix A.

Sincerely,

The Center for Forensic Economic Studies

Chad L. Staller, JD, MBA, MAC, CVA


Stephen M. Dripps, M.Fin., CVA

| Summary Table<br>Steven Sotloff<br>Economic Loss | | |
| --- | --- | --- |
| **Worklife** | **63.6** | **67.0** |
| Lost Earnings | 3,167,981 | 3,530,644 |
|   Less: | | |
| Personal Maintenance | (1,831,563) | (2,043,797) |
| Taxes | (561,182) | (626,491) |
| **Net Economic Loss** | **775,236** | **860,355** |

**Table 1: Sotloff Lost Earning Capacity Net of Personal Maintenance and Taxes Assuming Average Annual Earnings for News Analysts, Reporters, and Journalists, $66,000, Transition to Average Editor Employment by January 1, 2014, $73,910 Annual Earnings, Linear Progression to 75th Percentile Editor Annual Earnings, $89,530, by January 1, 2023, and Worklife to Age 63.6**

| Year | Age | Lost Earnings | Personal Maintenance | Taxes | Net Annual Loss |
|------|-----|---------------|----------------------|-------|-----------------|
| 2013 | 30 | 22,081 | - | (3,270) | 18,811 |
| 2014 | 31 | 61,716 | (12,931) | (9,842) | 38,943 |
| 2015 | 32 | 64,486 | (40,542) | (10,284) | 13,661 |
| 2016 | 33 | 67,535 | (42,051) | (10,770) | 14,714 |
| 2017 | 34 | 70,721 | (43,621) | (11,278) | 15,822 |
| 2018 | 35 | 74,433 | (45,489) | (11,870) | 17,074 |
| 2019 | 36 | 78,707 | (47,669) | (12,552) | 18,487 |
| 2020 | 37 | 84,323 | (50,621) | (15,185) | 18,518 |
| 2021 | 38 | 90,302 | (53,742) | (16,262) | 20,298 |
| 2022 | 39 | 93,018 | (54,890) | (16,751) | 21,377 |
| 2023 | 40 | 95,741 | (56,029) | (17,241) | 22,471 |
| 2024 | 41 | 96,596 | (56,529) | (17,395) | 22,672 |
| 2025 | 42 | 97,420 | (57,011) | (17,544) | 22,865 |
| 2026 | 43 | 98,212 | (57,475) | (17,686) | 23,051 |
| 2027 | 44 | 98,973 | (57,920) | (17,823) | 23,229 |
| 2028 | 45 | 99,700 | (58,346) | (17,954) | 23,400 |
| 2029 | 46 | 100,393 | (58,751) | (18,079) | 23,563 |
| 2030 | 47 | 101,052 | (59,137) | (18,198) | 23,718 |
| 2031 | 48 | 101,676 | (59,502) | (18,310) | 23,864 |
| 2032 | 49 | 102,264 | (59,846) | (18,416) | 24,002 |
| 2033 | 50 | 102,816 | (60,169) | (18,515) | 24,132 |
| 2034 | 51 | 103,332 | (60,471) | (18,608) | 24,253 |
| 2035 | 52 | 103,811 | (60,751) | (18,694) | 24,365 |
| 2036 | 53 | 104,253 | (61,010) | (18,774) | 24,469 |
| 2037 | 54 | 104,658 | (61,247) | (18,847) | 24,564 |
| 2038 | 55 | 105,025 | (61,462) | (18,913) | 24,650 |
| 2039 | 56 | 105,356 | (61,656) | (18,973) | 24,728 |
| 2040 | 57 | 105,649 | (61,827) | (19,025) | 24,796 |
| 2041 | 58 | 105,905 | (61,977) | (19,072) | 24,857 |
| 2042 | 59 | 106,125 | (62,106) | (19,111) | 24,908 |
| 2043 | 60 | 106,308 | (62,213) | (19,144) | 24,951 |
| 2044 | 61 | 106,454 | (62,298) | (19,170) | 24,985 |
| 2045 | 62 | 106,565 | (62,363) | (19,190) | 25,011 |
| 2046 | 63 | 102,374 | (59,911) | (18,436) | 24,028 |
| **Summary - Table 1** | | | | | |
| **Past Loss (2013-2021)** | | 614,306 | (336,666) | (101,312) | 176,328 |
| **Future Loss (2022-2046)** | | 2,553,675 | (1,494,897) | (459,870) | 598,908 |
| **Total Loss** | | 3,167,981 | (1,831,563) | (561,182) | **775,236** |

7

**Table 2: Sotloff Lost Earning Capacity Net of Personal Maintenance and Taxes Assuming Average Annual Earnings for News Analysts, Reporters, and Journalists, $66,000, Transition to Average Editor Employment by January 1, 2014, $73,910 Annual Earnings, Linear Progression to 75th Percentile Editor Annual Earnings, $89,530, by January 1, 2023, and Worklife to Age 67.0**

| Year | Age | Lost Earnings | Personal Maintenance | Taxes | Net Annual Loss |
|------|-----|---------------|----------------------|-------|-----------------|
| 2013 | 30 | 22,081 | - | (3,270) | 18,811 |
| 2014 | 31 | 61,716 | (12,931) | (9,842) | 38,943 |
| 2015 | 32 | 64,486 | (40,542) | (10,284) | 13,661 |
| 2016 | 33 | 67,535 | (42,051) | (10,770) | 14,714 |
| 2017 | 34 | 70,721 | (43,621) | (11,278) | 15,822 |
| 2018 | 35 | 74,433 | (45,489) | (11,870) | 17,074 |
| 2019 | 36 | 78,707 | (47,669) | (12,552) | 18,487 |
| 2020 | 37 | 84,323 | (50,621) | (15,185) | 18,518 |
| 2021 | 38 | 90,302 | (53,742) | (16,262) | 20,298 |
| 2022 | 39 | 93,018 | (54,890) | (16,751) | 21,377 |
| 2023 | 40 | 95,741 | (56,029) | (17,241) | 22,471 |
| 2024 | 41 | 96,596 | (56,529) | (17,395) | 22,672 |
| 2025 | 42 | 97,420 | (57,011) | (17,544) | 22,865 |
| 2026 | 43 | 98,212 | (57,475) | (17,686) | 23,051 |
| 2027 | 44 | 98,973 | (57,920) | (17,823) | 23,229 |
| 2028 | 45 | 99,700 | (58,346) | (17,954) | 23,400 |
| 2029 | 46 | 100,393 | (58,751) | (18,079) | 23,563 |
| 2030 | 47 | 101,052 | (59,137) | (18,198) | 23,718 |
| 2031 | 48 | 101,676 | (59,502) | (18,310) | 23,864 |
| 2032 | 49 | 102,264 | (59,846) | (18,416) | 24,002 |
| 2033 | 50 | 102,816 | (60,169) | (18,515) | 24,132 |
| 2034 | 51 | 103,332 | (60,471) | (18,608) | 24,253 |
| 2035 | 52 | 103,811 | (60,751) | (18,694) | 24,365 |
| 2036 | 53 | 104,253 | (61,010) | (18,774) | 24,469 |
| 2037 | 54 | 104,658 | (61,247) | (18,847) | 24,564 |
| 2038 | 55 | 105,025 | (61,462) | (18,913) | 24,650 |
| 2039 | 56 | 105,356 | (61,656) | (18,973) | 24,728 |
| 2040 | 57 | 105,649 | (61,827) | (19,025) | 24,796 |
| 2041 | 58 | 105,905 | (61,977) | (19,072) | 24,857 |
| 2042 | 59 | 106,125 | (62,106) | (19,111) | 24,908 |
| 2043 | 60 | 106,308 | (62,213) | (19,144) | 24,951 |
| 2044 | 61 | 106,454 | (62,298) | (19,170) | 24,985 |
| 2045 | 62 | 106,565 | (62,363) | (19,190) | 25,011 |
| 2046 | 63 | 106,640 | (62,407) | (19,204) | 25,029 |
| 2047 | 64 | 106,680 | (62,430) | (19,211) | 25,038 |
| 2048 | 65 | 106,685 | (62,434) | (19,212) | 25,040 |
| 2049 | 66 | 106,657 | (62,417) | (19,207) | 25,033 |
| 2050 | 67 | 38,374 | (22,457) | (6,911) | 9,007 |
| **Summary - Table 2** | | | | | |
| **Past Loss (2013-2021)** | | 614,306 | (336,666) | (101,312) | 176,328 |
| **Future Loss (2022-2050)** | | 2,916,338 | (1,707,132) | (525,179) | 684,027 |
| **Total Loss** | | 3,530,644 | (2,043,797) | (626,491) | **860,355** |

8

# Appendix A

# THE CENTER FOR
# FORENSIC ECONOMIC STUDIES

1608 Walnut Street - Suite 801, Philadelphia, Pennsylvania 19103 - (215) 546-5600 - FAX (215) 732-8158
E-Mail Address: cfes@cfes.com

June 22, 2021

Josh Perles, Esquire
Perles Law Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036

Re: Estate Steven Sotloff v. Syrian Arab Repulic
Our File # 3842

Dear Mr. Perles:

Our compensation rates for professional time and testimony are listed below:

| | |
|---|---|
| Professional time (Hourly) | $ 335 |
| Testimony/Deposition (Half Day Session) | $ 2500 |
| Expenses | As Incurred |

We have not yet totaled the time invested in this matter. When that calculation is made we will then forward the total to you.

Sincerely,

The Center for Forensic Economic Studies

Chad L. Staller, J.D., M.B.A., M.A.C.
President

CLS/da



### THE CENTER FOR
## FORENSIC ECONOMIC STUDIES
Research ■ Analysis ■ Litigation Support

1608 Walnut Street, Suite 801
Philadelphia, Pennsylvania 19103



## Chad Staller, J.D., M.B.A., M.A.C, C.V.A
### President, Senior Economist
800.966.6099 | 215.546.5600 | fax 215.732.8158
cstaller@cfes.com

**Chad L. Staller** is president of the Center for Forensic Economic Studies. He has extensive experience working with both plaintiff and defense counsel in a wide variety of civil matters, quantifying loss sustained by many types of plaintiffs, including union members, state and federal employees, business owners and injured children. He regularly analyzes claims brought in employment-discrimination matters, quantifying back-pay damages, front-pay damages and lost benefits, and also frequently consults on commercial matters, analyzing lost-profit and business-interruption claims. In addition to Mr. Staller's litigation practice, Mr. Staller consults with clients in non-litigation matters related to labor-union negotiations, business valuations, and cost-benefit assessments.

He serves on the faculty of Temple University's Beasley School of Law LL.M. in Trial Advocacy program and lectures regularly at Villanova University School of Law and Drexel University's Thomas R. Kline School of Law. Mr. Staller is a certified instructor through the National Institute of Trial Advocacy where he lectures to practicing lawyers in the area of forensic economics. He frequently presents seminars and speaks on forensic-economic topics at law firms, accounting continuing education seminars, and before professional organizations.

He received his Master of Business Administration, *with honors*, from the Fox School of Business and Management at Temple University. Mr. Staller also received his Juris Doctorate, *with honors*, from the Beasley School of Law at Temple University and his Master of Accountancy from Villanova University. He holds a C.V.A. through the National Association of Certified Valuation Analysts.

## Professional Organizations & Affiliations

- American Economic Association
- National Association of Forensic Economics
- American Bar Association
- American Academy of Economic and Financial Experts

## Awards and Honors

- 2014 Honoree as a "Top 40 Under 40" for work as an Economic Damages Expert by NACVA and CTI.
- Winner of The Legal Intelligencer's "Best Of" Survey 2010-2018 Forensic Economist.

### Accreditation

Certified Valuation Analyst (C.V.A.) by the National Association of Certified Valuation Analysts, 2007.

Certified Instructor by the National Institute of Trial Advocacy (NITA), 2013.

### Education

Villanova University, Master of Accountancy, 2006.

Temple University, Fox School of Business & Management, Master of Business Administration, Certificate of Academic Excellence, Concentration in Business Administration, 2005.

Temple University's James E. Beasley School of Law, Juris Doctorate, Cum Laude, 2001.

Lehigh University, Bachelor of Science in Business and Economics, 1998.

THE CENTER FOR
## FORENSIC ECONOMIC STUDIES
Research   ■   Analysis   ■   Litigation Support

1608 Walnut Street, Suite 801
Philadelphia, Pennsylvania 19103

## Professional Background

President and Senior Economist, the Center for Forensic Economic Studies, Philadelphia, Pennsylvania, concentrating on the analysis of, and testimony on, commercial damages (lost profits), personal-injury and wrongful-death damages and damages and liability in labor and employment matters (including FINRA arbitrations). July 2005 - present.

Law practice representing a wide range of clients, including major trucking companies and insurance firms. Served as lead attorney in many types of civil matters, including personal injury, product liability, premises liability, breach of contract, contract interpretation and trademark filings before the United States Trademark Office.

Law Clerk to Judge S. Michael Pincus, Circuit Court for Montgomery County, Maryland.

Research Assistant, Lehigh Valley Economic Development Corporation, Allentown, Pennsylvania. Developed a wage-analysis study showing which industries would be best suited to the Lehigh Valley region.

## Selected Engagements

### Commercial Disputes

- Evaluated economic loss relating to an alleged breach of contract involving a startup UPS franchise.
- Evaluated economic loss to a limousine company resulting from the destruction of a portion of its fleet.
- Evaluated economic loss relating to crop damage sustained by a commercial farm as a result of a housing developer's conduct.
- Evaluated economic loss sustained by real property owner as a result of a property manager's conduct.
- Evaluated economic loss stemming from an alleged breach of an employment contract with a medical practice.
- Evaluated economic loss sustained by a commercial property owner as a result of an alleged breach of contract.
- Evaluated economic loss sustained by an airline services company as a result an alleged breach of contract with the prior owner.
- Evaluated economic loss resulting from a disputed business acquisition of an emergency-response firm.
- Performed a valuation of a controlling interest in an insurance-claims processor.
- Performed a valuation of a controlling interest in a coin-operated laundry.
- Evaluated economic loss to many other types of businesses, including:
  - Photo finishers
  - Information technologists
  - Funeral homes
  - Dry cleaners
  - Grocers
  - Medical practices
  - Cable TV services
  - Interpreters



THE CENTER FOR
## FORENSIC ECONOMIC STUDIES
Research   ■   Analysis   ■   Litigation Support

1608 Walnut Street, Suite 801
Philadelphia, Pennsylvania 19103

## Personal Injury and Wrongful Death Matters

Calculated economic loss to individuals in a variety of occupations, including but not limited to:

- Accountants
- Children with projected lost future earnings
- Construction workers
- Doctors, nurses and other medical professionals
- Financial advisors (including FINRA Arbitrations)
- Homemakers
- Information technologists
- Lawyers
- Mechanics
- Pilots
- Police officers
- Retirees
- Sales representatives
- Teachers
- Union members
  (ironworkers, carpenters, steamfitters, electrical workers, laborers and painters)

## Publications

- "What's It Worth? Best Practices in Defending Economic Damages in the Catastrophic Accident." (with Matthew Keris), Litigation Management Magazine, Fall 2012.
- "Without a Floor There is Only a Ceiling." Counter Point, Pennsylvania Defense Institute, August 2012.
- "PA Courts Make the Case for Detailed Damages Arguments," New Jersey Law Journal, May 23, 2012.
- "PA Courts Make the Case for Detailed Damages Arguments," Pennsylvania Law Weekly, May 8, 2012.
- "Personal Injury Damages Road Map," US Law Magazine Spring/Summer 2012.
- "Is It Finally Time to Challenge Kaczkowski," Counterpoint (the Pennsylvania Defense Institute), October 2011.
- "Goodbye Kaczkowski? A Recent Ruling Reopens the Door to Debate," The Pennsylvania Law Weekly, May 20, 2011.
- "Practice Tip: Lost Earning Capacity of Undocumented Workers," Product Liability Law & Strategy, May 2011.
- "The Basics of Pension Damages," Product Liability Law & Strategy, October 2010.
- "Hedonic Damages Update," Product Liability Law & Strategy, February 2010.
- "A Tax Break for Plaintiffs Raises Interesting Issues," Employment Law Strategist, November 2009 (With Stephen M. Dripps).
- "An Economist Defends Against Punitive Damages," Product Liability Law & Strategy, December 2008.
- "Determining Damages in the Keystone State," At Issue, Young Lawyers Division of the Pennsylvania Bar Association, Winter 2008.
- "Determining Damages to Entrepreneurs," Product Liability Law & Strategy, February 2008.
- "The Earning Capacity of Business Owners," Product Liability Law & Strategy, November 2007.
- "Economic Damages 101," The Sidebar: The New Lawyers Division Newsletter, American Association for Justice, Fall 2007.
- "Sixth Circuit Rules on Privilege in Two Cases," Product Liability Law & Strategy, April 2007.

THE CENTER FOR
**FORENSIC ECONOMIC STUDIES**
Research ■ Analysis ■ Litigation Support

1608 Walnut Street, Suite 801
Philadelphia, Pennsylvania 19103

## Faculty/Lectures

- Temple University's Beasley School of Law LL.M. in Trial Advocacy program, 2007 - present
- Rutgers Institute for Professional Education, 2011- present
- Villanova University School of Law, 2005 - present
- Drexel University's Thomas R. Kline School of Law Trial Advocacy Program, 2012 - present
- University of Pennsylvania, Organizational Dynamics Exchange Network, Graduate Division of Arts & Sciences, November 2011
- University of Baltimore School of Law, October 2013, November 2010
- Mid Atlantic Council Institute of Management Accountants, November 2015, Exton, Pennsylvania
- Main Line Association for Continuing Education, "MACE" Accounting, Malvern, PA March 2014
- American Association of Nurse Life Care Planners, Philadelphia PA, November 2013
- American Rehabilitation Economics Association, June 2016
- Pennsylvania Defense Institute, Annual Conference, July 2013
- Philadelphia Bar Association, Medical Legal Committee Meeting, February 2013
- National Business Institute, Philadelphia, Pennsylvania, December 2007, 2008 & 2010
- National Business Institute, Philadelphia, Pennsylvania, November 2013
- National Business Institute, Philadelphia, Pennsylvania, February 2015
- Council on Litigation Management:  Orlando, FL, March 2019, Orlando, FL, April 2016, Boca Raton, FL, April 2014, Boston, MA, July 2013, San Antonio, TX, April 2013, Nashville, TN, November 2012, Washington, DC, May 2012, Philadelphia, PA, October 2011, Milwaukee, WI, June 2011, New Orleans, LA, March 2011, Jacksonville, FL, March 2010
- Defense Research Institute (DRI), Civil Rights and Governmental Tort Liability Seminar, Miami Beach, February 2012
- Ballard Spahr, Philadelphia, Pennsylvania, May 2010, May 2012, May 2014
- Cozen O'Connor Trial Academy (COTA), Philadelphia, Pennsylvania, June 2009, June 2011, June 2013 and June 2015
- PIAA, November 2015, New Orleans, Louisiana
- US Attorney's Office, Newark, New Jersey, December 2010
- Sunoco, Philadelphia, December 2010
- Middlesex Community College paralegal program, Middlesex, New Jersey, November 2008
- New York City Law Department, New York, New York, 2008
- Defense  Research Institute (DRI), Defending Trucking Litigation, A Primer for Young Lawyers, Chicago Illinois, June 2015
- "The Art and Science of Economic Damages" ALM Litigation Summit, Philadelphia Pennsylvania September 2016
- Defense Trial Counsel of Indiana, "Economic Damages in the Catastrophic Injury Case"French Lick Indiana, November 2017
- Main Line Accounting Association for Continuing Education, "10 Commandments of an Accounting Expert Witness" Malvern, PA December 2017
- Pennsylvania Bar Institute, Employment Law Institute, "Getting Real on Economic Damages", April 2018
- Golkow Continuing Education Program, "Economic Damages In the Catastrophic Injury Case", Philadelphia, PA November 2017
- Golkow Continuing Education Program, "Economic Damages In the Catastrophic Injury Case",  Cherry Hill, NJ March 2018
- Markel Insurance Continuing Education Program, "Economic Damages In the Catastrophic Injury Case", Red Bank, NJ April 2018
- Cozen O'Connor Deposition Training Academy, Philadelphia, PA, June 2018.
- PASHRM, "Economic Damages In the Catastrophic Injury Case", Blue Bell, PA September 2018
- Joint North-South Jersey Inn of Court Meeting, "Economic Experts in Employment Cases", Kenilworth, NJ, January 2019
- Southern Economic Association 89th Annual Conference, National Association of Forensic Economics division, Tax Gross-Ups in Employment Litigation: A NJ Case Study, Ft. Lauderdale FL, November 2019
- National Business Institute, Philadelphia, PA, April 2020
- The Expert and the Daubert/Frye Hearing, The American Academy of Economic and Financial Experts Annual Meeting, April 2021.

THE CENTER FOR
**FORENSIC ECONOMIC STUDIES**
Research  ■  Analysis  ■  Litigation Support

1608 Walnut Street, Suite 801
Philadelphia, Pennsylvania 19103

## Testimony

**Federal Court:**
District of Columbia, District of New Jersey, Eastern District of Pennsylvania, Middle District of Pennsylvania, Southern District of New York, District of Delaware, Eastern District of New York, District of Maryland

**State Court:**
Delaware, District of Columbia, Florida, Illinois, Maryland, Massachusetts, Missouri, New Hampshire, New Jersey, New York, Ohio, Pennsylvania, Virginia, West Virginia

## State Bar Memberships

- Maryland
- Pennsylvania
- New Jersey

## Contact Information

1608 Walnut Street, Suite 801,
Philadelphia, Pennsylvania 19103

Toll Free: 800.966.6099
Telephone: 215.546.5600
Fax: 215.732.8158
www.cfes.com



### THE CENTER FOR
# FORENSIC ECONOMIC STUDIES
Research ■ Analysis ■ Litigation Support

1608 Walnut Street, Suite 801
Philadelphia, Pennsylvania 19103



## Accreditation

Certified Valuation Analyst ("CVA") by the National Association of Certified Valuation Analysts ("NACVA"), 2015.

## Education

Pennsylvania State University, Master of Finance, 2013.

Pennsylvania State University, Bachelor of Science in Statistics, Minor in Business Administration and Economics, 1997.

## Stephen M. Dripps, M.Fin., CVA
### Senior Economist / Statistician

800.966.6099 | 215.546.5600 | fax 215.732.8158
sdripps@cfes.com

Stephen M. Dripps is a Senior Economist at the Center for Forensic Economic Studies. He concentrates on the analysis of economic damages in personal injury, wrongful death, employment discrimination and commercial matters. Since 1997, he has worked closely with Center clients on discovery, damages analysis, deposition strategy, cross examination strategyand the scope of direct testimony.

Mr. Dripps also manages the analyst staff at the Center. He serves as an expert witness at mock trials conducted at Temple University's Beasley School of Law LLM Trial Advocacy Program.

Mr. Dripps received his Bachelor's Degree in Statistics and his Master's Degree in Finance from Pennsylvania State University. Mr. Dripps is a member of Beta Gamma Sigma, the international business honor society. Mr. Dripps is certified as a Certified Valuation Analyst by the National Association of Certified Valuation Analysts.

## Professional Background

Senior Economist/Manager, The Center for Forensic Economic Studies, Philadelphia, Pennsylvania, concentrating on the analysis of personal injury, wrongful death, employment discrimination, commercial damages, and business valuation, August 2008 to present.

Senior Analyst, The Center for Forensic Economic Studies, Philadelphia, Pennsylvania, July 2003 to August 2008.

Analyst, The Center for Forensic Economic Studies, Philadelphia, Pennsylvania, October 1997 to July 2003.

## Awards and Honors

- Dean's List, Pennsylvania State University
- Beta Gamma Sigma

THE CENTER FOR
# FORENSIC ECONOMIC STUDIES
Research ■ Analysis ■ Litigation Support

1608 Walnut Street, Suite 801
Philadelphia, Pennsylvania 19103

## Selected Engagements

### Commercial Disputes

- Performed valuation of partner interests in a specialty computer software company.
- Performed valuation of intangible assets of an agricultural communications company.
- Performed valuation of majority interest in a plumbing sales supply company.
- Performed valuation of profit sharing interest in a hospitality management company.
- Evaluated economic loss to a municipality resulting from alleged breach of contract to timely provide a tax collection computer software system.
- Evaluated economic loss to an architectural design firm resulting from business interruption due to a fire on the premises.
- Evaluated economic loss involving many other types of businesses, including:
- Evaluated economic loss to many other types of businesses, including:
  - Automotive repair
  - Financial services
  - Home construction
  - Medical practice

### Employment Matters

Calculated lost back and front pay in employment claims involving salary, bonus payments, employee stock options, defined benefit pensions, defined contribution pensions, performance based profit-sharing plans, insurance benefits and other types of compensation.

Economic-damages analysis in claims brought under the Age Discrimination in Employment Act, Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act and other civil rights laws.

### Personal Injury and Wrongful Death Matters

Calculated economic loss to individuals in a variety of occupations, including but not limited to:

- Accountants
- Artists (including actors, painters, musicians)
- Construction workers
- Doctors, nurses, dentists, other medical professionals
- Financial professionals
- Homemakers
- Information technologists
- Lawyers
- Mechanics
- Minor children (projected lost future earnings)

- Pilots
- Police officers
- Professional Athletes
- Railroad Workers
- Retirees
- Sales representatives
- Teachers
- Trade and Labor union members (including carpenters, electricians, ironworkers, laborers, painters, steamfitters, truck drivers)

THE CENTER FOR
## FORENSIC ECONOMIC STUDIES
Research ■ Analysis ■ Litigation Support

1608 Walnut Street, Suite 801
Philadelphia, Pennsylvania 19103

## Publications

- "A Tax Break for Plaintiffs Raises Interesting Issues," Employment Law Strategist, November 2009 (With Chad L. Staller).

## Faculty/Lectures

- Temple University Beasley School of Law Guest Lecturer, 2004 to present
- Temple University Beasley School of Law LLM in Trial Advocacy program, 2007 to present
- Cozen O'Connor Trial Academy, 2009, 2011, 2013, 2015, 2017, 2019
- Stevens & Lee Trial Advocacy Workshop, 2010, 2014
- Ballard Spahr Deposition Training Program, 2011, 2013, 2014
- Mintzer Sarowitz Trial Advocacy Workshop, 2012
- Marshall Dennehey Trial Advocacy Workshop, 2013
- Margolis Edelstein Trial Advocacy Workshop, 2014
- Sweeney & Sheehan Trial Advocacy Workshop, 2015
- Drexel University School of Law Guest Lecturer, 2015, 2018
- Cozen O'Connor Deposition Training Academy, Philadelphia, PA, 2018, 2019
- Southern Economic Association 89th Annual Conference, National Association of Forensic Economics division, Tax Gross-Ups in Employment Litigation: A NJ Case Study, Ft. Lauderdale FL, November 2019
- The Expert and the Daubert/Frye Hearing, The American Academy of Economic and Financial Experts Annual Meeting, April 2021.

## Contact Information

1608 Walnut Street, Suite 801,
Philadelphia, Pennsylvania 19103

Toll Free: 800.966.6099
Telephone: 215.546.5600
Fax: 215.732.8158
www.cfes.com

# Testimony List for Chad L. Staller, Esq., M.B.A., M.A.C.

| Month/ Year | Case Name | Location | Type |
|---|---|---|---|
| Jun-21 | Joseph and Kaylee Gorman v. Midwest Division-RBH, LLC | Haddonfield, NJ | Deposition |
| Jun-21 | Cassidy Plunkard v. Charles Marks, D.O. | Harrisburg, PA | Trial |
| May-21 | Shaun Armes v. Bilal Qureshi, M.D. et al | Haddonfield, NJ | Deposition |
| May-21 | Aubrie Hysell, a minor v. Raleigh General Hospital | Beckley, WV | Trial |
| Apr-21 | Denise Pine v. Anne Arundel Medical Center, Inc. | Haddonfield, NJ | Deposition |
| Apr-21 | Landon Day-Frazier, a minor v. Physicians Clinic, Inc. et al | Haddonfield, NJ | Deposition |
| Apr-21 | Estate of Veronica Ann Gates v. Scott Katzman, M.D. | Haddonfield, NJ | Deposition |
| Apr-21 | Estate of Philip Marzetti v. Thomas Fassuliotis, M.D. et al | Haddonfield, NJ | Deposition |
| Apr-21 | Linda Green v. H. Richard Alexander, Jr., M.D. | Haddonfield, NJ | Deposition |
| Apr-21 | Susan and Robert Gallion v. The Johns Hopkins Hospital et al | Haddonfield, NJ | Deposition |
| Apr-21 | Reshma Abell v. Pacira Pharmaceuticals, Inc. | Haddonfield, NJ | Deposition |
| Mar-21 | Estate of Ryan Newton v. Anthony Yang, M.D. | Haddonfield, NJ | Deposition |
| Mar-21 | Cynthia and Norman Cowger v. Cooper Industries, LLC | Haddonfield, NJ | Deposition |
| Mar-21 | Jennifer and Alpha Diawara v. United States of America | Philadelphia, PA | Trial |
| Mar-21 | Roy Rust v. Stephen Cooper, M.D. et al | Haddonfield, NJ | Deposition |
| Mar-21 | Joseph and Hilma Pedicone v. Thompson/Center Arms Company, LLC | Haddonfield, NJ | Deposition |
| Mar-21 | Dennis and Dawn Bergeron v. Timothy Strohmer | Haddonfield, NJ | Deposition |
| Mar-21 | Dennis Comer v. Wells Fargo Bank, N.A. | Haddonfield, NJ | Deposition |
| Feb-21 | Danielle Markou Lenzi v. Systemax, Inc. et al | Haddonfield, NJ | Deposition |
| Feb-21 | Tiffany Brown, an incapcitated adult v. Blue Ridge Georgia Hospital Company et al | Haddonfield, NJ | Deposition |
| Feb-21 | Estate of John Couls v. Triumph Motorcycles, Limited | Haddonfield, NJ | Deposition |
| Feb-21 | Christopher Pechock v. Robert Ritter, Esquire | Haddonfield, NJ | Deposition |
| Jan-21 | Estate of Felicia Parker v. Whitney Matz, M.D. | Haddonfield, NJ | Deposition |
| Jan-21 | William Richardson, a minor v. FCA US, LLC et al | Haddonfield, NJ | Deposition |
| Jan-21 | John Doe v. Loyola University Chicago | Haddonfield, NJ | Deposition |
| Jan-21 | Frederick and Sylvia Ablorh v. Liquidity Services, Inc. | Haddonfield, NJ | Deposition |
| Dec-20 | Sarah Coulter v. Dr. Charles Weaver | Haddonfield, NJ | Deposition |
| Dec-20 | Vanette Miller and Marquis Hardy v. Midwest Radiology | Haddonfield, NJ | Deposition |
| Dec-20 | Estate of Susan Niler v. Essex County | Haddonfield, NJ | Deposition |
| Dec-20 | Keith Booth, II v. Baltimore City Board of Commissioners | Haddonfield, NJ | Deposition |
| Nov-20 | Patricia Asbury et al v. EQT Corporation et al | Haddonfield, NJ | Deposition |
| Nov-20 | Emma Smith, a minor v. Thomas E. Aliff | Haddonfield, NJ | Deposition |
| Nov-20 | Estate of George James v. Plastics Machinery Group, Inc. et al | Scranton, PA | Trial |
| Oct-20 | Estate of Michelle Roberts v. Carlton Scroggins, M.D. | Haddonfield, NJ | Deposition |

# Testimony List for Chad L. Staller, Esq., M.B.A., M.A.C.

| Month/Year | Case Name | Location | Type |
|---|---|---|---|
| Oct-20 | Berkovitch & Bouskila, PLLC v. ABF Servicing, LLC | Hawthorne, NY | Trial |
| Oct-20 | Deborah Bolyard v. Hugo Benalcazar, M.D. et al | Towson, MD | Trial |
| Oct-20 | Miguel Rivera et al v. Sigma Plastics Group et al | Haddonfield, NJ | Deposition |
| Oct-20 | Estate of Joseph Corey v. Wilkes-Barre General Hospital | Wilkes Barre, PA | Trial |
| Oct-20 | Joseph Greco v. NGIA, Inc. et al | Haddonfield, NJ | Deposition |
| Sep-20 | Nadine Pellegrino v. United States of America | Haddonfield, NJ | Deposition |
| Sep-20 | Lynn Lobe v. National Rehabilitation Hospital, LLC | Haddonfield, NJ | Deposition |
| Sep-20 | Estate of Robert Magarino v. Premier Health Associates, LLC | Haddonfield, NJ | Deposition |
| Sep-20 | Estate of Johnny Cheung v. Valley Health System | Haddonfield, NJ | Deposition |
| Aug-20 | Jordan Biggs, a minor v. Harbor Hospital, Inc. et al | Haddonfield, NJ | Deposition |
| Aug-20 | Harper Hasson, a minor et al v. Karen Y. Perkins, M.D. et al | Haddonfield, NJ | Deposition |
| Jul-20 | Estate of Gerald Jones v. Alexander Aurora, M.D. | Haddonfield, NJ | Deposition |
| Jul-20 | Estate of Michelle Zabriskie v. Eric Knight, M.D. et al | Haddonfield, NJ | Deposition |
| Jul-20 | Estate of Angella Downer v. Louis Turano, III | Haddonfield, NJ | Deposition |
| Jun-20 | Leora and Gabriel Haller v. Mukhtar Husain et al | Haddonfield, NJ | Deposition |
| Jun-20 | Estate of Hobart Goins v. Joseph Robinson, M.D. | Annapolis, MD | Deposition |
| Jun-20 | Rulla Schroll v. Southern Ocean Medical Center et al | Haddonfield, NJ | Deposition |
| May-20 | Estate of Jonathan Riley v. Patient Firt | Haddonfield, NJ | Deposition |
| May-20 | Walter and Margaret Maronski v. Kennedy Health System, Inc. et al | Haddonfield, NJ | Deposition |
| Apr-20 | Shivanya Pandya, a minor v. Richard Jones, M.D. et al | Haddonfield, NJ | Deposition |
| Apr-20 | Brock Hamlet, a infant v. Mitra Foroogh-Nassiraee, M.D. | Baltimore, MD | Deposition |
| Apr-20 | Debora Lockwood v. James Gasho, M.D. et al | Fairfax, VA | Deposition |
| Mar-20 | Juliet Johansson v. Ryder System, Inc. | Fort Lauderdale, FL | Trial |
| Mar-20 | Douglas Gelber, DMD v. New Jersey Transit | Patterson, NJ | Trial |
| Feb-20 | James Bonds v. Rocheleau Tool and Die Co., Inc. | Philadelphia, PA | Trial |
| Feb-20 | Lynn Lazzaro v. Cyrus Hamidi, M.D. et al | Philadelphia, PA | Deposition |
| Feb-20 | Fernando Rodriguez v. The Johns Hopkins Hospital, Inc. | Philadelphia, PA | Deposition |
| Feb-20 | Cynthia Brooks-Holt v. The JohnsHopkins Hospital et al | Philadelphia, PA | Deposition |
| Feb-20 | Jeff and Cynthia Kirby v. Emerson Climate Technologies, Inc. | Philadelphia, PA | Deposition |
| Feb-20 | Salim Black v. Paul Sensenig et al | Philadelphia, PA | Trial |
| Feb-20 | Lucas Sandel,  a minor v. Mofolusho Sodeke, M.D. et al | Philadelphia, PA | Deposition |
| Feb-20 | John Carr v. SRA International, Inc. et al | Philadelphia, PA | Deposition |
| Feb-20 | Lynn Lazzaro v. Cyrus Hamidi, M.D. et al | Baltimore, MD | Deposition |
| Feb-20 | Mario Cannon v. Monsanto Company | Philadelphia, PA | Deposition |
| Feb-20 | Leroy Seitz v. Monsanto Company | Philadelphia, PA | Deposition |

# Testimony List for Chad L. Staller, Esq., M.B.A., M.A.C.

| Month/Year | Case Name | Location | Type |
|---|---|---|---|
| Jan-20 | Carla Peters v. Patrick Mahon, M.D. et al | Philadelphia, PA | Deposition |
| Jan-20 | In Re Altenex Valuation | Boston, MA | Trial |
| Jan-20 | Ryan and Crystal Hysell et al v. Raleigh General Hospital et al | Philadelphia, PA | Deposition |
| Jan-20 | Silvi Concrete Products, Inc. et al v. Thomas P. Carney, Inc. et al | Philadelphia, PA | Trial |
| Dec-19 | Zeakieal Walraven v. Modern Electrical Technology, Inc. et al | Philadelphia, PA | Deposition |
| Dec-19 | Grayson Hundt, a minor v. Margaret Cyzeski, M.D. et al | Philadelphia, PA | Deposition |
| Nov-19 | Michael Stein v. Medstar Union Memorial Hospital | Philadelphia, PA | Deposition |
| Nov-19 | Estate of James Shiffner v. Buffalo General Medical Center et al | Queens, NY | Trial |
| Nov-19 | Deborah Bolyard v. Hugo Benalcazar, M.D. et al | Philadelphia, PA | Deposition |
| Nov-19 | Lindsay Andrews v. Neel Madan, M.D. et al | Boston, MA | Trial |
| Nov-19 | Dutch Clips LLC v. Ripstop by the Roll LLC | Philadelphia, PA | Deposition |
| Oct-19 | Estate of Vernon Narowanski v. Advanced Radiology, P.A. et al | Philadelphia, PA | Deposition |
| Oct-19 | 2820 Mt. Ephraim Avenue, LLC v. Michael Brown, Esquire | Mount Laurel, NJ | Deposition |
| Oct-19 | Joseph and Cynthia Griffin v. Noureddine Berdaoui | Philadelphia, PA | Trial |
| Oct-19 | Estate of David Pickard v. Dr. Dale Schaar | Philadelphia, PA | Deposition |
| Oct-19 | Micaela Bennett v. State of New Jersey et al | Trenton, NJ | Trial |
| Oct-19 | Rosa Valladares v. Kotta Ramamuthy, M.D. et al | Philadelphia, PA | Deposition |
| Oct-19 | Perry Sims v. The Union Memorial Hospital | Philadelphia, PA | Deposition |
| Oct-19 | Shantayvia Temoney, a minor v. United Medical Center | Philadelphia, PA | Deposition |
| Oct-19 | Miguel Garcia-Herrera v. Sherrill Tree et al | Philadelphia, PA | Deposition |
| Sep-19 | Dr. Jennifer Michaels v. Rutger's University | Philadelphia, PA | Deposition |
| Sep-19 | A'mir Whitmire v. Mid-Atlantic Permanente Medical Group, P.C. | Philadelphia, PA | Deposition |
| Sep-19 | Estate of Laura Ann Ashplant v. Ashraf Anani, M.D. et al | Newark, NJ | Trial |
| Sep-19 | Estate of William Danzy v. David Carrieri, D.O. | Philadelphia, PA | Deposition |
| Sep-19 | Estate of Ralph D'Onofrio v. Jersey City et al | Westfield, NJ | Deposition |
| Sep-19 | Harold and Dutches Lee v. Mintham Thai, D.P.M. | Philadelphia, PA | Deposition |
| Sep-19 | Frederick and Yolande Trotman v. Kansas City Power & Light | Kansas City, MO | Trial |
| Aug-19 | Katrina Dennis v. University of Maryland St. Joseph Medical Center | Towson, MD | Trial |
| Aug-19 | Jocelyn Rice v. Bayhealth Medical Center, Inc. | Philadelphia, PA | Deposition |
| Aug-19 | Estate of Markaylah Jackson v. PennDOT | Philadelphia, PA | Trial |
| Jul-19 | Samuel and Rhonda Basmajian v. Rampmaster et al | Philadelphia, PA | Trial |
| Jul-19 | Ike Mardekian v. Amercom Corp | Philadelphia, PA | Deposition |
| Jul-19 | Estate of Nancy Adams v. Steven Yang, M.D. et al | Philadelphia, PA | Deposition |
| Jul-19 | Estate of John Leonard v. Doyle DuPont, LLC | Washington, D.C. | Deposition |

# Testimony List for Chad L. Staller, Esq., M.B.A., M.A.C.

| Month/ Year | Case Name | Location | Type |
|---|---|---|---|
| Jul-19 | Mary Brinkmeyer v. Smoky Mountain Emergency Services, Inc. et al | Martinsburg, WV | Trial |
| Jun-19 | Erin Besaw and Alexander Besaw v. Bruce Dorman, M.D. et al | Philadelphia, PA | Deposition |
| Jun-19 | Estate of Lana Burton v. Advanced Radiology, P.A. | Towson, MD | Trial |
| Jun-19 | Nahid Ghanadioff v. Produce Junction, Inc. | Philadelphia, PA | Trial |
| Jun-19 | M.A. Mobile v. Indian Institute of Technology | Philadelphia, PA | Deposition |
| May-19 | United States Department of Labor v. Lloyd Industries et al | Philadelphia, PA | Trial |
| May-19 | Ana Coehlo v. Elizabeth Nadolski, PA-C et al | Woburn, MA | Trial |
| May-19 | Carlos Aguirre v. Pacific Group Holdings, Inc. et al | Newark, NJ | Trial |
| May-19 | Estate of Dominic Dillet v. MEP Health, LLC et al | Philadelphia, PA | Deposition |
| Apr-19 | Michael Murphy et al v. Elizabeth Burba, M.D. et al | Woburn, MA | Trial |
| Apr-19 | JeRhonda Shelton v. Anne Arundel Health System, Inc. | Philadelphia, PA | Deposition |
| Apr-19 | Dr. Lynn Talley v. Christiana Care Health System | Philadelphia, PA | Deposition |
| Apr-19 | Estate of Mark MacDougall v. Robert Harris, P.A. et al | New Bedford, MA | Trial |
| Apr-19 | Lafayette Jenkins et al v. Monsanto Company | Philadelphia, PA | Deposition |
| Apr-19 | Bryan Cook et al v. Monsanto Company | Philadelphia, PA | Deposition |
| Apr-19 | Katrina Dennis v. University of Maryland St. Joseph Medical Center | Philadelphia, PA | Deposition |
| Apr-19 | Estate of Dorothy McBall v. Phoenixville Hospital et al | West Chester, PA | Trial |
| Apr-19 | Brittany Hittle v. University of Maryland Medical System Corporation, Inc. | Philadelphia, PA | Deposition |
| Apr-19 | Estate of John Troy Andre Joseph v. University of the Virgin Islands | Newark, NJ | Deposition |
| Apr-19 | Smart Pharmacy v. Humana | Philadelphia, PA | Deposition |
| Apr-19 | Kerrie Prettitore v. The Valley Hospital | Chatham, NJ | Deposition |
| Apr-19 | Frederick and Yolande Trotman v. Kansas City Power & Light | Philadelphia, PA | Deposition |
| Apr-19 | Estate of Lana Burton v. Advanced Radiology, P.A. | Philadelphia, PA | Deposition |
| Mar-19 | Mary Hale-Thomas v. Baltimore Washington Medical Center, Inc. | Annapolis, MD | Trial |
| Mar-19 | Mark Jupin and Lisa Elwell-Jupin v. Atlantic City Electric Company | Berwyn, PA | Deposition |
| Mar-19 | John and Wanda Kliever v. Stephen Faust, M.D. et al | Philadelphia, PA | Deposition |
| Mar-19 | Holtec International v. Pandijiris, Inc. | Cleveland OH | Trial |
| Mar-19 | Joseph DeStefano v. Bellevue Hospital | New York, NY | Trial |
| Mar-19 | David Adamski v. Michael B. Katz | Hackensack, NJ | Trial |
| Mar-19 | James Orlofske v. United States of America | Philadelphia, PA | Deposition |
| Mar-19 | Amelia Ochoa et al v. Mercy Hospital et al | Philadelphia, PA | Deposition |
| Feb-19 | Pablo Reyna v. Joseph B. Murphy, M.D. et al | Bel Air, MD | Trial |

# Testimony List for Chad L. Staller, Esq., M.B.A., M.A.C.

| Month/Year | Case Name | Location | Type |
|---|---|---|---|
| Feb-19 | Estate of Terrence Johnson v. Armour & Son's Electric, Inc. et al | Philadelphia, PA | Trial |
| Feb-19 | Estate of Shane Montgomery v. Kildare's Irish Pub, Inc. | Philadelphia, PA | Trial |
| Feb-19 | Elizabeth Bruno v. Hologic et al | Montclair, NJ | Deposition |
| Feb-19 | Holtec International v. Pandijiris, Inc. | Philadelphia, PA | Deposition |
| Feb-19 | Michael Csanyi v. Big Shots Bar & Grill, LLC | Philadelphia, PA | Deposition |
| Feb-19 | Blair Morris et al v. Louis Kokkinakos, M.D. et al | Philadelphia, PA | Deposition |
| Jan-19 | Eric Zee v. Eric Zager, M.D. et al | Philadelphia, PA | Trial |
| Jan-19 | Danielle Chabot v. Aimee Hromadka, M.D. et al | Newburyport, MA | Trial |
| Jan-19 | Joseph Murphy v. Kirkham Wood, M.D. et al | Boston, MA | Trial |
| Jan-19 | DaNeileo Marshall v. Dennis Newbery, M.D. et al | Louisville, KY | Deposition |
| Jan-19 | Julian Kapaj v. Eastern Alliance, LLC | Lawrenceville, NJ | Trial |
| Jan-19 | Brenco Enterprises, Inc. v. bitesquad.com LLC | Philadelphia, PA | Deposition |
| Dec-18 | Valerie Montone v. City of Jersey City et al | Philadelphia, PA | Deposition |
| Dec-18 | Stefon Piggee v. Advocate Health and Hospitals | Philadelphia, PA | Deposition |
| Dec-18 | Billy V's Unique Landscaping, LLC v. Steve Nicoletti et al | Moonachie, NJ | Deposition |
| Dec-18 | Thomas Gell v. Pitt-Ohio Express LLC | Towson, MD | Trial |
| Dec-18 | Estate of Sally Zani v. Valdi Sapira, M.D. et al | Yardley, PA | Deposition |
| Dec-18 | Anthony Goldberg v. United States of America | Philadelphia, PA | Deposition |
| Nov-18 | PGH Global (Cayman) Limited v. Liquid Interactive | Easton, PA | Trial |
| Nov-18 | McKenzie Stahl v. Beth Gosbee, CNM et al | Lawrence, MA | Trial |
| Nov-18 | Richard Sanders v. Jason and Felicia Shuchman | Westmont, NJ | Deposition |
| Nov-18 | Melissa Migut v. State of New Jersey | Trenton, NJ | Trial |
| Oct-18 | Nick Myers v. Benchmark Electronics, Inc. | Washington, D.C. | Trial |
| Oct-18 | Donna and Calvin Atwell v. Brain and Spine Specialists | Philadelphia, PA | Deposition |
| Oct-18 | William McKenney v. David Marshall, D.O. et al | Philadelphia, PA | Deposition |
| Oct-18 | Megan Klatt v. Dignity Health | Philadelphia, PA | Deposition |
| Sep-18 | Estate of Ulises Malave-Ortiz, Jr. v. Mary Lou King | West Chester, PA | Trial |
| Sep-18 | Estate of Mary Breeden v. Newark Beth Israel | Philadelphia, PA | Deposition |
| Sep-18 | Carol and William Badolato, Jr. v. Vonzella Bryant | Lowell, MA | Trial |
| Sep-18 | Ronnie Staggs v. Harford Gastroenterology Associates | Bel Air, MD | Trial |
| Sep-18 | Benjamin Moses v. The Johns Hopkins Hospital | Philadelphia, PA | Deposition |
| Sep-18 | Landon Pied et al v. Karin Witt, M.D. et al | Philadelphia, PA | Deposition |
| Aug-18 | Network I Management, LLC et al v. American Transpo | Philadelphia, PA | Trial |
| Aug-18 | Charles Slaughter v. Henry Ford Health System | Philadelphia, PA | Deposition |
| Aug-18 | David Skeberdis v. Clark Brill, M.D. et al | Baltimore, MD | Trial |
| Aug-18 | Charles Slaughter v. Henry Ford Health System | Philadelphia, PA | Deposition |
| Aug-18 | Aland Al Zandi, a minor v. Emma Grabinski, M.D. | Philadelphia, PA | Deposition |
| Aug-18 | Estate of India Kager v. City of Virginia Beach et al | Virginia Beach, VA | Trial |
| Jul-18 | Estate of Rachel Collins v. UMMS et al | Philadelphia, PA | Deposition |
| Jul-18 | Christopher Hood v. Cassidys Transfers et al | Wilkes Barre, PA | Trial |
| Jul-18 | Estate of India Kager v. City of Virginia Beach, Virginia | Annapolis, MD | Deposition |
| Jul-18 | Retina Associates of Greater Phila, Ltd. et v. Retinovitre | Philadelphia, PA | Trial |
| Jul-18 | Jose Cid and Juana Cid v. Pointe Plaza Hotel, LLC et al | Brooklyn, NY | Trial |
| Jul-18 | Estate of Michael Barnaba v. University of Maryland St. | Philadelphia, PA | Deposition |
| Jul-18 | Phillip Pompile v. United Auto | Philadelphia, PA | Trial |
| Jun-18 | Kerrie Prettitore v. The Valley Hospital | Chatham, NJ | Deposition |

# Testimony List for Chad L. Staller, Esq., M.B.A., M.A.C.

| Month/Year | Case Name | Location | Type |
|---|---|---|---|
| Jun-18 | Estate of Maurice Williams et al v. Tierney O'Connell, C | Philadelphia, PA | Deposition |
| May-18 | David Cragle v. Frank O'Brien, M.D. et al | Wilkes Barre, PA | Trial |
| May-18 | QPharma, Inc. v. Tyler Tedrow et al | Haddonfield, NJ | Deposition |
| May-18 | Estate of Kevin White et al v. Evan J. Selsky, M.D. et al | Philadelphia, PA | Deposition |
| May-18 | Estate of Abiah Jones v. Morey's Pier | Cherry Hill, NJ | Deposition |
| May-18 | Veyis Sucsuz v. New Jersey Economic Development Au | Trenton, NJ | Trial |
| May-18 | Estate of Ross Kent v. Inova Health Care Services et al | Fairfax, VA | Trial |
| May-18 | Warren Sipple v. Excel Color Graphics, Inc. | Camden, NJ | Trial |
| Apr-18 | Estate of Carolyn Sciuto v. Advanced Radiology, LLC e | Bel Air, MD | Trial |
| Apr-18 | Krysta Czajkowski v. University of Maryland Midtown | Philadelphia, PA | Deposition |
| Apr-18 | PGH Global Limited v. Liquid Interactive LLC | Philadelphia, PA | Deposition |
| Apr-18 | Kevin Braden and Tammy Braden v. American Sportsm | Philadelphia, PA | Deposition |
| Mar-18 | Kevin Duczkowski v. AP Construction et al | Philadelphia, PA | Trial |
| Mar-18 | John Patrick Long v. Marc A. Klein, D.P.M. et al | Philadelphia, PA | Deposition |
| Mar-18 | Antoine Harris v. University of Maryland Medical Cente | Philadelphia, PA | Deposition |
| Mar-18 | Mahmoud Ramadan v. Edgewood Properties et al | Moorestown, NJ | Deposition |
| Mar-18 | Estate of Laura Ann Ashplant v. Ashraf Anani, M.D. et a | Morristown, NJ | Deposition |
| Feb-18 | Kolleen Casey v. Liberty Mutual Insurance Company | Scranton, PA | Trial |
| Feb-18 | Patrick Whalen and Lauraine Whalen v. Amchem Produ | Philadelphia, PA | Deposition |
| Feb-18 | Estate of Neil Fero v. Steven T. Deak, M.D. et al | Philadelphia, PA | Deposition |
| Feb-18 | Xavier Ingram v. Camden County | Audubon, NJ | Deposition |
| Feb-18 | Estate of Carolyn Sciuto v. Advanced Radiology, LLC e | Philadelphia, PA | Deposition |
| Feb-18 | Jacoby Yelle, a minor v. Deborah Gauthier, R.N. et al | New Bedford, MA | Trial |
| Feb-18 | Aleyah Ferguson v. Berkley Medical Center | Martinsburg, WV | Trial |
| Feb-18 | Pablo Reyna v. Joseph B. Murphy, M.D. et al | Philadelphia, PA | Deposition |
| Feb-18 | Miesha Lowman et al v. Timothy Shawl, M.D. et al | Philadelphia, PA | Trial |
| Jan-18 | Estate of Maria Orgu v. Obstetrix Medical Group of Atl | Philadelphia, PA | Deposition |
| Jan-18 | Jonathan Matchett v. Aspen | Camden, NJ | Trial |
| Jan-18 | Serafina Nicastro, a minor v. Joanna Paolilli, M.D. et al | Philadelphia, PA | Deposition |
| Jan-18 | Randa Francis v. Holy Name Hospital and Medical Cent | Philadelphia, PA | Deposition |
| Jan-18 | Grayson Charlton, a minor v. Steven M. Troy, D.O. | Media, PA | Trial |
| Jan-18 | Norfolk Southern v. Judge Warehousing, LLC | Philadelphia, PA | Deposition |
| Jan-18 | Estate of Robert Suryadeth v. Enoh Edet Akpanadak, M | Rockville, MD | Trial |
| Jan-18 | Estate of Roy Wejnert v. McCain Foods, USA Inc. | Philadelphia, PA | Deposition |
| Jan-18 | David Skeberdis et al v. Clark Brill, M.D. et al | Philadelphia, PA | Deposition |
| Dec-17 | Amritveer Singh, an infant v. Adedoyin Shonekan, M.D. | Philadelphia, PA | Deposition |
| Dec-17 | Carlos Aguirre v. Pacific Group Holdings, Inc. et al | Newark, NJ | Trial |
| Dec-17 | Ali Toor v. Home Goods, Inc. et al | Philadelphia, PA | Deposition |
| Dec-17 | Shaun and Lori Bitner v. Milton S. Hershey Medical Cer | Harrisburg, PA | Trial |
| Dec-17 | Estate of Mildred Gordon v. Reading Hospital et al | Reading, PA | Trial |
| Dec-17 | Caroline Rajasingh v. Eva Duckett, M.D. et al | Philadelphia, PA | Deposition |
| Dec-17 | Aimee Agostino v. Jeff S. Silber, M.D. et al | Mineola, NY | Trial |
| Nov-17 | Estate of Soo Hee Pyun v. Dr. Anand | Philadelphia, PA | Deposition |
| Nov-17 | Allegheny County Detective Association Arbitration | Pittsburgh, PA | Trial |
| Nov-17 | Estate of Teresa Mullikin v. Virginia Colliver, M.D. et a | Rockville, MD | Trial |
| Nov-17 | Carlos Aguirre v. Pacific Group Holdings, Inc. et al | Montclair, NJ | Deposition |
| Nov-17 | Estate of Nenna Eleazu v. Robert Wood Johnson Hospit | Florham Park, NJ | Deposition |
| Oct-17 | Estate of Thomas Essman v. Michael Torsiello, M.D. et | Morristown, NJ | Deposition |
| Oct-17 | Rita Walsh v. New York City Housing Authority | New York, NY | Deposition |

# Testimony List for Chad L. Staller, Esq., M.B.A., M.A.C.

| Month/ Year | Case Name | Location | Type |
|---|---|---|---|
| Oct-17 | Stephen Mangam v. Bally's Atlantic City et al | Egg Harbor Township, NJ | Deposition |
| Oct-17 | Isaac Espinoza v. J.B. Hunt Transport, Inc. et al | Philadelphia, PA | Trial |
| Sep-17 | M. Louis Van DeBeek v. Michael J. McNamara | Philadelphia, PA | Trial |
| Sep-17 | Dennis Johnson, a minor v. University of Maryland Med | Philadelphia, PA | Deposition |
| Sep-17 | Gillian Smith-Hines v. Terrence Steven Folk | Media, PA | Trial |
| Sep-17 | Karen Christie v. Harbor Towers Condo | Boston, MA | Trial |
| Sep-17 | Estate of Melissa Lippy v. Hanover Hospital, Inc. et al | York, PA | Trial |
| Sep-17 | Elijah Brooks v. Johns Hopkins Hospital | Philadelphia, PA | Deposition |
| Sep-17 | John White v. William Schlessener et al | Trenton, NJ | Trial |
| Aug-17 | Jean Cushman et v. Sinai Hospital Baltimore, Inc. et al | Baltimore, MD | Trial |
| Aug-17 | Michael Bartow v. Nicholas A. Reif et al | Freehold, NJ | Trial |
| Aug-17 | DaVontay Dozier, a minor v. Johns Hopkins Bayview M | Philadelphia, PA | Deposition |
| Aug-17 | Sharon Pennsylvania Hospital v. Aetna Health, Inc. | Conshohocken, PA | Deposition |
| Aug-17 | N. Berry, a minor v. School District of Philadelphia | Philadelphia, PA | Trial |
| Aug-17 | Robert Spellman v. University Hospital et al | Philadelphia, PA | Deposition |
| Jul-17 | Troy Price v. Atlantic Ro-Ro | Baltimore, MD | Trial |
| Jul-17 | Blanca Kling v. Montomgery County, MD | Philadelphia, PA | Deposition |
| Jul-17 | Estate of Abigail Zukowski v. Estate of Richard Shaffer | Allentown, PA | Trial |
| Jul-17 | Kenneth Lichtenberg v. Geisinger-Community Medical ( | Scranton, PA | Trial |
| Jul-17 | Andre Butler v. University of Maryland Medical System | Philadelphia, PA | Deposition |
| Jun-17 | Konrad Schienke, a minor v. Mount Nittany Medical Ce | Bellefonte, PA | Trial |
| Jun-17 | Kennedy Payne | Philadelphia, PA | Deposition |
| Jun-17 | Olivia Toft | Philadelphia, PA | Deposition |
| Jun-17 | Mark Weiss, M.D. v. Thomas Jefferson University et al | Philadelphia, PA | Trial |
| Jun-17 | Braeden Butts, a minor v. Berkeley Medical Center et al | Philadelphia, PA | Deposition |
| Jun-17 | Estate of Edward Carrington v. City of New York | New York, NY | Trial |
| Jun-17 | Jean Cushman et al v. Sinai Hospital of Baltimore, Inc. € | New York, NY | Deposition |
| Jun-17 | Allegheny County Deputy Sheriff's Association | Pittsburgh, PA | Trial |
| Jun-17 | Ella Riley v. Henry Ford Healthy System | Philadelphia, PA | Deposition |
| Jun-17 | Deaonna Jencks v. Caring for Women, Inc. et al | Philadelphia, PA | Deposition |
| May-17 | Richard Endres et al v. Comcast Garden State et al | Camden, NJ | Trial |
| May-17 | Aleyah Ferguson v. Berkley Medical Center | Martinsburg, WV | Trial |
| May-17 | Estate of Gregory Smith v. Kevin Groszkowski, M.D. | Annapolis, MD | Trial |
| May-17 | North Huntingdon Frathern Relief Association | North Huntingdon, PA | Trial |
| May-17 | Estate of Teresa Mullikin v. Bryan Defranco, M.D. et al | Rockville, MD | Trial |
| May-17 | Estate of Aura Argentina Perez v. Henry Ford Health Sy | Philadelphia, PA | Deposition |
| May-17 | Estate of Dimitrios Psichis et al v. Marguerite M. Willas | Philadelphia, PA | Deposition |
| May-17 | Keith Howard v. Richard K. Dahlberg, M.D. | Philadelphia, PA | Deposition |
| May-17 | Estate of Frank Zwolinski v. Kenneth Kaufman, M.D. | Philadelphia, PA | Deposition |
| May-17 | Estate of Daniel Miller v. Grishma J. Joy, M.D. et al | Philadelphia, PA | Deposition |
| May-17 | Estate of Otto Gruber v. Integrity Health Campus et al | Allentown, PA | Trial |
| May-17 | Jakob Bloch et al v. Ellis Mez, M.D. | Philadelphia, PA | Deposition |
| Apr-17 | Jakayarn Samuels v. Southern Hills Limited Partnership | Philadelphia, PA | Deposition |
| Apr-17 | Tony R. Aleshire v. Milton S. Hershey Medical Center € | Harrisburg, PA | Trial |
| Apr-17 | Evelyn Hylton, a minor v. Miami Children's Hospital et : | Philadelphia, PA | Deposition |
| Apr-17 | Estate of Wayne Shawl v. Howard Slotoroff, M.D. et al | Atlantic City, NJ | Trial |
| Apr-17 | PSCOA | Harrisburg, PA | Trial |
| Apr-17 | Francisco Ramos-Becerra v. Ricky Hatfied | Harrisburg, PA | Trial |
| Mar-17 | Porsha Barbosa v. Chatham Acres Healthcare Group, In( | Media, PA | Trial |

# Testimony List for Chad L. Staller, Esq., M.B.A., M.A.C.

| Month/ Year | Case Name | Location | Type |
|---|---|---|---|
| Mar-17 | Catherine Hinman v. Clean Cut Landscaping and Excava | Greenbelt, MD | Trial |
| Mar-17 | Dennis Wayne Tyler v. Ravi K. Aloor, M.D. et al | Philadelphia, PA | Deposition |
| Mar-17 | Estate of Michael William Beeghly v. Jae Hong, M.D. et | Pittsburgh, PA | Trial |
| Mar-17 | Columbia Advanced Chiropractic, LLC v. Binita Panta | Baltimore, MD | Deposition |
| Feb-17 | Estate of Charles Bender et al v. Edward Fisher, M.D. et | Philadelphia, PA | Deposition |
| Feb-17 | Troy Helms v. Williams C. Urban, M.D. et al | Annapolis, MD | Trial |
| Feb-17 | Alyx Gaither v. Dr. Pedro Darmiento | Philadelphia, PA | Deposition |
| Feb-17 | Robert Gruno v. Alexandra Tait | Philadelphia, PA | Trial |
| Feb-17 | Westmoreland County Court Related Employee Associa | Greensburg, PA | Trial |
| Feb-17 | Estate of Ashley Smith et al v. Frederick Memorial Hosp | Philadelphia, PA | Deposition |
| Feb-17 | Spencer Hammond v. Avinash L. Ganti, M.D. et al | Philadelphia, PA | Deposition |
| Jan-17 | Shawn Jones v. Lankenau Medical Center | Philadelphia, PA | Trial |
| Jan-17 | Alice Whitaker et al v. University of Maryland Medical | Philadelphia, PA | Deposition |
| Jan-17 | Tarsha Swift v. Patient First et al | Philadelphia, PA | Deposition |
| Jan-17 | Tony Meng, et al v. Kirkham Wood, M.D. et al | Boston, MA | Trial |
| Jan-17 | Patrick Young v. Cynthia Young | Doylestown, PA | Trial |
| Jan-17 | Russell Kaller et al v. Theodoros Toskos | Trenton, NJ | Trial |
| Jan-17 | Travis Braun v. Medtronic, Inc. et al | Buffalo, NY | Trial |

# Testimony List for Stephen M. Dripps, M.Fin., CVA

| Month/ Year | Case Name | Location | Type |
|---|---|---|---|
| Jun-21 | Tony Carson v. Tom Graddy Enterprises | Media, PA | Deposition |
| Oct-20 | Nadine Pellegrino v. United States of America | Media, PA | Deposition |
| Aug-20 | Chad and Teresa Hudleson v. Nathan Ekkens | Easton, PA | Trial |
| Jun-17 | Lori S. Mott et al v. Driveline Retail Merchandising, Inc | Philadelphia, PA | Deposition |